1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (SBN 144074)
2  Marcel F. Sincich, Esq. (SBN 319508)
   21800 Burbank Boulevard, Suite 310
3  Woodland Hills, CA 91367
   Telephone: (818) 347-3333
4  Facsimile: (818) 347-4118
   E-mail: dalekgalipo@yahoo.com;
5           msincich@galipolaw.com

6  **GRECH, PACKER, & HANKS**
   TRENTON C. PACKER (SBN 241057)
7  19800 MacArthur Blvd., Ste. 1000
   7095 Indiana Ave., Suite 200
8  Riverside, CA 92506
   (951) 682-9311
9  Email: tpacker@grechpackerlaw.com

10 Attorneys for Plaintiff, GEORGE GONZALEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>                Plaintiff,<br><br>        vs.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.: 5:25-cv-00331-KK-DTB<br><br>[*Honorable Kenly Kiya Kato*]<br>*Magistrate Judge David T. Bristow*<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF** |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Dale K. Galipo, Esq., and Marcel F. Sincich, Esq., of the Law Offices of Dale K. Galipo hereby associate in with Grech, Packer, & Hanks for Plaintiff George Gonzalez.

The Law Offices of Dale K. Galipo are authorized to file motions, receive notices and make necessary appearances. The contact information is as follows:

Dale K. Galipo, Esq.
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq.
msincich@galipolaw.com
THE LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310,
Woodland Hills, CA 91367
Telephone number (818) 347-3333

Dale K. Galipo and Marcel F. Sincich each hereby make their formal appearance as counsel of record for Plaintiff in this matter.

Respectfully submitted,

Dated: March 3, 2025                **GRECH, PACKER, & HANKS**

_____/s/_____Trenton C. Packer_____
Trenton C. Packer
*Attorney for Plaintiff*

Dated: March 3, 2025                **LAW OFFICES OF DALE K. GALIPO**

_____/s/_____Dale K. Galipo_____
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiff*