NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Eugene P. Ramirez (State Bar No. 134865)
Andrea Kornblau (State Bar No. 291613)
Khouloud Pearson (State Bar No. 323108)
MANNING & KASS
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900

ATTORNEY(S) FOR: City of Hemet, Patrick Sobaszek, Andrew Reynoso

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GEORGE GONZALEZ

Plaintiff(s),

v.

STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,

Defendant(s).

CASE NUMBER:

5:25-cv-00331 KK(DTBx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| GEORGE GONZALEZ | Plaintiff |
| STATE OF CALIFORNIA; | Defendant |
| CITY OF HEMET; | Defendant |
| PATRICK SOBASZEK; | Defendant |
| ANDREW REYNOSO; | Defendant |
| SEAN IRICK | Defendant |

3/31/2025
Date

*Khouloud E. Pearson*
Signature

Attorney of record for (or name of party appearing in pro per):

City of Hemet, Patrick Sobaszek, Andrew Reynoso