IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 5:25-cv-00331-KK-DTB<br><br>**[PROPOSED] ORDER ON STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

　　　Having considered State Defendants' Motion to Dismiss and accompanying documents, this Court:

　　　Grants Defendants' Motion to Dismiss [with or without] leave to amend;

OR

　　　Denies Defendants' Motion to Dismiss.

Dated: _____     _____

　　　　　　　　　　　　　　　　　Honorable Kenly Kiya Kato

SD2025300206/95618892.docx

## CERTIFICATE OF SERVICE

| Case Name: | **Gonzalez v. State of California, et al.** | No. | **5:25-cv-00331-KK-DTB** |
|---|---|---|---|

I hereby certify that on <u>April 1, 2025,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED[ ORDER ON STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 1, 2025</u>, at Fresno, California.

| C. Vue | */s/ C. Vue* |
|---|---|
| Declarant | Signature |

SD2025300206
95618889.docx