Eugene P. Ramirez (State Bar No. 134865)
Andrea Kornblau (State Bar No. 291613)
Khouloud Pearson (State Bar No. 323108)
MANNING & KASS
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

George Gonzalez,

Plaintiff(s)

v.

State of California; City of Hemet; Patrick Sobaszek; Andrew Reynoso; Sean Irick; and DOES 1-10, inclusive

Defendant(s).

CASE NUMBER:

5:25-cv-00331 KK(DTBx)

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _Richard Copeland, Esq._ may serve as the Panel Mediator in the above-captioned case. _Khouloud Pearson_ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _TBA_ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: 08/07/2025      /s/ Marcel F. Sinicich
                       Attorney For Plaintiff  George Gonzalez

Dated: _____         _____
                       Attorney For Plaintiff

Dated: 08/07/2025      *Khouloud E. Pearson* (signature)
                       Attorney For Defendant  City of Hemet

Dated: 08/07/2025      /s/ Ashley Reyes
                       Attorney For Defendant  State of CA and Officer Sean Irick

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*