Eugene P. Ramirez (State Bar No. 134865)
　*eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
　*andrea.kornblau@manningkass.com*
Khouloud Pearson (State Bar No. 323108)
　*Khouloud.Pearson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>　　　Defendants. | Case No. 5:25-cv-00331 KK(DTBx)<br><br>**[DISCOVERY MATTER]**<br><br>**APPLICATION TO TAKE INMATE'S DEPOSITION IN STATE PRISON; PROPOSED ORDER FILED CONCURRENTLY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Defendant, CITY OF HEMET, by and through its attorneys of record, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, makes the following request of the Honorable Court:

　　1.　For an order permitting the deposition of California Department of Corrections and Rehabilitation Inmate GEORGE GONZALEZ, on October 27, 2025, or on any other date as directed by State Prison Officials.

**GOOD CAUSE STATEMENT**

1. GEORGE GONZALEZ, case number GH252880003, is in the custody of the California Department of Corrections and Rehabilitation and is currently being housed at Southwest Detention Center located at 30755 Auld Rd Ste B, Murrieta, CA 92563

2. According to Federal Rule of Civil Procedure 30(a)(2)(B), a party must obtain leave of court to take a deponent's deposition "if the deponent is confined in prison."

Therefore, for good cause shown, Defendant requests the Honorable Court to enter an order permitting Defendant to take the deposition of Timothy Helman, on October 27, 2025, or on any other date as directed by State Prison Officials.

DATED: October 26, 2025

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: *Khouloud E. Pearson*
Eugene P. Ramirez
Andrea K. Kornblau
Khouloud E. Pearson
Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO