UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:25-cv-00331 KK(DTBx)<br><br>**DISCOVERY MATTER**<br><br>**ORDER RE: APPLICATION TO TAKE INMATE'S DEPOSITION IN STATE PRISON** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Application and Good Cause appearing therefor, and in furtherance of the interests of justice, the Court hereby ORDERS as follows:

1. Defendant may take the deposition of California Department of Corrections and Rehabilitation Inmate George Gonzalez, , case number GH252880003, on October 27, 2025, or on any other date as directed by State Prison Officials.

2. The Court allows the deposition to go forward subject to the rules that the State of California and the California Correctional Center may reasonably impose upon the parties attending a deposition within the confines of the detention facility.

ORDER RE: APPLICATION TO TAKE INMATE DEPOSITION IN STATE PRISON

1   IT IS SO ORDERED

3   DATED: _____
4                                    _____
                                     United States Magistrate Judge
5                                    David T. Bristow