Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
 *andrea.kornblau@manningkass.com*
Khouloud Pearson (State Bar No. 323108)
 *Khouloud.Pearson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00331 KK(DTBx)<br><br>**DECLARATION OF KHOULOUD PEARSON**<br><br>Filed Concurrently with Notice of Joint Ex Parte Application and Ex Parte Application for Modification of Scheduling Order and Trial Continuance; Proposed Order<br><br>Trial Date: May 11, 2026<br>Action Filed: December 24. 2024 |

I, Khouloud Pearson, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and a partner with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel of record for Defendants City of Hemet, Corporal Patrick Sobaszek, and Sergeant Andrew Reynoso in this action. If called as a witness, I could and would testify competently to the facts set forth herein based on my personal knowledge and my re-view of the case file.

2. Despite multiple requests to schedule Plaintiff George Gonzalez's deposition, Plaintiff has not been made available and is now in custody at the

Riverside County Southwest Detention Center on felony charges (Riverside County Superior Court Case No. GH252880003). The City requested, and the Court granted on October 28, 2025, leave to take Plaintiff's deposition while in custody, which must occur on or before November 20, 2025 under the current discovery cut-off deadline. However, the parties are bound by the availability of the prison to complete the deposition. Furthermore, Plaintiff has been repeatedly transferred to different facilities, which has created additional delays in securing his deposition.

3. On May 13, 2025, Plaintiff served objections to the City's subpoena, served on May 1, 2025, for Plaintiff's medical records related to treatment from the incident, which has prevented the parties from receiving records directly related to Plaintiff's claimed damages. To date, Plaintiff continues to deny Defendants' access to medical records by way of subpoena, which will require the assist of the court to resolve. The parties are currently in the process of securing an Informal Discovery Conference before the magistrate judge to resolve the matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of November, 2025, at Los Angeles, California.

_Khouloud E. Pearson_
Khouloud Pearson

2