# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Gonzalez,<br><br>Plaintiff(s)<br>v.<br><br>City of Hemet, et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:25-cv-00331-KK-DTBx<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge _____ . Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge   David T. Bristow

Date/Time   November 20, 2025 at 11:30 a.m.

Courtroom:   Zoom Visit http://www.cacd.uscourts.gov/honorable-david-t-bristow

Dated:   November 18, 2025                 By:   Rachel Maurice
                                                 Deputy Clerk