# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ<br><br>PLAINTIFF(S)<br><br>v.<br><br>CITY OF HEMET, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:25−cv−00331−KK−DTB<br><br><br>MOTION RE INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge David T. Bristow. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistratet Judge: David T. Bristow

Date/Time:     December 11, 2025 at 12:00 PM

Courtroom:     4 via Zoom

 December 11, 2025                By  /s/ *Rebecca Camacho*
 Date                                  Deputy Clerk

CV−19 (11/21)        MOTION RE: INFORMAL DISCOVERY DISPUTE