UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:25-cv-00331-KK (DTBx)**                                      Date: **December 11, 2025**

Title: **George Gonzalez v. City of Hemet, et al.**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:     **HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | RS-CS-4 |
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PLAINTIFF:               ATTORNEYS PRESENT FOR DEFENDANT(S):

Marcel F. Sincich                                              Andrea Katherine Kornblau
                                                                         Mario E. Garcia

**PROCEEDINGS: INFORMAL DISCOVERY CONFERENCE**

The matter was called, and counsel stated their appearances on the record. Marcel F. Sincich, Esq. of Law Offices of Dale K. Galipo, appeared remotely on behalf of Plaintiff. Andrea Katherine Kornblau, Esq. of Manning and Kass Ellrod Ramirez Trester, LLP, appeared remotely on behalf of Defendant City of Hemet. Mario Eduardo Garcia, Esq. of Office of Attorney General, appeared remotely on behalf of Defendants Officer Sean Irick and the State of California.

The parties outlined the current discovery dispute, and each provided the Court with their respective positions. The dispute concerns the scope of answers, or lack thereof, from Plaintiff during his deposition.

The Court discussed the scope of discovery as to depositions, as well as objections by counsel and the Plaintiff. The Court also informed counsel that if there is a continued deposition and the same issues arise, then they should submit letter briefs on the issues for the Court to rule on. Counsel informed the Court that the deposition session will be continued to December 23, 2025.

The Court ordered the parties to further meet and confer to seek a compromise regarding the dispute and offered to further assist as needed.

**IT IS SO ORDERED**.

Time 0:35

MINUTES FORM 11                                                       Initials of Deputy Clerk rec
CIVIL-GEN