IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,**<br><br>                              Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,**<br><br>                              Defendants. | Case No. 5:25-cv-00331-KK-DTB<br><br>**[PROPOSED] ORDER ON JOINT EX PARTE APPLICATION AND EX PARTE APPLICATION FOR MODIFICATION OF SCHEDULING ORDER AND TRIAL CONTINUANCE**<br><br>**[FIRST REQUEST]**<br><br>**[NOTE CHANGES BY COURT]** |

Having considered Defendants' Application for Modification of Current Scheduling Order and Trial Continuance, this Court finds that:

GOOD CAUSE DOES EXIST to allow Defendants until March 30, 2026, to take Plaintiff's deposition and resolve issues regarding discovery propounded prior the imposed discovery cut-off of November 20, 2025. With respect to the request to continue the discovery cut-off to pursue other discovery and to extend other pre-trial deadlines, Defendants fail to establish circumstances justifying the use of ex parte procedures of good cause to modify the Court's Scheduling Order.

IT IS SO ORDERED.

Dated: January 12, 2026

_____
Honorable Kenly Kiya Kato
U.S. District Judge

SD2025300206
95666388

1