ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
AMIE BEARS
Deputy Attorney General
State Bar No. 242372
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-7663
 Fax:  (916) 322-8288
 E-mail:  Amie.Bears@doj.ca.gov
*Attorneys for Defendant State of California by and through, California Highway Patrol, and S. Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,** | Case No. 5:25-cv-00331-KK-DTB |
| Plaintiff, | **NOTICE OF APPEARANCE OF AMIE BEARS** |
| v. | |
| **STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,** | |
| Defendants. | |

1  The California Attorney General, counsel for State of California by and
2  through, California Highway Patrol, and S. Irick, hereby files this Notice of
3  Appearance to inform the Court of assigned counsel for Defendant in this
4  proceeding.
5  Respondent hereby notifies the Court that the attorney with principal charge of
6  the case is as follows:

7  Amie Bears, Deputy Attorney General
   1300 I Street, Suite 125
8  Sacramento, CA 95814
   Telephone: (916) 210-7663
9  E-mail: Amie.Bears@doj.ca.gov

10 Dated: January 13, 2026                    Respectfully submitted,

11                                            ROB BONTA
                                              Attorney General of California
12                                            CATHERINE WOODBRIDGE
                                              Supervising Deputy Attorney General
13

14                                            */s/ Amie Bears*

15                                            AMIE BEARS
                                              Deputy Attorney General
16                                            *Attorneys for Defendant State of*
                                              *California by and through, California*
17                                            *Highway Patrol, and S. Irick*

18 SD2025300206
   39573838
19

# DECLARATION OF SERVICE BY E-MAIL

Case Name:   *Gonzalez v. State of California, et al.*
Case No.:    **5:25-cv-00331-KK-DTB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. My business address is: 1300 I St. Sacramento CA 95814. My electronic service address is Ariana.Escue@doj.ca.gov.

On **January 13, 2026**, I served the attached **NOTICE OF APPEARANCE OF AMIE BEARS** by transmitting a true copy via electronic mail, addressed as follows:

Trenton C. Packer
GRECH, PACKER & HANKS
tpacker@grechpackerlaw.com
kppham@grechpackerlaw.com
*Attorney for Plaintiff*

Dale K. Galipo
Marcel F. Sincich
LAW OFFICES OF DALE K. GALIPO
dalekgalipo@yahoo.com
msincich@galipolaw.com
ldeleon@galipolaw.com
*Attorney for Plaintiff*

Eugene P. Ramirez
Andrea Kornblau
Khouland Pearson
MANNING & KASS, ELLROD,
RAMIREZ, TRESTER LLP
eugene.ramirez@manningkass.com
andrea.kornblau@manningkass.com
Khouloud.Pearson@manningkass.com
*Attorneys for Defendants City of Hemet,
Patrick Sobaszek and Andrew Reynoso*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **January 13, 2026**, at Sacramento, California.

| A. M. Escue | /s/ A. M. Escues |
|---|---|
| Declarant | Signature |

SD2025300206/39573948