# EXHIBIT A



LABORATORY NUMBER 250721

ENGINEERING REPORT IS REQUESTED BY:

**Manning & Kass**
**801 S. Figueroa Street, 15th Floor**
**Los Angeles, CA 90017**

**Attention:  Khouloud Pearson**


| | |
|---|---|
| **Reference:** | **George Gonzalez vs. City of Hemet** |
| **Date of Incident:** | **January 24, 2024** |
| **Subject:** | **Biomechanical Analysis** |



December 4, 2025

Laboratory Number 250721

Reference:        George Mr. Gonzalez

Case Name:        George Mr. Gonzalez v. City of Hemet

Case Number:      5:25-cv-0331-KK-DTB

Date of Incident: January 24, 2024

This report was prepared pursuant to Federal Rule of Civil Procedure 26. Should a party seek my deposition in this matter, I will make myself available as feasible and request that the party coordinate with defense counsel to facilitate such deposition.

## BIOMECHANICAL ANALYSIS

### INTRODUCTION

On January 24, 2024, at approximately 2004 hours, an officer-involved shooting involving Hemet Police Sergeant Andrew Reynoso, Hemet Police Detective Corporal Patrick Sobaszek, California Highway Patrol Officer Sean Irick, and Mr. George Gonzalez occurred. The purpose of this analysis is to determine the body position of Mr. Gonzalez at the time of the shooting and perform a biomechanical analysis.

### BACKGROUND: FACTUAL SUMMARY

*This summary is provided for convenience and does not necessarily itemize every single fact relied upon by this expert in the formation of my opinions and conclusions*

**VOLLMER-GRAY**
ENGINEERING LABORATORIES

*in this matter. It is based on my review of the records and materials identified herein below. I do not contend to have direct personal knowledge of the incident facts.*

On January 24, 2024, at 1936 hours, officers attempted to contact Mr. George Gonzalez, who was wanted for felony charges, near the driveway of a residence located near the intersection of Whittier Ave and Girard St in the unincorporated area of East Hemet, County of Riverside. The officers involved in this incident: Officer Irick, Corporal Sobaszek, and Sergeant Reynoso were all members of Gang Task Force Region 3.

The officers attempted to arrest Mr. Gonzalez, but he barricaded himself inside a Hyundai. Mr. Gonzalez failed to comply with the officers' commands and fled in the Hyundai, leading the officers in a vehicle pursuit through the City of Hemet. The pursuit ended in the City of Beaumont on the train tracks on Veile Ave, where Mr. Gonzalez's vehicle became immobilized on the train tracks north of 4th Street. He fled from his vehicle on foot, running eastbound through an industrial parking lot of Perricone Juices located at 550 B Street, Beaumont. During the foot pursuit, Mr. Gonzalez produced a handgun, and an officer-involved shooting occurred where all three officers discharged their firearms. Officer Irick discharged ten rounds, Corporal Sobaszek discharged ten rounds, and Sergeant Reynoso discharged six rounds from their respective department-issued handguns. Mr. Gonzalez was struck and fell to the ground, dropping his handgun. A black firearm was recovered next to him. Officers provided medical aid to Mr. Gonzalez, and he was transported via ambulance to RUHS Hospital. He survived his injuries and was later booked into Riverside County Jail.

### *Vehicle, Equipment, and Charting*

Officer Irick had a black Smith & Wesson M&P firearm with an Olight Valkyrie PL-3 tactical light. At the beginning of the shift, his firearm was loaded to capacity and had a 15-round capacity. After the incident, the firearm had one Federal .40 S&W in the chamber and five unexpended .40 caliber cartridges in the magazine. He had two additional magazines; each magazine contained fifteen unexpended .40 caliber cartridges. At the time of the charting, Office Officer Irick was noted to be missing ten rounds from his duty weapon.

Corporal Sobaszek's duty weapon was a Glock 17 Gen 5, 9mm with a "Streamlight TLR-1 HL" and "Trijicon Red Dot". His primary Glock magazine has a 17-round capacity. At the start of his shift, he carried 17 rounds in the magazine and one in the chamber, totaling 18 rounds. At the time of charting, the chamber contained one live 9mm round, and the duty magazine contained seven live rounds. He also had two additional 17-round Glock magazines, each fully loaded with 17 9mm rounds. At the time of charting, Sergeant Reynoso was noted to be missing ten rounds from his duty weapon.

Sergeant Reynoso's duty weapon was a Glock 17 Gen 5, 9mm, equipped with a "Streamlight TLR-1HL" tactical light and a "Holosun" red dot. His duty magazine has a 17-round capacity, with one live Speer 9mm round. The magazine held Speer 9mm rounds. Sergeant Reynoso stated that he normally starts his shift with 17 rounds in the magazine and 1 in the chamber, for a total of 18 rounds. He also had four additional 17-round magazines, containing the following: one magazine with 16 Speer and 1 Winchester round, and three magazines each loaded

VOLLMER-GRAY
ENGINEERING LABORATORIES

Laboratory Number 250721
Page 4

with 17 Speer 9mm rounds. At the time of charting, Sergeant Reynoso was noted to be missing six rounds from his duty weapon.

Review of the records indicated that Mr. Gonzalez was in possession of a 9mm handgun at the time of the incident. The vehicle used by Mr. Gonzalez during the pursuit, a 2007 Hyundai Sonata (VIN 5NPEU46F17H178963), was located near the intersection of Veile Ave and 4th Street in the city of Beaumont. The Hyundai Sonata was processed pursuant to a search warrant, and during the search, a loaded handgun magazine containing ten rounds of 9mm ammunition was located near the vehicle's driver's seat.

