Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
 *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, City of Hemet, Corporal Patrick Sobaszek and Sergeant Andrew Reynoso

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-0033- KK-DTB<br><br>**DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION AND MOTION FOR LIMITED MODIFICATION OF SCHEDULING ORDER RELATING TO MOTION HEARING DEADLINE, PRETRIAL CONFERENCE, AND TRIAL**<br><br>Complaint Filed: 12/24/2024<br>Trial Date: 05/11/2026 |

I, Andrea Kornblau, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and a partner with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel of record for Defendants City of Hemet, Corporal Patrick Sobaszek, and Sergeant Andrew Reynoso in this action. If called as a witness, I could and would testify competently to the facts set forth herein based on my personal knowledge and my re-view of the case file.

2. November 18, 2025, the Parties attended the first setting of Plaintiff's

1  in custody deposition in this matter; however, due to technical difficulties at the jail
2  facility, the deposition could not proceed as noticed. A notice of nonappearance was
3  taken, and is described as Volume 1 of Plaintiff's deposition.

4        3.     On December 11, 2025, the Parties attended the second setting of
5  Plaintiff's in custody deposition in this matter. This deposition is described as
6  Volume 2 of Plaintiff's Deposition.

7        4.     Due to time constraints at the jail facility housing Plaintiff, Volume 2
8  could not be completed and was adjourned to be completed at a later date.  During
9  this deposition, Plaintiff was instructed by his counsel not to answer several
10 questions relevant to his claims and Defendants' defenses, and Plaintiff refused,
11 without instruction, to answer several additional, relevant questions.

12       5.     The Parties conducted an informal discovery conference with Hon.
13 David T. Bristow, Magistrate Judge, who issued an order concerning Plaintiff's
14 conduct during Volume 2. [Dkt. 52.]

15       6.     On January 12, 2026, the Court issued an order modifying the (then)
16 current Scheduling Order [Dkt. 54], extended Defendants' time to complete
17 Plaintiff's deposition, and to resolve outstanding written discovery matters until
18 March 30, 2026.  The Court's Order did not modify any other Scheduling Order
19 Dates, including the Last Date to hear dispositive motions, which is currently set for
20 March 12, 2026.  Based on this date, in order to properly notice a Rule 56 motion,
21 Defendants would be required to file on or before February 12, 2026.

22       7.     An unintended consequence of the Court's January 12, 2026 Order
23 [Dkt. 54] is that it has the effect of prohibiting Defendants from filing a Rule 56
24 Motion using information from Plaintiff's deposition, and/or information related to
25 the outstanding written discovery disputes because the Dispositive Motion Hearing
26 Cutoff occurs prior to the (new) close of discovery.

27       8.     On January 23, 2026, the Parties attended the third, duly noticed,
28 setting Plaintiff's in custody deposition in this matter; however, Counsel for

1  Defendant State of California was informed by jail staff that Plaintiff refused to
2  appear for his deposition. A true and correct, but redacted, copy of the email
3  informing counsel for Defendant State of California is attached hereto as **Exhibit A.**
4    9.    A notice of nonappearance was taken, and is described as Volume 3 of
5  Plaintiff's deposition.
6    10.   The Parties confirmed with the Jail facility and have tentatively
7  scheduled Plaintiff's fourth, duly noticed in custody deposition for January 30,
8  2026.
9    11.   As a result of Plaintiff's refusal to attend, the Parties contacted
10 Magistrate Judge Bristow to schedule another information discovery conference
11 because Defendants now seek an ORDER requiring Plaintiff to appear at his
12 deposition noticed for January 30, 2026.
13   12.   The informal discovery conference is currently scheduled for January
14 29, 2026.
15   13.   Based on Plaintiff's evasiveness during Volume 2, refusal to appear for
16 Volume 3, and refusal to supplement written discovery and refusal to withdraw
17 objections to subpoenas for relevant medical records, Defendants anticipate that
18 further Court intervention, including additional briefing, will be necessary to
19 complete the discovery contemplated by the Court's January 12, 2026 Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of January, 2026, at San Rafael, California.

/s/ Andrea Kornblau
Andrea Kornblau