**Andrea K. Kornblau**

| | |
|---|---|
| **From:** | Amie Bears <Amie.Bears@doj.ca.gov> |
| **Sent:** | Friday, January 23, 2026 5:24 PM |
| **To:** | Andrea K. Kornblau |
| **Subject:** | Fw: Deposition: Inmate Gonzalez #202552707 - For: George Gonzalez v. City of Hemet, et al. - U.S.D.C., Central Dist., Case No. 5:25-cv-00331-KK-DTB |

Here is the early morning/ late night email

*Amie C. Bears*
(formerly McTavish)
Deputy Attorney General IV
California Office of the Attorney General
Tort & Condemnation Section
1300 I Street 12th Floor
Sacramento, CA 95814
(916) 210-7663

---

**From:** ███████████████@riversidesheriff.org>
**Sent:** Friday, January 23, 2026 4:17 AM
**To:** Judith Milch <Judith.Milch@doj.ca.gov>; ██████████████@riversidesheriff.org>; ████████
███████@riversidesheriff.org>
**Cc:** ██████████████@riversidesheriff.org>; ████████████████@riversidesheriff.org>; Mario
Garcia <Mario.Garcia@doj.ca.gov>; Catherine Woodbridge <Catherine.Woodbridge@doj.ca.gov>; Amie Bears
<Amie.Bears@doj.ca.gov>; ████████████████@riversidesheriff.org>; ████████████
████████@riversidesheriff.org>
**Subject:** RE: Deposition: Inmate Gonzalez #202552707 - For: George Gonzalez v. City of Hemet, et al. - U.S.D.C., Central
Dist., Case No. 5:25-cv-00331-KK-DTB

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I was just advised George Gonzalez refused to come for the deposition.



**CAUTION:**   This email originated from outside the **Riverside Sheriff** email system.
**DO NOT** click links or open attachments unless you recognize the sender and know the content is safe.