# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-00331-KK-DTB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION AND MOTION FOR LIMITED MODIFICATION OF SCHEDULING ORDER RELATING TO MOTION HEARING DEADLINE, PRETRIAL CONFERENCE, AND TRIAL** |

**<u>TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:</u>**

Pursuant to the Application and Good Cause appearing therefor, and in furtherance of the interests of justice, the Court hereby ORDERS as follows:

The Court's scheduling orders – (to the extent applicable) – are hereby modified to the following case management schedule:

| **Case Event** | **Current Date** | **Requested Date** |
|---|---|---|
| *L/D to File Dispositive Motion* | *February 12, 2026* | *April 16, 2026* |
| *Opp to Dispositive Mx Due* | *February 19, 2026* | *April 30, 2026* |
| *Reply to Opp to Dispositive Mx Due* | *February 26, 2026* | *May 7, 2026* |
| L/D to Hear Dispositive Motion | March 12, 2026 | May 21, 2026 |

**ORDER RE DEFENDANTS' EX PARTE MOTION FOR MODIFICATION OF SCHEDULING ORDER**

| | | |
|---|---|---|
| Discovery Cutoff per Dkt. 54 | March 30, 2026 | no change |
| L/D to conduct settlement proceedings | April 9, 2026 | no change |
| Final Pretrial Conference | April 23, 2026 | July 2, 2026 |
| Trial | May 11, 2026 | July 20, 2026 |

IT IS SO ORDERED

DATED: _____   _____
　　　　　　　　　　　　　　　Hon. Kenly Kiya Kato
　　　　　　　　　　　　　　　United States District Judge