**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax:    (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* GEORGE GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 5:25-cv-00331-KK-DTB <br><br> [*Honorable Kenly Kiya Kato*] <br> Magistrate Judge David T. Bristow <br><br> **DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'** *EX PARTE* **APPLICATION FOR MODIFICATION OF SCHEDULING ORDER AND TRIAL CONTINUANCE** <br><br><br> Trial Date: October 21, 2025 <br> Complaint Filed: August 4, 2023 |

# DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiff. I make this declaration in support of Plaintiff's Opposition to Defendants' Ex Parte Application for Modification of Scheduling Order and Trial Continuance. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the Defendants' November 11, 2025 Notice of Deposition of George Gonzalez to take place on November 18, 2025 ("**Exh. A, Gonzalez Depo Notice**").

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the Defendants' December 3, 2025 Amended Notice of Deposition of George Gonzalez to take place on December 11, 2025 ("**Exh. B, Amended Depo Notice**").

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the relevant portions of the December 11, 2025, Deposition Transcript of George Gonzalez ("**Exh. C, Gonzelez Depo**").

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the Defendants' January 16, 2026 Amended Notice of Deposition of George Gonzalez to take place on January 23, 2026 ("**Exh. D, Third Depo Notice**").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of January, 2026.

_____

_____
Marcel F. Sincich