# "EXHIBIT A"



Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Khouloud Pearson (State Bar No. 323108)
  *Khouloud.Pearson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 5:25-cv-00331 KK(DTBx)<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF, GEORGE GONZALEZ**<br><br>Date:   November 18, 2025<br>Time:   10:00 a.m.<br>Place:  Virtual |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, City of Hemet, by and through his attorneys of record, will take the deposition, on oral examination, of George Gonzalez, commencing at 10:00 a.m. on November 18, 2025, via virtual technology hosted Manning & Kass, Ellrod, Ramirez, Trester LLP, 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012, and continuing from day to day, Saturdays, Sundays and legal holidays excluded, until completed.

---

**NOTICE OF DEPOSITION OF PLAINTIFF GEORGE GONZALEZ**

1   PLEASE TAKE FURTHER NOTICE that the deposing party intends to cause
2 the proceedings to be recorded both stenographically, including by the instant
3 display of testimony, before a certified court reporter, and by videotape.  The
4 deposing party specifically reserves the right to use the videotape at the time of trial.
5   If an interpreter is required, the undersigned must be notified in writing at
6 least five (5) days prior to the deposition date of the language spoken by the
7 deponent.

9 DATED:  November 11, 2025    **MANNING & KASS**
10        **ELLROD, RAMIREZ, TRESTER LLP**

12        By: *Khouloud E. Pearson*
13            Eugene P. Ramirez
             Andrea Kornblau
14           Khouloud Pearson
15           Attorneys for Defendants CITY OF
             HEMET,  PATRICK SOBASZEK, and
16           ANDREW REYNOSO

2
**NOTICE OF DEPOSITION OF PLAINTIFF GEORGE GONZALEZ**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On November 11, 2025, I served true copies of the following document(s) described as **NOTICE OF DEPOSITION OF GEORGE GONZALEZ** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Khouloud.Pearson@manningkass.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed on the Service List and providing them to a professional messenger service for service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 11, 2025, at Los Angeles, California.

*/s/ Khouloud E. Pearson*
Khouloud Pearson

---

1
**NOTICE OF DEPOSITION OF PLAINTIFF GEORGE GONZALEZ**

# DECLARATION OF MESSENGER

I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in the service list. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on (date):_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:_____

| _____ | _____ |
| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

**SERVICE LIST**
**George Gonzalez v. City of Hemet, et al.**
**Case No. 5:25-cv-00331-KK-DTB**
**Our File Number: 7893-70029**

Dale K. Galipo
Marcel F. Sincich
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
Email: dalekgalipo@yahoo.com
msincich@galipolaw.com

*Attorney for George Gonzalez*

Rob Bonta
Attorney General of California
Norman D. Morrison
Supervising Deputy Attorney General
Ashley Reyes
Deputy Attorney General
Mario E. Garcia
Deputy Attorney General
California Attorney Generals Office
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2312
Fax: (559) 445-5106
E-mail: Ashley.Reyes@doj.ca.gov
Mario.Garcia@doj.ca.gov

*Attorneys for Defendants, State of California, acting by and through the California Highway Patrol and Officer Sean Irick*

Trenton C. Packer
GRECH PACKER & HANKS
7095 Indiana Avenue, Suite 200
Riverside, CA 92506
Tel: (951) 682-9311
Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

*Attorney for George Gonzalez*

Mario E. Garcia
Deputy Attorney General
California Department of Justice –
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6294
Fax: (916) 731-2120
Email: Mario.Garcia@doj.ca.gov

*Attorney for Defendants, State of California and Officer Sean Irick*