# "EXHIBIT C"

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   GEORGE GONZALEZ,                )
                                     )
 6       Plaintiff,                  )
                                     )
 7                    VS.            )   No. 5:25-cv-00331
                                     )       KK(DTBx)
 8   STATE OF CALIFORNIA,            )
     et al.,                         )   Volume 2
 9                                   )
         Defendants.                 )
10   _____)

11
                         CERTIFIED
12                       TRANSCRIPT

13

14                 REMOTE VIDEOCONFERENCE

15            DEPOSITION OF GEORGE GONZALEZ

16                       CALIFORNIA

17              THURSDAY, DECEMBER 11, 2025

18

19

20

21

22

23

24   Reported by:      LAURA A. RUTHERFORD, RPR
                       CSR No. 9266
25   Job No. 2420
```

```
 1                  UNITED STATES DISTRICT COURT
 2                  CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   GEORGE GONZALEZ,                  )
                                       )
 6       Plaintiff,                    )
                                       )
 7                  VS.                )   No. 5:25-cv-00331
                                       )       KK(DTBx)
 8   STATE OF CALIFORNIA,              )
     et al.,                           )
 9                                     )
         Defendants.                   )
10   _____)
11
12
13
14          Remote videoconference deposition of GEORGE
15   GONZALEZ, taken on behalf of Defendants, at
16   California, beginning at 8:01 a.m., and ending at
17   12:53 p.m., on Thursday, December 11, 2024, before
18   LAURA A. RUTHERFORD, RPR, Certified Shorthand Reporter
19   No. 9266.
20
21
22
23
24
25
```

```
 1              A.   I got out of the car and ran.
 2                   What are you talking about?
 3              Q.   One second.  This may be the clerk
 4   calling.  One moment.
 5              A.   I'm going to take a restroom break.  I
 6   have a diaper, and I need to use the restroom bad.
 7              MR. SINCICH:  We're going off the record.
 8              THE VIDEOGRAPHER:  We're going off the
 9   record.  The time is approximately 11:45 a.m.
10              (Pause in proceeding.)
11              THE VIDEOGRAPHER:  We are back on the
12   record for the remote deposition of George Gonzalez.
13   The date is December 11, 2025, and the time is
14   approximately 12:36 p.m.
15              Q.   BY MS. KORNBLAU:  Good afternoon,
16   Mr. Gonzalez.  We were on a break so that we could
17   communicate with the Magistrate Judge.  We're going to
18   try to proceed for another 20 minutes here today, and
19   then we'll have you return to complete this
20   deposition.
21                   Okay?
22              A.   Okay.
23              Q.   All right.
24                   So we'll see how things go, but we did get
25   some guidance from the Court, so we may need to just
```

1  objection?
2              MR. SINCICH:  Argumentative.
3              THE REPORTER:  Thank you.
4              Answer?
5              THE WITNESS:  I already answered that
6  question the day of my interview.  Because I have
7  PTSD, and I keep it for protection.
8              I'm an American citizen.  I'm allowed to
9  have it.  Just because they say whatever, I'm an
10 American citizen.  I'm allowed to bear arms.  I'm a
11 red blooded American, just like anyone else.
12         Q.  BY MS. KORNBLAU:  On January 24, 2024,
13 were you allowed to own and possess a firearm?
14             MR. SINCICH:  Asked and answered.
15             THE WITNESS:  As an American, yeah.  Yeah,
16 I am, I believe.
17             MS. KORNBLAU:  Okay.  All right.
18             We're going to go ahead and end the depo
19 for today and continue it on December -- I believe
20 it's 23rd, but --
21             MR. SINCICH:  The 23rd was from your
22 previous email.  I believe that that's what you
23 secured.  But we should probably confirm with the
24 deputy since we've got him here.
25             MS. KORNBLAU:  We will do that.