# "EXHIBIT D"

1   ROB BONTA
    Attorney General of California
2   CATHERINE WOODBRIDGE
    Supervising Deputy Attorney General
3   AMIE C. BEARS
    Deputy Attorney General
4   State Bar No. 242372
    MARIO E. GARCIA
5   Deputy Attorney General
    State Bar No. 339990
6     300 South Spring Street, Suite 1702
      Los Angeles, CA  90013-1230
7     Telephone: (213) 269-6294
      Fax: (916) 731-2120
8     E-mail:  Mario.Garcia@doj.ca.gov
    *Attorneys for Defendant State of California acting*
9   *by and through the California Highway Patrol and*
    *Sean Irick*

10                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                         CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15  | **GEORGE GONZALEZ,** | Case No. 5:25-cv-00331-KK-DTB |
    | --- | --- |
16  | Plaintiff, | **STATE DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFF GEORGE GONZALEZ** |
17  | v. | |
18  | **STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,** | Dept:      4<br>Judge:     The Honorable Kenly Kiya Kato<br>Trial Date:  May 11, 2026<br>Action Filed: December 24, 2024 |
19  | | |
20  | | |
21  | Defendants. | |

22  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23          PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of

24  Civil Procedure, Defendants, State of California, acting by and through the

25  California Highway Patrol (CHP), and Officer Sean Irick, will take the deposition,

26  on oral examination, of plaintiff George Gonzalez, from **10:00 a.m. to 2:00 p.m.**

27  **on January 23, 2026**, at the Robert Presley Detention Center located at 4000

28

1  Orange Street, Riverside, CA 92501. The deposition will be in person and via

2  virtual technology provided by the court reporting firm of Steno, 315 W. 9th St.,

3  Suite 807, Los Angeles, CA 90015; telephone: (888) 707-8366. **If the deposition**

4  **is not completed on January 23, 2026, Defendants reserve the right to go day-**

5  **to-day until it is completed.**

6  PLEASE TAKE FURTHER NOTICE that the deposing party intends to cause the

7  proceedings to be recorded both stenographically and videographically, and

8  including by the instant display of testimony, before a certified court reporter, and

9  by videotape. The deposing party specifically reserves the right to use the

10  videotape at the time of trial.

11  If an interpreter is required, the undersigned must be notified in writing at least five

12  (5) days prior to the deposition date of the language spoken by the deponent.

13

14

15  Dated: January 16, 2026                    Respectfully submitted,

16                                             ROB BONTA
                                               Attorney General of California
17                                             CATHERINE WOODBRIDGE
                                               Supervising Deputy Attorney General

18

19                                             */s/ Amie C. Bears*
20                                             AMIE C. BEARS
                                               MARIO E. GARCIA
21                                             Deputy Attorneys General
                                               *Attorneys for Defendant State of California*
22                                             *acting by and through the California*
                                               *Highway Patrol and Sean Irick*
23

24

25

26

27

28

                                    2

## DECLARATION OF SERVICE BY E-MAIL

Case Name:    ***Gonzalez v. State of California, et al.***
Case No.:    **5:25-cv-00331-KK-DTB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. My business address is: 1300 I Street, Suite 125, Sacramento, CA 95814. My electronic service address is Judith.Milch@doj.ca.gov .

On January 16, 2026, I served the attached **STATE DEFENDANTS' NOTICE OF DEPOSITION OF PLAINTIFF GEORGE GONZALEZ [F.R.C.P. Rule 30]** by transmitting a true copy via electronic mail, addressed as follows:

Trenton C. Packer
GRECH, PACKER & HANKS
tpacker@grechpackerlaw.com
kppham@grechpackerlaw.com
***Attorney for Plaintiff***

Dale K. Galipo
Marcel F. Sincich
LAW OFFICES OF DALE K. GALIPO
dalekgalipo@yahoo.com
msincich@galipolaw.com
ldeleon@galipolaw.com
***Attorney for Plaintiff***

Eugene P. Ramirez
Andrea Kornblau
MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
eugene.ramirez@manningkass.com
andrea.kornblau@manningkass.com
christopher.kinney@manningkass.com
sandra.alarcon@manningkass.com
***Attorneys for Defendants City of Hemet, Patrick Sobaszek and Andrew Reynoso***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 16, 2026, at Sacramento, California.

| Judith A. Milch | ***/s/Judith A. Milch*** |
|---|---|
| Declarant | Signature |

SD2025300206