# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Gonzalez,<br><br>              v.<br>Plaintiff(s)<br><br>City of Hemet, et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:25-cv-00331-KK-DTBx<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge _____.
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required      ☒ Hearing Required
                           ☐ In-Person Court Hearing
                           ☒ Video Conference
                           ☐ Telephonic

Magistrate Judge   David T. Bristow

Date/Time          January 29, 2026 at 10:00 a.m.

Courtroom:         Zoom Visit http://www.cacd.uscourts.gov/honorable-david-t-bristow

Dated:   January 26, 2026                By:     Rachel Maurice
                                                 Deputy Clerk