Eugene P. Ramirez (State Bar No. 134865)
 eugene.ramirez@manningkass.com
Andrea Kornblau (State Bar No. 291613)
 andrea.kornblau@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00331 KK(DTBx)<br><br>**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[Fed. R. Civ. P. 56 & Local Rule 56-1]**<br><br>Date: March 12, 2026<br>Time: 9:30 AM<br>Courtroom: 3<br><br>Trial Date: May 11, 2026 |

Defendants CITY OF HEMET, CORPORAL PATRICK SOBASZEK, and SERGEANT ANDREW REYNOSO (hereinafter collectively referred to as "Defendants") hereby submit the following Statement of Uncontroverted Facts and Conclusions of Law together with references to evidence in support of their Motion for Summary Judgment.

\\\

\\\

---

**Defendants' Statement of Uncontroverted Facts in Support of Defendants' Motion for Summary Judgment**

## UNCONTROVERTED FACTS

| Undisputed Fact | Evidence |
|---|---|
| 1. On January 24, 2024, the Region 3 Gang Task Force (GTF) received information regarding a suspect, identified as George Falcon Lara Gonzalez (DOB: 12/22/93), being at 40525 Whittier Avenue in violation of a restraining order. Gonzalez was believed to be armed with a firearm and standing in front of the home with Yvette Nieves, the protected party in a restraining order. Gonzalez was the restrained party in the court order and was not allowing her to leave. | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 50:17-25), **Ex. 4** (Deposition Transcript of George Gonzalez, Volume 4, 50:17-25). |
| 2. When officers arrived on the scene, Gonzalez barricaded himself in a black vehicle at the location. He was believed to be armed with a firearm and was not complying with officer commands. Two police vehicles were parked directly in front of the suspect's vehicle. | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 25:2-27:18; 42:17-21), **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 6** (Transcript of Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 8** (Transcript of Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 9** (Drone video footage) |
| 3. Several commands and warnings were relayed to Gonzalez, including "come out with your hands up", "come out of the car", and "turn the car off". Gonzalez refused to comply and, instead, responded that "You're going to have to kill me." | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 52:7-14; 54:9-55:3). **Ex. 2** (Deposition Transcript of Corporal Patrick Sobaszek, 37:1-15; 54:9-55:3). |
| 4. Sergeant Andrew Reynoso shouted in the presence of Detective Patrick Sobaszek that Gonzalez had a dark object in his hand and he believed that Gonzalez was armed. | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 25:2-27:18). |
| 5. While officers were still giving | **Ex. 1** (Deposition Transcript of |

| | | |
|---|---|---|
| 1 2 3 4 5 6 7 | verbal commands, including multiple K-9 announcements, Gonzalez was actively barricading himself inside of the vehicle by taking miscellaneous items from inside the vehicle and placing them on the dashboard of the vehicle in an attempt to cover the front the windshield from the inside. | Sergeant Andrew Reynoso, 25:2-27:18; 42:17-21), **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 6** (Transcript of Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 8** (Transcript of Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 9** (Drone video footage) |
| 8 9 10 11 12 13 14 15 16 | 6. Gonzalez was reaching all around the inside of the vehicle and into his waistband multiple times, while moving back and forth from the front seats to the back seats of the vehicle. Gonzalez placed a set of golf clubs in a pink golf bag out the front passenger side window, to block any entry into the vehicle. Gonzalez also placed a sunshade and multiple articles of clothing over the windshield as well, concealing his movement in the vehicle. | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 25:2-27:18; 42:17-21), **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 6** (Transcript of Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 8** (Transcript of Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 9** (Drone video footage) |
| 17 18 19 20 21 22 23 24 | 7. Officers deployed the shield to provide cover from potential gunfire and were standing by with 40mm loaded with rubber rounds as well as a pepper-ball gun. Officers were positioned at either side of the two police vehicles which were parked in front of the suspect vehicle; one of the police vehicles was bumper to bumper contacting the suspect vehicle in an attempt to prevent Gonzalez from driving away. | **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 9** (Drone video footage) |
| 25 26 27 28 | 8. Gonzalez's erratic behavior quickly escalated and he started his vehicle and attempted to drive out of the driveway despite numerous officers standing in his path. Gonzalez reversed the vehicle and drove diagonally across the lawn, | **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 9** (Drone video footage) |

3
**Defendants' Statement of Uncontroverted Facts in Support of Defendants' Motion for Summary Judgment**

| | | |
|---|---|---|
| | around the police vehicles, and fled eastbound on Whittier Avenue, hitting some trashcans on his way onto the street. Officers immediately followed Gonzalez in their police vehicles with activated emergency red and blue lights (including solid red, forward-facing light) and sirens; however, Gonzalez failed to yield and a pursuit was initiated. | |
| | 9. During the vehicle pursuit, Gonzalez made several dangerous and illegal driving speeds of over 100 miles per hour, driving on the wrong side of the road, recklessly driving through a business parking lot, and failing to stop at posted stop signs and red lights. Eventually, the pursuit reached Beaumont Avenue and First Street, where traffic and Beaumont Police vehicles were blocking most of the intersection. | **Ex. 4** (Deposition Transcript of George Gonzalez, Volume 2, 172:23-173:1), **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 9** (Drone video footage) |
| | 10. Additionally, RSO's Star 9 police helicopter joined the pursuit. The vehicle pursuit lasted 18 minutes (from 1945 hours until 2003 hours), covering a distance of approximately 21.3 miles from the city streets of Hemet, then San Jacinto, and ultimately Beaumont. At that point, Gonzalez drove his vehicle westbound over the center concrete median and into a small shopping center. Gonzalez attempted to drive his vehicle eastbound next to the train tracks but his vehicle got stuck on the tracks at approximately 2003 hours. | **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 9** (Drone video footage) |
| | 11. Gonzalez exited his vehicle and fled on foot eastbound on the north side of Perricone Juices warehouse. | **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek), **Ex. 9** (Drone video footage) |

