Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
 *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET,
PATRICK SOBASZEK, and ANDREW REYNOSO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| GEORGE GONZALEZ, | Case No. 5:25-cv-00331 KK(DTBx) |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF ANDREA KORNBLAU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive, | Date: March 12, 2026<br>Time: 9:30 AM<br>Courtroom: 3 |
| Defendants. | Trial Date: May 11, 2026 |

### DECLARATION OF ANDREA KORNBLAU

I, Andrea Kornblau, declare as follows:

1.  I am an attorney at law duly authorized to practice before all the courts of the State of California and in all of the United States District Courts within the Central District of California. I am a Partner in the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record herein for Defendants, CITY OF HEMET, CORPORAL PATRICK SOBASZEK and SERGEANT ANDREW REYNOSO (collectively "Defendants"). If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the

facts set forth in this declaration, except as to those matters that are stated on information and belief herein.

2. On August 14, 2025, plaintiff's counsel took the deposition of Sergeant Andrew Reynoso. Attached as **Exhibit 1** is a true and correct copy of the transcript of the deposition of Defendant Sergeant Andrew Reynoso.

3. On July 23, 2025, plaintiff's counsel took the deposition of Corporal Patrick Sobaszek. Attached as **Exhibit 2** is a true and correct copy of the transcript of the deposition of Defendant Patrick Sobaszek.

4. On August 14, 2025, defendants' counsel commenced the deposition of George Gonzalez, Volume 2. Attached as **Exhibit 3** is a true and correct copy of the transcript of the deposition of Plaintiff George Gonzalez, Volume 2.

5. On August 14, 2025, defendants' counsel completed the deposition of George Gonzalez, Volume 4. Attached as **Exhibit 4** is a true and correct copy of the transcript of the deposition of Plaintiff George Gonzalez, Volume 4.

6. Attached as **Exhibit 5** to the **Notice of Manual Lodging** is a true and correct copy of the Body Worn Camera video footage of Sergeant Andrew Reynoso from January 24, 2024 of the subject incident in this case.

7. Attached as **Exhibit 6** is a true and correct copy of the transcript of the Body Worn Camera video footage of Sergeant Andrew Reynoso from January 24, 2024 of the subject incident in this case.

8. Attached as **Exhibit 7** to the **Notice of Manual Lodging** is a true and correct copy of the Body Worn Camera video footage of Corporal Patrick Sobaszek from January 24, 2024 of the subject incident in this case.

9. Attached as **Exhibit 8** is a true and correct copy of the transcript of the Body Worn Camera video footage of Corporal Patrick Sobaszek from January 24, 2024 of the subject incident in this case.

10. Attached as **Exhibit 9** to the **Notice of Manual Lodging** is a true and correct copy of the drone video footage from January 24, 2024 of the subject incident

2

**Andrea Kornblau's Declaration In Support of Defendants' Motion for Summary Judgment**

1 in this case.

2     11. Attached as **Exhibit 10** to the **Notice of Manual Lodging** is a true and correct copy of the audio of an interview of Plaintiff George Gonzalez by Investigator Alfaro with the Riverside County Sheriff's Department on or about January 28, 2024.

    12. Attached as **Exhibit 11** is a true and correct copy of the Expert Report of Biomechanical Engineer Swathi Kode, PhD.

    13. Attached as **Exhibit 12** is a true and correct copy of the Expert Report of Rod Englert.

    14. On February 4, 2026, I met and conferred with opposing counsel, Marcel Sincich, regarding this instant motion. Mr. Sincich did not agree to dismiss any of Plaintiff's causes of action. As such, this instant motion follows.

Executed on February 12, 2026, at San Rafael, California.

                        */s/ Andrea Kornblau*
                        Andrea Kornblau

**Andrea Kornblau's Declaration In Support of Defendants' Motion for Summary Judgment**