Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
 *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No. 5:25-cv-00331 KK(DTBx)<br><br>**DECLARATION OF SERGEANT GABRIEL GOMEZ RE RECORDS CUSTODIAN OF CITY OF HEMET IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1
**DECLARATION OF SERGEANT GABRIEL GOMEZ**

## DECLARATION OF SERGEANT GABRIEL GOMEZ

I, SERGEANT GABRIEL GOMEZ, declare as follows:

1. I am currently employed by the Hemet Police Department as a fully sworn peace officer and was so employed at all times relevant to this action. I have been employed by the Hemet Police Department since 2002. I am currently a Sergeant with the Hemet Police Department, a rank I have held since 2017. I have personal knowledge of the matters set forth herein and can competently testify under oath to the following facts, except as to those matters that are stated on information and belief.

2. I am a custodian of records for the Hemet Police Department, and I am familiar with the department's record keeping policies and procedures for downloading, storing, and maintaining documents, records, photographs, and audio and video recordings. I hereby certify that the records identified in this declaration were made at or near the time of occurrence by, or from information transmitted by, someone with knowledge of the facts documented therein, and kept in the regular course of police business of the Hemet Police Department. I am thus informed and believe that such records constitute business records pursuant to the Federal Rules of Evidence 803(6).

3. All of the documents, records, audio and videos referenced in this declaration were photocopied and/or were electronically transmitted from my office and I have reviewed each of the documents, records, telephone calls and videos and attest that they are true and correct copies.

4. Attached hereto as **Exhibit 7** is a true and correct copy of video of the incident taken from Corporal Patrick Sobaszek's body-worn camera [dated January 24, 2024].

5. Attached hereto as **Exhibit 5** is a true and correct copy of video of the incident taken from Sergeant Andrew Reynoso's body-worn camera [dated January 24, 2024].

1     I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct.
3     Executed on this 12th day of February, 2026, at Hemet, California.

_____
Sergeant Gabriel Gomez