# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 5:25-cv-00331 KK-DTB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 12, 2026<br>Time: 9:30 AM<br>Courtroom: 3<br><br>Trial Date: May 11, 2026 |

Defendants' Motion for Summary Judgment came on for hearing before this Court on March 12, 2026, at 9:30 AM. All parties appeared.

The Court having reviewed and considered all papers in support of and in opposition to Defendants' Motion for Summary Judgment finds that Defendants are entitled to summary judgment on Plaintiff's Second Amended Complaint.

The Court further finds that Defendants' Separate Statement of Uncontroverted Material Facts in Support of Motion for Summary Judgment, Facts 1 through 27, inclusive, are established to be true by competent evidence. Plaintiff has not

controverted any of such facts with competent evidence, which entitles Defendants to summary judgment of Plaintiff's Complaint in favor of Defendants and against Plaintiff.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Court grant summary judgment in favor of Defendants and against Plaintiff.

Dated: _____

Hon. Kenly Kiya Kato
Judge, United States District Court

2