Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No. 5:25-cv-00331 KK(DTBx)<br><br>**NOTICE OF MANUAL LODGING OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with*<br>*1) Declaration of Andrea Kornblau*<br>*2) Declaration of Sgt. Gabriel Gomez*<br>*3) Separate Statement of Uncontroverted Facts*<br>*4) Notice of Motion and Motion for Summary Judgment: Memorandum of Points and Authorities, [Proposed] Order*<br><br>Date:   March 13, 2026<br>Time:   9:30 AM<br>Courtroom:   3<br><br>Trial Date: May 11, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant City of Hemet, Corporal Patrick Sobaszek, and Sergeant Andrew Reynoso (collectively "Defendants") hereby manually lodge the following documents in support of their Motion for Summary Judgment.

---

**NOTICE OF MANUAL LODGING OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. **Exhibit 5** is a true and correct copy of the Body Worn Camera video footage of Sergeant Andrew Reynoso from January 24, 2024 of the subject incident in this case.

2. **Exhibit 7** is a true and correct copy of the Body Worn Camera video footage of Corporal Patrick Sobaszek from January 24, 2024 of the subject incident in this case.

3. **Exhibit 9** is a true and correct copy of the drone video footage from January 24, 2024 of the subject incident in this case.

4. **Exhibit 10** is a true and correct copy of the audio of an interview of Plaintiff George Gonzalez by Investigator Alfaro with the Riverside County Sheriff's Department on or about January 28, 2024

DATED: February 12, 2026     **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:     /s/ Andrea K. Kornblau
Eugene P. Ramirez
Andrea K. Kornblau
Attorneys for Defendants CITY OF HEMET, CORPORAL PATRICK SOBASZEK, and SERGEANT ANDREW REYNOSO