# Deposition Transcript

Case Number: 5:25-cv-00331-KK-DTB
Date: January 30, 2026

In the matter of:

# GEORGE GONZALEZ v STATE OF CALIFORNIA, et al.

# George Gonzalez - Vol. IV

**CERTIFIED COPY**

Reported by:
Cheryl Ortega



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   GEORGE GONZALEZ,                    )
                                         )
 6                  PLAINTIFF,           )
                                         )
 7        VS.                            )   NO.
                                         )   5:25-CV-00331-KK-DTB
 8   STATE OF CALIFORNIA; CITY OF        )
     HEMET; PATRICK SOBASZEK; ANDREW     )
 9   REYNOSO; SEAN IRICK; AND DOES       )
     1-10, INCLUSIVE,                    )
10                                       )
                    DEFENDANTS.          )
11   _____)

12

13

14

15           REMOTE VIDEO-RECORDED ZOOM DEPOSITION OF

16                       GEORGE GONZALEZ

17                         VOLUME IV

18                       JANUARY 30, 2026

19

20

21

22

23

24

25   REPORTED BY:   CHERYL S. ORTEGA, CSR NO. 13709
                           STENO
```

1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                   CENTRAL DISTRICT OF CALIFORNIA

3

4

5    GEORGE GONZALEZ,                    )
                                         )
6                   PLAINTIFF,           )
                                         )
7         VS.                            )   NO.
                                         )   5:25-CV-00331-KK-DTB
8    STATE OF CALIFORNIA; CITY OF        )
     HEMET; PATRICK SOBASZEK; ANDREW     )
9    REYNOSO; SEAN IRICK; AND DOES       )
     1-10, INCLUSIVE,                    )
10                                       )
                    DEFENDANTS.          )
11   _____)

12

13

14

15   REMOTE VIDEO-RECORDED ZOOM DEPOSITION OF GEORGE GONZALEZ,

16   VOLUME IV, TAKEN BEFORE CHERYL S. ORTEGA, CSR NO. 13709,

17   A CERTIFIED COURT REPORTER FOR THE STATE OF CALIFORNIA,

18   COMMENCING AT 9:08 A.M., FRIDAY, JANUARY 30, 2026.

19

20

21

22

23

24

25                           STENO

```
 1    APPEARANCES OF COUNSEL:

 2

 3            For the Plaintiff:

 4                    GRECH, PACKER & HANKS
                      7095 INDIANA AVENUE
 5                    SUITE 200
                      RIVERSIDE, CALIFORNIA  92506
 6                    951.682.9311
                      TPACKER@GRECHPACKERLAW.COM
 7                    BY:  TRENTON C. PACKER, ESQ.

 8            For the Defendant CITY OF HEMET, CORPORAL
              PATRICK SOBASZEK, SERGEANT ANDREW REYNOSO
 9
                      MANNING & KASS, ELLROD, RAMIREZ,
10                    TRESTER
                      801 S FIGUEROA STREET
11                    15TH FLOOR
                      LOS ANGELES, CALIFORNIA  90017
12                    213.486.2250
                      ANDREA.KORNBLAU@MANNINGKASS.COM
13                    BY:  ANDREA KORNBLAU, ESQ.
                           KIMBERLY ACEVES, ESQ.
14
              For the Defendants STATE OF CALIFORNIA ACTING
15            BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL
              AND OFFICER SEAN IRICK:
16
                      DEPUTY ATTORNEY GENERAL
17                    300 SOUTH SPRING STREET
                      SUITE 1702
18                    LOS ANGELES, CALIFORNIA 90017
                      213.269.6294
19                    AMIE.BEARS@DOJ.CA.GOV
                      BY:  AMIE BEARS, ESQ.
20                         MARIO E. GARCIA, ESQ.

21            Also Present:

22                    DIOGO ROSENBLATT-SILVA, VIDEOGRAPHER

23

24

25
                              STENO
```

```
 1                         INDEX

 2
                                                     PAGE
 3
     EXAMINATION BY MR. KORNBLAU                         6
 4
     EXAMINATION BY MS. BEARS                           88
 5
     EXAMINATION BY MS. KORNBLAU                       114
 6

 7

 8                        EXHIBITS

 9                                                   PAGE

10    1          AUDIO RECORDING                         9

11    (Exhibit 1 was previously marked)

12

13
      QUESTIONS INSTRUCTED NOT TO ANSWER        PAGE    LINE
14
                                                 26      10
15
                                                 32      18
16
                                                 34       8
17
                                                 35       3
18
                                                 38      22
19
                                                111       4
20
                                                113       3
21

22
      INFORMATION REQUESTED                     PAGE    LINE
23

24

25                        STENO
```

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

```
 1                    FRIDAY, JANUARY 30, 2026

 2                         9:08 A.M.

 3                          -oOo-

 4

 5            THE VIDEOGRAPHER:  Good morning.  We are on the

 6     record at 9:08 a.m. Pacific time on January 30th, 2026,

 7     to begin the deposition of George Gonzalez in the matter

 8     of George Gonzalez versus State of California, et al.

 9     The case -- the venue for this case is United States

10     District Court, Central District of California, Eastern

11     Division.  The case number is 5:25-CV-00331.

12            This deposition is taking place via Zoom.  The

13     legal videographer is Diogo Rosenblatt-Silva here on

14     behalf of Steno whose business address 315 W. 9th Street,

15     Suite 807, Los Angeles, California 90015.

16            Would Counsel please identify yourselves and

17     state whom you represent.

18            MR. PACKER:  Good morning --

19            (Speaking simultaneously.)

20            MR. KORNBLAU:  Good morning -- Go ahead, Trent.

21            MR. PACKER:  Good morning.  Trent Packer

22     representing Mr. Gonzalez.

23            MR. KORNBLAU:  Andrea Kornblau on behalf of the

24     City of Hemet, Corporal Patrick Sobaszek and Sergeant

25     Andrew Reynoso.
                            STENO
```

1          MS. BEARS:  Good morning, Amie Bears on behalf

2    of the California Highway Patrol and Officer Irick.

3          MR. GARCIA:  Deputy Attorney General Mario E.

4    Garcia on behalf of the State of California acting by and

5    through the California Highway Patrol and Officer Sean

6    Irick.

7          MS. ACEVES:  Kimberly Aceves on behalf of the

8    City of Hemet.

9          THE VIDEOGRAPHER:  Thank you, Counsel.

10          Will the court reporter please identify

11    yourself, state your certification number and swear in

12    the witness.

13          THE REPORTER:  Good morning, everybody.  My

14    name is Cheryl Ortega I am licensed by the State of

15    California as a Certified Shorthand Reporter.  My license

16    number is 13709.

17                    GEORGE GONZALEZ,

18       having been first duly sworn, testified as follows:

19

20                    EXAMINATION

21    BY MR. KORNBLAU:

22        Q.   Good morning --

23          (Speaking simultaneously.)

24        A.   Can I take these cuffs off?

25          UNIDENTIFIED MALE:  No.
                    STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1   BY MS. KORNBLAU:

 2       Q.   Good morning, Mr. Gonzalez, My name is Andrea

 3   Kornblau.  You may remember me from your previous

 4   deposition.  I represent the City of Hemet in this

 5   matter.  You understand that the oath you just took was

 6   an oath to tell the truth?

 7       A.   Yes.

 8       Q.   Are you having trouble hearing me?

 9       A.   No, I understand.  I'm just --

10       Q.   Okay.

11            MR. PACKER:  So just for the record, he's

12   shackled and so he's having a hard time moving right now

13   and raising his hand and getting comfortable there and

14   they've told us that they will not remove the shackles.

15   BY MR. KORNBLAU:

16       Q.   Okay.  During the course of this deposition, I

17   will be asking you questions to which you need to give me

18   your best answers.  If you do not understand my question,

19   will you let me know?

20       A.   Yes.

21       Q.   I plan to take breaks every hour for about ten

22   minutes but if at any point you need to take a break,

23   please let me know, okay?

24       A.   Can't we just do it all?  Get it over with and

25   just do it?
                              STENO
```

GEORGE GONZALEZ - VOL. IV                                JOB NO. 2372189
JANUARY 30, 2026

1              MR. PACKER:   Mr. Gonzalez, we are going to take

2    a break for the benefit of the court reporter and some of

3    the other people here, okay?   They will be short breaks

4    and we can go in that breakout room.   Okay?

5    BY MR. KORNBLAU:

6         Q.   Mr. Gonzalez, have you taken any drugs or

7    alcohol in the last 24 hours that would impair your

8    ability to give your best testimony today?

9         A.   No, ma'am.

10        Q.   Okay.   Now, your deposition was previously

11   scheduled for last Friday, January 23rd, but you did not

12   appear.   Can you tell me why?

13        A.   I was -- I wasn't given my -- they didn't give

14   me my proper medical treatment.   They weren't giving me

15   my medication.   They didn't give me a clean -- they

16   didn't give me a clean diaper.   They didn't give me no

17   soap or nothing.   They just woke me up and told me I had

18   court.

19              And then I was like, all right.   Well, like,

20   can I get a diaper?   Can I get some soap?   I said, I have

21   diarrhea.   I'm sick right now.   I don't want to stay in

22   my diaper all day.   Like, can I get a diaper from --

23   like, a new one from the morning.

24              Like, they didn't give me one this morning,

25   again, but I came because I didn't want to miss it.   So,

                              STENO

1  like, it just -- I have to live on -- I have to live with

2  this so I just have to come.  You know what I mean?

3          Like, but I have had problems with my bowel

4  from when I was shot in my colon, so.

5     Q.   All right.  Do you remember at your previous

6  deposition I played a statement from an interview that

7  you gave to the police after the incident?

8     A.   Yeah, I remember.

9     Q.   Okay.  I'm going to just complete playing that

10  audio and ask you some questions.  We had previously

11  marked this audio recording as Exhibit 1 in the first or

12  the second volume of your deposition.  So I will mark

13  this one as Exhibit 1 as well just for consistency.

14          (Exhibit 1 marked?)

15          (Audio played.)

16  BY MR. KORNBLAU:

17     Q.   Okay.  I've stopped the audio recording at

18  18:09.  You said -- you were asked if you knew that it

19  was law enforcement behind you when you were running.

20          What was your response?

21     A.   I don't know.

22     Q.   Was there a response?

23     A.   I don't know.  I didn't hear nothing.  I don't

24  even remember what I said, though.

25     Q.   Okay.  Let me play it again for you.
                              STENO

```
 1              (Audio played.)

 2    BY MS. KORNBLAU:

 3         Q.   Can you hear the audio that I'm playing,

 4    Mr. Gonzalez?

 5         A.   I can hear it.  I can't -- I can hear it but it

 6    doesn't say.  It doesn't say -- it's not saying -- asking

 7    me what you are asking me or it's not saying what you

 8    think I'm supposed to say.

 9         Q.   I haven't gotten to that point yet.  I just

10    wanted to confirm that you can hear the audio.  I'm going

11    to play more of it now.

12              (Audio played.)

13    BY MS. KORNBLAU:

14         Q.   So you were asked if anyone gave pursuit once

15    you exited the vehicle after it became disabled on the

16    railroad tracks.

17              And what was your response?

18         A.   I don't know.  I couldn't hear what it says.

19         Q.   Okay.  So let me ask you, then, not considering

20    what the audio says, what do you recall from the

21    incident?  When you exited the vehicle after it became

22    disabled on the railroad tracks, did anyone give pursuit?

23         A.   Eventually when I got to the, like, by the

24    Juice Factory, I felt like there was someone behind me.

25    Like, you can hear people running.  Like, just I heard
```

                              STENO

```
 1   rocks.

 2        Q.   Okay.  And who was running behind you?

 3        A.   People that were pursuing me.

 4        Q.   Okay.  Was it law enforcement?

 5        A.   It could have been, yeah.  I don't know.  Well,

 6   now I know it is.  But, like, I don't know.  They were

 7   shooting at me.  They were like -- they were doing all

 8   kinds of crazy shit.  I don't know what their deal was.

 9        Q.   Okay.  I'm going to play more of the audio.

10             But in the audio you said that you didn't know

11   that anyone was behind you.  Did you hear that?

12        A.   I was so doped up in that audio, ma'am.  Like,

13   I was on so many drugs in the hospital.  Like, I don't

14   even know why you keep playing this audio.

15        Q.   Well, you recalled --

16             (Speaking simultaneously.)

17        A.   I was so -- I was so medicated in the hospital

18   for just being shot, like.

19        Q.   But you recalled a lot of details when you gave

20   that interview; is that correct?

21        A.   Like I told you the last time, I was so doped

22   up when I gave the audio and, like, you can't even -- you

23   shouldn't be able to even use that.  Like of course,

24   like, yeah, someone is going to say what they want to

25   say.
                              STENO
```

```
 1              I didn't know what was going on.  They came in
 2    there after they shot me and they are asking me
 3    questions.  I don't even know if they are the good guys
 4    or the bad guys.  Like, I know that -- I don't even know
 5    if a sheriff shot me but I know a sheriff was in there
 6    with guns asking me questions.  Like...
 7         Q.   Okay.  I'm going to play more of the audio.
 8              (Audio played.)
 9    BY MS. KORNBLAU:
10         Q.   Okay.  And you were asked if you were aware
11    that anyone was chasing you and your response was no.
12    Was that accurate?
13         A.   How would I not be aware if anyone was chasing
14    me?  Like, come on now.  They were shooting at me up the
15    mountain.  I was just telling them that.  That's how you
16    can tell that I was so doped up.  I'm not even saying
17    like -- I'm not even giving correct answers.
18              Like, so how would I -- how am I even answering
19    no?  Like, that's how you should know that that audio is
20    like...
21         Q.   Okay.  Mr. Gonzalez, I'm asking you very simple
22    questions and you keep getting upset and rambling on
23    after I ask you a question.  So I'd like to --
24              (Speaking simultaneously.)
25         A.   -- I'm answering your question.
                              STENO
```

GEORGE GONZALEZ - VOL. IV                                JOB NO. 2372189
JANUARY 30, 2026

```
 1              MR. PACKER:  Hey, hey, hey.  Mr. Gonzalez, let
 2   her finish and then we'll talk.  Okay?
 3              THE WITNESS:  Okay.
 4   BY MR. KORNBLAU:
 5        Q.   Mr. Gonzalez, you brought this lawsuit and I
 6   need to to ask you some questions.
 7        A.   I'm answering them.
 8        Q.   Okay.  So for this to work, please allow me to
 9   ask a complete question and then I will allow you to give
10   your complete response.  Please try to focus on the
11   question that I'm asking you rather than explaining
12   things that are not relevant to the question I just asked
13   you.
14              Okay?
15        A.   (No audible answer.)
16        Q.   Suggesting that I can't use an interview
17   statement had nothing to do with my question.
18              Do you understand that?
19        A.   (No audible answer.)
20        Q.   Okay.
21              (Audio played.)
22   BY MS. KORNBLAU:
23        Q.   So you were asked by the investigator where you
24   had the gun when you exited the vehicle.
25              What was your response?
```
                              STENO

1       A.    In my pants.

2       Q.    And where in your pants?

3       A.    In my waistband like you had asked me last

4   time.

5             MR. PACKER:  Mr. Gonzalez, just simply answer

6   the question.  Okay?

7             And I'm just going to put on the record there's

8   a lot of background noise it appears from where

9   Mr. Gonzalez is.  So if there's difficulty hearing I just

10  want that to be clear.

11            MR. KORNBLAU:  All right.

12            (Audio played.)

13  BY MR. KORNBLAU:

14      Q.    Okay.  So I stopped the audio at 19:27 and you

15  were asked if you had a gun in your hand at any point and

16  your response was, I don't think so.

17            Do you remember saying that?

18      A.    I said, I think so, I think.  I said, I think

19  so.

20      Q.    Let me rewind it.

21            (Audio played.)

22  BY MS. KORNBLAU:

23      Q.    So did you hear your response?

24      A.    That was it, yes.  I heard my response, yes.

25      Q.    And what was it?

STENO

1        A.   I said -- just like I said, I said, I don't

2   think so.

3        Q.   I don't think so, is that correct?

4        A.   Yeah, I don't think so.  That doesn't mean no,

5   that means I don't think so.

6        Q.   And did you have a gun --

7             (Speaking simultaneously.)

8        A.   But I did have a gun in my hand.

9        Q.   Okay.  So you did have a gun in your hand,

10  correct?

11       A.   Yes.  I was surrendering.  I told you that last

12  time.

13            (Audio played.)

14  BY MS. KORNBLAU:

15       Q.   So I stopped the audio at 19:54.  You said, I

16  was trying to face up with the police.

17            What does that mean?

18       A.   I never said I was trying to face up with the

19  police.  Was trying to face the gun up.

20       Q.   Okay.  What do you mean by that?

21       A.   What do you think?  I'm trying to face the gun

22  up while I surrender.  Hello?  Surrender.  I'm done.

23  Please, don't shoot me.  Bam, I get shot.

24       Q.   Mr. Gonzalez, calm down.  I'm just asking you

25  questions.  Please answer them.
                                STENO

```
 1        A.   I'm just answering them.

 2        Q.   Okay.  Did you have both hands in the air?

 3        A.   Yes.

 4        Q.   So both your right hand and your left hand?

 5        A.   Yes.

 6        Q.   And the gun was in your right hand, correct?

 7        A.   I don't know.  It was in one of my hands.

 8        Q.   For how long did you have your -- both of your

 9   hands up in the air?

10        A.   For like -- I was stopped running.  Like, I was

11   stopping to run.  Boom.  And I can't stop running fast

12   because my ACL and MCL are both torn.  So I have to take

13   like 3 or 4 steps before I completely stop running or

14   else I will fall on my face.

15             So I'm taking my steps, I'm trying to stop

16   myself from running and it was like 3 or 4 steps and they

17   just shot me.

18        Q.   So how soon after you put both of your hands in

19   the air and the gun in your right hand did you feel an

20   impact of a gunshot?

21        A.   Like damn near instantly.  He was like, He got

22   a gun.  Boom.

23        Q.   Okay.  You said, "Damn near instantly."  Does

24   that mean a split second?

25        A.   Like, I put my hands up.  Like, I'm trying to
```

STENO

```
 1   surrender, I take a step, I'm trying to stop.  And before
 2   I can even stop running, boom, I get hit.  It was just
 3   fucking -- a second, maybe.
 4        Q.   Okay.  At the time -- so at the time that you
 5   were shot you had the gun in your right hand; is that
 6   correct?
 7             MR. PACKER:  Objection.  Misstates prior
 8   testimony.
 9             THE WITNESS:  Like, what are you doing?
10             MR. PACKER:  Okay.  You can answer the question
11   if you -- answer the question.
12             Do you want to re-ask it?
13   BY MR. KORNBLAU:
14        Q.   Mr. Gonzalez, you said you put both of your
15   hands in the air, the gun was in your right hand and
16   within a split second you felt the impact of a gunshot.
17             Is that accurate?
18        A.   Within like a second.
19        Q.   Okay.  But --
20             (Speaking simultaneously.)
21        A.   Not a split second.  I don't know what a split
22   second is.  I said, Like a second.
23        Q.   Okay.  So you put both of your hands in the
24   air, the gun is in your right hand and within a second
25   you felt the impact of a gunshot; is that correct?
```

STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
1         A.    That's what I felt in my mind.  I'm not sure if

2    it was like that.  But that's how it felt to my mind.  I

3    was being chased.  I was scared.  I was trying to stop.

4    I seen people.  I'm trying to get to where people are at.

5         Q.    So is that a yes to my question?

6         A.    My answer is my answer.

7         Q.    Okay.  And is it --

8               (Speaking simultaneously.)

9               MR. PACKER:  Go ahead.

10              I think he answered the question.

11   BY MR. KORNBLAU:

12        Q.    The gun that you had in your hand at the time

13   of the incident, was it loaded?

14        A.    I can't remember.

15        Q.    Was it loaded with a magazine?

16        A.    I don't think so because they found one in the

17   car.

18        Q.    Did the gun have bullets in it?

19        A.    I don't know.  To be honest mom -- I mean,

20   ma'am, I can't remember.  Dude, I was so scared.  I was

21   just -- I can't even remember like -- I was just trying

22   to stop and I was like just -- I was just scared.  Like,

23   I can't remember, ma'am.

24        Q.    Okay.

25        A.    Most likely.  Most likely it probably did.
```
                              STENO

```
 1   Like, yeah.  Like, what do you mean?  Like, it's a gun.

 2   Like, it has a clip in it.  Like, it has bullets in it.

 3        Q.   Okay.  So now --

 4             (Speaking simultaneously.)

 5        A.   --

 6        Q.   So now you are saying it did have a magazine,

 7   it had bullets in it at the time of the incident?

 8             MR. PACKER:  That misstates prior testimony.

 9             Go ahead.  You can answer.

10             THE WITNESS:  I'm telling you I don't remember.

11   But I'm telling you, like, there's a chance that it did.

12   Like, I'm not going to sit here and try to lie.  Like,

13   Oh, no, it didn't have bullets.  Like, yeah, like it

14   probably did.  Like, I -- I'm not sure, though.  Like,

15   I'm not --

16             (Speaking simultaneously.)

17   BY MR. KORNBLAU:

18        Q.   Okay.  Mr. Gonzalez, at your previous

19   deposition when I asked you, why you didn't leave the gun

20   in the vehicle, set it down on the ground, toss it out

21   the window with the golf clubs, your response was that

22   you didn't want the gun to go off accidentally.

23        A.   No.  My response was that I didn't want to get

24   caught with it.  I was trying to get away with it.  My

25   response was I didn't want it to go off was when he told
```

STENO

```
 1  me to throw it out the window when I was driving.

 2       Q.   What do you mean when you say you were trying

 3  to get away with it?

 4       A.   I'm trying not to get caught with it.  I don't

 5  want to go to jail for three years for a gun or whatever.

 6  Like, I'm -- I was not trying not to get caught.  I was

 7  running so I'm not trying to get caught in the first

 8  place.  I was --

 9            (Speaking simultaneously.)

10       Q.   Why have a gun at all if you are worried about

11  going to jail for having a gun in your possession?

12       A.   I don't know --

13            (Speaking simultaneously.)

14            MR. PACKER:  Objection.  Relevance.

15            Go ahead.  I'm sorry.  Wait for my objection,

16  okay?  Go ahead you can answer.

17            THE WITNESS:  I don't know.  I don't know.

18  BY MS. KORNBLAU:

19       Q.   Okay.

20       A.   I have PTSD.  I fucking don't know why it

21  happened.  I don't know.

22  BY MR. KORNBLAU:

23       Q.   So did you have a gun on January 24, 2024, for

24  your protection?

