Page 1

1

2

3

4    AUDIO: 304. BWC. REYNOSO, ANDREW. 012424 [COH000487]

5

6

7

8                    IN THE MATTER OF

9          GONZALEZ, GEORGE V. CITY OF HEMET, ET AL.

10              CASE NO: 5:25-cv-00331-KK-DTB

11

12

13

14              Wednesday, January 24, 2024

15

16

17

18                    RB# 1412975

19

20

21

22                    MK# 7993-70029

23

24

25

Page 2

1              [P R O C E E D I N G S:]

2         MR. REYNOSO:  Let me see your hands.  Let me

3   see your hands.  Let me see your hands.  Let me see

4   your hands.

5         UNIDENTIFIED SPEAKER:  Now, now, now, now.

6         MR. REYNOSO:  Don't reach.  Don't reach.

7   Don't reach.  Don't reach.

8         UNIDENTIFIED SPEAKER:  Stop reaching

9   (inaudible).  Stop reaching (inaudible).

10        MR. REYNOSO:  1033.  Don't reach.  He's moving

11  something in his hand.

12        UNIDENTIFIED SPEAKER:  Drop it now.

13        MR. REYNOSO:  Drop it.  He's got something in

14  his left hand.  Something in his left hand.  Hey, go

15  around, Del Bono.  Go around that side.

16        UNIDENTIFIED SPEAKER:  Stop.

17        UNIDENTIFIED SPEAKER:  Don't do it.  Don't do

18  it.

19        MR. REYNOSO:  Don't do it.  Don't do it.  Hey,

20  get some shield.  Hey, get some cover.  Hey, he does

21  not go to that house.  Do you understand me?  Knock it

22  off.  Hands up.  Hands up.  Hands up.  You're going to

23  get bit.  You're going to get bit by the police dog.

24        Hey, scoot this car up.  Scoot this car up.

25  Gang 103 (phonetic).  We got one moving around in the

Page 3

1   back.  We have him at gunpoint.  He's barricaded in the

2   vehicle.

3           UNIDENTIFIED SPEAKER:  (Inaudible).

4           MR. REYNOSO:  We're code 4 right now.  We have

5   sufficient.

6           UNIDENTIFIED SPEAKER:  (Inaudible).

7           MR. REYNOSO:  Stop moving around, bro.  Hey,

8   stop reaching around.  I think you're armed.  Stop

9   reaching around.

10          UNIDENTIFIED SPEAKER:  (Inaudible).

11          MR. REYNOSO:  He's got all the windows closed,

12  except for that one on that side.

13          UNIDENTIFIED SPEAKER:  Okay.

14          UNIDENTIFIED SPEAKER:  (Inaudible).

15          MR. REYNOSO:  Hey, get the 40 on that side.

16          UNIDENTIFIED SPEAKER:  Subject reaching inside

17  the vehicle, noncompliant.  (Inaudible).

18          UNIDENTIFIED SPEAKER:  (Inaudible).

19          UNIDENTIFIED SPEAKER:  Stop reaching in the

20  car, you're going to get shot.

21          MR. REYNOSO:  Stop reaching around.  Listen,

22  he does not make it towards that house.  Does that make

23  clear?  Del Bono, do you copy?  He does not make it to

24  that house, Del Bono.

25          UNIDENTIFIED SPEAKER:  (Inaudible).

Page 4

1            MR. REYNOSO:  He's got a TRO, and he's not

2    supposed to be here.  He's franked for weapons and

3    drugs.  Hey, we just need you to stop.  Stop reaching

4    around and exit, dude.  It's done.  It's done.

5            UNIDENTIFIED SPEAKER:  (Inaudible).

6            UNIDENTIFIED SPEAKER:  Okay.

7            MR. REYNOSO:  Gang 103.  We're trying to

8    negotiate, but he's refusing to listen.

9            UNIDENTIFIED SPEAKER:  (Inaudible).

10           UNIDENTIFIED SPEAKER:  Gang 432 and unit 97

11   (inaudible).

12           UNIDENTIFIED SPEAKER:  Stop reaching around

13   inside the car.  Put both of your hands up.

14           MR. REYNOSO:  Hey, we got kids in that house,

15   and we have females in that house, so watch your angle.

16           UNIDENTIFIED SPEAKER:  If you continue to

17   reach, you're going to get shot.  Stop reaching inside

18   the car.

19           UNIDENTIFIED SPEAKER:  (Inaudible).

20           MR. REYNOSO:  We have a 40 on that side.

21           UNIDENTIFIED SPEAKER:  (Inaudible) 40.

22           UNIDENTIFIED SPEAKER:  Put both of your hands

23   up.

