```
                                                              Page 1
 1
 2
 3
 4     AUDIO: 319. BWC. DET. SOBASZEK. 012424 [COH000502]
 5
 6
 7
 8                       IN THE MATTER OF
 9          GONZALEZ, GEORGE V. CITY OF HEMET, ET AL.
10              CASE NO: 5:25-cv-00331-KK-DTB
11
12
13
14              Wednesday, January 24, 2024
15
16
17
18                       RB# 1412975
19
20
21
22                      MK# 7993-70029
23
24
25
```

```
                                                            Page 2
 1                   [P R O C E E D I N G S:]
 2           UNIDENTIFIED SPEAKER:  Where's he at?  Where
 3   is he?
 4           OFFICER SOBASZEK:  Right here.  Right there.
 5           UNIDENTIFIED SPEAKER:  That's it?
 6           OFFICER SOBASZEK:  Yeah.  Hey, let me see your
 7   hands.  See your hands now.
 8           UNIDENTIFIED SPEAKER:  (Inaudible).
 9           OFFICER SOBASZEK:  Now, get on it.  Hey, stop
10   reaching, stop reaching.  Stop reaching, dude.  Stop
11   reaching now.  You're going to get shot. You're going
12   to get shot.
13           UNIDENTIFIED SPEAKER:  Stop reaching.
14           OFFICER SOBASZEK:  Drop it now.  Drop it.
15   Drop it.
16           UNIDENTIFIED SPEAKER:  (Inaudible) go around
17   that side.
18           UNIDENTIFIED SPEAKER:  Don't do it. Don't do
19   it.
20           OFFICER SOBASZEK:  Drop it, dude.  Drop it.
21   Drop it.
22           UNIDENTIFIED SPEAKER:  Hey, get covered.
23           UNIDENTIFIED SPEAKER:  (Inaudible).
24           OFFICER SOBASZEK:  Hey, I'm --
25           UNIDENTIFIED SPEAKER:  (Inaudible).
```

