


January 8, 2026

Laboratory Number 250721

Reference: George Gonzalez

Case Name: George Gonzalez v. City of Hemet

Case Number: 5:25-cv-0331-KK-DTB

Date of Incident: January 24, 2024

**SUPPLEMENTAL REPORT**

**BACKGROUND: MATERIALS.**

The following additional documents were submitted for review:

1. Jeffrey Noble Expert Rule 26 Report
2. Scott Holdaway Rule 26 Report
3. Dr. Ryan O'Connor Rule 26 Report
4. 74986-02_GEORGE GONZALEZ_WASCO STATE PRISON_INMATE RECORDS.rec'd 120525
5. FARO SCENE DATA

***Scene Data***

FARO raw scan data collected at the scene following the incident was processed using *SCENE 2019.2.* Figure 1 depicts the scanned walkway area, including the end of the truck ramp, the rest position of Mr. Gonzalez, and the locations of cartridge casings.




Figure 1

Figure 2 shows a detailed view of the jacket, shorts, pistol, and magazine of Mr. Gonzalez at the scene.




Figure 2

Figure 3 shows a detailed view of the two clusters of casings identified as Cluster 1 and Cluster 2 associated with the three officers. Based on the review of the evidence, Cluster 1 belongs to Officer Irick and Corporal Sobaszek, Cluster 2 belongs to Sergeant Reynoso.










Figure 3

Based on the review of the body-worn camera of Corporal Sobaszek, the approximate position of Mr. Gonzalez and Corporal Sobaszek when the first shots were heard is seen in Figure 4. The distance between them was approximately in the range of 35 feet.




Figure 4

***Body-worn camera Footage***

Video analysis of the body-worn camera footage from Corporal Sobaszek indicated that Mr. Gonzalez turned his torso and head to his left [20:04:42 and 20:04:44] in the seconds leading up to the first shots being heard, as illustrated in Figures 5 and 6.



Figure 5



Figure 6

Mr. Gonzalez's right arm is seen raised approximately 1.5 seconds before the shots were heard, as seen in Figure 7.



Figure 7





Mr. Gonzalez then ran from the right side of the walkway to the left side of the walkway. Figure 8 shows a zoomed view of Mr. Gonzalez dropping an object, approximately 1 second after the shots are heard.



Figure 8

Figure 9 shows a zoomed view of Mr. Gonzalez with his torso bent forward at the end of the walkway at 20:04:47.



Figure 9

Figure 10 shows a zoomed view of Mr. Gonzalez on his knees at 20:04:48.








Figure 10

***Medical Record Review***

Medical records from Wasco State Prison indicate that Mr. Gonzalez was shot in foot and leg and he complained of a torn ACL and MCL of right knee.

A report from Riverside Health System dated January 24, 2024, indicates that the bullet entered through the left thigh, traveled into the peritoneal cavity via the left retroperitoneal space, and caused a serosal injury. Figure 11 shows the entrance wound on the left thigh.




Figure 11






Gunshot wound to the left lateral chest was extrathoracic. Contusion of the lung was reported. Imaging of the chest indicated that there were comminuted fractures of the left 8th and 9th ribs, and multiple bullet fragments were identified in the lower chest wall. Figure 12 shows the entrance wound to the left torso.




Figure 12

***Evidence Inspection***

The following evidence was inspected on December 18, 2025, at 43950 Acacia Avenue, Hemet, CA.

1) A size 4XL jacket with a hoodie was examined. The total length of the jacket is 39 inches. The width of the jacket is 25 inches. The following defects were noted on the jacket:
   - An oblique through-and-through defect at an approximate 45-degree angle was located 2 inches from the bottom of the jacket and 3 inches from the left seamline. This is labeled “A” in Figure 13.






- A cluster of defects was located inside the left pocket, approximately 6.5 inches from the bottom of the jacket and 6 inches from the side seam. Additional defects on the left pocket were located approximately 8.5 inches from the side seam and 4 inches from the left seamline. This is labeled "C" in Figure 13. These defects are consistent with the puncture wound on the left side of Mr. Gonzalez's torso.
- An unknown defect was located 4.75 inches from the left seamline and 14.5 inches from the bottom of the jacket.



