# "EXHIBIT G"

Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
 *andrea.kornblau@manningkass.com*
Khouloud Pearson (State Bar No. 323108)
 *Khouloud.Pearson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-00331 KK(DTBx)<br><br>**RESPONSES OF DEFENDANT CITY OF HEMET TO SECOND SET OF REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF GEORGE GONZALEZ** |

PROPOUNDING PARTY:   Plaintiff GEORGE GONZALEZ

RESPONDING PARTY:    Defendant CITY OF HEMET

SET NO.:             Two

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant CITY OF HEMET ("Responding Party") hereby submits these objections and responses to the Second Set of Requests for Admission propounded by Plaintiff GEORGE GONZALEZ ("Propounding Party").

### PRELIMINARY STATEMENT

Responding Party has not completed its investigation of the facts relating to

**REQUEST FOR ADMISSION NO. 111:**

A final policymaker within YOUR police department has reviewed the videos related to this INCIDENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 111:**

**Objection.** Responding Party incorporates by reference here each of the objections stated in the General Objections section, *supra*.

Responding Party objects to this Request for Admission on the grounds that it seeks internal deliberations and evaluations protected by the official-information and deliberative-process privileges. See *Kelly v. City of San Jose*, 114 F.R.D. 653 (N.D. Cal. 1987). This request is also vague, ambiguous, overly broad, compound, and assumes facts not in evidence. The Request also seeks information that is irrelevant to any party's claims or defenses and is not proportional to the needs of the case under Federal Rule of Civil Procedure 26(b)(1). Further, this Request improperly calls for a legal conclusion, speculation, and the application of law to disputed facts, in violation of Federal Rule of Civil Procedure 36(a). The Request is argumentative and phrased in a manner intended to elicit an admission of liability rather than discover admissible facts.

**REQUEST FOR ADMISSION NO. 112:**

A final policymaker withing YOUR police department knows from review of the videos that GONZALEZ was shot in the back while running away from officer during this INCIDENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 112:**

**Objection.** Responding Party incorporates by reference here each of the objections stated in the General Objections section, *supra*.

Responding Party objects to this Request for Admission on the grounds that it seeks internal deliberations and evaluations protected by the official-information and deliberative-process privileges. See *Kelly v. City of San Jose*, 114 F.R.D. 653 (N.D. Cal. 1987). This request is also vague, ambiguous, overly broad, compound, and

assumes facts not in evidence. The Request also seeks information that is irrelevant to any party's claims or defenses and is not proportional to the needs of the case under Federal Rule of Civil Procedure 26(b)(1). Further, this Request improperly calls for a legal conclusion, speculation, and the application of law to disputed facts, in violation of Federal Rule of Civil Procedure 36(a). The Request is argumentative and phrased in a manner intended to elicit an admission of liability rather than discover admissible facts.

**REQUEST FOR ADMISSION NO. 113:**

A final policymaker withing YOUR police department knows from review of the videos that GONZALEZ was shot while on the ground during this INCIDENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 113:**

**Objection.** Responding Party incorporates by reference here each of the objections stated in the General Objections section, *supra*.

Responding Party objects to this Request for Admission on the grounds that it seeks internal deliberations and evaluations protected by the official-information and deliberative-process privileges. See *Kelly v. City of San Jose*, 114 F.R.D. 653 (N.D. Cal. 1987). This request is also vague, ambiguous, overly broad, compound, and assumes facts not in evidence. The Request also seeks information that is irrelevant to any party's claims or defenses and is not proportional to the needs of the case under Federal Rule of Civil Procedure 26(b)(1). Further, this Request improperly calls for a legal conclusion, speculation, and the application of law to disputed facts, in violation of Federal Rule of Civil Procedure 36(a). The Request is argumentative and phrased in a manner intended to elicit an admission of liability rather than discover admissible facts.

**REQUEST FOR ADMISSION NO. 114:**

A final policymaker withing YOUR police department knows from review of the videos that GONZALEZ was shot while unarmed during this INCIDENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 114:**

**Objection.** Responding Party incorporates by reference here each of the objections stated in the General Objections section, *supra*.

