# "EXHIBIT H"

Exh. H - Warehouse Surveillance Video [COH000484].avi

Manually Filed