# "EXHIBIT I"

Exh. I - Officer Reynoso BWC with graphics.mp4

Manually Filed