

2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time until first gunshot: -00:00.17

Frame: 51613





Case 3:25-cv-00331-RK-DTB    Document 65-11    Filed 02/19/25    Page 3 of 84    Page
ID #:1794

2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

**GUNSHOT #1**
(Officer Sobaszek)

Time since first gunshot: +00:00.00

Frame: 51618



2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.03

Frame: 51619



Case 5:25-cv-00331-KK-DTB   Document 65-11   Filed 02/19/26   Page 5 of 84   Page ID #:1706

2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.07

Frame: 51620



Case 5:25-cv-00331-KK-DTB   Document 65-11   Filed 02/19/26   Page 6 of 84   Page ID #:1707

2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.10

Frame: 51621



Case 5:25-cv-00331-KK-DTB    Document 65-11    Filed 02/19/26    Page 7 of 84 Page
ID #:1708

2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.13

Frame: 51622



Case 5:25-cv-00331-KK-DTB    Document 65-11    Filed 02/19/25    Page 8 of 84   Page
ID #:1709

2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.17

Frame: 51623



2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.20

Frame: 51624



2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #2
(Officer Sobaszek)

Time since first gunshot: +00:00.23

Frame: 51625



2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.27

Frame: 51626



Case 5:25-cv-00831-KK-DTB   Document 65-11   Filed 02/19/26   Page 12 of 84   Page
ID #:1713

2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.30

Frame: 51627




Case 5:25-cv-00331-KK-DTB    Document 65-11    Filed 02/19/26    Page 14 of 84    Page ID #:1715

2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.37

Frame: 51629



Case 5:25-cv-00331-KK-DTB    Document 65-11    Filed 02/19/26    Page 15 of 84 Page ID #:1716

2024-01-24 20:04:46 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.40

Frame: 51630



Case 5:25-cv-00331-KK-DTB    Document 65-11    Filed 02/19/26    Page 16 of 84   Page ID #:1717

2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.43

Frame: 51631



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #3
(Officer Sobaszek)

Time since first gunshot: + 00:00.47

Frame: 51632



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.50
Frame: 51633


Case 5:25-cv-00831-KK-DTB    Document 68-11    Filed 02/19/25    Page 19 of 84    Page ID #:1720

2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: + 00:00.53

Frame: 51634





2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.60

Frame: 51636



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.63

Frame: 51637



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

# GUNSHOT #4
## (Officer Sobaszek)

Time since first gunshot: +00:00.67

Frame: 51638



2024-01-24 20:04:47 -0800
AXON BODY 3  X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.70

Frame: 51639



Case 5:25-cv-00531-KK-DTB    Document 68-11    Filed 03/19/25    Page 25 of 84    Page
ID #:1725

2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #5
(Officer Irick)

Time since first gunshot: + 00:00.73

Frame: 51640



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.77

Frame: 51641



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: + 00:00.80

Frame: 51642



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.83

Frame: 51643



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.87

Frame: 51644



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:00.90

Frame: 51645



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: + 00:00.93

Frame: 51646





Case 5:25-cv-00331-KK-DTB    Document 65-11    Filed 02/19/26    Page 33 of 84   Page ID #:1734

2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

**GUNSHOT #6**
(Officer Irick)

Time since first gunshot: +00:01.00

Frame: 51648



Case 5:25-cv-00331-KK-DTB    Document 65-11    Filed 02/19/26    Page 34 of 84    Page ID #:1735

2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.03

Frame: 51649





Time since first gunshot: +00:01.10

Frame: 51651



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.13

Frame: 51652



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: + 00:01.17

Frame: 51653





2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #7
(Officer Irick)

GUNSHOT #8
(Officer Sobaszek)

Time since first gunshot: +00:01.23

Frame: 51655



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.27

Frame: 51656



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: + 00:01.30

Frame: 51657



2024-01-24 20:04:47 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.33

Frame: 51658





2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.40

Frame: 51660



Case 5:25-cv-00831-KK-DTB    Document 65-11    Filed 02/19/26    Page 46 of 84 Page ID #:1747

2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #9
(Officer Reynoso)

Time since first gunshot: + 00:01.43

Frame: 51661



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #10
(Officer Irick)

Time since first gunshot: +00:01.47

Frame: 51662



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.50

Frame: 51663



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.53

Frame: 51664



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.57

Frame: 51665



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #11
(Officer Sobaszek)

Time since first gunshot: +00:01.60

Frame: 51666





2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.67

Frame: 51668



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #12
(Officer Irick)

Time since first gunshot: +00:01.70

Frame: 51669



Time since first gunshot: +00:01.73                                    Frame: 51670



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: + 00:01.77

Frame: 51671



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

**GUNSHOT #13**
(Officer Reynoso)

Time since first gunshot: **+ 00:01.80**

Frame: 51672



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.83

Frame: 51673



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

**GUNSHOT #14**
(Officer Sobaszek)

Time since first gunshot: **+00:01.87**

Frame: 51674



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.90

Frame: 51675



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #15
(Officer Irick)

Time since first gunshot: +00:01.93

Frame: 51676



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:01.97

Frame: 51677



Case 5:25-cv-30631-KK-DTB    Document 65-11    Filed 02/19/26    Page 63 of 84   Page ID #:1764

2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:02.00

Frame: 51678



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: + 00:02.03

Frame: 51679



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

**GUNSHOT #16**
(Officer Reynoso)

Time since first gunshot: +00:02.07

Frame: 51680



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:02.10

Frame: 51681



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #17
(Officer Sobaszek)

Time since first gunshot: +00:02.13

Frame: 51682



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #18
(Officer Irick)

Time since first gunshot: +00:02.17

Frame: 51683



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:02.20

Frame: 51684



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #19
(Officer Reynoso)

Time since first gunshot: +00:02.23

Frame: 51685



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: + 00 : 02.27

Frame: 51686



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:02.30

Frame: 51687



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #20
(Officer Sobaszek)

Time since first gunshot: +00:02.33

Frame: 51688



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:02.37

Frame: 51689



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #21
(Officer Irick)

Time since first gunshot: +00:02.40

Frame: 51690



2024-01-24 20:04:48 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

GUNSHOT #22
(Officer Reynoso)

Time since first gunshot: +00:02.43

Frame: 51691



2024-01-24 20:04:49 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: + 00 :02.47

Frame: 51692



2024-01-24 20:04:49 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:02.50

Frame: 51693



2024-01-24 20:04:49 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:02.53

Frame: 51694





2024-01-24 20:04:49 -0800
AXON BODY 3 X6033520Y
Officer Reynoso BWC

Time since first gunshot: +00:02.60

Frame: 51696





