# "EXHIBIT K"

Exh. K - Officer Sobaszek BWC - 4x, stabilized, graphics.mp4

Manually Filed