

Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00 : 07 . 93

Frame: 51591



Time until first gunshot: − 00:07.90

Frame: 51592



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00:07.87

Frame: 51593



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00:07.83

Frame: 51594



Officer Sobaszek BWC **(4x Enlargement)**

Time until first gunshot: **-00:07.80**

Frame: 51595



Time until first gunshot: − 00 : 07 . 77

Frame: 51596



Time until first gunshot: − 00 : 07 . 63

Frame: 51600


Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00:06.70

Frame: 51628



Officer Sobaszek BWC **(4x Enlargement)**

Time until first gunshot: − 00:06.63

Frame: 51630



Time until first gunshot: **– 00 : 06 . 23**



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00:06.00

Frame: 51649



Officer Sobaszek BWC **(4x Enlargement)**

Time until first gunshot: − 00 : 05 . 60

Frame: 51661





Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00:05.23

Frame: 51672



Time until first gunshot: − 00:05.20



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00 : 05 . 17

Frame: 51674



Time until first gunshot: **- 00 : 05 . 13**

Frame: 51675



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00 : 05 . 10

Frame: 51676



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00 : 04 . 87

Frame: 51683



Time until first gunshot: − 00 : 04 . 53

Frame: 51693



Officer Sobaszek BWC *(4x Enlargement)*

Time until first gunshot: − 00 : 04 . 23

Frame: 51702



Officer Sobaszek BWC **(4x Enlargement)**

Time until first gunshot: − 00 : 03 . 87

Frame: 51713



Time until first gunshot: − 00:03.67

Frame: 51719



Officer Sobaszek BWC **(4x Enlargement)**

Time until first gunshot: − 00:03.57

Frame: 51722



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00 : 03 . 10

Frame: 51736



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00:03.07

Frame: 51737





Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00 : 02 . 93

Frame: 51741



Time until first gunshot: − 00 : 02 . 90

Frame: 51742



Time until first gunshot: − 00 : 02 . 47

Frame: 51755



Time until first gunshot: − 00 : 01.73



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00 : 01.70

Frame: 51778



Time until first gunshot: − 00 : 01.67

Frame: 51779



Time until first gunshot: − 00:01.37

Frame: 51788



Time until first gunshot: − 00:01.33

Frame: 51789



Time until first gunshot: − 00:01.07

Frame: 51797







Time until first gunshot: **− 00:00.97**



Time until first gunshot: − 00 : 00 . 93



Time until first gunshot: − 00:00.90



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: −00:00.87

Frame: 51803



Time until first gunshot: − 00 : 00 . 83



Time until first gunshot: − 00 : 00 . 80



Time until first gunshot: − 00 : 00 . 77



Time until first gunshot: − 00 : 00 . 73



Time until first gunshot: − 00:00.70



Time until first gunshot: − 00 : 00 . 67



Time until first gunshot: − 00 : 00 . 63



Time until first gunshot: − 00 : 00 . 60



Time until first gunshot: − 00 : 00 . 57

Frame: 51812



Time until first gunshot: − 00 : 00 . 53

Frame: 51813



Time until first gunshot: − 00:00.50

Frame: 51814



Time until first gunshot: − 00 : 00 . 47



Time until first gunshot: − 00:00.43

Frame: 51816



Time until first gunshot: − 00 : 00 . 40



Time until first gunshot: − 00 : 00 . 37

Frame: 51818



Time until first gunshot: − 00:00.33



Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00:00.30

Frame: 51820



Officer Sobaszek BWC **(4x Enlargement)**

Time until first gunshot: − 00 : 00 . 27

Frame: 51821





Officer Sobaszek BWC (4x Enlargement)

Time until first gunshot: − 00 : 00 . 20

Frame: 51823



Officer Sobaszek BWC **(4x Enlargement)**

Time until first gunshot: − 00 : 00 . 17

Frame: 51824



Time until first gunshot: − 00 : 00 . 13



Officer Sobaszek BWC **(4x Enlargement)**

Time until first gunshot: **- 00 : 00 . 10**

Frame: 51826



Officer Sobaszek BWC **(4x Enlargement)**

Time until first gunshot: − 00:00.07

Frame: 51827



Time until first gunshot: − 00 : 00 . 03



Officer Sobaszek BWC (4x Enlargement)

GUNSHOT #1
(Officer Sobaszek)

Time since first gunshot: + 00:00.00

Frame: 51829



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00 : 00 . 03

Frame: 51830



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:00.07

Frame: 51831



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00 : 00 . 10

Frame: 51832







Time since first gunshot: + 00:00.20

Frame: 51835



Officer Sobaszek BWC **(4x Enlargement)**

## GUNSHOT #2
(Officer Sobaszek)

Time since first gunshot: + 00 : 00 . 23

Frame: 51836



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:00.27

Frame: 51837



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:00.30

Frame: 51838



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:00.33

Frame: 51839







Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:00.43

Frame: 51842



Case 5:25-cv-00331-KK-DTB    Document 65-13    Filed 02/19/26    Page 82 of 148    Page ID #:1868

GUNSHOT #3

(Officer Sobaszek)

Time since first gunshot: + 00:00.47

Frame: 51843



Time since first gunshot: **+ 00 : 00 . 50**

Frame: 51844



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:00.53

Frame: 51845



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00 : 00 . 57

Frame: 51846



Time since first gunshot: **+ 00 : 00 . 60**

Frame: 51847



Time since first gunshot: + 00:00.63

Frame: 51848



GUNSHOT #4
(Officer Sobaszek)



