**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
7095 Indiana Ave Ste 200
Riverside, CA 92506
(951) 682-9311
Email: tpacker@grechpackerlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: **5:25-cv-00331-KK-DTB**<br><br>[*Honorable Kenly Kiya Kato*]<br>Magistrate Judge David T. Bristow<br><br>**DECLARATION OF <u>SCOTT HOLDAWAY</u>**<br><br>[Plaintiff's Opposition to Defendants' Motion for Summary Judgment; Memorandum of Points and Authorities in support thereof; Separate Statement of Genuine Disputes and Additional Material Facts; Decl. of Marcel F. Sincich and attached exhibits; Decl. of Jeffrey J. Noble; *filed concurrently herewith*]<br><br>Hearing:    March 12, 2026<br>Time:       09:30 a.m.<br>Crtrm:      Courtroom 3<br>Trial Date: May 11, 2026<br>Complaint Filed: December 24, 2024<br>Removal: February 5, 2025 |

**DECLARATION OF SCOTT HOLDAWAY**

I, Scott Holdaway, declare as follows:

1. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

2. I am a Forensic Video Analyst with over six years of experience and expertise in video clarification, timing, graphics, stabilization, and conversions. In 2015, I undertook scholarly study in Digital Media Arts and began my professional development in the field. In 2019, I graduated magna cum laude from California State University, Dominguez Hills with a BA in Digital Media Arts. My college education provided invaluable hands-on training, which has given me a strong foundation that I have continued to build on. I have experience as an instructor teaching members of the Long Beach community how to create their own media to be broadcast on a public access TV station. I began working for CVisualEvidence, LLC in 2019 and further developed my expertise in digital media, with an emphasis on forensic analysis. I have completed 168 hours of diverse forensic video training through LEVA (Law Enforcement & Emergency Services Video Association International, Inc.). I have completed 29 hours of hands-on training with certified instructors at Axon Investigate, learning various technical considerations and best practices, and ultimately obtaining the qualifications to become a certified examiner and operator of their forensic software.

3. Attached hereto as "**Attachment A**" is a true and correct copy of my Expert Report in this matter, including my Curriculum Vitae setting forth my qualifications to provide expert testimony, both of which I incorporate herein.

4. In examining the videos in this matter, I reviewed the body-worn camera video of Officer Patrick Sobaszek, the body-worn camera video of Sergeant Andrew Reynosos, Incident Report by Investigator Mendoza regarding the OIS Scene, Incident Report by Investigatory Manjarrez regarding charting CHP Officer Irick, and Incident Report of Deputy Ditfurth regarding charting.

5. "**Exhibit I**" filed in Opposition to Defendants' Motion to Summary Judgment is a true and correct copy of the video "Officer Reynoso BWC with graphics." The text box in the lower left and the circle graphics that track bullet casings have also been removed. This exhibit utilizes the original videos produced by Defendants and has also been produced to Defendants as an attachment to my Rule 26 Report on December 4, 2025.

6. "**Exhibit J**" filed in Opposition to Defendants' Motion to Summary Judgment is a true and correct copy of "Officer Reynoso BWC with graphics.pdf", which is a PDF containing all the images that comprise the video Exhibit I. This exhibit utilizes the original videos produced by Defendants and has also been produced to Defendants as an attachment to my Rule 26 Report on December 4, 2025.

7. "**Exhibit K**" filed in Opposition to Defendants' Motion to Summary Judgment is a true and correct copy of the Video "Officer Sobaszek BWC - 4x enlargement and stabilized with graphics." Officer Sobaszek's BWC video has been enlarged and stabilized. Only images where the person of interest can be seen have been stabilized. A frame counter has been added at the lower right-hand corner of the video that starts on 0 on the first frame of the original full-length footage and then sequentially numbers each individual frame. A yellow timer has been added that starts in the negative and counts forward toward positive until it reaches zero. The frame where the timer turns to zero is aligned with the first indication of a gunshot being fired, which is gun smoke leaving Officer Sobaszek's firearm on frame 51829 of his BWC video. The timer turns green when it reaches 0 and remains green as it counts forward in the positive. Text graphics have been added to sequentially number the gunshots being fired and identify which officer fired each shot. Blue circles are placed around the first frame of video where a visual indication of a gunshot being fired occurs. Bullet casings seen in Officer Sobaszek's BWC video are tracked with circle graphics. The pink circles track

bullet casings that appear to come from Officer Sobaszek's firearm, and the orange circles track bullet casings that appear to come from Officer Irick's firearm. A text box has been added to the lower left that keeps track of how many gunshots each officer has fired, as well as the total number of gunshots fired. A green circle graphic has been added to frame 51857 of Officer Sobaszek's BWC video to indicate the first frame of video where the firearm is no longer in the person of interest's hand. A green circle has also been added to frame 51865 of Officer Sobaszek's BWC video to indicate when the firearm appears to land on the ground. This exhibit utilizes the original videos produced by Defendants and has also been produced to Defendants as an attachment to my Rule 26 Report on December 4, 2025.

