**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN241057)
7095 Indiana Ave Ste 200
Riverside, CA 92506
(951) 682-9311
Email:tpacker@grechpackerlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: **5:25-cv-00331-KK-DTB**<br><br>[*Honorable Kenly Kiya Kato<br>Magistrate Judge David T. Bristow*]<br><br>**DECLARATION OF RYAN O'CONNOR, M.D.**<br><br>[Plaintiff's Opposition to Defendants' Motion for Summary Judgment; Memorandum of Points and Authorities in support thereof; Separate Statement of Genuine Disputes and Additional Material Facts; Decl. of Marcel F. Sincich and attached exhibits; Decl. of Jeffrey J. Noble; Decl. of Scott Holdaway; *filed concurrently herewith*]<br><br>Hearing:  March 12, 2026<br>Time:  09:30 a.m.<br>Crtrm:  Courtroom 3<br>Trial Date: May 11, 2026<br>Complaint Filed: December 24, 2024<br>Removal: February 5, 2025 |

# DECLARATION OF RYAN O'CONNOR, M.D.

I, Ryan O'Connor, M.D., declare as follows:

1. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

2. My opinions are based on a review of Plaintiff's medical records, including from Riverside University Hospital, Wasco State Prison, and AMR.

3. Physical examination of Mr. Gonzalez by the treating ER physician revealed (A) a gunshot wound to the left side of the back, (B) a gunshot wound to the left lateral thigh, and (C) a gunshot wound to the bottom of his left foot.

4. Gunshot Wound to Left Back: resulting in fractures to the left 8th and 9th ribs and bruising the lung. Bullet fragments present between the skin and ribs in the area but do not penetrate into the thoracic cavity. Photographs of the bullet entrance wound demonstrate a dramatic elliptical shape with an abrasion collar only at the posterior aspect. These findings are consistent with a largely back to front trajectory of the bullet.

5. Gunshot Wound to the Left Thigh: entrance wound to left lateral thigh with retained bullet in the right abdomen and causing bowel injury. Photographs of the entrance wound demonstrate an elliptical shape with an abrasion collar at approximately the 5 o'clock position consistent with a distinct upwards path of travel. This bullet entered the side of the left thigh and traveled from left to right, back to front, and upwards. As the "upwards" description of the trajectory of the bullet is relative to the neutral anatomic position, it is possible, for example that Mr. Gonzalez was on the ground or in the process of falling to the ground when this gunshot occurred.

6. Gunshot Wound to the Bottom of Left Foot: the orientation of the skin tags on the periphery of the wound is consistent with a back to front trajectory of the bullet.

7. Attached hereto as "Attachment A" is a true and correct copy of my Rule 26 Expert Report submitted in this matter containing my opinions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of February, 2026.

_____
Ryan O'Connor, M.D.

# "Attachment A"

# Ryan O'Connor, M.D.
- - -
Emergency Medical Physician
P.O. Box 86166
Los Angeles, CA 90086

November 25, 2025

Mr. Packer,

    I have reviewed the discovery that you have provided to me regarding your client, George Gonzalez (Case No.: 5:25-cv-00331-KK-DTB).  This includes:

- Medical records for George Falcone Gonzalez from Riverside University Hospital for an admission from 01/24/2024 to 02/08/2024 (P0001 – P1358)
- Medical records for George Falcon Gonzalez, Jr. from Wasco State Prison (P359 – P1704)
- An AMR Patient Care Report dated 01/24/2024 for the treatment and transportation of Davie Falcon Doe (P1303 – P1326)
- A 40-page legal document titled "Plaintiff Gonzalez's First Amended Complaint For Damages"

<u>Medical Records Summary</u>

    On 01/24/2024 at 20:32, Mr. George Gonzalez arrived via ambulance to the Emergency Department of Riverside University Hospital.  He was observed to have sustained multiple gunshot wounds and had an altered mental status with abnormal vital signs.  A tourniquet had been applied by EMS "to left lower extremity for uncontrollable bleeding from left leg" [P0029] and it is noted that the patient had lost approximately one liter of blood on scene [P1324].  Physical examination

by the treating ER physician revealed "One bullet entering wound to the left side of the back and another to the left lateral thigh" [P0009] as well as a superficial gunshot wound to the bottom of his left foot. A blood transfusion was initiated due to his life-threatening hemorrhage, and the patient was urgently transferred to the Operating Room for surgical intervention.

