LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
Marcel F. Sincich, Esq. (SBN 319508)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GEORGE GONZALEZ, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:25-cv-00331-KK-DTB |
| v. | |
| STATE OF CALIFORNIA; et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Exhibit H - Warehouse Surveillance Video [COH000484].avi
Exhibit I - Officer Reynoso BWC with graphics.mp4
Exhibit K - Officer Sobaszek BWC - 4x, stabilized, graphics.mp4

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 19, 2026                     Marcel F. Sincich
Date                                           Attorney Name

                                                   Plaintiff George Gonzalez
                                                   Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING