**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:     (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Kimberly L. Aceves (State Bar No. 364642)
  *kimberly.aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET,
PATRICK SOBASZEK, and ANDREW REYNOSO

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6294
 Fax:  (916) 731-2120
 E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California acting by and through the California Highway and Sean Irick*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: 5:25−cv−00331−KK−DTB<br><br>[*Honorable Kenly Kiya Kato*<br>Magistrate Judge David T. Bristow]<br><br>**JOINT STATEMENT ON SCHEDULING OF ADR PROCEEDING**<br><br>**Final Pretrial Conference:**<br>Date:    April 23, 2026, at<br>Time:    10:30 a.m.<br>**Trial:**<br>Date:    May 11, 2026<br>Time:    08:30 a.m.<br>Place:    Courtroom 3 |

Case No.: 5:25−cv−00331−KK−DTB

**JOINT STATEMENT ON SCHEDULING OF ADR PROCEEDING**

**TO THE HONORABLE COURT:**

In accordance with ADR Procedure No. 2, Plaintiff George Gonzalez and Defendants City of Hemet, Patrick Sobaszek and Andrew Reynoso, and State of California and Sean Irick have scheduled mediation for April 3, 2026, with Panel Mediator Richard T. Copeland.

Respectfully Submitted,

DATED:  March 26, 2026         **LAW OFFICES OF DALE K. GALIPO**
                               **GRECH, PACKER, & HANKS**


                               By:_____/s/ Trenton C. Packer_____
                               Dale K. Galipo
                               Marcel F. Sincich
                               Trenton C. Packer
                               *Attorneys for Plaintiff George Gonzalez*

DATED:  March 26, 2026         **MANNING & KASS**
                               **ELLROD, RAMIREZ, TRESTER LLP**


                               By:_____/s/ Andrea K. Kornblau_____
                               Eugene P. Ramirez, Esq.
                               Andrea K. Kornblau, Esq.
                               Kimberly L. Aceves, Esq.
                               *Attorneys for Defendants City of Hemet, Patrick Sobaszek, and Andrew Reynoso*

DATED:  March 26, 2026         ROB BONTA
                               Attorney General of California
                               CATHERINE WOODBRIDGE
                               Supervising Deputy Attorney General


                               By:_____/s/ Amie C. Bears_____
                               AMIE C. BEARS
                               Deputy Attorney General
                               MARIO E. GARCIA
                               Deputy Attorney General
                               *Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

2         Case No.: 5:25−cv−00331−KK−DTB

**JOINT STATEMENT ON SCHEDULING OF ADR PROCEEDING**