**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>     Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>     Defendants. | **Case No. 5:25-cv-00331-KK-DTB**<br><br>[*Honorable Kenly Kiya Kato*]<br>Magistrate Judge David T. Bristow<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* No. 3 TO EXCLUDE DEFENDANTS' LATE EXPERT DISCLOSURES**<br><br>**FPTC/Hearing on Motions *in Limine*:**<br>Date:   April 23, 2026<br>Time:   10:30 a.m.<br>**Jury Trial**<br>Date:  May 11, 2026<br>Time:  08:30 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion *in Limine* No. 3 to Exclude Defendants' Late Expert Disclosures, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY GRANTED that the late disclosed expert reports and opinions of Samir Lyons, Dr. Swathi Kode and Rob Englert be excluded from trial.

**IT IS SO ORDERED.**

DATED:_____                    _____

                                                                              Honorable Kenly Kiya Kato

                                                                              United States District Judge