# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No. 5:25-cv-00331-KK-DTB**<br><br>[*Honorable Kenly Kiya Kato*]<br>Magistrate Judge David T. Bristow<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* No. 4 TO EXCLUDE TESTIMONY THAT IT IS PERMISSIBLE TO SHOOT A MAN MERELY FOR FLEEING**<br><br>**FPTC/Hearing on Motions *in Limine***:<br>Date:    April 23, 2026<br>Time:    10:30 a.m.<br>**Jury Trial**<br>Date:    May 11, 2026<br>Time:    08:30 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion *in Limine* No. 4 to Exclude Testimony that it is Permissible to Shoot a Man Merely for Fleeing, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY GRANTED that any argument or testimony that Plaintiff was a fleeing felon or otherwise stating that it was permissible to use deadly force while Plaintiff was fleeing with a gun, even prior to making any so-called furtive move, should be excluded from trial.

**IT IS SO ORDERED.**

DATED:_____          _____

Honorable Kenly Kiya Kato

United States District Judge