ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants the California Highway
Patrol and Sean Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,**<br><br>Defendants. | 5:25-cv-00331-KK-DTB<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 4: TO LIMIT OPINIONS REGARDING CAUSATION AND PROGNOSIS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF MARIO E. GARCIA**<br>Date:         April 23, 2026<br>Time:         10:30 a.m.<br>Courtroom:  3<br>Judge:        The Honorable Kenly Kiya Kato<br>Trial Date:  May 11, 2026<br>Action Filed: 12/24/2024 |

TO THE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that prior to the trial in the above-entitled action, at the

pretrial conference on April 23, 2026, at 10:30 a.m. or as soon thereafter as

1

counsel may be heard in Courtroom 3 of the United States District Court located at 3470 Twelfth Street Riverside, CA 92501, Defendants the California Highway Patrol and Sean Irick (collectively "Defendants") will and hereby does move the Court for an order excluding at trial any and all opinion testimony by Plaintiff George Gonzalez ("Plaintiff") relating to the issue of causation of Plaintiff's alleged injuries, diagnosis, and prognosis resulting from Defendants' conduct.

This motion is based on Federal Rules of Evidence 701 and 702 on the following grounds:

The Court should limit all medical testimony to treatment in the emergency department, not bullet trajectories or any prognosis of long-term effects of the bullet wounds on plaintiff.

This motion is and will be based upon this notice of motion, the attached memorandum of points and authorities, the accompanying declaration of Mario E. Garcia, all pleadings and records on file in this action, and on such further authority, evidence, or argument as may be presented at or before the time of any hearing on this motion.

This motion is made following the undersigned counsel's meet and confer discussions with Plaintiff's counsel on March 19, 2026, pursuant to Central District of California Local Rule 7-3.

Dated:  March 26, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ Mario E. Garcia*
MARIO E. GARCIA
Deputy Attorney General
*Attorneys for Defendants California Highway Patrol and Sean Irick*

2

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

Defendants move this Court for an order excluding all testimony relating to the issue of causation of Plaintiff's alleged injuries resulting from Defendants' conduct. This motion is based upon the ground that a retained and non-retained experts may not testify on such matters, under Federal Rule of Evidence 701 and 702, and therefore, such testimony is inadmissible.

Defendants request that the Court grant this motion precluding any improper opinion regarding causation of alleged injuries arising from the use of deadly weapon on the following grounds:

(1) Plaintiff's retained expert Dr. O'Connor's testimony should be limited those opinions in his report, which does not opine on causation or prognosis and

(2) Plaintiff's non-retained experts' testimony should be limited to their observations at the time of treatment, not plaintiff's diagnosis or prognosis of his injuries.

The Court should grant this motion because these witnesses are barred to testify as to causation.

### STANDARD OF REVIEW

"A motion in limine is a procedural mechanism to limit in advance testimony or evidence in a particular area." *United States v. Heller*, 551 F.3d 1108, 1111 (9th Cir. 2009). A party may use a motion in limine to exclude inadmissible or prejudicial evidence before it is actually introduced at trial. See *Luce v. United States*, 469 U.S. 38, 40 n. 2 (1984). A motion in limine allows the parties to resolve evidentiary disputes before trial and avoids potentially prejudicial evidence being presented in front of the jury, thereby relieving the trial judge from the formidable task of neutralizing the taint of prejudicial evidence. *Brodit v. Cambra*, 350 F.3d 985, 1004-05 (9th Cir. 2003). Judges have broad discretion in ruling on a motion in limine. *Jenkins v. Chrysler Motors Corp.*, 316 F.3d 663, 664 (7th Cir. 2002)); see

also *United States v. Torres*, 794 F.3d 1053, 1059 (9th Cir. 2015) (motion in limine rulings are reviewed for abuse of discretion).

## ARGUMENT

**I.    DR. O'CONNOR'S TESTIMONY SHOULD BE LIMITED TO PLAINTIFF'S EMERGENCY DEPARTMENT TREATMENT, NOT BULLET TRAJECTORIES OR ANY DIAGNOSIS OR PROGNOSIS TO PLAINTIFF'S COLON AND FOOT INJURIES.**

Pursuant to Federal Rules of Civil Procedure rule 26, Plaintiff disclosed Dr. Ryan O'Connor, an Emergency Medical Physician, as his expert. Defendants anticipate that Dr. O'Connor will testify as to the bullet trajectories upon striking Plaintiff's and the extent of damage done to his body. Defendants request that Dr. O'Connor's testimony be limited to the treatment Plaintiff underwent at Riverside University Health System's Emergency Department and he not be allowed to testify regarding any causation or prognosis.

### A.    The Court Should Preclude Plaintiff's Physician Expert from Testifying as to as to Any Causation, Diagnosis or Prognosis.

Pursuant to Federal Rules of Civil Procedure 702, a witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if the proponent demonstrates to the court that it is more likely than not that: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert's opinion reflects a reliable application of the principles and methods to the facts of the case. Fed. R. Civ. P. 702. Analysis of an FRE 702 objection begins with the standard set forth by the Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786 (1993). Under *Daubert*, this Court has a "gatekeeping role" to ensure that expert testimony is both relevant and

reliable. *City of Pomona v. SQM North. America Corp.*, 750 F.3d 1036, 1043 (9th Cir. 2014). Reliability is determined by assessing whether "the knowledge underlying the testimony has a reliable basis in the knowledge and experience of the relevant discipline. *Id at 1044*. The key inquiry for a reliability assessment is whether the reasoning or methodology underlying the testimony is reliable and whether that reasoning or methodology properly can be applied to the facts in issue. *United States v. Hermanek*, 289 F.3d 1076, 1093 (9th Cir. 2002) (internal quotation marks omitted).

Dr. O'Connor is an Emergency Medicine Physician at Hollywood Presbyterian Medical Center. Declaration of Mario E. Garcia (Garcia Decl.), ¶ 3 at Exhibit (Ex.) 1-2. Dr. O'Connor also holds himself to be Forensic Medical Expert witness and consultant. Id. Dr. O'Connor testified that he is not a ballistic expert. Garcia Decl., ¶ 4 at Exh. 3. Besides his medical experience, Dr. O'Connor has a master's degree in criminalistics and experienced two-semester internship at the Los Angeles County Coroner's office. Garcia Decl., ¶ 3 at Ex. 1-2. By contrast, the Court in *Murillo v. City of Los Angeles*, 2023 WL 9420539 (C.D. Cal. August 21, 2023), held that a forensic pathologist and neuropathologist who had been involved over then thousand death and injury investigation was qualified to opine on the trajectory and manner in which bullets enter and exit the body and rejected Defendants' motion in limine. *Id*. at 2-4. Dr. O'Connor's experience cannot compare. Although Dr. O'Connor can opine as to the possible damage the bullets have done to the body from an emergency medicine perspective, his knowledge to bullet trajectory is limited and insufficient to show that he has sufficient scientific, technical, or other specialized knowledge that will help the trier of fact to understand the evidence or to determine a fact in issue. To corroborate this, by Dr. O'Connor's own statement, he testified he is not a ballistic expert. Garcia Decl., ¶ 4, at Exh. 3. Dr. O'Connor's report and testimony fail to provide any reference to reliable principles and methods leading to his conclusions. As such, Defendants'

5

request that the Court preclude Dr. O'Connor from testifying as to the bullet trajectory inside Plaintiff's body.

**B.      Dr. O'Connor Should Be Precluded from Testifying to Diagnosis and Prognosis to Plaintiff's Foot and Colon Injuries.**

Rule 26(a)(2) governs the disclosure of expert identities and opinions. The expert report must contain specific data including a complete statement of all opinions the witness will express and the basis and reasons for them and the facts or data considered by the witness in forming them. Fed. R. Civ. Pro. 26(a)(2)(B)(i) and (ii). In general, expert witnesses are only permitted to testify regarding matters disclosed in their expert reports. See *US. Fidelity & Guar. Co. v. Lee Invs. LLC*, 641 F.3d 1126, 1138 (9th Cir. 2011) ("A district court does not abuse its discretion in limiting expert testimony to the ... subjects contained in the expert's disclosure.").

If a party fails to provide information as required by Rule 26(a) or (e), the party is not allowed to use that information to supply evidence at trial. Fed.  R. Civ. Pro. 37(c)(1). Rule 37(c) gives teeth to Rule 26 by forbidding the use at trial of any information required to be disclosed by Rule 26(a) that is not property disclosed. *Torres v. City of Los Angeles*, 548 F.3d 1197, 1212-1213 (9th Cir. 2008).

Dr. Ryan O'Connor reviewed only George Falcone Gonzalez's Medical records from Riverside University Hospital for an admission from 01/24/2024 to 02/08/2024 (P0001 – P1358), Medical records for George Falcon Gonzalez, Jr. from Wasco State Prison (P359–P1704), an AMR Patient Care Report dated 01/24/2024 for the treatment and transportation of Davie Falcon Doe (P1303 – P1326), and "Plaintiff Gonzalez's First Amended Complaint for Damages." Garcia Decl., ¶4 at Ex. 2.

His report is limited to solely his interpretation of the wounds sustained on January 24, 2024. He merely states that:

"Medical records for Mr. Gonzalez indicate that he still suffered from

sequelae of his gunshot wound injuries including "chronic left foot pain" that causes "difficulty ambulating in state issued shoes that affect ADLs [i.e.: activities of daily living]". He also expresses multiple complaints of constipation that is being treated with multiple medications. Is it possible that his constipation is related to his traumatic intestinal injury and subsequent intrabdominal infection."

