# EXHIBIT B

# <u>CURRICULUM VITAE</u>

## SCOTT HOLDAWAY

**FORENSIC VIDEO ANALYST**
CVisualEvidence LLC
2441 W 205th St., Suite C102, Torrance, CA 90501
Phone: (310) 831-8900
Scott@CVisualEvidence.com

## <u>EMPLOYMENT HISTORY</u>

**FORENSIC VIDEO ANALYST**
CVisualEvidence LLC
Torrance, CA
(2019 – present)
Video clarification, timing, graphics, stabilization, conversions

**INSTRUCTOR, EDITOR, AND MEMBERSHIP SERVICES**
PADNET (Public Access Digital Network)
Long Beach, CA
(2019)
Video production and editor. Instructed classes on digital video editing

## <u>EDUCATION AND ACADEMIC BACKGROUND</u>

**BACHELOR OF ARTS DEGREE**
Major in Digital Media Arts
California State University, Dominguez Hills
Carson, CA
(2017 – 2019)
*Honors: Dean's List Fall 2017, Spring 2018, Fall 2018, Spring 2019, Graduating with University Honors, 2019 - Magna Cum Laude*

**ASSOCIATE OF ARTS DEGREE**
Major in Digital Media Arts
Long Beach City College
Long Beach, CA
(2014 – 2017)
*Received a Certificate of Accomplishment in Fundamentals of Digital Media Art*

**LEVA - LEVEL 3: THE PRINCIPLES OF FORENSIC VIDEO/IMAGE COMPARE AND CONTRAST**
*40-hour course* (February 2025)

**AXON INVESTIGATE (FORMERLY INPUT-ACE) RECERTIFICATION**
*5-hour course* (October 2024)

**LEVA - LEVEL 2: DIGITAL MULTIMEDIA EVIDENCE PROCESSING**
*40-hour course* (July 2024)

**LEVA - LEVEL 1: FORENSIC VIDEO ANALYSIS & THE LAW**
*40-hour course* (May 2024)

**LEVA - ADVANCED VIDEO EXAMINATION**
*24-hour course* (February 2024)

**LEVA - COURTROOM TESTIMONY FOR EXPERT WITNESSES**
*24-hour course* (January 2023)

**INPUT-ACE - INTRO & BEST PRACTICE**
*4-hour course* (September 2022)

**INPUT-ACE - VIDEO REVIEW AND WORKFLOW**
*4-hour course* (September 2022)

**INPUT-ACE - NARRATIVE REPORTS**
*4-hour course* (August 2022)

**INPUT-ACE - WORKFLOW AND TECHNICAL CONSIDERATIONS**
*4-hour course* (August 2022)

**INPUT-ACE - CASE MANAGEMENT**
*4-hour course* (August 2022)

**INPUT-ACE - INTRO TO INPUT-ACE**
*4-hour course* (August 2022)

**INPUT-ACE - DIGITAL MULTIMEDIA EVIDENCE**
*1-hour webinar* (July 2022)

**INPUT-ACE - ASPECT RATIO: RESIZING AND INTERPOLATION**
*1-hour webinar* (July 2022)

**INPUT-ACE - GETTING STARTED**
*1-hour webinar* (July 2022)

## CERTIFICATIONS AND COMMISSIONS

**LEVA - FORENSIC VIDEO TECHNICIAN CERTIFICATION**
(2024 - Present)

**AXON INVESTIGATE - OPERATOR CERTIFICATION**
(2022 - Present)

**AXON INVESTIGATE - EXAMINER CERTIFICATION**
(2022 - Present)

**STATE OF CALIFORNIA NOTARY PUBLIC**
(2019 - Present)


## COURTROOM TESTIMONY

**Lam vs. State of California**
The Superior Court of California, County of Los Angeles – Airport Courthouse
May 2024
*Philip Kent Cohen, APC*

**Rusanovskaya vs. City of Los Angeles**
The Superior Court of California, County of Los Angeles – Van Nuys Courthouse East
April 2023
*Panish Shea Ravipudi LLP*


## DEPOSITION TESTIMONY

**Valdivia vs. City of Covina**
June 2025
*The Law Offices of Dale K. Galipo*

**Scott vs. Riverside**
May 2025
*Balaban & Spielberger LLP*

**Kress vs. Union Pacific Railroad Company**
March 2025
*Panish Shea Ravipudi LLP*

**Mitschiener vs. The Parking Spot**
March 2024
*Panish Shea Ravipudi LLP*

**Murillo vs. City of Los Angeles**
January 2024
*The Law Offices of Dale K. Galipo*

**Tabares vs. The City of Huntington Beach**
May 2023
*The Law Offices of Dale K. Galipo*

**Rusanovskaya vs. City of Los Angeles**
April 2023
*Panish Shea Ravipudi LLP*

**IM vs. CHP**
November 2022
*Carrillo Law Firm LLP*

**McClain vs. City of Pasadena**
September 2022
*Carrillo Law Firm LLP*

**Sesma vs. State of California**
July 2022
*The Law Offices of Dale K. Galipo*


## EVIDENCE ACCEPTED IN COURT WITHOUT TESTIMONY

**Simpson vs. Loma Linda**
October 2025
*Balaban & Spielberger LLP*

**XM vs. Gonco**
September 2024
*Panish Shea Ravipudi LLP*

**Loeser vs. Norcal Beverage Co., Inc**
April 2024
*Greene Broillet & Wheeler LLP*

**Greener, Jack vs. Del Mar Jiu Jitsu**
March 2023
*Panish Shea Ravipudi LLP*

**Murillo vs. City of Los Angeles**
September 2022
*The Law Offices of Dale K. Galipo*

**French vs. City of Los Angeles**
October 2021
*The Law Offices of Dale K. Galipo*

**Lee vs. Pacific Dining Group**
August 2021
*Panish Shea Ravipudi LLP*

## FEE SCHEDULE

| | |
|---|---|
| **Forensic Video Analysis:** | $ 250.00 per hour |
| **Deposition and Trial Testimony:** | $ 300.00 per hour |

*UPDATED 11-24-2025*