# EXHIBIT C

*Gonzalez vs. City of Hemet*

**Scott Holdaway**
Forensic Video Analyst
CVisualEvidence LLC
2441 W 205th Street, Suite C102
Torrance, CA 90501

I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

## 1. Summary Report of Evidence Examination

On April 27th, 2024, our office was contacted by Trent Packer to retain my professional services to analyze the videos provided.

Case Materials Received:
- Shooting Officer BWC - HPD Ofcr. Patrick Sobaszek.mp4
- Shooting Officer BWC - HPD Sergeant Andrew Reynoso.mp4
- 42. Incident Report. OIS Scene. by Inv. Mendoza. 031524.pdf
- 60. Incident Report. Charting. CHP Ofcr. Irick. by Inv. Manjarrez. 020224.pdf
- 61. Incident Report. Charting. by Dpty. Ditfurth. 071524.pdf

## 2. Scope of Work Performed

Using the case materials received, I have created 7 videos. Each video comes with an uncompressed (.bmp) image sequence, PDF, and .mp4 version of the video.

- Officer Sobaszek BWC with graphics.mov
- Officer Reynoso BWC with graphics.mov
- Officer Sobaszek BWC - 4x enlargement and stabilized.mov
- Officer Sobaszek BWC - 4x enlargement and stabilized with graphics.mov
- Officer Sobaszek and Reynoso BWC - Side by side.mov
- Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov
- 4x Enlargement and Stabilization Comparison.mov

## 3. Technical Characteristics of the Multimedia Evidence

Shooting Officer BWC - HPD Ofcr. Patrick Sobaszek.mp4
There is an on-screen time/date stamp represented in this body worn camera (BWC) video that begins on 1/24/2024 at 19:35:58 and ends on 1/24/2024 at 20:52:56. The total running time of the video is 1 hour, 16 minutes, and 57 seconds. The recorded images are 1280x720 pixels, h.264 encoding with a frame rate of 29.99 frames per second (fps). This video has a stereo audio track.

Shooting Officer BWC - HPD Sergeant Andrew Reynoso.mp4
There is an on-screen time/date stamp represented in this BWC video that begins on 1/24/2024 at 19:36:05 and ends on 1/24/2024 at 20:52:54. The total running time of the video is 1 hour, 16 minutes, and 49 seconds. The recorded images are 1280x720 pixels, h.264 encoding with a frame rate of 30 frames per second (fps). This video has a stereo audio track.

## 4. My Production of Video Exhibits

Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov
This exhibit is an 18-second clip of *Shooting Officer BWC - HPD Ofcr. Patrick Sobaszek.mp4* and *Shooting Officer BWC - HPD Sergeant Andrew Reynoso.mp4* synchronized and played side by side on one screen. A frame counter has been added at the lower right-hand corner of each video that starts on 0 on the first frame of the original full-length footage and then sequentially numbers each individual frame. The videos have been synchronized using visual cues that can be seen in both videos at the same time. Timers and synchronization are accurate within a margin of one or two frames. A yellow timer has been added that starts in the negative and counts forward toward positive until it reaches zero. The frame where the timer turns to zero is aligned with the first indication of a gunshot being fired, which is gun smoke leaving Officer Sobaszek's firearm on frame 51829 of his BWC video. The timer turns green when it reaches 0 and remains green as it counts forward in the positive. Text graphics have been added to sequentially number the gunshots being fired and identify which officer fired each shot. Blue circles are placed around the first frame of video where a visual indication of a gunshot being fired occurs. Bullet casings seen in Officer Sobaszek's BWC video are tracked with circle graphics. The pink circles track bullet casings that appear to come from Officer Sobaszek's firearm, and the orange circles track bullet casings that appear to come from Officer Irick's firearm. A text box has been added to the lower left that keeps track of how many gunshots each officer has fired, as well as the total number of gunshots fired. A green circle graphic has been added to frame 51857 of Officer Sobaszek's BWC video to indicate the first frame of video where the firearm is no longer in the person of interest's hand. A green circle has also been added to frame 51865 of Officer Sobaszek's BWC video to indicate when the firearm appears to land on the ground. This video comes with an uncompressed (.bmp) image sequence, PDF, and .mp4 version of the video.

**Synchronizing the videos:**



*A reflection of Officer Reynoso's light (yellow circle) **is not seen** in either video. (green circle)*



*On the next frame, a reflection of Officer Reynoso's light (yellow circle) **is seen** in both videos at the same time. (green circle)*



*The reflection of Officer Reynoso's light **goes away** in both videos on the next frame at the same time.*


Officer Sobaszek and Reynoso BWC - Side by side.mov
This exhibit is a duplicate of *Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov*, except the graphics have been removed. (The frame counter graphic is not removed because it identifies each frame of video with a number to reference).

