# EXHIBIT D

Officer Sobaszek and Reynoso BWC -
Side by side with graphics.mp4

Manually Filed