# EXHIBIT E

Officer Sobaszek and Reynoso
BWC - Side by side.mp4

Manually Filed