# EXHIBIT F

Officer Sobaszek BWC
with graphics.mp4

Manually Filed