# EXHIBIT G

Officer Reynoso BWC
with graphics.mp4

Manually Filed