# EXHIBIT H

Officer Sobaszek BWC - 4x enlargement and stabilized with graphics.mp4

Manually Filed