# EXHIBIT I

Officer Sobaszek BWC - 4x
enlargement and stabilized.mp4

Manually Filed