# EXHIBIT J

4x Enlargement and
Stabilization Comparison.mp4

Manually Filed