### Witness Statements & Testimony

#### Corporal Sobaszek

In his deposition, Corporal Sobaszek stated he is a corporal in the Investigations Bureau and joined the SWAT team at the end of 2021. He is 5'7" and weighs 165 pounds. He described Mr. Gonzalez turning to the left, exposing his back, repeatedly looking over his shoulder during the pursuit, and holding his waistband in a way that suggested he was concealing a gun. He stated that Officer Irick was to his left. Prior to him firing the first shot, Mr. Gonzalez was turning towards his left with a gun in his right hand, up above his chest. He testified that he fired ten shots at Mr. Gonzalez and pressed the trigger for each shot. He stated that he saw a gun in Mr. Gonzalez's hand for all ten shots. He stated that he did not receive official results on the rounds that struck him. He estimated less than five seconds from first seeing the firearm in Mr. Gonzalez's hand to starting to fire, and three to four seconds between his first and tenth shots. He stated that he fired the first shot about 25 yards away and aimed at the center of mass. He knows that Mr. Gonzalez

was hospitalized with gunshot wounds, including one to the left leg. He stated that Mr. Gonzalez went forward on his stomach, with the firearm ending near his feet. He stated that his body-worn camera is positioned on the right side of his chest, under his right pectoral.

In his statement, Corporal Sobaszek said he carried a Gen 5 Glock 17 and two 17-round magazines, and he estimated he fired 7 to 8 rounds. He stated that he got a call saying Mr. Gonzalez was at the caller's sister's house and was possibly carrying a firearm. He saw Mr. Gonzalez barricade himself in the vehicle and then drove past the officers. He was the primary vehicle in the pursuit and chased Mr. Gonzalez on foot. He noticed Mr. Gonzalez was running unusually, with his left arm swinging freely while his right arm was tucked to the front. Mr. Gonzalez kept looking over his left shoulder and saw him raise his right arm while holding a gun. He stated that he fired several rounds from a distance of approximately 25 yards. He then moved the firearm away from Mr. Gonzalez with his foot and believed he pushed the magazine release button.

### *Officer Irick*

In his deposition, Officer Irick stated that he is 5'11" and 200 pounds. In November 2024, he was assigned to the Riverside County Regional Gang Task Force, Region 3, Hemet, San Jacinto. He stated that Detective Patrick Sobaszek was driving when they pulled a vehicle for rolling a right turn on red. His partner told him that one of the occupants of the vehicle knew Mr. Gonzalez, who had an outstanding felony warrant. He stated that Corporal Sobaszek later received a call from someone who said Mr. Gonzalez was at their house. They went to the house and saw Mr. Gonzalez get into a vehicle. They knew he had a gun based on the reporting party's



information and based on his movements inside the vehicle. Mr. Gonzalez got out of the vehicle, hunched over, and was holding his waistband. He had no audio recording or BWC. He believes he said, "Drop it" more than once, while his partner said "Give it up, George" and "Dude, you're going to get shot." He was on the left, Corporal Sobaszek on the right. During the pursuit, he heard Mr. Gonzalez say, "Stop, I'm gonna do it," or "Stop, I'll do it." During the foot pursuit, he stated that five to six feet after crossing the narrow path, he saw the gun in Mr. Gonzalez's hand, and he was 40 to 50 feet from Mr. Gonzalez at that time. Mr. Gonzalez was looking back over his left shoulder with the gun in his right hand, halfway raised. He estimated that one to two seconds passed from seeing the gun in Mr. Gonzalez's hand to him starting to fire. He fired from a .40 caliber weapon, and he was not sure if he was moving or stationary when firing. He does not know how many shots he fired. He aimed at the center mass between the shoulders and the hip, and stopped firing when he saw him go down. After the shooting, he saw the gun on the ground next to Mr. Gonzalez, who fell toward his left shoulder and chest before coming to rest prone. He did not know who fired first, but later realized Corporal Sobaszek's pistol was firing next to him. He later became aware that Sergeant Reynoso was firing.

In his statement, Officer Irick stated that he had a gun belt with a magazine pouch containing two 15-round magazines and a gun holster with a Smith and Wesson M&P .40 caliber pistol. He loaded his pistol to full capacity of 15 rounds in the magazine and one round in the chamber. He believes he fired five rounds. He stated that he was a passenger in Corporal Sobaszek's vehicle, and they approached the residence where Mr. Gonzalez was present with red and blue lights on. He saw Mr. Gonzalez run into his vehicle and barricade himself. Mr. Gonzalez then drove away, and he and Corporal Sobaszek were the primary unit pursuing him. Mr.

Gonzalez's vehicle appeared disabled when he attempted to drive on the railroad tracks, and saw him run toward a business factory called Perricone Juices. He knew that Mr. Gonzalez was armed with a gun and noticed him running without swinging his arms and grabbing his middle section. He and Mr. Sobaszek began a foot chase and gave verbal commands. He saw Mr. Gonzalez produce a gun with his right hand, raise it, and say something to the effect of "I am going to do it" while looking over his left shoulder. He fired, aiming at center mass, and saw him fall to the ground, at which point he stopped firing. Corporal Sobaszek was on his left, and he did not notice Sergeant Reynoso behind him. He saw Corporal Sobaszek kick the gun.

### *Mr. Gonzalez*

In his statement, Mr. Gonzalez stated he had a gun in his pants pocket. He stated that while he was being chased, he removed the gun and was holding it in his right hand. He stated he raised the gun above his chest and shoulders and was shot. He also stated he was trying to give up the gun in his hand when he was shot. He stated the gun had a magazine with bullets but no round in the chamber. He stated that he did not fire the gun and that he was on several drugs at the time of the incident.

### *Sergeant Reynoso*

In his statement, Sergeant Reynoso stated that he was equipped with his Glock 17 pistol, a magazine pouch with two Glock magazines loaded to 17-round capacity, and his raid vest containing two additional loaded 17-round Glock magazines, a patrol rifle magazine with 5.56 caliber ammunition, and his body camera, which he activated during the incident. He loaded his

pistol to a full capacity of 17 rounds in the magazine and one in the chamber. He stated that the magazine check indicated that he fired six rounds.