| | | |
|---|---|---|
| 1 2 3 4 5 6 | 12. Officers gave chase on foot as Gonzalez fled eastbound along the north side of the building, then southbound along the east side of the building, and finally westbound along the south side of the building. Officers gave numerous verbal warnings during the entirety of the foot pursuit. | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 21:11-17), **Ex. 2** (Deposition Transcript of Corporal Patrick Sobaszek, 32:18-23; 34:2-4; 73:14-16), **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek) |
| 7 8 9 10 11 12 | 13. Gonzalez looked back over his left shoulder at the officers numerous times as he was running through the warehouse. | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 43:3-15), **Ex. 2** (Deposition Transcript of Corporal Patrick Sobaszek, 34:9-25; 34:2-4), **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek) |
| 13 14 15 16 17 | 14. Gonzalez suddenly removed a handgun from his waistband with his right hand, yelled to officers to "back up, stop, I've got something", raised the gun in the air, looked over his left shoulder and began orienting himself in the direction of the officers. | **Ex. 2** (Deposition Transcript of Corporal Patrick Sobaszek, 50:1-51:8; 54:9-55:6; 66:24-68:23; 84:9-13), **Ex. 7** (Corporal Patrick Sobaszek Body Worn Camera Video Footage 27:44-28:50), **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 8:18-9:6) |
| 18 19 | 15. At approximately the same time, Reynoso heard what he believed to be a gunshot coming from Gonzalez's gun. | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 8:21-9:6; 11:5-12; 10:9-22) |
| 20 21 22 | 16. As a result, officers began to discharge their firearms. | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 11:5-12), **Ex. 2** (Deposition Transcript of Corporal Patrick Sobaszek, 28:20-29:8) |
| 23 24 25 26 27 28 | 17. Over the ensuing four seconds, Officers collectively discharged their weapons (Sergeant Andrew Reynoso discharged his weapon six times and Corporal Patrick Sobaszek discharged his firearm ten times) at center mass, until Gonzalez was no longer perceived to be an imminent threat to officers and warehouse workers. | **Ex. 1** (Deposition Transcript of Sergeant Andrew Reynoso, 7:5-7; 14:7-12; 15:6-21), **Ex. 2** (Transcript of Corporal Patrick Sobaszek, 27:14-16; 27:24-28:2; 28:20-29:8; 30:2-6; 60:21-24; 69:19-24), **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal |

| | | |
|---|---|---|
| | | Patrick Sobaszek, 28:47-28:50) |
| | 18. Gonzalez was struck three times but he does not know which of the officers' bullets struck him. | **Ex. 3** (Deposition Transcript of George Gonzalez), **Ex. 10** (Audio interview of George Gonzalez) |
| | 19. The bullet trajectories are consistent with Plaintiff being shot while upright. | **Ex. 11** (Expert Report of Dr. Swathi Kode, Page 11), **Ex. 4** (Deposition Transcript of George Gonzalez, Vol. 4, 29:4-19) |
| | 20. Body worn camera footage shows that Officers stopped firing at Plaintiff after he fell and dropped the firearm. | **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek) |
| | 21. A firearm was located at plaintiff's right foot. The firearm was a black semiautomatic gun without a serial number and that was not registered to Gonzalez. | **Ex. 2** (Transcript of Corporal Patrick Sobaszek, 64:22-24), **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek) |
| | 22. Medical services were immediately summoned and administered on scene. | **Ex. 5** (Body Worn Camera video footage of Sergeant Andrew Reynoso), **Ex. 7** (Body Worn Camera video footage of Corporal Patrick Sobaszek) |
| | 23. Gonzalez was interviewed by Riverside Sheriff's Department investigators at the hospital on January 28, 2024. | **Ex. 10** (Audio interview of George Gonzalez) |
| | 24. On January 28, 2024, Gonzalez told investigators that although he is not legally allowed to possess a firearm, he keeps one anyway for his protection. | **Ex. 10** (Audio interview of George Gonzalez, 7:00-7:30) |
| | 25. Gonzalez also told investigators that he is crazy, insane, does dumb things, and was on drugs at the time of the incident. | **Ex. 10** (Audio interview of George Gonzalez, 24:54-26:00). |
| | 26. Gonzalez also asked Investigator Alfaro to "tell the gang task force that I'm sorry for doing what I did." | **Ex. 10** (Audio interview of George Gonzalez, 32:00-32:30). |
| | 27. As a result of this incident, Gonzalez pled guilty to felony charges, including evading/running from police and possession of a firearm. As a result | **Ex. 3** (Deposition Transcript of George Gonzalez, 77:23-78:2) |

| of pleading guilty to these charges, Gonzalez was sentenced to three years and eight months in custody. | |

DATED: February 12, 2026     **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By:     */s/ Andrea K. Kornblau*
Eugene P. Ramirez
Andrea K. Kornblau
Attorney for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

**Defendants' Statement of Uncontroverted Facts in Support of Defendants' Motion for Summary Judgment**