25       A.   I guess.  Yeah, you can say that.
                         STENO
```

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1        Q.    And --
 2              (Speaking simultaneously.)
 3        A.    That's exactly why.
 4        Q.    And what's the purpose of having a gun for your
 5   protection?  Is it to use it?
 6        A.    No.  It's like to -- I'm an American, ma'am.
 7   Like, there's no reason why every American can't.  I
 8   got -- American people have them, people shoot people.
 9   It's like, I don't want to get shot.  I don't want no one
10   in my family to get shot.
11              Like, I'm not a bad person.  Like, I'm not
12   trying to shoot nobody.  Obviously.  I'm scared --
13              (Speaking simultaneously.)
14              MR. KORNBLAU:  -- nonresponsive.
15              THE WITNESS:  I had a gun.  I was running
16   scared.
17   BY MR. KORNBLAU:
18        Q.    Okay.
19        A.    Like --
20        Q.    Mr. Gonzalez, I'm trying to get through this.
21   I don't have a whole lot of time with you today.  So if
22   you can try --
23              (Speaking simultaneously.)
24        A.    So why are you wasting time saying that?  Just
25   say what you want to say.
                             STENO
```

```
 1              MR. PACKER:  Hold on.  Hold on, Mr. Gonzalez.

 2         I'll put on the record I think he is answering

 3    the question.

 4         But go ahead and listen to her question and

 5    answer the question she's asking, okay?

 6              MR. KORNBLAU:  And I'll put on the record and

 7    the record actually reflects it without me even saying

 8    that, that he is being evasive once again.  And we have a

 9    court order that says that he should not be evasive to my

10    questions.  So...

11              MR. PACKER:  Okay.  I don't think he's evading.

12    I think he's answering.  He might be giving a more

13    fulsome explanation than you want but he is answering.

14         But go ahead.  Let's move on.

15              MR. KORNBLAU:  Okay.

16         I'm going to play more of the audio.

17         (Audio played.)

18    BY MS. KORNBLAU:

19         Q.   Okay.  So I stopped the audio at 21:09 and you

20    said that the gun was not loaded with a bullet in the

21    chamber; is that correct?

22         A.   Yeah.

23         Q.   Okay.  So a gun that does not have a bullet in

24    the chamber, if you were to drop it, would not go off,

25    correct?
                              STENO
```

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

1        A.    I don't know.

2        Q.    Did you have a response?

3        A.    I said, I don't know.

4        Q.    Okay.  What caliber was your gun?

5        A.    I don't know.

6              (Audio played.)

7    BY MS. KORNBLAU:

8        Q.    Okay.  You were asked at 21:15 into the audio

9    if the gun was loaded with a magazine.  Your response

10   was, Of course; is that correct?

11       A.    And I told you I was so high in that recording.

12   I was so high in that recording.  I don't know what I was

13   saying in that recording.  I was high in that recording.

14       Q.    Okay.  So are you telling me by making this

15   excuse that you were high --

16             (Speaking simultaneously.)

17       A.    I'm not making an excuse.

18       Q.    And --

19             MR. PACKER:  Hold on.  Hold on.  Hold on.

20             Objection.  Argumentative.

21             Hold on.  Hold on.

22             Objection.  Argumentative.

23             Go ahead, ask the question.

24   BY MR. KORNBLAU:

25       Q.    Mr. Gonzalez, the number of times that you keep
                              STENO

1   speaking over me and we keep getting into this back and

2   forth is preventing me from completing your deposition.

3   I will take a break and contact the Magistrate if it

4   continues.

5         A.    Okay.

6         Q.    I need to be able to get through this.

7         A.    Do what's your job.  Do your job.

8               MR. PACKER:  Okay.  So just listen to the

9   question and answer the question.  All right?

10              THE WITNESS:  I am.

11              MR. PACKER:  Uh-huh.

12   BY MR. KORNBLAU:

13        Q.    We have one order, we can get a second one.

14        A.    Get your order.

15              MR. PACKER:  Okay.  Okay.  Mr. Gonzalez.  Hold

16   on.  Let her ask the question.

17              MR. KORNBLAU:  I'm going to play more of the

18   audio.

19              THE WITNESS:  I'm listening.

20              (Audio played.)

21   BY MR. KORNBLAU:

22        Q.    Okay.  You were asked what kind of gun you had,

23   what caliber.  You said 9-millimeter, correct?

24        A.    Yeah.

25        Q.    Okay.  So according to you, you were so doped
                            STENO

GEORGE GONZALEZ - VOL. IV                    JOB NO. 2372189
JANUARY 30, 2026

```
 1   up that you could remember the caliber gun that you had

 2   on the date of the incident?

 3           MR. PACKER:  Objection -- sorry.

 4   BY MS. KORNBLAU:

 5       Q.   Right?

 6           MR. PACKER:  Objection.  Argumentative.

 7           Go ahead.

 8           THE WITNESS:  How can I -- like, may be.  I

 9   was -- it was closer to when -- then -- to the incident

10   than now.  It's been two years.  Like, I don't -- so much

11   shit has happened since then.  Like, I -- so much stuff

12   has happened since then.

13           Like, I don't know.  Like, I have -- I'm

14   thinking about my children every day.  I'm thinking about

15   my wife.  I'm thinking about going home.  I'm thinking

16   about -- I'm not thinking about what kind of caliber of

17   gun I had when I got shot.

18           Like, you -- he asked me that question right

19   after I got shot.  So I remembered.  But now if you ask

20   me that question, I don't remember stuff like that.

21   Like, I don't care about that.  That's -- that's

22   frivolous stuff.  I read the Bible every day.

23           Like, you ask me stuff about the Bible, I'll

24   tell you exactly what it says.  Like --

25           (Speaking simultaneously.)
                         STENO
```

 1              MR. PACKER:  Okay.  Okay.

 2              MR. KORNBLAU:  No, that's okay.  He can keep

 3    talking because it just makes a better record for me when

 4    I take it --

 5              (Speaking simultaneously.)

 6              MR. PACKER:  I understand.  He's answered your

 7    question.  Let's move on.

 8              MR. KORNBLAU:  Okay.

 9    BY MR. KORNBLAU:

10       Q.   Mr. Gonzalez, you said that all you want to do

11    is go home.  Why are you back in custody?

12              MR. PACKER:  Objection.  Hold on.  Hold on.

13              Objection.  I'm going to instruct him not to

14    answer on Fifth Amendment grounds to that question given

15    that it can potentially incriminate him.

16              MR. KORNBLAU:  Okay.  I'm going to play more of

17    the audio.

18              (Audio played.)

19    BY MR. KORNBLAU:

20       Q.   Okay.  I stopped the audio at 23:49.  You said,

21    I was trying to stop and he was yelling at me.

22              Who was yelling at you?

23       A.   Who was chasing me?  You asked me -- like, you

24    want me to give you the name?  Like, I'm not

25    understanding.  Like, the person that was chasing me was

                          STENO

1  yelling at me.

2       Q.   Okay.  Was the person who you yelled to -- or

3  you said, I was trying to stop and he was yelling at me.

4  Was "he" a law enforcement officer?

5       A.   At that moment, I don't know, but he's telling

6  me to stop so I'm stopping.

7       Q.   Okay.  During your last deposition and this one

8  you've indicated to us the reason you fled in the first

9  place was because you said you did not want to go to

10 jail.

11          Can people other than law enforcement put you

12 in jail?

13      A.   What kind of question is that?  Like, no.

14          MR. PACKER:  Okay.  Just --

15          (Speaking simultaneously.)

16          MR. KORNBLAU:  Okay.  All right.  Trent, I

17 think we need to contact the Magistrate.  I have hit my

18 limit.

19          MR. PACKER:  I don't -- I don't think -- I

20 don't think.  Why don't you let me go to the breakout

21 room?  I don't think that's necessary yet.

22          MR. KORNBLAU:  Okay.  Trent, I'm -- thin, thin

23 rope here.  Okay?

24          MR. PACKER:  Okay.

25          THE VIDEOGRAPHER:  Should I read us off the
                              STENO

```
 1   record, ma'am --

 2               (Speaking simultaneously.)

 3               THE WITNESS:  -- answer these questions.

 4               MR. PACKER:  Hold on.  Hold on.  Mr. Gonzalez,

 5   hold on.  We are not -- we are not doing that right now.

 6               MR. KORNBLAU:  Hold on.

 7               Mr. Gonzalez, are you willing to answer my

 8   questions today?

 9               THE WITNESS:  Yes.

10   BY MR. KORNBLAU:

11       Q.   Okay.  So we can't do this back and forth

12   arguing.  Okay?  I need to ask you a question and I need

13   you to give me an answer.  Can we do that?

14       A.   Yeah.

15       Q.   Okay.

16       A.   Like, what do you mean?

17               (Speaking simultaneously.)

18               MR. PACKER:  Okay.  Hold on.  Simple answer.

19   Okay?

20               THE WITNESS:  Yes.

21               MR. PACKER:  And I'm happy to go to the

22   breakout room right now, Andrea, and talk to him if you

23   want me to do that.

24               MR. KORNBLAU:  Let's continue and we can do the

25   breakout room if it happens again.
```
                                STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1                MR. PACKER:   Okay.

 2                MR. KORNBLAU:   All right.

 3    BY MR. KORNBLAU:

 4        Q.   So I was asking you who -- was it law

 5    enforcement that was yelling at you?

 6        A.   Yes.

 7        Q.   Okay.   And what did law enforcement yell to

 8    you?

 9        A.   They were yelling for me to stop.

10        Q.   Why didn't you stop?

11        A.   I was stopping.   I stopped and I got shot.

12        Q.   While you are standing up, correct?

13        A.   What do you want me to do?   Do you want me to

14    stop and lay down?

15        Q.   Okay.   So you got shot while you were standing

16    up?

17        A.   Well, yeah.

18        Q.   You said yes?

19        A.   Yes, ma'am.

20        Q.   Okay.

21        A.   With my hands in the air surrendering.

22        Q.   Okay.   And we'll get to that point in a minute.

23        A.   All right.

24        Q.   All right.   I'm going to continue playing more

25    of the audio and finish this up.
                              STENO
```

```
 1              (Audio played.)

 2    BY MS. KORNBLAU:

 3        Q.   Okay.  So you said that you put your hands up

 4    in the air but did you ever tell anyone that you were

 5    surrendering?

 6        A.   I'm like, Okay.  He's, like, Stop, and I go,

 7    Okay.  Like, fucking boom, boom, boom, boom, boom, boom,

 8    boom boom, boom, boom, boom, boom, boom.

 9        Q.   Okay.  Mr. Gonzalez, I'm going to continue to

10    try to ask these questions.

11             So I asked you, did you tell anyone that you

12    were surrendering when you put your hands in the air?

13        A.   I said, Okay.

14        Q.   So by saying, Okay, it's your position that law

15    enforcement should take that as, I'm surrendering?

16        A.   No.

17        Q.   Okay.  Why didn't you tell police, I give up?

18        A.   Man, I was so scared.  I don't know.  I was

19    just so scared.  I probably shouldn't even have ran in

20    the first place.

21        Q.   What did you say?

22        A.   I shouldn't have even ran in the first place.

23        Q.   Why did you?

24        A.   Because I was scared.  I have PTSD.  I had a

25    gun -- never mind.  I was scared and I have PTSD, okay?
                           STENO
```

```
 1        Q.    Okay.  You said --

 2              (Speaking simultaneously.)

 3        A.    I was scared.

 4        Q.    You said you have PTSD because of a gun?

 5        A.    Yeah, when I was a minor I told you that.  A

 6   cop put a gun to my head.

 7        Q.    So why are you carrying guns and running with

 8   them?

 9        A.    Because I told you, ma'am, you know this from

10   the last time we went through this.  We went through this

11   in the last time, how many times this has happened to me.

12   Like I -- like, I don't know why.  Sometimes I feel

13   secure with one.

14              But like I don't -- I don't carry -- I try not

15   to carry one, but I don't know, ma'am.  It's like -- like

16   being insane, knowing that the same thing is going to

17   happen.  You are going to get caught with it, you are

18   going to go to jail --

19        Q.    Okay.

20        A.    -- for the third time.

21        Q.    Mr. Gonzalez, you are so scared, you have PTSD

22   from guns, yet you will put one in your waistband while

23   you are driving at --

24              (Speaking simultaneously.)

25        A.    --
                              STENO
```

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1        Q.   Drive at high rates of speed, blow through red
 2   lights, drive on the wrong side of the road, start
 3   running with it in your pants and then pull it out of
 4   your waistband but you have PTSD from guns?
 5             MR. PACKER:  Objection.  Compound.
 6   Argumentative.
 7             THE WITNESS:  You just did exactly what I was
 8   doing and you say you were going to call the Magistrate
 9   and I'm not tripping on you.
10             MR. PACKER:  Okay.  Just answer the question,
11   Mr. Gonzalez.
12   BY MR. KORNBLAU:
13        Q.   And yet you just did.
14             I'm going to play a little bit more of the
15   video or the audio.  We are almost done with it.
16             (Audio played.)
17   BY MS. KORNBLAU:
18        Q.   Mr. Gonzalez, did this incident occur because
19   you were on drugs?
20             (Speaking simultaneously.)
21        A.   --
22             MR. PACKER:  I'm going to object -- I'm going
23   to object and instruct not to answer and I want to make a
24   record as to why because I know this may come up.
25             And that is that one of his current charges is
```
                                    STENO

1    being a narcotics addict in possession of a firearm.  So

2    any statement answering this question could potentially

3    implicate his Fifth Amendment rights, so I'm

4    instrumenting him not to answer.

5              MR. KORNBLAU:  Okay.

6    BY MR. KORNBLAU:

7         Q.   And Mr. Gonzalez, I just played audio from a

8    recorded statement.  You said, Your memory was better on

9    the date of the incident than it is now; is that correct?

10        A.   It was closer to when it happened.

11        Q.   Okay.  So your memory was better closer to when

12   the incident occurred than it is today; is that correct?

13        A.   Kind of like my memory of the incident is

14   better but, like, my memory of the interview, I don't

15   even remember nothing I said in that interview at all.  I

16   don't remember nothing that happened in that interview.

17        Q.   Okay.  In the interview I'll quote you since I

18   know that we are not having the court reporter take down

19   what the audio says.  So you said, "I don't know, I'm

20   fucking crazy.  I do dumb retarded shit.  I do shit that

21   I know is bad and I know the outcome.  I don't want the

22   outcome to happen but I do it because I don't know why.

23   I don't know what is wrong with me.  I'm fucking insane.

24   I'm fucking mentally not stable.  Sometimes, like, I do

25   fucking stupid ass shit but I know it's drug induced.  I
                              STENO

1    need to not be on drugs.  I need to stay away from

2    drugs."

3              You did hear yourself say that during the

4    interview, correct?

5        A.   Yeah, it's the truth.

6        Q.   Okay.  It's the truth, as you just said, right?

7        A.   Yeah.  I should stay away from drugs, yeah.

8        Q.   Okay.  And you were on drugs at the time of

9    this incident on January 24, 2024, correct?

10             MR. PACKER:  Objection.  Same instruction as

11   before for the same reasons.

12             MR. KORNBLAU:  I will reserve my right to bring

13   Mr. Gonzalez back for a further deposition if I bring a

14   motion to compel an answer to that question and a judge

15   determines that I was entitled to a response.

16             MR. PACKER:  Okay.

17             MR. KORNBLAU:  I'm asking specifically about

18   whether or not Mr. Gonzalez was on drugs or under the

19   influence on the day of the incident and we spoke to the

20   magistrate judge about that.

21             THE WITNESS:  Yeah, he said --

22             (Speaking simultaneously.)

23             MR. PACKER:  Hold on.  Hold on.  Hold on.

24             Go ahead, Andrea.

25             MR. KORNBLAU:  So I will ask Mr. Gonzalez the
                            STENO

```
 1   question once again.

 2   BY MR. KORNBLAU:

 3        Q.   Mr. Gonzalez, on January 24, 2024, the date of

 4   this incident, were you under the influence of any drug?

 5             MR. PACKER:  Same objection.  Same instruction

 6   and I will read the Magistrate's order --

 7             (Speaking simultaneously.)

 8             THE WITNESS:  Yeah, do that.  Please.

 9             MR. PACKER:  Hold on.  Hold on.

10             I will read the Magistrate's order into the

11   record.  It says, The Court also noted that Plaintiff's

12   controlled substance use on the date of the incident

13   would seem to be relevant but also noted a privilege

14   objection could be possible.

15             THE WITNESS:  Thank you.

16   BY MR. KORNBLAU:

17        Q.   And once again I'll reserve my right to bring

18   you back for further deposition if a judge determines

19   that you should have responded to that question.

20             We have been going for almost an hour.  Why

21   don't we take a ten-minute break now.

22             THE VIDEOGRAPHER:  We are now off the record.

23   The time is 9:48 a.m. Pacific time.

24             (Break taken.)

25             THE VIDEOGRAPHER:  We are now back on the
                              STENO
```

```
 1   record.  The time is 10:01 a.m. Pacific time.
 2   BY MR. KORNBLAU:
 3        Q.    Okay.  Mr. Gonzalez, we just took a short
 4   break.  You understand you are still under oath, correct?
 5        A.    Yes, ma'am.
 6        Q.    Thank you.
 7              And we were playing parts of your recorded
 8   statement that you gave to investigators on the date of
 9   the incident.  I'm going to play another few seconds of
10   it and ask you questions.
11              (Audio played.)
12   BY MS. KORNBLAU:
13        Q.    I stopped the audio at 25:58.  You said to the
14   investigator, All I know is that I was in a drug induced
15   coma psychosis.
16              What did you mean by that?
17        A.    To be completely honest with you, Andrea...
18              MR. PACKER:  So right now I'm going to object
19   to the extent it does call for potentially Fifth
20   Amendment protected information.  If you want to ask, Is
21   that what you said, I'll let him answer that.
22              But to the extent it calls for potentially an
23   admission of being under the influence at the time,
24   that's my concern.
25              MR. KORNBLAU:  I'm asking him what he meant by
                                  STENO
```

 1   that.

 2              THE WITNESS:  I don't even know what I was

 3   saying in that interview.  I don't quite remember.

 4   BY MR. KORNBLAU:

 5        Q.   Okay.

 6             (Audio played.)

 7   BY MS. KORNBLAU:

 8        Q.   And you also said, I was fucking tripping.

 9             What does that mean?

10        A.   I don't know, ma'am.  I don't remember.

11        Q.   Okay.

12             (Audio played.)

13   BY MS. KORNBLAU:

14        Q.   Okay.  So you told the investigator that you

15   recalled running stop lights and stop signs.

16             Did you hear that?

17        A.   I was saying I remember being in a pursuit,

18   yeah.

19        Q.   Okay.  And you also said that you remembered

20   running stop lights and stop signs, correct?

21        A.   I said I remembered that, I didn't say that I

22   remembered what he said.  I just remember what he was

23   talking about, yeah.

24        Q.   Okay.

25             (Audio played.)
                              STENO

```
 1   BY MS. KORNBLAU:

 2       Q.   Okay.  I stopped the audio at 32:40 and you

 3   told the investigator, Tell the Gang Task Force I'm sorry

 4   for doing what I did.

 5            You said that, correct?

 6       A.   Yeah.

 7       Q.   That was a Yes, correct?

 8       A.   Yeah.

 9       Q.   So we were talking more about the point in time

10   where your vehicle becomes disabled on the train tracks.

11            Do you remember that?

12       A.   Yes.

13       Q.   Okay.  But let's actually go back a little bit

14   further to the point where you are at 40525 Whittier

15   Avenue.

16            Do you know that address?

17       A.   Yeah.

18       Q.   Who resides there?

19       A.   Rena.

20       Q.   Who is that?

21       A.   My -- Yvette's sister.

22       Q.   At any time in the hours prior to the moment in

23   time when you arrived at the Whittier Avenue location had

24   you consumed or ingested any alcohol or drugs?

25            MR. PACKER:  Objection with respect to the
                                    STENO
```

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

 1  question involving drugs and I'll instruct him not to

 2  answer.

 3          You can answer with respect to the other part

 4  of that question.

 5          If you want to re-ask it?

 6          THE WITNESS:  I can't remember, ma'am.

 7          MR. KORNBLAU:  I don't mind objections, it's

 8  when it starts obstructing my questions and I have to

 9  re-ask the question is when it becomes an issue.

10          THE WITNESS:  I just can't remember, though,

11  so, like,might as well might not even --

12          (Speaking simultaneously.)

13          MR. PACKER:  Okay.  Okay.

14          I got you, Andrea.

15          MR. KORNBLAU:  Okay.

16  BY MR. KORNBLAU:

17      Q.  Mr. Gonzalez, did you ever attempt to

18  communicate with any of the law enforcement officers when

19  you were at the Whittier Avenue location?

20      A.  I can't -- I don't understand.  I don't

21  understand the question.

22      Q.  Did you ever attempt to communicate, to talk to

23  law enforcement officers while you were at the Whittier

24  Avenue location?

25      A.  I don't know.
                              STENO

1      Q.   So you don't know if you said anything to law
2   enforcement who were at the Whittier --
3           (Speaking simultaneously.)
4      A.   Yeah, I don't know.
5      Q.   Hold on.  Hold on.
6           Okay.  So I'm asking you if you ever made an
7   attempt to talk to, to communicate in some way with the
8   law enforcement officers that were at the Whittier Avenue
9   location?
10      A.   I don't know.
11      Q.   Okay.
12      A.   I don't remember.
13      Q.   You don't know or you don't remember?
14      A.   I think it means the same thing.  But I can't
15   remember.
16      Q.   Okay.  Did you see police vehicles with
17   illuminated light bars directly in front of the vehicle
18   you were in?
19      A.   I can't remember.
20      Q.   One of the police cars was bumper to bumper
21   with the vehicle that you were inside of.
22           Do you remember that?
23      A.   I remember that the car pulled up in front of
24   me, yeah.
25      Q.   Okay.  And that was a police vehicle, correct?

STENO

1      A.   I don't know.  I can't recall if it was a

2   police vehicle.

3      Q.   All right.  Did you recognize the people

4   outside the vehicle around you to be law enforcement

5   officers?

6      A.   No, they were wearing all black with guns.

7      Q.   And you said that you were afraid of going back

8   to jail when you saw them, correct?

9           MR. PACKER:  Objection.  Misstates testimony.

10          You can answer.

11          THE WITNESS:  I said that?  You are saying I

12   said this?

13   BY MR. KORNBLAU:

14      Q.   Mr. Gonzalez, earlier we spoke about why you

15   fled from police and you said it was because you were

16   scared and you indicated you were scared of police or

17   that you were afraid of going back to jail.

18          Is that correct?

19      A.   Yes.  I said that earlier, yeah.

20      Q.   Okay.  So you knew it was law enforcement at

21   the Whittier Avenue location, correct?

22      A.   Yeah.

23      Q.   Okay.  Did you hear the numerous commands being

24   given to you by law enforcement officers while you were

25   inside the black vehicle?
                         STENO

```
 1        A.   No.

 2        Q.   Did you hear the command to, Come out with your

 3   hands up?

 4        A.   No.

 5        Q.   Did you hear the command, Come out of the car?

 6        A.   No.

 7        Q.   Did you hear the command, Turn the car off?

 8        A.   No.

 9        Q.   Was that a no?

10        A.   No.

11        Q.   Did you hear the command to, Drop it?

12        A.   No.

13        Q.   Did you hear one of the officers --

14             (Speaking simultaneously.)

15        A.   What?  No.

16             MR. PACKER:  There's a massive delay right now,

17   it appears, in the audio and video.

18             THE WITNESS:  Can you hear me?

19             MR. KORNBLAU:  Yes.

20             THE WITNESS:  Okay.

21   BY MR. KORNBLAU:

22        Q.   So all of the questions that I asked you with

23   respect to hearing commands made by officers, you said no

24   to each one of those questions, right?

25        A.   Yes.
                              STENO
```

```
1          Q.   Okay.  Did you hear any of the K-9
2    announcements?
3          A.   No, I was just trying -- I told you what I was
4    trying to do.  I wasn't paying attention to what was
5    going on.  I can hear Yvette yelling to the people not to
6    shoot because there was kids in the house.  I remember
7    hearing that.
8          Q.   Okay.  And you were afraid that law enforcement
9    were going to take you back to jail, correct?
10         A.   I was afraid they were going to shoot me.
11         Q.   Okay.  And did they shoot you there?
12         A.   Yes.
13         Q.   At the Whittier Avenue location?
14         A.   No.  They didn't shoot me there, no.
15         Q.   Okay.
16         A.   They let me leave because there was kids there.
17         Q.   Okay.  And you said, They let you leave.  What
18   does that mean?
19         A.   They literally, like, backed out and let me
20   leave.
21         Q.   Okay.  Your vehicle was parked in the driveway,
22   correct?
23         A.   Kind of.  I guess.
24         Q.   Do --
25              (Speaking simultaneously.)
                             STENO
```

1       A.   She has a big U-shaped driveway.  Her driveway

2   is like her whole front yard.  It's a U.  There's two

3   driveways on each side and there's a U that connects

4   them.  It's like a big old W.