24           MR. REYNOSO:  Hey, it's done.  It's done.

25   It's the police.  We're here.  You're under arrest.

Page 5

1  It's done.  We're not leaving.  You need to give up.

2  It's done.  Hey, if he gets towards that front -- if he

3  gets towards the front seat, I need you to push this

4  car up, okay?

5              UNIDENTIFIED SPEAKER:  (Inaudible).

6              MR. REYNOSO:  If he starts moving towards the

7  front seat, push this car up.

8              UNIDENTIFIED SPEAKER:  Subject noncompliant,

9  barricaded inside the vehicle.  (Inaudible).

10             MR. REYNOSO:  Gang 103, he's making statements

11  that we're going to have to kill him.  We're still

12  trying to negotiate.  We're sufficient.

13             UNIDENTIFIED SPEAKER:  We're facing southbound

14  in the parking lot.  Let's do what we can do to get the

15  address now.  It's going to be the second house.  He's

16  --

17             MR. REYNOSO:  Hey, go in the house, go in the

18  house.

19             UNIDENTIFIED SPEAKER:  Facing southbound and

20  (inaudible).

21             MR. REYNOSO:  Again, be cognizant, there are

22  kids inside that house, and there are women in that

23  house.

24             UNIDENTIFIED SPEAKER:  (Inaudible) let's get

25  out.

COH002085

Page 6

1                UNIDENTIFIED SPEAKER:  (Inaudible).

2                MR. REYNOSO:  Hey, turn on the spotlight.

3                UNIDENTIFIED SPEAKER:  (Inaudible).

4                MR. REYNOSO:  Yeah, turn it on.  Hey, is

5  everyone behind cover?  No one's out in the open?

6  Watch our crossfire.  He might be armed.

7                UNIDENTIFIED SPEAKER:  (Inaudible).

8                UNIDENTIFIED SPEAKER:  I'm going to be fucking

9  die right now.

10                UNIDENTIFIED SPEAKER:  No, you're not.

11                UNIDENTIFIED SPEAKER:  Yes, I am.

12                MR. REYNOSO:  We don't want him to exit.  Hey,

13  get away from the -- you need to move out of the

14  crossfire, please.  Move, ma'am.  Move over there.

15                UNIDENTIFIED SPEAKER:  Let me talk to her

16  first (inaudible).  Please, guys.

17                MR. REYNOSO:  Hey, tell you what?  You give

18  up?  You give up?  I'll absolutely let you give her a

19  kiss, and I'll let you talk to her.  But you got to

20  peacefully surrender.

21                UNIDENTIFIED SPEAKER:  (Inaudible).

22                MR. REYNOSO:  Hey, can you see anything on

23  there, Coley?

24                UNIDENTIFIED SPEAKER:  I see him moving around

25  in that car (inaudible).

Page 7

1          MR. REYNOSO:  Hey, we're not leaving anywhere.

2    What's his first name, again?  George?  Hey, George?

3    We just want a peaceful resolution.  Hey, you just got

4    a silly warrant.  We don't need to make it worse.

5    George, we don't need to make it worse.

6          UNIDENTIFIED SPEAKER:  (Inaudible).

7          MR. REYNOSO:  Just exit, George.

8          UNIDENTIFIED SPEAKER:  (Inaudible).

9          UNIDENTIFIED SPEAKER:  (Inaudible).

10         UNIDENTIFIED SPEAKER:  (Inaudible).

11         MR. REYNOSO:  Hey, what's the numerics here?

12         UNIDENTIFIED SPEAKER:  (Inaudible) there is

13   approximately eight units, 97.

14         UNIDENTIFIED SPEAKER:  Any additional units

15   (inaudible).

16         UNIDENTIFIED SPEAKER:  (Inaudible) southbound.

17   Traffic (inaudible) Whittier.

18         UNIDENTIFIED SPEAKER:  Copy, southbound

19   traffic (inaudible) Whittier.

20         MR. REYNOSO:  Gang 103, just for an update,

21   we're sufficient on scene.  We have a K-9 present.