Page 3

```
 1          UNIDENTIFIED SPEAKER:  Stop moving around,
 2  bro.
 3          UNIDENTIFIED SPEAKER:  I'm (inaudible).
 4          UNIDENTIFIED SPEAKER:  (Inaudible).
 5          UNIDENTIFIED SPEAKER:  Stop reaching around.
 6          UNIDENTIFIED SPEAKER:  Back up (inaudible).
 7          UNIDENTIFIED SPEAKER:  Stop reaching around.
 8  (inaudible).  Hey, we just need you to stop
 9  (inaudible).
10          UNIDENTIFIED SPEAKER: (Inaudible).  Put both
11  your hands up.  (Inaudible) both your hands up.  Put
12  both your hands up.
13          UNIDENTIFIED SPEAKER:  Back up, guys.
14          UNIDENTIFIED SPEAKER:  (Inaudible).  You're
15  under arrest.  Stop (inaudible).
16          UNIDENTIFIED SPEAKER:  (Inaudible) back up.
17          UNIDENTIFIED SPEAKER:  (Inaudible).
18          UNIDENTIFIED SPEAKER:  Georgie, stop.  Georgie
19  (inaudible).
20          UNIDENTIFIED SPEAKER:  (Inaudible) right now.
21          UNIDENTIFIED SPEAKER:  No, you're not.
22          UNIDENTIFIED SPEAKER:  (Inaudible).
23          UNIDENTIFIED SPEAKER:  Hey, get away from her
24  (inaudible).
25          UNIDENTIFIED SPEAKER:  Georgie, get out.
```

```
                                                          Page 4
 1          UNIDENTIFIED SPEAKER:  (Inaudible).  Give up
 2  (inaudible).
 3          UNIDENTIFIED SPEAKER:  Georgie (phonetic),
 4  stop.  (Inaudible).
 5          UNIDENTIFIED SPEAKER:  (Inaudible).
 6          UNIDENTIFIED SPEAKER:  Georgie, stop.
 7          UNIDENTIFIED SPEAKER:  (Inaudible) yeah, we
 8  just want to (inaudible).
 9          UNIDENTIFIED SPEAKER:  (Inaudible), Georgie.
10          UNIDENTIFIED SPEAKER:  (Inaudible).
11          UNIDENTIFIED SPEAKER:  Georgie (inaudible).
12          UNIDENTIFIED SPEAKER:  (Inaudible) you're not
13  going anywhere (inaudible).
14          UNIDENTIFIED SPEAKER:  Georgie, stop
15  (inaudible).
16          UNIDENTIFIED SPEAKER:  Hold on (inaudible).
17  Turn it off (inaudible).
18          UNIDENTIFIED SPEAKER:  (Inaudible).
19          UNIDENTIFIED SPEAKER:  (Inaudible) go that
20  way.
21          UNIDENTIFIED SPEAKER:  You got my rifle?
22          UNIDENTIFIED SPEAKER:  Yeah.
23          UNIDENTIFIED SPEAKER:  All right.
24          UNIDENTIFIED SPEAKER:  (Inaudible).
25          UNIDENTIFIED SPEAKER:  (Inaudible).
```

```
                                                            Page 5
 1            UNIDENTIFIED SPEAKER:  Turn right there,
 2  right?
 3            UNIDENTIFIED SPEAKER:  Turn right.
 4            UNIDENTIFIED SPEAKER:  He went north.  North,
 5  right here.  Some one is calling.
 6            UNIDENTIFIED SPEAKER:  Someone is calling?
 7            UNIDENTIFIED SPEAKER:  Northbound (inaudible)
 8  he got the radio?
 9            UNIDENTIFIED SPEAKER:  Northbound (inaudible).
10  Eastbound, Acasia (phonetic).
11            UNIDENTIFIED SPEAKER:  Eastbound, Acasia --
12            UNIDENTIFIED SPEAKER:  Eastbound, Acasia.
13            UNIDENTIFIED SPEAKER:  (Inaudible),
14  northbound, Stanford, maybe.
15            UNIDENTIFIED SPEAKER:  Northbound, Stanford.
16            UNIDENTIFIED SPEAKER:  Or Hemmit (phonetic).
17  Is it Stanford, no, it's Hemmit, Hemmit, Hemmit.
18            UNIDENTIFIED SPEAKER:  West of Charlton.
19            UNIDENTIFIED SPEAKER:  West of Charlton.
20            UNIDENTIFIED SPEAKER:  Northbound Park.
21            UNIDENTIFIED SPEAKER:  Northbound Park.
22            UNIDENTIFIED SPEAKER:  Northbound Park.
23            UNIDENTIFIED SPEAKER:  (Inaudible) is my rifle
24  locked in?
25            UNIDENTIFIED SPEAKER:  Yes.
```

```
                                                              Page 6
 1         UNIDENTIFIED SPEAKER:  Okay.
 2         UNIDENTIFIED SPEAKER:  (Inaudible).
 3         UNIDENTIFIED SPEAKER:  Did you get him?  I
 4   don't think so.
 5         UNIDENTIFIED SPEAKER:  Northbound Helit
 6   (phonetic) on Park.  Westbound.  Westbound.
 7         UNIDENTIFIED SPEAKER:  Westbound on Park.
 8         UNIDENTIFIED SPEAKER:  (Inaudible) Walmart.
 9         UNIDENTIFIED SPEAKER:  Walmart.
10         UNIDENTIFIED SPEAKER:  (Inaudible), so.
11         UNIDENTIFIED SPEAKER:  (Inaudible).
12         UNIDENTIFIED SPEAKER:  Space (inaudible).
13         UNIDENTIFIED SPEAKER:  (Inaudible).
14         UNIDENTIFIED SPEAKER:  (Inaudible) and is
15   believed to be on the (inaudible).
16         UNIDENTIFIED SPEAKER:  (Inaudible).
17         UNIDENTIFIED SPEAKER:  I don't think so.  See
18   it?
19         UNIDENTIFIED SPEAKER:  Just type it in there
20   (inaudible).
21         UNIDENTIFIED SPEAKER:  I can't hear it.
22         UNIDENTIFIED SPEAKER:  What's up?
23         UNIDENTIFIED SPEAKER:  I can't hear any of the
24   traffic (inaudible).
25         UNIDENTIFIED SPEAKER:  (Inaudible).
```

```
                                                              Page 7
 1            UNIDENTIFIED SPEAKER:  Yeah.
 2            UNIDENTIFIED SPEAKER:  Dispatch calling
 3   (inaudible) but I didn't hear anybody else (inaudible).
 4            UNIDENTIFIED SPEAKER:  (Inaudible).
 5            UNIDENTIFIED SPEAKER:  Car comes back
 6   (inaudible).
 7            UNIDENTIFIED SPEAKER:  Get on the ground.
 8   Please pull back.  Get on the ground now.  Get on the
 9   ground.  Get on the ground, George.  You're getting
10   shot, dude.  Get down now.  Stop.  Get on the ground.
11   Get on the ground.  Get down.
12            UNIDENTIFIED SPEAKER:  Drop it.
13            UNIDENTIFIED SPEAKER:  Drop it.
14            UNIDENTIFIED SPEAKER:  Drop it.
15            UNIDENTIFIED SPEAKER:  Shots fired, shots
16   fired.
17            UNIDENTIFIED SPEAKER:  Shots fired.
18            UNIDENTIFIED SPEAKER:  Shots fired.
19            UNIDENTIFIED SPEAKER:  Three shooters.
20            UNIDENTIFIED SPEAKER:  Three shooters.
21            UNIDENTIFIED SPEAKER:  Don't move.
22            UNIDENTIFIED SPEAKER:  I got the gun --
23            UNIDENTIFIED SPEAKER:  Don't move.
24            UNIDENTIFIED SPEAKER:  (Inaudible).
25            UNIDENTIFIED SPEAKER:  Stand by.
```