Figure 13

2) YAGO XL shorts were examined. The length of the shorts is approximately 24.5 inches, and the waist width is approximately 15 inches. The following defects were identified:
   - An unknown defect was located approximately 8.5 inches from the top and 5 inches from the right seam. No associated defect on the body of Mr. Gonzalez is identified.
   - A defect was located approximately 12 inches from the top and 3.75 inches from the left seamline. This defect on the left side of the shorts is consistent with the puncture





wound on the left thigh. This is identified as "B" in Figure 14. The red arrow shows the upward travel path of the projectile.




Figure 14

3) Nike Men's US size 10 Air Max shoes were examined. The length of the shoes is approximately 12 inches, and the width is 4.5 inches. The maximum height of the shoes is approximately 5 inches. The following defects were located on the left shoe.

   - An exterior defect was located on the left side of the left shoe at approximately 1.75 inches from the bottom and 4.75 inches from the back of the shoe. This is identified as "A" in Figure 15. The red arrow shows the direction the bullet traveled inside the shoe.



Figure 15

- A defect was located inside the shoe, approximately 3 inches from the top of the left shoe. This is identified as "A1" in Figure 16.




Figure 16

- The two defects on the shoe are consistent with the projectile traveling from the left outside edge of the shoe toward the middle ball of the foot. The interior defect on the left shoe is consistent with the puncture wound on the ball of the left foot.

4) A single sock was examined with no defects.

5) A projectile in a specimen cup from the hospital was examined. The projectile was not identified as the part of the body from which it was retrieved. Additional eleven projectiles/ projectile fragments were also examined.

6) A black gun with no serial number was examined. The length of the gun is approximately 6.5 inches, and the height is approximately 3.7 inches.

7) A tungsten steel ring and lighter were examined, and no defects were identified.

**ANALYSIS/RECONSTRUCTION/CONCLUSIONS**

The following are based upon my background, education, training, and experience and, except where indicated, are to a reasonable degree of engineering probability.

Based on the review of the medical records and physical and testimonial evidence, the positions of Mr. Gonzalez and the officers, and the following opinions were formed.

1. Mr. Gonzalez's arm was raised up approximately 1.5 seconds before the shots were fired. He was turning his torso and head to his left, toward the officers, before the shots were heard. Mr. Gonzalez ran from right to left of the walkway before he fell to the ground as the shots were being fired. He dropped an object, approximately one second after the first shots were heard.

2. The puncture wound on the thigh was not associated with an exit wound on the body. The projectile traveled upward, left to right and caused a serosal injury. Examination of the physical evidence of the shorts and the jacket confirms the bullet entered the left thigh, and an associated exit defect was not identified. Considering the position of the three officers and Mr. Gonzalez, the upward trajectory is consistent with Mr. Gonzalez's torso bent forward when the shot was fired.

3. The puncture wound on the left lateral torso is consistent with an obliquely oriented projectile trajectory from the left side of the jacket. No associated exit defect was located on the jacket, and no associated exit wound was reported on the body of Mr. Gonzalez. The projectile was extrathoracic and fractured the 8th and 9th lateral ribs. Figure 17 shows the location of the 8th and 9th ribs [1].




Figure 17

4. The defect to the left shoe is consistent with oblique projectile entry when the shot was fired. The projectile traveled from the left lateral side of the shoe to the central region of the ball of the foot. Figure 18 shows the left shoe. This is consistent with the projectile entering the left shoe before he fell on his knees to the ground.



Figure 18





Should additional information become available, this report may be supplemented.

Respectfully submitted,

Swathi Kode, PhD
Biomechanical Engineer

Reviewed by,

Ahamed Shabeer, PhD
Mechanical Engineer

**References**

1. Omar A. Safarini; Bruno Bordoni., Anatomy, Thorax, Ribs.