Responding Party objects to this Request for Admission on the grounds that it seeks internal deliberations and evaluations protected by the official-information and deliberative-process privileges. See *Kelly v. City of San Jose*, 114 F.R.D. 653 (N.D. Cal. 1987). This request is also vague, ambiguous, overly broad, compound, and assumes facts not in evidence. The Request also seeks information that is irrelevant to any party's claims or defenses and is not proportional to the needs of the case under Federal Rule of Civil Procedure 26(b)(1). Further, this Request improperly calls for a legal conclusion, speculation, and the application of law to disputed facts, in violation of Federal Rule of Civil Procedure 36(a). The Request is argumentative and phrased in a manner intended to elicit an admission of liability rather than discover admissible facts.

**REQUEST FOR ADMISSION NO. 115:**

A final policymaker withing YOUR police department has approved of the involved officers' use of deadly force during this INCIDENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

**Objection.** Responding Party incorporates by reference here each of the objections stated in the General Objections section, *supra*.

Responding Party objects to this Request for Admission on the grounds that it seeks internal deliberations and evaluations protected by the official-information and deliberative-process privileges. See *Kelly v. City of San Jose*, 114 F.R.D. 653 (N.D. Cal. 1987). This request is also vague, ambiguous, overly broad, compound, and assumes facts not in evidence. The Request also seeks information that is irrelevant to any party's claims or defenses and is not proportional to the needs of the case under Federal Rule of Civil Procedure 26(b)(1). Further, this Request improperly calls for a legal conclusion, speculation, and the application of law to disputed facts, in violation

DATED: November 14, 2025

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: *Khouloud E. Pearson*
Khouloud Pearson
Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On November 14, 2025, I served true copies of the following document(s) described as **RESPONSES OF DEFENDANT CITY OF HEMET TO SECOND SET OF REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF GEORGE GONZALEZ** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Khouloud.Pearson@manningkass.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2025, at Los Angeles, California.

*/s/ Khouloud E. Pearson*
Khouloud Pearson

---

1

**RESPONSES OF DEFENDANT CITY OF HEMET TO SECOND SET OF REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF GEORGE GONZALEZ**

**SERVICE LIST**
**George Gonzalez v. City of Hemet, et al.**
**Case No. 5:25-cv-00331-KK-DTB**
**Our File Number: 7893-70029**

| | |
|---|---|
| Dale K. Galipo<br>Marcel F. Sincich<br>Law Offices of Dale K. Galipo<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Tel: (818) 347-3333<br>Fax: (818) 347-4118<br>Email: dalekgalipo@yahoo.com<br>msincich@galipolaw.com<br><br>*Attorney for George Gonzalez* | Trenton C. Packer<br>GRECH PACKER & HANKS<br>7095 Indiana Avenue, Suite 200<br>Riverside, CA 92506<br>Tel: (951) 682-9311<br>Fax: (951) 682-4289<br>Email: tpacker@grechpackerlaw.com<br><br>*Attorney for George Gonzalez* |
| Rob Bonta<br>Attorney General of California<br>Norman D. Morrison<br>Supervising Deputy Attorney General<br>Ashley Reyes<br>Deputy Attorney General<br>Mario E. Garcia<br>Deputy Attorney General<br>California Attorney Generals Office<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721-2271<br>Telephone: (559) 705-2312<br>Fax: (559) 445-5106<br>E-mail: Ashley.Reyes@doj.ca.gov<br>Mario.Garcia@doj.ca.gov<br><br>*Attorneys for Defendants, State of California, acting by and through the California Highway Patrol and Officer Sean Irick* | Mario E. Garcia<br>Deputy Attorney General<br>California Department of Justice –<br>Office of the Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Tel: (213) 269-6294<br>Fax: (916) 731-2120<br>Email: Mario.Garcia@doj.ca.gov<br><br>*Attorney for Defendants, State of California and Officer Sean Irick* |

**RESPONSES OF DEFENDANT CITY OF HEMET TO SECOND SET OF REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF GEORGE GONZALEZ**