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:00.70

Frame: 51850



Officer Sobaszek BWC (4x Enlargement)

GUNSHOT #5
(Officer Irick)

Time since first gunshot: + 00 : 00 . 73

Frame: 51851



Time since first gunshot: **+ 00 : 00 . 77**

Frame: 51852



Time since first gunshot: + 00:00.80

Frame: 51853



Time since first gunshot: + 00:00.83

Frame: 51854



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:00.87

Frame: 51855



Officer Sobaszek BWC **(4x Enlargement)**

Time since first gunshot: **+ 00:00.90**

Frame: 51856



Officer Sobaszek BWC **(4x Enlargement)**

Time since first gunshot: **+ 00 : 00 . 93**

Frame: 51857



Time since first gunshot: + 00:00.97

Frame: 51858



GUNSHOT #6

(Officer Irick)

Time since first gunshot: + 00:01.00

Frame: 51859



Case 5:25-cv-00331-XR-DTB    Document 30-4    Filed 02/04/25    Page 99 of 148    Page 3

Time since first gunshot: + 00:01.03

Frame: 51860









Time since first gunshot: + 00 : 01. 17

Frame: 51864



Time since first gunshot: + 00 : 01.20

Frame: 51865



Officer Sobaszek BWC *(4x Enlargement)*

GUNSHOT #7
(Officer Irick)

GUNSHOT #8
(Officer Sobaszek)

Time since first gunshot: + 00:01.23

Frame: 51866



Time since first gunshot: + 00:01.27

Frame: 51867



Officer Sobaszek BWC **(4x Enlargement)**

Time since first gunshot: **+ 00 :01.30**

Frame: 51868





Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:01.37

Frame: 51870



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:01.40

Frame: 51871



GUNSHOT #9

(Officer Reynoso)



GUNSHOT #10
(Officer Irick)

Time since first gunshot: + 00:01.47

Frame: 51873



Time since first gunshot: + 00:01.50

Frame: 51874



Time since first gunshot: + 00:01.53

Frame: 51875





Officer Sobaszek BWC (4x Enlargement)

GUNSHOT #11
(Officer Sobaszek)

Time since first gunshot: + 00:01.60

Frame: 51877



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:01.63

Frame: 51878



Time since first gunshot: + 00:01.67

Frame: 51879



Officer Sobaszek BWC **(4x Enlargement)**

**GUNSHOT #12**
(Officer Irick)

Time since first gunshot: **+ 00 : 01.70**

Frame: 51880



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:01.73

Frame: 51881



Officer Sobaszek BWC **(4x Enlargement)**

Time since first gunshot: **+ 00:01.77**

Frame: **51882**



GUNSHOT #13
(Officer Reynoso)

Time since first gunshot: + 00:01.80

Frame: 51883



Time since first gunshot: + 00 : 01.83

Frame: 51884



Officer Sobaszek BWC (4x Enlargement)

GUNSHOT #14
(Officer Sobaszek)

Time since first gunshot: + 00 : 01.87

Frame: 51885



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00 : 01.90

Frame: 51886



Officer Sobaszek BWC (4x Enlargement)

GUNSHOT #15
(Officer Irick)

Time since first gunshot: + 00 : 01.93

Frame: 51887



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00 : 01.97

Frame: 51888



Officer Sobaszek BWC (4x Enlargement)

Time since first gunshot: + 00:02.00

Frame: 51889



Time since first gunshot: + 00:02.03

Frame: 51890



Officer Sobaszek BWC (4x Enlargement)

GUNSHOT #16
(Officer Reynoso)

Time since first gunshot: + 00:02.07

Frame: 51891



Time since first gunshot: + 00 : 02 . 10

Frame: 51892



Officer Sobaszek BWC (4x Enlargement)

GUNSHOT #17
(Officer Sobaszek)

Time since first gunshot: + 00 : 02 . 13

Frame: 51893



Officer Sobaszek BWC (4x Enlargement)

GUNSHOT #18
(Officer Irick)

Time since first gunshot: + 00 : 02 . 17

Frame: 51894



Officer Sobaszek BWC *(4x Enlargement)*

Time since first gunshot: + 00:02.20

Frame: 51895



Officer Sobaszek BWC (4x Enlargement)

GUNSHOT #19
(Officer Reynoso)

Time since first gunshot: + 00 : 02 . 23

Frame: 51896



Time since first gunshot: **+ 00:02.27**

Frame: 51897



Case 0:20-cv-01319-JRT-LIB    Document 65-13    Filed 02/18/20    Page 137 of 148
Page ID # 1923

Time since first gunshot: + 00 : 02 . 30

Frame: 51898







Case 3:25-cv-00331-KK-DTB    Document 65-13    Filed 02/18/20    Page 1 of 1 Page 140
Page ID #:1926

GUNSHOT #21
(Officer Irick)

Time since first gunshot: + 00 : 02.40

Frame: 51901





Time since first gunshot: + 00 : 02.47

Frame: 51903



Time since first gunshot: + 00 : 02 . 50

Frame: 51904



Time since first gunshot: + 00 : 02 . 53



Time since first gunshot: + 00:02.57



Time since first gunshot: + 00:02.60





Time since first gunshot: +00:05.90