8. "**Exhibit L**" filed in Opposition to Defendants' Motion to Summary Judgment is a true and correct copy of "Officer Sobaszek BWC - 4x enlargement and stabilized with graphics.pdf," which is a PDF containing all the images that comprise the video Exhibit K. This exhibit utilizes the original videos produced by Defendants and has also been produced to Defendants as an attachment to my Rule 26 Report on December 4, 2025.

9. My analysis of Sergeant Reynoso's BWC video revealed six (6) gunshots that appear to come from Sergeant Reynoso's firearm. Each gunshot has an image that shows the first indication of that gunshot occurring:

    a.    Frame 51661 – Gun smoke and recoil.
    b.    Frame 51672 – Gun smoke and recoil.
    c.    Frame 51680 – Gun smoke and recoil.
    d.    Frame 51685 – Gun smoke and recoil.
    e.    Frame 51691 – Gun smoke and recoil.
    f.    Frame 51697 – Gun smoke and recoil.

10. My analysis of officer Sobaszek's BWC video revealed ten (10) gunshots that appear to come from Officer Sobaszek's firearm. Each gunshot has an image that shows the first indication of that gunshot occurring:

    a. Frame 51829 – Gun smoke and recoil.
    b. Frame 51836 – Gun smoke, muzzle flash, and recoil.
    c. Frame 51843 – Gun smoke and recoil.
    d. Frame 51849 – Gun smoke and recoil.
    e. Frame 51866 – Gun smoke and recoil.
    f. Frame 51877 – Gun smoke and recoil.
    g. Frame 51885 – Gun smoke and recoil.
    h. Frame 51893 – Gun smoke and recoil.
    i. Frame 51899 – Gun smoke and recoil.
    j. Frame 51908 – Gun smoke and recoil.

11. My analysis of officer Sobaszek's BWC video revealed nine (9) gunshots that appear to come from Officer Irick's firearm. Each gunshot has an image that shows the first indication of that gunshot occurring:

    a. Frame 51851 – Muzzle flash.
    b. Frame 51859 – Gun smoke and recoil.
    c. Frame 51866 – Gun smoke against dark background.
    d. Frame 51873 – Muzzle flash.
    e. Frame 51880 – Muzzle flash.
    f. Frame 51887 – Muzzle flash.
    g. Frame 51894 – Gun smoke against dark background.
    h. Frame 51901 – Gun smoke against dark background.
    i. Frame 51908 – Gun smoke against dark background.

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of February, 2026.

*/s/ Scott Holdaway*

# "Attachment A"

*Gonzalez vs. City of Hemet*

**Scott Holdaway**
Forensic Video Analyst
**CVisualEvidence LLC**
2441 W 205th Street, Suite C102
Torrance, CA 90501

I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

## 1. Summary Report of Evidence Examination

On April 27th, 2024, our office was contacted by Trent Packer to retain my professional services to analyze the videos provided.

Case Materials Received:
- Shooting Officer BWC - HPD Ofcr. Patrick Sobaszek.mp4
- Shooting Officer BWC - HPD Sergeant Andrew Reynoso.mp4
- 42. Incident Report. OIS Scene. by Inv. Mendoza. 031524.pdf
- 60. Incident Report. Charting. CHP Ofcr. Irick. by Inv. Manjarrez. 020224.pdf
- 61. Incident Report. Charting. by Dpty. Ditfurth. 071524.pdf

## 2. Scope of Work Performed

Using the case materials received, I have created 7 videos. Each video comes with an uncompressed (.bmp) image sequence, PDF, and .mp4 version of the video.

- Officer Sobaszek BWC with graphics.mov
- Officer Reynoso BWC with graphics.mov
- Officer Sobaszek BWC - 4x enlargement and stabilized.mov
- Officer Sobaszek BWC - 4x enlargement and stabilized with graphics.mov
- Officer Sobaszek and Reynoso BWC - Side by side.mov
- Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov
- 4x Enlargement and Stabilization Comparison.mov

## 3. Technical Characteristics of the Multimedia Evidence

Shooting Officer BWC - HPD Ofcr. Patrick Sobaszek.mp4
There is an on-screen time/date stamp represented in this body worn camera (BWC) video that begins on 1/24/2024 at 19:35:58 and ends on 1/24/2024 at 20:52:56. The total running time of the video is 1 hour, 16 minutes, and 57 seconds. The recorded images are 1280x720 pixels, h.264 encoding with a frame rate of 29.99 frames per second (fps). This video has a stereo audio track.