In the OR, it was discovered that the gunshot wound that traversed the patient's abdomen caused a serosal injury of the intestine that required suture repair.  During his hospital stay, the patient developed an infection in his abdominal cavity that required Interventional Radiology to perform a CT-guided catheter placement to drain infectious fluids from his abdomen.  The infection resulted in "copious purulent drainage" [P0260] and was difficult to treat.  The infection was later determined to be MRSA (Methicillin-resistant Staphylococcus aureus) and required multiple intravenous antibiotics to treat this resistant infection.  Mr. Gonzalez required two weeks of hospitalization to recover enough from his trauma and resulting complications before he was stable for discharge.

Analysis of Gunshot Trajectories

(Note: all description related to orientation is from a neutral anatomic position and does not necessarily represent the position of the patient at the time of the shooting.)

- Gunshot entrance wound to the left lateral back resulting in fractures of the left 8th and 9th ribs and bruising the lung.  Bullet fragments present between the skin and ribs in this area but did not penetrate into the thoracic cavity.  Photographs of the entrance wound [P1349, P1355] demonstrate a dramatic elliptical shape with an abrasion collar only at the posterior aspect.  These findings are consistent with a largely back to front trajectory of the bullet.

- Tangential (graze) gunshot wound to the bottom of the left foot.  The orientation of the skin tags on the periphery of the wound [photo P1347] is consistent with a back to front trajectory of the bullet.

2

- Gunshot entrance wound to the left lateral thigh with retained bullet in the right abdomen and causing bowel injury. Photographs of the entrance wound [P1345, P1299] demonstrate an elliptical shape with and abrasion collar at approximately the 5 o'clock position consistent with a distinct upwards path of travel. This bullet entered the side of the left thigh and traveled from left to right, back to front, and upwards. As the "upwards" description of the trajectory of the bullet is relative to the neutral anatomic position, it is possible, for example that Mr. Gonzalez was on the ground of in the process of falling to the ground when this gunshot wound occurred.
    - CT scan of the lower extremities demonstrates a "Dense metallic artifact noted immediately anterior to the right psoas muscle at the level of the proximal right external iliac artery." [P0534]
    - Dr. Dhillon (surgery) notes that "I believe that the bullet from the L(eft) thigh corresponds to the right abdomen" [P0035]

Medical records for Mr. Gonzalez indicate that he still suffered from sequelae of his gunshot wound injuries including "chronic left foot pain" that causes "difficulty ambulating in state issued shoes that affect ADLs [i.e.: activities of daily living]". He also expresses multiple complaints of constipation that is being treated with multiple medications. Is it possible that his constipation is related to his traumatic intestinal injury and subsequent intrabdominal infection.

Please feel free to contact me with any questions that you may have about this case.


Sincerely,


Ryan O'Connor, M.D.

3

# Ryan O'Connor, M.D.

P.O. Box 86166
Los Angeles, CA • 90086
(310) 990-9979 • roconnormd@gmail.com
CA Medical License # A95130

_____

### WORK EXPERIENCE

| | |
|---|---|
| 06/18 – present | **Attending Physician in Emergency Medicine** <br> Hollywood Presbyterian Medical Center; Los Angeles, CA |
| 03/08 – present | **Forensic Medical Expert Witness & Consultant** <br> Los Angeles County Superior Court List of Approved Expert Witnesses |
| 11/08 – 05/18 | **Attending Physician in Emergency Medicine** <br> Good Samaritan Hospital; Los Angeles, CA |
| 08/11 – 02/13 | **Attending Physician in Emergency Medicine** <br> San Mateo County Medical Center; San Mateo, CA <br> Washington Hospital Medical Center; Fremont, CA |
| 01/07 – 11/08 | **Attending Physician in Emergency Medicine** <br> St. John's Medical Center; Santa Monica, CA <br> Centinela Freeman Medical Center; Inglewood, CA <br> Century City Doctors Hospital; Los Angeles, CA |
| 07/05 – 12/06 | **Attending Physician in Emergency Medicine** <br> Beth Israel Medical Center; New York, NY |
| 07/97 – 06/98 | **Emergency Medical Technician (EMT)** <br> Schaefer Ambulance; Los Angeles, CA |