Garcia Decl., ¶ 5 at Ex. 2.

There is no prognosis for Plaintiff's ongoing care or future treatment.

Dr. O'Connor is a physician in Emergency Medicine at Hollywood Presbyterian Medical Center. Garcia Decl., ¶3 at Ex. 1. The American Board of Medical Specialties defines emergency medicine as the clinical decision-making actions needed to prevent death or further disability in patients in the prehospital and emergency department settings. Garcia Decl., ¶ 6 at Ex. 3. Dr. O'Connor is also a medical expert witness and consultant. Garcia Decl., ¶ 3 at Ex. 2.

The American Academy of Orthopedic Surgeons defines orthopedics as the branch of medicine that focuses on the care of the skeletal system and its interconnecting parts which includes bones, muscles, joints, tendons, ligaments, and nerves. Garcia Decl., ¶ 7 at Ex. 4. This complex system, which includes your bones, joints, ligaments, tendons, muscles, and nerves, allows you to move, work, and be active. Id. As such, an orthopedic medical expert would provide opinions as to any diagnosis, prognosis, or any damage done by the bullets to plaintiff's left foot.

The medical dictionary defines proctology as the area of medicine that deals with the diagnosis and treatment of disorders affecting the colon, recum, and anus. Garcia Decl., ¶ 8 at Exh. 5. A proctology expert would provide opinions as to any diagnosis, prognosis, or any damage done by the bullets to Plaintiff's colon.

Dr. O'Connor is not an orthopedic surgeon or a proctologist. Garcia Decl., ¶ 3 at Exh. 2. Nowhere in Dr. O'Connor's curriculum vitae does it reflect that Dr. O'Connor has been retained to provide any testimony in the area of orthopedics or

7

proctology, nor does he have the education, skill, experience, training, or education in either of these disciplines. As such, Dr. O'Connor's testimony would not be reliable in testifying as to any of these fields. For this reason, Dr. O'Connor would be unable to provide any diagnosis, prognosis, or long-term effect of injuries to Plaintiff's foot or colon. Allowing him to testify to these medical areas could mislead jury into believe it is expert opinion simply because of Dr. O'Connor's background. It is expected that Plaintiff will attempt to question this witness regarding Plaintiffs present medical needs and conditions. Defendants move to limit this expert's testimony to only the very limited opinions in his report, which do not contain any opinions regarding prognosis or causation, of which he is unqualified to give.

**II.   PLAINTIFF'S TREATING PHYSICIAN'S TESTIMONY SHOULD BE LIMITED TO THEIR OBSERVATIONS AT THE TIME OF TREATMENT**

**A. Plaintiff's Non-Retained Experts Should Only Testify as To Their Observations and Treatment of Plaintiff's in Their Respective Fields.**

Defendants also anticipate that Plaintiff will introduce testimony of Plaintiff's treating physicians from the Riverside University Health System Emergency Department on the night of the incident. These non-retained treating physicians should be precluded in testifying as to the diagnosis and prognosis of Plaintiff's injuries resulting from the shooting.

A treating physician is not automatically an 'expert' witness simply because he is a doctor. A treating physician that has not been previously disclosed as an expert may still testify regarding his observations made during the course of treatment and on matters in his personal knowledge"; *Riddick v. Washington Hosp. Center,* 183 F.R.D. 327, 330 (D.D.C. 1998). *Yadegar v. United States*, 2025 WL 2427827, fn. 33. Treating physicians are not specially hired to provide expert testimony; rather, they are hired to treat the patient and may testify to and opine on what they saw and did without the necessity of the proponent of the testimony

furnishing a written expert report. *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 819 (9th Cir. 2011). Non-expert treating physicians "may not testify to opinions based on their scientific, technical or other specialized knowledge – only to their own perceptions of the patient. *Freeman v. Ethicon, Inc.*, 2022 WL 4601136 at * 1 (C.D. Cal. August 26, 2022) citing to *Lincoln Benefit Life Co. v. Alexander Dallal*, 2018 WL 11303206 (C.D. Cal. June 19, 2018.) The Ninth Circuit has rejected the notion that a treating physician's "evaluation of an injury is intertwined with his judgment of what caused the injury," holding instead that "a physician's assessment of the cause of an injury is expert testimony."*United States v. Urena*, 659 F.3d 903, 908 (9th Cir. 2011) (affirming district court's exclusion of treating physician's opinions regarding an injury's cause where physician was not timely designated as an expert).

Pursuant to Federal Rules of Civil Procedure Rule 26, Plaintiff disclosed a number of non-retained experts who treated Plaintiff at the time of his injury. Garcia Decl., ¶ 3, Ex. 1. Defendants anticipate that Plaintiff will attempt to introduce their testimony to convey the extent of Plaintiff's injuries, any diagnosis, and any prognosis of Plaintiff's injuries. Because they are all treating physicians, the jury may be inclined to treat their testimony as expert testimony which is improper pursuant to *United States v. Urena.* Defendants request that the Court limit non-expert's testimony to their perceptions while treating Plaintiff in the Emergency Department.

## CONCLUSION

For the reasons set forth, Defendants respectfully request that the Court grant Defendant's Motion in Limine No. 4 limiting testimony to the treatment of Plaintiff in the Emergency Department, precluding any bullet trajectory opinions, precluding any testimony to Plaintiff's medical health diagnosis and prognosis to his foot and colon. Defendants also request that all non-experts testify as their observations only during the time they respectively treated Plaintiff.

9

///

Dated:  March 26, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


*/s/ Mario E. Garcia*
MARIO E. GARCIA
Deputy Attorney General
*Attorneys for Defendant State of California acting by and through the California Highway Patrol and Sean Irick*

## DECLARATION OF MARIO E. GARCIA

I, MARIO E. GARCIA, declare as follows:

1.     I am licensed to practice law before the courts in the State of California, and I am a Deputy Attorney General with the State of California and I am one of the attorneys of record of Defendants State of California acting by and through the California Highway Patrol and Sean Irick (collectively "Defendants").

2.     I have personal knowledge of the matters set forth herein and if called upon as a witness could and would testify competently thereto.

3.     Plaintiff retained Dr. Ryan O'Connor as an Emergency Medical Physician. Dr. Ryan O'Connor's curriculum vitae does not reflect that he is an orthopedist or a proctologist. Dr. O'Connor earned a master's degree in criminalistic and experienced a two-semester internship at the Los Angeles County Coroner's Office. Dr. O'Connor also hold himself to be a Forensic Medical Expert. A true and correct copy of "Plaintiff's Rule 26 Initial Expert Disclosures" is attached hereto and identified as "Exhibit 1." A true and correct copy of Dr. O'Connor's expert report and curriculum vitae are attached hereto and identified as "Exhibit 2."

4.     Dr. Ryan O'Connor only reviewed George Falcone Gonzalez's Medical records from Riverside University Hospital for an admission from 01/24/2024 to 02/08/2024 (P0001 – P1358), Medical records for George Falcon Gonzalez, Jr. from Wasco State Prison (P359–P1704), an AMR Patient Care Report dated 01/24/2024 for the treatment and transportation of Davie Falcon Doe (P1303 – P1326), and "Plaintiff Gonzalez's First Amended Complaint for Damages." See Dr. Ryan O'Connor's report previously identified as "Exhibit 2."

5.     Dr. O'Connor's expert report states that "Medical records for Mr. Gonzalez indicate that he still suffered from sequelae of his gunshot wound injuries including 'chronic left foot pain' that causes 'difficulty ambulating in state issued shoes that affect ADLs [i.e.: activities of daily living]. He also expresses multiple

11

complaints of constipation that is being treated with multiple medications. Is it possible that his constipation is related to his traumatic intestinal injury and subsequent intrabdominal infection." See Dr. Ryan O'Connor's report previously identified as "Exhibit 2."

6.    The American Board of Medical Specialties defines emergency medicine as the clinical decision-making actions needed to prevent death or further disability in patients in the prehospital and emergency department settings. A true and correct copy of the American Board of Medical Specialities' definition of Emergency Medicine is attached hereto and identified as "Exhibit 3."

7.    Medical News Today defines orthopedics as the branch of medicine that focuses on the care of the skeletal system and its interconnecting parts which includes bones, muscles, joints, tendons, ligaments, and nerves. A true and correct copy of Medical News Today'definition is attached hereto and identified as "Exhibit 4."

8.    The medical dictionary definies Proctology as the branch of medicine that deals with the diagnosis and treatment of disorders affecting the colon, rectum, and anus. A true and correct copy of the medical dictionary's definition of proctology is attached hereto and defined as "Exhibit 5."

I declare under penalty of perjury under the laws of the State of California that the above information is true and correct to the best of my knowledge. Executed on 26th day of March 2026, in Los Angeles County, California.

*/s/ Mario E. Garcia*

Mario E. Garcia

# EXHIBIT 1

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* GEORGE GONZALEZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>                    Plaintiff,<br><br>       vs.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: 5:25-cv-00331-KK-DTB<br><br>[*Honorable Kenly Kiya Kato*]<br>Magistrate Judge David T. Bristow<br><br>**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff George Gonzalez hereby designates the following retained and non-retained expert witnesses who may be called upon to give expert testimony pursuant to Rule 26(a)(2)(A) of the Federal Rule of Civil Procedure. Plaintiff reserves the right to supplement and/or amend this disclosure.