<u>Officer Sobaszek BWC with graphics.mov</u>
This exhibit is a duplicate of *Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov*, except Officer Reynoso's BWC Video has been removed. The text box in the lower left and the circle graphics that track bullet casings have also been removed.

<u>Officer Reynoso BWC with graphics.mov</u>
This exhibit is a duplicate of *Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov*, except Officer Sobaszek's BWC Video has been removed. The text box in the lower left and the circle graphics that track bullet casings have also been removed.

<u>Officer Sobaszek BWC - 4x enlargement and stabilized with graphics.mov</u>
This exhibit is a duplicate of *Officer Sobaszek BWC with graphics.mov* except Officer Sobaszek's BWC video has been enlarged and stabilized. Only frames of video where the person of interest can be seen have been stabilized. The text box in the lower left and the circle graphics that track bullet casings have also been removed.

<u>Officer Sobaszek BWC - 4x enlargement and stabilized.mov</u>
This exhibit is a duplicate of *Officer Sobaszek BWC - 4x enlargement and stabilized with graphics.mov* except all graphics have been removed (The frame counter graphic is not removed because it identifies each frame of video with a number to reference).

<u>4x Enlargement and Stabilization Comparison.mov</u>
This exhibit plays 3 versions of Officer Sobaszek's BWC synchronized on one screen. The video on the left is the original video that has not been enlarged or stabilized. The video in the middle is a 4x enlargement of the original video, but it has not been stabilized. The video on the right is a 4x enlargement of the original video, but it has been stabilized.

## 5. Indications of Gunshots in the Media:
In the exhibit *Officer Sobaszek and Reynoso BWC - Side by side with graphics.mov*, blue circles are used to annotate indications that a gunshot has occurred. Below is a list that documents which BWC and frame number each gunshot indication occurred on, along with a brief description of what is being annotated by the blue circles.

<u>Indications in the media of gunshots being fired by Officer Reynoso</u>
Reynoso BWC - Frame 51661 – Gun smoke and recoil
Reynoso BWC - Frame 51672 – Gun smoke and recoil
Reynoso BWC - Frame 51680 – Gun smoke and recoil
Reynoso BWC - Frame 51685 – Gun smoke and recoil
Reynoso BWC - Frame 51691 – Gun smoke and recoil
Reynoso BWC - Frame 51697 – Gun smoke and recoil

Indications in the media of gunshots being fired by Officer Sobaszek
Sobaszek BWC – Frame 51829 – Gun smoke and recoil
Sobaszek BWC – Frame 51836 – Gun smoke, muzzle flash, and recoil
Sobaszek BWC – Frame 51843 – Gun smoke and recoil
Sobaszek BWC – Frame 51849 – Gun smoke and recoil
Sobaszek BWC – Frame 51866 – Gun smoke and recoil
Sobaszek BWC – Frame 51877 – Gun smoke and recoil
Sobaszek BWC – Frame 51885 – Gun smoke and recoil
Sobaszek BWC – Frame 51893 – Gun smoke and recoil
Sobaszek BWC – Frame 51899 – Gun smoke and recoil
Sobaszek BWC – Frame 51908 – Gun smoke and recoil

In the video titled *Officer Sobaszek and Reynoso BWC - Side by side with graphics*, 5 bullet casings that appeared to come from Officer Sobaszek's firearm were tracked with a pink circle


Indications in the media of gunshots being fired by Officer Irick
Sobaszek BWC – Frame 51851 – Muzzle Flash
Sobaszek BWC – Frame 51859 – Gun smoke and recoil
Sobaszek BWC – Frame 51866 – Gun smoke against dark background
Sobaszek BWC – Frame 51873 – Muzzle flash
Sobaszek BWC – Frame 51880 – Muzzle flash
Sobaszek BWC – Frame 51887 – Muzzle flash
Sobaszek BWC – Frame 51894 – Gun smoke against dark background
Sobaszek BWC – Frame 51901 – Gun smoke against dark background
Sobaszek BWC – Frame 51908 – Gun smoke against dark background

In the video titled *Officer Sobaszek and Reynoso BWC - Side by side with graphics*, 8 bullet casings that appeared to come from Officer Irick's firearm were tracked with an orange circle.



If any additional media is received later, I may supplement my report based on that information.
Regards,

**Scott Holdaway** | CVisualEvidence LLC