Reynoso was the passenger in Deputy Kellett's vehicle. He noticed Mr. Gonzalez moving erratically and manipulating inside the Hyundai. He believed Mr. Gonzalez was armed with a firearm and followed Mr. Gonzalez during the vehicle and foot pursuit. Corporal Sobaszek and Officer Irick began the foot chase ahead of him. Mr. Gonzalez produced a pistol in his right hand, held it at a 45-degree angle above his chest and shoulder, bladed to the left and began looking to his left. He stated that as he was drawing his pistol, he heard a gunshot, which he believed was fired by Mr. Gonzalez. He stated that he was behind Corporal Sobaszek and Officer Irick but had a clear line of sight. He stated that he aimed at the center of mass while shooting. Mr. Gonzalez went down, and a black handgun was next to Mr. Gonzalez's foot.

In his statement, witness Mr. Bonilla stated that he is an employee of Perricone Juice. He was standing near the offloading ramp when he heard yelling and saw the chase. He saw the Hispanic male raise both hands above his head and noticed he had a handgun in his right hand. He stated the Hispanic male appeared to look back toward the officers while holding the gun in his right hand when they fired toward him. He saw the suspect fall face down to the ground. He was about 30 feet from the officers.

In his interview, witness Isreal Lopez stated that he is an employee of Perricone Juice. He was standing near the offloading ramp when he heard yelling and saw the chase. He saw the Hispanic male raise his right hand above his head and noticed he had a gun. He stated that the male appeared to look back toward the officers while holding the gun in his right hand, and it

appeared as if he was going to turn and face the officers while holding the firearm, but the officers fired before he turned completely. He stated that he saw the suspect fall face down to the ground. He was approximately 20 feet from the officers and believed he heard about ten gunshots.

In his interview, witness Paul Barajas, stated that he is an employee of Perricone Juice. He stated that he opened a door and saw a male running, and he appeared to be turning his head and looking around. Within 1-2 seconds of opening the door, he heard three gunshots, and he shut the door.

Officer Hibbler responded to assist with an uncooperative male inside of a vehicle. Upon arrival, he saw Mr. Gonzalez driving away and then a foot pursuit ensued. He saw three Gang Task Force Deputies in foot pursuit and continued his pursuit through the front lot of Perricone Juices on the south side of the building, where he heard gunfire. Officer Hibbler stated that he saw Mr. Gonzalez placed in handcuffs and a deputy kicking a firearm away from the suspect. He began cutting Mr. Gonzalez's clothing to expose gunshot wounds, which revealed that Mr. Gonzalez had been struck twice in the back, once in the left thigh, and once in the bottom of the left foot, for a total of four times. He accompanied Mr. Gonzalez in the ambulance.

Officer Kellet was the driver of the vehicle with Sergeant Reynoso as the passenger. He drove to the residence where Mr. Gonzalez was in the front yard, and Mr. Gonzalez ran to a black sedan and barricaded himself inside. Mr. Gonzalez entered the rear seat and frantically reached for an unknown object. Officer Kellet then drove the vehicle and followed the officers who were behind Mr. Gonzalez's vehicle. He stated that he was bitten by a police service dog during the foot pursuit.

Officer Vera heard on the radio that Mr. Gonzalez was barricading himself in his vehicle and responded to the location. He stated that he found Mr. Gonzalez inside a black reaching all around the inside of the vehicle and into his waistband multiple times, moving back and forth between the front and back seats. He had information that Mr. Gonzalez was possibly armed with a firearm, and a vehicle pursuit began. He stated that Mr. Gonzalez's vehicle was disabled on the train tracks, and he fled on foot toward the Perricone Juices warehouse. He gave the police service dog commands to focus on Mr. Gonzalez. He heard officers giving commands, then gunshots. He located two gunshot wounds to Mr. Gonzalez's back and one to his upper right leg, with no exit wounds on the front torso.

Officer Bono arrived at the residence with the police service dog and observed Mr. Gonzalez seated in a black 2014 Hyundai backed into the driveway. He saw Mr. Gonzalez reach toward his waistband multiple times, as well as toward the center console area, between the seats, and into a backpack inside the vehicle.  As Mr. Gonzalez drove away, a vehicle pursuit and a foot pursuit ensued.

Officer Godward, who was present at the scene, located two entry wounds to back and one to the left leg above the knee of Mr. Gonzalez.

### *Body-worn camera Recording*

·  The body-worn camera of Sergeant Reynoso was reviewed. The video starts at 19:36:05.

·  At 19:36:39, Sergeant Reynoso approached Mr. Gonzalez's vehicle. Several commands were given by officers.



· At 19:36:44, Mr. Gonzalez is seen reaching into the rear of the vehicle from his driver's seat, as seen in Figure 1. Officers can be heard giving commands "he has got something in his hand," "don't do it,".



Figure 1

· At 19:45:05, Mr. Gonzalez drives off in the Hyundai, and a vehicle pursuit follows.

· At 20:03:44, during the foot pursuit, Sergeant Reynoso is seen running behind Corporal Sobaszek and Officer Irick, as seen in Figure 2.





Figure 2

· At 20:04:46, Sergeant Reynoso's left hand goes onto the gun. Shots can be heard approximately at the same time.  He fired from behind Officer Irick and Corporal Sobaszek, as seen in Figure 3. At this time, he was approximately at the end of the truck loading ramp.



Figure 3

· At 20:05:04, Mr. Gonzalez can be seen lying prone with a gun near his right foot as seen in Figure 4.



Figure 4

The body-worn camera of Corporal Sobaszek was reviewed. The video starts at 19:35:59 with audio starting at 19:36:31.

- At 19:36:44, Corporal Sobaszek is heard giving commands, including "stop reaching." The video shows Mr. Gonzalez inside a vehicle with other officers surrounding Mr. Gonzalez's vehicle.

- At 19:45:16, Corporal Sobaszek gets back into the driver's seat of his vehicle with Officer Irick in the passenger seat. A vehicle pursuit ensued.