5       Q.   Okay.  So --

6       A.   It's not a normal driveway.

7       Q.   Okay.  So do you normally drive across the lawn

8   and crash into --

9            (Speaking simultaneously.)

10      A.   I can't hear you.

11      Q.   Can you hear me now?

12      A.   I can't hear nothing you are saying.

13      Q.   How about now?

14      A.   I can't hear nothing you are saying.

15      Q.   You responded.

16      A.   Nothing you are saying is heard.

17           MR. KORNBLAU:  Can someone else talk and see if

18  he can hear them?

19           THE WITNESS:  Let me see if I can have them

20  reconnect me to the internet or something.

21           MR. PACKER:  Can you hear me, George?

22           THE WITNESS:  One second.  Maybe it's your

23  internet because everything is working over here.

24           MR. PACKER:  Can you hear what I'm saying right

25  now?
                              STENO

```
 1                 MR. KORNBLAU:  I guess not.

 2                 THE WITNESS:  Andrea?

 3    BY MR. KORNBLAU:

 4        Q.   Yes.  Can you hear me?

 5        A.   We can't hear you.

 6                 MS. BEARS:  Can you hear me, Mr. Gonzalez?

 7                 THE WITNESS:  The audio is on, yeah, see.

 8                 MS. BEARS:  Mr. Gonzalez, this is Mrs. Bears.

 9    Can you hear me?

10                 THE WITNESS:  I can't hear none of them, ma'am.

11                 MR. PACKER:  Can you hear me right now?

12                 THE WITNESS:  --

13                 MR. PACKER:  Can you hear me or do you just see

14    our lips moving?

15                 Can we go off the record while we sort this

16    out?

17                 MR. KORNBLAU:  Sure.  Sure.

18                 THE VIDEOGRAPHER:  We are now off the record.

19    The time is 10:16 a.m. Pacific time.

20                 (Break in proceedings.)

21                 THE VIDEOGRAPHER:  We are now back on the

22    record.  The time is 10:18 a.m. Pacific time.

23    BY MR. KORNBLAU:

24        Q.   Okay.  Mr. Gonzalez, we have been having some

25    technical difficulties.  Please let us know if you don't
```
                                 STENO

GEORGE GONZALEZ - VOL. IV                              JOB NO. 2372189
JANUARY 30, 2026

1   hear a question.  Okay?

2        A.   (No audible answer.)

3        Q.   Can you hear me?

4        A.   Yes, ma'am.  I said okay.  Yes, ma'am.

5        Q.   Okay.  I think we are just a little delayed.

6             Okay.  So we were talking about you sitting

7   inside a black vehicle at the Whittier Avenue location.

8   And I'm going to ask you, when you drove away and began

9   to flee from police, why did you drive across the lawn

10  and crash into trash cans?

11       A.   Because I was trying to get away.

12       Q.   From police, right?

13       A.   Yeah.

14       Q.   Okay.  Why did you yell, You are going to have

15  to kill me, when you were sitting inside the black

16  vehicle?

17       A.   I don't recall that.

18       Q.   Why didn't you surrender at the Whittier Avenue

19  location?

20       A.   That didn't make it right for them to try to do

21  that, though, but.

22       Q.   Okay.  If you don't understand my question,

23  please let me know.  Okay?

24            Why didn't you surrender at the Whittier Avenue

25  location?

                              STENO

```
 1        A.    I don't know, ma'am.  I was scared.

 2        Q.    Did you see the police helicopter shortly after

 3   you began the pursuit?

 4        A.    No.

 5        Q.    What was the distance that you covered during

 6   the pursuit, how many miles?

 7              MR. PACKER:  Objection.  Calls for speculation.

 8              THE WITNESS:  -- to Beaumont.

 9              (Speaking simultaneously.)

10   BY MR. KORNBLAU:

11        Q.    What was the response?

12        A.    From Hemet to Beaumont.

13        Q.    Okay.  Was it about 20 miles?

14        A.    No.

15        Q.    More than 15 miles?

16        A.    I don't think so.

17        Q.    Okay.  So we mapped it and it was 21.3 miles.

18              Does that sound right?

19        A.    I guess.

20        Q.    Okay.  So at any point while driving the

21   vehicle from the Whittier Avenue location until your

22   vehicle became disabled on the railroad tracks, could you

23   have placed the gun in a seat rather than in your

24   waistband?

25        A.    Excuse me?
                              STENO
```

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026
JOB NO. 2372189

```
1         Q.   While you were driving, during the pursuit,

2    rather than put the gun in your waistband could you have

3    placed it in a seat?

4         A.   I don't understand the question.

5         Q.   Why did you place the gun in your waistband?

6         A.   Because that's where I placed it.

7         Q.   Why?

8         A.   I can't tell you why.  I don't know.  Like, I

9    don't know.

10        Q.   You wanted the gun with you, correct?

11        A.   Well, yeah, because I'm going to get out and

12   run.

13        Q.   Okay.  And you wanted the gun with you,

14   correct?

15        A.   Well, like, yeah, I don't want to get caught

16   with it.

17        Q.   If you don't want to get caught with it why

18   have it on your person?

19        A.   Because I was trying to get away.  I didn't

20   (audio breaking up.)  I didn't -- if he didn't shoot me

21   he probably wouldn't have caught me.

22        Q.   Okay.  We didn't hear your response.

23        A.   I was --

24             (Speaking simultaneously.)

25        Q.   We didn't hear your response.  You were
```

                              STENO

1    breaking up when you were answering.

2        A.    I said that if he didn't shoot me he probably

3    wouldn't have caught me.

4        Q.    Okay.

5            MR. KORNBLAU:   I'm going to object and move to

6    strike the entire response as nonresponsive.

7            MR. PACKER:   Okay.   I don't know what he

8    responded initially.   I think there was an initial

9    response.

10           MR. KORNBLAU:   Okay.

11   BY MR. KORNBLAU:

12       Q.    Where was law enforcement again when you exited

13   the black vehicle?

14       A.    I don't know.   I wasn't paying attention to

15   that.

16       Q.    Okay.   Why were you running when you exited the

17   black vehicle?

18       A.    Because I was trying to get to my grandma's

19   house or something.   I don't know.   I was trying to get

20   safe.

21       Q.    And you said you were also fleeing from police,

22   right?

23       A.    Well, they were shooting at me while we were

24   driving so, like, I was scared.

25       Q.    Who was shooting at you while you were driving?
                                STENO

```
 1        A.    The police were shooting at me while I was

 2   driving.

 3        Q.    How do you know that?

 4        A.    Because they were shooting -- who else was

 5   shooting at me?  Who -- they were chasing me.  So while

 6   we were driving up the mountain they were shooting at me.

 7        Q.    Did you see people shooting at you?

 8        A.    How can you see people shooting at you?  You

 9   can hear it.  And, like, it's obvious.  They were

10   shooting at me with a shotgun.

11        Q.    Did you see a shotgun?

12        A.    I'm driving and they are right behind me with a

13   cop car and I'm hearing, Boom, boom, boom.  I know what

14   it sounds like when a shotgun shoots you and we were in

15   the canyon.

16        Q.    Okay.  Did you see a shotgun?

17        A.    Ma'am, I'm looking straight ahead while I

18   drive.  They were shooting at me, they have a shotgun in

19   each car.  Like, what else could they shoot me with?  If

20   they have a shotgun -- it wasn't an AR or whatever, M-16,

21   whatever they have.

22              It was -- they have a hand gun, a rifle and a

23   shotgun.  The sound of the gun that was shooting at me

24   when we were going up the mountain was the shotgun.

25        Q.    Could it have been the spike strips?
```

                                    STENO

1      A.   No.  No one -- no, it couldn't have been the

2  spike strips.  What are you talking about?  We were going

3  up the canyon and it was just me and them.  And we were

4  going up the canyon like, up the canyon and there's no

5  other cars by me.

6           There's no other cars ahead of the lane and

7  then they start shooting at me.  Boom, boom, boom, like

8  three or four shots.  That's when I really know, Oh, man,

9  these fools trying to kill me.

10     Q.   Are you aware that spike strips were used

11  several times during the pursuit?

12     A.   There was no cops in front of me throwing spike

13  strips.  We were -- I was going up the canyon and there

14  was no one in front of me, there was no one near me in

15  front of me.  They were all behind me.  Spike strips

16  would be used if they were in front of me.  And the spike

17  strips don't sound like a shotgun being shot.

18     Q.   Okay.  But once again, you did not see any guns

19  while you were driving during the pursuit?

20     A.   What do you mean I didn't see any guns?  I seen

21  cops right behind me shooting at me with a shotgun.  What

22  do you mean?

23     Q.   Okay.  So now you are saying you saw police

24  with a shotgun while you were driving?

25     A.   I seen them behind me.  I can hear the shotgun,

                          STENO

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

1    I'm driving.  Boom, boom, boom.  Like, what else could it

2    be?  Obviously they are shooting at me.

3        Q.    Okay.  So the surveillance in BWC, the

4    body-worn camera video footage shows you turning around

5    to look back at officers.  Why were you doing that while

6    you were running with a gun?

7        A.    I'm sorry.  I'm so sorry.  Like --

8            (Speaking simultaneously.)

9        Q.    Why are you laughing?

10       A.    Because I'm like what?  Why would I do that?

11   Ma'am, they are chasing me with guns.  They were just

12   shooting at me.  I'm fucking -- I mean, I'm so scared --

13   sorry for cussing -- but I'm terrified.  I'm looking

14   back, like, Man, these guys are about to kill me.  Why

15   are they chasing me down like this?  Is a dog coming?

16   Whoa, how far are they behind me?  Let me look back.

17           I'm running, trying to see -- I'm trying to get

18   to where people are so I can surrender.  Where are the

19   people?  Once I see people, I'm trying to surrender.  I

20   see people, I try to surrender, they shoot me.

21       Q.    The video captured your actions but I'm going

22   to describe it also for the record.

23           And you were looking over your left shoulder.

24   How many times did you look back at police officers over

25   your left shoulder while you were running at the Juice

                              STENO

1  Factory?

2       A.   I don't know.  I was scared. I don't remember.

3            (Reporter requests clarification.)

4  BY MS. KORNBLAU:

5       Q.   Can you give me an estimate as to how many

6  times you looked back at police officers over your left

7  shoulder?

8       A.   No, ma'am.

9       Q.   Was it more than once?

10      A.   I don't know.

11      Q.   Was it more than five times?

12      A.   I have no recollection of that.  I was scared.

13      Q.   Okay.  So then we have video footage but you

14 don't remember?  Okay.

15      A.   Okay.  You have video footage of me looking

16 back scared as a victim.

17      Q.   Okay.  We hear you on video yelling, Get back,

18 stop.

19           Why did you say that?

20      A.   Obviously I don't want them to kill me.

21      Q.   So you testified earlier that while you were

22 running and police officers were behind you, you put both

23 of your hands in the air, but --

24           (Speaking simultaneously.)

25      A.   Once I seen people.  Once I seen civilians, I
                              STENO

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

1   put both hands in the air and I started stopping but not

2   while there's nobody right there, no.  No.

3           MR. KORNBLAU:  Objection.  Move to strike that

4   response.  I wasn't done with my question to you.

5           MR. PACKER:  So, George, wait until she

6   finishes her question before you answer.  Okay?

7           THE WITNESS:  Okay.

8   BY MR. KORNBLAU:

9       Q.   Okay.  Mr. Gonzalez, once again please let me

10  ask my entire question and then I will let you give your

11  entire response.  We can't speak over one another.  The

12  court reporter cannot take down what two people say at

13  the same time.

14          Do you understand?

15      A.   I don't really understand that, but, yeah, now

16  I kind of do, yeah.

17      Q.   Okay.  Let me make it simple.  Please let me

18  ask my question and let it complete before --

19          (Speaking simultaneously.)

20      A.   I get you.

21      Q.   Before you give me --

22      A.   Yeah.

23      Q.   Let me say it again.  Okay?

24          Mr. Gonzalez?

25      A.   I got you.  I understand.  Just do it.  Ask

                        STENO

GEORGE GONZALEZ - VOL. IV                                      JOB NO. 2372189
JANUARY 30, 2026

```
 1   your question.
 2        Q.   And you did it again --
 3             (Speaking simultaneously.)
 4             MR. PACKER:  Hold on.  Hold on.  Hold on.
 5             Mr. Gonzalez, wait until she's done entirely.
 6   Let's calm down, everyone.
 7             THE WITNESS:  No, she's just wasting time --
 8             (Speaking simultaneously.)
 9             MR. PACKER:  Mr. Gonzalez?
10             THE WITNESS:  Why doesn't she just ask her
11   question?
12             MR. PACKER:  Mr. Gonzalez, do you understand?
13   You wait until the question is done and then answer.
14   BY MR. KORNBLAU:
15        Q.   Okay.
16             MR. KORNBLAU:  Can we please have the court
17   reporter read back the last question that I started?
18             THE REPORTER:  Sure.
19             Okay.  Sorry.  It's pretty far back here.
20             MR. KORNBLAU:  Yeah.
21             (The record was read as follows:
22             Q   So you testified earlier that while you were
23             running and police officers were behind you,
24             you put both of your hands in the air.)
25                                 STENO
```

```
 1   BY MS. KORNBLAU:
 2        Q.   So Mr. Gonzalez, you testified earlier that
 3   while you were running and law enforcement officers were
 4   pursuing you, you put both of your hands up in the air.
 5   Your right hand had a gun in it and you said that within
 6   a second you felt the impact of a gunshot.
 7             Do you remember that testimony?
 8        A.   Yes.
 9        Q.   Okay.  Now, when you say, Within a second, was
10   it less than a second because you also said it was Damn
11   near instantaneous?
12        A.   You are saying within a second.  I'm saying it
13   was about a second and you are asking me if it's before a
14   second?
15        Q.   Okay.  Let's move on.
16             So after --
17             (Speaking simultaneously.)
18        A.   Is that what you are saying?
19        Q.   Okay.  So you felt the impact of a gunshot.
20        A.   Yeah.
21        Q.   Where on your body did you feel the impact?
22        A.   In my back.
23        Q.   Okay.  And how soon after the first shot that
24   you said was in your back do you feel a second impact of
25   a bullet?
                             STENO
```

```
1         A.   When I got shot in my back it floored me,

2    because I'm running forward.  And then once I had my

3    hands up, I'm running forward, and I'm like stopping.  So

4    I'm trying to stop, so I'm like taking my step to stop

5    and I can't stop with my right knee.

6              My ACL is torn and my MCL is torn on my right

7    knee.  So I must have been stepping with my right knee

8    when he shot me because I instantly fall.  Boom.  And

9    then I get shot in my foot again.  Bam.  And then I get

10   shot in my thigh.  Bam.  And then again in my thigh.

11   Bam.

12        Q.   Okay.  So, again, where was the second impact

13   on your body?

14        A.   On the bottom of my foot because I was laying

15   down by that time.  The first one was in my back standing

16   up and then I fell.  Boom.  I stop, I put my hands up,

17   I'm stopping.  I see people so (inaudible.)

18        Q.   Wait.  Stop.  You are breaking up again.

19        A.   -- and then he shoots me while I'm standing up.

20   Boom.  So he's...

21        Q.   Okay.

22        A.   Can you hear me now?

23        Q.   Yes.

24        A.   Can you hear me?

25        Q.   Yeah.
                               STENO
```

```
 1        A.    Okay.  So I put my hands up, I'm stopping, then
 2   he shoots me.  First he says, He's got a gun and then he
 3   shoots me.  Boom.  I get shot in my back and I fall.  And
 4   I'm laying down on the ground with nothing in my hand.  I
 5   drop -- like right when he shoots me, it falls out of my
 6   hand and I'm laying down defenseless with nothing in my
 7   hand.
 8             And he shoots me -- then he shoots -- someone
 9   else shoots me or he shoots me again in my foot and then
10   again in my thigh and then again in my thigh and I can
11   feel it in my stomach and my chest.
12        Q.    Okay.  So you said the second impact was in
13   your foot, correct?
14        A.    The bottom of my foot, yeah, because I'm
15   falling.  So now I'm laying down flat like this and they
16   are behind me so they are shooting me in the bottom of my
17   foot.
18        Q.    How soon after you felt the first impact did
19   you feel this second impact in your foot?
20        A.    Like -- maybe like four seconds later.  So when
21   I was running up, and they started shooting me, too.
22        Q.    And how soon after --
23             (Speaking simultaneously.)
24        A.    No, no, no, no.  Okay.
25        Q.    Hold on.
                              STENO
```

1      A.    Yeah, okay.  Maybe -- I'm sorry, I'm sorry.

2    Maybe like -- I don't know.  I'm being shot.  It wasn't

3    four seconds because four seconds is a long time.  Like,

4    one, two, three, four.  No.  It was like, I got shot in

5    my back.  Boom.  I fall.  And then within a second it's

6    like one and I get shot again.  Boom.

7            And then two, three, I get shot again.  Bam.

8    Bam.  But the shots, I heard more shots going

9    instantaneously, like, boom, boom, boom, boom, boom.  And

10   then another one, boom, boom, boom, boom.

11           But the first shot -- the first clip I only got

12   shot one time.  And the second person that walked up I

13   got shot once.  But the third person that walked up I got

14   shot twice because I remember I kept hearing people walk

15   up and starting to shoot.  And then I was like, Oh, fuck.

16   Here comes someone else and they are shooting, too.  Boom

17   and then someone else.  Boom.

18           Because you can hear when they start shooting,

19   their clip, it's simultaneous.  They go, Boom, boom,

20   boom, boom, boom, boom, boom.  And you can hear when

21   someone else start shooting.

22      Q.    Okay.

23      A.    Boom, boom, boom, boom, boom, boom, boom.

24      Q.    Mr. Gonzalez, can you please let me ask my

25   questions?
                          STENO

```
 1                Okay.  So what was that --

 2                (Speaking simultaneously.)

 3      A.     -- I'm trying.

 4             MR. PACKER:  Hold on.  Hold on.

 5   BY MR. KORNBLAU:

 6      Q.    Mr. Gonzalez, what was the distance between you

 7   and law enforcement officers when you felt the impact of

 8   the first gunshot?

 9      A.    I have no idea.

10      Q.    Well, you said you were looking back over your

11   shoulder.  Can you give me an estimate?

12      A.    No.  You said I was looking back over my

13   shoulder, I told you I couldn't remember doing that.  You

14   said I was looking back over my shoulder.  You said you

15   had video.  I never said that.  I said I can't remember

16   looking back.  Remember?

17      Q.    Okay.  Mr. Gonzalez, we have you on video

18   describing it.  Okay?

19      A.    Yeah, because you are saying I'm looking back,

20   I'm scared.  I'm looking -- you are saying why are you

21   looking back?  I said I'm looking back, I'm scared, I'm

22   I'm looking back, I'm scared.  That's why I'm telling you

23   I can't remember.

24             (Speaking simultaneously.)

25      Q.    Mr. Gonzalez, please stop.  Okay?
                           STENO
```

```
 1        A.    Why are you yelling at me?

 2              MR. PACKER:  Okay.  Hold on.  Hold on.  Hold

 3   on.

 4              Go ahead.

 5   BY MR. KORNBLAU:

 6        Q.    Okay.  Mr. Gonzalez, I'm asking you if you can

 7   give me an estimate as to the distance between you and

 8   law enforcement officers when you felt the impact of the

 9   first gunshot?

10        A.    No, I was not looking back.  I was looking

11   straight ahead.  I can't tell you.

12        Q.    Okay.  What was the distance between you and

13   law enforcement when you felt the second impact?

14        A.    I don't know.  I wasn't looking at them.

15        Q.    Okay.  I thought you said they ran up and shot

16   you?

17        A.    Yeah, because they were running up and you can

18   hear the gunshots.  They are shooting at me.  I'm not

19   watching them run up to shoot me.  I'm just -- I got my

20   eyes closed.  I'm scared.

21        Q.    You had your eyes closed while you were

22   running?

23        A.    No, when I'm being shot laying down on the

24   ground.

25        Q.    Okay.
                            STENO
```

```
 1        A.    They weren't shooting me while I was running.

 2   They shot me while I was on the ground defenseless.   I

 3   only got shot one time when I was running, while I was

 4   stopping to run.   I wasn't even running no more.   I was

 5   like taking steps.

 6             Once I seen the people outside, I was like,

 7   Okay, good.   There's people out here, they are not going

 8   to shoot me in front of these people.

 9        Q.    Okay.   You keep changing your --

10             (Speaking simultaneously.)

11        A.    -- while I was on the ground.

12        Q.    You keep changing your testimony throughout the

13   course of this deposition.

14             MR. PACKER:   Objection.

15             THE WITNESS:   No, I don't.   You're just trying

16   to piss me off.

17             (Speaking simultaneously.)

18             MR. PACKER:   Hold on.   Hold on.   Hold on.

19             Objection.   Argumentative.

20             That's not a question, Mr. Gonzalez.   Wait

21   until she asks a question.

22   BY MR. KORNBLAU:

23        Q.    Okay.   Mr. Gonzalez, the impact of the first

24   gunshot occurred while you were standing up, correct?

25        A.    Yes.
                            STENO
```

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

1      Q.    Okay.

2      A.    Yeah.

3      Q.    All right.  So after you felt the third impact,

4  did you hear officers calling for medical care?

5      A.    It was four impacts.

6      Q.    Okay.  When --

7            (Speaking simultaneously.)

8            THE REPORTER:  I'm sorry.  I did not hear that

9  answer.

10            THE WITNESS:  (Inaudible.)

11            THE REPORTER:  It was what?

12            THE WITNESS:  There was four -- I was shot four

13  times.

14  BY MS. KORNBLAU:

15      Q.    Okay.  You've only described one in your back,

16  one in your thigh, and one in your foot.  Where was the

17  fourth?

18      A.    The second one was in my thigh.  They both went

19  through the same hole and they -- both bullets were found

20  in my stomach.

21      Q.    Okay.  So when you say --

22      A.    (Inaudible.)

23            (Speaking simultaneously.)

24            MR. PACKER:  Hold on.  Hold on.

25            THE WITNESS:  They both went through the same
                              STENO

```
 1   hole and (audio breaking up.)

 2   BY MR. KORNBLAU:

 3        Q.   Okay.  So we are talking about four impacts.

 4   The first impact you said was located somewhere on your

 5   back.  Where exactly on your back?

 6        A.   Like, where my thumb is at.  (Indicating.)

 7        Q.   Okay.  So the left midback area?

 8        A.   Yeah, where my ribs are at.  It went -- it

 9   went -- it followed my ribs all the way around and

10   stopped right here in my chest.

11        Q.   Okay.  And is it your understanding that the

12   bullet entered at an angle?

13             MR. PACKER:  Objection.  Calls for speculation.

14   Calls for expert opinion.

15             Go ahead.

16             THE WITNESS:  No, I don't know.

17   BY MR. KORNBLAU:

18        Q.   Did you receive medical care immediately after

19   the shooting incident?

20        A.   No, they handcuffed me.  I had to wait for --

21   not immediately.

22        Q.   Okay.  So how soon after you were shot did you

23   receive medical care?

24        A.   I don't know.  I (audio breaking up.)

25        Q.   What was your answer?
                              STENO
```

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

1          A.    I don't know.  I fainted.  I just remember

2     asking them why did they kill me?