22   We're trying to negotiate a peaceful surrender of the

23   male.  Hey, push --

24         UNIDENTIFIED SPEAKER:  Sufficient units on

25   scene.

```
                                                    Page 8
 1            MR. REYNOSO:  -- push this forward.  Push this
 2   forward.
 3            UNIDENTIFIED SPEAKER:  Yeah, you got me?
 4            MR. REYNOSO:  I got you.  Push it forward.
 5   Push it -- turn more to the right.  Turn more to the
 6   right.
 7            UNIDENTIFIED SPEAKER:  (Inaudible) Whittier.
 8            MR. REYNOSO:  Stop.  Stop right there.  We're
 9   good.  We're good.
10            UNIDENTIFIED SPEAKER:  (Inaudible) westbound
11   traffic.
12            UNIDENTIFIED SPEAKER:  Unit (inaudible)
13   Whittier (inaudible) westbound traffic.
14            MR. REYNOSO:  Get up here, bro.  Get that
15   window.  (Inaudible) get that window.  Hey, I'm off
16   lethal, okay?
17            UNIDENTIFIED SPEAKER:  Okay.
18            MR. REYNOSO:  I'm here with you guys.
19            UNIDENTIFIED SPEAKER:  Do you want me to
20   (inaudible)?
21            MR. REYNOSO:  No, you're good right here.  He
22   doesn't make it out?
23            UNIDENTIFIED SPEAKER: No.
24            MR. REYNOSO:  We're going to give him ample
25   time, okay?
```

Page 9

1            UNIDENTIFIED SPEAKER:  Yeah.

2            MR. REYNOSO:  If we need to breach a window,

3    we'll breach a window, and then we'll move forward from

4    there.  Hey, someone needs to keep building rapport.

5    Whoever that is, keep talking to him.

6            UNIDENTIFIED SPEAKER:  (Inaudible).

7            UNIDENTIFIED SPEAKER:  What's his warrant?

8            MR. REYNOSO:  11-37.1 (phonetic).  He might be

9    armed right now.

10           UNIDENTIFIED SPEAKER:  Yeah, I can't

11   (inaudible).

12           MR. REYNOSO:  And he's been reaching around a

13   ton.

14           UNIDENTIFIED SPEAKER:  yeah.

15           MR. REYNOSO:  He has a TRO and he's not

16   supposed to be here.  He's franked for that, and he's

17   franked for another felony.  We're right here.

18           UNIDENTIFIED SPEAKER:  You need to come out of

19   the car, come out, hands up.

20           UNIDENTIFIED SPEAKER:  Car is on.  Car is on.

21           MR. REYNOSO:  Car is on.  Hey, everyone, watch

22   yourselves.  Gang 103, update.  He's blocking the

23   windshield, and he's starting the car.  Hey, do we have

24   spikes?  Get spikes.  Get spikes.

25           UNIDENTIFIED SPEAKER:  Spikes.

Page 10

1            MR. REYNOSO:  Spikes up.  Watch yourself right

2     here in the middle.  Watch yourself in the middle.

3     Hey?  Watch yourself.  Hey, get ready to go.  Let's go.

4     Let's go.  Let's go.  Let's go.  Let's go.  Let's go.

5     Let's go.  Go, go, go, go.  Back up.  Back up.

6            UNIDENTIFIED SPEAKER:  I am.  I am.  I am.

7            UNIDENTIFIED SPEAKER:  (Inaudible).

8            MR. REYNOSO:  Go, go, go, go, go.  Go, go, go.

9            UNIDENTIFIED SPEAKER:  I'm going.  I'm going.

10     I'm going.

11            MR. REYNOSO:  Go.

12            UNIDENTIFIED SPEAKER:  (Inaudible) eastbound

13     Whittier.

14            MR. REYNOSO:  Move, Pat (phonetic).  Go.  Just

15     get in front of him.  Get up there.  Go, go.  Gang 103,

16     we're in pursuit, going eastbound on Whittier, through

17     the red, through stop sign.  Speeds are 45.  Light

18     traffic.  No peds.

19            UNIDENTIFIED SPEAKER:  Eastbound Whittier,

20     (inaudible) in pursuit, through the stop sign.

21            MR. REYNOSO:  If you guys can patch with him,

22     please, we're still eastbound through Columbia.  Gang

23     103, we're calling out --

24            UNIDENTIFIED SPEAKER:  We can patch with Red

25     (phonetic).

Page 11

1          MR. REYNOSO:  We can patch with Red.

2   Continuing eastbound still.  Speeds are approximately

3   60, through the stop sign at Cornell.  Light traffic.

4   No peds.

5          UNIDENTIFIED SPEAKER:  Through the stop sign

6   at Cornell.

7          UNIDENTIFIED SPEAKER:  (Inaudible).

8          UNIDENTIFIED SPEAKER:  Copy.

9          MR. REYNOSO:  I got supervisor control.  Go,

10   go, go, go, go, go.  Gang 103, we're still eastbound.

11   We're approaching Dartmouth.  Speeds are approximately

12   70.  Light traffic.  No peds.  Oh, northbound,

13   northbound, right?  Is that it?

14          UNIDENTIFIED SPEAKER:  Eastbound approaching

15   Dartmouth.  Speed 70.

16          MR. REYNOSO:  No.  No.  Car-to-car, Pat.  You

17   got to -- you're pulling away.  I don't know where he's

18   at.

19          UNIDENTIFIED SPEAKER:  And all units are now

20   patched with Red.