Page 8

1         UNIDENTIFIED SPEAKER:  Three shots.  Three
2  shots.
3         UNIDENTIFIED SPEAKER:  We need medical --
4         UNIDENTIFIED SPEAKER:  Go check.  Go check.
5         UNIDENTIFIED SPEAKER:  Oh, fuck.  Oh, fuck.
6  Oh --
7         UNIDENTIFIED SPEAKER:  I kicked the mag out.
8  You good buddy?  All right?
9         UNIDENTIFIED SPEAKER:  (Inaudible).
10        UNIDENTIFIED SPEAKER:  Shooter, shooter.
11 Three shooters.
12        UNIDENTIFIED SPEAKER:  Where's Kallet
13 (phonetic) at?
14        UNIDENTIFIED SPEAKER:  Kallet is in there.
15        UNIDENTIFIED SPEAKER:  (Inaudible).
16        UNIDENTIFIED SPEAKER:  Keep your cameras
17 (inaudible) say anything.
18        UNIDENTIFIED SPEAKER:  Keep (inaudible).
19
20
21
22
23
24
25

```
                                                               Page 9

 1                    CERTIFICATE OF TRANSCRIBER

 2           I, MURALIDHAREN K.V., do hereby certify that

 3   this transcript was prepared from audio to the best of

 4   my ability.

 5

 6           I am neither counsel for, related to, nor

 7   employed by any of the parties to this action, nor

 8   financially or otherwise interested in the outcome of

 9   this action.

10

11

12   October 1, 2025

13   DATE                               MURALIDHAREN K.V.
```

# Magna
## Key Contacts

### Schedule a Deposition:
Scheduling@MagnaLS.com | 866-624-6221

### Order a Transcript:
CustomerService@MagnaLS.com | 866-624-6221

### General Billing Inquiries:
ARTeam@MagnaLS.com | 866-624-6221

### Scheduling Operations Manager:
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

### Customer Care:
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

### Director of Production Services:
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

### National Director of Discovery Support Services:
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

### Billing Manager:
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

### Director of Sales Operations:
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)



COH002259