Shooting Officer BWC - HPD Sergeant Andrew Reynoso.mp4
There is an on-screen time/date stamp represented in this BWC video that begins on 1/24/2024 at 19:36:05 and ends on 1/24/2024 at 20:52:54. The total running time of the video is 1 hour, 16 minutes, and 49 seconds. The recorded images are 1280x720 pixels, h.264 encoding with a frame rate of 30 frames per second (fps). This video has a stereo audio track.

## 4. My Production of Video Exhibits

Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov
This exhibit is an 18-second clip of *Shooting Officer BWC - HPD Ofcr. Patrick Sobaszek.mp4* and *Shooting Officer BWC - HPD Sergeant Andrew Reynoso.mp4* synchronized and played side by side on one screen. A frame counter has been added at the lower right-hand corner of each video that starts on 0 on the first frame of the original full-length footage and then sequentially numbers each individual frame. The videos have been synchronized using visual cues that can be seen in both videos at the same time. Timers and synchronization are accurate within a margin of one or two frames. A yellow timer has been added that starts in the negative and counts forward toward positive until it reaches zero. The frame where the timer turns to zero is aligned with the first indication of a gunshot being fired, which is gun smoke leaving Officer Sobaszek's firearm on frame 51829 of his BWC video. The timer turns green when it reaches 0 and remains green as it counts forward in the positive. Text graphics have been added to sequentially number the gunshots being fired and identify which officer fired each shot. Blue circles are placed around the first frame of video where a visual indication of a gunshot being fired occurs. Bullet casings seen in Officer Sobaszek's BWC video are tracked with circle graphics. The pink circles track bullet casings that appear to come from Officer Sobaszek's firearm, and the orange circles track bullet casings that appear to come from Officer Irick's firearm. A text box has been added to the lower left that keeps track of how many gunshots each officer has fired, as well as the total number of gunshots fired. A green circle graphic has been added to frame 51857 of Officer Sobaszek's BWC video to indicate the first frame of video where the firearm is no longer in the person of interest's hand. A green circle has also been added to frame 51865 of Officer Sobaszek's BWC video to indicate when the firearm appears to land on the ground. This video comes with an uncompressed (.bmp) image sequence, PDF, and .mp4 version of the video.

**Synchronizing the videos:**



*A reflection of Officer Reynoso's light (yellow circle) **is not seen** in either video. (green circle)*



*On the next frame, a reflection of Officer Reynoso's light (yellow circle) **is seen** in both videos at the same time. (green circle)*



*The reflection of Officer Reynoso's light **goes away** in both videos on the next frame at the same time.*

Officer Sobaszek and Reynoso BWC - Side by side.mov
This exhibit is a duplicate of *Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov*, except the graphics have been removed. (The frame counter graphic is not removed because it identifies each frame of video with a number to reference).

Officer Sobaszek BWC with graphics.mov
This exhibit is a duplicate of *Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov*, except Officer Reynoso's BWC Video has been removed. The text box in the lower left and the circle graphics that track bullet casings have also been removed.

Officer Reynoso BWC with graphics.mov
This exhibit is a duplicate of *Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov*, except Officer Sobaszek's BWC Video has been removed. The text box in the lower left and the circle graphics that track bullet casings have also been removed.

Officer Sobaszek BWC - 4x enlargement and stabilized with graphics.mov
This exhibit is a duplicate of *Officer Sobaszek BWC with graphics.mov* except Officer Sobaszek's BWC video has been enlarged and stabilized. Only frames of video where the person of interest can be seen have been stabilized. The text box in the lower left and the circle graphics that track bullet casings have also been removed.

Officer Sobaszek BWC - 4x enlargement and stabilized.mov
This exhibit is a duplicate of *Officer Sobaszek BWC - 4x enlargement and stabilized with graphics.mov* except all graphics have been removed (The frame counter graphic is not removed because it identifies each frame of video with a number to reference).

4x Enlargement and Stabilization Comparison.mov
This exhibit plays 3 versions of Officer Sobaszek's BWC synchronized on one screen. The video on the left is the original video that has not been enlarged or stabilized. The video in the middle is a 4x enlargement of the original video, but it has not been stabilized. The video on the right is a 4x enlargement of the original video, but it has been stabilized.