| | |
|---|---|
| 01/94 – 07/97 | **Volunteer Emergency Medical Technician (EMT)**<br>Georgetown Emergency Response Medical Service; Washington, D.C. |

- Served over 2,000 hours of active duty as volunteer EMT for the Georgetown University community
- Organized and staffed medical coverage for special events including 1994 World Cup, RFK Stadium concerts and music festivals, local & international martial arts tournaments, marathons, Georgetown University sporting events, and events at the French Embassy.
- **President and Chief Operating Officer** (04/07 – 05/07)
    - Lead organization of 125 volunteer EMTs.
    - Organized fundraising of $65,000 for purchase of new ambulance.
- **Director of Equipment** (04/05 - 04/06)
    - Managed the acquisition, utilization, and maintenance of medical equipment for community volunteer emergency medical service, including two ambulances.
- **Director of Systems** (04/05 – 04/06)
    - Managed the acquisition, utilization, and maintenance of computer and communication equipment for volunteer ambulance service.

# EDUCATION

| | |
|---|---|
| 09/14 – 12/21 | **California State University, Los Angeles**; Los Angeles, CA<br>Master of Science, Criminalistics |

- Courses Completed:
    - Directed Field Work at the Los Angeles County Department of Medical Examiner – Coroner (200 hours)
    - Forensic Pathology
    - Forensic Toxicology
    - Identification & Analysis of Controlled Substances
    - Firearms & Toolmark Examination
    - Crime Scene Reconstruction
    - Forensic Anthropology
    - Physical Methods and Patten Analysis
    - Forensic Serology / Forensic Biology
    - Courtroom & Legal Issues in Criminalistics
    - Statistical Analysis and Research Methods in Forensic Science
    - Ethical & Contemporary Issues in Forensic Science

07/02 – 07/05     **Beth Israel Medical Center**; New York City, NY
Residency in Emergency Medicine
- Clinical Rotations Completed:
    - Emergency Medicine
    - Pediatric Emergency Medicine
    - Trauma Medicine
    - Pediatric Trauma Medicine
    - Toxicology
    - Surgery
    - Medical Critical Care
    - Surgical Critical Care
    - Orthopedics
    - Obstetrics & Gynecology
    - Labor & Delivery
    - Anesthesia
    - Emergency Medical Systems (EMS)
    - Psychiatry
    - Ophthalmology
    - Dermatology
    - Otolaryngology (ENT)
    - Radiology

07/98 – 06/02     **New York Medical College**; Valhalla, NY
Doctor of Medicine
- Academic Courses Completed:
    - Gross Anatomy
    - Histology
    - Biochemistry
    - Physiology
    - Neurology
    - Behavioral Science (Psychiatry)
    - Biostatistics & Epidemiology
    - Primary Care
    - Microbiology
    - Pathology & Pathophysiology
    - Pharmacology
    - Community and Preventive Medicine

    o Clinical Rotations Completed:
- Pediatrics
- Pediatric Intensive Care
- Neurology
- Family Medicine
- Internal Medicine
- Obstetrics & Gynecology
- Psychiatry
- Geriatrics
- General Surgery
- Surgical Specialties
- Anesthesiology
- Rehabilitation Medicine
- Emergency Medicine
- Toxicology
- Medical Research
- Radiology

07/93 – 06/97    **Georgetown University**, College of Arts and Sciences; Washington D.C.
B.A.; Major: English, Minor: Biology; *cum laude*