-1-
Case No. 5:25-cv-00331-KK-DTB
PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES

I.    **RETAINED EXPERTS:**

A.    Jeffrey J. Noble (Police Practices/Use of Force)

Noble Consulting and Expert Witness Services, LLC

P.O. Box 80040

Rancho Santa Margarita, California

(949) 279-4678

Mr. Noble's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 1.

B.    Scott Holdaway (Videographer, Editor, and Forensic Video Analyst)

CVisualEvidence, LLC

2441 W 205th Street, Suite C102

Torrance, CA 90501

(310) 831-8900

Dr. Holdaway's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 2.

C.    Ryan O'Connor, M.D. (Medical Expert)

Attending Physician in Emergency Medicine

P.O. Box 86166

Los Angeles, CA 90086

(310) 990-9979

Mr. O'Connor's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 3.

-2-                    Case No. 5:25-cv-00331-KK-DTB
PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES

## II.   **NON-RETAINED EXPERTS:**

Pursuant to Rule 26(a)(2)(C), the following is a list of witnesses who have not been specially employed to provide opinion testimony but whose expert opinions may be sought at trial.

1.   **Navpreet Dhillon, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Dhillon is a physician and provider who admitted and treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and bullet damage, assessment, examination, treatment, diagnosis, prognosis, limitations, recovery, physical therapy, trauma surgery, resuscitation intervention, imaging, critical care-related diagnoses, findings, risks of treatment/care, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

2.   **Fairuz Coromoto Despujos Harfouche, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Harfouche is a physician and attending provider who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and bullet damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, limitations, recovery, physical therapy, trauma surgery, critical care, imaging, impression and findings, risks of treatment/care, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

3.   **Noah Ibrahim Ghossein, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Ghossein is a physician who treated Plaintiff in the Emergency

-3-                    Case No. 5:25-cv-00331-KK-DTB

Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and the damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, recovery, physical therapy, critical care, imaging, impression and findings, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

4.  **Andrew Neatum Sundin, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Sundin was a senior resident who treated and performed surgery on Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and the damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

5.  **Jaclyn Corso, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Corso was a resident physician and general surgeon and ordering provider who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

6.  **Nathaniel S. Fung, D.O.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Fung was a physician and general surgeon and discharge provider who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis,

recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

    7.    **Paul Thomas Albini, M.D.**

    Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Fung was a attending trauma physician who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, wound care, surgical critical care, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

    8.    **Steve Gettelfinger, P.T.**

    Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Steve Gettelfinger is a physical therapist who provided care to Plaintiff and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, prognosis, recovery, precautions of care, why particular care was provided, result of injuries and harm, and plan of care.

    9.    **John Varujan Agapian, M.D.**

    Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Agapian was a physician and trauma surgeon who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

    10.    **George Jeffrey Ventro, Jr., D.O.**

    Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Ventro treated Plaintiff and may testify to Plaintiff's injuries and harm, including the foreign body recovered from Plaintiff's body, general surgery and progress, findings and recommendations for care, physical therapy and occupational therapy, and ability to complete activities of daily living.

11. **Amanda Mckinley, Paramedic**

American Medical Response, 879 Marlborough Ave., Riverside, California 92507; (951) 782-5200

Paramedic Mckinley will testify as to her knowledge and interaction with Plaintiff, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care.

12. **Marquis Brigman, Paramedic**

American Medical Response, 879 Marlborough Ave., Riverside, California 92507; (951) 782-5200

Paramedic Brigman will testify to his knowledge and interaction with Plaintiff, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care.

DATED: December 4, 2025          LAW OFFICES OF DALE K. GALIPO
                                 GRECH, PACKER, & HANKS


                                 By: ___/s/___ *Marcel F. Sincich*
                                 Dale K. Galipo
                                 Trenton C. Packer
                                 Marcel F. Sincich
                                 *Attorneys for Plaintiff* GEORGE GONZALEZ

PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY OF LOS ANGELES

I, Stefany Anderson, am employed in the CITY of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On December 4, 2025, I served the foregoing document described as:

**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES**

on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

METHOD OF SERVICE

☒ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☒ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 4, 2025, at Woodland Hills, California.

_/s/ Stefany Anderson_
Stefany Anderson

PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES

## SERVICE LIST

Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
*andrea.kornblau@manningkass.com*
Khouloud Pearson (State Bar No. 323108)
*Khouloud.Pearson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants, CITY OF HEMET, SOBASZEK, and REYNOSO*

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
ASHLEY REYES
Deputy Attorney General
State Bar No. 312120
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2312
Fax: (559) 445-5106
E-mail: Ashley.Reyes@doj.ca.gov
Email: carrie.vue@doj.ca.gov
Email: mario.garcia@doj.ca.gov

*Attorneys for Defendants, State of California, acting by and through the California Highway Patrol, and Officer Sean Irick*

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff*

# EXHIBIT 2

# Ryan O'Connor, M.D.

- - -

Emergency Medical Physician
P.O. Box 86166
Los Angeles, CA 90086

November 25, 2025

Mr. Packer,

I have reviewed the discovery that you have provided to me regarding your client, George Gonzalez (Case No.: 5:25-cv-00331-KK-DTB). This includes:

- Medical records for George Falcone Gonzalez from Riverside University Hospital for an admission from 01/24/2024 to 02/08/2024 (P0001 – P1358)
- Medical records for George Falcon Gonzalez, Jr. from Wasco State Prison (P359 – P1704)
- An AMR Patient Care Report dated 01/24/2024 for the treatment and transportation of Davie Falcon Doe (P1303 – P1326)
- A 40-page legal document titled "Plaintiff Gonzalez's First Amended Complaint For Damages"

Medical Records Summary

On 01/24/2024 at 20:32, Mr. George Gonzalez arrived via ambulance to the Emergency Department of Riverside University Hospital. He was observed to have sustained multiple gunshot wounds and had an altered mental status with abnormal vital signs. A tourniquet had been applied by EMS "to left lower extremity for uncontrollable bleeding from left leg" [P0029] and it is noted that the patient had lost approximately one liter of blood on scene [P1324]. Physical examination

by the treating ER physician revealed "One bullet entering wound to the left side of the back and another to the left lateral thigh" [P0009] as well as a superficial gunshot wound to the bottom of his left foot. A blood transfusion was initiated due to his life-threatening hemorrhage, and the patient was urgently transferred to the Operating Room for surgical intervention.

In the OR, it was discovered that the gunshot wound that traversed the patient's abdomen caused a serosal injury of the intestine that required suture repair.  During his hospital stay, the patient developed an infection in his abdominal cavity that required Interventional Radiology to perform a CT-guided catheter placement to drain infectious fluids from his abdomen.  The infection resulted in "copious purulent drainage" [P0260] and was difficult to treat.  The infection was later determined to be MRSA (Methicillin-resistant Staphylococcus aureus) and required multiple intravenous antibiotics to treat this resistant infection.  Mr. Gonzalez required two weeks of hospitalization to recover enough from his trauma and resulting complications before he was stable for discharge.

<u>Analysis of Gunshot Trajectories</u>

(Note: all description related to orientation is from a neutral anatomic position and does not necessarily represent the position of the patient at the time of the shooting.)

- Gunshot entrance wound to the left lateral back resulting in fractures of the left 8th and 9th ribs and bruising the lung.  Bullet fragments present between the skin and ribs in this area but did not penetrate into the thoracic cavity.  Photographs of the entrance wound [P1349, P1355] demonstrate a dramatic elliptical shape with an abrasion collar only at the posterior aspect.  These findings are consistent with a largely back to front trajectory of the bullet.

- Tangential (graze) gunshot wound to the bottom of the left foot.  The orientation of the skin tags on the periphery of the wound [photo P1347] is consistent with a back to front trajectory of the bullet.

2

- Gunshot entrance wound to the left lateral thigh with retained bullet in the right abdomen and causing bowel injury.  Photographs of the entrance wound [P1345, P1299] demonstrate an elliptical shape with and abrasion collar at approximately the 5 o'clock position consistent with a distinct upwards path of travel.   This bullet entered the side of the left thigh and traveled from left to right, back to front, and upwards.  As the "upwards" description of the trajectory of the bullet is relative to the neutral anatomic position, it is possible, for example that Mr. Gonzalez was on the ground of in the process of falling to the ground when this gunshot wound occurred.
  - CT scan of the lower extremities demonstrates a "Dense metallic artifact noted immediately anterior to the right psoas muscle at the level of the proximal right external iliac artery." [P0534]
  - Dr. Dhillon (surgery) notes that "I believe that the bullet from the L(eft) thigh corresponds to the right abdomen" [P0035]

Medical records for Mr. Gonzalez indicate that he still suffered from sequelae of his gunshot wound injuries including "chronic left foot pain" that causes "difficulty ambulating in state issued shoes that affect ADLs [i.e.: activities of daily living]".  He also expresses multiple complaints of constipation that is being treated with multiple medications.  Is it possible that his constipation is related to his traumatic intestinal injury and subsequent intrabdominal infection.

Please feel free to contact me with any questions that you may have about this case.

Sincerely,

Ryan O'Connor, M.D.