- At 20:03:38, Corporal Sobaszek gets out of his vehicle near the train tracks, and a foot pursuit starts.

- At 20:03:43, Mr. Gonzalez is seen running eastbound towards the industrial parking lot of Perricone Juice Factory with Corporal Sobaszek chasing him.

- At 20:04:15, he made a right turn to enter the Perricone Juice building.

- At 20:04:21, he made a right turn towards the truck loading ramp.

- At 20:04:34, Corporal Sobaszek is running through the narrow walkway beside the truck loading ramp.

- At 20:04:40, Mr. Gonzalez is seen running, and Corporal Sobaszek is behind him at the end of the truck loading ramp.

- At 20:04:42 and 20:04:43, Mr. Gonzalez is seen turning left with his torso rotated towards his left as seen in Figure 5.



Figure 5

- At 20:04:44, Mr. Gonzalez's right hand comes up and is seen turning toward his left as seen in Figure 6.

Laboratory Number 250721
Page 15



Figure 6

· At 20:04:45, Mr. Gonzalez's torso is turned to his left and is seen in a running stance as shown in Figure 7. At approximately 20:04:46, the first shots can be heard.



Figure 7

· At 20:04:47, Mr. Gonzalez is seen with his torso bent.



· At 20:04:48, he is seen going forward with his torso bent and onto his knees as shown in Figure 8.



Figure 8

### _Medical Record Review_

_DOB: 12/22/1993_

Mr. Gonzalez was 5 feet 11 inches tall and weighed 219 lbs, as per the records at the time of the incident.

A tourniquet was applied to the left lower extremity at 8:05 p.m. for uncontrolled bleeding. EMS transported him to RUHS with the tourniquet still in place. On arrival, he had a GCS of 14 to 15 and gunshot wounds to the posterior left chest and left leg.

Preliminary injuries documented by EMS included four possible gunshot wounds: a puncture wound to the lower right back, a puncture wound to the left lower back near the spine,

a puncture wound to the left lateral upper extremity, and a puncture wound to the bottom of the left foot.

Plain films of the chest showed a bullet fragment in the left chest, and plain films of the pelvis showed a bullet on the right side of the pelvis.

CT scan of the chest showed multiple bullet fragments in the left lower chest wall with comminuted fractures of the left 8th and 9th lateral ribs. The CT of the left leg showed a dense metallic object immediately anterior to the right psoas muscle at the level proximal to the right external iliac artery, likely representing a bullet fragment. A left lateral thigh skin laceration and subcutaneous gas were also noted.

X-ray of the chest showed metallic gunshot wound shrapnel in the left lower lateral chest wall. X-ray of the pelvis showed a metallic density projection over the right sacral ala region. X-ray of the left foot showed three punctate metallic foreign bodies in the superficial soft tissues of the plantar forefoot. The bullet entered the peritoneal cavity from the left retroperitoneal space and caused a serosal injury.

Final Diagnosis:

- Puncture wound with foreign body of the abdominal wall, left lower quadrant, with penetration into the peritoneal cavity.
- Multiple fractures of ribs on the left side.
- Puncture wounds with foreign body of the left anterior thoracic wall, without penetration into the thoracic cavity.



· Laceration of part of the small intestine.

· Contusion of the lung.

· Puncture wound without foreign body, left thigh.

· Puncture wound without foreign body of the left foot.

· Abrasion of the right knee.

In his report, Officer Castaneda stated that the attending surgeon, Dr. Dhillon who performed surgery on Mr. Gonzalez treated him for one gunshot wound that entered his left thigh, traveled to the mid-torso, and possibly injured the intestines. Dr. Dhillon removed a piece of a possible projectile from this area. Mr. Goznalez also had a separate projectile lodged under the skin near his left nipple, which was not removed. He had visible scratches on his right knee.

Review of the records indicated the following:

· The bullet from the left thigh corresponds to the right abdomen.

· The bullet to left flank appears to remain extathoracic, although there are some rib fractures.

## BACKGROUND: MATERIALS.

The following documents were submitted for review:

| TAB | ITEM DESCRIPTION |
|-----|------------------|
| 1. | Initial Incident Report. by Ofcr. Cooley. 01/25/24 <br><br> [COH000001–10] |

**VOLLMER-GRAY**
ENGINEERING LABORATORIES

| 2. | Incident Report. Notice & Response. by Inv. Alfaro. 02/02/24 <br><br> **[COH000011–13]** |
|----|----|
| 3. | Incident Report. N&R. by Inv. Mendoza. 03/15/24 <br><br> **[COH000014–15]** |
| 4. | Incident Report. N&R Call Out. by Dpty. DiMaggio. 01/29/24 <br><br> **[COH000016–17]** |
| 5. | Incident Report. Notice & Response. by Inv. Letterly. 01/30/24 <br><br> **[COH000018–20]** |
| 6. | Incident Report. Notice & Response. by Inv. Castaneda. 01/29/24 <br><br> **[COH000021–22]** |
| 7. | Incident Report. Notice & Response. by Inv. Manjarrez. 01/29/24 <br><br> **[COH000023–24]** |
| 8. | Incident Report. Notice & Response. by Inv. Ramirez. 01/26/24 <br><br> **[COH000025–28]** |
| 9. | Incident Report. N&R Call Out. by Ofcr. Ditfurth. 07/15/24 <br><br> **[COH000029–30]** |
| 10. | Incident Report. N&R Call Out. DA Inv. Ferrer. 03/12/24 <br><br> **[COH000031–32]** |