3          Q.    Okay.

4          A.    After they handcuffed me.

5          Q.    And did you hear the law enforcement officers

6     requesting medical assistance?

7          A.    No.

8          Q.    Okay.  So you said you fainted.  How long were

9     you unconscious?

10         A.    I don't know.

11         Q.    And when you say you fainted, did you lose

12    consciousness?

13         A.    Yes.  How else do you faint?

14         Q.    Okay.  How soon after the -- when did you lose

15    consciousness?

16         A.    After I was shot four times.

17         Q.    Okay.  After all four impacts?

18         A.    Yeah.

19         Q.    Okay.  How soon after you were on the ground

20    did you lose consciousness?

21         A.    After they handcuffed me.

22         Q.    Okay.  So after you were in handcuffs, you lost

23    consciousness.  When did you come to?

24         A.    In the back of the ambulance.

25         Q.    Okay.  So you were transported from the scene

                              STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1   by ambulance to a hospital; is that right?

 2        A.    Yeah.

 3        Q.    What hospital were you taken to?

 4        A.    Moreno Valley, Riverside, University.

 5        Q.    So since we are there, let's talk about your

 6   damages.  What damages are you claiming in this case?

 7        A.    You have to check the medical records.

 8        Q.    Okay.  What damages or injuries are you

 9   claiming in this lawsuit?

10        A.    Am I claiming?  I don't know.  You have to

11   check the medical records.  Like, whatever the medical

12   records say.

13        Q.    Okay.

14        A.    I was shot in my colon.  I was shot in my

15   chest.  I was shot in my back.  When it came out my

16   chest, I have fecal incontinence.  I leak blood, mucus

17   and feces.

18        Q.    Okay.  Let's talk first about your medical

19   physical injuries.  Okay?

20             So what physical injuries did you suffer as it

21   relates to this incident?

22        A.    I was shot in my foot.  I couldn't walk.  I had

23   to learn how to walk again.  I was shot in my thigh

24   twice, went up through my colon.  I wasn't able -- I

25   have -- I have -- I shit out blood for like two years.
```
                              STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1              I still -- I still shit blood.  I -- I leak

 2    mucus.  I have to use special soap to wash myself.  I

 3    wear diapers.  I'm wheelchair long distance.  I have a

 4    walker right here.  When I'm supposed to be in a

 5    wheelchair, they didn't provide it -- provide it to me

 6    today.

 7              I have on a diaper on right now.

 8        Q.    Okay.

 9        A.    I'm going through some changes, you know.

10        Q.    Okay.  So let's start with the foot.

11              What medical care did you receive as it relates

12    to your foot?

13        A.    They gave me stitches and took the bullets out.

14    Gave me stitches and I was -- I couldn't walk on my foot

15    for like a couple months.

16        Q.    Okay.

17        A.    For like six months.

18        Q.    And was all of your treatment related to your

19    foot provided while you've been in custody?

20        A.    Yeah.

21        Q.    And what's the condition of your foot today?

22        A.    It's like 70 percent better.  It's okay.  It's

23    like -- it hurts.  Still, I get cramps, really bad

24    cramps.  My foot gets locked, like it locks like a --

25    like a curve.
                              STENO
```

1      Q.   Will you need any future surgeries on your

2  foot?

3           MR. PACKER:  Objection.  Calls for speculation,

4  calls for an expert opinion.

5           Go ahead.

6           THE WITNESS:  Yeah, I don't know.  I'm not a

7  doctor.

8  BY MR. KORNBLAU:

9      Q.   Have you been informed that you will require

10  any future surgeries or care for your foot?

11      A.   Yes.

12      Q.   What?

13      A.   Not for my foot.  For my foot, I have not been

14  informed for my foot, no.  For my knee, yes.  I fell and

15  hit my knee when I got shot.

16      Q.   Okay. But you didn't mention that before.

17           So you said you have an injured knee?

18      A.   Yeah.

19      Q.   Which knee?

20      A.   My right knee.

21      Q.   How was it injured?

22      A.   I told you my ACL and MCL is torn.  We've been

23  talking about it all day.

24      Q.   You said your ACL and MCL were previously torn

25  before the incident, right?

                              STENO

```
 1        A.    Yes.

 2        Q.    Okay.  So I'm asking you how you injured your

 3   knee on the date of the incident or did you?

 4        A.    When I got shot in my back, I fell on to my

 5   right knee.  Boom.  And it tore it -- tore it even more

 6   and now, like, I need knee reconstructive surgery.

 7        Q.    Okay.  When were you told you need knee

 8   reconstructive surgery?

 9        A.    In the hospital after I was shot.

10        Q.    And why haven't you had the surgery done yet?

11        A.    Because it's expensive surgery and I need it --

12   to see specialists.  I need to get a record of

13   specialists.  I have been -- I've been -- it's hard to do

14   that.  It's just hard to get the surgeries done.  The

15   County don't want to pay for it.

16        Q.    Okay.  Did you explore that option while you

17   were out of custody?

18        A.    Yeah, I was -- I'm saying I was seeing a

19   specialist since like I'm supposed to get -- I'm

20   scheduled for re -- colon -- colon repair surgery.  I'm

21   supposed to get my colon redone.  My colon.

22        Q.    All right.  So tell me more about your thigh

23   injury and everything that's connected to that injury.

24        A.    Okay.  I was shot twice in my thigh so I wasn't

25   able to walk on it.  I wasn't able to walk for six
```
                                STENO

```
 1   months.  I'm still -- I'm still -- I'm still in a walker.
 2       Q.   Okay.  So when you say you weren't able to walk
 3   for six months, why?
 4       A.   Because I had -- I got shot in my foot and I
 5   got shot twice in my thigh.  I fell and hit my knee when
 6   I -- I tore my ACL and MCL when I got shot.  I was in a
 7   wheelchair.  I wasn't able to walk.  I wasn't -- my legs
 8   weren't strong enough, like, they were -- they were --
 9   they were weak.
10           They were -- they were like tore up from
11   being -- having 45-caliber bullets rip through my
12   thigh --
13           (Speaking simultaneously.)
14       Q.   And --
15       A.   -- in the same hole like.
16       Q.   Okay.  And I'm just asking you specifically
17   about your thigh right now.  Okay?
18           So what was the path of travel through your
19   thigh as you understand it?
20       A.   It went (audio breaking up.)  It went up my
21   thigh because I was laying down flat.
22           MR. PACKER:  Okay.  I -- I didn't catch any of
23   that.
24           MR. KORNBLAU:  I didn't either.
25           So -- okay.
                           STENO
```

GEORGE GONZALEZ - VOL. IV                    JOB NO. 2372189
JANUARY 30, 2026

```
 1   BY MS. KORNBLAU:

 2        Q.    Can you hear us?

 3        A.    Yeah, I can hear you guys.

 4        Q.    Okay.  So I'm asking you about your thigh.

 5   Okay?

 6              MR. PACKER:  Hold on.  Let me explain to him

 7   that we couldn't hear his answer so that he doesn't think

 8   you are just reasking the question.

 9              Mr. Gonzalez, we didn't hear your last answer.

10              THE WITNESS:  Okay.

11   BY MR. KORNBLAU:

12        Q.    So Mr. Gonzalez --

13              (Speaking simultaneously.)

14        A.    Okay.  So when I got shot --

15        Q.    Okay.  Here, so let me ask you.  Okay?  So we

16   are talking about your thigh specifically.  Okay?

17        A.    Okay.

18        Q.    Okay.  So how did that injure your colon?

19        A.    Because that entered my thigh and they ripped

20   all the way up and they both went through my colon and

21   into my stomach.

22        Q.    How do you know it was two bullets that entered

23   your thigh?

24        A.    Because the doctor found two bullets in my

25   stomach.
                              STENO
```

```
 1          Q.    Okay.  So what care have you received as it
 2     relates to your thigh and anything related to those two
 3     bullets?
 4          A.    I had colon repair surgery.  They took -- I had
 5     colon repair surgery.  They took my whole stomach and
 6     (audio breaking up) from here to here, all my guts out to
 7     take the bullets out and then they put my guts back in me
 8     and they repaired my guts back to my colon and they took
 9     about that much out.
10          They took like a foot of -- 14 inches of my
11     colon and my guts out because they were ripped up from
12     being shot through.  I'm lucky I didn't have a colostomy
13     bag.
14          Q.    Do you need any future surgeries?
15          A.    Yes.
16          Q.    And what?
17          A.    I'm scheduled for colon repair surgery again
18     because I leak mucus and blood and it's bad.  It's called
19     fecal incontinence.  It's a lifelong illness.
20          Q.    When are you going to have those surgeries?
21          A.    I'm scheduled to go to Loma Linda but now I got
22     to do it all in here again so I have to -- I have to go
23     see the gastro doctor.  And I have to -- it's a long --
24     it's a process.  It's hard to get care.  It's hard to get
25     the care in here.  It's hard to get care in here.
```
                                  STENO

```
 1        Q.   Okay.  And --
 2             (Speaking simultaneously.)
 3        A.   The County doesn't want to pay for colon
 4   repair.  It's a fucking -- I mean, it's like a really
 5   expensive surgery.
 6        Q.   When you were out of custody for several months
 7   did you try to get --
 8             (Speaking simultaneously.)
 9        A.   Yes.
10        Q.   -- colon repair surgery?
11        A.   Yes.  I was finally -- I was finally able to
12   get it approved for -- to see a surgeon in Loma Linda.
13   After trying and trying and trying, I was finally
14   approved to see a surgeon in Loma Linda now.  So that's
15   why I'm trying to bail out and go get my surgery.
16        Q.   All right.  Any other care, future, present
17   related to the two bullets that entered your thigh?
18        A.   I don't know.  I have to go get a MRI and
19   further -- I could have cysts inside my stomach.  I ended
20   up having a cyst inside of my stomach where the bullets
21   went through and my colon wasn't repaired right so I
22   might have cysts inside.
23             I might have cysts inside my body right now.
24   If they need to pop but they did pop a cyst, and drain it
25   month, like a month after when I was in the hospital.
```

STENO

1  They had us do another surgery because I was getting

2  cysts from -- from that.

3          And then I had to get a bullet taken out of my

4  chest when I was shot in my back but that's not my back,

5  though.

6      Q.   Okay.  So let's talk about your back, then.

7          So what injuries did you sustain with respect

8  to your back?

9      A.   It broke all my ribs on my -- on my left side.

10  The bullet went and it ran across all my ribs and it,

11  like, fractured -- it fractured all my ribs on this left

12  side and it ended up in my chest.

13      Q.   And was the bullet removed?

14      A.   Yeah, it got removed like -- like months later.

15      Q.   Do you need any future surgeries?

16      A.   I don't know.  I haven't been able to see a

17  doctor and follow-up with yet about that but I don't

18  think so.  I should be good on that.

19      Q.   Okay.  Any other physical injuries that we

20  haven't discussed?

21      A.   No.

22          Oh, well, I had like little scrapes and bruises

23  here and there but they were -- they were like -- they

24  were nothing like life threatening.  It was just like

25  from me falling and hitting -- hitting the rocks.
                              STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1        Q.   Okay.

 2        A.   My knee.  My knee was hurt but we talked about

 3   that.

 4        Q.   Any property damage?

 5        A.   I don't understand.

 6        Q.   "Property" meaning, did you have any damaged

 7   clothing?

 8        A.   Yeah, I mean, I had -- I had like -- I had like

 9   500 -- I had $500 in my pocket they took.  I had a

10   wedding ring that was worth $2,000 they took.  And I had,

11   like, $400 worth of scratchers, lotto tickets they took.

12        Q.   Lotto tickets?  They stole lotto tickets?

13        A.   They took my lotto tickets straight up.  Took

14   my lotto tickets and my money in my pocket and my ring.

15   Some weird -- weird stuff.

16        Q.   Okay.  You had $500 in your pocket?

17        A.   Yeah.

18        Q.   Was it loose cash?  Was it in a wallet?

19        A.   It was like money, just loose money, just

20   pocket money.  It was just like I had went and withdrew

21   it.  Yvette had this money and withdrew it from -- from

22   the bank earlier that day and gave it to me.

23        Q.   Someone withdrew $500 cash and gave it to you

24   on the day of the incident?

25        A.   Yeah.
                          STENO
```

1        Q.    Was it for drugs?

2        A.    What the fuck?  No.  Why would she give me

3    for -- money for drugs?

4              MR. PACKER:  Hey, hey, hey.

5    BY MR. KORNBLAU:

6        Q.    Okay.  What was --

7              (Speaking simultaneously.)

8        A.    --

9        Q.    What was the $500 for?

10       A.    It was because my brother-in-law had got like a

11   settlement and he knew I was homeless at the time and he

12   was giving me money like...

13       Q.    What is your brother-in-law's name?

14       A.    It's (audio breaking up) survive, you know,

15   survive.

16       Q.    Okay.  You said your brother-in-law gave you

17   $500 cash on the day of the incident; is that right?

18       A.    Yeah, it was through a Zelle transfer.  We

19   have -- we have bank statements to that to prove it.

20       Q.    You said it was through a Zelle transfer?

21       A.    Yeah.

22       Q.    That's electronic.

23       A.    That's what I'm saying.  It was through Zelle

24   and Yvette got it out of the Bank of America in Hemet and

25   handed it to me cash.

                              STENO

1      Q.    Okay.  So Yvette handed you $500 cash on the

2   day of the incident?

3      A.    Yeah, like, 487 or something.

4      Q.    She handed you $487?

5      A.    Yeah, maybe, because it was $500 transferred

6   and she only gave me 487 or something.

7      Q.    What was the money for?

8      A.    It was because we were homeless at the time and

9   it was just for like food or like clothes, gas.  It was

10  just because my brother-in-law had money.  He just, he's

11  cool with me.  He had got a settlement.

12     Q.    So you weren't able to support yourself so

13  someone else gave you money; is that correct?

14     A.    Well, like, yeah, you can look at it that way

15  however you want, I mean.  But he was -- he got -- he got

16  a check and he looked out for me because God loves me.

17     Q.    How were you able to buy food at the time of

18  the incident?

19     A.    I had an EBT card.

20     Q.    Okay.  And were you employed?

21     A.    No, not at the time of the incident, no.  Well,

22  like, yeah, I worked side jobs with my brother-in-law.

23     Q.    Doing what?

24     A.    Electrician.

25     Q.    How much money did you make working as an
                              STENO

1  electrician with your brother-in-law?

2       A.   When I would work, $300 a day, $200 a day,

3  whatever.

4       Q.   But it wasn't consistent because you needed

5  other people to give you money; is that right?

6       A.   He -- he's the one who sent me the $500.  He's

7  the same person.  So, no, I didn't need other people to

8  send me money.  He was the person that I worked with,

9  sent me money.

10      Q.   Sent you money, not handed you money?

11      A.   Yes, sent me money through Zelle.

12      Q.   Okay.

13      A.   (Inaudible.)

14      Q.   Part of this process also is to see how you

15 would come across to a jury.  Okay?  So we are asking you

16 about making money or earning a living and you said that

17 you would just make money here and there working with

18 your brother-in-law; is that right?

19      A.   Yeah, that's right to say, ma'am.

20      Q.   Okay.  For how long were you working as an

21 electrician with your brother-in-law?

22      A.   Off and on.  Like, on and off for six months so

23 I could get off probation because my probation officer

24 wanted me to get a job.  And it's hard for me to get work

25 because I have tattoos.  And like people are mean, they

STENO

```
 1   see my record, they don't want to give me work.

 2            So my brother-in-law would do me the favor and

 3   let me go work with him.  So I would go work with him so

 4   I could get off probation and I was able to get off

 5   probation early in six months.

 6        Q.   Okay.  Do you need a license to be an

 7   electrician?

 8        A.   Not if you are a helper, no.  He's a licensed

 9   electrician.

10        Q.   What is his name?

11        A.   I told you, Josue Montoya.

12        Q.   Can you spell it, please?

13        A.   J-o-s-u-e.

14        Q.   Last name?

15        A.   M-o-n-t-o-n-a or something.  I don't know.

16   Montoya.  I don't know how to spell it.

17        Q.   And that's Yvette's brother?

18        A.   No, that is my sister's, like, boyfriend,

19   husband, like, type shit.

20        Q.   Okay.  So you worked with Jose --

21            (Speaking simultaneously.)

22        A.   Josue.

23        Q.   Josue for six months total helping him with

24   electrician work, correct?

25        A.   Yeah, I would like clean up -- I would clean up
```

STENO

```
1   all the shit he would, like, cut.  I would, like, clean

2   up whatever.  Like, I would just clean up his mess.  And

3   like I would -- I would like, carry the -- carry

4   everything upstairs for him, you know, like, set up the

5   ladders.  Like, just -- I would just help him, you know.

6        Q.   Did you file tax returns in 2022?

7        A.   No, I wasn't -- it wasn't sustainable like

8   that.  Like, I wasn't -- I was his helper.  He would

9   just -- it was just like I was helping him.  It was just

10  for -- it was to just get off probation.

11       Q.   Have you ever filed tax returns?

12       A.   I don't know.  Maybe.  I'm not sure.

13       Q.   When was the last time you remember filing tax

14  returns, if at all?

15       A.   Like, around the time when I worked for Bedon

16  Construction.

17       Q.   What year?

18       A.   I don't know.  Around that time -- like, around

19  those years.  I don't know.

20       Q.   Okay.  Are you claiming lost wages in this

21  action?

22       A.   I don't know.  I don't know.  You have to ask

23  my lawyers.  Like, I don't know.  I'm not -- I'm not

24  sure.

25       Q.   Okay.  Do you feel that you lost earnings
```

STENO

1  because of this incident even though --

2           (Speaking simultaneously.)

3       A.    Yeah.  Like, yeah, I can't get a job.  I smell.

4  I smell like from having fecal incontinence.  I can't be

5  around people.  Fecal incontinence.  It's like I have

6  social -- social anxiety now.  I can't -- my kids didn't

7  even want to be in the car with me.

8           Like my wife -- my significant other was going

9  to leave me because of the smell.  Like, we didn't even

10  know what it was.  It is so -- it smells so bad when you

11  have fecal incontinence.  I wear a diaper.  I leak mucus

12  from my anal cavity from repair.

13           Like, what do you mean?  I can't go and sit in

14  a fast food restaurant leaking anal -- anal mucus.  So,

15  yeah, like, I can't work right now.  I can't work with

16  people and I then I couldn't have worked.  I couldn't

17  walk for six months.  So like what do you mean?

18           I have --

19           (Speaking simultaneously.)

20      Q.    Okay.  You said --

21      A.    I have a lifelong illness called fecal

22  incontinence.

23      Q.    Okay.  You said earlier that you were working

24  here and there with Josue.  Why can't you go back and

25  work with Josue?

                           STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
1        A.   I have fecal incontinence.  I wear diapers.

2    I -- wheelchair long distance.  I can't walk a lot.  I

3    can't stay on my feet long.  My right knee is like -- I'm

4    on -- it's like cartilage on cartilage.  Like, I -- I was

5    shot twice.  I was shot in my foot, I get cramps.  Like

6    it's -- it's hard.

7             Like, I don't even want to be around people.

8    Like, I feel like I smell like shit all the time because

9    I got shot in my colon.

10       Q.   Okay.  Does the fact that you are back in

11   custody have any effect on employment?

12       A.   Yeah, but if I was out of custody I wouldn't be

13   able to stay in a job because of the smell.

14       Q.   Okay.  Well, that would be a hypothetical.  You

15   are currently in custody, right?  So you can't go and

16   apply for a job, can you?

17       A.   I'm about to get out so it doesn't matter.

18       Q.   Oh, when are you getting out?

19       A.   I don't know.  Soon.

20       Q.   What does that mean?

21       A.   It means I'm going to get out soon.

22       Q.   Okay.  Within a month?

23       A.   I don't know.  I couldn't tell you.

24       Q.   How do you know you are going to get out soon?

25       A.   Because I'm not -- I'm not going to do no long
```

STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

 1  time or nothing like that.  Like, I'm going to get out

 2  pretty soon.

 3      Q.   Okay.  So it's my understanding, though, you

 4  haven't been convicted of anything as it relates to this

 5  new custody after the incident on January 24, 2024,

 6  correct?

 7      A.   No.  I'm probably going to get everything

 8  expunged (audio breaking up.)

 9      Q.   Okay.  I don't want you to tell me the

10  specifics about it if it's a pending criminal action,

11  okay?  But when you brought up that you were going to

12  get, I would like a date if you are aware because it may,

13  affect, you know, this case.

14           So you don't know, is that what you said?

15      A.   I don't know.

16      Q.   Okay.

17           We have been going for an hour.  I'm just about

18  done.  Why don't we take a ten-minute break and come back

19  in --

20           (Speaking simultaneously.)

21           THE VIDEOGRAPHER:  We are now off the record.

22  The time is 11:07 a.m. Pacific time.

23           (Break taken.)

24           THE VIDEOGRAPHER:  We are now back on the

25  record.  The time is 11:18 a.m. Pacific time.
                              STENO

```
 1   BY MR. KORNBLAU:
 2       Q.   Okay.  Mr. Gonzalez, we just took another short
 3   break.  We were talking about your damages or injuries in
 4   this case.  Have you been diagnosed with any
 5   psychological conditions as it relates to the incident on
 6   January 24, 2024?
 7       A.   Can I answer that?
 8            MR. PACKER:  Yes.  Just listen to the question
 9   she asked.  She's --
10            You want to ask it again so that I'm not
11   putting words in your mouth?
12            MR. KORNBLAU:  Sure.
13   BY MR. KORNBLAU:
14       Q.   Mr. Gonzalez, have you been diagnosed with any
15   psychological conditions as it relates to the incident on
16   January 24, 2024?
17       A.   Yes.
18       Q.   What have you been diagnosed with?
19       A.   PTSD.
20       Q.   Anything else?
21       A.   No.
22       Q.   When were you diagnosed with PTSD as it relates
23   to this incident on January 24, 2024?
24       A.   While I was out.
25       Q.   Can you give me a month and a day?
                         STENO
```

1      A.    (Audio breaking up) who my doctor is.

2      Q.    Okay.   What is the name of the doctor who

3  diagnosed you with PTSD after this incident?

4      A.    He is from the Inland Psychiatric Group and

5  yeah, you would have to -- you would have to -- I have to

6  refresh my memory on the name of the doctor but he's from

7  the Inland Psychiatrical Group in Hemet.

8      Q.    Who referred you to this doctor?

9      A.    My mother.

10     Q.    What's your mother's name?

11     A.    Lisa Martinez.

12     Q.    Where does she live?

13     A.    In Yucaipa.

14     Q.    Do you have her address?

15     A.    12575 Columbia.

16     Q.    In Yucaipa?

17     A.    Yeah.

18     Q.    Avenue in Yucaipa -- okay.

19     A.    Uh-huh.

20     Q.    So you said you were diagnosed with the PTSD

21  after the incident but before you came back into custody,

22  correct?

23     A.    Yeah, yes.

24     Q.    Are you currently taking medications?

25     A.    Yes.

                                 STENO

1        Q.    What medications are you taking?

2        A.    Depakote and another one in the morning,

3    suboxone.

4        Q.    Okay.  The first one, can you spell it?

5        A.    I can't spell it, ma'am, no.

6        Q.    Okay.  What are they for?

7        A.    They are for -- they are mood stabilizers.  I

8    mean...