21          MR. REYNOSO:  Meridian.  Go, go, go.

22   Northbound Meridian.  Speed is approximately 70.  Light

23   traffic.  No peds.

24          UNIDENTIFIED SPEAKER:  I got my foot down as

25   far as --

Page 12

1          MR. REYNOSO:  You're good.

2          UNIDENTIFIED SPEAKER:  Northbound Meridian.

3          MR. REYNOSO:  Dip, dip, dip.  Hit right side.

4  103, eastbound Acacia (phonetic).

5          UNIDENTIFIED SPEAKER:  Eastbound Acacia from

6  Meridian.

7          MR. REYNOSO:  We're eastbound Acacia.  He made

8  a northbound turn.  Standby for the street.  Speed is

9  50.  Light traffic.  No peds.

10          UNIDENTIFIED SPEAKER:  Northbound turn from

11  eastbound Acacia.

12          MR. REYNOSO:  We're going to be northbound

13  Stanford (phonetic), through the stop sign.

14          UNIDENTIFIED SPEAKER:  Northbound Stanford,

15  through stop.

16          MR. REYNOSO:  Gang 103, my apologies.

17  Northbound Hemet (phonetic), passed Florida, continuing

18  northbound.  Speed is approximately 70.  Light traffic.

19  No peds.

20          UNIDENTIFIED SPEAKER:  Northbound Hemet,

21  passed Florida.

22          MR. REYNOSO:  We're still northbound through

23  Lincoln, blew the stop sign.  Speed is approximately

24  70.  Light traffic.  No peds.

25          UNIDENTIFIED SPEAKER:  Northbound Hemet

Page 13

1  through Lincoln, blew the stop sign.

2        MR. REYNOSO:  Slow down.  Slow down.  He made

3  a left.  He made a left.  He made a left.  We are

4  eastbound -- correction, westbound Charlton (phonetic),

5  through the stop sign.  Speed is approximately 45.

6  Light traffic.  No peds.

7        UNIDENTIFIED SPEAKER:  Westbound Charlton,

8  through the stop sign.

9        MR. REYNOSO:  Northbound Park.  Wrong side of

10 the road.  The vehicle is -- speed is approximately 70.

11 Light traffic.  No peds.

12       UNIDENTIFIED SPEAKER:  Northbound Park.  Wrong

13 side of the road.

14       MR. REYNOSO:  We're (inaudible) west around

15 Park.  Speeds are approximately 85.  Passing on the

16 wrong side of the road.  Light traffic.  No peds.

17       UNIDENTIFIED SPEAKER:  Westbound around Park.

18 Passing on the wrong side of the road.

19       UNIDENTIFIED SPEAKER:  (Inaudible) Park

20 (inaudible) Hewitt (phonetic) with spikes.

21       MR. REYNOSO:  Okay.

22       UNIDENTIFIED SPEAKER:  Park (inaudible) Hewitt

23 with spikes.

24       MR. REYNOSO:  (Inaudible) copy the spikes,

25 copy the spikes.  (Inaudible).

COH002093

Page 14

1          UNIDENTIFIED SPEAKER:  (Inaudible) Hewitt with

2  spikes.

3          UNIDENTIFIED SPEAKER:  (Inaudible) Hewitt with

4  spikes.

5          MR. REYNOSO:  We are still westbound.  Speeds

6  are approximately 65.  Light traffic.  No peds.

7          UNIDENTIFIED SPEAKER:  Westbound Park.

8  (Inaudible).

9          MR. REYNOSO:  Slow down for spikes, Pat, when

10  we get to that intersection.

11          UNIDENTIFIED SPEAKER:  We got spikes

12  (inaudible).

13          UNIDENTIFIED SPEAKER:  (Inaudible).

14          MR. REYNOSO:  Northbound Hewitt.  Speed is

15  approximately 45.  Light traffic.  No peds.

16          UNIDENTIFIED SPEAKER:  Northbound Hewitt.

17          UNIDENTIFIED SPEAKER:  (Inaudible).

18          UNIDENTIFIED SPEAKER:  (Inaudible).

19          MR. REYNOSO: Eastbound Commonwealth, headed

20  towards (inaudible).  Correction, westbound.  Speed is

21  approximately 65.  Light traffic.  No peds.

22          UNIDENTIFIED SPEAKER:  Westbound Commonwealth,

23  towards (inaudible).

24          MR. REYNOSO: We're going to be entering the

25  Walmart parking lot.

Page 15

1          UNIDENTIFIED SPEAKER:  Entering Walmart

2  parking lot.

3          MR. REYNOSO:  We're going to be on the south

4  side of Walmart, going westbound.