## 5. Indications of Gunshots in the Media:
In the exhibit *Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov*, blue circles are used to annotate indications that a gunshot has occurred. Below is a list that documents which BWC and frame number each gunshot indication occurred on, along with a brief description of what is being annotated by the blue circles.

Indications in the media of gunshots being fired by Officer Reynoso
Reynoso BWC - Frame 51661 – Gun smoke and recoil
Reynoso BWC - Frame 51672 – Gun smoke and recoil
Reynoso BWC - Frame 51680 – Gun smoke and recoil
Reynoso BWC - Frame 51685 – Gun smoke and recoil
Reynoso BWC - Frame 51691 – Gun smoke and recoil
Reynoso BWC - Frame 51697 – Gun smoke and recoil

Indications in the media of gunshots being fired by Officer Sobaszek
Sobaszek BWC – Frame 51829 – Gun smoke and recoil
Sobaszek BWC – Frame 51836 – Gun smoke, muzzle flash, and recoil
Sobaszek BWC – Frame 51843 – Gun smoke and recoil
Sobaszek BWC – Frame 51849 – Gun smoke and recoil
Sobaszek BWC – Frame 51866 – Gun smoke and recoil
Sobaszek BWC – Frame 51877 – Gun smoke and recoil
Sobaszek BWC – Frame 51885 – Gun smoke and recoil
Sobaszek BWC – Frame 51893 – Gun smoke and recoil
Sobaszek BWC – Frame 51899 – Gun smoke and recoil
Sobaszek BWC – Frame 51908 – Gun smoke and recoil

In the video titled *Officer Sobaszek and Reynoso BWC - Side by side with graphics*, 5 bullet casings that appeared to come from Officer Sobaszek's firearm were tracked with a pink circle


Indications in the media of gunshots being fired by Officer Irick
Sobaszek BWC – Frame 51851 – Muzzle Flash
Sobaszek BWC – Frame 51859 – Gun smoke and recoil
Sobaszek BWC – Frame 51866 – Gun smoke against dark background
Sobaszek BWC – Frame 51873 – Muzzle flash
Sobaszek BWC – Frame 51880 – Muzzle flash
Sobaszek BWC – Frame 51887 – Muzzle flash
Sobaszek BWC – Frame 51894 – Gun smoke against dark background
Sobaszek BWC – Frame 51901 – Gun smoke against dark background
Sobaszek BWC – Frame 51908 – Gun smoke against dark background

In the video titled *Officer Sobaszek and Reynoso BWC - Side by side with graphics*, 8 bullet casings that appeared to come from Officer Irick's firearm were tracked with an orange circle.


If any additional media is received later, I may supplement my report based on that information.
Regards,

**Scott Holdaway** | **CVisualEvidence LLC**

# CURRICULUM VITAE

## SCOTT HOLDAWAY

**FORENSIC VIDEO ANALYST**

CVisualEvidence LLC
2441 W 205th St., Suite C102, Torrance, CA 90501
Phone: (310) 831-8900
Scott@CVisualEvidence.com

## EMPLOYMENT HISTORY

**FORENSIC VIDEO ANALYST**
CVisualEvidence LLC
Torrance, CA
(2019 – present)
Video clarification, timing, graphics, stabilization, conversions

**INSTRUCTOR, EDITOR, AND MEMBERSHIP SERVICES**
PADNET (Public Access Digital Network)
Long Beach, CA
(2019)
Video production and editor. Instructed classes on digital video editing

## EDUCATION AND ACADEMIC BACKGROUND

**BACHELOR OF ARTS DEGREE**
Major in Digital Media Arts
California State University, Dominguez Hills
Carson, CA
(2017 – 2019)
*Honors: Dean's List Fall 2017, Spring 2018, Fall 2018, Spring 2019, Graduating with University Honors, 2019 - Magna Cum Laude*

**ASSOCIATE OF ARTS DEGREE**
Major in Digital Media Arts
Long Beach City College
Long Beach, CA
(2014 – 2017)
*Received a Certificate of Accomplishment in Fundamentals of Digital Media Art*