## **INSTRUCTORSHIPS & CONSULTANCIES**

2024    **California Innocence Advocates**
Pro Bono Consultant

2021 – 2023    **Loyola University Law School Project for the Innocent**
Pro Bono Consultant

2016 – 2018    **Los Angeles County Department of Medical Examiner – Coroner**
Volunteer Medical Consultant
- Consulted and advised pathologists at this office on an as needed basis regarding specific forensic autopsy cases requiring supplemental expertise and experience

2013 – 2018    **Touro University, College of Osteopathic Medicine**; Henderson, NV
Adjunct Instructor of Emergency Medicine
- Instruct and supervise medical students and student physician assistants in the theory and practice of Emergency Medicine in the clinical setting.

| | |
|---|---|
| 2005 – 2006 | **Beth Israel Medical Center**; New York City, NY<br>Attending Physician of Emergency Medicine<br>• Instructed and supervised new medical doctors in the practice of Emergency Medicine for credentialed Emergency Medicine residency program. |
| 1995 – 1997 | **Georgetown University**; Washington, D.C.<br>Certified EMT Instructor<br>• Trained students for Emergency Medical Technician certification in University sponsored classes.<br>• Organized bi-weekly lectures and weekly practical skills sessions.<br>• Administered both practical and written certification examinations. |
| 1995 – 1997 | **Georgetown University**; Washington, D.C<br>American Red Cross Certified CPR Instructor<br>• Trained students for national CPR certification in University sponsored classes.<br>• Administered both practical and written certification examinations. |

## **LECTURES & PRESENTATIONS**

*Soft Tissue Injuries: Contusions, Abrasions & Lacerations*
- Office of the Public Defender; Los Angeles County, CA – 2021
- Defense Investigators Association, Fall Seminar – 2015
- Office of the Public Defender, San Diego County – 2015
- Los Angeles County Bar Association, ICDA – 2014
- District Attorney's Office; Marin County, CA – 2014
- Office of the Public Defender; Monterey County, CA -2014
- Office of the Public Defender; Riverside County, CA -2014
- Office of the Public Defender; Ventura County, CA -2014
- Office of the Public Defender; Contra Costa County, CA – 2014
- District Attorney's Office; San Mateo County, CA -2012
- Office of the Public Defender; Sacramento County, CA - 2012
- Office of the Public Defender; Marin County, CA – 2012
- Office of the Public Defender; San Francisco County, CA – 2012
- Office of the Public Defender; Santa Clara County, CA – 2011
- Office of the Public Defender; Los Angeles County, CA – 2010

*Fractures, Concussions & Loss of Consciousness*
- Office of the Public Defender; San Diego, CA – 2016
- Office of the Public Defender; Ventura County, CA – 2015
- Office of the Public Defender; Felony Division; Los Angeles County, CA – 2015
- Office of the Public Defender; Riverside County, CA – 2015
- Office of the Public Defender; San Bernardino County, CA – 2015
- Los Angeles County Bar Association, ICDA – 2015

*Fatal and Non-Fatal Strangulation*
- Office of the Public Defender; San Diego, CA – 2023
- Office of the Public Defender; Los Angeles, CA – 2021
- California Public Defenders Association, Annual Homicide Seminar – 2020
- Los Angeles County Bar Association, ICDA - 2017

*Forensic Science Research*
- California Association of Toxicologists, Fall Meeting – 2018
    Controlled Drinking Study Research Presentation
- 3rd Annual Forensics Sciences Symposium, CSULA, Los Angeles - 2017
    Controlled Drinking Study Research Presentation

Miscellaneous
- Hollywood Presbyterian Medical Center Water Birth Symposium – 2019
    Guest Moderator for Multidisciplinary Symposium

## RESEARCH

2017 – 2021   **Thesis Research for Criminalistics M.S.**
California State University, Los Angeles
- Comparing the effects of Blood Alcohol Concentration (BAC) on Horizontal Gaze Nystagmus (HGN) at equivalent levels during absorption and metabolism phases.
- Recipient of California State University Program for Education & Research in Biotechnology (CSUPERB) 2018 Grant