3

# Ryan O'Connor, M.D.

P.O. Box 86166
Los Angeles, CA • 90086
(310) 990-9979 • roconnormd@gmail.com
CA Medical License # A95130

---

## WORK EXPERIENCE

06/18 – present      **Attending Physician in Emergency Medicine**
Hollywood Presbyterian Medical Center; Los Angeles, CA

03/08 – present      **Forensic Medical Expert Witness & Consultant**
Los Angeles County Superior Court List of Approved Expert Witnesses

11/08 – 05/18      **Attending Physician in Emergency Medicine**
Good Samaritan Hospital; Los Angeles, CA

08/11 – 02/13      **Attending Physician in Emergency Medicine**
San Mateo County Medical Center; San Mateo, CA
Washington Hospital Medical Center; Fremont, CA

01/07 – 11/08      **Attending Physician in Emergency Medicine**
St. John's Medical Center; Santa Monica, CA
Centinela Freeman Medical Center; Inglewood, CA
Century City Doctors Hospital; Los Angeles, CA

07/05 – 12/06      **Attending Physician in Emergency Medicine**
Beth Israel Medical Center; New York, NY

07/97 – 06/98      **Emergency Medical Technician (EMT)**
Schaefer Ambulance; Los Angeles, CA

01/94 – 07/97        **Volunteer Emergency Medical Technician (EMT)**
Georgetown Emergency Response Medical Service; Washington, D.C.
- Served over 2,000 hours of active duty as volunteer EMT for the Georgetown University community
- Organized and staffed medical coverage for special events including 1994 World Cup, RFK Stadium concerts and music festivals, local & international martial arts tournaments, marathons, Georgetown University sporting events, and events at the French Embassy.
- **President and Chief Operating Officer** (04/07 – 05/07)
  Lead organization of 125 volunteer EMTs.
  Organized fundraising of $65,000 for purchase of new ambulance.
- **Director of Equipment** (04/05 - 04/06)
  Managed the acquisition, utilization, and maintenance of medical equipment for community volunteer emergency medical service, including two ambulances.
- **Director of Systems** (04/05 – 04/06)
  Managed the acquisition, utilization, and maintenance of computer and communication equipment for volunteer ambulance service.

## EDUCATION

09/14 – 12/21        **California State University, Los Angeles**; Los Angeles, CA
Master of Science, Criminalistics
- Courses Completed:
  - Directed Field Work at the Los Angeles County Department of Medical Examiner – Coroner (200 hours)
  - Forensic Pathology
  - Forensic Toxicology
  - Identification & Analysis of Controlled Substances
  - Firearms & Toolmark Examination
  - Crime Scene Reconstruction
  - Forensic Anthropology
  - Physical Methods and Patten Analysis
  - Forensic Serology / Forensic Biology
  - Courtroom & Legal Issues in Criminalistics
  - Statistical Analysis and Research Methods in Forensic Science
  - Ethical & Contemporary Issues in Forensic Science

07/02 – 07/05      **Beth Israel Medical Center**; New York City, NY
Residency in Emergency Medicine
- Clinical Rotations Completed:
    - Emergency Medicine
    - Pediatric Emergency Medicine
    - Trauma Medicine
    - Pediatric Trauma Medicine
    - Toxicology
    - Surgery
    - Medical Critical Care
    - Surgical Critical Care
    - Orthopedics
    - Obstetrics & Gynecology
    - Labor & Delivery
    - Anesthesia
    - Emergency Medical Systems (EMS)
    - Psychiatry
    - Ophthalmology
    - Dermatology
    - Otolaryngology (ENT)
    - Radiology

07/98 – 06/02      **New York Medical College**; Valhalla, NY
Doctor of Medicine
- Academic Courses Completed:
    - Gross Anatomy
    - Histology
    - Biochemistry
    - Physiology
    - Neurology
    - Behavioral Science (Psychiatry)
    - Biostatistics & Epidemiology
    - Primary Care
    - Microbiology
    - Pathology & Pathophysiology
    - Pharmacology
    - Community and Preventive Medicine

- o Clinical Rotations Completed:
    - Pediatrics
    - Pediatric Intensive Care
    - Neurology
    - Family Medicine
    - Internal Medicine
    - Obstetrics & Gynecology
    - Psychiatry
    - Geriatrics
    - General Surgery
    - Surgical Specialties
    - Anesthesiology
    - Rehabilitation Medicine
    - Emergency Medicine
    - Toxicology
    - Medical Research
    - Radiology

07/93 – 06/97 **Georgetown University**, College of Arts and Sciences; Washington D.C. B.A.; Major: English, Minor: Biology; *cum laude*


## INSTRUCTORSHIPS & CONSULTANCIES

2024 **California Innocence Advocates**
Pro Bono Consultant

2021 – 2023 **Loyola University Law School Project for the Innocent**
Pro Bono Consultant

2016 – 2018 **Los Angeles County Department of Medical Examiner – Coroner**
Volunteer Medical Consultant
- Consulted and advised pathologists at this office on an as needed basis regarding specific forensic autopsy cases requiring supplemental expertise and experience

2013 – 2018 **Touro University, College of Osteopathic Medicine**; Henderson, NV
Adjunct Instructor of Emergency Medicine
- Instruct and supervise medical students and student physician assistants in the theory and practice of Emergency Medicine in the clinical setting.

2005 – 2006        **Beth Israel Medical Center**; New York City, NY
Attending Physician of Emergency Medicine
- Instructed and supervised new medical doctors in the practice of Emergency Medicine for credentialed Emergency Medicine residency program.

1995 – 1997        **Georgetown University**; Washington, D.C.
Certified EMT Instructor
- Trained students for Emergency Medical Technician certification in University sponsored classes.
- Organized bi-weekly lectures and weekly practical skills sessions.
- Administered both practical and written certification examinations.

1995 – 1997        **Georgetown University**; Washington, D.C
American Red Cross Certified CPR Instructor
- Trained students for national CPR certification in University sponsored classes.
- Administered both practical and written certification examinations.

## LECTURES & PRESENTATIONS

*Soft Tissue Injuries: Contusions, Abrasions & Lacerations*
- Office of the Public Defender; Los Angeles County, CA – 2021
- Defense Investigators Association, Fall Seminar – 2015
- Office of the Public Defender, San Diego County – 2015
- Los Angeles County Bar Association, ICDA – 2014
- District Attorney's Office; Marin County, CA – 2014
- Office of the Public Defender; Monterey County, CA -2014
- Office of the Public Defender; Riverside County, CA -2014
- Office of the Public Defender; Ventura County, CA -2014
- Office of the Public Defender; Contra Costa County, CA – 2014
- District Attorney's Office; San Mateo County, CA -2012
- Office of the Public Defender; Sacramento County, CA - 2012
- Office of the Public Defender; Marin County, CA – 2012
- Office of the Public Defender; San Francisco County, CA – 2012
- Office of the Public Defender; Santa Clara County, CA – 2011
- Office of the Public Defender; Los Angeles County, CA – 2010

*Fractures, Concussions & Loss of Consciousness*
- Office of the Public Defender; San Diego, CA – 2016
- Office of the Public Defender; Ventura County, CA – 2015
- Office of the Public Defender; Felony Division; Los Angeles County, CA – 2015
- Office of the Public Defender; Riverside County, CA – 2015
- Office of the Public Defender; San Bernardino County, CA – 2015
- Los Angeles County Bar Association, ICDA – 2015

*Fatal and Non-Fatal Strangulation*
- Office of the Public Defender; San Diego, CA – 2023
- Office of the Public Defender; Los Angeles, CA – 2021
- California Public Defenders Association, Annual Homicide Seminar – 2020
- Los Angeles County Bar Association, ICDA - 2017

*Forensic Science Research*
- California Association of Toxicologists, Fall Meeting – 2018
  Controlled Drinking Study Research Presentation
- 3rd Annual Forensics Sciences Symposium, CSULA, Los Angeles - 2017
  Controlled Drinking Study Research Presentation

Miscellaneous
- Hollywood Presbyterian Medical Center Water Birth Symposium – 2019
  Guest Moderator for Multidisciplinary Symposium

## RESEARCH

2017 – 2021 **Thesis Research for Criminalistics M.S.**
California State University, Los Angeles
- Comparing the effects of Blood Alcohol Concentration (BAC) on Horizontal Gaze Nystagmus (HGN) at equivalent levels during absorption and metabolism phases.
- Recipient of California State University Program for Education & Research in Biotechnology (CSUPERB) 2018 Grant

Summer 2001 **Emergency Medicine Research Elective**
Metropolitan Hospital; New York, NY
- Examined the efficacy and safety of various modes of ketamine administration for pediatric sedation during invasive procedures in the ED.  Preceptor Yash Chathampally, M.D.

Summer 1994        **Research Assistant**
                   National Institutes of Health (NIH); Bethesda, MD
                   • Determined the genome of the porcine enteric calici virus and established its suitability for use as a model for the human calici virus.  Preceptor Kim Green, M.D.