| 11. | Incident Report. Response & Public Safety Statement. by Sgt. Button. 01/25/24 **[COH000033–35]** |
|-----|---------------------------------------------------------------------------------------------------|
| 12. | Incident Report. Suspect Ambulance Ride. by Ofcr. Hibbler. 01/26/24 **[COH000036–39]** |
| 13. | Incident Report. Response to RUHS. by Ofcr. Enriquez. 012524. 01/25/24 **[COH000040–41]** |
| 14. | Incident Report. Critical Incident Log. by Ofcr. Waters. 01/25/24 **[COH000042–43]** |
| 15. | Incident Report. Response to RUHS. by Ofcr. Henson. 01/25/24 **[COH000044–46]** |
| 16. | Incident Report. Response. by Ofcr. Chavez. 01/25/24 **[COH000047–54]** |
| 17. | Incident Report. Response. by Ofcr. Christopherson. 01/25/24 **[COH000055–56]** |
| 18. | Incident Report. Response to RUHS. by Ofcr. Gomez. 01/25/24 **[COH000057–59]** |
| 19. | Incident Report. Dog Bite. by Ofcr. Kellet. 02/25/24 **[COH000060–62]** |



| 20. | Incident Report. CHU. by Inv. Birmingham. 01/25/24_Redacted<br><br>**[COH000063–66]** |
| --- | --- |
| 21. | Supp Incident Report. 002. Ofcr. Vera. by Inv. Alfaro. 08/30/24<br><br>**[COH000067–70]** |
| 22. | Supp Incident Report. 003. Ofcr. Reynoso, Alex. by Inv. Alfaro. 08/30/24<br><br>**[COH000071–74]** |
| 23. | Supp Report. 001. Assisting Narrative. by Ofcr. Godward. 01/28/24<br><br>**[COH000075-78]** |
| 24. | Supp Report. 002. Assisting Narrative. by Ofcr. Vera. 02/05/24<br><br>**[COH0000079-81]** |
| 25. | Supp Report. 003. Assisting Narrative. by Ofcr. Reynoso, Alex. 01/29/24<br><br>**[COH000082-84]** |
| 26. | Supp Report. 004. Assisting Narrative. by Ofcr. Del Bono. 02/13/24<br><br>**[COH000085-93]** |
| 27. | Supp Report. 006. Assisting Narrative. by Ofcr. Godward. 02/02/24<br><br>**[COH000094-95]** |
| 28. | Incident Report. Interview. Sgt. Reynoso. by Inv. Alfaro. 02/05/24<br><br>**[COH000096-100]** |



| 29. | Incident Report. Interview. Transcript. Sgt. Reynoso. by Inv. Alfaro. 02/05/24<br><br>**[COH000101-129]** |
|---|---|
| 30. | Incident Report. Interview. CHP Ofcr. Irick. by Inv. Alfaro. 02/05/24<br><br>**[COH000130-133]** |
| 31. | Incident Report. Interview. Transcript. CHP Ofcr. Irick by Inv. Alfaro. 02/05/24<br><br>**[COH000134-158]** |
| 32. | Incident Report. Interview. Salgado, Rina. by Inv. Letterly. 01/31/24<br><br>**[COH000159-163]** |
| 33. | Incident Report. Interview. Witness. Bonilla, Erick. by Inv. Ramirez. 01/26/24<br><br>**[COH000164-169]** |
| 34. | Incident Report. Interview. Witness. Lopez, Israel. by Inv. Ramirez. 01/26/24<br><br>**[COH000170-176]** |
| 35. | Incident Report. Interview. Nieves, Yvette. by Inv. Ramirez. 01/31/24<br><br>**[COH000177-183]** |
| 36. | Incident Report. Interview. Suspect Family. by DA Inv. Ferrer. 03/12/24<br><br>**[COH000184-186]** |
| 37. | Incident Report. Interview. Incl. Transcript. Det. Sobaszek. by DA Inv. Ferrer. 04/16/24<br><br>**[COH000187-223]** |



| 38. | Supple Incident Report. 001. Ofcr. Godward. Interview. Salgado, Rina & Nieves, Yvette. by Alfaro. 08/30/24<br><br>**[COH000224-227]** |
|---|---|
| 39. | Incident Report. Interview. Suspect Gonzalez, George. by Inv. Alfaro. 01/28/24<br><br>**[COH000228-230]** |
| 40. | Incident Report. Interview. Suspect Parents. by Inv. Alfaro. 02/05/24<br><br>**[COH000231-233]** |
| 41. | Incident Report. Interview. Witness. Barajas, Paul. by Inv. Letterly. 01/24/24<br><br>**[COH000234-237]** |
| 42. | Incident Report. OIS Scene. by Inv. Mendoza. 03/15/24<br><br>**[COH000238-256]** |
| 43. | Incident Report. Hospital RUHS Scene. by Inv. Castaneda. 01/29/24<br><br>**[COH000257-259]** |
| 44. | Incident Report. Collect Blood & Projectile Evidence from RUHS. by Inv. Castaneda. 02/02/24<br><br>**[COH000260-267]** |
| 45. | Incident Report. Process Vehicle. by Inv. Manjarrez. 02/15/24<br><br>**[COH000268-286]** |
| 46. | Incident Report. Suspect Weapon to Forensics. by Dpty. Ditfurth. 07/15/24<br><br>**[COH000287-301]** |



| 47. | Incident Report. Officer Weapons to Forensics and Armory. by Dpty. Ditfurth. 07/15/24 <br><br> **[COH000302-333]** |
|---|---|
| 48. | Incident Report. Forensics Scene. by FT. Kelly. 02/03/24 <br><br> **[COH000334-337]** |
| 49. | Incident Report. Forensics Scene. by FT. Kroll. 02/02/24 <br><br> **[COH000338-341]** |
| 50. | Incident Report. Process Vehicle.  by FT. Murphy. 01/31/ <br><br> **[COH000342-344]** |
| 51. | Incident Report. Test Officer Firearms. by FT. Mercado. 01/30/24 <br><br> **[COH000345-347]** |
| 52. | Incident Report. Suspect Handgun. by FT Alvarado. 01/31/24 <br><br> **[COH000348-350]** |
| 53. | Incident Report. Aerial Photos. by FT. Almandariz. 01/25/24 <br><br> **[COH000351-352]** |
| 54. | Incident Report. Charting CHP Ofcr. Irick. by FT. Arellanes. 01/30/24 <br><br> **[COH000353-354]** |
| 55. | Incident Report. Process Firearm. by FT. Torres. 01/30/24 <br><br> **[COH000355-358]** |