9        Q.    Okay.  How long have you been taking the mood

10   stabilizers?

11       A.    I can't remember, like on and off.  On and off.

12       Q.    Okay.  For how long?

13       A.    Since I was a teenager.

14       Q.    So those medications were prior to this

15   incident, correct?

16       A.    No.  Like, some of them were but there's new

17   ones but Depakote is one that was prior.

18       Q.    Okay.  What medications are you taking as a

19   result of the incident on January 24, 2024?

20       A.    I don't know the name of it.

21       Q.    What's it for?

22       A.    PTSD.

23       Q.    Were you taking PTSD medications before the

24   incident?

25       A.    No.
                              STENO

1    Q.    But you said in your last deposition that you

2   were diagnosed with PTSD when you were a child; is that

3   right?

4    A.    Yes.

5    Q.    And you were diagnosed by a Dr. Patel.  Do you

6   remember that?

7    A.    Yes.

8    Q.    And that doctor never prescribed you with any

9   medication for PTSD; is that right?

10    A.    No, he just gave me Depakote and for -- as a

11   combined medication for PTSD.

12    Q.    So any new medication that you have been taking

13   since January 24, 2024?

14    A.    Yeah.  I'm taking new medication, yes.

15    Q.    Okay.  What is the new medication that you are

16   taking since --

17          (Speaking simultaneously.)

18    A.    I don't know.

19    Q.    -- January 24, 2024?

20    A.    I don't know.  I don't know the name.  I'm

21   sorry.

22    Q.    What is it for?

23    A.    PTSD.

24    Q.    Okay.  Anything else?

25    A.    No.  Suboxone.
                                STENO

GEORGE GONZALEZ - VOL. IV                                              JOB NO. 2372189
JANUARY 30, 2026

```
 1       Q.   All right.  Those are all the questions I have
 2   for you, Mr. Gonzalez, for now.  So I'll turn it over to
 3   Ms. Bears.
 4                         EXAMINATION
 5   BY MS. BEARS:
 6       Q.   Hello, Mr. Gonzalez, my name is Amie Bears.  I
 7   represent the California Highway Patrol and I have never
 8   met you.  You probably met Ms. Reyes.  She was my
 9   predecessor on the case.  And she had some other things
10   to do so I'm here now and I've read everything and I
11   don't want to ask you the questions that you've already
12   been asked.
13           And I'm sure your attorney will jump in if I do
14   accidentally.  But I do want to follow-up on a few
15   things, namely what we were just talking about, is your
16   damages related to this incident in January of 2024.
17           But before I get into that, I wasn't clear from
18   the prior deposition.  What is your understanding of why
19   this encounter with the police started in the first
20   place?
21       A.   It was over a failure to appear.
22       Q.   A failure to appear.  So you had a court date
23   and you didn't go?
24       A.   My lawyer told me not to go and he told me he
25   put me back on calendar but I guess he didn't.
```
                              STENO

1      Q.   And so it's your understanding that's why the

2   police arrived at -- is it fair to characterize -- is it

3   your sister-in-law's house?

4      A.   Yes.

5      Q.   Okay.  And what was your relationship with

6   Yvette at that point in time in January of '24?

7      A.   She has always -- we have always been together.

8   Like, we are just going through hoops.  We are going

9   through hoops because of -- because of Hemet police.

10   Hemet police just won't leave me alone.

11      Q.   At any point did she take out a restraining

12   order against you, to your knowledge?

13      A.   No.  They -- they took our children and then

14   they told her in a case in order for her to get her kid

15   back she had to put a restraining order on me.  So then

16   that's when we had to start going through this

17   restraining order bullshit and I had to stay away.

18         And, like, we would -- but we were still

19   together.  Just because we got a restraining order

20   doesn't mean that we are not together.  We are -- like,

21   just because they don't want us to be together doesn't

22   mean that we are not going to end up being together once

23   the restraining order is over, like.

24      Q.   To your knowledge, was the restraining order in

25   effect in January of '24?
                              STENO

```
 1        A.   Yeah.
 2        Q.   Okay.  And to your knowledge, were you -- did
 3   you have any warrants out for your arrest?
 4             Everybody just froze on me.
 5        A.   No.  I didn't know I had any warrants, no.
 6        Q.   Okay.  You didn't know you had any warrants.
 7   All right.  All you knew, you --
 8             (Speaking simultaneously.)
 9        A.   No, I didn't know I had any warrants.
10        Q.   Okay.  And it's whether you knew or not.  I'm
11   not asking you if you did or didn't, just to your
12   knowledge.
13             So to your knowledge, you did not have any
14   warrants, but you knew --
15             (Speaking simultaneously.)
16        A.   No.
17        Q.   -- that you did have a restraining order?
18             But you knew about the restraining order,
19   though, right?
20        A.   Yeah.
21        Q.   Okay.  And, actually, you have her name
22   tattooed on your face.  I mean, that's -- is that Yvette?
23        A.   Yeah.
24        Q.   Above your right -- so it's -- and that's the
25   same Yvette that -- who you were with in January of '24;
                            STENO
```

1    is that right?

2        A.    Yeah, yeah.

3        Q.    Okay.   Okay.   So it's your understanding that

4    the police arrived to your sister-in-law's house because

5    you had a failure to appear.   And Ms. Kornblau -- we've

6    gone through a lot of questions about what occurred that

7    day.

8           We got into a little bit about your damages and

9    I want to talk to you about that because that's kind of a

10   big part of -- of the lawsuit.   It's -- we -- we want to

11   know like how were you hurt by what happened.   So that is

12   why we are asking the questions, not to be invasive with

13   your privacy, not to be prying.   But it's part of the big

14   picture of the lawsuit, if that makes sense and so that's

15   why I'm asking the questions.

16          It's just part of our knowledge about how you

17   were damaged and what this meant to you in your life.

18       A.    Yeah.

19       Q.    So -- so does moving through -- it seems

20   like -- well, let me back up again.   I don't want to make

21   assumptions.   When we tried to take your deposition last

22   week you mentioned not having a wheelchair.   How often do

23   you use a wheelchair?

24       A.    When I have to walk long distance, a wheelchair

25   long distance.   Like, if I have to go and I am going to

                                STENO

```
 1    be somewhere and I have to stand up or I have to walk

 2    long distance I use the wheelchair even.  But I have a

 3    walker that I've been using.

 4            I mean, I'm trying to-- I'm trying to use the

 5    walker.  I have a walker right here.

 6       Q.   Yeah, I can see it kind of faintly in the back.

 7       A.   Yeah.

 8       Q.   You mentioned just a few minutes ago it took

 9    you about six months to be able to walk?

10       A.   Yes.

11       Q.   So, like, June of '24 you were able to walk

12    again?

13       A.   I was able to start walking again, yeah.

14       Q.   Okay.  Was that with the assistance of a

15    walker?

16       A.   No, that was with a cane.  But it was -- it

17    was -- it was because the cops, they had deputies that

18    took my wheelchair from me.  They said that I wasn't in a

19    jail that -- part of the jail that I couldn't take my

20    wheelchair.  So they said I just couldn't have it and

21    they just took it from me.

22            So I just had to start -- I had to start

23    figuring out how to walk.  I just -- I would use the

24    walls.  I would use like -- I would just sit down at the

25    table.  I would like try to hurry and walk real fast to
```

                                STENO

1  get to where I want to go and then I would sit down.

2      Q.   So my understanding is that after you were shot

3  in January of '24 you were in jail for a bit.  When did

4  you get out of jail related to that arrest?

5      A.   So --

6           (Speaking simultaneously.)

7      Q.   How long were you in for that one?

8      A.   January.  January '25.

9      Q.   Okay.  So about a year?

10     A.   Yeah.

11     Q.   So by the time you were released in January of

12  '25 did you sill need to have either a cane or a walker?

13     A.   Yeah, I got released with a cane.

14     Q.   Released with a cane.

15          And when did you -- I'm not asking why, I'm

16  just asking when did you go back into custody?

17     A.   Not until, like, ten months later.  I didn't go

18  back until ten months.  I was out for ten whole months.

19     Q.   Okay.  So this ten months you were out -- in

20  those ten months that you were out did you walk with a

21  cane the whole time?

22     A.   Yeah, I had a cane at my house and stuff like

23  that, cane.  But like I would walk with a cane or like a

24  wheelchair like.

25     Q.   So in those ten months that you were out of

STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1   custody were you able to drive a car?
 2        A.   I would -- I would -- I would drive
 3   occasionally.  Like, I would drive occasionally, yeah,
 4   like, I would.
 5        Q.   So you were able to move your feet well
 6   enough to -- just like an automatic transmission you were
 7   able to move your feet well enough to press the gas and
 8   the accelerator and the brake?
 9        A.   Yeah, but like if it was -- if it was -- if it
10   was stick shift, like -- yeah.  But if it was a stick
11   shift car, I would have problems because my left foot
12   cramps up.  So, like, I probably wouldn't be able to work
13   for my mother's tow truck company, and, like, drive a
14   stick shift tow truck, like, because my left foot, it
15   cramps up.
16        Q.   Okay.  So you can drive an automatic, not a
17   manual transmission?
18        A.   Yeah (inaudible.)
19        Q.   All righty.  And so you said you couldn't walk
20   long distances.  What do you mean by long distances?  Is
21   that a mile?  Is that a block?  Like, what does that mean
22   to you?
23        A.   Long distance is like 100 feet.
24        Q.   Okay.  So during those ten months you were out
25   you still had trouble walking more than like 100 feet at
```
                                  STENO

1    a time?

2        A.    Without stopping and like grabbing the rail or

3    something, yeah.

4        Q.    Okay.  Were you able like to, you know, play

5    with your kids, go to the playground, that kind of stuff?

6        A.    Yeah, I wish -- I would like to.  I mean, I

7    tried to, like, I, like -- like I'm telling you, I got

8    fecal incontinence and my kids didn't even want to be in

9    the car with me at one point.

10       Q.    So I want to get to that, too.

11             But moving through your damages, so first the

12   walking.  And is it your understanding that your -- your

13   trouble walking is based on the injury to your foot?

14       A.    My foot and my thigh and my knee.

15       Q.    And your thigh, too.  Okay.

16             What treatment did you receive for the injury

17   to your thigh?

18       A.    I had surgeries, they gave me surgeries.  I had

19   surgeries like they -- they sewed up my -- sewed up my

20   thigh up and stuff.  And like I -- I was just bedridden.

21   I was bedridden for like months.

22       Q.    Was there -- like, the gunshot to the thigh,

23   were they able, like, to stitch it up on was it still

24   kind of an open wound for a while?

25       A.    Yeah.
                              STENO

GEORGE GONZALEZ - VOL. IV                                          JOB NO. 2372189
JANUARY 30, 2026

1          Q.    Kind of an open wound that you had to -- you

2    had to dress?

3          A.    Yeah.

4          Q.    Yeah.  Is that healed up now?

5          A.    Yeah, it's healed up now.

6          Q.    Okay.  It's just you have a scar, I'm assuming?

7          A.    Yeah, big scar.

8          Q.    Big scar.

9                Does the injury to your --

10               (Speaking simultaneously.)

11         A.    And my muscle -- my muscle -- my muscle doesn't

12   grow back the same on my leg.

13         Q.    Okay.  Like -- okay.

14               So you -- besides walking -- so you can't walk

15   more than 100 feet without assistance, without a cane or

16   a walker; is that fair?

17         A.    Yeah.

18         Q.    And that's based on the kind of the muscle

19   damage to your thigh mainly into your foot?

20         A.    And my foot cramps up and my knee is on like

21   cartilage.

22         Q.    So you can't do things like go to the gym and

23   work out with your leg?

24         A.    No, it's -- no, yeah, no, I can -- I can -- I

25   can -- I can -- of course I -- I was doing physical

                             STENO

```
 1    therapy.

 2         Q.   Okay.

 3         A.   That's how you start to get better, yeah.

 4         Q.   Okay.  With your -- with your current custody

 5    status, are you able to continue the physical therapy for

 6    your leg?

 7         A.   No.  Not right now, no.

 8         Q.   Have you asked?

 9         A.   I do try.  I do try, though.  I do try to walk

10    as much as I can.  Like, I don't -- I don't want to be,

11    you know, handicapped.

12         Q.   And you said you feel more comfortable using --

13    using the walker, it gives you some stability?

14         A.   Yeah.  And then I am going to have knee

15    reconstructive surgery.  So after that I -- who knows?

16    My knee might not even -- like, it might not heal right

17    but I'm hoping it does.

18         Q.   So you said that was from falling?  The knee

19    was from --

20              (Speaking simultaneously.)

21         A.   Yeah.  I landed -- I landed right onto my knee.

22    When I got shot in my back I landed right onto my knee

23    and it just like, yeah, it shattered the -- my knee.  It

24    shattered the front of it a little bit and it made it

25    like -- it made it hard to walk like on -- like, it's --
                              STENO
```

 1    now it's like bone on bone.  It's like -- it's like

 2    there's no cartilage from...

 3         Q.   So with your knee injury, I'm just kind of --

 4    just piecing together how -- how the -- your injuries

 5    occurred.  Did you fall after the first shot?

 6         A.   Yeah, I fell straight onto my knee from the

 7    first shot.

 8         Q.   And that's onto your right knee?

 9         A.   I had a big old gash.

10              On my right knee, yeah.

11              And I had a big old gash in my -- in my knee.

12         Q.   Now, let's get to the condition with your colon

13    and the -- and the shot.  You -- you showed us here on

14    the video and we do -- you know, recording this.

15              But you stood up and you kind of pointed

16    basically to kind of underneath your ribs on your left

17    side is where they -- with a gun -- where the bullet hit

18    you?

19         A.   Yeah -- no.  That was in my back and that went

20    up to my chest.  Where they shot me and the one that went

21    into my colon was right here.  And they shot me right

22    here.  (Indicating.)

23              And I was laying down flat and the bullets --

24    I'm coming from behind so I'm laying down.  I had been

25    shot in my back, so I'm laying down flat with my feet up.
                              STENO

1    And they are coming from behind me shooting up and the

2    bullets come up into me, like, into me.  Like, they are

3    coming up and they go up into my colon and into my

4    stomach like, boom, boom, boom.

5         Q.   Oh, I -- I see.  I see.  That it came up, okay.

6    And that's -- then that's the one that perforated to --

7    that they had to kind of operate on your colon?

8         A.   Yeah.  They -- I had a full colon repair and

9    they had to take my guts out of my stomach.  I have a

10   full scar right here.  See?  (Indicating.)

11        Q.   Okay.  Yeah, all the way down your abdomen?

12        A.   Yeah.

13        Q.   And this injury to your colon, does that also

14   affect, like, your ability to walk long distances like --

15   or is it just the injury to your thigh?  I mean, does it

16   hurt, affect you --

17             (Speaking simultaneously.)

18        A.   It hurts, yeah.  Like, it hurts, yeah.  It

19   hurts my colon.  It hurts like -- because I have to use

20   the restroom every day, so your colon never really

21   repairs.  Like, they sew it up but your colon never

22   really repairs and my -- the muscles aren't the same.

23             So like I leak mucus, feces and blood.  So it's

24   like -- it's just -- it's embarrassing and it smells and

25   I have to use special soaps.  Like, they prescribe me

                              STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1    special soap to use.  And, yeah, I have a diaper.  Like,
 2    I have a diaper on right now.  Like, they put like --
 3             (Speaking simultaneously.)
 4        Q.   Kind of -- yeah, to be able to keep it clean?
 5        A.   Yeah, like to keep it clean and to keep the --
 6    to leak, like I leak.
 7        Q.   Okay.  And have you talked to any doctors about
 8    any further repairs or surgeries regarding that injury?
 9        A.   Yeah.  Yeah, I mean, I need colon -- I need --
10    I need -- I am going to need colon surgery of another
11    repair.
12        Q.   And during your current custody status, have
13    you talked to any physicians or doctors or even nurses
14    where you are housed currently about the need for more
15    surgeries?
16        A.   (No audible answer.)
17        Q.   I can't --
18             (Speaking simultaneously.)
19        A.   Yeah.
20        Q.   Have you talked to the current jail staff
21    about --
22        A.   Well, yeah.  Yeah, I was kind of just focusing
23    on the colon right now.  I'm trying to get them to get me
24    to see a gastro doctor.  I put in so many slips about me
25    leaking, leaking.  All they do is they just give me a
```

STENO

```
 1   diaper and they gave me soap and they won't refer me to

 2   see the gastro doctor.

 3            But I keep putting in slips.  Like, I'm going

 4   to keep putting in slips.  I'll probably grievance them

 5   hoping that they will help me get the surgery that I

 6   need.  And, yeah, I'm going to put in -- I'm going to

 7   start putting in for my knee because, like -- I can just

 8   start putting in for both.

 9            I've just been focusing on my colon because

10   it's the biggest problem, you know.

11        Q.   So -- and I don't want to put words in your

12   mouth but from what you are telling me it seems like

13   you've been told that you can have some follow-up

14   surgeries that can possibly help you?

15        A.   Yeah.

16        Q.   Is that fair?

17        A.   Yes.

18        Q.   In those -- in those ten months from the time

19   you were released for the arrest from the January 24th

20   incident until the time that you are -- have your -- your

21   current housing situation, did you have any employment at

22   all?

23        A.   Oh, the six months that I was out?  What do you

24   mean?

25        Q.   The time that you were out of jail from the
                              STENO
```

```
 1   time you got shot --

 2              (Speaking simultaneously.)

 3        A.   Yeah, yeah.

 4        Q.   -- until the time you are now in jail, did you

 5   work?

 6        A.   Yeah, I worked at -- I worked at Bedon

 7   Construction.  I worked at -- yeah, I worked at Bedon

 8   Construction for a little bit.

 9        Q.   And what did you do for -- is it B, D-a-w-n or

10   how do you spell that?

11        A.   B-e-d-o-n.  Bedon.

12        Q.   Okay.  What did you do at Bedon Construction?

13        A.   Like, a lot of like -- like, I would -- I

14   would -- I would, like, drive the water truck.  I watered

15   the dirt.  Like, I would break concrete.  I would do some

16   demolitions.  I would do some like -- like a lot of

17   breaking concrete and, like, refixing concrete.

18              Like they were -- there were like a -- they did

19   like the sidewalks and, like, the track buildings.  And,

20   like, when the concrete wasn't done right we would go in

21   and break it all out.  And then we go -- we go lay new

22   concrete.

23              And -- or like splash work.  Like, if we were

24   doing concrete and it splashed back on the house, we

25   would go and, like, take all that splash back off the
```

                                STENO

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

1   house.  You know, like, we would figure out to get the

2   concrete off the house and -- for they could move in.

3   Or, like, anything.  Like, a lot of different kind of

4   digging holes like for pipes, pipe, pipe work.

5            Like, it was just a lot of different kind of

6   stuff.

7        Q.   Did you do that for -- during the time that you

8   weren't in jail, did you do that kind of continuously?

9        A.   Yeah, I did that for a little while, while I

10  was out.

11           MR. PACKER:  Hold on a second.

12           I'm going to object to vague with respect to,

13  The time you weren't in jail.

14  BY MS. BEARS:

15       Q.   The time you were not in jail in 2025?

16       A.   No, no.  That was -- in 2025 after I got --

17  that was before I got shot at Bedon Construction --

18           (Speaking simultaneously.)

19       Q.   Okay.

20       A.   But after I got shot I was working on and off

21  with my brother-in-law, Josue.

22       Q.   And Josue is the electrician?

23       A.   Yeah, and I was his helper.

24       Q.   So in 2025, the period where you were not in

25  jail, you were with Josue as a -- was it electrician like

                                STENO

```
 1  a helper?

 2        A.    After I got shot?

 3        Q.    Yeah.

 4        A.    Yeah, no.

 5        Q.    It's something we got to get clear.

 6        A.    Yeah.  No, I don't think -- I didn't work with

 7  Josue after I got shot.

 8        Q.    Okay.  And the -- during the time in 2025 where

 9  you were not in jail, did you work with him, like, every

10  day, once a week?  How often did you work with him?

11        A.    I didn't work with him when -- after I got

12  shot.

13        Q.    Okay.  So let's talk about the period after you

14  got shot.  When you get out of jail, what did you do to

15  make money?

16        A.    I wasn't -- not -- I got EBT.  I wasn't working

17  or nothing.

18        Q.    Okay.  So you didn't work after you got out of

19  jail after being shot?

20        A.    No.

21        Q.    Okay.  And where did you live during that time

22  in 2025?

23        A.    With Yvette and my children.

24        Q.    With Yvette, okay.

25              And so do you -- in your opinion, why did you
                              STENO
```

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1    not try to find work in 2025?

 2         A.    I couldn't.   I couldn't.

 3              There's no way I could find work.   Like, my

 4    mind was so -- like, I think that people are trying to

 5    kill me.   I think that -- it's just like my mind is like

 6    yeah, no.

 7              My mind is so messed up about -- after this.

 8    And like the way I -- the way I smell, like, it's a bad

 9    smell.   Like, you can't -- I can't be in the same room

10    with people.   And like -- and it started to get better

11    now.

12              But there was one point in time where I was

13    like using a lot of soap and I was, like, trying to

14    figure out how to stay clean.   Like, I was even taping --

15    I was even taping it shut.   Like, I would tape is shut,

16    like, with duct tape to try to -- to try to keep it shut

17    because it would leak.

18              And it was like having a bad effect.   And it

19    was just like -- it was like a bad -- like really bad

20    smell and there's no way I can work with people.   Like,

21    it's -- it's -- it's -- it's just like unsanitary because

22    I was leaking like mucus and shit like that.

23              It was like...

24         Q.   Did you go and see a doctor about this during

25    2025?
                              STENO
```

GEORGE GONZALEZ - VOL. IV                                        JOB NO. 2372189
JANUARY 30, 2026

```
 1        A.    Yeah.

 2        Q.    Okay.  What did the doctor tell you?

 3        A.    The doctor said I have to go to get surgery and

 4   I have to go to a gastro and get -- I have to go see a

 5   surgeon -- to a gastro surgeon at Loma Linda.

 6        Q.    Did they give you a referral --

 7              (Speaking simultaneously.)

 8        A.    Yeah.

 9        Q.    -- to go get that surgery?

10        A.    Yeah.

11        Q.    So you did get a referral?

12        A.    Yeah.

13        Q.    When did you see the doctor in 2025?

14        A.    Just different months.  Like, after -- I was

15   just like so -- I didn't want to leave the house.  I

16   didn't want to leave my room.  Like, I was just like --

17   like, emotionally distraught about it.  Like, I just

18   couldn't believe that.  Like, I couldn't believe it was

19   happening.  I didn't know why it was happening.

20              And so I started Googling it and I found out

21   about fecal incontinence about after colon repairs, that

22   it is something that happens and it's something that the

23   doctors really can't do nothing about it.