5          UNIDENTIFIED SPEAKER:  South side of Walmart,

6  going westbound.

7          MR. REYNOSO:  Speeds here approximately 25,

8  light traffic, no peds.  Northbound, San Jacinto.  From

9  Walmart, speed is approximately 45, light traffic, no

10  peds.

11          UNIDENTIFIED SPEAKER:  Northbound, San Jacinto

12  from Walmart to Commonwealth.

13          MR. REYNOSO:  Through the red light.

14  Commonwealth, still northbound.

15          UNIDENTIFIED SPEAKER:  Northbound through the

16  red light.

17          UNIDENTIFIED SPEAKER:  San Jacinto, Esplanade

18  (phonetic), back off, back off.

19          UNIDENTIFIED SPEAKER:  Spike, spike, spike.

20          MR. REYNOSO:  We are westbound, westbound on

21  Esplanade.  Speeds are approximately 55, light traffic,

22  no peds.

23          UNIDENTIFIED SPEAKER:  Westbound Esplanade.

24          MR. REYNOSO:  Westbound 5.

25          UNIDENTIFIED SPEAKER:  (Inaudible) westbound

Page 16

1  5.

2          MR. REYNOSO:  Gang 103, we're still westbound,

3  we're approaching State Street.  Speeds are

4  approximately 70, light traffic, no peds.

5          UNIDENTIFIED SPEAKER:  Westbound Esplanade,

6  approaching State.

7          UNIDENTIFIED SPEAKER:  (Inaudible).

8          UNIDENTIFIED SPEAKER:  (Inaudible) patch with

9  red.

10          MR. REYNOSO:  Gang 103, we're still continuing

11  westbound, we have a K-9 with us, gang units are 1 and

12  2, K-9 Hemet PD is number 3.  We're approaching Palm,

13  speeds are 85.

14          UNIDENTIFIED SPEAKER:  Westbound Esplanade,

15  approaching Palm, gang units are 1 and 2, K-9 Hemet PD

16  is number 3.

17          MR. REYNOSO:  Still westbound, speed is

18  approximately 80, light traffic, no peds, we're

19  approaching Lyon (phonetic).

20          UNIDENTIFIED SPEAKER:  Westbound Esplanade at

21  Lyon.

22          MR. REYNOSO:  King 3, gang 103, if we get a

23  moment for you to safely get up ahead, we will let you

24  pass.  Gang 103, still westbound, through the stop sign

25  at Kirby (phonetic).  Speed is approximately 45, light

Page 17

1  traffic, no peds.

2          UNIDENTIFIED SPEAKER:  Westbound Esplanade

3  through the stop sign at Kirby.

4          MR. REYNOSO:  This is how a TC is called or a

5  pursuit is called.

6          UNIDENTIFIED SPEAKER:  So, on Route 1097,

7  they're approaching Sanderson (phonetic), speeds of

8  about 60.

9          UNIDENTIFIED SPEAKER:  That's what I'm

10 calling.

11         UNIDENTIFIED SPEAKER:  Through a red light,

12 will be northbound, the wrong side of the road,

13 Sanderson, northbound from Esplanade.

14         UNIDENTIFIED SPEAKER:  Northbound Sanderson

15 from Esplanade on the wrong side of the road.

16         UNIDENTIFIED SPEAKER:  We're approaching 7th

17 Street, red light, through the red light, continuing

18 northbound, back on the correct side of the street.

19         UNIDENTIFIED SPEAKER:  Sanderson (inaudible)

20 through the red light on the right side of the street.

21         MR. REYNOSO:  Carter Car, King 3, can you get

22 up here to the number 3 spot?

23         UNIDENTIFIED SPEAKER:  He's back into, he

24 crossed over briefly, he's back on the correct side of

25 the street.  Northbound, speed of about 60, at

Page 18

1    Esplanade, through the red light at Esplanade.

2    Northbound Sanderson, if we have units, can you give us

3    a spike set up at Ramona Boulevard (phonetic) or the

4    expressway?

5              UNIDENTIFIED SPEAKER:  (Inaudible).

6              UNIDENTIFIED SPEAKER:  566, I'm in the area, I

7    can try to set spikes on Lyon and Ramona Boulevard.

8              UNIDENTIFIED SPEAKER:  Lyon and Ramona

9    Boulevard with spikes.

10             MR. REYNOSO:  He's your chase there.

11             UNIDENTIFIED SPEAKER:  Yeah.  I still like to

12   double check.

13             MR. REYNOSO:  No, no, no, you're good.  Doing

14   good, you're doing great, brother.  Star 9's calling

15   it, we're up.  Got the bird.

16             UNIDENTIFIED SPEAKER:  Northbound, speeds of

17   about 65, using all lanes to pass the vehicles.