**LEVA - LEVEL 3: THE PRINCIPLES OF FORENSIC VIDEO/IMAGE COMPARE AND CONTRAST**
*40-hour course* (February 2025)

**AXON INVESTIGATE (FORMERLY INPUT-ACE) RECERTIFICATION**
*5-hour course* (October 2024)

**LEVA - LEVEL 2: DIGITAL MULTIMEDIA EVIDENCE PROCESSING**
*40-hour course* (July 2024)

**LEVA - LEVEL 1: FORENSIC VIDEO ANALYSIS & THE LAW**
*40-hour course* (May 2024)

**LEVA - ADVANCED VIDEO EXAMINATION**
*24-hour course* (February 2024)

**LEVA - COURTROOM TESTIMONY FOR EXPERT WITNESSES**
*24-hour course* (January 2023)

**INPUT-ACE - INTRO & BEST PRACTICE**
*4-hour course* (September 2022)

**INPUT-ACE - VIDEO REVIEW AND WORKFLOW**
*4-hour course* (September 2022)

**INPUT-ACE - NARRATIVE REPORTS**
*4-hour course* (August 2022)

**INPUT-ACE - WORKFLOW AND TECHNICAL CONSIDERATIONS**
*4-hour course* (August 2022)

**INPUT-ACE - CASE MANAGEMENT**
*4-hour course* (August 2022)

**INPUT-ACE - INTRO TO INPUT-ACE**
*4-hour course* (August 2022)

**INPUT-ACE - DIGITAL MULTIMEDIA EVIDENCE**
*1-hour webinar* (July 2022)

**INPUT-ACE - ASPECT RATIO: RESIZING AND INTERPOLATION**
*1-hour webinar* (July 2022)

**INPUT-ACE - GETTING STARTED**
*1-hour webinar* (July 2022)

## CERTIFICATIONS AND COMMISSIONS

**LEVA - FORENSIC VIDEO TECHNICIAN CERTIFICATION**
(2024 - Present)

**AXON INVESTIGATE - OPERATOR CERTIFICATION**
(2022 - Present)

**AXON INVESTIGATE - EXAMINER CERTIFICATION**
(2022 - Present)

**STATE OF CALIFORNIA NOTARY PUBLIC**
(2019 - Present)

## COURTROOM TESTIMONY

**Lam vs. State of California**
The Superior Court of California, County of Los Angeles – Airport Courthouse
May 2024
*Philip Kent Cohen, APC*

**Rusanovskaya vs. City of Los Angeles**
The Superior Court of California, County of Los Angeles – Van Nuys Courthouse East
April 2023
*Panish Shea Ravipudi LLP*

## DEPOSITION TESTIMONY

**Gonzalez vs. City of Hemet**
January 2026
*The Law Offices of Dale K. Galipo*

**Rasey-Smith vs. City of Los Angeles**
January 2026
*The Law Offices of Dale K. Galipo*

**Valdivia vs. City of Covina**
June 2025
*The Law Offices of Dale K. Galipo*

**Scott vs. City of Riverside**
May 2025
*Balaban & Spielberger LLP*

**Kress vs. Union Pacific Railroad Company**
March 2025
*United States Department of Justice*

**Mitschiener vs. The Parking Spot**
March 2024
*Panish Shea Ravipudi LLP*

**Murillo vs. City of Los Angeles**
January 2024
*The Law Offices of Dale K. Galipo*

**Tabares vs. The City of Huntington Beach**
May 2023
*The Law Offices of Dale K. Galipo*

**Rusanovskaya vs. City of Los Angeles**
April 2023
*Panish Shea Ravipudi LLP*

**IM vs. CHP**
November 2022
*Carrillo Law Firm LLP*

**McClain vs. City of Pasadena**
September 2022
*Carrillo Law Firm LLP*

**Sesma vs. State of California**
July 2022
*The Law Offices of Dale K. Galipo*


## **EVIDENCE ACCEPTED IN COURT WITHOUT TESTIMONY**

**Doe vs. Amphastar Pharmaceuticals Inc., et al**
November 2025
*Panish Shea Ravipudi LLP*

**Simpson vs. Loma Linda Medical Center**
October 2025
*Balaban & Spielberger LLP*

**XM vs. Gonco**
September 2024
*Panish Shea Ravipudi LLP*

**Loeser vs. Norcal Beverage Co., Inc**
April 2024
*Greene Broillet & Wheeler LLP*

**Greener, Jack vs. Del Mar Jiu Jitsu**
March 2023
*Panish Shea Ravipudi LLP*

**Murillo vs. City of Los Angeles**
September 2022
*The Law Offices of Dale K. Galipo*

**French vs. City of Los Angeles**
October 2021
*The Law Offices of Dale K. Galipo*

**Lee vs. Pacific Dining Group**
August 2021
*Panish Shea Ravipudi LLP*

## **FEE SCHEDULE**

**Forensic Video Analysis:**           $ 250.00 per hour

**Deposition and Trial Testimony:**    $ 300.00 per hour

*\*UPDATED 2-10-2026*