Summer 2001   **Emergency Medicine Research Elective**
Metropolitan Hospital; New York, NY
- Examined the efficacy and safety of various modes of ketamine administration for pediatric sedation during invasive procedures in the ED. Preceptor Yash Chathampally, M.D.

| | |
|---|---|
| Summer 1994 | **Research Assistant** |
| | National Institutes of Health (NIH); Bethesda, MD |
| | • Determined the genome of the porcine enteric calici virus and established its suitability for use as a model for the human calici virus.  Preceptor Kim Green, M.D. |

# **CONFERENCES AND WORKSHOPS ATTENDED**

American Academy of Forensic Sciences
AAFS Connect: Best Practice Recommendations for Performing Alcohol Calculations - 2025
AAFS Annual Scientific Meeting - 2025
AAFS Connect: Sudden Cardiac Death in Assault Contexts: Homicide Qualification – 2024
AAFS Annual Scientific Meeting – 2024
AAFS Annual Scientific Meeting – 2022
AAFS Annual Scientific Meeting – 2020
AAFS Annual Scientific Meeting – 2016

California Association of Criminalists
CAC Workshop: Blood Alcohol Study Group – 2022
CAC Workshop: Alcohol Workshop – 2021
CAC Workshop: Bloodstain Pattern Analysis – 2020
CAC Workshop: General Crime Scene - 2020
CAC Workshop: Alcohol Impairment – 2020
CAC Fall Seminar – 2019
CAC Fall Seminar – 2017
CAC Spring Seminar – 2016
CAC Spring Seminar – 2015
CAC Southern Study Group – 2015
CAC Workshop: Wound Pathology – 2014
CAC Workshop: Forensic Injury Biomechanics -2013

California Association of Toxicologists
CAT Winter Meeting – The Science of DRE - 2024
CAT Fall Seminar – 2023
CAT Fall Seminar – 2022
CAT Spring Seminar – 2022
CAT Fall Seminar – 2018

<u>American College of Emergency Physicians</u>
ACEP Scientific Assembly - 2018
ACEP Scientific Assembly – 2011
ACEP Scientific Assembly - 2008
ACEP Scientific Assembly - 2007
ACEP Scientific Assembly -2004

<u>Miscellaneous Forensic Education</u>
NHTSA Advanced Roadside Impaired Driving Enforcement (ARIDE) Training Course - 2025
NHTSA DWI Detection & SFST Student Training Course – 2023
3rd Annual Forensic Science Symposium, CSULA – 2017
National Association of Medical Examiners: Annual Meeting – 2016
Advanced Strangulation Course, Training Institute on Strangulation Prevention – 2014
National Conference on Health and Domestic Violence, Futures Without Violence - 2012

<u>Miscellaneous Emergency Medicine Education</u>
National Emergency Medicine Board Review Course, Center for Medical Education - 2016
Emergency Ultrasound Conference, UCSF - 2012


**ORGANIZATIONAL MEMBERSHIPS**

- American College of Emergency Physicians (ACEP), Associate Member
  - ACEP Forensic Medicine Section
  - ACEP Toxicology Section
- American Academy of Forensic Sciences (AAFS), Professional Affiliate
- California Association of Criminalists (CAC), Associate Member
- California Association of Toxicologists (CAT), Associate Member


**RELEVANT EXTRACURRICULAR**

1991-1997    Martial Arts Instructor
Jhoon Rhee Tae Kwon Do; Washington, D.C.
Jun Chong Tae Kwon Do; Los Angeles, CA
- 1st Degree Black Belt, Jun Chong Toe Kwon Do; Kukkiwon.
- Taught martial arts to both children and adults.
- Competed in various martial arts tournaments.
- Served as referee in various martial arts tournaments.
- Served as medical first responder at various martial arts tournaments.
- Member of the JCTKD and JRTKD Demonstration Teams.
- Performed during presidential dedication ceremony for Korean War Monument, National Mall, Washington D.C.

## **LANGUAGES**

- Conversational in Spanish