## CONFERENCES AND WORKSHOPS ATTENDED

American Academy of Forensic Sciences
AAFS Connect: Best Practice Recommendations for Performing Alcohol Calculations - 2025
AAFS Annual Scientific Meeting - 2025
AAFS Connect: Sudden Cardiac Death in Assault Contexts: Homicide Qualification – 2024
AAFS Annual Scientific Meeting – 2024
AAFS Annual Scientific Meeting – 2022
AAFS Annual Scientific Meeting – 2020
AAFS Annual Scientific Meeting – 2016

California Association of Criminalists
CAC Workshop: Blood Alcohol Study Group – 2022
CAC Workshop: Alcohol Workshop – 2021
CAC Workshop: Bloodstain Pattern Analysis – 2020
CAC Workshop: General Crime Scene - 2020
CAC Workshop: Alcohol Impairment – 2020
CAC Fall Seminar – 2019
CAC Fall Seminar – 2017
CAC Spring Seminar – 2016
CAC Spring Seminar – 2015
CAC Southern Study Group – 2015
CAC Workshop: Wound Pathology – 2014
CAC Workshop: Forensic Injury Biomechanics -2013

California Association of Toxicologists
CAT Winter Meeting – The Science of DRE - 2024
CAT Fall Seminar – 2023
CAT Fall Seminar – 2022
CAT Spring Seminar – 2022
CAT Fall Seminar – 2018

American College of Emergency Physicians
ACEP Scientific Assembly - 2018
ACEP Scientific Assembly – 2011
ACEP Scientific Assembly - 2008
ACEP Scientific Assembly - 2007
ACEP Scientific Assembly -2004

Miscellaneous Forensic Education
NHTSA Advanced Roadside Impaired Driving Enforcement (ARIDE) Training Course - 2025
NHTSA DWI Detection & SFST Student Training Course – 2023
3rd Annual Forensic Science Symposium, CSULA – 2017
National Association of Medical Examiners: Annual Meeting – 2016
Advanced Strangulation Course, Training Institute on Strangulation Prevention – 2014
National Conference on Health and Domestic Violence, Futures Without Violence - 2012

Miscellaneous Emergency Medicine Education
National Emergency Medicine Board Review Course, Center for Medical Education - 2016
Emergency Ultrasound Conference, UCSF - 2012


## ORGANIZATIONAL MEMBERSHIPS

- American College of Emergency Physicians (ACEP), Associate Member
  - ACEP Forensic Medicine Section
  - ACEP Toxicology Section
- American Academy of Forensic Sciences (AAFS), Professional Affiliate
- California Association of Criminalists (CAC), Associate Member
- California Association of Toxicologists (CAT), Associate Member


## RELEVANT EXTRACURRICULAR

1991-1997    Martial Arts Instructor
             Jhoon Rhee Tae Kwon Do; Washington, D.C.
             Jun Chong Tae Kwon Do; Los Angeles, CA
             - 1st Degree Black Belt, Jun Chong Toe Kwon Do; Kukkiwon.
             - Taught martial arts to both children and adults.
             - Competed in various martial arts tournaments.
             - Served as referee in various martial arts tournaments.
             - Served as medical first responder at various martial arts tournaments.
             - Member of the JCTKD and JRTKD Demonstration Teams.
             - Performed during presidential dedication ceremony for Korean War Monument, National Mall, Washington D.C.

## **LANGUAGES**

- Conversational in Spanish

Mr. Sincich,

My current billing rate is $600 per hour, with a 4-hour minimum, for pre-trial services including

review of documents, discussion of my findings and opinions, generation of a written report, in-

person physical examination, travel and wait times.  For this case, I have received $3,000 for

review of the discovery provided, discussion of my findings and opinions, and generation of a

written report.

My current billing rate is $750 per hour, with an 8-hour minimum $6,000, for services related to

testimony including travel time, waiting time, and testimony.

Please let me know if you need any other information from me.

Sincerely,

Ryan O'Connor, M.D.

Los Angeles County Superior Court
People v Raymond Lancaster, #BA480487-01
02/22/2022

Los Angeles County Superior Court
People v Frank Vargas, #MA075266
03/02/2022

Los Angeles County Superior Court
Underwood v. Brown , #BC645715
03/04/2022 (Civil Trial, Plaintiff)

San Diego County Superior Court
People v Jess Holliday, #SCD275109
03/16/2022

Los Angeles County Superior Court
People v Calvin Fems, #1MN01344
04/11/2022

Los Angeles County Superior Court
People v Selvin Nolasco, #1WC02995
05/04/2022

Los Angeles County Superior Court
People v Christian Ortiz, #PA089626
05/10/2022

Los Angeles County Superior Court
People v Shirley Ferguson, #TA155527-01
05/12/2022

Los Angeles County Superior Court
People v John Fay, #YA101587
05/24/2022

State of California Superior Court
Gatlin, et al vs Do Lab Inc., et al, #BC706951
06/07/2022 (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v David Garrison, #NA114197
06/09/2022

Los Angeles County Superior Court
People v Keywane Pandy, #1EM01824
06/16/2022

Los Angeles County Superior Court
People v Christopher Rhodes, #1IN02050
06/23/2022

Los Angeles County Superior Court
People v Jose Godinez, #BS501511-01
07/07/2022

Los Angeles County Superior Court
People v Sandra Molina, #EC88817
07/14/2022

Los Angeles County Superior Court
People v Tony Bracamonte, #1CJ02640
07/27/2022

Los Angeles County Superior Court
People v Felipe Martinez, #VA154565
08/04/2022

Los Angeles County Superior Court
People v Samuel Kallungi, #2CS00854
08/19/2022

San Diego County Superior Court
People v Abate Munsey, #SCE408923
08/23/2022

Los Angeles County Superior Court
People v Andrew Tibbs, #TA157039
09/06/2022

Los Angeles County Superior Court
People v Alberto Franco, #1CS02255
09/06/2022

San Diego County Superior Court
People v Robert Blake Green, #CN430921
09/14/2022

Ventura County Superior Court
People v Jason Paul Kelley, #2020023567
10/21/2022

Los Angeles County Superior Court
People v John Osborne, #NA112395
11/02/2022

Los Angeles County Superior Court
People v David McCabe, #NA116642
11/16/2022

Los Angeles County Superior Court
People v Umar Amin, #NA110235-01
11/17/2022

Los Angeles County Superior Court
People v Richard Alexis Castillo, #2AR21385
11/23/2022

Los Angeles County Superior Court
People v Bryant Bennett, # BA446441-01
11/28/2022

Los Angeles County Superior Court
People v Oscar Perez, #2WC00712
12/06/2022

Los Angeles County Superior Court
People v German Martinez, #2WC02719
12/14/2022

Los Angeles County Superior Court
People v Javon Mack, #BA491269
12/15/2022

San Diego County Superior Court
People v Hayden Jones, #M283873DV
01/10/2023

Los Angeles County Superior Court
People v German Martinez, #2WC02719
01/11/2023

Los Angeles County Superior Court
People v Yessica Calderon, #2WC00567
01/18/2023

San Diego County Superior Court
People v Peter Meno, #20206810
01/20/2023

Los Angeles County Superior Court
People v Manuel Matinez, #BA476851
02/08/2023

Los Angeles County Superior Court
People v Sean Bennett, #1CS02026
02/21/2023

Santa Barbara County Superior Court
People v Sean Parrish, #19CR03687
02/22/2023

San Diego County Superior Court
People v Samuel Angelo, #CE407470
02/23/2023

Los Angeles County Superior Court
People v Shamala Michael, #1TR03456
02/24/2023

Los Angeles County Superior Court
People v Cecilia Rodriguez, #0EM04097
03/03/2023

Los Angeles County Superior Court
People v Larry Russell, #2AN02769
03/15/2023

Los Angeles County Superior Court
People v Alexis Torres-Castro, #2MN02526
03/22/2023

Los Angeles County Superior Court
People v Ruben Aguilar, #0WC03635
03/24/2023

San Diego County Superior Court
People v Isak Espino, #21129802
04/06/2023

Los Angeles County Superior Court
People v Guadalupe Villa, #2CS00984
04/14/2023

San Diego County Superior Court
People v William Rees, #SCE408481
04/21/2023

Los Angeles County Superior Court
People v Kenny Navarro, #2MN00038
04/24/2023

San Diego County Superior Court
People v Jonathan Cogley, #21058430
05/09/2023

Los Angeles County Superior Court
People v Yessica Calderon, #2WC00567
05/15/2023

Los Angeles County Superior Court
People v David Moreno, #2EM01763
05/23/2023

San Diego County Superior Court
People v Hakim Rashid, #CE412257
06/13/2023

Los Angeles County Superior Court
People v Kenny Navarro, #2MN00038
06/28/2023

Los Angeles County Superior Court
People v Victor Morales, #2MN02456
06/28/2023

Los Angeles County Superior Court
People v Jose Rucobo, #3MN00836
07/07/2023

Los Angeles County Superior Court
People v Frank Flores Vigil, #3MN00816
07/11/2023

Los Angeles County Superior Court
People v Marvin Hernandez Luna, #3MN00831
07/14/2023

Los Angeles County Superior Court
People v Joshua Jahziel Varela, #3CS00792
07/14/2023

Los Angeles County Superior Court
People v Ever Gramajo Deleon, #3MN00484
07/20/2023

Los Angeles County Superior Court
People v Isaiah Baizargaston, #2AR11156
07/25/2023

Los Angeles County Superior Court
People v Noel Rojo, #YA106869
07/31/2023

Los Angeles County Superior Court
People v Jesus Hernandez Tomas, #3MN01030-01
08/01/2023

Los Angeles County Superior Court
People v Anthony Lukata, #LA087903
09/14/2023

Los Angeles County Superior Court
People v Terrance Ware, #BA496865
09/29/2023

Los Angeles County Superior Court
People v William Jefferson, #3SV00068
10/03/2023

San Diego County Superior Court
People v Kenneth Corley, #CD292274
10/10/2023

San Diego County Superior Court
People v Arturo Ruiz, #S320064
10/12/2023

Los Angeles County Superior Court
People v Alex Alejandro Mendo, #KA132685
10/16/2023