| 56. | Incident Report. Assist in Scene. by FT. Leon. 05/25/24<br><br>**[COH000359-360]** |
|---|---|
| 57. | Incident Report. Charting Photos. by FT. Murphy. 01/25/24<br><br>**[COH000361-363]** |
| 58. | Incident Report. Forensics Photos. by FT. Feer. 02/05/24<br><br>**[COH000364-365]** |
| 59. | Incident Report. Assist in Scene. by FT. Rodriguez. 01/26/24<br><br>**[COH000366-367]** |
| 60. | Incident Report. Charting. CHP Ofcr. Irick. by Inv. Manjarrez. 02/02/24<br><br>**[COH000368-372]** |
| 61. | Incident Report. Charting. by Dpty. Ditfurth. 07/15/24<br><br>**[COH000373-378]** |
| 62. | Incident Report. Surveillance Review. from Perricone Juices. by Dpty. DiMaggio. 01/29/24<br><br>**[COH000379-380]** |
| 63. | Incident Report. CAL-ID Results. by Inv. Manjarrez. 02/08/24<br><br>**[COH000381-383]** |
| 64. | Incident Report. Dispatch Records. by Inv. Alfaro. 02/05/24<br><br>**[COH000384-400]** |



| 65. | Incident Report. Bio Tox Results. by Inv. Alfaro. 02/19/24 [COH000401-403] |
|---|---|
| 66. | Incident Report. Evidence Handling. by Inv. Alfaro. 02/19/24 [COH000404-408] |
| 67. | Incident Report. HPD Event Document. by Inv. Alfaro. 09/10/24 [COH000409-415] |
| 68. | Incident Report. BWC Review. Reynoso & Sobaszek. by DA Inv. Ferrer. 03/12/24 [COH000416-418] |
| 69. | Incident Report. Helicopter Video Footage. by Inv. Alfaro. 08/28/24 [COH000419-433] |
| 70. | DOJ. Physical Evidence Exam Report. by Inv. Alfaro. 05/14/24 [COH000434] |
| 71. | Incident Report. SW and Vehicle Return. by Inv. Letterly. 02/20/24 [COH000435-442] |
| 72. | Incident Report. SW RUHS. by Inv. Alfaro. 10/02/24 [COH000443-451] |
| 73. | CAD. Report. HPD. Ofcr. Scafani. 01/24/24 [COH000452-456] |



| 74. | CII. Report. Gonzalez, George. Sgt. Gomez. 02/12/25<br><br>**[COH000457-473]** |
|---|---|
| 75. | Incident Report. Case Closed. by Inv. Alfaro. 12/20/24<br><br>**[COH000474-478]** |
| 76. | CPO-DV. Gonzalez, George. 03/15/22_Redacted<br><br>**[COH000479-480]** |
| 77. | Audio. Dispatch. 001. 01/24/24<br><br>**[COH000481]** |
| 78. | Audio. Dispatch. 002. 01/24/24<br><br>**[COH000482]** |
| 79. | Video. Star 9 Helicopter. By Ofcr. Coley. 012624<br><br>**[COH000483]** |
| 80. | Video. Warehouse. Exterior Surveillance. 012424<br><br>**[COH000484]** |
| 81. | BWC. Ofcr. Reynoso, Alex. 001. 012424<br><br>**[COH000485]** |
| 82. | BWC. Ofcr. Reynoso, Alex. 002. 012424<br><br>**[COH000486]** |



| 83. | BWC. Reynoso, Andrew. 012424<br><br>**[COH000487]** |
|---|---|
| 84. | BWC. Ofcr. Bishop. 012424<br><br>**[COH000488]** |
| 85. | BWC. Ofcr. Coley. 001. 042424<br><br>**[COH000489]** |
| 86. | BWC. Ofcr. Coley. 002. 042424<br><br>**[COH000490]** |
| 87. | BWC. Ofcr. Coley. 003. 042424<br><br>**[COH000491]** |
| 88. | BWC. Ofcr. Del Bono. 012424<br><br>**[COH000492]** |
| 89. | BWC. Ofcr. Godward. 001. 012424<br><br>**[COH000493]** |
| 90. | BWC. Ofcr. Godward. 002. 012424<br><br>**[COH000494]** |
| 91. | BWC. Ofcr. Godward. 003. 012424<br><br>**[COH000495]** |



| | |
|---|---|
| 92. | BWC. Ofcr. Godward. 004. 012424<br><br>**[COH000496]** |
| 93. | BWC. Ofcr. Tabor. 001. 012424<br><br>**[COH000497]** |
| 94. | BWC. Ofcr. Tabor. 002. 012424<br><br>**[COH000498]** |
| 95. | BWC. Ofcr. Toledo. 001. 012424<br><br>**[COH000499]** |
| 96. | BWC. Ofcr. Toledo. 002. 012424<br><br>**[COH000500]** |
| 97. | BWC. Ofcr. Toledo. 003. 012424<br><br>**[COH000501]** |
| 98. | BWC. Det. Sobaszek. 012424<br><br>**[COH000502]** |
| 99. | Video. Clip by Sgt. Douglas. of BWC. Sgt. Reynoso, Andrew. 01/24/24<br><br>**[COH000503]** |
| 100. | Video. Clip by Sgt. Douglas. of BWC. Ofcr. Del Bono. 01/24/24<br><br>**[COH000504]** |