24              And it's a lifelong illness and it comes and

25   goes and there is nothing that we can do about it because
```

                                STENO

1   the muscle is damaged.  And you can't -- you can't repair

2   that muscle.  I have to do like Kegel workouts or, like,

3   I have to get on the floor and, like, do like -- do like

4   pelvic thrust workouts and like try to tighten up my ass

5   cheeks and like lift up my ass off the ground and put it

6   back down, lift it up, put it back down.  Like, weird

7   workouts.

8         Like in -- and that's the only way that it can

9   kind of improve your ass muscle where you can clench

10  your -- your ass but you've got to have your ass clenched

11  all day so you don't leak.  It's, like, what the fuck?

12  Who is going to do that?

13        Like -- and so if I relax for a little bit,

14  I'll leak gas or something and it's like -- it's just --

15  it's just horrible.

16    Q.    And so that -- that basically kept you

17  housebound for 2025?  Is that --

18        (Speaking simultaneously.)

19    A.    Yeah.

20    Q.    -- what you are telling us?  Okay.

21        Now, I read the records and you've been through

22  this.  I do want to ask you a little bit more because

23  we -- again, when we have these lawsuits, one of the

24  things that you are looking for of course is money and we

25  kind of need to know, like, what your damages are.

STENO

```
 1              And so I'm asking you questions to get there,

 2    not to be mean.  But you are sitting here on video, you

 3    are in jail.  Obviously, you can't hide that.  And your

 4    attorney has told you that you can go ahead and plead the

 5    Fifth Amendment and you know what that is.  That means

 6    that you are not going to incriminate yourself.

 7              But -- so I'm not going to get into that area

 8    but it is relevant.  So I'm going to ask you some

 9    questions, your attorney might object and we'll just

10    leave it at that.

11              What is your understanding of why you are

12    currently in jail?

13              MR. PACKER:  So I'll just caution you not to

14    discuss the facts but go ahead.

15              THE WITNESS:  My understanding?  I had a

16    mental -- a mental -- it's just, yeah.  PTSD, like I

17    was -- I got scared.  I was scared and, yeah, something

18    occurred.

19    BY MS. BEARS:

20        Q.   And again, you know, as Ms. Kornblau said, part

21    of this is assessing you and damages.  So the less I know

22    it kind of hurts everybody but that's what it is.  And so

23    if your testimony today is that you are currently in jail

24    because of being scared and PTSD, then that's going to be

25    the record that we have to work with and that's what it
                            STENO
```

1   is.

2           Going back to 2024 and the incident where you

3   were shot, at that point in time could you possess a gun

4   legally?

5       A.   I'm not sure.  I don't think so, no.  But I

6   heard that there's some kind of new law that it's -- if

7   I'm not committing a crime with the gun that it's not

8   illegal.  A new law passed Federally, a Federal law

9   but -- so I'm not sure.

10      Q.   So you are telling us today, when you are under

11  oath, that it's your understanding that in January of

12  2024 you weren't sure whether or not you could have a

13  gun?

14      A.   Yeah, I wasn't sure.  Like, because some people

15  I hear that -- I hear like that a new law passed, a

16  Federal law, some guy named Velasquez or something.  That

17  he got a judge to approve that he wasn't committing no

18  crime, he just had it for protection for him and his

19  family and he wasn't committing a crime with the gun.

20          So that therefore it wasn't a crime for him to

21  have the gun.  So I guess we are allowed to have them

22  again.

23      Q.   Okay.  How about in -- now we are going back

24  again in time now two years.  In January of '24, was it

25  your understanding that you were allowed to have a gun?

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

```
 1        A.   Well, like, yeah -- no.  I'm not allowed to
 2   have it.  I know I'm not allowed to have it but new laws
 3   passed back then.  Like, I'm not sure.  I hear people
 4   telling me about these laws but I don't know if they are
 5   true or not.
 6             But all I know is that yeah, no, I'm not
 7   allowed to -- I wasn't allowed to have -- possess it, no.
 8        Q.   Why was that?
 9        A.   Because I had gotten caught with one before,
10   not because I committed a crime with one.  Just because I
11   got caught with one before and I didn't have it legally.
12   I've committed a felony in the past so they took my
13   rights.
14             Not because I've committed any violent
15   felonies, I've never committed any violent felonies, just
16   because I -- just because of stuff in the past.  Like
17   there's -- I'm not allowed to have it, like a drug charge
18   or something.  Like, I don't know.  Like --
19             (Speaking simultaneously.)
20             MR. PACKER:  I'm going to stop you there.  I
21   think you've said enough.  I'm going to instruct you not
22   to answer any more on the same grounds.
23             THE WITNESS:  Okay.
24   BY MS. BEARS:
25        Q.   So in January of '24 and this is -- I was going
```

```
 1   to ask you outright -- not to embarrass you but it's just
 2   a fact -- did you have felonies on your record?
 3        A.   Yeah.
 4        Q.   Okay.  And were you aware that it's a crime for
 5   a felon to have a gun?
 6             MR. PACKER:  Yeah, that, I'm going to object to
 7   and instruct not to answer on that particular question.
 8             MS. BEARS:  Okay.
 9   BY MS. BEARS:
10        Q.   I'm not asking you if you did have a gun, I'm
11   asking you, did you know it was a crime for a felon to
12   have a gun?  It's a different question.
13        A.   What do I -- am I allowed to answer or no?
14             MR. PACKER:  You can answer that, just that
15   specific question, Did you know.
16             THE WITNESS:  Yes, I knew.
17   BY MS. BEARS:
18        Q.   And the gun you had in 2024, was it something
19   that you had registered to -- to you?
20        A.   No.
21        Q.   Do you know who it was registered to?
22        A.   No.
23        Q.   Was it a gift to you?
24        A.   I just found it.
25        Q.   Found it.
                            STENO
```

GEORGE GONZALEZ - VOL. IV                          JOB NO. 2372189
JANUARY 30, 2026

```
 1              Where did you happen to find a gun laying
 2      around?
 3          A.   Found it laying around.
 4          Q.   Was it in a park?  At a grocery store?
 5          A.   I can't remember.
 6          Q.   Oh.
 7          A.   Uh-huh.
 8          Q.   All right.  When you found the gun laying
 9      around, what did you do with it?
10          A.   I took it.  I just grabbed it.
11          Q.   And how long before January 2024 had you found
12      this gun laying around?
13          A.   Not long.
14          Q.   Did the gun also come with bullets?
15          A.   Inside the clip, yeah.
16          Q.   So you found a loaded gun laying around?
17          A.   (No audible answer from the witness.)
18          Q.   Okay.  Okay.  But you don't remember where you
19      found it?
20          A.   No, I don't remember.
21          Q.   And then at this point with -- with Yvette you
22      have small children, right?
23          A.   Yeah.
24          Q.   Did you take any measures to lock it up so the
25      kids didn't get to the gun?
                            STENO
```

```
 1        A.   We didn't have our kids at that time.

 2        Q.   Got it.

 3             Okay.  And in the year 2025, did you have a

 4   gun?

 5             MR. PACKER:  Objection.  Given the pending

 6   case, I will instruct him not to answer.

 7             THE WITNESS:  I plead the Fifth.

 8   BY MS. BEARS:

 9        Q.   And what is the word?

10             You told Ms. Kornblau earlier that you believe

11   that you are being released because you are being

12   exonerated.  What is --

13             (Speaking simultaneously.)

14             MR. PACKER:  Objection.  Misstates prior

15   testimony.

16   BY MS. BEARS:

17        Q.   Well, if that misstates it, I definitely do not

18   want to put words in your mouth.

19             What is your understanding of why you are going

20   to be released soon?

21        A.   I might be able to get into a program and get

22   everything expunged.

23        Q.   Okay.  And what type of program are you going

24   to get into?

25        A.   I have no idea, ma'am.
```
                                    STENO

```
1        Q.   So -- but have you been given a release date?

2        A.   No, I'm sorry.

3        Q.   Okay.  Okay.  And we just -- of course we need

4   to know just for the purposes of the case and trial.  We

5   are -- we are set to start trial in a few months and we

6   need to keep track of -- make sure we have everybody

7   there.

8             It's almost noon.  I want to take maybe a

9   ten-minute break and I think Ms. Kornblau and I will have

10  another hour to wrap up.  And that way we will be done

11  very soon.

12            THE VIDEOGRAPHER:  We are now off the record.

13  The time is 11:57 a.m. Pacific time.

14            (Break taken.)

15            THE VIDEOGRAPHER:  We are now back on the

16  record.  The time is 12:07 p.m. Pacific time.

17

18                         EXAMINATION

19  BY MS. KORNBLAU:

20       Q.   Mr. Gonzalez, we have been asking you questions

21  for the last three hours.  I did ask you several

22  questions that you did not answer, either because you did

23  not want to answer the question, you were evasive, or

24  your attorney instructed you not to answer those

25  questions.
```

                                    STENO

GEORGE GONZALEZ - VOL. IV                          JOB NO. 2372189
JANUARY 30, 2026

1              So I will reserve my right to bring you back

2    for a further deposition if I bring a motion to compel

3    and a judge determines that I was entitled to a response

4    to my questions.

5              But other than that, no further questions from

6    the defendant City of Hemet.

7              MS. BEARS:  I have no further questions from

8    the defendant California Highway Patrol.

9              MR. PACKER:  And I have no questions.  So we'll

10   just handle it by Code?

11             MR. KORNBLAU:  Yes.

12             MS. BEARS:  Yes.

13             MR. KORNBLAU:  Okay.  Off the record.

14             THE WITNESS:  We are done?

15             MR. KORNBLAU:  Yes.

16             THE VIDEOGRAPHER:  Would you like to order a

17   copy of the transcript and/or video, sir?

18             MR. PACKER:  We will order the transcript.

19   I'll reserve on the video.  I'll get you an answer right

20   away.

21             And I imagine you guys want to expedite this,

22   right?

23             MR. KORNBLAU:  Not at this time.

24             MR. PACKER:  Okay.

25             MS. BEARS:  No.
                              STENO

 1              THE VIDEOGRAPHER:  Ms. Bears, would you like to

 2    order -- keep your order of the transcript and/or video?

 3              MS. BEARS:  Yes.  And I don't need any paper,

 4    just digital only.

 5              THE VIDEOGRAPHER:  And Ms. Kornblau, are you

 6    ordering with the -- the transcript separately or would

 7    you like to order a copy of the transcript and the video?

 8              MR. KORNBLAU:  I would like a copy of the

 9    transcript and also the video, please.

10              THE VIDEOGRAPHER:  Thank you very much for

11    clarifying.

12              If there's nothing further, Madame Court

13    Reporter, I'll read us off the record.

14              THE WITNESS:  God bless you guys.

15              THE VIDEOGRAPHER:  This concludes Volume IV of

16    the deposition of George Gonzalez for George Gonzalez

17    versus the State of California, et al.

18              We are now off the record.  The time is

19    12:07 p.m. -- oh, 12:09 p.m. Pacific time.

20              (Deposition concluded at 12:09 p.m.)

21

22

23

24

25
                              STENO

```
 1                Declaration Under Penalty of Perjury

 2

 3

 4

 5        I, GEORGE GONZALEZ, the witness herein, declare

 6   under penalty of perjury that I have read the foregoing

 7   in its entirety; and that the testimony contained

 8   therein, as corrected by me, is a true and accurate

 9   transcription of my testimony elicited at said time and

10   place.

11

12

13   Executed this_____day of _____20__

14   At _____, _____
                City                      State
15

16

17

     _____
18     GEORGE GONZALEZ

19

20

21

22

23

24

25

                         STENO
```

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

1

2

3

4

5

6

7    I, CHERYL ORTEGA, Certified Shorthand Reporter for the

8    State of California, do hereby certify:

9

10   That the proceeding was taken by me in machine shorthand

11   and later transcribed into typewriting, under my

12   direction, and that the foregoing contains a true record

13   of the testimony of the witness.

14

15   Dated:  This 30th of January, 2026 at San Bernardino,

16   California.

17

18   _____

19   Cheryl Ortega
     CSR NO. 13709

20

21

22

23

24

25

GEORGE GONZALEZ - VOL. IV                                    JOB NO. 2372189
JANUARY 30, 2026

```
 1    ERRATA SHEET
      CHANGES IN TESTIMONY
 2    GEORGE GONZALEZ v STATE OF CALIFORNIA, et al.
      George Gonzalez - Vol. IV
 3    January 30, 2026