18             UNIDENTIFIED SPEAKER:  Still northbound,

19   Sanderson.

20             UNIDENTIFIED SPEAKER:  We have a lot of head-

21   on traffic coming through, so I want to back off a

22   little bit.  Speeds of about 75, 80.  He's in light

23   traffic (cross talk).

24             MR. REYNOSO:  It's me and Sobey (phonetic),

25   and I don't know what other Hemet PD units are.  I

Page 19

1  can't see, because we're 1 and 2.

2          UNIDENTIFIED SPEAKER:  (Inaudible).

3          MR. REYNOSO:  No, you're good, I've got

4  supervisor control here.  Okay.  Well, we're still

5  northbound, we're about to hit Ramona Expressway.  Just

6  tell all your Hemet guys to go back, except for King 3.

7          No.  No, it's fine, dude.  I know it sucks,

8  but we've got a ton of RSO coming this way, so they can

9  back out.  If you come back to Hemet, by all means, but

10 they can all back out.  All I want is King 3.  Yeah.

11 All right.  Thanks, man.  Yes.

12         UNIDENTIFIED SPEAKER:  Oh, spikes, spikes,

13 spikes, spikes, spikes.

14         MR. REYNOSO:  Okay.  Go, go, go, go, go.

15 You're good, good, good.

16         UNIDENTIFIED SPEAKER:  Northbound Sanderson,

17 through the green light at Ramona Expressway and Ramona

18 PD has a unit at (inaudible).

19         MR. REYNOSO:  Subject is franked times two and

20 is believed to be armed with a firearm.  One of his

21 felony warrant is 11-370.1.

22         UNIDENTIFIED SPEAKER:  Franked times two,

23 believed to be armed with a firearm.

24         UNIDENTIFIED SPEAKER:  (Inaudible) we've got

25 him now.  And he has light traffic and clear

Page 20

1  conditions.

2          MR. REYNOSO:  Gang 103 to all Hemet PD units,

3  unless you're King 3, you need to back out and head

4  back to the city.

5          UNIDENTIFIED SPEAKER:  Exiting Gilman Springs

6  (phonetic).

7          UNIDENTIFIED SPEAKER:  Exiting Gilman.

8          UNIDENTIFIED SPEAKER:  All units, do you

9  (Inaudible) you're going to be northbound, getting back

10  on Gilman -- back on Sanderson.

11          UNIDENTIFIED SPEAKER:  Northbound Sanderson

12  from Gilman.

13          UNIDENTIFIED SPEAKER:  10-6, 12-4.

14          UNIDENTIFIED SPEAKER:  Call Vera (phonetic).

15          UNIDENTIFIED SPEAKER:  (Inaudible).

16          UNIDENTIFIED SPEAKER:  (Inaudible).

17          MR. REYNOSO:  Hey, brother.  Hey.  Because

18  there's a lot of RSO units for Cunningham (phonetic),

19  he wants you guys to head back.  The only one that is

20  going to be allowed is King 3.  I'm sorry.  You're

21  number 4?  Well, you can't turn around yet, so that's

22  fine.  But do you understand what I'm saying?

23          UNIDENTIFIED SPEAKER:  Yeah, but I'm right --

24  right behind you guys.

25          MR. REYNOSO:  All right.  Well, where's King 3

Page 21

1  at?

2          UNIDENTIFIED SPEAKER:  What's that?

3          MR. REYNOSO:  Where's King 3?

4          UNIDENTIFIED SPEAKER:  Three?  I think he's

5  behind me, I don't know.  There's a unit behind me, I

6  don't know where it is.

7          MR. REYNOSO:  All right.  Well, just, you can

8  turn around when it's safe to do so.  Just whenever

9  that is, okay?

10          UNIDENTIFIED SPEAKER:  Okay.

11          MR. REYNOSO:  You understand what I'm saying?

12          UNIDENTIFIED SPEAKER:  Yes, sir.

13          MR. REYNOSO:  All right.  Bye.  You're doing

14  great, bro.  You all right?

15          UNIDENTIFIED SPEAKER:  Oh, yeah.  I'm just

16  barely on the road.

17          UNIDENTIFIED SPEAKER:  (Inaudible) California.

18          MR. REYNOSO:  Oh, that always makes me

19  nervous.  Please just stay left, just stay left.

20          UNIDENTIFIED SPEAKER:  (Inaudible) traffic

21  moderate.  We have (inaudible) two lines that he is

22  approaching.