Los Angeles County Superior Court
People v Diego Hernandez Perez, #VA159660-01
10/17/2023

Ventura County Superior Court
People v Alejandro Cisneros Lucas, #2023014649
10/18/2023

Los Angeles County Superior Court
People v Geovanni Rodriguez Gonzalez, #3AN00922
10/26/2023

Los Angeles County Superior Court
People v Armando Andrade Rangel, #3BL01694
11/06/2023

San Diego County Superior Court
People v Samantha Muniz, #CD195246
11/13/2023

Los Angeles County Superior Court
People v Richard Towner, #3AR01633
11/15/2023

Los Angeles County Superior Court
People v Oscar Miranda, #2BL00298
11/21/2023

San Diego County Superior Court
People v Kevin Del Rio, #CS319390
01/18/2024

Los Angeles County Superior Court
People v Joseph Williams, #BA509905
01/22/2024

Los Angeles County Superior Court
People v Misael Camacho, #BA501171
01/24/2023

Los Angeles County Superior Court
People v Arianna Torres, #3WC00417
01/25/2023

Los Angeles County Superior Court
People v Fidelmar Contreras Carrillo, #2CS01103
02/01/2023

Ventura County Superior Court
People v Enrique Alvarez, #2023019558
02/13/2024

State of California Superior Court
Shelby H. Haro v. Providence Health System, et al, #22BBCV00587
02/20/2024(Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Samantha Arellano, #2WC031067
02/27/2024

Ventura County Superior Court
People v Juvinal Garcia, #2023023623
02/29/2024

Los Angeles County Superior Court
People v Tyree McFarland, #MA081944
03/05/2024

Ventura County Superior Court
People v Glory Munoz, #2022030038
03/06/2024

Los Angeles County Superior Court
People v Michael Ness, #KA117461
03/11/2024

Los Angeles County Superior Court
People v Daniel Isaac Vasquez, #2LB02146
04/03/2024

San Diego County Superior Court
People v Kenneth Corley, #CD292274
05/28/2024

Ventura County Superior Court
People v Julio Pires, #2023028156
05/31/2024

Los Angeles County Superior Court
People v Rajahd Reon Phillips, #24MTCM00263-01
06/07/2024

Los Angeles County Superior Court
People v Katherine Rogers, #23WCCM00246
06/20/2024

Los Angeles County Superior Court
People v Luis Alvarado, #2AM00568
06/20/2024

Los Angeles County Superior Court
People v Mervin Perkins, #23ARFC00109
06/25/2024

Los Angeles County Superior Court
People v Damon Braxton, #3AN02781
06/26/2024

Los Angeles County Superior Court
People v Charles Shelton, #23WCCM00047
07/02/2024

Los Angeles County Superior Court
People v Eric Williams, #23ELCM00096
07/03/2024

Los Angeles County Superior Court
People v James Thornberry, #3SV02874
07/09/2024

Ventura County Superior Court
People v Zachary Alkire, #2022016147
07/19/2024

Los Angeles County Superior Court
People v Ronald Nanez, #23WCCM00091
07/30/2024

Los Angeles County Superior Court
People v Jovany Uribe, #24MTCM01785
08/08/2024

United States District Court for the Central District of California
Edgar Solis v County of Riverside, et al, #5:23-cv-00515-HDV-JPR
08/09/2024 (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Fabian Rios, #2EM01642-01
08/20/2024

Los Angeles County Superior Court
People v Jose Leonardovasquez, #24ARCM02082
08/28/2024

Los Angeles County Superior Court
People v Melvin Donischavez, #24MTCM01854
08/30/2024

Los Angeles County Superior Court
People v Ruijue Wang, #MTCM01854
09/04/2024

Ventura County Superior Court
People v Leslie Campbell, #2022015749
09/12/2024

Los Angeles County Superior Court
People v Ricardo Callahan, #24TRCM00895
09/17/2024

Ventura County Superior Court
People v Nathaniel Lemar Wills, #2011006448
09/18/2024

Ventura County Superior Court
People v Christian Hernandez, #2024010557
10/17/2024

Los Angeles County Superior Court
People v Angel Lopez, #24MTCM01578
10/18/2024

Ventura County Superior Court
People v Monsell B., #2024017003
10/21/2024

Los Angeles County Superior Court
People v Ariel Estrada, #24MTCM01904
10/22/2024

Kings County Superior Court
People v Christian Tank, #23CM2121
10/23/2024

Los Angeles County Superior Court
People v Gilbert Garcia, #2WCCM00196
10/24/2024

Los Angeles County Superior Court
People v Lisa Ross, #3AR01206
10/28/2024

Los Angeles County Superior Court
People v Hansjurgen Briese, #24MTCM01596
10/30/2024

Los Angeles County Superior Court
People v Ricky Fernandez, #NA117216
11/04/2024

Los Angeles County Superior Court
People v David Young, #GA1112897
11/18/2024

Los Angeles County Superior Court
People v Carlos Salinas, #24DWCM00761
11/19/2024

Los Angeles County Superior Court
People v Mohammad Jamil Hasanzada, #24EMCM00189
11/22/2024

Los Angeles County Superior Court
People v Julio Alvarado Hernandez, #24MTCM02143
12/06/2024

San Diego County Superior Court
People v Keijavara Banks, #CE427423
12/09/2024

Ventura County Superior Court
People v Blake Barnes, #
12/11/2024

Los Angeles County Superior Court
People v Jairee Baker, #3AR01051
12/12/2024

Ventura County Superior Court
People v Reyline Ramirez, #2023024740
01/17/2025

Ventura County Superior Court
People v Joseph Mendez, #2024001956
01/31/2025

Los Angeles County Superior Court
People v Rosy Delgado, #24DWCM02445
02/03/2025

Los Angeles County Superior Court
People v Clemente Enriquez, #24ARCM01299
02/14/2025

Los Angeles County Superior Court
People v Clemente Enriquez, #24ARCM01299
02/18/2025

United States District Court for the Central District of California
Edgar Solis v County of Riverside, et al, #5:23-cv-00515-HDV-JPR
02/24/2025 (Civil Trial, Plaintiff)

Los Angeles County Superior Court
People v Johnnie Purvis, #24LBCM02871
02/28/2025

Los Angeles County Superior Court
People v Sergio Ramirez, #24TRCM03761
03/03/2025

San Diego County Superior Court
People v Dajon Shingleton, #CD297656
03/04/2025

Los Angeles County Superior Court
People v David Axel Roquegarcia, #24CMCM01206-01
03/10/2025

Ventura County Superior Court
People v Adriana Conchola Reyes, #2024021077
03/13/2025

Los Angeles County Superior Court
People v Victor Anibal Tista Choc, #24MTCM03889
03/18/2025

Los Angeles County Superior Court
People v Henry Ventura, #CM0903A
03/21/2025

Solano County Superior Court
People v Jamey Lashan Patton, #F24-01840
03/26/2025

Los Angeles County Superior Court
People v Jose Morataya, #MA084263
04/07/2025

San Bernardino County Superior Court
D'Son Woods v CDCR (State of California), #CIVDS1831184
04/09/2025 (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Carlos Garcia, #PA101222
04/14/2025

Ventura County Superior Court
People v Alexander Alger, #2024015135
04/15/2025

San Diego County Superior Court
People v Troy Scholder, #
04/18/2025

San Diego County Superior Court
People v Raymond Lynde, #SCS314890
04/22/2025

Los Angeles County Superior Court
People v John Haro, #25GDCM00556
05/25/2025

Los Angeles County Superior Court
People v Kenneth Wagner, #24PDCF00622
06/16/2025

Los Angeles County Superior Court
People v Humberto Quinonez, #25MTCM00743
07/21/2025

Los Angeles County Superior Court
People v Javier Garcia, #25DWCM02224
07/22/2025

Los Angeles County Superior Court
People v John Fay, #YA101587
08/05/2025

Ventura County Superior Court
People v Jesse Andrew Mendoza, #2024027164
08/12/2025

Los Angeles County Superior Court
People v Tierra Whittington, #24MTCM00729
08/13/2025

Los Angeles County Superior Court
People v Ulices Martinez, #25EMCM01632
08/15/2025

Los Angeles County Superior Court
People v Jessie Jonathan Murguia, #24WCCM02542-01

08/26/2025

Ventura County Superior Court
People v Michelle Cozee, #2025003628
08/28/2025

Los Angeles County Superior Court
People v Naliyah Richardson, #24CMCM01283
08/29/2025

Los Angeles County Superior Court
People v Jesus Rangel, #24MTCM03149
09/08/2025

Los Angeles County Superior Court
People v Fernando Abraham Flores, #25MTCM01308-01
09/15/2025

Los Angeles County Superior Court
People v Theodore Steele, #24CMCF00932-01
09/16/2025

Los Angeles County Superior Court
People v Steve Guardian, #BA516641
09/23/2025

San Diego County Superior Court
People v Gregory David Carlomagno, #CE428021
10/07/2025

Los Angeles County Superior Court
People v Moises Rosas, #YA108705
10/08/2025

Ventura County Superior Court
People v Timothy Rebello, #2024033781
10/10/2025

Los Angeles County Superior Court
People v Octavio Curiel Martinez, #KA188996-01
10/15/2025

San Diego County Superior Court
People v Clyde Moore, #CE426996
10/23/2025

Los Angeles County Superior Court
People v Anna Marie Berkey, #24MTCM02704
10/30/2025

Los Angeles County Superior Court
People v Samuel Bailey, #24CJCF07885
11/7/2025

United States District Court for the Central District of California
Henry Barnhill v City of Hemet, et al, #5:23-cv-00589 JGB(SPx)
11/13/2025 – (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Mario Hernandez Lujano, #25WCCM00983
12/1/2025

Ventura County Superior Court
People v Mykesha Cardona, #2025015590
12/3/2025

# EXHIBIT 3



American Board
of Medical Specialties

*Higher standards. Better care.®*

# American Board of Emergency Medicine



East Lansing, MI
Phone: (517) 332-4800
[www.abem.org](http://www.abem.org)

GO TO THIS BOARD'S WEBSITE FOR THE MOST COMPLETE AND CURRENT INFORMATION ▶

# Emergency Medicine

A physician who specializes in Emergency Medicine focuses on the immediate decision making and action necessary to prevent death or any further disability both in the pre-hospital setting by directing emergency medical technicians and in the emergency department. This specialist provides immediate recognition, evaluation, care, stabilization and disposition of a generally diversified population of adult and pediatric patients in response to acute illness and injury.