| 101. | Photos. by FT. Araellons. 01/24/24<br><br>**[COH000505-726]** |
|---|---|
| 102. | Photos. by FT. Knoll. 01/25/24<br><br>**[COH000727-820]** |
| 103. | Photos. by FT. Murphy. 01/24/24<br><br>**[COH000821-920]** |
| 104. | Photos. by FT. Vandefeer. 01/24/24<br><br>**[COH000921-1162]** |
| 105. | Photos. Ofcr. Kellet. K9 Bite Injuries. 01/24/24<br><br>**[COH001163-1167]** |
| 106. | Photo. Google Satellite. Incident Scene.<br><br>**[COH001168]** |
| 107. | SDT. RUHS. Medical Records. Gonzalez. 012424_Redacted<br><br>**[COH002260-3617]** |
| 108. | SDT. RUHS. Radiology Records. Gonzalez. 060325<br><br>**[COH003618-3631]** |
| 109. | SDT. RUHS. Billing Records. Gonzalez. 060225<br><br>**[COH003632-3679]** |



| 110. | Co-Def. 1. CIIT Cover Sheet C24-601-001.<br><br>**[STATEOFCA000001]** |
|---|---|
| 111. | Co-Def. A. Table of Contents.<br><br>**[STATEOFCA000002]** |
| 112. | Co-Def. B.1. Summary of Incident.<br><br>**[STATEOFCA000003-4]** |
| 113. | Co-Def. B.2. Scene Description.<br><br>**[STATEOFCA00005]** |
| 114. | Co-Def. B.3. Employee's Profile.<br><br>**[STATEOFCA0000006-35]** |
| 115. | Co-Def. B.4. Suspect's Profile_Redacted<br><br>**[STATEOFCA000036-37]** |
| 116. | Co-Def. B.5. Criminal Investigative Agency.<br><br>**[STATEOFCA000038]** |
| 117. | Co-Def. B.6. Crime Scene Evidence Collection and Storage.<br><br>**[STATEOFCA000039]** |
| 118. | Co-Def. B.7. Injury Descriptions.<br><br>**[STATEOFCA000040]** |



| 119. | Co-Def. B.8. Forensic Examination.<br><br>[STATEOFCA000041] |
|---|---|
| 120. | Co-Def. B.9. Critical Incident. Debriefing.<br><br>[STATEOFCA000042-43] |
| 121. | Co-Def. C.1. Identification of Firearm Weapons_Redacted<br><br>[STATEOFCA000044-45] |
| 122. | Co-Def. C.2. Witnesses.<br><br>[STATEOFCA000046] |
| 123. | Co-Def. C.3. Other Involved Personnel.<br><br>[STATEOFCA000047-48] |
| 124. | Co-Def. D. Vehicles_Redacted<br><br>[STATEOFCA000049-53] |
| 125. | Co-Def. E.1. Officer's Statement.<br><br>[STATEOFCA000054-77] |
| 126. | Co-Def. E.2. Obtaining a Public Safety Statement-Use of Force Critical Incident.<br><br>[STATEOFCA000078] |
| 127. | Co-Def. E.3. Witness Statements.<br><br>[STATEOFCA000079] |



| 128. | Co-Def. F. Diagrams.<br><br>[STATEOFCA000080] |
|---|---|
| 129. | Co-Def. G. Photography and Video.<br><br>[STATEOFCA000081-84] |
| 130. | Co-Def. H. 1. Annexes. CHP 271. Critical Incident. Potential Civil Liability.<br><br>[STATEOFCA000085-99] |
| 131. | Co-Def. H.2. CHP 36, Property Receipt.<br><br>[STATEOFCA000100-101] |
| 132. | Co-Def. H.2. CHP 36. Property Receipt.<br><br>[STATEOFCA000102] |
| 133. | Co-Def. H.4. Crime Scene Logs.<br><br>[STATEOFCA000103-113] |
| 134. | Co-Def. H.5. CHP 125. Weapon Control Memorandum_Redacted<br><br>[STATEOFCA000114-119] |
| 135. | Co-Def. H.6. Press Releases.<br><br>[STATEOFCA000120-123] |
| 136. | Co-Def. H.7. The DA's Findings.'<br><br>[STATEOFCA000124-129] |



| 137. | Co-Def. H.7.a. Riverside County District Attorney's Findings.<br><br>**[STATEOFCA000130]** |
|------|------------------------------------------------------------------------------------------|
| 138. | Co-Def. H.8. Criminal Report.<br><br>**[STATEOFCA000131-136]** |
| 139. | Co-Def. H.9. Coroner's Report.<br><br>**[STATEOFCA000137]** |
| 140. | Co-Def. Det. Sobaszek. Charting_Redacted<br><br>**[STATEOFCA000138-153]** |
| 141. | Co-Def. Photos. Hemet PD Charting.<br><br>**[STATEOFCA000154-253]** |
| 142. | Co-Def. Photos. Ofcr. Irick. Charting_Redacted<br><br>**[STATEOFCA00254-278]** |
| 143. | Co-Def. Photos. More Ofcr. Irick. Charting_Redacted<br><br>**[STATEOFCA000279-310]** |
| 144. | Co-Def. Photos. Sgt. Reynoso. Charting_Redacted<br><br>**[STATEOFCA000311-329]** |
| 145. | Co-Def. Photos. Suspect Hospital Scene.<br><br>**[STATEOFCA000330-354]** |



| 146. | Co-Def. Photos. Suspect Vehicle. [STATEOFCA000355-413] |
|------|---------------------------------------------------------|
| 147. | Co-Def. Photos. Initial & OIS Scene. [STATEOFCA00414-602] |
| 148. | Co-Def. Photos. More Initial IOS and Scene. (folder 101413) [STATEOFCA000603-844] |
| 149. | Co-Def. Photos. More IOS and Scene. (folder 101414) [STATEOFCA000845-1034] |
| 150. | Co-Def. Photos. More IOS and Scene. (folder 101415) [STATEOFCA001035-1128] |
| 151. | Co-Def. LE Reports_Redacted [STATEOFCA001129-1303] |
| 152. | Co-Def. 601.01242024.2005.UOF. Final. [STATEOFCA001304-1308] |
| 153. | Co-Def. 2022 UOF A&C POST Certified ECO. AOST. [STATEOFCA001309-1316] |
| 154. | Co-Def. LD 20. UOF Quiz. (with 6 Rs). [STATEOFCA001317-1318] |