 4    Page  Line   From                    To

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23

24    SIGNATURE:_____DATE:_____

25              George Gonzalez - Vol. IV
```

**$**

**$2,000** 75:10
**$200** 78:2
**$300** 78:2
**$400** 75:11
**$487** 77:4
**$500** 75:9,16,23 76:9, 17 77:1,5 78:6

**-**

**-OOO-** 5:3

**1**

**1** 9:11,13,14
**100** 94:23,25 96:15
**10:01** 36:1
**10:16** 45:19
**10:18** 45:22
**11:07** 83:22
**11:18** 83:25
**11:57** 114:13
**12575** 85:15
**12:07** 114:16 116:19
**12:09** 116:19,20
**13709** 6:16
**14** 72:10
**15** 47:15
**18:09** 9:18
**19:27** 14:14
**19:54** 15:15

**2**

**20** 47:13
**2022** 80:6

**2024** 20:23 34:9 35:3 83:5 84:6,16,23 86:19 87:13,19 88:16 109:2, 12 111:18 112:11
**2025** 103:15,16,24 104:8,22 105:1,25 106:13 107:17 113:3
**2026** 5:1,6
**21.3** 47:17
**21:09** 22:19
**21:15** 23:8
**23:49** 26:20
**23rd** 8:11
**24** 8:7 20:23 34:9 35:3 83:5 84:6,16,23 86:19 87:13,19 89:6,25 90:25 92:11 93:3 109:24 110:25
**24th** 101:19
**25** 93:8,12
**25:58** 36:13

**3**

**3** 16:13,16
**30** 5:1
**30th** 5:6
**315** 5:14
**32:40** 38:2

**4**

**4** 16:13,16
**40525** 38:14
**45-caliber** 70:11
**487** 77:3,6

**5**

**500** 75:9
**5:25-CV-00331** 5:11

**7**

**70** 67:22

**8**

**807** 5:15

**9**

**9-millimeter** 24:23
**90015** 5:15
**9:08** 5:2,6
**9:48** 35:23
**9th** 5:14

**A**

**a.m.** 5:2,6 35:23 36:1 45:19,22 83:22,25 114:13
**abdomen** 99:11
**ability** 8:8 99:14
**accelerator** 94:8
**accidentally** 19:22 88:14
**accurate** 12:12 17:17
**Aceves** 6:7
**ACL** 16:12 57:6 68:22, 24 70:6
**acting** 6:4
**action** 80:21 83:10
**actions** 52:21
**addict** 33:1
**address** 5:14 38:16 85:14
**admission** 36:23
**affect** 83:13 99:14,16
**afraid** 41:7,17 43:8,10

**ahead** 5:20 18:9 19:9 20:15,16 22:4,14 23:23 25:7 34:24 50:17 51:6 61:4,11 64:15 68:5 108:4,14
**air** 16:2,9,19 17:15,24 29:21 30:4,12 53:23 54:1 55:24 56:4
**alcohol** 8:7 38:24
**allowed** 109:21,25 110:1,2,7,17 111:13
**ambulance** 65:24 66:1
**Amendment** 26:14 33:3 36:20 108:5
**America** 76:24
**American** 21:6,7,8
**Amie** 6:1 88:6
**anal** 81:12,14
**and/or** 115:17 116:2
**Andrea** 5:23 7:2 28:22 34:24 36:17 39:14 45:2
**Andrew** 5:25
**Angeles** 5:15
**angle** 64:12
**announcements** 43:2
**answering** 12:18,25 13:7 16:1 22:2,12,13 33:2 49:1
**answers** 7:18 12:17
**anxiety** 81:6
**appears** 14:8 42:17
**apply** 82:16
**approve** 109:17
**approved** 73:12,14
**AR** 50:20
**area** 64:7 108:7
**arguing** 28:12
**Argumentative** 23:20,22 25:6 32:6

62:19

**arrest** 90:3 93:4
101:19

**arrived** 38:23 89:2
91:4

**asks** 62:21

**ass** 33:25 107:4,5,9,10

**assessing** 108:21

**assistance** 65:6
92:14 96:15

**assuming** 96:6

**assumptions** 91:21

**attempt** 39:17,22
40:7

**attention** 43:4 49:14

**attorney** 6:3 88:13
108:4,9 114:24

**audible** 13:15,19
46:2 100:16 112:17

**audio** 9:10,11,15,17
10:1,3,10,12,20 11:9,
10,12,14,22 12:7,8,19
13:21 14:12,14,21
15:13,15 22:16,17,19
23:6,8 24:18,20 26:17,
18,20 29:25 30:1 32:15,
16 33:7,19 36:11,13
37:6,12,25 38:2 42:17
45:7 48:20 64:1,24
70:20 72:6 76:14 83:8
85:1

**automatic** 94:6,16

**Avenue** 38:15,23
39:19,24 40:8 41:21
43:13 46:7,18,24 47:21
85:18

**aware** 12:10,13 51:10
83:12 111:4

---

**B**

**B-E-D-O-N** 102:11

**back** 24:1 26:11 28:11
34:13 35:18,25 38:13
41:7,17 43:9 45:21
52:5,14,16,24 53:6,16,

17 55:17,19 56:22,24
57:1,15 58:3 59:5
60:10,12,14,16,19,21,
22 61:10 63:15 64:5
65:24 66:15 69:4 72:7,8
74:4,6,8 81:24 82:10
83:18,24 85:21 88:25
89:15 91:20 92:6 93:16,
18 96:12 97:22 98:19,
25 102:24,25 107:6
109:2,23 110:3 114:15
115:1

**backed** 43:19

**background** 14:8

**bad** 12:4 21:11 33:21
67:23 72:18 81:10
105:8,18,19

**bag** 72:13

**bail** 73:15

**Bam** 15:23 57:9,10,11
59:7,8

**bank** 75:22 76:19,24

**bars** 40:17

**based** 95:13 96:18

**basically** 98:16
107:16

**Bears** 6:1 45:6,8 88:3,
5,6 103:14 108:19
110:24 111:8,9,17
113:8,16 115:7,12,25
116:1,3

**Beaumont** 47:8,12

**Bedon** 80:15 102:6,7,
11,12 103:17

**bedridden** 95:20,21

**began** 46:8 47:3

**begin** 5:7

**behalf** 5:14,23 6:1,4,7

**benefit** 8:2

**Bible** 25:22,23

**big** 44:1,4 91:10,13
96:7,8 98:9,11

**biggest** 101:10

**bit** 32:14 38:13 91:8

93:3 97:24 102:8
107:13,22

**black** 41:6,25 46:7,15
49:13,17

**bless** 116:14

**block** 94:21

**blood** 66:16,25 67:1
72:18 99:23

**blow** 32:1

**body** 56:21 57:13
73:23

**body-worn** 52:4

**bone** 98:1

**boom** 16:11,22 17:2
30:7,8 50:13 51:7 52:1
57:8,16,20 58:3 59:5,6,
9,10,16,17,19,20,23
69:5 99:4

**bottom** 57:14 58:14,
16

**bowel** 9:3

**boyfriend** 79:18

**brake** 94:8

**break** 7:22 8:2 24:3
35:21,24 36:4 45:20
83:18,23 84:3 102:15,
21 114:9,14

**breaking** 48:20 49:1
57:18 64:1,24 70:20
72:6 76:14 83:8 85:1
102:17

**breakout** 8:4 27:20
28:22,25

**breaks** 7:21 8:3

**bring** 34:12,13 35:17
115:1,2

**broke** 74:9

**brother** 79:17

**brother-in-law**
76:10,16 77:10,22 78:1,
18,21 79:2 103:21

**brother-in-law's**
76:13

**brought** 13:5 83:11

**bruises** 74:22

**buildings** 102:19

**bullet** 22:20,23 56:25
64:12 74:3,10,13 98:17

**bullets** 18:18 19:2,7,
13 63:19 67:13 70:11
71:22,24 72:3,7 73:17,
20 98:23 99:2 112:14

**bullshit** 89:17

**bumper** 40:20

**business** 5:14

**buy** 77:17

**BWC** 52:3

---

**C**

**calendar** 88:25

**caliber** 23:4 24:23
25:1,16

**California** 5:8,10,15
6:2,4,5,15 88:7 115:8
116:17

**call** 32:8 36:19

**called** 72:18 81:21

**calling** 63:4

**calls** 36:22 47:7 64:13,
14 68:3,4

**calm** 15:24 55:6

**camera** 52:4

**cane** 92:16 93:12,13,
14,21,22,23 96:15

**cans** 46:10

**canyon** 50:15 51:3,4,
13

**captured** 52:21

**car** 18:17 40:23 42:5,7
50:13,19 81:7 94:1,11
95:9

**card** 77:19

**care** 25:21 63:4 64:18,
23 67:11 68:10 72:1,24,

---

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

25 73:16

**carry** 31:14,15 80:3

**carrying** 31:7

**cars** 40:20 51:5,6

**cartilage** 82:4 96:21 98:2

**case** 5:9,11 66:6 83:13 84:4 88:9 89:14 113:6 114:4

**cash** 75:18,23 76:17, 25 77:1

**catch** 70:22

**caught** 19:24 20:4,6, 7 31:17 48:15,17,21 49:3 110:9,11

**caution** 108:13

**cavity** 81:12

**Central** 5:10

**certification** 6:11

**Certified** 6:15

**chamber** 22:21,24

**chance** 19:11

**changing** 62:9,12

**characterize** 89:2

**charge** 110:17

**charges** 32:25

**chased** 18:3

**chasing** 12:11,13 26:23,25 50:5 52:11,15

**check** 66:7,11 77:16

**cheeks** 107:5

**Cheryl** 6:14

**chest** 58:11 64:10 66:15,16 74:4,12 98:20

**child** 87:2

**children** 25:14 89:13 104:23 112:22

**City** 5:24 6:8 7:4 115:6

**civilians** 53:25

**claiming** 66:6,9,10 80:20

**clarification** 53:3

**clarifying** 116:11

**clean** 8:15,16 79:25 80:1,2 100:4,5 105:14

**clear** 14:10 88:17 104:5

**clench** 107:9

**clenched** 107:10

**clip** 19:2 59:11,19 112:15

**closed** 61:20,21

**closer** 25:9 33:10,11

**clothes** 77:9

**clothing** 75:7

**clubs** 19:21

**Code** 115:10

**colon** 9:4 66:14,24 69:20,21 71:18,20 72:4, 5,8,11,17 73:3,10,21 82:9 98:12,21 99:3,7,8, 13,19,20,21 100:9,10, 23 101:9 106:21

**colostomy** 72:12

**Columbia** 85:15

**coma** 36:15

**combined** 87:11

**comfortable** 7:13 97:12

**command** 42:2,5,7, 11

**commands** 41:23 42:23

**committed** 110:10, 12,14,15

**committing** 109:7, 17,19

**communicate** 39:18,22 40:7

**company** 94:13

**compel** 34:14 115:2

**complete** 9:9 13:9, 10 54:18

**completely** 16:13 36:17

**completing** 24:2

**Compound** 32:5

**concern** 36:24

**concluded** 116:20

**concludes** 116:15

**concrete** 102:15,17, 20,22,24 103:2

**condition** 67:21 98:12

**conditions** 84:5,15

**confirm** 10:10

**connected** 69:23

**connects** 44:3

**consciousness** 65:12,15,20,23

**consistency** 9:13

**consistent** 78:4

**Construction** 80:16 102:7,8,12 103:17

**consumed** 38:24

**contact** 24:3 27:17

**continue** 28:24 29:24 30:9 97:5

**continues** 24:4

**continuously** 103:8

**controlled** 35:12

**convicted** 83:4

**cool** 77:11

**cop** 31:6 50:13

**cops** 51:12,21 92:17

**copy** 115:17 116:7,8

**Corporal** 5:24

**correct** 11:20 12:17 15:3,10 16:6 17:6,25 22:21,25 23:10 24:23

29:12 33:9,12 34:4,9 36:4 37:20 38:5,7 40:25 41:8,18,21 43:9,22 48:10,14 58:13 62:24 77:13 79:24 83:6 85:22 86:15

**Counsel** 5:16 6:9

**County** 69:15 73:3

**couple** 67:15

**court** 5:10 6:10 8:2,18 22:9 33:18 35:11 54:12 55:16 88:22 116:12

**covered** 47:5

**cramps** 67:23,24 82:5 94:12,15 96:20

**crash** 44:8 46:10

**crazy** 11:8 33:20

**crime** 109:7,18,19,20 110:10 111:4,11

**criminal** 83:10

**cuffs** 6:24

**current** 32:25 97:4 100:12,20 101:21

**curve** 67:25

**cussing** 52:13

**custody** 26:11 67:19 69:17 73:6 82:11,12,15 83:5 85:21 93:16 94:1 97:4 100:12

**cut** 80:1

**cyst** 73:20,24

**cysts** 73:19,22,23 74:2

---

**D**

**D-A-W-N** 102:9

**damage** 75:4 96:19

**damaged** 75:6 91:17 107:1

**damages** 66:6,8 84:3 88:16 91:8 95:11 107:25 108:21

**damn** 16:21,23 56:10

**date** 25:2 33:9 35:3,12 36:8 69:3 83:12 88:22 114:1

**day** 8:22 25:14,22 34:19 68:23 75:22,24 76:17 77:2 78:2 84:25 91:7 99:20 104:10 107:11

**deal** 11:8

**defendant** 115:6,8

**defenseless** 58:6 62:2

**delay** 42:16

**delayed** 46:5

**demolitions** 102:16

**Depakote** 86:2,17 87:10

**deposition** 5:7,12 7:4,16 8:10 9:6,12 19:19 24:2 27:7 34:13 35:18 62:13 87:1 88:18 91:21 115:2 116:16,20

**deputies** 92:17

**Deputy** 6:3

**describe** 52:22

**describing** 60:18

**details** 11:19

**determines** 34:15 35:18 115:3

**diagnosed** 84:4,14, 18,22 85:3,20 87:2,5

**diaper** 8:16,20,22 67:7 81:11 100:1,2 101:1

**diapers** 67:3 82:1

**diarrhea** 8:21

**difficulties** 45:25

**difficulty** 14:9

**digging** 103:4

**digital** 116:4

**Diogo** 5:13

**directly** 40:17

**dirt** 102:15

**disabled** 10:15,22 38:10 47:22

**discuss** 108:14

**discussed** 74:20

**distance** 47:5 60:6 61:7,12 67:3 82:2 91:24,25 92:2 94:23

**distances** 94:20 99:14

**distraught** 106:17

**District** 5:10

**Division** 5:11

**doctor** 68:7 71:24 72:23 74:17 85:1,2,6,8 87:8 100:24 101:2 105:24 106:2,3,13

**doctors** 100:7,13 106:23

**dog** 52:15

**doped** 11:12,21 12:16 24:25

**drain** 73:24

**dress** 96:2

**drive** 32:1,2 44:7 46:9 50:18 94:1,2,3,13,16 102:14

**driveway** 43:21 44:1, 6

**driveways** 44:3

**driving** 20:1 31:23 47:20 48:1 49:24,25 50:2,6,12 51:19,24 52:1

**drop** 22:24 42:11 58:5

**drove** 46:8

**drug** 33:25 35:4 36:14 110:17

**drugs** 8:6 11:13 32:19 34:1,2,7,8,18 38:24 39:1 76:1,3

**duct** 105:16

**Dude** 18:20

**duly** 6:18

**dumb** 33:20

## E

**earlier** 41:14,19 53:21 55:22 56:2 75:22 81:23 113:10

**early** 79:5

**earning** 78:16

**earnings** 80:25

**Eastern** 5:10

**EBT** 77:19 104:16

**effect** 82:11 89:25 105:18

**electrician** 77:24 78:1,21 79:7,9,24 103:22,25

**electronic** 76:22

**embarrass** 111:1

**embarrassing** 99:24

**emotionally** 106:17

**employed** 77:20

**employment** 82:11 101:21

**encounter** 88:19

**end** 89:22

**ended** 73:19 74:12

**enforcement** 9:19 11:4 27:4,11 29:5,7 30:15 39:18,23 40:2,8 41:4,20,24 43:8 49:12 56:3 60:7 61:8,13 65:5

**entered** 64:12 71:19, 22 73:17

**entire** 49:6 54:10,11

**entitled** 34:15 115:3

**estimate** 53:5 60:11 61:7

**et al** 5:8 116:17

**evading** 22:11

**evasive** 22:8,9 114:23

**Eventually** 10:23

**EXAMINATION** 6:20 88:4 114:18

**excuse** 23:15,17 47:25

**exhibit** 9:11,13,14

**exited** 10:15,21 13:24 49:12,16

**exonerated** 113:12

**expedite** 115:21

**expensive** 69:11 73:5

**expert** 64:14 68:4

**explain** 71:6

**explaining** 13:11

**explanation** 22:13

**explore** 69:16

**expunged** 83:8 113:22

**extent** 36:19,22

**eyes** 61:20,21

## F

**face** 15:16,18,19,21 16:14 90:22

**fact** 82:10 111:2

**Factory** 10:24 53:1

**facts** 108:14

**failure** 88:21,22 91:5

**faint** 65:13

**fainted** 65:1,8,11

**faintly** 92:6

**fair** 89:2 96:16 101:16

**fall** 16:14 57:8 58:3 59:5 98:5

**falling** 58:15 74:25 97:18

**falls** 58:5

**family** 21:10 109:19

**fast** 16:11 81:14 92:25

**favor** 79:2

**fecal** 66:16 72:19 81:4,5,11,21 82:1 95:8 106:21

**feces** 66:17 99:23

**Federal** 109:8,16

**Federally** 109:8

**feel** 16:19 31:12 56:21, 24 58:11,19 80:25 82:8 97:12

**feet** 82:3 94:5,7,23,25 96:15 98:25

**fell** 57:16 68:14 69:4 70:5 98:6

**felon** 111:5,11

**felonies** 110:15 111:2

**felony** 110:12

**felt** 10:24 17:16,25 18:1,2 56:6,19 58:18 60:7 61:8,13 63:3

**figure** 103:1 105:14

**figuring** 92:23

**file** 80:6

**filed** 80:11

**filing** 80:13

**finally** 73:11,13

**find** 105:1,3 112:1

**finish** 13:2 29:25

**finishes** 54:6

**firearm** 33:1

**flat** 58:15 70:21 98:23, 25

**fled** 27:8 41:15

**flee** 46:9

**fleeing** 49:21

**floor** 107:3

**floored** 57:1

**focus** 13:10

**focusing** 100:22 101:9

**follow-up** 74:17 88:14 101:13

**food** 77:9,17 81:14

**fools** 51:9

**foot** 57:9,14 58:9,13, 14,17,19 63:16 66:22 67:10,12,14,19,21,24 68:2,10,13,14 70:4 72:10 82:5 94:11,14 95:13,14 96:19,20

**footage** 52:4 53:13, 15

**Force** 38:3

**forward** 57:2,3

**found** 18:16 63:19 71:24 106:20 111:24,25 112:3,8,11,16,19

**fourth** 63:17

**fractured** 74:11

**Friday** 5:1 8:11

**frivolous** 25:22

**front** 40:17,23 44:2 51:12,14,15,16 62:8 97:24

**froze** 90:4

**fuck** 59:15 76:2 107:11

**fucking** 17:3 20:20 30:7 33:20,23,24,25 37:8 52:12 73:4

**full** 99:8,10

**fulsome** 22:13

**future** 68:1,10 72:14 73:16 74:15

---

**G**

**Gang** 38:3

**Garcia** 6:3,4

**gas** 77:9 94:7 107:14

**gash** 98:9,11

**gastro** 72:23 100:24 101:2 106:4,5

**gave** 9:7 10:14 11:19, 22 36:8 67:13,14 75:22, 23 76:16 77:6,13 87:10 95:18 101:1

**General** 6:3

**George** 5:7,8 6:17 44:21 54:5 116:16

**gift** 111:23

**give** 7:17 8:8,13,15,16, 24 10:22 13:9 26:24 28:13 30:17 53:5 54:10, 21 60:11 61:7 76:2 78:5 79:1 84:25 100:25 106:6

**giving** 8:14 12:17 22:12 76:12

**God** 77:16 116:14

**golf** 19:21

**Gonzalez** 5:7,8,22 6:17 7:2 8:1,6 10:4 12:21 13:1,5 14:5,9 15:24 17:14 19:18 21:20 22:1 23:25 24:15 26:10 28:4,7 30:9 31:21 32:11,18 33:7 34:13,18, 25 35:3 36:3 39:17 41:14 45:6,8,24 54:9,24 55:5,9,12 56:2 59:24 60:6,17,25 61:6 62:20, 23 71:9,12 84:2,14 88:2,6 114:20 116:16

**good** 5:5,18,20,21 6:1,13,22 7:2 12:3 62:7 74:18

**Googling** 106:20

**grabbed** 112:10

**grabbing** 95:2

**grandma's** 49:18

**grievance** 101:4

**grocery** 112:4

**ground** 19:20 58:4 61:24 62:2,11 65:19 107:5

**grounds** 26:14 110:22

**Group** 85:4,7

**grow** 96:12

**guess** 20:25 43:23 45:1 47:19 88:25 109:21

**gun** 13:24 14:15 15:6, 8,9,19,21 16:6,19,22 17:5,15,24 18:12,18 19:1,19,22 20:5,10,11, 23 21:4,15 22:20,23 23:4,9 24:22 25:1,17 30:25 31:4,6 47:23 48:2,5,10,13 50:22,23 52:6 56:5 58:2 98:17 109:3,7,13,19,21,25 111:5,10,12,18 112:1,8, 12,14,16,25 113:4

**guns** 12:6 31:7,22 32:4 41:6 51:18,20 52:11

**gunshot** 16:20 17:16,25 56:6,19 60:8 61:9 62:24 95:22

**gunshots** 61:18

**guts** 72:6,7,8,11 99:9

**guy** 109:16

**guys** 12:3,4 52:14 71:3 115:21 116:14

**gym** 96:22

---

**H**

**hand** 7:13 14:15 15:8, 9 16:4,6,19 17:5,15,24 18:12 50:22 56:5 58:4, 6,7

**handcuffed** 64:20 65:4,21

**handcuffs** 65:22

**handed** 76:25 77:1,4 78:10

**handicapped** 97:11

**handle** 115:10

**hands** 16:2,7,9,18,25 17:15,23 29:21 30:3,12 42:3 53:23 54:1 55:24 56:4 57:3,16 58:1

**happen** 31:17 33:22 112:1

**happened** 20:21 25:11,12 31:11 33:10, 16 91:11

**happening** 106:19

**happy** 28:21

**hard** 7:12 69:13,14 72:24,25 78:24 82:6 97:25

**head** 31:6

**heal** 97:16

**healed** 96:4,5

**hear** 9:23 10:3,5,10, 18,25 11:11 14:23 34:3 37:16 41:23 42:2,5,7, 11,13,18 43:1,5 44:10, 11,12,14,18,21,24 45:4, 5,6,9,10,11,13 46:1,3 48:22,25 50:9 51:25 53:17 57:22,24 59:18, 20 61:18 63:4,8 65:5 71:2,3,7,9 109:15 110:3

**heard** 10:25 14:24 44:16 59:8 109:6

**hearing** 7:8 14:9 42:23 43:7 50:13 59:14

**helicopter** 47:2

**helper** 79:8 80:8 103:23 104:1

**helping** 79:23 80:9

**Hemet** 5:24 6:8 7:4 47:12 76:24 85:7 89:9, 10 115:6

**hey** 13:1 76:4

**hide** 108:3

**high** 23:11,12,13,15 32:1

**Highway** 6:2,5 88:7 115:8

**hit** 17:2 27:17 68:15 70:5 98:17

**hitting** 74:25

**hold** 22:1 23:19,21 24:15 26:12 28:4,5,6,18 34:23 35:9 40:5 55:4 58:25 60:4 61:2 62:18 63:24 71:6 103:11

**hole** 63:19 64:1 70:15

**holes** 103:4

**home** 25:15 26:11

**homeless** 76:11 77:8

**honest** 18:19 36:17

**hoops** 89:8,9

**hoping** 97:17 101:5

**horrible** 107:15

**hospital** 11:13,17 66:1,3 69:9 73:25

**hour** 7:21 35:20 83:17 114:10

**hours** 8:7 38:22 114:21

**house** 43:6 49:19 89:3 91:4 93:22 102:24 103:1,2 106:15

**housebound** 107:17

**housed** 100:14

**housing** 101:21

**hurry** 92:25

**hurt** 75:2 91:11 99:16

**hurts** 67:23 99:18,19 108:22

**husband** 79:19

**hypothetical** 82:14

**I**

**idea** 60:9 113:25

**identify** 5:16 6:10

**illegal** 109:8

**illness** 72:19 81:21 106:24

**illuminated** 40:17

**imagine** 115:21

**immediately** 64:18, 21

**impact** 16:20 17:16, 25 56:6,19,21,24 57:12 58:12,18,19 60:7 61:8, 13 62:23 63:3 64:4

**impacts** 63:5 64:3 65:17

**impair** 8:7

**implicate** 33:3

**improve** 107:9

**inaudible** 57:17 63:10,22 78:13 94:18

**inches** 72:10

**incident** 9:7 10:21 18:13 19:7 25:2,9 32:18 33:9,12,13 34:9,19 35:4,12 36:9 64:19 66:21 68:25 69:3 75:24 76:17 77:2,18,21 81:1 83:5 84:5,15,23 85:3,21 86:15,19,24 88:16 101:20 109:2

**incontinence** 66:16 72:19 81:4,5,11,22 82:1 95:8 106:21

**incriminate** 26:15 108:6

**Indicating** 64:6 98:22 99:10

**induced** 33:25 36:14

**influence** 34:19 35:4 36:23

**information** 36:20

**informed** 68:9,14

**ingested** 38:24

**initial** 49:8

**initially** 49:8

**injure** 71:18

**injured** 68:17,21 69:2

**injuries** 66:8,19,20 74:7,19 84:3 98:4

**injury** 69:23 95:13,16 96:9 98:3 99:13,15 100:8

**Inland** 85:4,7

**insane** 31:16 33:23

**inside** 40:21 41:25 46:7,15 73:19,20,22,23 112:15

**instantaneous** 56:11

**instantaneously** 59:9

**instantly** 16:21,23 57:8

**instruct** 26:13 32:23 39:1 110:21 111:7 113:6

**instructed** 114:24

**instruction** 34:10 35:5

**instrumenting** 33:4

**internet** 44:20,23

**interview** 9:6 11:20 13:16 33:14,15,16,17 34:4 37:3

**invasive** 91:12

**investigator** 13:23 36:14 37:14 38:3

**investigators** 36:8

**involving** 39:1

**Irick** 6:2,6

**issue** 39:9

**IV** 116:15

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

**J**

**J-O-S-U-E** 79:13

**jail** 20:5,11 27:10,12 31:18 41:8,17 43:9 92:19 93:3,4 100:20 101:25 102:4 103:8,13, 15,25 104:9,14,19 108:3,12,23

**January** 5:1,6 8:11 20:23 34:9 35:3 83:5 84:6,16,23 86:19 87:13, 19 88:16 89:6,25 90:25 93:3,8,11 101:19 109:11,24 110:25 112:11

**job** 24:7 78:24 81:3 82:13,16

**jobs** 77:22

**Jose** 79:20

**Josue** 79:11,22,23 81:24,25 103:21,22,25 104:7

**judge** 34:14,20 35:18 109:17 115:3

**Juice** 10:24 52:25

**jump** 88:13

**June** 92:11

**jury** 78:15

**K**

**K-9** 43:1

**Kegel** 107:2

**kid** 89:14

**kids** 43:6,16 81:6 95:5, 8 112:25 113:1

**kill** 46:15 51:9 52:14 53:20 65:2 105:5

**Kimberly** 6:7

**kind** 24:22 25:16 27:13 33:13 43:23 54:16 91:9 92:6 95:5,24 96:1,18 98:3,15,16 99:7

100:4,22 103:3,5,8 107:9,25 108:22 109:6