23          UNIDENTIFIED SPEAKER:  (Inaudible) two lanes.

24          MR. REYNOSO:  We're going to have to give this

25  up, I think he's all the way out, so.  We're still

Page 22

1  going to get our guy, right?  But just, you know what

2  I'm saying?

3          UNIDENTIFIED SPEAKER:  I understand.

4          UNIDENTIFIED SPEAKER:  He's on us, he's on us.

5          UNIDENTIFIED SPEAKER:  Two miles from

6  California.

7          UNIDENTIFIED SPEAKER:  Two miles from

8  California.

9          UNIDENTIFIED SPEAKER:  I don't know if we can,

10  but (inaudible).

11          MR. REYNOSO:  I've got a car on the right

12  side, to the flanks.

13          UNIDENTIFIED SPEAKER:  Now he'll be at 1st

14  Street in less than 2 minutes.

15          UNIDENTIFIED SPEAKER:  (Inaudible).

16          UNIDENTIFIED SPEAKER:  (Inaudible).

17          UNIDENTIFIED SPEAKER:  Yeah, he's coming up

18  the hill, (inaudible) California.  Will be at 1st

19  Street if he continues in less than 1 minute.  He's

20  coming through, he's going to be over a hundred miles

21  or right about a hundred miles an hour.  He's coming up

22  on traffic, so, we may need to slow down.

23          UNIDENTIFIED SPEAKER:  Okay.

24          UNIDENTIFIED SPEAKER:  Coming up to 1st

25  Street, California.

COH002102

Page 23

1              UNIDENTIFIED SPEAKER:  He just passed

2   California.

3              UNIDENTIFIED SPEAKER:  Just passed California.

4              UNIDENTIFIED SPEAKER:  He's using all the lane

5   on his shoulder.  Okay.  He's coming up to 1st Street

6   now.  He's coming up.  Officer should have him.

7              UNIDENTIFIED SPEAKER:  He's got spikes, he's

8   got spikes.

9              UNIDENTIFIED SPEAKER:  He's kind of stuck.

10   He's going to drive over the center median, and into

11   the parking lot of the business.  He'll be coming back

12   down onto 1st Street.

13              UNIDENTIFIED SPEAKER:  Over the center median

14   in the --

15              UNIDENTIFIED SPEAKER:  (Inaudible).  He's

16   coming back down onto 1st Street.  He'll be westbound

17   1st Street.

18              UNIDENTIFIED SPEAKER:  Westbound 1st.

19              UNIDENTIFIED SPEAKER:  Blew the stop sign in

20   California.  Continuing westbound 1st Street.

21              UNIDENTIFIED SPEAKER:  Continuing westbound

22   1st Street, California.

23              UNIDENTIFIED SPEAKER:  Start working, all

24   right.

25              UNIDENTIFIED SPEAKER:  He's making a right

Page 24

1  turn northbound on Gracie (phonetic).

2          UNIDENTIFIED SPEAKER:  Northbound Gracie.

3          MR. REYNOSO:  Gang 103, if we can start

4  working on a takeover.  Local jurisdiction.

5          UNIDENTIFIED SPEAKER:  Blew a stop sign in

6  3rd.  He's now at 4th.  Westbound 4th.

7          UNIDENTIFIED SPEAKER:  All right, all right.

8          UNIDENTIFIED SPEAKER:  Westbound 4th.  Blew a

9  stop sign in 3rd.  Can I copy the request to take over?

10          UNIDENTIFIED SPEAKER:   10-1, here we go.  Two

11  K-9s are out.  They can take it over as soon as they

12  get there.

13          UNIDENTIFIED SPEAKER:  Two K-9s enroute.

14          UNIDENTIFIED SPEAKER:  Still green light at

15  (inaudible) or Bailey (phonetic).  He's northbound

16  Bailey.

17          UNIDENTIFIED SPEAKER:  Northbound Bailey.

18          UNIDENTIFIED SPEAKER:  Star 9, if we could

19  also notify CHP in case he gets on the freeway.

20          MR. REYNOSO:  Train, train, train, train.  Get

21  ready, get ready for a full bail.

22          UNIDENTIFIED SPEAKER:  It's an oncoming line.

23  The traffic keeps getting stuck at the train.

24          MR. REYNOSO:  Oh, shit.

25          UNIDENTIFIED SPEAKER:  Looks like he's going

Page 25

1   to either take it on through or try to make a U-turn.

2           MR. REYNOSO:  There's no way, dude.

3           UNIDENTIFIED SPEAKER:  Just knocking into the

4   unit.

5           MR. REYNOSO:  No, no, just let him use the

6   track.

7           UNIDENTIFIED SPEAKER:  he's now trying to make

8   his way eastbound down the railway tracks and it

9   appears the (inaudible) southbound or eastbound into

10  still in the dirt for almost railway tracks.  It looks

11  like there's some kind of shooting (inaudible) towards

12  -- towards eastbound along the tracks (inaudible).  And

13  it's just a plodding over through (inaudible).