Contact the board to learn about specialty and subspecialty certification requirements.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you accept our privacy policy.

Ok





treats patients with critical illnesses or injuries, particularly trauma victims and patients with multiple organ dysfunction who require care over a period of hours, days or weeks. These physicians also coordinate patient care among the primary physician, critical care staff and other specialists and their primary base of operation is the intensive care unit (ICU) of a hospital.

## Emergency Medical Services

An emergency medicine physician specializing in Emergency Medical Services has special knowledge and skills for the delivery of medical care of the acutely ill or injured patient in the pre-hospital setting. This care includes the initial patient treatment, stabilization and transportation in specially equipped ambulances and medical helicopters. The initial care for conditions such as heart attack or stroke may occur in patient homes, public places and wilderness settings. These medical specialists perform life-saving procedures outside the hospital setting, sometimes when people are still trapped in cars or buildings.

## Health Care Administration, Leadership, and Management

A specialist in this area has the clinical background and comprehensive expertise in health care administration to manage administrative functions with high-level organizational impact. The specialist is dedicated to a patient's experience and an organization's effectiveness while working with stakeholders to improve professionalism/organizational culture and spearhead process improvement and patient safety. These leaders can serve in an executive health care management position, such as a C-suite executive, vice president, dean, or medical director in a hospital, health system, academic setting, or government agency.

## Hospice and Palliative Medicine

An emergency medicine physician who specializes in Hospice and Palliative Medicine provides care to prevent and relieve the suffering experienced by patients with life-limiting

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you accept our privacy policy.



**American Board of Medical Specialties**

*Higher standards. Better care.®*

diagnosis, treatment and support of critically ill and injured patients, particularly trauma victims and patients with multiple organ dysfunction. This physician also coordinates patient care among the primary physician, critical care staff and other specialists.

## Medical Toxicology

Medical toxicologists are physicians who specialize in the prevention, evaluation, treatment and monitoring of injury and illness from exposures to drugs and chemicals, as well as biological and radiological agents. These specialists care for people in clinical, academic, governmental and public health settings, and provide poison control center leadership. Important areas of Medical Toxicology include acute drug poisoning; adverse drug events; drug abuse, addiction and withdrawal; chemicals and hazardous materials; terrorism preparedness; venomous bites and stings; and environmental and workplace exposures.

## Neurocritical Care

The medical specialty of Neurocritical Care is devoted to the comprehensive multi-system care of the critically ill patient with neurological diseases and conditions.

## Pain Medicine

An emergency medicine physician who specializes in Pain Medicine diagnoses and treats patients experiencing problems with acute or chronic pain, or pain related to cancer, in both hospital and outpatient settings and coordinates care needs with other specialists.

## Pediatric Emergency Medicine

An emergency medicine physician who specializes in Pediatric Emergency Medicine has special qualifications to manage emergency treatments in acutely ill or injured infants and children.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you accept our privacy policy.



**American Board of Medical Specialties**

*Higher standards. Better care.®*

# Undersea and Hyperbaric Medicine

An emergency medicine physician who specializes in Undersea and Hyperbaric Medicine treats decompression illness and diving accident cases and uses hyperbaric oxygen therapy to treat such conditions as carbon monoxide poisoning, gas gangrene, non-healing wounds, tissue damage from radiation and burns and bone infections. This specialist also serves as consultant to other physicians in all aspects of hyperbaric chamber operations, and assesses risks and applies appropriate standards to prevent disease and disability in divers and other persons working in altered atmospheric conditions.

## Connect to the ABMS Community

*ABMS Insights* is our free newsletter featuring news about board certification and the 24 certifying boards that compose ABMS. Learn about their latest programs, initiatives, and innovations, and hear from guest columnists.

Enter your email address

SIGN UP

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you accept our privacy policy.



American Board
of Medical Specialties

*Higher standards. Better care.®*



For Patients

For Credentialers

For Physicians & Specialists

For Health Care Organizations

MS Teams for Member Boards

BoardEffect

Search

**INSIDE ABMS**

Governance

Staff Leadership

Revenue and Expenses

Research and Education Foundation

Associate Members

Join Our Team

Contact Us

Media Inquiries

FAQs

**ABOUT ABMS**

ABMS Mission

Our Story

Serving the Public and the Profession

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you accept our privacy policy.

**American Board of Medical Specialties**

*Higher standards. Better care.®*

☰

ABMS Guide to Medical Specialties

ABMS Insights Newsletter



f     𝕏     in     ▶

© 2026 American Board of Medical Specialties ® (ABMS ®)      Website Policies | Sitemap | Terms of Use | Accessibility

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you accept our privacy policy.

# EXHIBIT 4

# What is orthopedics, and what do orthopedists do?



Medically reviewed by Daniel Wiznia, MD — Written by Kathleen Davis, FNP — Updated on April 25, 2023

Definition    Conditions they treat    Questions to ask

Choosing a surgeon    What to expect    Types of practice

Orthopedic surgeries    Education    Summary

Orthopedics focuses on treating the musculoskeletal system. This system comprises muscles, bones, joints, ligaments, and tendons. A person who specializes in orthopedics is known as an orthopedist.

Orthopedists use surgical and nonsurgical approaches to treat musculoskeletal issues, such as sports injuries, joint pain, and back problems.

This article provides an overview of orthopedics. It outlines the different conditions that orthopedists treat and explains what a person can expect during an orthopedic appointment.

The article also covers the qualifications necessary to become an orthopedist.

ADVERTISEMENT



Q    **MEDICALNEWSTODAY**    SUBSCRIBE

## What is orthopedics?





Studio Firma/Stocksy

Orthopedics, also known as orthopedic surgery, is a branch of medicine that focuses on the care of the skeletal system and its interconnecting parts. These parts include the following:

- bones
- muscles
- joints
- tendons
- ligaments
- nerves

There are generally two types of orthopedists: surgical and nonsurgical. The former are called orthopedic surgeons, while nonsurgical orthopedists include physiatrists and physical medicine and rehabilitation specialists.

An orthopedist often works as part of a larger orthopedic treatment team. This team may include:

- physician assistants
- nurse practitioners
- occupational and physical therapists
- athletic trainers

## What do orthopedists treat?

Orthopedists treat a wide variety of musculoskeletal conditions. These conditions may be present from birth, or they may result from an injury or age-related wear and tear.

Below are some of the most common conditions that an orthopedist may treat:

- joint pain from arthritis

- bone fractures

- soft tissue injuries, which are those that affect muscles, tendons, and ligaments

- back pain

- neck pain

- shoulder pain and problems, such as bursitis

- carpal tunnel syndrome

- overuse and sports injuries, including sprains, tendinitis, meniscus tears, and anterior cruciate ligament (ACL) tears

- congenital conditions, such as clubfoot and scoliosis

- bone cancer

ADVERTISEMENT

## Questions to ask an orthopedic doctor

A person may wish to ask the following questions:

- What nonoperative treatments are available?

- Am I a good candidate for this procedure?

- What surgical methods will the surgeon use?

- What are the risks or potential complications of the procedure?

- What are the benefits of the procedure?

- How long will the benefits last?

- What is the success rate of this procedure?

- What will I need to do to get the best results?

- How and where will the surgeon perform the procedure?

- If complications occur, how will the surgeon fix them?

## How do you choose an orthopedic surgeon?

A vital decision that a person has to make before an orthopedic surgery is choosing a licensed and accredited surgeon from a competent professional association.

It is important to check that a surgeon:

- is a graduate of an accredited medical school

- has completed a residency in orthopedic surgery

- has certification with the American Board of Orthopedic Surgery (ABOS) or the American Osteopathic Board of Orthopedic Surgery (AOBOS)

- has the experience and sufficient professional training to perform the procedure

- works only in accredited medical facilities

- adheres to medical education requirements, standards in patient safety, and a strict code of ethics

A person can use the ABOS and American Academy of Orthopedic Surgeons (AAOS) websites to find an orthopedic surgeon.

ADVERTISEMENT

## What to expect during an appointment

During the first appointment, the orthopedist will work to diagnose the person's condition. This can include conducting a physical examination and taking X-rays.

In some instances, the doctor may carry out in-office tests or order additional tests to confirm the diagnosis.