| 155. | Co-Def. LD20. Graham v Connor Handout.<br><br>**[STATEOFCA001319-1321]** |
|------|------------------------------------------------------------------------|
| 156. | Co-Def. LD20. MOD 1. ET Pick-Up Day Presentation. (Working Copy) [20200714]<br><br>**[STATEOFCA001322-1418]** |
| 157. | Co-Def. LD20-MOD 2.<br><br>**[STATEOFCA001419-1445]** |
| 158. | Co-Def. LD20-MOD 3.<br><br>**[STATEOFCA001446-1490]** |
| 159. | Co-Def. LD20-MOD 4.<br><br>**[STATEOFCA001491-1512]** |
| 160. | Co-Def. LD20-MOD 5.<br><br>**[STATEOFCA001513-1539]** |
| 161. | Co-Def. LD20-MOD 6.<br><br>**[STATEOFCA001540-1549]** |
| 162. | Co-Def. 2-6 Gang Task Force Ofcr.<br><br>**[STATEOFCA001550]** |
| 163. | Co-Def. 855-19-004 Molina M. Signed 240G Complaint Transmittal.<br><br>**[STATEOFCA0001551]** |



| 164. | Co-Def. 020690. ETRS 2023.<br><br>**[STATEOFCA0001552-1554]** |
|------|---|
| 165. | Co-Def. 020690. ETRS 2024.<br><br>**[STATEOFCA001555-1558]** |
| 166. | Co-Def. 020690. ETRS 2025.<br><br>**[STATEOFCA001559-1560]** |
| 167. | Co-Def. Closing Correspondence.<br><br>**[STATEOFCA001561]** |
| 168. | Co-Def. GTF MOU 2025-2030. Signed.<br><br>**[STATEOFCA001562-1586]** |
| 169. | Co-Def. HPG 0.1.<br><br>**[STATEOFCA001587-1591]** |
| 170. | Co-Def. 1613HPM. 70.6. Ch. 1.12-2020.<br><br>**[STATEOFCA001592-1613]** |
| 171. | Co-Def. HPM 100.71. Ch. 1.<br><br>**[STATEOFCA001614-1639]** |
| 172. | Co-Def. Ofcr. Irick. Interview.<br><br>**[STATEOFCA001640]** |



| 173. | Co-Def. BWC. Ofcr. Reynoso. 012424. 1936. X6033520Y.<br><br>**[STATEOFCA001641]** |
|------|------|
| 174. | Co-Def. Photo. Loading Dock. 012524 02. 52.58.888 AM.<br><br>**[STATEOFCA001642]** |
| 175. | Co-Def. BWC. Ofcr. Sobaszek. 012424. 1936. X6033467W.<br><br>**[STATEOFCA001643]** |
| 176. | Co-Def. Video. Star 9 Aerial.<br><br>**[STATEOFCA001644]** |
| 177. | Co-Def. RCRGTF. MOU 2021-2025. Signed.<br><br>**[STATEOFCA001645-001669]** |
| 178. | Deposition Certified Transcript. Reynoso, Andrew. 01/24/24 |
| 179. | Deposition Certified Transcript. Sobaszek, Patrick. 07/23/25 |
| 180. | Deposition Certified Transcript. Irick, Sean. 07/22/25 |
| 181. | Photos. Castaneda Hospital Scene. 01/25/24<br><br>**[COH003680-3704]** |
| 182. | Photos. 001. 2007 Hyundai Sonata.<br><br>**[COH003705-3719]** |



| 183. | Photos. 002. 2007 Hyundai Sonata. **[COH003720-3763]** |
|---|---|
| 184. | RUHS Medical Records. 001. 11/21/25 **[COH003680-4111]** |
| 185 | RUHS Medical Records. 002. 11/21/25 **[COH004112-4553]** |
| 186. | RUHS Medical Records. 003. 11/21/25 **[COH004554-4995]** |

## **SCENE INSPECTION**

A Google Aerial Map of the shooting location was reviewed. The scene of the incident was inspected on November 20, 2025. The shooting happened in the industrial lot of Perricone Juices, located at 550 B St, Beaumont, CA 92223. Figure 9 shows the aerial image of the pathway of the foot pursuit from the train tracks to the area of the shooting. The foot pursuit began near the train tracks and continued eastbound to the back parking lot in the dirt area. They then made a right turn and entered the east side of the building. The pursuit then continued, making a right turn into the narrow walkway behind the truck loading ramp. The width of the narrow walkway behind the truck ramp is approximately 6 feet. Figure 10 shows the narrow walkway beside the truck loading ramp. Based on the review of the body-worn camera footage, statements, and evidence, the shooting happened after Corporal Sobaszek and Officer Irick crossed the truck loading ramp.



Figure 9



Figure 10



## ANALYSIS/RECONSTRUCTION/CONCLUSIONS

The following are based upon my background, education, training and experience and, except where indicated, are to a reasonable degree of engineering probability.

At the time of this report, evidence inspection has not yet been completed. Further analysis of the evidence, including reconstruction and biomechanical evaluation, is necessary before forming final opinions. A supplemental report will be prepared after the remaining documents and evidence have been reviewed.

## EXHIBITS

Attached is my complete CV. In accordance with Federal Rule of Civil Procedure 26, I have also included a document listing all cases in which I have provided deposition and/or testimony within the past five years.

Respectfully submitted,

*Swathi Kode*

Swathi Kode, PhD
Biomechanical Engineer

Reviewed by,

Ahamed Shabeer, PhD
Mechanical Engineer