**kinds** 11:8

**knee** 57:5,7 68:14,15, 17,19,20 69:3,5,6,7 70:5 75:2 82:3 95:14 96:20 97:14,16,18,21, 22,23 98:3,6,8,10,11 101:7

**knew** 9:18 41:20 76:11 90:7,10,14,18 111:16

**knowing** 31:16

**knowledge** 89:12, 24 90:2,12,13 91:16

**Kornblau** 5:20,23 6:21 7:1,3,15 8:5 9:16 10:2,13 12:9 13:4,22 14:11,13,22 15:14 17:13 18:11 19:17 20:18,22 21:14,17 22:6, 15,18 23:7,24 24:12,17, 21 25:4 26:2,8,9,16,19 27:16,22 28:6,10,24 29:2,3 30:2 32:12,17 33:5,6 34:12,17,25 35:2,16 36:2,12,25 37:4,7,13 38:1 39:7,15, 16 41:13 42:19,21 44:17 45:1,3,17,23 47:10 49:5,10,11 53:4 54:3,8 55:14,16,20 56:1 60:5 61:5 62:22 63:14 64:2,17 68:8 70:24 71:1,11 76:5 84:1,12,13 91:5 108:20 113:10 114:9,19 115:11,13,15, 23 116:5,8

**L**

**ladders** 80:5

**landed** 97:21,22

**lane** 51:6

**laughing** 52:9

**law** 9:19 11:4 27:4,11 29:4,7 30:14 39:18,23 40:1,8 41:4,20,24 43:8 49:12 56:3 60:7 61:8,13 65:5 109:6,8,15,16

**lawn** 44:7 46:9

**laws** 110:2,4

**lawsuit** 13:5 66:9 91:10,14

**lawsuits** 107:23

**lawyer** 88:24

**lawyers** 80:23

**lay** 29:14 102:21

**laying** 57:14 58:4,6, 15 61:23 70:21 98:23, 24,25 112:1,3,8,12,16

**leak** 66:16 67:1 72:18 81:11 99:23 100:6 105:17 107:11,14

**leaking** 81:14 100:25 105:22

**learn** 66:23

**leave** 19:19 43:16,17, 20 81:9 89:10 106:15, 16 108:10

**left** 16:4 52:23,25 53:6 64:7 74:9,11 94:11,14 98:16

**leg** 96:12,23 97:6

**legal** 5:13

**legally** 109:4 110:11

**legs** 70:7

**license** 6:15 79:6

**licensed** 6:14 79:8

**lie** 19:12

**life** 74:24 91:17

**lifelong** 72:19 81:21 106:24

**lift** 107:5,6

**light** 40:17

**lights** 32:2 37:15,20

**like,might** 39:11

**limit** 27:18

**Linda** 72:21 73:12,14 106:5

**lips** 45:14

**Lisa** 85:11

**listen** 22:4 24:8 84:8

**listening** 24:19

**literally** 43:19

**live** 9:1 85:12 104:21

**living** 78:16

**loaded** 18:13,15 22:20 23:9 112:16

**located** 64:4

**location** 38:23 39:19, 24 40:9 41:21 43:13 46:7,19,25 47:21

**lock** 112:24

**locked** 67:24

**locks** 67:24

**Loma** 72:21 73:12,14 106:5

**long** 16:8 59:3 65:8 67:3 72:23 78:20 82:2, 3,25 86:9,12 91:24,25 92:2 93:7 94:20,23 99:14 112:11,13

**looked** 53:6 77:16

**loose** 75:18,19

**Los** 5:15

**lose** 65:11,14,20

**lost** 65:22 80:20,25

**lot** 11:19 14:8 21:21 82:2 91:6 102:13,16 103:3,5 105:13

**lotto** 75:11,12,13,14

**loves** 77:16

**lucky** 72:12

**M**

**M-16** 50:20

**M-O-N-T-O-N-A** 79:15

**Madame** 116:12

**made** 40:6 42:23 97:24,25

**magazine** 18:15
19:6 23:9

**magistrate** 24:3
27:17 32:8 34:20

**Magistrate's** 35:6,
10

**make** 32:23 46:20
54:17 77:25 78:17
91:20 104:15 114:6

**makes** 26:3 91:14

**making** 23:14,17
78:16

**MALE** 6:25

**man** 30:18 51:8 52:14

**manual** 94:17

**mapped** 47:17

**Mario** 6:3

**mark** 9:12

**marked** 9:11,14

**Martinez** 85:11

**massive** 42:16

**matter** 5:7 7:5 82:17

**MCL** 16:12 57:6 68:22,
24 70:6

**meaning** 75:6

**means** 15:5 40:14
82:21 108:5

**meant** 36:25 91:17

**measures** 112:24

**medical** 8:14 63:4
64:18,23 65:6 66:7,11,
18 67:11

**medicated** 11:17

**medication** 8:15
87:9,11,12,14,15

**medications** 85:24
86:1,14,18,23

**memory** 33:8,11,13,
14 85:6

**mental** 108:16

**mentally** 33:24

**mention** 68:16

**mentioned** 91:22
92:8

**mess** 80:2

**messed** 105:7

**met** 88:8

**midback** 64:7

**mile** 94:21

**miles** 47:6,13,15,17

**mind** 18:1,2 30:25
39:7 105:4,5,7

**minor** 31:5

**minute** 29:22

**minutes** 7:22 92:8

**misstates** 17:7 19:8
41:9 113:14,17

**mom** 18:19

**moment** 27:5 38:22

**money** 75:14,19,20,
21 76:3,12 77:7,10,13,
25 78:5,8,9,10,11,16,17
104:15 107:24

**month** 73:25 82:22
84:25

**months** 67:15,17
70:1,3 73:6 74:14 78:22
79:5,23 81:17 92:9
93:17,18,19,20,25
94:24 95:21 101:18,23
106:14 114:5

**Montoya** 79:11,16

**mood** 86:7,9

**Moreno** 66:4

**morning** 5:5,18,20,
21 6:1,13,22 7:2 8:23,
24 86:2

**mother** 85:9

**mother's** 85:10
94:13

**motion** 34:14 115:2

**mountain** 12:15
50:6,24

**mouth** 84:11 101:12
113:18

**move** 22:14 26:7 49:5
54:3 56:15 94:5,7 103:2

**moving** 7:12 45:14
91:19 95:11

**MRI** 73:18

**mucus** 66:16 67:2
72:18 81:11,14 99:23
105:22

**muscle** 96:11,18
107:1,2,9

**muscles** 99:22

---

**N**

**named** 109:16

**narcotics** 33:1

**needed** 78:4

**noise** 14:8

**nonresponsive**
21:14 49:6

**noon** 114:8

**normal** 44:6

**noted** 35:11,13

**number** 5:11 6:11,16
23:25

**numerous** 41:23

**nurses** 100:13

---

**O**

**oath** 7:5,6 36:4 109:11

**object** 32:22,23 36:18
49:5 103:12 108:9
111:6

**objection** 17:7
20:14,15 23:20,22 25:3,
6 26:12,13 32:5 34:10
35:5,14 38:25 41:9 47:7
54:3 62:14,19 64:13
68:3 113:5,14

**objections** 39:7

**obstructing** 39:8

**obvious** 50:9

**occasionally** 94:3

**occur** 32:18

**occurred** 33:12
62:24 91:6 98:5 108:18

**officer** 6:2,5 27:4
78:23

**officers** 39:18,23
40:8 41:5,24 42:13,23
52:5,24 53:6,22 55:23
56:3 60:7 61:8 63:4
65:5

**open** 95:24 96:1

**operate** 99:7

**opinion** 64:14 68:4
104:25

**option** 69:16

**order** 22:9 24:13,14
35:6,10 89:12,14,15,17,
19,23,24 90:17,18
115:16,18 116:2,7

**ordering** 116:6

**Ortega** 6:14

**outcome** 33:21,22

**outright** 111:1

---

**P**

**p.m.** 114:16 116:19,20

**Pacific** 5:6 35:23 36:1
45:19,22 83:22,25
114:13,16 116:19

**Packer** 5:18,21 7:11
8:1 13:1 14:5 17:7,10
18:9 19:8 20:14 22:1,11
23:19 24:8,11,15 25:3,6
26:1,6,12 27:14,19,24
28:4,18,21 29:1 32:5,
10,22 34:10,16,23 35:5,
9 36:18 38:25 39:13
41:9 42:16 44:21,24
45:11,13 47:7 49:7 54:5
55:4,9,12 60:4 61:2
62:14,18 63:24 64:13
68:3 70:22 71:6 76:4

84:8 103:11 108:13
110:20 111:6,14 113:5,
14 115:9,18,24

**pants** 14:1,2 32:3

**paper** 116:3

**park** 112:4

**parked** 43:21

**part** 39:3 78:14 91:10,
13,16 92:19 108:20

**parts** 36:7

**passed** 109:8,15
110:3

**past** 110:12,16

**Patel** 87:5

**path** 70:18

**Patrick** 5:24

**Patrol** 6:2,5 88:7
115:8

**pay** 69:15 73:3

**paying** 43:4 49:14

**pelvic** 107:4

**pending** 83:10 113:5

**people** 8:3 10:25 11:3
18:4 21:8 27:11 41:3
43:5 50:7,8 52:18,19,20
53:25 54:12 57:17
59:14 62:6,7,8 78:5,7,
25 81:5,16 82:7 105:4,
10,20 109:14 110:3

**percent** 67:22

**perforated** 99:6

**period** 103:24 104:13

**person** 21:11 26:25
27:2 48:18 59:12,13
78:7,8

**physical** 66:19,20
74:19 96:25 97:5

**physicians** 100:13

**picture** 91:14

**piecing** 98:4

**pipe** 103:4

**pipes** 103:4

**piss** 62:16

**place** 5:12 20:8 27:9
30:20,22 48:5 88:20

**Plaintiff's** 35:11

**plan** 7:21

**play** 9:25 10:11 11:9
12:7 22:16 24:17 26:16
32:14 36:9 95:4

**played** 9:6,15 10:1,12
12:8 13:21 14:12,21
15:13 22:17 23:6 24:20
26:18 30:1 32:16 33:7
36:11 37:6,12,25

**playground** 95:5

**playing** 9:9 10:3
11:14 29:24 36:7

**plead** 108:4 113:7

**pocket** 75:9,14,16,20

**point** 7:22 10:9 14:15
29:22 38:9,14 47:20
89:6,11 95:9 105:12
109:3 112:21

**pointed** 98:15

**police** 9:7 15:16,19
30:17 40:16,20,25 41:2,
15,16 46:9,12 47:2
49:21 50:1 51:23 52:24
53:6,22 55:23 88:19
89:2,9,10 91:4

**pop** 73:24

**position** 30:14

**possess** 109:3 110:7

**possession** 20:11
33:1

**possibly** 101:14

**potentially** 26:15
33:2 36:19,22

**predecessor** 88:9

**prescribe** 99:25

**prescribed** 87:8

**present** 73:16

**press** 94:7

**pretty** 55:19 83:2

**preventing** 24:2

**previous** 7:3 9:5
19:18

**previously** 8:10
9:10 68:24

**prior** 17:7 19:8 38:22
86:14,17 88:18 113:14

**privacy** 91:13

**privilege** 35:13

**probation** 78:23
79:4,5 80:10

**problem** 101:10

**problems** 9:3 94:11

**proceedings** 45:20

**process** 72:24 78:14

**program** 113:21,23

**proper** 8:14

**property** 75:4,6

**protected** 36:20

**protection** 20:24
21:5 109:18

**prove** 76:19

**provide** 67:5

**provided** 67:19

**prying** 91:13

**Psychiatric** 85:4

**Psychiatrical** 85:7

**psychological**
84:5,15

**psychosis** 36:15

**PTSD** 20:20 30:24,25
31:4,21 32:4 84:19,22
85:3,20 86:22,23 87:2,
9,11,23 108:16,24

**pull** 32:3

**pulled** 40:23

**purpose** 21:4

**purposes** 114:4

**pursuing** 11:3 56:4

**pursuit** 10:14,22
37:17 47:3,6 48:1
51:11,19

**put** 14:7 16:18,25
17:14,23 22:2,6 27:11
30:3,12 31:6,22 48:2
53:22 54:1 55:24 56:4
57:16 58:1 72:7 88:25
89:15 100:2,24 101:6,
11 107:5,6 113:18

**putting** 84:11 101:3,
4,7,8

---

## Q

**question** 7:18 12:23,
25 13:9,11,12,17 14:6
17:10,11 18:5,10 22:3,
4,5 23:23 24:9,16
25:18,20 26:7,14 27:13
28:12 32:10 33:2 34:14
35:1,19 39:1,4,9,21
46:1,22 48:4 54:4,6,10,
18 55:1,11,13,17 62:20,
21 71:8 84:8 111:7,12,
15 114:23

**questions** 7:17 9:10
12:3,6,22 13:6 15:25
22:10 28:3,8 30:10
36:10 39:8 42:22,24
59:25 88:1,11 91:6,12,
15 108:1,9 114:20,22,
25 115:4,5,7,9

**quote** 33:17

---

## R

**rail** 95:2

**railroad** 10:16,22
47:22

**raising** 7:13

**rambling** 12:22

**ran** 30:19,22 61:15
74:10

**rates** 32:1

**re-ask** 17:12 39:5,9

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

**read** 25:22 27:25 35:6, 10 55:17,21 88:10 107:21 116:13

**real** 92:25

**reasking** 71:8

**reason** 21:7 27:8

**reasons** 34:11

**recall** 10:20 41:1 46:17

**recalled** 11:15,19 37:15

**receive** 64:18,23 67:11 95:16

**received** 72:1

**recognize** 41:3

**recollection** 53:12

**reconnect** 44:20

**reconstructive** 69:6,8 97:15

**record** 5:6 7:11 14:7 22:2,6,7 26:3 28:1 32:24 35:11,22 36:1 45:15,18,22 52:22 55:21 69:12 79:1 83:21, 25 108:25 111:2 114:12,16 115:13 116:13,18

**recorded** 33:8 36:7

**recording** 9:11,17 23:11,12,13 98:14

**records** 66:7,11,12 107:21

**red** 32:1

**redone** 69:21

**refer** 101:1

**referral** 106:6,11

**referred** 85:8

**refixing** 102:17

**reflects** 22:7

**refresh** 85:6

**registered** 111:19, 21

**related** 67:18 72:2 73:17 88:16 93:4

**relates** 66:21 67:11 72:2 83:4 84:5,15,22

**relationship** 89:5

**relax** 107:13

**release** 114:1

**released** 93:11,13,14 101:19 113:11,20

**Relevance** 20:14

**relevant** 13:12 35:13 108:8

**remember** 7:3 9:5,8, 24 14:17 18:14,20,21, 23 19:10 25:1,20 33:15, 16 37:3,10,17,22 38:11 39:6,10 40:12,13,15,19, 22,23 43:6 53:2,14 56:7 59:14 60:13,15,16,23 65:1 80:13 86:11 87:6 112:5,18,20

**remembered** 25:19 37:19,21,22

**remove** 7:14

**removed** 74:13,14

**Rena** 38:19

**repair** 69:20 72:4,5,17 73:4,10 81:12 99:8 100:11 107:1

**repaired** 72:8 73:21

**repairs** 99:21,22 100:8 106:21

**reporter** 6:10,13,15 8:2 33:18 53:3 54:12 55:17,18 63:8,11 116:13

**represent** 5:17 7:4 88:7

**representing** 5:22

**requesting** 65:6

**requests** 53:3

**require** 68:9

**reserve** 34:12 35:17 115:1,19

**resides** 38:18

**respect** 38:25 39:3 42:23 74:7 103:12

**responded** 35:19 44:15 49:8

**response** 9:20,22 10:17 12:11 13:10,25 14:16,23,24 19:21,23, 25 23:2,9 34:15 47:11 48:22,25 49:6,9 54:4,11 115:3

**restaurant** 81:14

**restraining** 89:11, 15,17,19,23,24 90:17, 18

**restroom** 99:20

**result** 86:19

**retarded** 33:20

**returns** 80:6,11,14

**rewind** 14:20

**Reyes** 88:8

**Reynoso** 5:25

**ribs** 64:8,9 74:9,10,11 98:16

**rifle** 50:22

**rights** 33:3 110:13

**righty** 94:19

**ring** 75:10,14

**rip** 70:11

**ripped** 71:19 72:11

**Riverside** 66:4

**road** 32:2

**rocks** 11:1 74:25

**room** 8:4 27:21 28:22, 25 105:9 106:16

**rope** 27:23

**Rosenblatt-silva** 5:13

**run** 16:11 48:12 61:19 62:4

**running** 9:19 10:25 11:2 16:10,11,13,16

17:2 20:7 21:15 31:7 32:3 37:15,20 49:16 52:6,17,25 53:22 55:23 56:3 57:2,3 58:21 61:17,22 62:1,3,4

**S**

**safe** 49:20

**scar** 96:6,7,8 99:10

**scared** 18:3,20,22 21:12,16 30:18,19,24, 25 31:3,21 41:16 47:1 49:24 52:12 53:2,12,16 60:20,21,22 61:20 108:17,24

**scene** 65:25

**scheduled** 8:11 69:20 72:17,21

**scrapes** 74:22

**scratchers** 75:11

**Sean** 6:5

**seat** 47:23 48:3

**seconds** 36:9 58:20 59:3

**secure** 31:13

**send** 78:8

**sense** 91:14

**separately** 116:6

**Sergeant** 5:24

**set** 19:20 80:4 114:5

**settlement** 76:11 77:11

**sew** 99:21

**sewed** 95:19

**shackled** 7:12

**shackles** 7:14

**shattered** 97:23,24

**sheriff** 12:5

**shift** 94:10,11,14

**shit** 11:8 25:11 33:20, 25 66:25 67:1 79:19

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

80:1 82:8 105:22

**shoot** 15:23 21:8,12 43:6,10,11,14 48:20 49:2 50:19 52:20 59:15 61:19 62:8

**shooting** 11:7 12:14 49:23,25 50:1,4,5,6,7,8, 10,18,23 51:7,21 52:2, 12 58:16,21 59:16,18, 21 61:18 62:1 64:19 99:1

**shoots** 50:14 57:19 58:2,3,5,8,9

**short** 8:3 36:3 84:2

**Shorthand** 6:15

**shortly** 47:2

**shot** 9:4 11:18 12:2,5 15:23 16:17 17:5 21:9, 10 25:17,19 29:11,15 51:17 56:23 57:1,8,9,10 58:3 59:2,4,6,7,11,12, 13,14 61:15,23 62:2,3 63:12 64:22 65:16 66:14,15,22,23 68:15 69:4,9,24 70:4,5,6 71:14 72:12 74:4 82:5,9 93:2 97:22 98:5,7,13, 20,21,25 102:1 103:17, 20 104:2,7,12,14,19 109:3

**shotgun** 50:10,11, 14,16,18,20,23,24 51:17,21,24,25

**shots** 51:8 59:8

**shoulder** 52:23,25 53:7 60:11,13,14

**showed** 98:13

**shows** 52:4

**shut** 105:15,16

**sick** 8:21

**side** 32:2 44:3 74:9,12 77:22 98:17

**sidewalks** 102:19

**significant** 81:8

**signs** 37:15,20

**sill** 93:12

**simple** 12:21 28:18 54:17

**simply** 14:5

**simultaneous** 59:19

**simultaneously** 5:19 6:23 11:16 12:24 15:7 17:20 18:8 19:4,16 20:9,13 21:2,13,23 23:16 25:25 26:5 27:15 28:2,17 31:2,24 32:20 34:22 35:7 39:12 40:3 42:14 43:25 44:9 47:9 48:24 52:8 53:24 54:19 55:3,8 56:17 58:23 60:2,24 62:10,17 63:7, 23 70:13 71:13 73:2,8 76:7 79:21 81:2,19 83:20 87:17 90:8,15 93:6 96:10 97:20 99:17 100:3,18 102:2 103:18 106:7 107:18 110:19 113:13

**sir** 115:17

**sister** 38:21

**sister's** 79:18

**sister-in-law's** 89:3 91:4

**sit** 19:12 81:13 92:24 93:1

**sitting** 46:6,15 108:2

**situation** 101:21

**slips** 100:24 101:3,4

**small** 112:22

**smell** 81:3,4,9 82:8,13 105:8,9,20

**smells** 81:10 99:24

**soap** 8:17,20 67:2 100:1 101:1 105:13

**soaps** 99:25

**Sobaszek** 5:24

**social** 81:6

**sort** 45:15

**sound** 47:18 50:23 51:17

**sounds** 50:14

**speak** 54:11

**speaking** 5:19 6:23 11:16 12:24 15:7 17:20 18:8 19:4,16 20:9,13 21:2,13,23 23:16 24:1 25:25 26:5 27:15 28:2, 17 31:2,24 32:20 34:22 35:7 39:12 40:3 42:14 43:25 44:9 47:9 48:24 52:8 53:24 54:19 55:3,8 56:17 58:23 60:2,24 62:10,17 63:7,23 70:13 71:13 73:2,8 76:7 79:21 81:2,19 83:20 87:17 90:8,15 93:6 96:10 97:20 99:17 100:3,18 102:2 103:18 106:7 107:18 110:19 113:13

**special** 67:2 99:25 100:1

**specialist** 69:19

**specialists** 69:12,13

**specific** 111:15

**specifically** 34:17 70:16 71:16

**specifics** 83:10

**speculation** 47:7 64:13 68:3

**speed** 32:1

**spell** 79:12,16 86:4,5 102:10

**spike** 50:25 51:2,10, 12,15,16

**splash** 102:23,25

**splashed** 102:24

**split** 16:24 17:16,21

**spoke** 34:19 41:14

**stability** 97:13

**stabilizers** 86:7,10

**stable** 33:24

**staff** 100:20

**stand** 92:1

**standing** 29:12,15 57:15,19 62:24

**start** 32:2 51:7 59:18, 21 67:10 89:16 92:13, 22 97:3 101:7,8 114:5

**started** 54:1 55:17 58:21 88:19 105:10 106:20

**starting** 59:15

**starts** 39:8

**state** 5:8,17 6:4,11,14 116:17

**statement** 9:6 13:17 33:2,8 36:8

**statements** 76:19

**States** 5:9

**status** 97:5 100:12

**stay** 8:21 34:1,7 82:3, 13 89:17 105:14

**Steno** 5:14

**step** 17:1 57:4

**stepping** 57:7

**steps** 16:13,15,16 62:5

**stick** 94:10,14

**stitch** 95:23

**stitches** 67:13,14

**stole** 75:12

**stomach** 58:11 63:20 71:21,25 72:5 73:19,20 99:4,9

**stood** 98:15

**stop** 16:11,13,15 17:1, 2 18:3,22 26:21 27:3,6 29:9,10,14 30:6 37:15, 20 53:18 57:4,5,16,18 60:25 110:20

**stopped** 9:17 14:14 15:15 16:10 22:19 26:20 29:11 36:13 38:2 64:10

**stopping** 16:11 27:6

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

29:11 54:1 57:3,17 58:1 62:4 95:2
**store** 112:4
**straight** 50:17 61:11 75:13 98:6
**Street** 5:14
**strike** 49:6 54:3
**strips** 50:25 51:2,10, 13,15,17
**strong** 70:8
**stuff** 25:11,20,22,23 75:15 93:22 95:5,20 103:6 110:16
**stupid** 33:25
**suboxone** 86:3 87:25
**substance** 35:12
**suffer** 66:20
**Suggesting** 13:16
**Suite** 5:15
**support** 77:12
**supposed** 10:8 67:4 69:19,21
**surgeon** 73:12,14 106:5
**surgeries** 68:1,10 69:14 72:14,20 74:15 95:18,19 100:8,15 101:14
**surgery** 69:6,8,10,11, 20 72:4,5,17 73:5,10,15 74:1 97:15 100:10 101:5 106:3,9
**surrender** 15:22 17:1 46:18,24 52:18,19, 20
**surrendering** 15:11 29:21 30:5,12,15
**surveillance** 52:3
**survive** 76:14,15
**sustain** 74:7
**sustainable** 80:7

**swear** 6:11
**sworn** 6:18

**T**

**table** 92:25
**taking** 5:12 16:15 57:4 62:5 85:24 86:1,9, 18,23 87:12,14,16
**talk** 13:2 28:22 39:22 40:7 44:17 66:5,18 74:6 91:9 104:13
**talked** 75:2 100:7,13, 20
**talking** 26:3 37:23 38:9 46:6 51:2 64:3 68:23 71:16 84:3 88:15
**tape** 105:15,16
**taping** 105:14,15
**Task** 38:3
**tattooed** 90:22
**tattoos** 78:25
**tax** 80:6,11,13
**technical** 45:25
**teenager** 86:13
**telling** 12:15 19:10,11 23:14 27:5 60:22 95:7 101:12 107:20 109:10 110:4
**ten** 7:21 93:17,18,19, 20,25 94:24 101:18
**ten-minute** 35:21 83:18 114:9
**terrified** 52:13
**testified** 6:18 53:21 55:22 56:2
**testimony** 8:8 17:8 19:8 41:9 56:7 62:12 108:23 113:15
**therapy** 97:1,5
**thigh** 57:10 58:10 63:16,18 66:23 69:22, 24 70:5,12,17,19,21 71:4,16,19,23 72:2

73:17 95:14,15,17,20, 22 96:19 99:15
**thin** 27:22
**thing** 31:16 40:14
**things** 13:12 88:9,15 96:22 107:24
**thinking** 25:14,15,16
**thought** 61:15
**threatening** 74:24
**throw** 20:1
**throwing** 51:12
**thrust** 107:4
**thumb** 64:6
**tickets** 75:11,12,13, 14
**tighten** 107:4
**time** 5:6 7:12 11:21 14:4 15:12 17:4 18:12 19:7 21:21,24 31:10,11, 20 34:8 35:23 36:1,23 38:9,22,23 45:19,22 54:13 55:7 57:15 59:3, 12 62:3 76:11 77:8,17, 21 80:13,15,18 82:8 83:1,22,25 89:6 93:11, 21 95:1 101:18,20,25 102:1,4 103:7,13,15 104:8,21 105:12 109:3, 24 113:1 114:13,16 115:23 116:18,19
**times** 23:25 31:11 51:11 52:24 53:6,11 63:13 65:16
**to--** 92:4
**today** 8:8 21:21 28:8 33:12 67:6,21 108:23 109:10
**told** 7:14 8:17 11:21 15:11 19:25 23:11 31:5, 9 37:14 38:3 43:3 60:13 68:22 69:7 79:11 88:24 89:14 101:13 108:4 113:10
**tore** 69:5 70:6,10
**torn** 16:12 57:6 68:22, 24

**toss** 19:20
**total** 79:23
**tow** 94:13,14
**track** 102:19 114:6
**tracks** 10:16,22 38:10 47:22
**train** 38:10
**transcript** 115:17,18 116:2,6,7,9
**transfer** 76:18,20
**transferred** 77:5
**transmission** 94:6, 17
**transported** 65:25
**trash** 46:10
**travel** 70:18
**treatment** 8:14 67:18 95:16
**Trent** 5:20,21 27:16, 22
**trial** 114:4,5
**tripping** 32:9 37:8
**trouble** 7:8 94:25 95:13
**truck** 94:13,14 102:14
**true** 110:5
**truth** 7:6 34:5,6
**turn** 42:7 88:2
**turning** 52:4
**type** 79:19 113:23

**U**

**U-SHAPED** 44:1
**Uh-huh** 24:11 85:19 112:7
**unconscious** 65:9
**underneath** 98:16
**understand** 7:5,9, 18 13:18 26:6 36:4 39:20,21 46:22 48:4

GEORGE GONZALEZ - VOL. IV
JANUARY 30, 2026

JOB NO. 2372189

54:14,15,25 55:12
70:19 75:5

**understanding**
26:25 64:11 83:3 88:18
89:1 91:3 93:2 95:12
108:11,15 109:11,25
113:19

**UNIDENTIFIED**
6:25

**United** 5:9

**University** 66:4

**unsanitary** 105:21

**upset** 12:22

**upstairs** 80:4

—————————

**V**

—————————

**vague** 103:12

**Valley** 66:4

**vehicle** 10:15,21
13:24 19:20 38:10
40:17,21,25 41:2,4,25
43:21 46:7,16 47:21,22
49:13,17

**vehicles** 40:16

**Velasquez** 109:16

**venue** 5:9

**versus** 5:8 116:17

**victim** 53:16

**video** 32:15 42:17
52:4,21 53:13,15,17
60:15,17 98:14 108:2
115:17,19 116:2,7,9

**violent** 110:14,15

**volume** 9:12 116:15

—————————

**W**

—————————

**wages** 80:20

**waistband** 14:3
31:22 32:4 47:24 48:2,5

**wait** 20:15 54:5 55:5,
13 57:18 62:20 64:20

**walk** 59:14 66:22,23
67:14 69:25 70:2,7
81:17 82:2 91:24 92:1,
9,11,23,25 93:20,23
94:19 96:14 97:9,25
99:14

**walked** 59:12,13

**walker** 67:4 70:1
92:3,5,15 93:12 96:16
97:13

**walking** 92:13 94:25
95:12,13 96:14

**wallet** 75:18

**walls** 92:24

**wanted** 10:10 48:10,
13 78:24

**warrants** 90:3,5,6,9,
14

**wash** 67:2

**wasting** 21:24 55:7

**watching** 61:19

**water** 102:14

**watered** 102:14

**weak** 70:9

**wear** 67:3 81:11 82:1

**wearing** 41:6

**wedding** 75:10

**week** 91:22 104:10

**weird** 75:15 107:6

**wheelchair** 67:3,5
70:7 82:2 91:22,23,24
92:2,18,20 93:24

**Whittier** 38:14,23
39:19,23 40:2,8 41:21
43:13 46:7,18,24 47:21

**Whoa** 52:16

**wife** 25:15 81:8

**window** 19:21 20:1

**withdrew** 75:20,21,
23

**woke** 8:17

**word** 113:9

**words** 84:11 101:11
113:18

**work** 13:8 78:2,24
79:1,3,24 81:15,25
94:12 96:23 102:5,23
103:4 104:6,9,10,11,18
105:1,3,20 108:25

**worked** 77:22 78:8
79:20 80:15 81:16
102:6,7

**working** 44:23 77:25
78:17,20 81:23 103:20
104:16

**workouts** 107:2,4,7

**worried** 20:10

**worth** 75:10,11

**wound** 95:24 96:1

**wrap** 114:10

**wrong** 32:2 33:23

—————————

**Y**

—————————

**yard** 44:2

**year** 80:17 93:9 113:3

**years** 20:5 25:10
66:25 80:19 109:24

**yell** 29:7 46:14

**yelled** 27:2

**yelling** 26:21,22 27:1,
3 29:5,9 43:5 53:17
61:1

**Yucaipa** 85:13,16,18

**Yvette** 43:5 75:21
76:24 77:1 89:6 90:22,
25 104:23,24 112:21

**Yvette's** 38:21 79:17

—————————

**Z**

—————————

**Zelle** 76:18,20,23
78:11

**Zoom** 5:12