14          UNIDENTIFIED SPEAKER:  You mean to the dead

15  end of (inaudible).

16          UNIDENTIFIED SPEAKER:  He's approaching the

17  dead end of railroad.  Has his hands up near his chest,

18  I think he's messing with something, be careful going

19  around that curve.  Railroad southbound, southbound to

20  railroad.

21          UNIDENTIFIED SPEAKER:  Southbound railroad

22  with his hands near his chest?.

23          UNIDENTIFIED SPEAKER:  Okay.  Trying to find

24  an address, B-Street, 452 B-Street.

25          UNIDENTIFIED SPEAKER:  452 B-Street.

COH002105

```
                                                          Page 26
 1              UNIDENTIFIED SPEAKER:  Down towards valley.

 2              UNIDENTIFIED SPEAKER:  He's going to turn

 3   south again here in a moment.

 4              UNIDENTIFIED SPEAKER:  Shots fired, shots

 5   fired.  Shots fired.  Three shooters.

 6              UNIDENTIFIED SPEAKER:  Shots fired with three

 7   shooters.

 8              UNIDENTIFIED SPEAKER:  (Inaudible).

 9              UNIDENTIFIED SPEAKER:  Don't move.  Don't

10   move.

11              UNIDENTIFIED SPEAKER:  (Inaudible).

12              UNIDENTIFIED SPEAKER:  Let me get you a good

13   address, it's Elm Street and B-Street.  It looks like

14   there's an interchange.  484 Elm or 550 Elm.  Need to

15   stand by.

16              UNIDENTIFIED SPEAKER:  Stand by.

17              UNIDENTIFIED SPEAKER:  (Inaudible).

18              UNIDENTIFIED SPEAKER:  Where are you shot?

19   Where are you shot?

20              UNIDENTIFIED SPEAKER:  We need medical to

21   respond to the location.  Hey, go check.  Go check.

22   Make sure they're good.  Make sure they're good.

23              UNIDENTIFIED SPEAKER:  Oh, fuck.  Oh, fuck.

24              UNIDENTIFIED SPEAKER:  We have enough officers

25   (inaudible).
```

Page 27

1              UNIDENTIFIED SPEAKER:  Where's that gun?

2              UNIDENTIFIED SPEAKER:  (Inaudible) over to

3    this unit.  Make sure the unit is secured (inaudible).

4              UNIDENTIFIED SPEAKER:  Are you okay?  Can we

5    make sure they're okay in there?

6              UNIDENTIFIED SPEAKER:  Yeah, yeah.

7              UNIDENTIFIED SPEAKER:  75, I'm 97, a unit of

8    (inaudible) 97 with the units (inaudible).

9              UNIDENTIFIED SPEAKER:  (Inaudible).

10             UNIDENTIFIED SPEAKER:  Hey.  Right here.

11             UNIDENTIFIED SPEAKER:  (Inaudible).

12             UNIDENTIFIED SPEAKER:  Shooter, shooter.

13   Shooter.  Shooter, shooter.  Shooter, shooter.  Three

14   shooters.

15             UNIDENTIFIED SPEAKER:  Yeah, unit commander?

16             UNIDENTIFIED SPEAKER:  (Inaudible).

17             UNIDENTIFIED SPEAKER:  Can any unit advise

18   (inaudible).

19             UNIDENTIFIED SPEAKER:  (Inaudible).

20             UNIDENTIFIED SPEAKER:  (Inaudible) I need you

21   to come around (inaudible).

22             UNIDENTIFIED SPEAKER:  All right.  Mute your

23   camera.  Don't say anything.  Mute your camera.  Don't

24   say anything.

25

Page 28

1                    CERTIFICATE OF TRANSCRIBER

2            I, MURALIDHAREN K.V., do hereby certify that

3   this transcript was prepared from audio to the best of

4   my ability.

5

6            I am neither counsel for, related to, nor

7   employed by any of the parties to this action, nor

8   financially or otherwise interested in the outcome of

9   this action.

10

11

12   October 1, 2025                    _____

13   DATE                               MURALIDHAREN K.V.

14

15

16

17

18

19

20

21

22

23

24

25

COH002108

# Magna
## Key Contacts

Schedule a Deposition:
**Scheduling@MagnaLS.com | 866-624-6221**

Order a Transcript:
**CustomerService@MagnaLS.com | 866-624-6221**

General Billing Inquiries:
**ARTeam@MagnaLS.com | 866-624-6221**

Scheduling Operations Manager:
**Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)**

Customer Care:
**Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)**

Director of Production Services:
**Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)**

National Director of Discovery Support Services:
**Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)**

Billing Manager:
**Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)**

Director of Sales Operations:
**Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)**



COH002109