### Diagnosis

The process of diagnosis will also involve the orthopedist:

- asking about the person's symptoms

- reviewing the person's medical record to gather more information about their medical history and overall health

- carrying out a physical examination

- reviewing any X-rays that the person underwent before the appointment

The orthopedist may also order additional diagnostic tests. These may include:

- an MRI scan

- a CT scan

- a bone scan

- an ultrasound

- nerve conduction studies

- blood tests

### In-office procedures

An orthopedist may perform an in-office procedure to help diagnose and treat certain musculoskeletal conditions.

The American Academy of Orthopaedic Surgeons states that X-rays are "the most common and widely available diagnostic imaging technique."

An orthopedist will often perform X-rays in-office, allowing them to diagnose certain conditions during a person's appointment. They may also deliver injections, such as corticosteroid injections to relieve inflammation, and perform ultrasound scans.

Some acute injuries, such as fractures and dislocations, require the orthopedist to manipulate the bone or joint and immobilize it using a splint, cast, or brace.

### Treatment options

In addition to in-office treatments, a person's orthopedist may recommend one or more of the following to treat chronic musculoskeletal conditions:

- over-the-counter anti-inflammatory medications

- rehabilitation and physical therapy

- home exercise programs

- injections

- acupuncture

- mobility aids

- surgery, when other treatments fail

## Types of orthopedic practices

An orthopedist may specialize in a particular branch of orthopedic medicine. These branches are called subspecialties.

Some orthopedic subspecialties include:

- hand and upper extremity

- foot and ankle or podiatry

- orthopedic oncology, including tumor and cancer care

- pediatric orthopedics

- sports medicine

- spine surgery

- trauma surgery

- joint replacement surgery

## Which operations can orthopedic surgeons perform?

The sections below examine some surgical procedures that an orthopedist may perform as part of their work.

### Total joint replacement (TJR)

TJR surgery is one of the most common elective surgeries in the United States.

During a TJR, or arthroplasty, the doctor will remove the worn-out surfaces of a damaged joint and use a prosthesis as a replacement to replicate the functions of a typical healthy joint.

Many people can perform daily activities more quickly after a total joint replacement.

### Arthroscopic surgery

Arthroscopic surgery is a minimally invasive procedure that uses an arthroscope to diagnose joint problems.

An arthroscope is a long, thin camera — about the size of a buttonhole — that an orthopedic surgeon will insert into a person's joint, most commonly the knee or shoulder. The camera connects to a video monitor that allows them to see the inside of the joint.

The surgeon can then use several small, thin instruments to fix various problems by making minor additional incisions.

Arthroscopic surgery of the knee is the most common type of orthopedic surgery that takes place in the U.S. An orthopedist may perform arthroscopic surgery to repair common joint injuries, such as meniscus tears, ACL tears, and rotator cuff tears.

It can take 1 week to several months for a person to recover fully from an arthroscopy.

### Fracture repair surgery

An orthopedic surgeon may recommend fracture repair surgery to restore the normal anatomy of a more severely broken bone. To stabilize the bone, they can use different types of implants. These include rods, plates, screws, and wires.

Following a fracture repair surgery, it is common for a person to lose muscle strength and range of motion in the injured area. However, the doctor will recommend specific exercises to restore normal muscle strength, joint motion, and flexibility.

### Bone grafting surgery

Orthopedic surgeons may perform bone grafting to augment bone regeneration when a person's body cannot produce enough new bone.

In bone grafting surgery, an orthopedic surgeon uses bone from a person's body or a donor to repair and strengthen diseased or damaged bones. They may also use a synthetic bone substitute and biological factors when natural bone grafts are unavailable.

### Spinal fusion

During a spinal fusion surgery, the doctor will fuse two or more vertebrae to correct problems with the spine. This procedure allows the vertebrae to heal into a single, solid mass of bone.

An orthopedic spine surgeon may perform a spinal fusion for some back and neck problems, including scoliosis and injuries to the vertebrae or intervertebral disks.

## Education

To become an orthopedic surgeon, a person must:

- complete an undergraduate college degree
- graduate from an accredited medical school with a Doctor of Medicine or a Doctor of Osteopathy degree

- complete 5 years of training in an orthopedic residency program that has approval from either the Accreditation Council for Graduate Medical Education or the Royal College of Physicians and Surgeons of Canada

- obtain a medical license and optional board certification

- complete continuing medical education and exams to stay current and maintain certifications

After completing the 5-year residency program, many orthopedic surgeons choose to complete an additional 1–2 years of fellowship training in one of the subspecialty areas.

ADVERTISEMENT

## Summary

Orthopedics is a medical specialty that focuses on treating injuries and diseases of the musculoskeletal system. Some conditions are present at birth, whereas others may occur due to injury or age-related wear and tear.

Orthopedists often work as part of a broader orthopedic team that may include physician assistants, nurse practitioners, athletic trainers, and occupational or physical therapists. Together, they help diagnose, treat, and rehabilitate people with musculoskeletal conditions or injuries.

All orthopedists must undergo extensive training to obtain their medical license. They must continue ongoing education and training to maintain it.

ADVERTISEMENT

Surgery     Bones / Orthopedics     Primary Care

**How we reviewed this article:**

 **SOURCES**

Share this article



**RELATED COVERAGE**

# Bones: All you need to know

An introduction to bones. We discuss their function, the different types of bones in the human body, and the cells that are involved.

READ MORE →

# What to know about podiatrists

Medically reviewed by <u>Craig Tifford, MD</u>

A podiatrist is a doctor who specializes in treating foot, ankle, and lower leg problems. Learn more about a podiatrist's role here.

READ MORE →

# What to know about Achilles tendon repair surgery

What is Achilles tendon repair surgery, and what does the procedure involve? Read on to learn more about this surgery, including the differen...

READ MORE →



## Foot fusion surgery types, benefits, and risks

Foot fusion surgery involves joining the bones of a joint together. Doctors use it to treat arthritis, bunions, and other conditions.

READ MORE →

## What to know about joint replacement surgery

Medically reviewed by Stella Bard, MD

Joint replacement surgery involves removing a damaged joint and replacing it with an artificial one. Doctors can replace knees, hips,…

READ MORE →



## Get our newsletter

Keep up with the ever-changing world of medical science with new and emerging developments in health.

Enter your email                    SUBSCRIBE

Your privacy is important to us

| | |
|---|---|
| About Us | Health Topics |
| Contact Us | Health Hubs |
| Terms of Use | Medical Affairs |
| Privacy Policy | Content Integrity |
| Privacy Settings | Newsletters |
| Advertising Policy | Your Privacy Choices |

© 2026 Healthline Media UK Ltd, London, UK. All rights reserved. MNT is the registered trade mark of Healthline Media. Healthline Media is an RVO Health

# EXHIBIT 5

# Proctology | definition of proctology by Medical dictionary

https://medical-dictionary.thefreedictionary.com/proctology



# proctology 🔊 🔊

Also found in: **Dictionary**, **Thesaurus**, **Encyclopedia**, **Wikipedia**.

## proctology [prok–tol´o–je]

the branch of medicine concerned with disorders of the rectum and anus. adj., *adj* proctolog´ic.

Miller-Keane Encyclopedia and Dictionary of Medicine, Nursing, and Allied Health, Seventh Edition. © 2003 by Saunders, an imprint of Elsevier, Inc. All rights reserved.

## proc·tol·o·gy (prok-tol'ŏ-jē),

Surgical specialty concerned with the anus and rectum and their diseases.
[procto- + G. *logos,* study]

Farlex Partner Medical Dictionary © Farlex 2012

## proctology (prŏk-tŏl'ə-jē)

*n.*

The branch of medicine that deals with the diagnosis and treatment of disorders affecting the colon, rectum, and anus.

**proc′to·log′ic** (-tə-lŏj′ĭk), **proc′to·log′i·cal** (-ĭ-kəl) *adj.*
**proc′to·log′i·cal·ly** *adv.*
**proc·tol′o·gist** *n.*

The American Heritage® Medical Dictionary Copyright © 2007, 2004 by Houghton Mifflin Company. Published by Houghton Mifflin Company. All rights reserved.

## proc·tol·o·gy (prok-tol'ŏ-jē)

Surgical specialty concerned with the anus and rectum and their diseases.
[*procto-* + G. *logos,* study]

Medical Dictionary for the Health Professions and Nursing © Farlex 2012

## proctology

The branch of medicine concerned with the disorders of the lower (sigmoid) colon, the rectum and the anus.

Collins Dictionary of Medicine © Robert M. Youngson 2004, 2005

Advertisement. Bad banner? Please let us know Remove Ads

Advertisement. Bad banner? Please let us know Remove Ads

| **Copyright © 2003-2026 Farlex, Inc**

Disclaimer

All content on this website, including dictionary, thesaurus, literature, geography, and other reference data is for informational purposes only. This information should not be considered complete, up to date, and is not intended to be used in place of a visit, consultation, or advice of a legal, medical, or any other professional.

# CERTIFICATE OF SERVICE

Case Name: **Gonzalez v. State of California, et al.**     No.   **5:25-cv-00331-KK-DTB**

I hereby certify that on <u>March 26, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 4: TO LIMIT OPINIONS REGARDING CAUSATION AND PROGNOSIS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF MARIO E. GARCIA**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 26, 2026</u>, at Los Angeles, California.

J. Sissov
Declarant

*/s/ J. Sissov*
Signature

SD2025300206