# EXHIBIT 1

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
ASHLEY REYES
Deputy Attorney General
State Bar No. 312120
  2550 Mariposa Mall, Room 5090
  Fresno, CA  93721-2271
  Telephone: (559) 705-2312
  Fax: (559) 445-5106
  E-mail:  Ashley.Reyes@doj.ca.gov
*Attorneys for Defendants, State of California,
acting by and through the California Highway
Patrol and Officer Sean Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,** | Case No. 5:25-cv-00331-KK-DTB |
| Plaintiff, | **STATE DEFENDANTS' DESIGNATION OF EXPERT WITNESSES** |
| **v.** | **[F.R.C.P. RULE 26]** |
| **STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,** | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE

TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 26(a)(2) and in

accordance with court's scheduling order, Defendants, State of California, acting by

and through the California Highway Patrol (CHP), and Officer Sean Irick, hereby

make the following disclosure regarding expert testimony that State Defendant

expects to present at trial under Federal Rules of Evidence 702, 703, or 705.

///

1

Defendants intend to present expert testimony from the following retained experts at trial:

1.  Clarence Chapman, National Justice Consultants, Inc.

    1014 Broadway, Suite 350 Santa Monica, CA 90401

    Phone: (310) 429-2940

Mr. Chapman's report and required materials are attached hereto as **Exhibit 1**.

2.  Samir Lyons, Allrise Animation

    30941 Agoura Rd. #206 Westlake Village, CA 91361

    Phone: (800) 741-0410

Mr. Lyons' report and required materials are attached hereto as **Exhibit 2**.

3.  Rod Englert, Forensic Consultants

    P.O. Box 605, West Linn, OR 97068

    Phone: (503) 522-7059

Mr. Englert's report and required materials are attached hereto as **Exhibit 3**.

State Defendants intend to present expert testimony from the following non-retained experts at trial:

Dr. Fairuz Despujos Harfouche

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Harfouche will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Noah Ibrahim Ghossein

Riverside University Health System Medical Center

2

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Ghossein will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Nurse Winnie Ha

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

RN Ha will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. Her testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Cameron Colbert

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Colbert will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

3

Dr. Navpreet Dhillon

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Dhillon will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Jaclyn Corso

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Corso will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. Her testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Andrew Neatum Sundin

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Sundin will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His

4

testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Paul Albini

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Albini will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Darrius Buenaventura

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Buenaventura will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

State Defendants reserve the right to amend and/or supplement this disclosure consistent with Fed. R. Civ. P. 26(2)(2). State Defendants also reserve the right to call as expert witnesses and elicit expert opinion from any expert designated by other parties to this trial, including but not limited to, rebuttal testimony.

///

Dated:  December 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General


*/s/ Ashley Reyes*

ASHLEY REYES
Deputy Attorney General
*Attorneys for Defendants,*
*State of California, acting by and*
*through the California Highway*
*Patrol and Officer Sean Irick*

SD2025300206
95672674

6

# EXHIBIT   1

**NATIONAL JUSTICE CONSULTANTS, INC.**

1014 BROADWAY • SUITE 350 • SANTA MONICA, CA 90401 • 310.429-2940 • crchapman@earthlink.net

Ms. Ashley Reyes, DAG
California Attorney General
Office of the Attorney General
300 Spring Street, Suite 1702
Los Angeles, California 90013-1230

Federal Rule of Civil Procedure 26 (a)(2)(B)
REPORT OF DEFENDANTS' POLICE PRACTICES EXPERT

Re:     *George Gonzalez vs. State of California, et al.*
        U.S.D.C. Central District of California Case No.: 5:25-cv-00331-KK-DTB

Dear Ms. Reyes,

Per my retention agreement in this case, the following is a preliminary report based on my review and evaluation of the below-listed case materials. Upon receipt of additional information and/or materials on which to opine, I reserve the right to modify my findings and conclusions accordingly.

As an expert in law enforcement policies, procedures, training and tactics in the area of police use of force, the focus of my report will be to formulate opinions regarding the actions of California Highway Patrol (*hereinafter CHP*) Officer Sean Irick (*hereinafter Officer Irick*), in the shooting incident involving George Falcon Gonzalez (*hereinafter Gonzalez*).

In my analysis of this case, I did not assign credibility to any statements or testimony of Defendants, plaintiffs or witnesses. My conclusions and opinions herein are based on the facts presented in this case and applied against the backdrop of police training, policies, and best practices of the Hemet Police Department and the California Highway Patrol regarding policies and practices in the use of deadly force. Additionally, all the opinions expressed are derived from the foundation of my training, education, and over 50 years of experience as a career law enforcement officer, federal agent, Chief of Police, California POST instructor,[1] and police practices consultant and expert at the local, State, and federal levels.

---

[1] California Commission on Peace Officer Standards and Training

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

---

I. Overview of Incident:

On January 24, 2024, at approximately 8:04 p.m., CHP Officer Irick along with Hemet Police Department Detective Patrick Sobaszek and Sergeant Andrew Reynoso were assigned to the Riverside County Regional Gang Task Force and were on patrol in the city of Hemet, California.

On this date, Detective Sobaszek and Officer Irick initiated a traffic enforcement stop after observing a vehicle fail to stop at a red light. The driver, identified as Rina Velasquez Salgado, advised the officers that her sister, Yvette Nieves, was formerly in a relationship with Gonzalez. Based on prior interactions and reports, Detective Sobaszek was familiar with Gonzalez and was aware that he was considered a dangerous suspect with a felony warrant for his arrest. Detective Sobaszek provided Ms. Salgado with his contact information and requested that she notify him should she obtain any information regarding the whereabouts of Gonzalez. Shortly thereafter, Ms. Salgado contacted Detective Sobaszek and reported that Gonzalez was present at a residence located at 40525 Whittier Avenue in Hemet. It was further determined that Ms. Nieves had an active restraining order prohibiting Gonzalez from being at this location, and that Gonzalez was reportedly armed at the time.

A records check conducted by Detective Sobaszek confirmed that Gonzalez did in fact have an outstanding felony warrant for his arrest for violation of California Health and Safety Code 11370.1.

The officers promptly proceeded to the specified location with the intent of apprehending Gonzalez. Upon arrival, they observed Gonzalez standing in the front yard adjacent to a vehicle parked in the driveway, facing the street. Upon noticing law enforcement, Gonzalez entered the vehicle and obstructed visibility from the outside by placing a sunscreen visor on the windshield, thereby concealing his actions. Based on their observations, officers noted that Gonzalez appeared to be moving rapidly between the front and rear seats, seemingly searching for unidentified objects. Sergeant Reynoso stated that he saw a dark object in Gonzalez's hand and based on knowledge of him from family

Page 2 of 22

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

---

members he was aware that Gonzalez had a gun.[2]   The officer's suspected that Gonzalez might be arming himself with a weapon, an observation that Sergeant Reynoso announced in a loud voice.[3] Out of caution, the officers opted not to approach on foot at that time. As an alternative tactic, the officers used their vehicles to block Gonzalez's vehicle to prevent him from escaping. The officers attempted to communicate with Gonzalez with the intent to deescalate the situation and persuade him to exit the vehicle and surrender voluntarily.[4] Gonzalez replied back to the officers that he wanted to talk to his ex-girlfriend, Nieves, and stated, "I'm going to die today." "You're going got have to kill me."[5]

After approximately ten minutes inside the vehicle, Gonzalez started the engine, navigated around the police vehicles, and proceeded to leave the scene at a high rate of speed. The officers began a pursuit, following Gonzalez through the streets of Hemet as he drove recklessly for more than 21 miles over an 18-minute period, endangering the community. The pursuit concluded when Gonzalez drove onto the railroad tracks near Veile Avenue and West 4th Street, where his vehicle became immobilized. Gonzalez quickly exited his vehicle and fled on foot into the Perricone Juices plant located at 440 Veile Avenue. Officers pursued him while issuing commands to stop.  Gonzalez ignored the officer's commands to stop and continued to run through the plant traversing circuitously along narrow pathways during at which time the officers observed civilian workers present as they pursued. The officers had also observed Gonzalez clutching something that they believed could be a firearm in his right hand near his waistband as he fled.[6] At that point, the officers feared that Gonzalez might barricade himself inside the plant and take hostages at gunpoint. As a warning, the officers yelled to Gonzalez, "stop," "You're going to get shot."[7] However, Gonzalez did not comply and stated, "I got something."[8]  According to the officers, as Gonzalez neared the end of a narrow passage way at the end of a plant corridor, he bladed

---

[2] Deposition of Sergeant Reynoso's, page 26:5-23.
[3] Deposition of Sergeant Reynoso's, page 30:13-20.
[4] Bates Stamp STATEOFCA00011319.
[5] Sergeant Reynoso interview statement, page 22:18.
[6] Officer Irick's deposition, page 33:12-20.
[7] Sergeant Reynoso's interview statement, page 25:15-20.
[8] Detective Sobaszek's deposition, page 68:5-6.

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

his body to the right and looked over his left shoulder while raising his gun up in his right hand and bringing it back in the direction of the officers.[9]  In defense of their lives, and the lives and safety of the civilian workers present, within approximately 5 seconds from seeing the gun in Gonzalez's hand, Detective Sobaszek fired 10 rounds from approximately 25 yards away.[10] Sergeant Reynoso who was to the left of Detective Sobaszek, and approximately 7 yards behind[11], stated that he heard a gunshot as Gonzalez was turning and transitioning toward the officers and believed that Gonzalez had fired.[12] Sergeant Reynoso then discharged his firearm six times at Gonzalez from 20 -25 yeads away.[13] Officer Irick, who was to the right of Detective Sobaszek and from approximately 40 – 50 feet behind Gonzalez saw a gun in his hand and in defense of his life fired seven or more rounds at Gonzalez to stop the threat.[14] [15] Gonzalez was apparently struck by the officers' gunfire causing him to drop the handgun that he was holding and fall to the ground.[16] Detective Sobaszek rushed over to secure Gonzalez and stepped on the gun to prevent Gonzalez from reacquiring it and in doing so unintentionally caused the magazine to separate from the gun.

The officers immediately began administering medical aid to Gonzalez who suffered four shots to the back of his torso and thigh.   Paramedics were called to the scene by the police aerial unit and arrived within minutes to continue medical aid.   Gonzalez was subsequently transported to a local hospital where he was treated and survived his wounds.

---

[9] Sergeant Reynoso interview statement, page 17:4-8.
[10] Detective Sobaszek deposition, page 26:24-25 thru page 27:1.
[11] Deposition of Sergeant Reynoso, page 19:12.
[12] Deposition testimony of Sergeant Reynoso, page 11:7-12.
[13] Deposition of Sergeant Reynoso page 8: 2-17, stated that he was 20 -25 yards behind Gonzalez when he fired his gun.
[14] Deposition testimony of Officer Irick, page 9:14 thru page 11:1.
[15] Deposition testimony of Officer Irick, page 8:2-3.
[16] It was later discovered through investigation that Gonzalez had a fully loaded 9mm handgun that he dropped when shot.

*George Gonzalez vs. State of California, et al.*
*U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB*
*Report of Police Practices Expert Clarence R. Chapman*

___

II.  <u>Data or Other Information Considered in Forming Opinions</u>:

1.  CHP Border Division San Gorgonio Pass Area Report C24-601-001
2.  CHP HPM 70.6 Chapter 1 — Use of Force
3.  Hemet Police Department Supplement: DR# 2024-00485
4.  Officer Irick Training Records- ETRS: 2023 – 2024 -2025
5.  Plaintiff's Second Amended Complaint for Damages
6.  Defendants' and Plaintiff's Initial Disclosures
7.  Defendant CHP Production in Response to Plaintiff's Request for Production of Documents', Set One
8.  Riverside County Regional Gang Task Force Memorandum of Understanding
9.  Officer Irick Interview
10. Sergeant Reynoso Interview
11. Air Ops Video - Star 9
12. Superior Court of California Declaration in Support of Felonious Source and Increased Bail
13. Scene Photographs
14. Suspect Vehicle Photographs (69)
15. Hospital Photographs (25)
16. Audio of Officer Irick Interview
17. Medical Records of Plaintiff George Gonzalez from Riverside Medical Center Hospital
18. Booking Records for George Gonzalez from the Riverside County Sheriff's Department
19. Deposition of Officer Irick, dated July 22, 2025
20. Deposition of Officer Sobaszek, dated July 23, 2025
21. Depcsition of Sergeant Reynoso, dated August 14, 2025
22. Body Worn Camera Videos from Hemet Police Department Sergeant Reynoso and Detective Sobaszek
23. Riverside County Sheriff's Department Incident Report: GH-240240001

III.  <u>Exhibits to be Used in Support of Opinions</u>:

1.  Peace Officer Standards and Training (POST) Learning Domain #20: <u>Use of Force</u>
2.  Peace Officer Standards and Training (POST) Learning Domain #33: <u>Arrest and Control</u>
3.  Peace Officer Standards and Training (POST) Learning Domain #12: <u>Controlled Substances</u>

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

---

IV. **Opinions**:

#1: The CHP officers had probable cause to attempt to locate Gonzalez and arrest him based on their knowledge of the outstanding felony warrant.

#2. The use of deadly force by Defendant Officer Irick was objectively reasonable and justified in defense of his life and the lives of other officers and innocent civilians at the scene from an imminent life threatening armed attack by Gonzalez.

#3: The defensive use of deadly force by CHP Officer Irick was consistent with that of any other well-trained and competent police officer similarly situated and under a life-threatening attack by an armed suspect.

#4: The Defendant officers including Officer Irick attempted on numerous occasion during their contact with Gonzalez to deescalate the situation by the use of verbal commands and avoid the use of deadly force. The efforts of Officer Irick were consistent with CHP policies and training, and California POST guidelines in regard to police deescalation methods.

#5: Officer Irick had no other reasonable or viable alternative or controlling force option other than the use of deadly force based on the suddenness of the armed threat created by Gonzalez. The deployment of less-lethal weapons and tactics was not feasible based on the imminent life-threatening actions of Gonzalez.

#6: According to CHP policy and POST training in its specific reference to case law, a police officer may justifiably shoot a fleeing suspect in circumstances where there is a credible threat to others who may be in the direct path of the fleeing suspect and subject to harm.

#7: The officers at the scene, including Officer Irick, ensured that Gonzalez received immediate medical aid to treat him for his injuries.

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

---

V. <u>Basis and Reasons therefor:</u>

My opinions in this matter are based on the summary of the facts as recited above and the following analysis:

1.  CHP Policy HPM 70.6, Chapter 1, entitled Use of Force defines deadly force as when an officer utilizes a firearm or another potentially deadly weapon for self-defense, the defense of others, or to apprehend or prevent the escape of a suspect who the officer reasonably believes may bring harm to others if not stopped. Based on the facts in this case, Officer Irick appropriately used deadly force in the face of an imminent gun attack by a fleeing felon.

2.  During the initial confrontation with Gonzalez, Officer Irick was in compliance with CHP policy[17] and POST training guidelines[18] in ensuring that a warning was issued prior to the use of force. As the officers were in foot pursuit of Gonzalez, Officer Irick heard his partner, Detective Sobaszek, yell to Gonzalez, *"Give it up George." "Dude, you're going to get shot."*[19] This was a clear and unambiguous command for Gonzalez to stop and the consequence of any threatening actions. Gonzalez ignored the orders and advisement and continued to run while bringing his handgun around in the direction of the officers.

3.  A loaded and operable 9mm semi-automatic pistol fell out of Gonzalez's right hand as he fell to the ground after being justifiably shot by the Defendant officers. Gonzalez's possession and assaultive use of a gun presented an imminent threat to lives of officers and justified their pre-shooting tactics throughout the entirety of the confrontation with Gonzalez.

---

[17] HPM 70.6, Chapter 2, page 2-2: Discharge of Firearms, Section 2. b. (1) & (3).
[18] POST Learning Domain #20, page 4-6 under PC 835(a), states, *"Where feasible, a peace officer shall, prior to the use of force, make reasonable efforts to identify themselves as peace officers and warn that deadly force may be used, unless the officer has objectively reasonable grounds to believe the person is aware of those facts."*
[19] Deposition of Officer Irick, page 42:15-23.

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

4. In cases involving police use of force, current training standards acknowledge that the determination of reasonableness regarding the application of deadly force must take into account the reality that law enforcement officers frequently must make immediate decisions in situations that are tense, uncertain, and rapidly changing. Furthermore, any force applied by police officers must be judged as objectively reasonable based on the information available to the officers at the time. It is undisputed that Gonzalez attempted to evade arrest in a vehicle and subsequently on foot when he attacked the officers with a handgun.

5. Deadly threat assessments and law enforcement involve evaluating present intent, willingness, physical ability, means, and opportunity to inflict death or serious bodily harm. Police training instructs that officers are not expected to wait for absolute certainty when confronting an armed suspect in a dynamic encounter; they are trained to act when, Under the totality of the circumstances, they reasonably believe the suspect presents an imminent threat. The law does not demand perfection; it demands reasonableness.

6. According to CHP policies and training concerning the use of deadly force, a review of alternative defensive measures, including Tasers, pepper spray, K-9 units, and less-lethal munitions, should be conducted prior to the application of lethal force. In this particular case, all of the alternative force options were available at the scene in the form of a Taser, canine, and 40-millimeter launcher. However, the training and policy instructs that none of these alternative methods would be reasonable or feasible to deploy by the Defendant officers as defensive weapons in the face of a deadly assault by a suspect armed with a gun.

7. The HPD officers deployed a police K-9 as an alternative force option in an effort to apprehend Gonzalez during the foot pursuit at the Perricone Juices Plant. However, circumstances arose in which the K-9 became distracted and had to be withdrawn from service, making it unavailable for further use in the operation.

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

8.  Ms. Salgado, the sister of victim Nieves, stated to officers that based on her knowledge of Gonzalez and how he was acting, he appeared to be under the influence of drugs on the day of the encounter.[20]   Ms. Salgado also stated in her interview that Gonzalez regularly uses various illegal drugs and believed he had consumed fentanyl on the day of the officer involved shooting.  The use of such a potent substance as fentanyl may have contributed to Gonzalez's violent and resistive actions, which presented a serious risk to the safety of the Defendant officers.  It is relevant in this regard to note that POST LD #12 instructs officers that a suspect under the influence of powerful illegal drugs may cause the suspect to engage in dangerous psychotic behavior and become and violent and threatening to the safety of officers.

9.  Body-worn camera footage may not consistently provide an accurate representation of real-time events owing to inherent limitations in video technology.  In police use of force investigations, BWC recordings frequently lack definitive evidentiary value.  A key limitation is that BWC footage is rendered in two dimensions, whereas officers engage within a three-dimensional environment.  The positioning of cameras, typically below the officer's eye level, can result in visual perspectives that differ from the officer's actual viewpoint.  Additionally, disparate frame rates across BWC models can influence both the quality and continuity of the recorded content; lower frame rates may fail to capture essential moments that occur between frames.  While human perception rapidly and continuously interprets complex stimuli, BWC footage comprises sequential images that do not encapsulate the full scope of an incident as it is experienced.  Moreover, BWC recordings are psychologically neutral and cannot convey the biochemical, psychological, or physiological responses officers undergo under high-stress conditions, where context and human performance factors significantly inform interpretation.

---

[20] He (Gonzalez) was "smoked the fuck out" (high).

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

---

10. The use of still frame images taken from video footage is to argue what an officer *"should have"* perceived in real-time.  Specifically, when an image is frozen and enhanced, it may not reflect what the officer could perceive in the moment – nor does it reflect the true speed in which a suspect can change the angle of his body or manipulate a weapon. Therefore, a still-frame photograph used as evidence of an officer's perception is inherently misleading because it makes it appear that the suspect is not moving, creating the illusion that the officer had lots of time and opportunity to evaluate the threat with 100% accuracy.  However, the reality is that in a rapidly evolving deadly force encounter, an extracted still-frame falsely suggests a moment of perception by the officer that never actually existed.  Moreover, video freeze frames even those captured within tenths of a second of the officer's decision to shoot can portray circumstances that are significantly different than those perceived by the officer at the time.

11. Evidence suggests that some of the Defendant officer's shots were discharged as Gonzalez was either falling to the ground or already on the ground.  In this regard, it is important to recognize that police officers, as human beings, require time to process changing circumstances and respond accordingly.  This phenomenon is well-documented; once a shooting sequence has begun, an officer cannot immediately cease fire.  Empirical studies have demonstrated that the average officer needs approximately 0.36 seconds from deciding to stop shooting to discharging their final shot. Simulated scenarios indicate that under optimal conditions—such as brightly lit environments with minimal noise and clear stop signals—officers typically fire two additional rounds after making the decision to cease fire.  In contrast, actual deadly force incidents often occur in more challenging settings, such as low-light, noisy, and chaotic environments, likely resulting in longer reaction times for officers involved.  In his deposition testimony, Sergeant Reynoso indicated that he could see the gun in Gonzalez's hand in between each shot when he was assessing.[21]

---

[21] Deposition of Sergeant Reynoso, page 65:18:23.

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

---

12. The justification for shooting at a fleeing suspect wherein shots may strike the back of the suspect, is determined by specific circumstances and guided by case law principles outlined in the *Graham vs. Connor* 490 U.S. 386 (1986) decision, as referenced in POST Learning Domain #20, Chapter 4, page 4-4. This decision states that officers may use deadly force when they can clearly articulate that a dangerous suspect poses an immediate threat to the safety of others and is attempting to evade arrest by flight thereby allowing the officers to prevent the potential for future harm. In his deposition testimony, Sergeant Reynoso stated that he was aware that the Perricone Juice plant was an occupied building populated by factory workers and he could not allow Gonzalez to physically enter a building and potentially take hostages or commit a crime of kidnapping or false imprisonment.[22]

13. California Penal Code Section 835a(d) authorizes officers to use force for the purpose of effecting an arrest or preventing escape. According to POST Learning Domain #20: Chapter 4, page 4-5, the United States Supreme Court, in the 1985 case of *Tennessee v. Garner*, 471 U.S. 1, determined that peace officers may deploy deadly force to prevent the escape of a fleeing suspect when there is probable cause to believe that the individual presents a significant threat of death or serious physical injury to the officers or others. In this case, the Defendant officers were cognizant of the fact that Gonzalez was highly likely to be armed and therefore, would be an immediate danger to public safety if allowed to escape.

14. During dynamic, high-risk incidents where multiple officers may be required to employ deadly force in response to immediate threats, there exists an inherent possibility that rounds could unintentionally impact areas beyond the intended target. Surveillance footage from the Perricone Juices plant clearly documents bullet strikes on the building wall located directly in front of Gonzalez as Detective Sobaszek, Officer Irick, and Sergeant Reynoso discharged their firearms in his direction. Generally, preventing backdrop impacts proves challenging in encounters with armed suspects within densely

---

[22] Deposition of Sergeant Reynoso, page 53:8-20; page 54:11:25 & page 55:1-14.

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

---

populated environments such as the Perricone Juices plant. Nevertheless, prior to firing his weapon, Officer Irick demonstrated awareness of the concrete, industrial-style wall behind the target area and ensured that no individuals were present in his line of fire who could potentially be harmed by his actions.[23] Likewise, Sergeant Reynoso indicated that he did not observe anyone in the immediate backdrop area during the shooting.[24]

15. In this case, the mere *assumption* of danger was not sufficient, in and of itself, to justify the use of deadly force. According to best practices and consistent with national standards of care, there must be a *sufficiency of fear* in order to support the use of deadly force. At one point, according to the Defendant officers, Gonzalez was turning toward them with a loaded gun in his right hand. That situation clearly created a scenario representative of an imminent life-threatening circumstance sufficient to excite the fears of a reasonable officer. In this case, to apply hindsight bias by disregarding the human factors involved in how fast a suspect can turn 180 degrees and fire a handgun at pursuing officers creates a misleading form of accountability – one that imposes impossible standards on police officers rather than fair evaluations of their actions.

16. In addition to the official interview statements and sworn testimonies provided by the Defendant officers, independent accounts from on-scene civilian witnesses further corroborated the details as described by the officers of the deadly force incident involving Gonzalez. Perricone Juice plant employee Erick Bonilla reported in his interview that he observed Gonzalez raise his hand and look back at the officers while holding a black handgun. Another factory worker, Israel Lopez, stated that he saw Gonzalez lift his right hand above his head while holding a black handgun. Mr. Lopez further indicated that Gonzalez appeared as if he intended to turn toward the officers with the weapon; however, the officers responded quickly and discharged their firearms prior to Gonzalez turning fully around. [25]

---

[23] Deposition of Officer Irick. page 63:14-19.
[24] Deposition of Sergeant Reynoso, page 22:9-10.
[25] Bates Stamp: STATEOFCA001300.

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

---

17. It is sometimes suggested that officers are accountable for each individual use of force and must assess its effects accordingly. While such evaluations are appropriate for certain force options, such as Tasers, impact weapons, pepper spray, police canines, and kinetic energy devices, the use of firearms presents a set of uniquely different considerations grounded in physics and human performance capabilities. Bullets fired from firearm differ greatly as a use of force due to the reactionary gap inherent in human perception and processing. Police officers, as all humans, lack the ability to make credible split second assessments of the terminus effects of bullets based on their inability to see the projectile as it travels through space at subsonic speeds when fired from a short distance away and strikes a penetrable target. Therefore, it is not humanly possible for an officer to ascertain the effect of a single bullet strike, or whether the bullet actually hit the intended target before the next round is discharged. Consequently, the assessment of individual rounds fired during a continuous sequence lasting one to three seconds should be based on the moment at which the threat is perceived to have ceased, rather than on an individual analysis subsequent to each pull of the trigger.

18. Whenever an officer-involved shooting occurs with multiple officers discharging their weapons in close proximity to one another, it is essential to consider the possibility of contagious, reflective, or sympathetic fire. Body-worn camera footage confirms that Officer Irick, Detective Sobaszek, and Sergeant Reynoso were only feet apart when they fired at Gonzalez in defense of themselves and others. Upon reviewing deposition testimony and interview statements, it is my professional assessment that each Defendant officer fire their respective weapons independently in response to a real and imminent threat to their lives. Notably, all three officers appear to have discharged their firearms simultaneously, within fractions of a second of one another, suggesting that their actions were singularly conscious and deliberate, rather than collectively reactive to the gunfire of their partners.

*George Gonzalez vs. State of California, et al.*
*U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB*
*Report of Police Practices Expert Clarence R. Chapman*

___

19. Federal case law allows the use of deadly force to prevent a felon's escape under certain circumstances. However, when dealing with fleeing suspects, specific criteria determine if such force is justified and reasonable in particular situations. In this instance, the Defendant officers' use of deadly force appears to have been reasonable for safeguarding themselves and others against an actual and imminent threat posed by Gonzalez. Notably, Gonzalez was observed to run directly toward an area occupied by innocent factory workers, where multiple doors and rooms presented potential opportunities for barricading and hostage-taking. Additionally, Gonzalez had previously evaded capture by barricading himself in a vehicle and appeared to arm himself while fleeing. These facts contributed to the officers' assessment and formed their reasonable belief that Gonzalez could come into contact with, and endanger, innocent individuals. Therefore, the Defendant officers' actions in employing deadly force to prevent further harm were deemed justified in this case.

20. During the initial 27-minute standoff with law enforcement at 40525 Whittier Avenue, as well as at the Perricone Juices plant, Gonzalez made statements suggesting an intention to provoke police officers into employing lethal force. This behavior is consistent with the phenomenon known as "suicide by cop", which the American College of Emergency Physicians defines as occurring when an individual, often armed, deliberately engages in life-threatening or criminal actions when confronted by law enforcement, intending to compel officers to use deadly force. Gonzalez's conduct, including handling and ultimately aiming a loaded firearm towards pursuing officers, would reasonably be perceived by trained personnel as posing a significant threat to their safety and that of others, irrespective of the individual's mental state or motivation. According to POST LD #37: Chapter 4, officers are instructed to evaluate multiple factors to determine the level of threat and whether an individual possesses the intent, means, or capacity to attempt suicide. Nonetheless, officers retain the authority to protect themselves, including the justified use of deadly force when faced with an imminent threat of death or serious bodily harm from individuals actively engaging in life-threatening behavior.

*George Gonzalez vs. State of California, et al.*
*U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB*
*Report of Police Practices Expert Clarence R. Chapman*

---

VI.    <u>Qualifications:</u>

Please see attached curriculum vitae.

VII.    <u>Compensation:</u>

Please see attached fee schedule.

VIII.    <u>Experience:</u>

A supplemental attachment is included listing prior trial and deposition testimony.

Executed this 14th day of November 13, 2025, in Los Angeles County, California.

Clarence Robert Chapman

*George Gonzalez vs. State of California, et al.*
*U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB*
*Report of Police Practices Expert Clarence R. Chapman*

# C U R R I C U L U M   V I T A E

## Clarence Robert Chapman
### Police Practices Expert

### EMPLOYMENT HISTORY

**Chief of Police (Retired)  University of California Los Angeles Police Department**
*Date of Appointment:*      June 1994
*Date of Retirement:*       December 2004

**Station Commander (Retired)  Los Angeles County Sheriff's Department**
*Date of Appointment:*        May 1965
*Date of Retirement:*         June 1994

**POST Use of Force Consultant:** California Commission on Peace Officer Standards and Training
                                  SB 2 Accountability Division Professional Conduct Central Bureau
*Dates of Contract:*    June 1, 2024 – June 2025

### SUMMARY OF EXPERIENCE

To date, I have consulted on over one thousand cases involving law enforcement related civil litigation, criminal prosecution and employment practices and have given court and deposition testimony in over 500 cases. I served over 50 clients from municipal, county, State and federal agencies and private enterprises throughout the country and have been certified as an expert witness and testified in State and federal court in the areas of:

*-Police Policy, Procedures and Practices*
*-Peace Officer Standards and Training*
*- Use of Force*
*- Officer Involved Shootings*
*-Pursuit/Emergency Driving*
*-In-Custody / Restraint Deaths*
*-Active Shooter Policies and Procedures*
*-Search Warrants*
*-Taser Policy & Training*
*-Crowd and Riot Control Policies and Procedures*
*-Racial Discrimination*
*-Police Employment Practices*
*-Jail & Custody Practices*

During my 42 years as a sworn active uniformed law enforcement officer, I supervised, managed, and commanded a vast number of police personnel and units covering a wide range of assignments. As a Captain/Station Commander with the Los Angeles County Sheriff's Department for close to 30 years and a California State Chief of Police for over 10 years, I served in the capacity of an executive level administrator in the areas of field patrol, criminal investigations, officer involved shooting investigations and use of force training and policy.

*George Gonzalez vs. State of California, et al.*
*U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB*
*Report of Police Practices Expert Clarence R. Chapman*

---

I have been retained and testified as an expert witness in the states of Alaska, Alabama, California, Colorado, Illinois, Nevada, New Mexico, New York, Ohio, Oregon, Texas, Arizona, Florida, Oklahoma, and Washington State.

## CAREER HIGHLIGHTS:

Between 1980 and 1982, I was appointed to the **California State Governor Jerry Brown's Office** as **Project Manager** and served for four years over the criminal identification and tracking project, known as the **California Career Criminal Apprehension Program.**

Between 1987 and 1990, while assigned to the Sheriff's Department Detective Division, Narcotic Bureau, I applied for and was awarded a $3 million federal drug enforcement grant to target Los Angeles area street gangs involved in mid-level cocaine enterprises. Under my command this highly successful and widely publicized law enforcement anti-drug effort, known as the **STAR Grant**, (Sheriff's Task force Against Rock), incorporated a multi-agency concept joining agents and investigators from the Federal Bureau of Investigation, State Bureau of Narcotics Enforcement, and the Los Angeles County District Attorney's Office. During this project, I was sworn in as a **Deputy United States Marshall** and served over four years in that capacity.

In January of 1998, I was selected to participate on a task force with the **UCLA Anderson School of Management** to formulate an executive management curriculum for the Los Angeles Police Department's senior command staff. That effort culminated in the creation of an accredited police management course for all LAPD senior level police administrators.

In June of 1992, the Federal Bureau of Investigation selected me to attend the prestigious **National Law Enforcement Executive Academy** in Quantico, VA.

As a nationally recognized police practices management consultant and instructor in 1999, I was selected by the State of California Department of Justice, Commission on Peace Officers Standards and Training (POST) to serve as a staff instructor for the Center of Leadership Development. In this capacity, I was an instructor in the California State **Executive Development Management Program.**

In January 2000, the City of Los Angeles contracted me to assist the mayor's office in developing a systematic approach to facilitate compliance with a federal court consent decree involving LAPD training and citywide employment practices.

From June of 2001 through 2005, I was appointed as an **independent monitor** by the Federal Court in the District of New Mexico to oversee a class action law suit involving civil rights violations by local law enforcement. In that capacity, I was commissioned to monitor claims regarding law enforcement policies, practices, and training in the areas of racial profiling, search and seizure, arrests and detention statistics and occurrences of police use of force.
*[Refer: Johnson, et al. vs. City of Hobbs, et al., CIV 99-00348 MV/JHG-ACE]*

## PUBLICATIONS:

Los Angeles Times Editorial: **"Silence Code Doesn't Exist"** - December 1992

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

---

NATIONAL TELEVISION APPEARANCES:

McNeil / Lehrer News hour: **"Street Gangs & the Drug Trade"** – April 1988

LECTURES, SPEAKING APPEARANCES & TRAINING ATTENDED:

- UCLA Law School: **"Community Crime and Drugs"** - October 2000

- *New Mexico Law Enforcement Training Conference, "Policing 2000: Entering the New Millennium": Guest Lecturer on: Police Use of Force & Racial Profiling – December 2000*

- Los Angeles County Professional Peace Officers Association: Guest Speaker: **"The Media and Law Enforcement"** – March 2001

- Seminar panelist with Professor James Q. Wilson: **The LAPD and the Community** - UCLA – July 2001

- POST sponsored training seminar, guest lecturer to the San Bernardino Sheriff's and Chief's Association on the topic of **Racial Profiling** – January 2002

- Taser Use of Force, Risk Management and Legal Strategies, sponsored by Taser International, March 16, 2009

- Seminar panelist on Taser use and in-custody death related to Excited Delirium syndrome – October 2009

- 40 hours Force Science Institute Training Course, Henderson, Nevada, 2016

- Force Science Instructors Course, Containment and De-Escalation, Los Angeles, California, 2019

EDUCATION:
- Master of Business Administration: UCLA Executive Program, Los Angeles, CA, 1997
- Postgraduate Certificate: (Criminal Justice Ed.), University of Virginia, Quantico, VA.  1992
- Bachelor of Science: (Public Affairs), Pepperdine University, Malibu, CA, 1980
- Postgraduate Studies: (Public Administration), University of Southern California

RECOGNITION:
- **Career Achievement Award:** National Organization of Black Law Enforcement Executives, 2002
- **Law Enforcement Achiever Tribute Award** from California Governor Gray Davis, 2002

CALIFORNIA POST CERTIFICATES HELD:
*-Basic Certificate*
*-Intermediate Certificate*
*-Advanced Certificate*
*-Supervisory Certificate*
*-Management Certificate*
*-Executive Certificate*

*George Gonzalez vs. State of California, et al.*
*U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB*
*Report of Police Practices Expert Clarence R. Chapman*

TRAINING AND CERTIFICATIONS ATTAINED:

- *Teaching Credential,* State of California Vocational: Police Science, 1982
- *Police Personnel Management* (POST 1990)
- *Hostage Negotiations,* Rio Hondo Community College, 1990
- *Certificate of Achievement,* Criminal Justice Education, (University of Virginia), 1992
- *Executive Development Program* (POST 1995)
- *Law Enforcement Southwest Command College;* Federal Bureau of Investigation, 1996
- *Law Enforcement Executive Development Program;* Federal Bureau of Investigation, 1998
- *Force Science Institute Training Certificate, 2016*
- *Force Science Instructors Course, Containment and De-Escalation, 2019*
- *Axon Enterprises Taser Defensive Strategies Course, 2023*
- *Expert Witness Symposium, 2023*
- *DRI Civil Rights and Governmental Tort Liability Seminar, 2024*

AFFILIATIONS:

*Graduate,* FBI National Academy, United States Department of Justice
*Staff Instructor,* Peace Officer Standards and Training – Executive Development Program
*Member,* California Peace Officers Association
*Member,* Los Angeles County Black Peace Officers Association
*Member,* FBI Law Enforcement Executive Development Association
*Member,* FBI National Academy Graduates
*Member,* International Association of Chiefs of Police
*Member,* National Organization of Black Law Enforcement Executives
*Ex-Board Member,* Santa Monica Community College Citizen's Bond Oversight Commission
*Associate Member,* California State Sheriff's Association
*Ex-Commissioner,* City of Malibu Public Safety Group
*Associate Member,* Force Science Research Institute
*Subscriber,* American for Effective Law Enforcement
*Past Member,* International Union of Police Associations
*Past Member*, Los Angeles County Management Council
*Past Member,* National Sheriff's Association
*Past Member,* Los Angeles County Chiefs of Police Association
*Past Member,* University of California Association of Black Administrators
*Past Member,* International Association of College Law Enforcement Administrators
*Past Member,* Los Angeles County Sheriff's Executive & Command Support & Advisory Group
*Past Member,* Board of Directors – Peace Officer Association of Los Angeles County

George Gonzalez vs. State of California, et al.
U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB
Report of Police Practices Expert Clarence R. Chapman

_____

# F E E    S C H E D U L E

### NATIONAL JUSTICE CONSULTANTS, INC
[Federal Tax ID# 95-4413728]

## CLARENCE ROBERT CHAPMAN
POLICE PRACTICES EXPERT

_____

**CASE RETAINER**                                                                 **$10,000.00**

This nonrefundable retainer fee is due prior to the start of work and is an advance payment against future billing. Upon depletion of the retainer, appropriate billing will commence at the indicated hourly rate. No opinions, reports or testimony will be provided prior to receiving receipt of the retainer fee, except when otherwise indicated or negotiated.

**CASE WORK / HOURLY RATE**                                           **$500.00 per hour**

This hourly fee applies to all directed activities associated with case review, analysis, research, and preparation. Included in this category are administrative and operating expenses, organizational audits, production of reports, witness interviews, site surveys, client meetings, production of exhibits / visual aids, and teleconferencing expenses and reports. Payment is due upon receipt of the invoice and payable within 30 days. *I reserve the right to suspend all work and refuse delivery of services until outstanding balances over 60 days past due are paid in full.*

**COURT APPEARANCES**        *Half Day Flat Fee of $3,000.00  - Full Day Flat Fee of $6,000.00*

This fee applies to all court appearances and case related hearings regardless of whether testimony is given. Appearances lasting less than four hours will be billed at the ½ day rate. Any required appearance time beyond the morning sessions will be billed at the full day rate.

**DEPOSITION APPEARANCES**                                          **$500.00 per hour**

Expert elects to have all depositions taken virtually. All depositions are subject to a four hour minimum preparation fee *(Miller v. Sawat, 114 F.4th 1071 (9th Cir. 2024)* in addition to a four hour minimum for deposition appearance. In cases where there is a demand by opposing counsel and a subsequent agreement for an in-person deposition appearance, payment of a four-hour minimum for the appearance plus payment for case preparation and all anticipated expenses must be received three days prior to the scheduled deposition date. Failure to receive such payment will result in a non-appearance by expert.

**REQUIRED TRAVEL**                                                                 **[AT COST]**

Travel related expenses including hotel accommodations, airline tickets, taxi/limousine services and parking fees will be billed at cost. Business Class air travel is required for flights more than 2 hours in duration. Travel by car will be billed at a rate of $0.75 per mile. Travel time to and from scheduled meetings and appearances is billed at my hourly rate.

**REQUEST FOR EXPEDITED REPORTS**                          **$1,200.00 per hour**

There will be a surcharge of three times the hourly rate for expedited F.R.C.P. Rule 26(a) expert reports required to be produced and submitted in less than 30 court days.

George Gonzalez vs. *State of California, et al.*
U.S.D.C. Central District of California Case No. *5:25-cv-00331-KK-DTB*
*Report of Police Practices Expert Clarence R. Chapman*

## RECORD OF COURT & DEPOSITION TESTIMONY APPEARANCES

## COURT APPEARANCES

**2020**

| | | | | |
|---|---|---|---|---|
| Penaloza | v. | City of Rialto | (F) | 5:19-cv-01642-SVW |

**2021**

| | | | | |
|---|---|---|---|---|
| Blunt | v. | CHP | (E) | SPB 20-1219 |

**2022**

| | | | | |
|---|---|---|---|---|
| Brenes | v. | Las Vegas Metro Police | (F) | 2:12-cv-01635 JCM (VCF) |
| Elkins | v. | CHP | (F) | 1:13-cv-01483-AWI-SAB |
| Perez | v. | Tulare County | (S) | VCU285108 |
| Ochoa | v. | Kern County | (F) | 1:18-cv-01599-LJO-JLT |

**2023**

| | | | | |
|---|---|---|---|---|
| Carcamo | v. | County of Los Angeles | (S) | TC 028078 |
| Gonzalez | v. | County of Fresno | (S) | 18CECG03672 |
| Waddell | v. | City of Burbank | (S) | 21stcv34560 |
| Hermann | v. | San Bernardino County | (F) | 5:20-cv-01682-JAK (SPx) |
| Toland | v. | City of Pasadena | (F) | 2:21-cv-04797-AB-AGR |

**2024**

| | | | | |
|---|---|---|---|---|
| Hurtado | v. | CHP | (F) | 2:19-cv-02343-TLN-AC |
| Moller | v. | San Bernardino County | (F) | 5:22-cv-01306-DSF-MARx |
| Smith | v. | Bakersfield | (S) | 1:21-cv-00494-JLT-CDB |
| Rushing | v. | Chico | (F) | 2:18-cv-01692-DAD-AC |
| Hurtado (Retrial) | v. | CHP | (F) | 2:19-cv-02343-TLN-AC |
| Pitts | v. | CHP | (F) | 2:20-cv-01243-WBS-JDP |
| Sesman | v. | CHP | (F) | 5:21-cv-1694-JWH-(KKx) |

**2025**

| | | | | |
|---|---|---|---|---|
| Riaz | v. | City of Visalia | (F) | 1:23-cv-00068-KES-CBD |
| Lewis | v. | County of Kern | (F) | 1:21-cv-00378-KES |
| Padilla | v. | CHP | (F) | 22STCV00661 |
| Gold | v. | CHP | (F) | 3:23-cv-03414-RFL |
| Cortez | v. | USC | (S) | 22STCV20234 |

(F) Indicates Federal Court Appearance
(S) Indicates State Court Appearance
(P) Indicates Plaintiffs Case
(A) Indicates Arbitration Hearing
(E) Indicates Employment /Adverse Action Case

*George Gonzalez vs. State of California, et al.*
*U.S.D.C. Central District of California Case No. 5:25-cv-00331-KK-DTB*
*Report of Police Practices Expert Clarence R. Chapman*

## DEPOSITION APPEARANCES

### 2022

| | | | | |
|---|---|---|---|---|
| Astorga | v. | County of Los Angeles | (F) | 2:20-cv-09805-AB-(AGR) |
| Bender | v. | City of Rialto | (F) | 5:20-cv-02171-JWH (SPx) |
| Cooper | v. | Cabral | (S) | 19STCV22891 |
| Crawford | v. | City of Bakersfield | (F) | 1:18-cv-00307-DAD-JLT |
| Hurtado | v. | CHP | (F) | 2:19-cv-02343-TLN-AC |
| Carrasco | v. | City of Glendora | (F) | 2:21-cv-05965-MWF-AS |
| Sesma | v. | CHP | (F) | 5:21-cv-01694-JWH-KK |
| Hermann | v. | San Bernardino County | (F) | 5:20-cv-01682-JAK (SPx) |
| Carcamo | v. | County of Los Angeles | (S) | TC 028076 |

### 2023

| | | | | |
|---|---|---|---|---|
| Standt | v. | City of Los Angeles | (F) | 2:21-cv-09301-FLA-JPR |
| Williams | v. | Las Vegas Metro Police | (F) | 2:21-cv-03465 |
| I.M. | v. | CHP | (F) | 2:20-cv-11174 FMO |
| Waddell | v. | City of Burbank | (S) | 21STCV34560 |
| Toland | v. | City of Pasadena | (F) | 2:21-cv-04797-FWS |
| TUHSD | v. | City of Taft | (S) | S-1500-cv-283804 |
| C.R. & D.R. | v. | Kern County | (F) | 1:21-cv-01593-DAD-BAK |
| Stern | v. | LAPD | (F) | 2:21-cv-04525-CBM-AS |
| Wilson | v. | CHP | (F) | 3:21-cv-03824-MMC |
| Savage | v. | City of Whittier | (F) | 2:21-cv-08067-VAP-PD |
| Astorga [V.II] | v. | County of Los Angeles | (F) | 2:20-cv-09805-AB-(AGR) |
| Hernandez | v. | County of Los Angeles | (S) | 19STCV33158 |
| James | v. | LAPD | (F) | 2:21-cv-04525-CBM-AS |
| Mendoza | v. | Kings County | (F) | 1:21-cv-00721-JTL-BAM |

### 2024

| | | | | |
|---|---|---|---|---|
| Cooper | v. | County of San Bernardino | (F) | 1:21-cv-0949-PSG-(PLAx) |
| Hernandez | v. | City of Rialto | (F) | 5:22-cv-01807-SSS-SP |
| Mullins | v. | County of Fresno | (F) | 1:21-cv-00405-AWI-SAB |
| Pitts | v. | CHP | (F) | 2:20-cv-01243-WBS-JDP |
| A.L. | v. | City of Bakersfield | (F) | 1:23-CV-00885-AWI |
| Padilla | v. | CHP | (S) | 22STCV00661 |
| Coyle | v. | County of Los Angeles | (S) | 21STCV27463 |
| Gold | v. | CHP | (F) | 3:23-cv-03414-RFL |
| Gutierrez | v. | Visalia | (F) | 1:21-cv-01700-JLT-HBK |

### 2025

| | | | | |
|---|---|---|---|---|
| Land | v. | County of Los Angeles | (S) | 21STCV32725 |
| Caesar | v. | CHP | (S) | 22CV0119193 |
| Salgado | v. | Huntington Park | (F) | 2:23-CV-09412 CBM |
| D. B. | v. | Stockton | (F) | 2:21-cv-02154-DJC-SCR |
| Yuriar | v. | CHP | (F) | 4:23-cv-06438-KAW |

# EXHIBIT   2

Samir Lyons
Owner and Director of Animation
Trial Ready Pro, Inc. dba Allrise
30941 Agoura Rd. STE. 206
Westlake Village, CA 91361
samir@allriselit.com


December 3, 2025

Ashley N. Reyes
Deputy Attorney General
Tort & Condemnation Section
2550 Mariposa Mall, Ste. 5090
Fresno, CA 93721

RE: *GEORGE GONZALEZ v. STATE OF CALIFORNIA*

Case *5:25-cv-00331-KK-DTB*

Dear Ms. Reyes,

At your request, and pursuant to Federal Rule of Civil Procedure 26, below is a written summary of my involvement regarding the above-name case.


**Professional Background and Experience**

The methods I employ are based on my education, training, and more than 18 years of professional experience as a 3D artist and animator. My career has spanned multiple industries, including forensic visualization, feature films, television, online advertising, and video games. This breadth of work has provided me with extensive technical and artistic expertise, as well as a deep understanding of production processes necessary to ensure accuracy and maintain the highest quality standards. Drawing on this background, I am able to apply proven technical practices within the legal field and to lead, manage, and supervise teams of skilled creative and technical artists in producing high-end demonstrative exhibits for trial and mediation. Over the course of my career, I have delivered thousands of animations.

I continue to apply this expertise within the legal industry, producing accurate, scientifically grounded animations and video exhibits across a wide variety of case types, including personal injury, civil rights, medical malpractice, product liability, environmental, and public entity matters. Importantly, I do not form or express opinions on the merits of the cases for which I or my company produce work. My role is limited to visualizing the evidence provided and/or the analyses of retained expert witnesses. As a result, I have created demonstratives for both plaintiff and defense counsel.

I am the sole owner of **Trial Ready Pro, Inc., dba Allrise**, a Los Angeles–based forensic animation and trial graphics studio. Allrise specializes in producing scientifically accurate and visually compelling 3D computer animations and graphics for use in trial and mediation.

**Summary**

I was retained by Deputy Attorney General, Ashley Reyes, to collaborate with Englert Forensics to create demonstratives of their opinions and analysis of the above-named case. I reserve the right to produce demonstrative animations or visuals based on Englert Forensics' analysis.

**Documents And Rates**

My CV and fee schedule are attached to this report. I charge $450 per hour for deposition and testimony. I have not testified in State or Federal court. I hereby declare under penalty of perjury that, to the best of my knowledge and information, the foregoing is true and correct.

Signed

Samir Lyons                                        Date      12/3/2025

## Samir Lyons

Owner & Director of Animation at Allrise
30941 Agoura Rd. STE. 206 Westlake Village, CA 91361
(310) 428 – 9211 | samir@allriselit.com

### Professional Competence

Mr. Lyons applies his professional expertise and technical knowledge in computer graphics, technology, and 3D animation to create presentations and visuals for myriad case types, including public entity, civil rights, personal injury, and medical malpractice.

Mr. Lyons' expertise and experience include the following:
• Provide visual consultation to determine the most effective way to visualize case data
• Creation of 3D forensic animations, presentations, video enhancements, trial graphics and interactive media to be used in trial
• Video recording, editing, syncing, enhancements, color processing, and compositing
• In-trial technology support and courtroom setup, exhibit presentation, and trial preparation
• Evidence captures via 3D laser scanning, motion capture, drone capture, and photography
• Conduct site inspections, review evidence, subject interviews, and expert collaboration

### Education

Savannah College of Art and Design, 2004
B.F.A. 3D Computer Animation
cum laude, dean's list

### Professional Experience

Allrise, Westlake Village, CA
Owner, Director of Animation
7/2/2021 - Present

- Lead the effective management of a proficient forensic artist team, ensuring meticulous adherence to rigorous technical precision and consistently surpassing elevated benchmarks for exhibit quality.
- Offer invaluable visual consultation, strategically determining optimal approaches for presenting case facts and expert analyses with utmost clarity and impact.
- Produce a diverse array of multimedia assets, including 3D forensic animations, PowerPoint presentations, trial graphics, and video enhancements. These materials faithfully portrayed case evidence, expert evaluations, and eyewitness testimonies across a wide spectrum of cases, encompassing officer involved critical incidents, automobile accidents, medical malpractice, personal injury, and more.
- Undertake comprehensive on-site investigations, interviewing witnesses, collaborating with forensic, medical, and engineering experts to grasp all facets of each case. Translated acquired insights into meticulously crafted animations and visual presentations.
- Provide indispensable technological support during trials, orchestrating courtroom setup and exhibit presentations. Aid attorneys in meticulous trial preparation, including organizing opening statements and closing argument PowerPoints and trial graphics.

- Employ cutting-edge techniques such as 3D laser scanning, motion capture, drone capture, and photography to meticulously capture evidence for analysis and presentation purposes.

Courtroom Animation, Redondo Beach, CA
Director of 3D Department
1/1/2018 to 7/2/2021

- Produced comprehensive 2D & 3D forensic visualizations with an analytical focus for a diverse array of cases, encompassing officer involved shootings, vehicular and pedestrian collisions, industrial machinery accidents, personal injury, medical malpractice, criminal litigation, and beyond.
- Utilized specialized data derived from vehicle dynamics simulations to enhance accident reconstruction processes, contributing to precision and authenticity.
- Translated complex medical procedures into visual representations through meticulous examination of operative reports and MRI scans, aiding in clearer comprehension.
- Spearheaded the supervision of an adept team of artists, ensuring adherence to stringent technical accuracy and consistently upholding elevated standards of quality for all crafted exhibits.

Freelance 3D Artist, Los Angeles, CA
3D Animator, VFX Generalist
8/15/2005 - 12/15/2017

● Created 3D Visual Effects and Animation for Feature Films, Television Commercials and AAA games.

Credited feature films include:
Walt Disney's, Meet the Robinsons
Iron Man (Marvel Studios)
Disney's Sorcerer's Apprentice
Underworld: Rise of the Lycans
City Of Ember
Terminator: Salvation
The Nutcracker: The Untold Story
Harry Potter: Half-Blood Prince
Cowboys vs Aliens
The Killers

Credited advertisements and commercials crafted for the following brands:
Hershey's
Nike
Samsung
Mountain Due
Porsche
Bridgestone
Autotrader
Marvel
Nissan
Reebok
Chevrolet

Fruit of the Loom
Sony
Nintendo
Netflix
Honda
Progressive
Liberty Mutual
Audi
Toyota
Gatorade
VISA
Nikon
ADIDAS
PUMA
Verizon
Olympic Paint
Airwick
<u>Credited AAA games include:</u>
Tom Clancy's Ghost Recon
WWE: Smackdown VS Raw 2007


● Utilized motion capture systems, simulated data, and effects, plus, latest Technology and software to enhance visual effects and animation to produce engaging content.


With over 19 years of experience, Mr. Lyons has adeptly utilized modern tools and techniques to craft 3D animations and various visuals across diverse disciplines. This extensive background has endowed him with a deep understanding of both technical and artistic processes, ensuring consistently high quality and accurate final outputs. In 2021, he co-founded Allrise, a litigation graphics studio, that allows him to apply his technical expertise within the courtroom. Additionally, his managerial skills enable him to lead a team of talented creative professionals, technology specialists, and technical artists, enabling the delivery of exceptional legal animated exhibits and trial support for clients. Through his work, he has assisted numerous clients spanning multiple industries and has produced thousands of animations for esteemed executives, renowned brands, top-tier plaintiff and defense attorneys, as well as forensic experts nationwide. Beyond his professional pursuits, Samir enjoys creating 3D art, playing tennis, cooking, and taking long bike rides with his wife and 9-year-old son.

## Samir Lyons Testimony History

| Case: | Trial / Deposition |
| --- | --- |
| **2025** | |
| Zahra Gharraee v. Trader Joe's Company<br>Case No. CV-21-005695 | Deposition |
| State of Missouri v. William O. Hawkins III<br>Case No. 23WA-CR00054-1 | Deposition |
| Oscar Leon Sanchez v. City of Los Angeles<br>Case No. 23STCV11956 | Deposition |
| **2024** | |
| Teddy Abbie v. Shasta County<br>Case No. | Deposition |
| Estate of Christoper Valadez v. City of Rialto<br>Case No. 5:20-cv-02171-JWH-SPx | Deposition |
| **2023** | |
| I.M., Edward Tapia v. State of California, CHP<br>Case No. 2:20-cv-11174 FMO (JEMx) | Deposition |
| Estate of Oliver Hernandez v. City of Fresno<br>Case No. 20CECG00052 | Deposition |
| **2022** | |
| Jane A.M. DOE, v. City of Los Angeles<br>Case No. BC722477 | Deposition |
| Nicole Juarez Zelaya v. City of Los Angeles<br>Case No. CV20-08382-ODW (MAAx) | Deposition |
| **2021** | |

Perez v. County of Fresno                         Deposition
Case No. 1:18-cv-00127 AWI-EPG


2019

Spiller v. Ford Motor Company                     Deposition
Case No. Unavailable

# EXHIBIT   3

**ef** englert FORENSIC CONSULTANTS

November 25, 2025

TO:        Ashley Reyes          via email: ashley.reyes@doj.ca.gov
           Mario Garcia          via email: mario.garcia@doj.ca.gov
           Deputy Attorney General
           CA department of Justice
           Office of the Attorney General
           Tort & Condemnation Section
           2550 Mariposa Mall
           Suite 5000
           Fresno, CA 93721

           Angela Brunson      via email: angela.brunson@manningkass.com
           Andrea Kornbleau    via email: andrea.kornblau@manningkass.com
           Khouloud Pearson    via email: khouloud.pearson@manningkass.com
           Manning & Kass, Ellrod, Ramirez, Trester, LLP
           801 S. Figueroa Street
           15th Floor
           Los Angeles, CA 90017

FROM:      Rod Englert

RE:        **EXPERT'S PRELIMINARY RECONSTRUCTION REPORT**
           *Gonzalez v. Hemet Police Department (case no. 5:25-cv-00331-KK-DTB)*


**This preliminary report is prepared pursuant to Federal Rule of Civil Procedure 26. Should a party seek my deposition in this matter, I will make myself available as feasible and request that the party coordinate with defense counsel to facilitate such deposition.**

***NOTE: Englert Forensic Consultants (EFC) were prevented from performing an evidence inspection on November 20, 2025. A full evidence inspection is pending, and as such, this is submitted as a preliminary report.***

**SUMMARY**

**This summary is provided for convenience and does not necessarily itemize every single fact relied upon by this expert in the formation of my opinions and conclusions in this matter. It is based on my review of the records and materials identified herein below. I do not contend to have direct personal knowledge of the incident facts.**

P.O. Box 605, West Linn, OR 97068   c | (503) 522-7059   o | (503) 656-0953   f | (503) 656-5138
www.englertforensics.com   rod@englertforensics.com

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 2

On January 24, 2024, three members of the Riverside County Regional Gang Task Force Region 3 (GTF3), assigned to patrol within the city of Hemet, were involved in an officer involved shooting incident. The GTF3 team members included California Highway Patrol (CHP) Officer Irick, Hemet Police Department (HPD) Detective Sobaszek, and HPD Sergeant Reynoso. The GTF3 team members contacted George Gonzalez standing outside of a 2007 Hyundia Sonata and gave commands. Gonzalez did not comply with officer commands, entered the Sonata, and continued to move within the vehicle. Gonzalez then drove away in the Sonata at a high rate of speed, at which time a pursuit ensued.

Gonzalez continued to flee law enforcement, eventually ending the pursuit in the city of Beaumont when the Sonata became disabled and stuck on train tracks. Gonzalez then exited the vehicle through the driver's door and fled on foot, continuing to ignore commands to stop. A foot pursuit then ensued, continuing into an industrial complex in the 500 block of B Street where Gonzalez presented a handgun in his right hand while continuing to flee. In response to Gonzalez's actions, all three GTF3 members engaged Gonzalez and discharged their firearms. Gonzalez was struck several times prior to falling to the ground and dropping his firearm. Medical aid was rendered prior to Gonzalez being transported to Riverside University Health System Medical Center in Moreno Valley where he was treated for gunshot wound injuries.

**CHRONOLOGY**

09/18/25    Englert Forensic Consultants were contacted by California Deputy Attorney General Ashley Reyes regarding being retained for case review and reconstruction.

10/01/25    Englert Forensic Consultants notified of approval for being retained for case review and reconstruction.

10/08/25    Receipt of initial case file materials.

11/20/25    Englert Forensic Consultants traveled to Hemet and Beaumont California to conduct meetings and a walkthrough of the incident location.

**MATERIALS/RECORDS REVIEWED: AS RECEIVED THUS FAR**

| DESCRIPTION | Quantity |
|---|---|
| **Case File Materials** | |

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 3

| | |
|---|---:|
| STATEOFCA000001; 1. CIIT Cover Sheet C24-601-001 | 1 page |
| STATEOFCA000002; A. Table of Contents | 1 page |
| STATEOFCA000003-4; B.1. Summary of Incident | 2 pages |
| STATEOFCA00005; B.2. Scene Description | 1 page |
| STATEOFCA0000006-35; B.3. Employee's Profile | 30 pages |
| STATEOFCA000036-37; B.4. Suspect's Profile_Redacted | 2 pages |
| STATEOFCA000038; B.5. Criminal Investigative Agency | 1 page |
| STATEOFCA000039; B.6. Crime Scene Evidence Collection and Storage | 1 page |
| STATEOFCA000040; B.7. Injury Descriptions | 1 page |
| STATEOFCA000041; B.8. Forensic Examination | 1 page |
| STATEOFCA000042-43; B.9. Critical Incident Debriefing | 2 pages |
| STATEOFCA000044-45; C.1. Identification of Firearms-Weapons_Redacted | 2 pages |
| STATEOFCA000046; C.2. Witnesses | 1 page |
| STATEOFCA000047-48; C.3. Other Involved Personnel | 2 pages |
| STATEOFCA000049-53; D. Vehicles_Redacted | 5 pages |
| STATEOFCA000054-77; E.1. Officer's Statement | 24 pages |
| STATEOFCA000078; E.2. Obtaining a Public Safety Statement-Use of Force Critical Incident | 1 page |
| STATEOFCA000079; E.3. Witness Statements | 1 page |
| STATEOFCA000080; F. Diagrams | 1 page |
| STATEOFCA000081-84; G. Photography and Video | 4 pages |
| STATEOFCA000085-99; H. 1. Annexes-CHP 271, Critical Incident -- Potential Civil Liability | 15 pages |
| STATEOFCA000100-101; H.2. CHP 36, Property Receipt | 2 pages |
| STATEOFCA000102; H.3. Blood Alcohol-Toxicology Report | 1 page |
| STATEOFCA000103-113; H.4. Crime Scene Logs | 11 pages |
| STATEOFCA000114-119; H.5. CHP 125, Weapon Control Memorandum_Redacted | 6 pages |
| STATEOFCA000120-123; H.6. Press Releases | 4 pages |
| STATEOFCA000124-129; H.7. The DA's Findings | 6 pages |
| STATEOFCA000130; H.7.a. Riverside County District Attorney's Findings | 1 page |
| STATEOFCA000131-136; H.8. Criminal Report | 6 pages |
| STATEOFCA000137; H.9. Coroner's Report – not applicable | 1 page |

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 4

| | |
|---|---|
| STATEOFCA000138-153; Det. Sobaszek - Charting_Redacted | 16 pages |
| STATEOFCA000154-253; Photos - Hemet PD Charting Photos | 100 pages |
| STATEOFCA00254-278; Photos - Officer Irick - Charting_Redacted | 25 pages |
| STATEOFCA000279-31; More Officer Irick Charting Photos_Redacted | 32 pages |
| STATEOFCA000311-329; Photos Sgt Reynoso-Charting_Redacted | 19 pages |
| STATEOFCA000330-354; Suspect Hospital Scene | 25 pages |
| STATEOFCA000355-413; Photos of Suspect vehicle | 59 pages |
| STATEOFCA000414-489; Photos of Suspect vehicle | 76 pages |
| STATEOFCA000490-536; Photos of Suspect vehicle | 47 pages |
| STATEOFCA000537-602; Photos of Suspect vehicle | 66 pages |
| STATEOFCA000603-687; More photos of Initial IOS and Scene (folder 101413) | 85 pages |
| STATEOFCA000688-722; More photos of Initial IOS and Scene (folder 101413) | 35 pages |
| STATEOFCA000723-802; More photos of Initial IOS and Scene (folder 101413) | 80 pages |
| STATEOFCA000803-844; More photos of Initial IOS and Scene (folder 101413) | 42 pages |
| STATEOFCA000845-1034; More photos of IOS and Scene (folder 101414) | 190 pages |
| STATEOFCA001035-1128; More photos of IOS and Scene (folder 101415) | 94 pages |
| STATEOFCA001129-1303; Redacted Riverside County Sheriff's Incident Reports (1) | 175 pages |
| **\*PENDING REPORTS DUE\*** | |
| To include, but are not limited to the following: | |
| Medical Records of Gonzalez Hospitalization | |
| Property Receipts of Evidence Seized | |
| Laboratory Examination Reports if Lab Testing was Conducted | |
| Deposition Transcripts of Involved Officers | |
| **Audio/Video Recordings** | |
| STATEOFCA001640; Irick Interview- SUBJECT TO PROTECTIVE ORDER | 39 minutes, 37 seconds |
| STATEOFCA001641; Reynoso_Axon_Body_3_Video_2024-01-24_1936_X6033520Y- SUBJECT TO PROTECTIVE ORDER | 1 hour, 16 minutes, 49 seconds |
| STATEOFCA001642; Snapshot-2024-01-25 02.52.58.888 AM - SUBJECT TO PROTECTIVE ORDER | 28 minutes, 2 seconds |

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 5

| | |
|---|---|
| STATEOFCA001643; Sobaszek_Axon_Body_3_Video_2024-01-24_1936_X6033467W - SUBJECT TO PROTECTIVE ORDER | 1 hour, 16 minutes, 57 seconds |
| STATEOFCA001644; STAR 9 Aerial- SUBJECT TO PROTECTIVE ORDER – unable to open | |
| **Transcriptions** | |
| Transcript of Remote Video Deposition of Sean Irick, dated 07/22/25 | 108 pages |
| Transcript of Remote Video Deposition of Patrick Sobaszek, dated 07/23/25 | 109 pages |
| **Court Records** | |
| Plaintiff's Second Amended Complaint for Damages, dated 06/05/25 | 42 pages |

**The foregoing list underscores those records to which I have devoted substantial consideration. In the event any items reviewed were inadvertently omitted from the foregoing list, this expert will gladly supplement this list upon questioning under oath and reserves the right to supplement this list in a supplemental report.**

## PRELIMINARY ANALYSIS OF MATERIALS RECEIVED TO DATE

*NOTE: For purposes of this report, all substances that have the appearance, color, and physical characteristics of blood will be referred to as blood or blood-like. No presumptive tests were utilized.*

*NOTE: All listed measurements are approximations.*

*NOTE: All diagrams and sketches are not to scale.*

**MEDICAL PROTOCOL: Description of Injuries**

Gonzalez was treated at the Riverside University Health System Medical Center in Moreno Valley. Evidence of multiple gunshot wound injuries were noted, to include the following:

- Four gunshot wounds (GSW) to upper and lower torso.
- Medical records release without redactions is currently pending.

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 6

**INITIAL MEETING: Hemet Police Department**

Date:          11/20/2025

Time:          9:00 a.m.

Location:      Hemet Police Department (HPD)
               450 E Latham Avenue
               Hemet, CA

Present:       Mario Garcia – Attorney Representative, Department of Justice (DOJ)
               Sean Irick – Officer, California Highway Patrol (CHP)
               Angela Brunson – Attorney, Manning & Kass (MKERT)
               Patrick Sobaszek – Detective, HPD
               Gabriel Gomez – Sergeant, HPD Liason
               Dr. Swathi Kode – Bio-mechanical Engineer
               Stacey Chepren – Analyst, Englert Forensic Consultants (EFC)
               Ramon Purcell – Photographer, EFC
               Rod Englert – Analyst, EFC

On November 20, 2025, at approximately 9:00 a.m., members of Englert Forensic Consultants (EFC) met with the above listed individuals to discuss facts of the case. This meeting was conducted in the presence of counsel for Officer Irick and Detective Sobaszek. An overview of the incident was discussed, to include future evidence examination and a site visit.

**SITE VISIT: Perricone Juice Factory**

Date:          11/20/2025

Time:          11:25 a.m.

Location:      Perricone Juice Factory
               550 B Street
               Beaumont, CA

Present:       Mario Garcia – Attorney Representative, Department of Justice (DOJ)
               Sean Irick – Officer, California Highway Patrol (CHP)
               Angela Brunson – Attorney, Manning & Kass (MKERT)
               Patrick Sobaszek – Detective, HPD
               Gabriel Gomez – Sergeant, HPD Liason
               Dr. Swathi Kode – Bio-mechanical Engineer
               Stacey Chepren – Analyst, Englert Forensic Consultants (EFC)
               Ramon Purcell – Photographer, EFC
               Rod Englert – Analyst, EFC

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 7


On November 20, 2025, at approximately 11:25 a.m., members of Englert Forensic Consultants, accompanied by the above individuals, conducted a site visit of the Perricone Juice Factory. Per entry permissions at the facility, Production Manager Victor Marquez-Vizcarra and Senior Director of Operations Jeff Hannah accompanied all persons during the site visit.


A walkthrough of the incident location was conducted with Officer Irick and Detective Sobaszek. This site walkthrough was conducted in the presence of attorneys for Officer Irick and Detective Sobaszek. The purpose of the walkthrough was to determine the path of travel and distance covered during the pursuit.


Following the initial walkthrough of the location and determining the path of travel, pertinent measurements were collected. The following path of the foot pursuit was as follows and will be supported by a forensic animation.

- Foot pursuit begins at railroad tracks in an eastward direction for 87 yards.



*Image 1: Drone image of beginning of foot pursuit; depicting direction and distance traveled.*

- The foot pursuit turns slightly southeast around a large pile of dirt for 122 yards paralleling the Perricone Juice Factory wall and past a truck ramp where multiple yellow posts are located.

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 8



*Image 2: Drone image of where the foot pursuit turned at a dirt pile and continued; depicting direction and distance traveled.*

- The foot pursuit turns south into an open gate entry for 42 yards before turning west.



*Image 3: Drone image of foot pursuit transitioning south into an open gate entry; depicting direction and distance traveled.*

- The final leg of the foot pursuit continues for 144 yards to the termination where Gonzalez goes down in front of an office entry.

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 9



*Image 4: Drone image of the final leg of the foot pursuit; depicting direction and distance traveled.*

- During the final leg of the pursuit the officers chase Gonzalez through a narrow pathway measuring 3 feet wide for 88 yards when the shooting starts.
- The estimated distance is approximately 30 feet from the officers to Gonzalez's location in front of an office entry with a large paned window.

The total distance of the foot pursuit was approximately 395 yards.



*Image 5: Drone image depicting the overall directions and distances of the foot pursuit.*

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 10

## Analysis of Body Worn Camera and Surveillance Video

Video recordings from officer BWC and surveillance video captured by factory cameras were reviewed for evidentiary and body position purposes.



*Image 6: Screenshot from Sobaszek BWC of Gonzalez observed fleeing officers during a foot pursuit.*



*Image 7: Screenshot from South Plant security video of Gonzalez observed fleeing officers during a foot pursuit.*

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 11



*Image 8: Screenshot from Sobaszek BWC of Gonzalez observed dropping a dark-colored item during a foot pursuit.*



*Image 9: Screenshot from Sobaszek BWC of Gonzalez observed dropping a dark-colored item during a foot pursuit.*

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 12



*Image 10: Screenshot from South Plant security video of Gonzalez observed dropping a dark-colored item during a foot pursuit.*



*Image 11: Screenshot from South Plant security video of Gonzalez observed dropping a dark-colored item during a foot pursuit.*

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 13



*Image 12: Screenshot from Sobaszek BWC of Gonzalez observed with a black-colored gun on the ground next to him when officers approach after the shooting incident.*

## CONCLUDING OPINIONS

**These opinions are based solely on the review of incident reports, body worn camera and surveillance video recordings, and a site inspection. These opinions are rendered without the review of the physical evidence collected from the scene and hospital, and without performing a physical reconstruction of the event.**

- Pending evidence analysis and receipt of additional materials, an incident reconstruction opinion in this case cannot be rendered at this time. The site visit yielded valuable information that will be incorporated into the final report.

**Body worn camera and surveillance video analysis/review, site inspection, and reports alone are insufficient to perform a full shooting incident reconstruction analysis and therefore examination of the physical evidence items is necessary to establish further opinions relevant to this event.**

- Body worn cameras and surveillance videos do not reflect true distances and spatial perspectives of the incident. Additional insight and understanding of the incident could be gained by performing a full incident reconstruction.
- A review of the body worn cameras and Perricone Juice Factory surveillance video revealed that officers were involved in a lengthy foot pursuit prior to the

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 14

shooting incident and that following the shooting incident, a black-colored gun was visible on the ground next to Gonzalez as officers approached.

- The shot sequence of gunshot wounds impacting Gonzalez and items within the Perricone Juice Factory are undetermined. In order to better understand the sequence of events and most probable body positions during the shooting incident, a review of the physical evidence and reconstruction testing of various body positions are necessary.

**An examination of the physical evidence in this case is required to form incident reconstruction opinions based on a reasonable degree of scientific probability. Incident reconstruction opinions are based upon review of the above-listed materials, evidence analysis, body position testing, in addition to training, knowledge, and experience.**

**Discovery is ongoing and all opinions stated herein are, therefore, preliminary and subject to change upon further evidence examination. This expert reserves the right to amend or supplement his opinions as further pertinent evidence is discovered and examined.**

## EXHIBITS AND ANIMATION

Evidence examination and incident reconstruction digital images will be collected in the future as a template for forensic incident animation exhibits. A full expert reconstruction report and incident reconstruction animation/illustration will be introduced following a review of select items of physical evidence. Exhibits will be based on my review of the materials, statements, photographs, medical reports, and investigative reports of this case; and on my own forensic investigation associated with this case.

## MISCELLANEOUS

Also attached is Rod Englert's complete CV, which includes a listing of all cases in which he has participated. In compliance with Federal Rule 26, cases involving his deposition and/or testimony within at least the last five years are listed with a "T" or "D" in the last section of his CV. See Fed. R. Civ. P.26(a)(2)(B)(iv-v).

Publications within the last four years are listed on Page 3 of Rod Englert's resume/CV.

## FEE SCHEDULE

Compensation for Englert Forensic Consultants is at the rate of $600 per hour plus travel time and expenses.

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 15


I have reviewed this preliminary report and its exhibits and believe it accurately summarizes my conclusions/opinions in this case, and the methodology and evidentiary and other basis underlying such conclusions.




Rod Englert
Englert Forensic Consultants


RE/nw
Attachments

# ROD ENGLERT

P.O. Box 605
West Linn, OR  97068

Office: (503) 656-0953
Fax: (503) 656-5138

## RESUME

### EXPERIENCE AND QUALIFICATIONS

*Cases in which I have been deposed (D) or have testified (T) begin on Page 53, under "Professional Consultations."*

**EDUCATION:**

FBI National Academy, 159th Session, Quantico, Virginia, 1989
B.S. Police Science and Administration, California State University at Los Angeles, 1967
A.A., Police Science, East Los Angeles Junior College, Los Angeles, 1963

**CERTIFICATIONS:**

Executive Certification - Board of Police Standards and Training - Oregon
Management Certification - Board of Police Standards and Training - Oregon
Advanced Officer Certification - Board of Police Standards and Training - Oregon
Advanced Officer Certification - California Peace Officers Standards and Training
Certified Trainer in Blood Spatter Interpretation and Homicide Investigation - Board of Police Standards and Training – Oregon
Force Science Institute, Use of Force/Officer-Involved Shootings, Hillsboro, OR  November 2016

**APPOINTMENTS:**

American Leadership Forum – Fellow
U.S. Department of Justice Advisory Committee on Community Policing
Oregon Governors Appointment to Juvenile Justice Advisory Commission
Portland Leader's Round Table Steering Committee
United Way Community Investment Fund Committee
Association of Crime Scene Reconstruction — Distinguished Member 1998; Fellow 1999; Las Vegas Conference Committee 2001; President 2001/2002; Chairman 2002/2003
Moscow Command College / South Carolina Law Enforcement Division; Trainer
International Association of Blood Pattern Analysts — Committee on Predicate Questions
American Academy of Forensic Sciences — Program Co-Chairman in General Section;
Committee appointment for Award Recipients
FBI Scientific Working Group – Bloodstain Pattern Analysis Group
Sudden Infant Death (SIDS) Federal Board
VIDOCQ Society Member

**AWARDS:**

National College of District Attorney's Lecturer of Merit Awar, 1991
National College of District Attorney's Distinguished Faculty Award, 1994
Association of Crime Scene Reconstruction – Distinguished Member 1998; Fellow 1999; Las Vegas Conference Committee 2001; President 2001/2002; Chairman 2002/2003
Lifetime Achievement Award by New Jersey State Police, March 2023

**PROFESSIONAL CONSULTING:**

- Consulted in over 600 Criminal and Civil cases throughout the United States

---

*Experience & Qualifications*                    Page 1                    Resume of Rod Englert

- Private consultant and internationally recognized expert in Homicide Investigation, Crime Scene Reconstruction, Blood Spatter Interpretation since 1977
- Qualified in 28 states as expert involving blood stain interpretation/crime scene reconstruction, including Military, Federal, and Juvenile courts.

**TRAINING SEMINARS:**

Have conducted over 660 training seminars and lectures on managing criminal investigations, solving unresolved homicides, blood spatter interpretation and crime scene reconstruction to law enforcement personnel, district attorneys, private attorneys and pathologists in 35 states as well as Canada, Russia, England, France, Portugal, South America, and Cuba.

**LECTURER (More than one appearance as lecturer):**

Moscow Command College
National College of District Attorneys, Houston, Texas
IPTM - Univ. of North Florida Public Safety Institute, Orlando, Florida
Valencia College/Rollins College, Orlando, Florida
Hocking Technical College, Columbus, Ohio
Public Agency Training Council, Indianapolis, Indiana
Southern Police Institute, Louisville, Kentucky
Greenville Technical College, Greenville, South Carolina
University of Texas Southwestern Legal Foundation, Dallas, Texas
Board on Police Standards and Training, Monmouth, Oregon
American Academy of Judicial Education, San Diego, CA

**SPECIALIZED TRAINING RECEIVED:**

- Over 7,000 hours of law enforcement related specialized training. A detailed list of training schools and sessions attended is available on request.

**PROFESSIONAL EXPERIENCE:**

**Multnomah County Sheriff's Office** - Portland, Oregon - 1969 to current
- Current Cold Case Homicide Detective, Multnomah County Sheriff's Office
- June 1995 Retired as Chief Deputy after total of 32 years in law enforcement
- November 1994 Promoted to Chief Deputy in charge of Operations Division
- July 1994 Promoted to Captain, Commander of Community Policing, Court Services and Law Enforcement Records
- 1989 Promoted to Lieutenant, assignment as Commander. Developed Safety Action Team working in depressed housing authority developments
- Sergeant in Emergency Communications Operation
- Sergeant in Homicide, Robbery and General Assignment
- Manager of Scientific Investigation Unit
- Special Assignment to Warrant Service Procedures
- Manager of Training Division; Supervisor, Detective Bureau; Supervisor, Uniform Patrol
- Special Assignment as Commander of Federal Task Force (Office of Drug Abuse Law Enforcement - ODALE)
- 1972 Promotion to Sergeant
- Assigned to Vice and Narcotics

**Downey Police Department** - Downey, California - 1963 to 1969
- Graduate, Los Angeles Police Academy, 1963
- Patrolman
- Traffic Enforcement/Accident Investigator
- Promoted to Detective assigned to Administrative Bureau working Vice, Narcotics

- Background Investigator of Police Applicants
- Promoted to Senior Agent in Vice and Narcotics

**ASSOCIATION MEMBERSHIPS (Past & Present):**

- Past Chairman of the Board, Association of Crime Scene Reconstruction, 2002-2003
- Past President, Association of Crime Scene Reconstruction, 2001-2002
- Class Spokesman and President, 159th Session FBI National Academy, 1989
- Past President of International Association of Blood Pattern Analysts
- Past Chairman of the Board, Oregon Washington Lawman's Association
- Past President, Oregon Washington Lawman's Association
- Past Vice President and Board Member, Oregon Washington Lawman's Association
- Past Vice President, International Association of Blood Pattern Analysts
- Member of International Homicide Investigators Association
- Member Arizona Homicide Investigators Association
- Member California Homicide Investigators Association
- Member Texas Homicide Investigators Association
- Member Florida Homicide Investigators Association
- Fellow American Academy of Forensic Sciences

**PROFESSIONAL PUBLICATIONS AUTHORED:**

- National College of District Attorneys Practical Prosecutor - Article on "Homicide, Suicide or Accidents?"
- "Blood Spatter Interpretation, Homicide, Suicide or Accidents?" Reprinted article in Florida Prosecutors Publication.
- "High Velocity Impact Spatter," September 1987. Co-authored with Dr. Larry Lewman and printed in Medical Examiners Case of the Month publication.
- Law Enforcement Training Network (LETN) training tape on Crime Scene Reconstruction, 1988.
- FBI Law Enforcement Bulletin, October 1990 - Article on Community Policing and The Safety Action Team's Success.
- Chapter on luminol for Richard Walton, Ed. D., "Cold Case Homicides: Practical Investigative Techniques," CRC Press, April 2006.
- Author of *Blood Secrets: Chronicles of a Crime Scene Reconstructionist* (Thomas Dunne Books/St. Martin's Press, 2010).
- Englert, R. (2012), Review of: *Practical Digital Imaging—Applications and Techniques*. Journal of Forensic Sciences, 57: 849. doi: 10.1111/j.1556-4029.2012.02061.x
- Chapter for Richard Walton, Ed.D.'s, "Cold Case Homicides: Practical Investigative Techniques," CRC Press, 2014. Note: This is an update to a procedural manual from Walton's previous book noted above.

**PAPERS PRESENTED:** (To American Academy of Forensic Sciences and other professional groups)

"Computer Animation Use in Criminal Trials," 1994
"Back to High School; Utilizing Students in Trial Experiments," 1995
"The Green Thread Mystery - A Case Profile," 1996
"Case Study: The Use of Luminol and DNA Together," 1998
"Case Study: Akron Ohio - Retrieving Bloody Fingerprints from Cloth," 1999
"How We Can Tell What Isn't So," presented to Odontology Section, 2000
"Lethal Domestic Violence – Remembering Nicole Simpson," 2001
"The Stray Bullet: Does History Have it Correct?" Last Word Society, 2004
"Nicole Brown Simpson: From Threat Assessment to Lethal Domestic Violence," 2004
"Women As Killers: Are We Missing Something?" 2010

# ROD ENGLERT

# CURRICULUM VITAE

### PROFESSIONAL TRAINING AND EDUCATION

| | |
|---|---|
| Federal Bureau of Narcotics Training School | October 1966 |
| Los Angeles State College, Vice Institute | August 1967 |
| Los Angeles State College, Fifth Narcotics Institute | October 1967 |
| Los Angeles State College, Traffic Institute | February 1968 |
| California Advanced P.O.S.T. Certificate | August 1969 |
| Oregon Advanced BPST Certificate | November 1970 |
| Fargo Intelligence School, San Francisco, California | August 1972 |
| Police Confrontations School, Louisville, Kentucky, Southern Police Institute | December 1973 |
| Management Training Seminar, Otter Crest, Oregon | May 1975 |
| Homicide Investigation School, Louisville, Kentucky, Southern Police Institute | January 1976 |
| Investigative Hypnosis School, Monmouth, Oregon | May 1977 |
| Blood Spatter Interpretation Seminar, Elmira, New York | June 1978 |
| Oregon Middle Management BPST Certificate | January 1982 |
| Oregon Executive BPST Certificate | March 1982 |
| Advanced Blood Spatter Interpretation Training, Corning, New York | November 1983 |
| International VI-CAP Symposium, Quantico, Virginia | June 1988 |
| Advanced Blood Spatter Interpretation Training, Denver, Colorado | November 1988 |
| Advanced Blood Spatter Interpretation Training, Reno, Nevada | November 1990 |
| FBI Symposium on Violence in America and Community Involvement | October 1991 |
| Community Policing and the 21st Century, Quantico, Virginia | September, 1992 |
| Drugs in the Workplace, Presenter M. Trinkle, Milwaukie, Oregon | May 1994 |
| Russian Federation of Police, Moscow, Russia.  Cross Cultural Teaching and Training | May 1994 |
| Oregon/Washington Lawman's Association Training, Use of Technical Aids in Law Enforcement Investigations, Tigard, Oregon | August 1994 |
| Multnomah County Sheriff's Office Training in Sexual Harassment, Follow Up Training, Portland, Oregon | September 1994 |
| International Association of Blood Pattern Analysts Conference, Miami, Florida | October 1994 |
| International Association of Blood Pattern Analysts Conference, Oklahoma City, OK | September 1995 |
| American Academy of Forensic Sciences Conference, Nashville, TN | February 1996 |
| International Assoc. of Blood Pattern Analysts Conference, joint with Crime Scene Reconstruction, Albuquerque, New Mexico | October 1996 |
| 4th Annual Legal Medical Investigator's Conference, Pensacola, Florida | November 1996 |
| International Assoc. of Blood Pattern Analysts Conference, joint with Crime Scene Reconstruction, Seattle, Washington | November 1997 |
| 5th Annual Legal Medical Investigator's Conference, Pensacola, Florida | November 1997 |
| American Academy of Forensic Sciences Conference, New York | January 1997 |
| American Academy of Forensic Sciences Conference, San Francisco | January 1998 |
| Association of Crime Scene Reconstruction Annual Meeting, Oklahoma City | November 1998 |
| American Academy of Forensic Sciences Conference, Orlando, Florida | February 1999 |
| Association of Crime Scene Reconstruction Annual Meeting, Kansas City, Kansas | September 1999 |
| International Assoc. of Blood Pattern Analysts Conference, joint with Crime Scene Reconstruction, Houston, Texas | November 1999 |

| | |
|---|---|
| American Academy of Forensic Sciences Conference, Reno, Nevada | February 2000 |
| International Association of Blood Pattern Analysts Conference, Tucson, Arizona | October 2000 |
| Association of Crime Scene Reconstruction Annual Meeting, Atlanta, Georgia | October 2000 |
| American Academy of Forensic Sciences Conference, Seattle, Washington | February 2001 |
| Association of Crime Scene Reconstruction Annual Meeting, Las Vegas, Nevada | October 2001 |
| International Association of Blood Pattern Analysts Conference, Tucson, Arizona | October 2001 |
| American Academy of Forensic Sciences Conference, Atlanta, GA | February 2002 |
| FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Quantico, VA | March 2002 |
| International Association of Forensic Sciences Conference, Montpellier, France | September 2002 |
| Association of Crime Scene Reconstruction Annual Meeting, Denver, CO | October 2002 |
| FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Quantico, VA | November 2002 |
| FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Quantico, VA | November 2002 |
| American Academy of Forensic Sciences Conference, Chicago, IL | February 2003 |
| FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Quantico, VA | May 2003 |
| International Academy of Forensic Sciences, International Conference, Odessa, TX | October 2003 |
| Association of Crime Scene Reconstruction Annual Meeting, Oklahoma City, OK | October 2003 |
| FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Quantico, VA | November 2003 |
| American Academy of Forensic Sciences Conference, Dallas, TX | February 2004 |
| FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Quantico, VA | March 2004 |
| Association of Crime Scene Reconstruction Annual Meeting, San Jose, CA | February 2005 |
| American Academy of Forensic Sciences, Medical Legal Investigators, South America, 3 countries | April 2005 |
| American Academy of Judicial Education, San Diego, CA | May 2005 |
| Oregon/Washington Lawman's Association Training, Leavenworth, WA | September 2005 |
| International Association of Blood Pattern Analysts, Santa Barbara, CA | October 2005 |
| FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Stafford, VA | November 2005 |
| International Criminal Investigative Training Assistance Program (ICITAP), Bogota, Colombia.  Trained Colombian investigators. | November 2005 |
| Association of Crime Scene Reconstruction Annual Meeting, Albuquerque, NM | February 2006 |
| American Academy of Forensic Sciences Conference, Washington, DC | February 2009 |
| Illinois Coroners Association, Fairview Heights, IL | February 2008 |
| Oregon/Washington Lawmen's Association, Leavenworth, WA | October 2008 |
| Iowa Medical Examiners Association, Des Moines, IA | November 2008 |
| Association of Crime Reconstruction, Denver, CO | February 2009 |
| Vocal/Victims Group, Montgomery, AL | February 2009 |
| Association of Crime Scene Reconstruction Annual Meeting, San Diego, CA | February 2010 |
| American Academy of Forensic Sciences Conference, Seattle, WA | February 2010 |
| California Post-Detective Symposium, San Diego, CA | April 2010 |
| Seak Expert Witness Conference, Chicago, IL | June 2010 |
| TrialExperts.com, Success in the Courtroom, Webinar Series | July 2010 |
| International Association of Blood Pattern Analysts Conference, Atlantic City, NJ | October 2010 |
| Association of Crime Scene Reconstruction, Scene Reconstruction, Jacksonville, FL | February 2011 |
| ACSR-Lighting for Digital Photography, Photography Lighting Tips, Jacksonville, FL | February 2011 |
| American Academy of Forensic Sciences, Microscopy, Scientific Sessions, Chicago, IL | February 2011 |
| California Detective Training Symposium, Homicide Training, Universal City, CA | April 2011 |
| Oregon/Washington Lawman's Association, Officer Involved Shootings, Lincoln City, OR | May 2011 |

| | |
|---|---|
| Illinois Coroner's Death Inv. Conference, 9-1-1 Homicide Calls, Collingsville, IL | August 2011 |
| LSU Inv. For ID Educational Conference, Homicides/Media/Bite Marks, New Orleans, LA | August 2011 |
| International Association of Forensic Sciences, Global Forensics, Madeira Island, Portugal | September 2011 |
| Oregon District Attorney's Association, Media/Brady Issues/Legislation, Lincoln City, OR | December 2011 |
| Oregon Law Institute, Attacking Experts Opinion at Trial, Portland, OR | February 2012 |
| Association of Crime Scene Reconstruction, Reconstruction Classes, Monterey, CA | February 2012 |
| American Academy of Forensic Sciences, Forensic Classes, Atlanta, GA | February 2012 |
| LAPD Detective Symposium, Homicide Cases, Los Angeles, CA | April 2012 |
| Association of Crime Scene Reconstruction, Scenes, Laser Work, General, Atlanta, GA | February 2013 |
| American Academy of Forensic Sciences, Death Investigations, Washington, DC | February 2013 |
| National Criminal Defense Lawyers Association, Forensics by 9 AAFS Speakers, Washington, DC | Feb. 2013 |
| New Jersey Advanced Homicide Investigation, Princeton Univ., NJ | June 2013 |
| Association of Crime Scene Reconstruction, Reconstructing Crime Scenes, Houston, TX | February 2014 |
| American Academy of Forensic Sciences, General Sciences, Seattle, WA | February 2014 |
| American Academy of Forensic Sciences, Bias in Forensics, Seattle, WA | February 2014 |
| Association of Crime Scene Reconstruction: Reconstruction; Shooting Incident Investigation; Using Infrared to Examine Evidence, Oklahoma City, OK | February 2015 |
| Force Science Institute, Use of Force/Officer-Involved Shootings, Hillsboro, OR | November 2016 |
| Association of Crime Scene Reconstruction, Scene Reconstruction, Bullet Trajectory/ABN Surfaces, Bullet Trajectory w/o Rod, Blackhawk, CO | February 2017 |
| Pacific NW International Association of Identification, Ballistics/Various Disciplines, Bend, OR | June 2017 |
| New Jersey State Police Aquatic Deaths, Princeton, NJ | June 2017 |
| American Academy of Forensic Sciences, Science Matters Workshop, Seattle, WA | February 2018 |
| American Academy of Forensic Sciences, Scientific Presentations, Seattle, WA | February 2018 |
| Association of Crime Scene Reconstruction, Crime Scene Presentations, Tacoma, WA | February 2018 |
| Association of Crime Scene Reconstruction, Bullet Trajectories in Objects, Tacoma, WA | February 2018 |
| Association of Crime Scene Reconstruction, Bullet Defects in Cloth, Tacoma, WA | February 2018 |
| American Academy of Forensic Sciences, Cross Training with Forensics, Havana, Cuba | May 2018 |
| New Jersey Homicide Investigations Seminar, Aquatic Deaths, Princeton, NJ | June 2018 |
| New Jersey Homicide Investigations Seminar, Media Relations, Princeton, NJ | June 2018 |
| New Jersey Homicide Investigations Seminar, Cold Case Homicides, Princeton, NJ | June 2018 |
| New Jersey Homicide Investigations Seminar, Seal Chris Kyle Homicide, Princeton, NJ | June 2018 |
| New Jersey Homicide Investigations Seminar, Leadership Training, Princeton, NJ | June 2018 |
| Providence Auction Speech, Celebrity Homicides, Hageman, Palm Springs, CA | April 2019 |
| Detectives School, Future Detectives, Boulder, CO | May 2019 |
| New Jersey Homicide Conference, Detectives, Princeton University, NJ | June 2019 |
| NW International Assoc. of Identification, Crime Scene Investigators, Portland, OR | Aug. 2019 |
| American Academy of Forensic Sciences, 73rd Annual Scientific Conference, Virtual Scientific Sessions | Feb. 2021 |
| Association of Crime Scene Reconstruction, Crime Scene Reconstruction, Tulsa, OK | Mar. 2021 |
| Virtual FBI National Academy Training, Rebuilding Communities | May 2021 |
| Virtual International association of Blood Pattern Analysts, Blood Pattern Conference, Greeley, CO | Sept. 2021 |
| Pacific NW Int'l Assoc. of Identification, Pacific NW Forensic Conference, Bend, OR | June 2022 |
| IABPA/BASF One-day Conference, Blood Patterns, United Kingdom | July 2022 |
| General Scientific and Legal, 3D Courtroom Laser Presentations by FARO, Zoom | Aug. 2022 |
| FBINA Graduates, Courtroom Testimony by FBI, Zoom. | Sept. 2022 |
| NY State Police Annual Homicide Investigations Conference, Pathology, Force Science, Homicide Investigations, Atlantic City, NJ. | Sept. 2022 |
| American Academy of Forensic Sciences, Forensic Lab Talk on Microscopy by Palenik, Web class. | Nov. 2022 |
| American Academy of Forensic Sciences, Ballistics Class on 3D Imaging, Web class. | Dec. 2022 |

| | |
|---|---|
| Investigators Nationwide, Advanced Homicide Investigations, Princeton, NJ. | June 2023 |
| Forensic Inv. Genetic Genealogy, Use of FIGG, Dr. Claire Glynn, Online Live. | Oct. 2023 |
| Arizona State Police, Officer-Involved Shootings, Phoenix, AZ. | Dec. 2023 |
| BYOC Capital Defense Training, Multiple Defense Attorneys/Experts, Boise, ID | Mar. 2024 |
| Blood Pattern Testimony, Craig C. Moore of Seemore Forensics, CA, Zoom | June 2024 |
| Blood Pattern Classification, Jeremiah Morris, Zoom | Aug. 2024 |
| Blood Pattern Classification & Testing, Jeff Gurvis, Zoom | Aug. 2024 |
| Lachlan Jones Case, 7,000 miles away, Inv. Karen Smith, U of FL, Zoom | Aug. 2024 |
| Blood Pattern Classification & Testing, Jeff Gurvis, Zoom | Aug. 2024 |
| Lachlan Jones Case, 7,000 miles away, Inv. Karen Smith, U of FL, Zoom | Aug. 2024 |

## EXPERIENCE – CHRONOLOGY

<u>DOWNEY POLICE DEPARTMENT</u>  -  Downey, California - August, 1963 to August, 1969

- Graduate, Los Angeles Police Academy, Uniform Patrolman
- Accident Investigation
- Promoted to Detective, assigned to Administrative Bureau
- Promoted to senior agent in charge of Vice and Narcotics Bureau
- Resigned September 1969 to join Multnomah County Sheriff's Office, Portland, Oregon

<u>MULTNOMAH COUNTY SHERIFF'S OFFICE</u>  -  Portland, Oregon - August, 1969 to Current

- Officer assigned to Narcotics Division                                                September 1969
- Promoted to Sergeant                                                                  September 1972
- Assigned as lead to Drug Enforcement Administration on temporary loan status
  from County; Field Commander with responsibility for 25 investigators.            October 1973
- Assigned to uniform patrol division as supervisor.                                    April 1974
- Reassigned to Detective Unit working Burglary, Morals, Robbery, and Homicide.         May 1974
- Assigned to manage the Training Unit.                                                 March 1980
- Assigned to administrative staff at Rocky Butte Jail on special assignment            March 1981
- Assigned as manager of the Scientific Investigation Unit.                             September 1981
- Assigned as Sergeant in Homicide, Robbery - Detective Bureau.                         1985
- Assigned to Bureau of Emergency Communications.                                       1988

- Promoted to Lieutenant, assigned as Commander of Safety Action Team working
  in Housing Authority Projects.                                                        1989
- Promoted to Captain, assigned as Commander of Community Policing,
  Court Services and Law Enforcement Records.                                          July 1994
- Promoted to Chief Deputy in charge of Operations Division.                           November 1994
- Retired.                                                                              June 1995
- Cold Case Homicide Detective Volunteer                                               Volunteer

**TRAINING RECORD**

Date    Special Training Schools

8/63    Los Angeles Police Academy

2/64    Use of Gas Weapons, Downey Police Department (DPD)

3/64    Practical Pistol Court, DPD

3/64    Drunk Driving Cases, DPD

3/64    Court Demeanor Testimony, DPD

6/64    Sex Crimes, DPD

10/6    Testimony and Court Room Demeanor, DPD

5/64    Emergency Driving School, DPD

11/64   Shotgun School, DPD

2/65    Safe Burglary and Lock Breaking, DPD

5/65    Baton Training, DPD

6/65    1965 Vehicle and Penal Code Changes, DPD

5/65    Narcotics Institute, California State College

4/66    Shotgun School, DPD

11/66   Narcotics Training School, Federal Bureau of Narcotics

11/66   Practical Pistol Course, DPD

12/66   Breath Tester, DPD

6/67    Crowds and Riot Control, DPD

10/67   Search and Seizure, DPD - District Attorney

10/67   Evidence, DPD - DA

10/67   Evidence, Privilege, DPD - DA

11/67   Changes in Law and Codes, DPD

11/67   Special Problems in Traffic Enforcement, DPD

1/68    Commercial Traffic Enforcement, California Highway Patrol

5/68    Fifth Vice Control Institute, Los Angeles State College

6/68    ARGUS Aerial Patrol Techniques, Los Angeles Sheriff's Office

12/68   First Aid, Downey Fire Department

9/69    Basic Recruit Academy, Multnomah County Sheriff's Office (MCSO)

5/70    Defensive Driving Course, MCSO

6/70    Current Legal Decisions Law Enforcement Seminar

4/71    Oregon Narcotics Enforcement Association Advanced Drug Seminar

4/71    Narcotics and Dangerous Drugs Enforcement

10/71   FBI Organized Crime School

8/72    San Francisco Fargo Intelligence School

12/72   Washington/Oregon Narcotics Conference

10/73   Pursuit Driving School

11/73   Fingerprinting School

12/73   Southern Police Institute - Police Confrontations, Louisville, Kentucky

1/74    Baton Weapon Training

9/74    Advanced Criminology Class, FBI

8/74    Senate Bill 80 Class

3/74    Washington Narcotics Officers' Conference

Date    Special Training Schools

6/74    Search Warrant School

11/74   Search and Seizure, Portland University

12/74   Oregon/Washington Narcotics Seminar, Vancouver, Washington

7/75    Communication - Interaction Conference, Camp Menucha

11/75   Pursuit Driving

11/75   Teargas Training

2/76    Homicide Investigation, Southern Police Institute, Louisville, Kentucky

5/77    Investigative Hypnosis Training, Monmouth, Oregon

10/77   Hypnosis Retraining Class, Corvallis, Oregon

2/78    Psychological Stress Evaluation Training, Roseburg, Oregon

8/79    Sergeants Tear Gas Training, MCSO

5/80    Creation of Stresses, FBI

9/80    Labor Relations Administration Training
        Management Seminar by City Attorney Chris Scoumperdous

10/80   Middle Management Training Course, Board on Police Standards & Training, Monmouth, OR (to 1/81)

1/81    Multnomah County Management Training Seminar (to 3/81)

3/81    Urban Crisis and Affirmative Action Seminar, Portland, Oregon

1/83    Psychosexual Crimes Seminar, Beaverton, Oregon

3/83    Advanced FBI Fingerprint Training School held in Hillsboro, Oregon

3/83    Forensic Odontology Training by Dr. Bill Alexander at University of Oregon Dental School

11/83   Training in Advanced Blood Spatter Interpretation Seminar Instruction in Corning, New York

5/84    Forensic Anthropology Training Class - MCSO

5/84    Serial Murder Seminar - MCSO

6/84    Sexual Perversion Class - MCSO

6/84    Marijuana Growing Investigations, Oregon/Washington Lawman's Association Conference, Kelso, Washington

6/84    Forensic Odontology Training Class by Dr. Bill Alexander - MCSO

7/84    Board on Police Standards and Training Seminar on Psychological Profiling, Monmouth, Oregon

9/84    Oregon/Washington Lawman's Association Seminar on Survival

10/84   Use of psychics in law enforcement presented by Multnomah County Sheriff's Office

12/84   Oregon/Washington Lawman's Association Seminar on Green River murders, Chehalis, WA

1/85    Serial Murder presentation training by Ann Rule and hosted by Multnomah Co. Sheriff's Office

3/85    Oregon/Washington Lawman's Association Seminar on Pornography and the Pedophile, Wilsonville, Oregon

3/85    Federal Bureau of Investigations training on Criminal Investigation in Lincoln City, Oregon

9/85    Oregon/Washington Lawman's Association Seminar on Obscenity, Wilsonville, Oregon

3/86    Oregon/Washington Lawman's Association Seminar on Family and Youth, Bend, Oregon

9/86    Oregon/Washington Lawman's Association Seminar on Cults and Mind Control, Wilsonville, Oregon

12/86   Oregon/Washington Lawman's Association Seminar on Rock Houses, Kelso, Washington

3/87    Oregon/Washington Lawman's Association Seminar on the Pedophile, Wilsonville, Oregon

6/87    Oregon/Washington Lawman's Association Seminar on Cults and Satanic Worship, Kelso, WA

9/87    Oregon/Washington Lawman's Association Seminar on Miami FBI shootings of April, 1986, Wilsonville, Oregon

12/87   Oregon/Washington Lawman's Association Seminar on the Claude Dalles investigation, Kelso, WA

| Date | Special Training Schools |
|------|--------------------------|
| 9/87 | Dignitary Protection Seminar hosted by Secret Service, Tigard, Oregon |
| 3/88 | Oregon/Washington Lawman's Association Seminar on New Age Law Enforcement, Wilsonville, OR |
| 6/88 | Oregon/Washington Lawman's Association Seminar on Dignitary Protection and Special Events, Tigard, Oregon |
| 6/88 | International VI-CAP Symposium by FBI, Quantico, Virginia |
| 9/88 | Oregon/Washington Lawman's Association Seminar on Miami FBI Shootings, Seattle, Washington |
| 11/88 | International Association of Blood Pattern Analysts Seminar on Advanced Blood Pattern Techniques Study, Denver, Colorado |
| 12/88 | Oregon/Washington Lawman's Association Seminar on Gangs, Tigard, Oregon |
| 10/89 | FBI National Academy, 159th Session, Quantico, Virginia |
| 3/90 | Corrections Cross Training, Training BPST |
| 11/90 | International Blood Pattern Analysis Training Course, Reno, Nevada |
| 3/91 | Community Policing Seminar, Portland, Oregon |
| 9/91 | Criminal Profiling by FBI Behavioral Science Unit, Seaside, Oregon |
| 10/91 | FBI Symposium on Violent Crime and Community Involvement, Quantico, Virginia |
| 11/91 | Administrative Course on "How to be the Best Boss," by Padgett Thompson Consultants, Portland, Oregon |
| 2/92 | Franklin Planner Training at BPST, Monmouth, Oregon |
| 2/92 | American Academy of Forensic Science Workshop and Lectures on Expert Witness Testimony in New Orleans, Louisiana |
| 3/92 | Hispanic cultural training sponsored by Portland State University. |
| 2/93 | American Academy of Forensic Science, Boston, MA |
| 8/93 | Sexual Harassment in the Workplace, Multnomah County Sponsored |
| 9/93 | Performance Based Budgeting, Multnomah County Fiscal Office |
| 9/93 | FBI National Academy Retraining, Serial Murders and Child Abductions, Medford, Oregon |
| 9/93 | Oregon/Washington Lawman's Assn. Training on Serial Murder and Profiling by FBI |
| 10/93 | 2nd Annual Crime Scene Reconstruction Seminar, Oklahoma City, OK |
| 2/94 | American Academy of Forensic Sciences, San Antonio, TX |
| 5/94 | Drugs in the Workplace, Milwaukie, OR, presented by M. Trinkle at the Human Resources Ctr. |
| 5/94 | Cross Cultural Teaching and Training, Russian Federation of Police, Moscow, Russia |
| 9/94 | Use of Technical Aids in Law Enforcement by Oregon/Washington Lawman's Assoc., Tigard, OR |
| 9/94 | FBI National Academy Re-Training, Coos Bay, Oregon |
| 10/94 | Sexual Harassment Training (Follow up to 8/93) |
| 2/95 | American Academy of Forensic Sciences, Seattle, Washington |
| 10/95 | International Blood Pattern Analysts/Crime Scene Reconstruction Conference, Oklahoma City, Oklahoma |
| 2/96 | American Academy of Forensic Sciences, Nashville, TN |
| 10/96 | Portland Chamber of Commerce Seminar on Drugs in the Workplace, Portland, OR |
| 11/96 | International Association of Blood Pattern Analysts/Crime Scene Reconstruction Conference, Albuquerque, New Mexico |
| 11/96 | Homicide Investigations - 1st 24 Hours, Lincoln City, Oregon |
| 11/96 | Medical Examiners ID Conference, Pensacola, Florida |
| 1/97 | Complex Litigation Strategies/Eyewitnesses, Los Angeles, California |
| 1/97 | American Society of Law Enforcement Trainers, "How to Get Published," Buffalo, NY |

Date    Special Training Schools

1/97    American Academy of Forensic Sciences Conference, New York

11/97   International Blood Pattern Analysts/Crime Scene Reconstruction Conference, Seattle, WA

11/97   Legal Medical Investigator's Annual Conference, Pensacola, Florida

1/98    American Academy of Forensic Sciences Conference, San Francisco, CA

11/98   Association of Crime Scene Reconstruction Annual Meeting, Oklahoma City, OK

2/99    American Academy of Forensic Sciences Conference, Orlando, FL

9/99    Association of Crime Scene Reconstruction Annual Meeting, Kansas City, KS

11/99   International Blood Pattern Analysts/Crime Scene Reconstruction Conference, Houston, TX

2/00    American Academy of Forensic Sciences Conference, Forensic Photo Sessions, Reno, NV

2/00    American Academy of Forensic Sciences Conference, Forensic Sessions, Reno, NV

3/00    Career Track, Power Point Training, Portland, OR

10/00   International Blood Pattern Analysts Conference, Tucson, AZ

10/00   Association of Crime Scene Reconstruction Annual Meeting, Atlanta, GA

02/01   American Academy of Forensic Sciences Conference, Forensics/Digital Photo Sessions, Seattle, WA

06/01   "Emerging Forensics," Nova University, Ft. Lauderdale, FL

10/01   International Blood Pattern Analysts Conference, Tucson, AZ

10/01   Association of Crime Scene Reconstruction Annual Meeting, Las Vegas, NV

2/02    American Academy of Forensic Sciences Conference, Forensics Sessions, Atlanta, GA

3/02    FBI Scientific Working Group Blood Stain (SWGSTAIN) Training  Development, Quantico, VA

9/02    International Academy of Forensic Sciences, International Conference, Montpellier, France

10/02   Association of Crime Scene Reconstruction Annual Meeting, Denver, CO

11/02   FBI Scientific Working Group Blood Stain (SWGSTAIN) Training  Development, Quantico, VA

2/03    American Academy of Forensic Sciences Conference, Forensic Sessions, Chicago, IL

3/03    FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, St. Louis

10/03   International Academy of Forensic Sciences, International Conference, Odessa, TX

10/03   Association of Crime Scene Reconstruction Annual Meeting, Oklahoma City, OK

11/03   FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Quantico, VA

2/04    American Academy of Forensic Sciences Conference, Forensic Sessions, Dallas, TX

3/04    FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Quantico, VA

2/05    Association of Crime Scene Reconstruction Annual Meeting, San Jose, CA

4/05    American Academy of Forensic Sciences, Medical Legal Investigators, 3 countries – South America

5/05    American Academy Judicial Education, Science and the Law, San Diego, CA

9/05    Oregon/Washington Lawman's Assn., Dahmer Case/Missing Children, Leavenworth WA

10/05   International Academy of Forensic Sciences Conference, Santa Barbara, CA

11/05   FBI Scientific Working Group Blood Stain (SWGSTAIN) Training Development, Stafford, VA

2/06    Association of Crime Scene Reconstruction Annual Meeting, Albuquerque, NM

2/08    American Academy of Forensic Sciences, Scientific Sessions/Workshop, Washington, DC

8/08    Illinois Coroners Association, Court Prep and Testimony, Fairview Heights, IL

10/08   Oregon/Washington Lawmen's Association, Medical Legal Homicide Investigation, Leavenworth, WA

11/08   Iowa Medical Examiners Association, Medical Legal Death Investigation, Des Moines, IA

2/09    Association of Crime Scene Reconstruction, Annual Training, Denver , CO

2/09    Vocal/Victims Group, Serial Murders/Sex Crimes, Montgomery, AL

2/10    Association of Crime Scene Reconstruction Annual Meeting, San Diego, CA

2/10    American Academy of Forensic Sciences, Various Disciplines Training, Seattle, WA

*Training*                        Page 12                        C.V. of Rod Englert

| Date | Special Training Schools |
|------|--------------------------|
| 4/10 | California Post-Detective Symposium, Newport Beach Homicide, San Diego, CA |
| 6/10 | Seak Expert Witness Conference, Expert Testimony, Chicago, IL |
| 7/10 | TrialExperts.com, Webinar Series, Success in the Courtroom |
| 10/10 | International Association of Blood Pattern Analysts Annual Conference, Atlantic City, NJ |
| 2/11 | Association of Crime Scene Reconstruction, Scene Reconstruction, Jacksonville, FL |
| 2/11 | ACSR-Lighting for Digital Photography, Photography Lighting Tips, Jacksonville, FL |
| 2/11 | American Academy of Forensic Sciences, Microscopy, Scientific Sessions, Chicago, IL |
| 4/11 | California Detective Training Symposium, Homicide Training, Universal City, CA |
| 5/11 | Oregon/Washington Lawman's Association, Officer Involved Shootings, Lincoln City, OR |
| 8/11 | Illinois Coroner's Death Inv. Conference, 9-1-1 Homicide Calls, Collingsville, IL |
| 8/11 | LSU Inv. For ID Educational Conference, Homicides/Media/Bite Marks, New Orleans, LA |
| 9/11 | International Association of Forensic Sciences, Global Forensics, Madeira Island, Portugal |
| 12/11 | Oregon District Attorney's Association, Media/Brady Issues/Legislation, Lincoln City, OR |
| 2/12 | Oregon Law Institute, Attacking Experts Opinion at Trial, Portland, OR |
| 2/12 | Association of Crime Scene Reconstruction, Reconstruction Classes, Monterey, CA |
| 2/12 | American Academy of Forensic Sciences, Forensic Classes, Atlanta, GA |
| 4/12 | LAPD Detective Symposium, Homicide Cases, Los Angeles, CA |
| 2/13 | Association of Crime Scene Reconstruction, Scenes, Laser Work, General, Atlanta, GA |
| 2/13 | American Academy of Forensic Sciences, Death Investigations, Washington, DC |
| 2/13 | National Criminal Defense Lawyers Association, Forensics by 9 AAFS Speakers, Washington, DC |
| 6/13 | New Jersey Advanced Homicide Investigation, Princeton Univ., NJ |
| 2/14 | Association of Crime Scene Reconstruction, Reconstructing Crime Scenes, Houston, TX |
| 2/14 | American Academy of Forensic Sciences, General Sciences, Seattle, WA |
| 2/14 | American Academy of Forensic Sciences, Bias in Forensic, Seattle, WA |
| 2/15 | Association of Crime Scene Reconstruction: Reconstruction; Shooting Incident Investigation; Using Infrared to Examine Evidence, Oklahoma City, OR |
| 11/16 | Force Science Institute, Use of Force/Officer-Involved Shootings, Hillsboro, OR |
| 2/17 | Association of Crime Scene Reconstruction, Scene Reconstruction, Bullet Trajectory/ABN Surfaces, Bullet Trajectory w/o Rods, Blackhawk, CO |
| 6/17 | Pacific NW International Association of Identification, Ballistics/Various Disciplines, Bend, OR |
| 6/17 | New Jersey State Police, Aquatic Deaths, Princeton, NJ |
| 2/18 | American Academy of Forensic Sciences, Science Matters Workshop, Seattle, WA |
| 2/18 | American Academy of Forensic Sciences, Scientific Presentations, Seattle, WA |
| 2/18 | Association of Crime Scene Reconstruction, Crime Scene Presentations, Tacoma, WA |
| 2/18 | Association of Crime Scene Reconstruction, Bullet Trajectories in Objects, Tacoma, WA |
| 2/18 | Association of Crime Scene Reconstruction, Bullet Defects in Cloth, Tacoma, WA |
| 5/18 | American Academy of Forensic Sciences, Cross Training with Forensics, Havana, Cuba |
| 6/18 | New Jersey Homicide Investigations Seminar, Aquatic Deaths, Princeton, NJ |
| 6/18 | New Jersey Homicide Investigations Seminar, Media Relations, Princeton, NJ |
| 6/18 | New Jersey Homicide Investigations Seminar, Cold Case Homicides, Princeton, NJ |
| 6/18 | New Jersey Homicide Investigations Seminar, Seal Chris Kyle Homicide, Princeton, NJ |
| 6/18 | New Jersey Homicide Investigations Seminar, Leadership Training, Princeton, NJ |
| 4/19 | Providence Auction Speech, Celebrity Homicides, Hageman, Palm Springs, CA |
| 5/19 | Detectives School, Future Detectives, Boulder, CO |
| 6/19 | New Jersey Homicide Conference, Detectives, Princeton University, NJ |

| Date | Special Training Schools |
|---|---|
| 8/19 | NW International Assoc. of Identification, Crime Scene Investigators, Portland, OR |
| 2/21 | American Academy of Forensic Sciences, 73rd Annual Scientific Conference, Virtual Scientific Sessions |
| 3/21 | Association of Crime Scene Reconstruction, Crime Scene Reconstruction, Tulsa, OK |
| 5/21 | Virtual FBI National Academy Training, Rebuilding Communities |
| 9/21 | Virtual International Association of Blood Pattern Analysts, Blood Pattern Conference, Greeley, CO |
| 6/22 | Pacific NW Int'l Assoc. of Identification, Pacific NW Forensic Conference, Bend, OR |
| 7/22 | IABPA/BASF One-Day Conference, Blood Patterns, United Kingdom |
| 8/22 | General Scientific and Legal, 3D Courtroom Laser Presentations by FARO, Zoom |
| 9/22 | FBINA Graduates, Courtroom Testimony by FBI, Zoom |
| 9/22 | NY State Police Annual Homicide Inv. Conf., Pathology, Force Science, Homicide Investigations, Atlantic City, NJ |
| 11/22 | American Academy of Forensic Sciences, Forensic Lab Talk on Microscopy by Palenik, Web Class |
| 12/22 | American Academy of Forensic Sciences, Ballistics Class on 3D Imaging, Web Class |
| 6/23 | Investigators Nationwide, Advanced Homicide Investigations, Princeton, NJ |
| 10/23 | Forensic Inv. Genetic Genealogy – Use of FIGG, Dr. Claire Glynn, Online Live |
| 12/23 | Arizona State Police, Officer-Involved Shootings, Phoenix, AZ |
| 3/24 | BYOC Capital Defense Training, Multiple Defense Attorneys/Experts, Boise, ID |
| 6/24 | Zoom Conference, Blood Pattern Testimony, Craig C. Moore of Seemore Forensics, CA |
| 6/24 | Zoom Conference, Blood Pattern Classification, Jeremiah Morris |
| 8/24 | Zoom Conference, Blood Pattern Classification & Testing, Jeff Gurvis |
| 8/24 | Zoom Conference, Lachlan Jones Case, 7,000 miles away, Inv. Karen Smith, Univ. of Florida. |

## PUBLICATIONS AUTHORED

1986    "Homicide, Suicide or Accidents?" Blood Spatter Interpretation Article Published in December Issue Practical Prosecutor, National College of District Attorneys.

1987    "High Velocity Impact Spatter", coauthored paper with Dr. Larry Lewman, State Medical Examiner

1987    "Blood Spatter Interpretation, Homicide, Suicide or Accidents?" Reprinted article in Florida Prosecutors Publication

1988    "Law Enforcement Training Network (LETN)", training tape on crime scene reconstruction.

1990    Safety Action Team, Article on Community Policing published October, 1990 in FBI Law Enforcement Bulletin.

2006    Chapter on luminol for Richard Walton, Ed. D., "Cold Case Homicides: Practical Investigative Techniques", CRC Press, April 2006.

2010    Author of *Blood Secrets: Chronicles of a Crime Scene Reconstructionist* (Thomas Dunne Books/St. Martin's Press, 2010).

2012    Englert, R. (2012), Review of: *Practical Digital Imaging—Applications and Techniques*. Journal of Forensic Sciences, 57: 849. doi: 10.1111/j.1556-4029.2012.02061.x

2014    Chapter for Richard Walton, Ed.D.'s, "Cold Case Homicides:  Practical Investigative Techniques," CRC Press, 2014.  Note:  This is an update to a procedural manual from Walton's previous book noted above.

## PAPERS PRESENTED

1994    "Computer Animation in Criminal Trials," at American Academy of Forensic Science conference, San Antonio, TX.

1995    "Back to High School; Using Students in Criminal Experiments," at American Academy of Forensic Science conference, Seattle, WA.

1996    "Green Thread Mystery - A Criminal Case Without a Body," at American Academy of Forensic Science conference, Nashville, TN.

1998    "Case Study - The Use of Luminol and DNA Together," at American Academy of Forensic Science conference, San Antonio, TX.

1999    "Case Study - Akron Ohio," on retrieving bloodied fingerprints from cloth to Association of Crime Scene Reconstruction.

2000    "How We Can Tell What Isn't So," on crime scene reconstruction to Odontology Section at American Academy of Forensic Science conference in Reno, NV.

2001    "Lethal Domestic Violence – Remembering Nicole Simpson," at American Academy of Forensic Science conference Seattle in cooperation with Dayle Hinman.

2004    "The Stray Bullet: Does History Have it Correct?" American Academy of Forensic Sciences, Last Word Society, Dallas, TX.

2004    "Nicole Brown Simpson: From Threat Assessment to Lethal Domestic Violence," to American Academy of Forensic Sciences in Dallas, TX.

2010    "Women As Killers:  Are We Missing Something?" presentation, American Academy of Forensic Sciences, Seattle, WA (1-hour).

## LECTURES

1. 1967 - 1969  Narcotics Lecturer, Downey Police Department, California
2. 1970  Narcotics and Family Lecture Series of Dental Society, Portland, Oregon
3. 2/72  Narcotics Seminar, Seaside, Oregon
4. 5/74  Oregon Narcotics Seminar, Seaside, Oregon
5. 9/74  Washington/Oregon Narcotics Conference, Ocean Shores, Washington
6. 8/75  Board of Police Standards and Training (BPST) Police Academy, Narcotics Training
7. 11/75  Clatsop Community College Narcotics Seminar, Astoria, Oregon
8. 11/75  Narcotics Seminar, Spokane Dental Society, Spokane, Washington
9. 11/75  BPST Narcotics Seminar, Baker, Oregon
10. 12/76  BPST Homicide Seminar, Marion County, Salem, Oregon
11. 1/77  BPST Homicide Seminar, Florence, Oregon
12. 2/77  Southern Police Institute Homicide Seminar, Louisville, Kentucky
13. 4/77  Search and Seizure, Lewiston College, Lewiston, Idaho
14. 4/77  BPST Homicide Seminar, Baker, Oregon
15. 4/77  BPST Homicide Seminar, Eugene, Oregon
16. 5/77  Valencia Junior College Homicide Seminar, Orlando, Florida
17. 6/77  BPST Homicide Seminar, Seaside, Oregon
18. 6/77  Texas BPST Homicide Seminar, San Angelo, Texas
19. 9/77  BPST Homicide Seminar, Hood River, Oregon
20. 10/77  BPST Homicide Seminar, Newport, Oregon
21. 11/77  BPST Homicide Seminar, Bend, Oregon
22. 12/77  BPST Homicide Seminar, Coos Bay, Oregon
23. 1/78  Southern Police Institute Homicide Seminar, Louisville, Kentucky
24. 2/78  BPST Homicide Seminar, Newberg, Oregon
25. 4/78  Narcotics and Family, American Dental Society, Kalispell, Montana
26. 6/78  BPST Homicide and Blood Spatter Seminar, Klamath Falls, Oregon
27. 9/78  Narcotics and Family, American Dental Society, Great Falls, Montana
28. 9/78  Oregon Liquor Control Commission Investigation Seminar, Portland, Oregon
29. 10/78  Greenville Technical College Homicide Seminar, Greenville, South Carolina
30. 11/78  BPST Blood Spatter Interpretation School, Albany, Oregon
31. 12/78  Valencia Junior College Homicide Seminar, Orlando, Florida
32. 1/79  Southern Police Institute (SPI) Homicide Blood Spatter and Hypnosis Training, Louisville, KY
33. 1/79  Blood Spatter Interpretation Training for Oregon State Crime Lab Personnel
34. 2/79  Multnomah County Sheriff's Office Reserve Academy, Training in Investigative Techniques
35. 2/79  BPST Homicide and Blood Spatter Interpretation Seminar, Sweet Home, Oregon
36. 3/79  BPST Homicide and Blood Spatter Interpretation Seminar, Burns, Oregon
37. 4/79  BPST Homicide and Blood Spatter Interpretation Seminar, Pendleton, Oregon
38. 4/79  Portland State University Deviancy Class, Portland, Oregon
39. 4/79  Oregon/Washington Judges' Conference, Vancouver, Washington
40. 5/79  Texas BPST Homicide, Blood Spatter, Hypnosis Training, San Angelo, Texas
41. 5/79  BPST Advanced Narcotics School, Monmouth, Oregon
42. 6/79  Southwestern Legal Foundation Homicide Management Seminar, Dallas, Texas
43. 8/79  In-Service Training through MCSO Homicide Detectives, Portland, Oregon
44. 9/79  Utah BPST Homicide, Blood Spatter, Hypnosis Training, Ogden, Utah
45. 10/79  State Medical Examiners' and District Attorneys' Conference, Eugene, Oregon
46. 11/79  Greenville Technical College Homicide, Blood Spatter, Hypnosis Training, Greenville, S. Carolina
47. 12/79  Idaho Medical Examiners' Conference, Boise, Idaho
48. 1/80  SPI Homicide, Blood Spatter, Hypnosis Training, Louisville, Kentucky
49. 2/80  BPST Homicide, Blood Spatter, Hypnosis Training, Ashland, Oregon
50. 3/80  Valencia Junior College Homicide Seminar, Orlando, Florida
51. 6/80  SPI Homicide Seminar, Louisville, Kentucky

52. 6/80 Southwestern Legal Foundation Homicide Management Seminar, Dallas, Texas
53. 9/80 Emergency Personnel Training, Eugene, Oregon
54. 9/80 Homicide Advanced Training Seminar, Board on Police Standards and Training
55. 10/80 Greenville Technical College, Homicide Training Seminar, Greenville, S.C.
56. 12/80 University of Oregon Medical School, Narcotics Lecture
57. 12/80 Basic Recruit Training on Homicide, Monmouth, Oregon
58. 1/81 Homicide Advanced Training Course, Monmouth, Oregon
59. 1/81 SPI Homicide Training, Louisville, Kentucky
60. 2/81 Good Samaritan Hospital Emergency Room Procedures and Violent Crimes Training
61. 2/81 Advanced Homicide Seminar, Lake Tahoe, Nevada
62. 2/81 Homicide Training Seminar, Coos Bay, Oregon
63. 3/81 Advanced Officers Training Class, Monmouth, Oregon
64. 3/81 Multnomah County Homicide Training Seminar
65. 4/81 Valencia College, Orlando, Florida, Homicide Training in Unresolved Crimes
66. 5/81 Law Day, Portland, Oregon through Lewis and Clark Law School
67. 5/81 National Emergency Room Personnel on Violent Crimes, Marriott, Portland, Oregon
68. 5/81 Salem Police Department Homicide Training Seminar
69. 6/81 Emergency Room Nurses and Physicians Training Seminar on Violent Crimes, Salishan, Oregon
70. 6/81 SPI Homicide Training, Louisville, Kentucky
71. 7/81 Emergency Room Nurses Training on Violent Crimes, Good Samaritan Hospital, Portland, Oregon
72. 7/81 Board on Police Standards Advanced Training on Forensic Hypnosis, Riverside West, Portland, Oregon
73. 7/81 BPST Sponsored Homicide Seminar, Klamath Falls, Oregon
74. 8/81 BPST Sponsored Homicide Training Seminar, Chemeketa College, Salem, Oregon
75. 8/81 Homicide Training Seminar to Oregon State Police Detectives, Camp Withycombe
76. 9/81 Emergency Room Nurses Training on Violent Crimes, Providence Hospital
77. 9/81 Forensic Hypnosis Training to Oregon Fire Investigators, Holiday Inn, Wilsonville, Oregon
78. 10/81 National Policewomen's Conference, Forensic Hypnosis, Red Lion Jantzen Beach
79. 11/81 BPST Sponsored Homicide Seminar, Umpqua College, Roseburg, Oregon
80. 11/81 BPST Advanced Officers Seminar - Homicide Training
81. 12/81 SPI Homicide Training, Orlando, Florida
82. 1/82 SPI Homicide Training Seminar, Louisville, Kentucky
83. 1/82 BPST Advanced Officers Training Class - Homicide
84. 3/82 Tacoma General Hospital, Emergency Room Physicians and Nurses, Forensics Medicine and Violent Crimes, Tacoma, Washington
85. 3/82 Basic Recruit Class at Multnomah County Sheriff's Office, Homicide Investigations
86. 3/82 University of Oregon Dental School, Narcotics to Families and Youth
87. 4/82 Unresolved Crimes Seminar, Valencia College, Orlando, Florida
88. 5/82 Hypnosis Training Seminar, only for Forensics Hypnotists, Greenwood Inn, Portland, Oregon
89. 6/82 SPI Homicide Seminar, Louisville, Kentucky
90. 8/82 North Dakota Peace Officers Association, Homicide and Blood Spatter Interpretation, Jamestown, North Dakota
91. 9/82 Legal Secretaries Association, Forensics Hypnosis, Jade West Restaurant, Portland, Oregon
92. 10/82 Homicide Investigation Seminar with Dr. Larry Lewman, Spokane, Washington
93. 11/82 Greenville Technical College, Homicide Training Seminar, Greenville, South Carolina
94. 12/82 SPI Scientific Investigation Training Seminar, Louisville, Kentucky
95. 12/82 Tri-County Information Sharing Meeting, Scientific Investigation, Multnomah County
96. 1/83 Sex Crimes Training Seminar, to Homicide and Sex Crimes Investigators, Honolulu, Hawaii
97. 1/83 SPI Homicide Training Seminar, Louisville, Kentucky
98. 2/83 Washington Homicide Training Seminar with Dr. Lewman, Seattle, Washington
99. 3/83 BPST Advanced Officers Class, Homicide Training
100. 3/83 SPI Homicide Training Seminar, Coordinator of entire seminar, Orlando, Florida
101. 5/83 Law Day, Lewis and Clark College, Three Workshops to Portland Area Students

102.  5/83    Homicide Training Seminar, Unresolved Crimes, Valencia College, Orlando, FL
103.  6/83    BPST, Advanced Officers Class, Monmouth, Oregon
104.  6/83    SPI Homicide Training Seminar, Louisville, Kentucky
105.  6/83    Homicide Training Seminar, Homicide Detectives, Miami Beach, Florida
106.  6/83    SPI Homicide Training Seminar, Naples, Florida
107.  9/83    Coordinated Oregon/Washington Lawman's Association Conference featuring Lee Brown, Houston, Texas Chief of Police, speaking on the Atlanta murders
108.  9/83    BPST Advanced Training Seminar, Monmouth, Oregon
109.  9/83    SPI Homicide Training Seminar, Raleigh, North Carolina to North Carolina State Investigators
110.  9/83    Greenville Technical College Homicide Training Seminar, Greenville, SC
111.  9/83    Emergency Room Physicians and Nurses, Violent Crimes, Inn at the Seventh Mountain, Bend, OR
112.  10/83   Arizona Homicide Investigators Association Seminar, Tucson, Arizona
113.  11/83   Advanced Detective School Sponsored by BPST, Taught Advanced Homicide Techniques, Monmouth, Oregon
114.  11/83   Advanced Blood Spatter Interpretation School, Corning, NY
115.  12/83   SPI Scientific Investigation Seminar, Louisville, Kentucky
116.  1/84    Blood Spatter Interpretation and Unresolved Crimes to Oregon/Washington Homicide Investigators; Multnomah County Sheriff's Office
117.  2/84    MCSO Moderator of Panel of Experts in Homicide Investigation
118.  3/84    Unsolved Crimes Seminar; Chicago, Illinois
119.  3/84    Arizona Homicide Investigators Association in Blood Spatter
120.  3/84    Unsolved Crimes and Blood Spatter Interpretation; North Dakota Attorney General's Office
121.  3/84    Board on Police Standards and Training, Advanced Investigator's School
122.  4/84    Georgia Bureau of Investigation, Taught Homicide Investigation Seminar, Atlanta, Georgia
123.  4/84    Homicide Investigation; Oklahoma City Police Department, Technical Investigator's School
124.  4/84    Homicide Investigation with Dr. Larry Lewman, Moscow, Idaho
125.  4/84    Board on Police Standards and Training; Advanced Homicide Investigators Seminar
126.  4/84    Georgia Bureau of Investigation Homicide Class; Atlanta, Georgia
127.  5/84    Coordinated Homicide Investigation Seminar, Southern Police Institute, Orlando, Florida
128.  5/84    Blood Spatter Interpretation Class; Portland Community College, Newberg, Oregon
129.  6/84    Unresolved Crimes Seminar; Northwest Regional Training, Chicago, Illinois
130.  6/84    Homicide Investigation Class; Southern Police Institute, Louisville, Kentucky
131.  6/84    Blood Spatter; Arizona Homicide Investigators Association, Tucson, Arizona
132.  7/84    Homicide Investigation Course; Georgia Bureau of Investigation, Atlanta, Georgia
133.  8/84    Advanced Homicide Investigation; Board on Police Standards and Training
134.  9/84    Serial Murder presentation to Portland Legal Secretary's Association
135.  9/84    Homicide Investigation Course; Greenville Technical College, Greenville, SC
136.  9/84    Homicide Investigation Course; Omaha, Nebraska Police Department
137.  10/84   Homicide Investigation Course; Georgia Bureau of Investigation, Atlanta, Georgia
138.  10/84   Second Opinion Service presentation to Washington State Sheriff's and Chief's Association
139.  10/84   Second Opinion Service presentation to Oregon Sheriff's and Chief's Association
140.  10/84   Homicide Investigation Course; Las Vegas, Nevada Police Department employees
141.  11/84   Unsolved Crimes Investigation Course; Valencia College, Orlando, FL
142.  12/84   Unsolved Crimes Course; Lake County College, Chicago, Illinois
143.  12/84   Contemporary Scientific Investigation Course; Southern Police Institute, (SPI) Louisville, Kentucky
144.  1/85    Homicide Investigation Course for SPI, Louisville, Kentucky
145.  1/85    Advanced Homicide Investigation Course for Board on Police Standards and Training
146.  2/85    Homicide Investigation Course; Miami and Ft. Lauderdale homicide investigators, Ft. Lauderdale, Florida
147.  2/85    Advanced Homicide Investigation Course; Omaha, Nebraska Police Department
148.  2/85    Criminal Investigation Class; Clackamas County Community College
149.  2/85    Unresolved Homicides; Multnomah County Sheriff's Office and area agencies

150. 3/85    Criminal Investigation Class at Portland Community College
151. 3/85    Homicide Investigation; International Homicide Seminar on Unresolved Cases, Columbus, Ohio
152. 3/85    Contemporary Scientific Investigation Course; SPI in Ft. Lauderdale, FL
153. 4/85    Blood Spatter Interpretation for pathologist and police officers, Seattle, Washington
154. 4/85    Unresolved Crimes; Douglas County Sheriff's Office, Lake Tahoe, NV
155. 4/85    Drug Class; Newberg High School Chemical Awareness Day, Newberg, Oregon
156. 5/85    Criminal Investigation Class; Portland Community College on unresolved crimes
157. 5/85    Homicide Investigation Course; SPI, Orlando, Florida
158. 5/85    Homicide Investigation Course; Portland State University Law Day sponsored by Lewis & Clark College Law School, Portland, Oregon
159. 6/85    Homicide Investigation Course, SPI, Louisville, Kentucky
160. 6/85    Homicide Investigation Course; Utah homicide investigators, Salt Lake City, Utah
161. 6/85    Homicide Investigation Course; SPI, Louisville, Kentucky
162. 7/85    Advanced Homicide Course; Board on Police Standards and Training, Monmouth, OR
163. 11/85    Violent crime; National College of District Attorneys Conference, "Prosecution of Violent Crimes," San Francisco, California
164. 12/85    Homicide class; Multnomah County Sheriff's Office Reserve Academy
165. 1/86    Homicide seminar; SPI, Louisville, Kentucky
166. 2/86    Homicide seminar,; SPI, Fort Lauderdale, Florida
167. 2/86    Solving unresolved crimes; Valencia College, Orlando, FL
168. 3/86    Homicide class, homicide seminar; SPI, Boulder, Colorado
169. 3/86    Blood spatter investigative techniques; International Homicide Investigation Seminar, Columbus, Ohio
170. 3/86    Scientific investigation techniques, Contemporary Scientific Investigation class; Southern Police Institute, Fort Lauderdale, Florida
171. 4/86    Homicide class, homicide seminar; SPI, Orlando, FL
172. 4/86    Blood spatter investigation course; National College of District Attorneys, Denver, CO
173. 4/86    Three day blood spatter investigative course; Alaska Chiefs of Police Association, Anchorage, AK
174. 4/86    Homicide class to Portland area students, Portland State University Law Day sponsored by Lewis & Clark College Law School, Portland, Oregon
175. 5/86    Blood spatter investigation, Washington State District Attorneys Assn., Yakima, WA
176. 6/86    Resolved crimes seminar, Washington State Law Enforcement Association, Inc., Wenatchee, Washington
177. 6/86    Homicide investigation seminar, Southern Police Institute (SPI), Louisville, KY
178. 6/86    Blood spatter investigation, National College of District Attorneys career prosecutors course, Houston, Texas
179. 8/86    Blood spatter for National Law Enforcement Institute, Philadelphia, PA
180. 9/86    Course on solving unresolved homicides, Guinette County Police Dept., Atlanta, GA
181. 9/86    Blood spatter course at Downey Police Department, Los Angeles, CA
182. 10/86    Emergency room procedures on homicide victims; emergency room physicians and nurses, Ashland, Oregon
183. 10/86    Unresolved crimes in blood spatter interpretation; Oklahoma City, OK
184. 10/86    Unresolved homicide investigations and blood spatter interpretation; Washington State Law Enforcement Association, Tacoma, Washington
185. 11/86    Advanced homicide investigation, Board on Police Standards and Training, Monmouth, OR
186. 1/87    Blood spatter in unresolved crimes; Virginia Training Commission and Homicide Investigators, Lynchburg, Virginia
187. 1/87    Homicide Investigation; SPI, Louisville, KY
188. 2/87    Homicide investigators; SPI, Fort Lauderdale, Florida
189. 2/87    Blood spatter interpretation in homicide investigation; Multnomah County Reserve Officers
190. 3/87    Blood Spatter Interpretation; California Homicide and Robbery Investigator's Association, San Jose, California

191. 3/87    Solving unresolved murders; to homicide investigators in cooperation with SPI, Fort Lauderdale, Florida
192. 3/87    Homicide investigators, International Homicide Investigator's Association, Columbus, Ohio
193. 4/87    Blood spatter interpretation to National College of District Attorney's Seminar, Colorado Springs, Colorado
194. 4/87    Homicide investigators; in cooperation with SPI, Honolulu, Hawaii
195. 5/87    Homicide investigation lecture to students in metropolitan area; Law Day at Portland State University, Portland, Oregon
196. 5/87    Unresolved crimes; Valencia College, Orlando, Florida
197. 5/87    Blood spatter interpretation and homicide investigation; homicide investigators in cooperation with Southern Police Institute, Boulder, Colorado
198. 5/87    Homicide investigation; Portland Legal Secretary's Association
199. 6/87    Blood spatter interpretation; homicide investigators, Washington State Criminal Justice Training Commission
200. 6/87    Homicide investigators for SPI, University of Louisville, Louisville, Kentucky
201. 7/87    Blood Spatter and Fingerprinting; Northwest Forensics Society, Portland, Oregon
202. 8/87    Homicide Investigation lecture to Newport City and Lincoln County Officers, Newport, Oregon
203. 8/87    International Homicide Investigators Seminar lecture, Scottsdale, Arizona
204. 9/87    Arizona Homicide Investigators Advanced and Basic Blood Seminar, Phoenix, Arizona
205. 11/87    Blood Spatter; National College of District Attorneys, San Francisco, California
206. 11/87    Homicide Investigator's Seminar for SPI, Hilo, Hawaii
207. 12/87    SPI, Unresolved Crimes Seminar, Louisville, Kentucky
208. 1/88    Homicide Investigation Seminar for Illinois Regional Law Enforcement, Galesburg, Illinois
209. 1/88    Homicide Investigation Seminar for SPI, Louisville, Kentucky
210. 1/88    Homicide Investigation Seminar Lecture for Coos Bay Police Department, Coos Bay, Oregon
211. 2/88    Homicide Investigator's Seminar; Toronto, Canada
212. 2/88    Homicide Investigation Seminar by SPI, Fort Lauderdale, Florida
213. 2/88    Homicide Investigation; Multnomah County Sheriff's Office Reserve Academy
214. 2/88    Homicide Investigation; North Dakota Attorney General's Office
215. 3/88    Unresolved Homicide Investigation Seminar by SPI, Fort Lauderdale, Florida
216. 3/88    International Homicide Investigator's Seminar Lecture, Columbus, Ohio
217. 4/88    Crime Scene Investigation Seminar; Oklahoma City, Oklahoma
218. 5/88    International Homicide Investigator's Seminar Lecture, Scottsdale, Arizona
219. 5/88    State of Utah Homicide Investigation Seminar, Ogden, Utah
220. 5/88    Unresolved Homicide Investigation by Valencia College, Orlando, Florida
221. 6/88    Harvard Associates in Police Science Lecture to Homicide Investigators and Medical Examiners, Miami, Florida
222. 6/88    SPI Homicide Investigations Seminar Lecture, Louisville, Kentucky
223. 7/88    Professional Association of Legal Secretaries Seminar, Lecture on Forensics Evidence to National Conference, Salt Lake City, Utah
224. 9/88    "Street Wise", Lecture at Portland Hilton Hotel, sponsored by Lifeworks, Woodland Park Hospital, Ruses Youth by Serial Rapists and Murderers, Portland, Oregon
225. 9/88    International Homicide Investigator Seminar, Columbus, Ohio
226. 9/88    International Association of Women Police Officers Conference, Unresolved Homicides, Atlanta, Georgia
227. 11/88    International Association of Blood Pattern Analyst Conference, lecture on Advanced Blood Spatter Technique, Denver, Colorado
228. 12/88    Collier County Sheriff's Office, homicide investigation lecture, Naples, Florida
229. 1/89    SPI Homicide Investigator Seminar Lecture, Louisville, KY
230. 2/89    Unresolved Homicide Seminar Lecture, sponsored by SPI, Fort Lauderdale, Florida
231. 2/89    Homicide Investigation Seminar, sponsored by SPI, Greensboro, North Carolina
232. 2/89    Blood Spatter; National College of District Attorney Conference, Reno, Nevada
233. 3/89    Homicide Investigators Training; all investigators in State of Kentucky, sponsored by SPI, Frankfort, Kentucky

| 234. | 3/89 | Investigators from State of Kentucky, Frankfort, Kentucky |
| 235. | 3/89 | Florida Homicide Investigation Seminar, sponsored by Southern Police Institute, Fort Lauderdale, Florida |
| 236. | 3/89 | Multnomah County Sheriff's Reserves Training in Homicide Investigation, Portland, Oregon |
| 237. | 4/89 | Workshop in Blood Spatter and Homicide Investigation, Greenville Technical College, Greenville, South Carolina |
| 238. | 5/89 | Law Day lecture to Portland area students at Portland State University on Homicide Investigation, sponsored by Lewis & Clark College, Portland, Oregon |
| 239. | 5/89 | Oklahoma City Homicide Investigation, sponsored by SPI |
| 240. | 5/89 | Arizona Homicide Investigators Association Basic and Advanced Workshop on Blood Spatter Interpretation, Phoenix, Arizona |
| 241. | 6/89 | Homicide Investigation Seminar, SPI, Louisville, Kentucky |
| 242. | 6/89 | Taught Blood Spatter Course to Metropolitan Public Defenders Office, Portland, Oregon |
| 243. | 8/89 | Valencia College, Unresolved Homicide Investigation Seminar and Workshop, Orlando, Florida |
| 244. | 9/89 | Homicide Investigation Seminar sponsored by SPI in Naples, Florida |
| 245. | 12/89 | Crime scene reconstruction  to National College of District Attorneys, Seminar on Prosecuting Violent Crime, Ft. Lauderdale, Florida |
| 246. | 1/90 | SPI; Homicide Investigation, Louisville, KY |
| 247. | 2/90 | National College of District Attorneys, Homicide Crime Scenes, New Orleans, Louisiana |
| 248. | 3/90 | MCSO Reserve Academy |
| 249. | 3/90 | National College of District Attorneys, Homicide Blood Spatter, Kauai, Hawaii |
| 250. | 3/90 | Southern Police Institute Homicide Seminar, Ft. Lauderdale, Florida |
| 251. | 4/90 | National College of District Attorneys, Homicide Blood Spatter, Chicago, Illinois |
| 252. | 5/90 | Southern Police Institute Homicide Seminar, Boulder, Colorado |
| 253. | 5/90 | Southern Police Institute Unresolved Crimes Seminar, Oklahoma City, Oklahoma |
| 254. | 6/90 | Southern Police Institute Homicide Seminar, Louisville, Kentucky |
| 255. | 8/90 | National College of District Attorneys Blood Spatter, Omaha, Nebraska |
| 256. | 9/90 | Valencia College Unresolved Crimes, Orlando, Florida |
| 257. | 9/90 | Delaware State Police and Prosecutors, Blood Spatter, Dover, Delaware |
| 258. | 9/90 | Southern Police Institute Homicide Seminar, Greensboro, North Carolina |
| 259. | 10/90 | Southern Police Institute Homicide Seminar, Tallahassee, Florida |
| 260. | 10/90 | Arizona State Homicide Inv. Assoc., Blood Stain Seminar, Phoenix, Arizona |
| 261. | 11/90 | Southern Police Institute Homicide Seminar, Boise, Idaho |
| 262. | 12/90 | National College of District Attorneys, Blood Spatter, San Diego, California |
| 263. | 12/90 | State of Illinois Regional Training Homicide Seminar, Mattoon, Illinois |
| 264. | 1/91 | Southern Police Institute, Homicide Inv. Seminar, Louisville, Kentucky |
| 265. | 2/91 | Blood Spatter; National College of District Attorneys, Orlando, Florida |
| 266. | 3/91 | Community Policing; Southern Police Institute, Crime Prevention Institute, Louisville, Kentucky |
| 267. | 4/91 | FBI Academy, Future Community Policing Seminar by FBI/Michigan State, Quantico, Virginia |
| 268. | 4/91 | Southern Police Institute Homicide Seminar, Ft. Lauderdale, FL |
| 269. | 4/91 | Community Policing; National Juvenile Justice Coalition, Washington, D.C. |
| 270. | 4/91 | Blood Spatter; Regional Organized Crime Conference, Nashville, TN |
| 271. | 5/91 | Homicide Investigation; Portland State University Law Day sponsored by Lewis & Clark College Law School, Portland, Oregon |
| 272. | 5/91 | Homicide; Southern Police Institute, Oklahoma City, OK |
| 273. | 5/91 | Homicide; Southern Police Institute, Boulder, Colorado |
| 274. | 6/91 | Blood Spatter;  PVN-TV, Pontiac, MI |
| 275. | 6/91 | Homicide; Southern Police Institute, Louisville, KY |
| 276. | 6/91 | National College of District Attorneys, Houston, TX, Career Prosecutors Course, Awarded Lecturer of Merit |
| 277. | 8/91 | International Homicide Investigators Seminar in Columbus, OH |
| 278. | 9/91 | DeKalb County Coroner's Lecture, Coroner's Conference, Illinois |
| 279. | 9/91 | Homicide; Southern Police Institute, Greensboro, NC |

| | | |
|---|---|---|
| 280. | 10/91 | FBI Symposium on Violent Crime Solutions through Community Involvement. Guest Lecturer on Joint Law Enforcement Efforts, Quantico, Virginia. |
| 281. | 10/91 | Washington County Sheriff's Office Lecture on Blood Spatter Interpretation. |
| 282. | 10/91 | Homicide Investigation; Newport High School Law Students, Newport, Oregon |
| 283. | 10/91 | Homicide and Assault Investigations; Police Science Class, Mt. Hood Community College, Gresham, Oregon |
| 284. | 11/91 | Basic, Advanced Training in Blood Spatter and Reconstruction Techniques to Prosecutors and Investigators, Phoenix, Arizona |
| 285. | 12/91 | Unresolved Homicides Course at Valencia College in Orlando, Florida |
| 286. | 1/92 | Homicide; Southern Police Institute, Louisville, Kentucky |
| 287. | 2/92 | Blood Spatter; Regional Organized Crime Information Center's Conference in Lafayette, Louisiana |
| 288. | 2/92 | Blood Spatter; National College of District Attorneys' Criminal Investigators Course in New Orleans, Louisiana |
| 289. | 3/92 | Multnomah County Sheriff's Office Reserves on Homicide |
| 290. | 3/92 | Six law enforcement lectures to 7th & 8th grade students, West Linn, Oregon |
| 291. | 4/92 | Southern Police Institute seminar on Homicide Investigations, Bismarck, MT |
| 292. | 4/92 | Southern Police Institute seminar on Homicide Investigations, Ft. Lauderdale, FL |
| 293. | 4/92 | Blood Spatter class; Advanced Homicide Investigators Seminar, Toronto, Canada |
| 294. | 4/92 | Community Policing; National Social Workers Convention, Beaverton, Oregon |
| 295. | 4/92 | Board on Police Standards and Training, lecture to police officers, Civic Leaders on Community Policing, Tillamook, Oregon |
| 296. | 4/92 | State of Washington Attorney General's Conference on Victim's Advocacy, Lecture on Community Policing, Seattle, Washington |
| 297. | 5/92 | Homicide Investigation; SPI Homicide Seminar, Boulder, Colorado |
| 298. | 5/92 | National Neighborhoods USA Conference. Attendee on Community Policing, Anchorage, Alaska |
| 299. | 5/92 | Blood Spatter, Homicide Investigation; sponsored by PVN-TV, Ken LaPlace, Pontiac, Michigan |
| 300. | 6/92 | Homicide Investigation; SPI Homicide Seminar, Louisville, Kentucky |
| 301. | 6/92 | Blood Spatter and Crime Scene Reconstruction; National College of District Attorneys Career Prosecutor's Symposium, Houston, Texas |
| 302. | 7/92 | Blood Spatter and Crime Scene Reconstruction; Montana District Attorneys Association Conference, Fairmont Hot Springs, Montana |
| 303. | 8/92 | Blood Spatter and Crime Scene Reconstruction, Louisiana District Attorneys Association, Destin, Florida |
| 304. | 9/92 | Homicide Reconstruction and Blood Spatter Analysis; SPI Homicide Seminar, Salem, Oregon |
| 305. | 9/92 | Community Policing; Regional Drug Initiative Conference, Portland, Oregon |
| 306. | 9/92 | Community Policing; FBI Symposium on Community Policing in the 21st Century, Quantico, Virginia |
| 307. | 10/92 | Community Policing; Neighborhoods USA Conference, Everett, WA |
| 308. | 10/92 | Community Policing; Rollins College, Orlando, Florida |
| 309. | 10/92 | SPI Homicide Seminar, Greensboro, North Carolina |
| 310. | 10/92 | Blood Spatter; International Homicide Investigators Seminar, Phoenix, Arizona |
| 311. | 11/92 | Homicide Investigations; Florida Homicide Investigators Association Conference, Reddington Beach, Florida |
| 312. | 11/92 | Community Policing; BPST Crime Prevention Seminar, Monmouth, Oregon |
| 313. | 12/92 | Crime Scenes, Blood Spatter; National College of District Attorneys Association, San Francisco, California |
| 314. | 12/92 | Homicide Seminar; SPI Grand Island, Nebraska |
| 315. | 12/92 | Crime Scene Reconstruction and Blood Pattern Analysis; Metropolitan Public Defenders Office, Portland, Oregon |
| 316. | 1/93 | Criminal Investigation; National College of District Attorneys Seminar, Reno, Nevada |
| 317. | 2/93 | Comal Co. District Attorney's Office, New Braunsfel, Texas |
| 318. | 4/93 | Rollins College Community Policing Lecture & Training in Cop areas with Orlando, Florida PD |

319. 5/93   Portland State University Law Day Presentation for area high school students
320. 5/93   California District Attorneys Association, San Francisco
321. 5/93   Annual Homicide Training Course, Salt Lake City, UT
322. 5/93   Homicide; East Central Illinois Training Project, Urbana, IL
323. 6/93   Crime Scene Assessment and Blood Spatter; Career Prosecutors Course, Houston, TX
324. 9/93   Crime Scene Assessment and Blood Spatter; Colorado Sex Crime Investigators Association, Glenwood Springs, CO
325. 9/93   Violence in America, Glenwood Springs, CO
326. 10/93   Unresolved Homicides Workshop, Rollins College, Orlando, Florida
327. 10/93   Crime Scene Assessment; Prosecuting Attorneys Council of Georgia, Dalton, GA
328. 11/93   Blood Spatter Analysis Workshop; Arizona Homicide Investigators Association
329. 12/93   National College of District Attorneys; Orlando, Florida
330. 1/94   Prosecutors Association lecture, Boise, ID
331. 2/94   Community Policing Implementation; Beaverton, Oregon, P.D.
332. 3/94   Crime Scene Assessment/Blood Spatter, Cook State Attorney's Office, Chicago, IL
333. 3/94   Crime Scene Assessment/Blood Spatter, National College of District Attorneys, Orlando, FL
334. 4/94   Community Policing Taught to Citizens, Government and Police, Champaign/Urbana, IL
335. 4/94   MCSO Reserves, Multnomah County Sheriff's Office, Portland, OR
336. 4/94   Community Policing 2001 with Orlando Police Dept., Rollins College, Orlando, FL
337. 4/94   Training the Trainers on Community Policing, Oregon Board on Police Standards
338. 4/94   Homicide Crime Scenes; National College of District Attorneys, Chicago, IL
339. 5/94   Cross Cultural Training in Law Related Matters with Russian Federation of Police, Moscow, Russia
340. 6/94   Crime Scene Assessment/Bloodstains, National College of District Attorneys, Houston, TX
341. 7/94   Chatham County D.A.'s sponsored course on Crime Assessment and Blood Spatter, Savannah, GA
342. 8/94   Video Animation; Oregon/Washington Lawman's Association
343. 9/94   Illinois Coroners Association Conference in Collinsville, IL
344. 10/94   National Academy of Unresolved Homicides, Louisville, KY
345. 10/94   Video Animation, International Association of Blood Pattern Analysts Conference in Miami, FL
346. 10/94   Des Moines, IA on Unresolved & Advanced Homicide Investigations, Rollins College
347. 10/94   Crime Scene Reconstruction and Blood Spatter Interpretation; National College of District Attorneys, Colorado Springs, CO
348. 10/94   David Douglas High School Youth: Utilizing Youth for Crime Scene Experiments, Law Related Education, Portland, OR.  Weekly class, fall semester.
349. 11/94   Unresolved Homicides; International Homicide Investigators Seminar, Scottsdale, AZ
350. 12/94   Crime Scene/Blood Spatter; Rollins College Advanced Homicide Investigators Seminar, Gary, IN
351. 12/94   Crime Scene Analysis and Blood Spatter; National College of District Attorneys, San Diego, CA
352. 1/95   Homicide Investigations; National College of District Attorneys, Las Vegas, Nevada
353. 3/95   Crime Scene Analysis; Hamden County, Massachusetts Prosecutor's Office
354. 3/95   Homicide Investigations; MCSO Reserve Academy
355. 3/95   Forensics; American Businesswomen's Association, Portland, Oregon
356. 4/95   Blood Spatter/Scene Reconstruction; Phoenix, Arizona Police Department Homicide Bureau
357. 4/95   Advanced Homicide and Unresolved Crimes; Rollins College, Orlando, FL
358. 4/95   Homicide Investigations; We Tip Organization, Huntington Beach, CA
359. 5/95   Law Day Lecture to High School Youth at Portland State University, Portland, OR
360. 5/95   Community Policing, Rollins College, Orlando, FL
361. 5/95   National Center for Unresolved Homicides, Boulder, CO
362. 6/95   Career Prosecutor's Course on Crime Scenes/Blood Spatter, National College of District Attorneys, Houston, TX
363. 6/95   Homicide; Regional Organized Crime Information Center, Ft. Lauderdale, FL
364. 6/95   Community Organizing Councils on Community Policing at University of Portland, Portland, OR
365. 8/95   International Homicide Investigators Seminar on Blood Spatter, Columbus, OH
366. 9/95   International Homicide Investigators Seminar on Bloodstains, Scottsdale, AZ

| | | |
|---|---|---|
| 367. | 10/95 | International Association of Blood Pattern Analysts/Association of Crime Reconstruction Training Conference, Oklahoma City, OK |
| 368. | 11/95 | Blood Spatter Analysis / Simpson Case – Florida Homicide Investigator's Association Conference in Sandestin, FL |
| 369. | 11/95 | Crime Scene Assessment/Blood Spatter/Simpson Case, National College of District Attorneys, Williamsburg, VA |
| 370. | 12/95 | Indiana Murder Case, Clackamas County Rotary, Clackamas County, OR |
| 371. | 12/95 | Indiana Murder Case, American Businesswomen's Association, Portland, OR |
| 372. | 12/95 | Crime Scene Assessment/Blood Spatter, National College of District Attorneys, San Francisco, CA |
| 373. | 1/96 | National Center on Unresolved Crimes, lecture to homicide detectives, Greensboro, NC |
| 374. | 1/96 | Rollins College Community Policing Lecture, Orlando, Florida |
| 375. | 2/96 | University of Oregon Law School, speech to Third Year law students on evidence, Eugene, Oregon |
| 376. | 2/96 | Paper on Indiana Murder Investigation presented to American Academy of Forensic Sciences |
| 377. | 3/96 | Portland, Oregon Rotary Club presentation on Forensics in Homicide Investigations |
| 378. | 3/96 | Law Class; Lincoln City, Oregon High School on Forensics in Homicide Inv. |
| 379. | 3/96 | Freshman Philosophy Class on Criminalistics at Pacific Lutheran University in Tacoma, Washington |
| 380. | 4/96 | OSLC Men's Breakfast presentation on Forensics in Law Enforcement, Portland, Oregon |
| 381. | 4/96 | National Center for Unresolved Crimes on Unresolved Homicides, Boulder, CO |
| 382. | 5/96 | Unresolved Homicides for Rollins College, Orlando, Florida |
| 383. | 5/96 | Blood Spatter at Bramshill Command College in London, England.  Sponsored by the International Homicide Investigators Seminar, Columbus, Ohio |
| 384. | 6/96 | Georgia Prosecuting Attorneys Council on Homicides/Bloodstain Patterns, Atlanta, GA |
| 385. | 6/96 | Scene Reconstruction to Indiana Coroner's Association, Evansville, Indiana |
| 386. | 6/96 | National College of District Attorneys Career Prosecutors Course, Houston, Texas |
| 387. | 9/96 | Blood Spatter to Homicide Detectives for Hocking College, Phoenix, Arizona |
| 388. | 9/96 | Blood Spatter to Homicide Detectives, Louisville, Kentucky |
| 389. | 10/96 | Blood Spatter to Arizona Homicide Investigators Association, Phoenix, Arizona |
| 390. | 10/96 | Blood Spatter to National College of District Attorneys, Lake Tahoe, California |
| 391. | 10/96 | Forensics to Portland Industrial Rotary Club, Portland, Oregon |
| 392. | 10/96 | O.J. Simpson Case to Oregon Investigators, Lincoln City, Oregon |
| 393. | 11/96 | Forensics to Medical Examiners Conference, Pensacola, Florida |
| 394. | 12/96 | Crime Scene Management to New York Prosecutor's Association, Albany, NY |
| 395. | 12/96 | Crime Scene Reconstruction to District Attorneys Association of Indiana, Indianapolis, Indiana |
| 396. | 12/96 | Crime Scenes to National College of District Attorneys, New Orleans, Louisiana |
| 397. | 1/97 | Complex Litigation; LA County District Attorneys, Los Angeles, California |
| 398. | 1/97 | Community Policing to police and government officials, Orlando, Florida |
| 399. | 1/97 | Police Trainers for the American Society of Law Enforcement Trainers, Buffalo, New York |
| 400. | 2/97 | District Attorneys for the National College of District Attorneys, Reno, Nevada |
| 401. | 2/97 | Workshop for Oregon/Washington Lawman's Assoc., Tigard, Oregon |
| 402. | 2/97 | Idaho Prosecutors, Boise, Idaho |
| 403. | 3/97 | Crime Scene Assessment course for Police, Prosecutors, Santa Monica, California |
| 404. | 3/97 | Crime Scene Assessment presentation for San Diego County Prosecutors, San Diego, California |
| 405. | 3/97 | Crime Scenes to students at George Fox College, Newberg, Oregon |
| 406. | 4/97 | Crime Trials to Kiwanis, Milwaukie, Oregon |
| 407. | 4/97 | Crime scene reconstruction to area law enforcement personnel, Greenville, SC |
| 408. | 4/97 | Crime scene seminar, Hocking College, Atlanta, Georgia |
| 409. | 4/97 | Crime scene reconstruction course for Douglas County area law enforcement, Douglasville, GA |
| 410. | 4/97 | Homicide Investigation Workshop for the Southern Police Institute, Streamwood, Illinois |
| 411. | 6/97 | Homicide Investigation; ROCIC, Lafayette, Louisiana |
| 412. | 6/97 | Crime Scene Assessment workshop for National College of District Attorneys, Houston, Texas |

413.  7/97    Homicide Reconstruction class to American Society of Law Enforcement Trainers, Los Angeles, California
414.  7/97    Blood Spatter/Crime Scene Reconstruction workshop for West Palm Beach County Prosecutors, West Palm Beach, Florida
415.  8/97    Blood Spatter/Crime Scene Reconstruction workshop for Colorado Sex Crimes Investigators Association, Aspen, Colorado
416.  8/97    Homicide Investigation seminar for Missouri Prosecutors, Columbia, Missouri
417.  8/97    Crime Scenes for Hocking College, Columbus, Ohio
418.  9/97    Crime Scenes class; Los Angeles County Prosecutors, Los Angeles, California
419.  9/97    Crime Scene Reconstruction workshop for California law enforcement officers, Santa Monica, CA
420.  9/97    Community Policing course for Wisconsin Law Enforcement, Milwaukee, WI
421.  9/97    Crime Scene Reconstruction seminar for Denver Fire Investigators, Denver, Colorado
422.  9/97    Workshop on Homicide Investigations to Moscow, Russia Chiefs, Greenville, South Carolina
423.  10/97    Course on Crime Scenes to Metro-Dade Law Enforcement, Miami, Florida
424.  10/97    Advanced Homicide Investigation course for Law Enforcement personnel nationwide, Orlando, FL
425.  11/97    OJ Simpson case to Florida Forensic Odontologists/Investigators and other law enforcement personnel, Pensacola, Florida
426.  11/97    Crime Scene Assessment; National College of District Attorneys, New Orleans, LA
427.  11/97    Blood Spatter; law enforcement personnel for Hocking College, Scottsdale, Arizona
428.  11/97    Northwest Forensic Society on OJ Simpson case, Green Thread mystery, Portland, OR
429.  11/97    Speech at IABPA/ACSER conference on use of animation and luminol, Seattle, Washington
430.  11/97    Facilitator for OJ Simpson panel at IABPA/ACSR conference Seattle, Washington
431.  12/97    Crime Scene Assessment; National College of District Attorneys, San Diego, CA
432.  1/98    Crime Scene Reconstruction/Blood Spatter; Federal Park Service employees, Glenco, GA
433.  1/98    Presented paper on Crime Scene Reconstruction, "Case Study - The Use of Luminol and DNA Together," at American Academy of Forensic Sciences annual conference, San Francisco, CA
434.  1/98    American Business Women's Association, Portland, OR
435.  2/98    Crime Scene Reconstruction/Blood Spatter; National College of District Attorneys, Orlando, FL
436.  4/98    Advanced Homicide Investigation course for Law Enforcement personnel nationwide, Orlando, FL
437.  5/98    Advanced Homicide Investigation course for Law Enforcement personnel, Seattle, WA
438.  5/98    Advanced Homicide Investigation course for Tennessee Bureau of Investigation, Southern Police Institute, Nashville, TN
439.  5/98    Advanced Homicide Investigation; Law Enforcement personnel/IPTM, Charlotte, NC
440.  5/98    Advanced Homicide Investigation; National College of District Attorneys, Houston, TX
441.  6/98    Criminalistics to Newport High School Law Class, Newport, OR
442.  6/98    Homicides, Clackamas County Rotary, Clackamas, OR
443.  8/98    Advanced Homicide Investigations to Illinois Coroners Association, Collinsville, IL
444.  9/98    Advanced Homicide Investigation; D.C. Detectives / IPTM, Washington, DC
445.  9/98    Advanced Homicide Investigation; Oregon/Washington Lawman's Association, Vancouver, WA
446.  10/98    Crime Scene Reconstruction/Blood Spatter; National College of District Attorneys, San Diego, CA
447.  10/98    Advanced Homicide Investigation course for IPTM/Detectives, Orlando, FL
448.  11/98    Crime Scene Reconstruction/Blood Spatter; National College of District Attorneys, Williamsburg, VA
449.  11/98    Presented paper "Case Study - Akron Ohio," on retrieving bloodied fingerprints from cloth to Association of Crime Scene Reconstruction, Oklahoma City, OK
450.  1/99    Crime Scene Assessment to New York Prosecutors, Brooklyn, NY
451.  1/99    Crime Scenes, Milwaukie, OR, Rotary
452.  1/99    Crime Scenes, Monterey, CA, Rotary
453.  1/99    Advanced Homicide Investigation training for IPTM/Law Enforcement, Pocatello, Idaho
454.  2/99    Crime Scene Reconstruction; San Diego District Attorneys, San Diego, CA

455. 3/99     Crime Scene Reconstruction; Texas Homicide Investigators Association, Odessa, TX
456. 3/99     Advanced Homicide Investigation; IPTM/Law Enforcement, Orlando, FL
457. 4/99     Advanced Homicide Investigation; South Carolina Law Enforcement/State Investigators, Columbia, SC
458. 4/99     Crime Scene Reconstruction; National College of District Attorneys, Colorado Springs, CO
459. 5/99     Crime Scene Assessment to Harris County District Attorneys, Houston, TX
460. 5/99     Crime Solving, Gresham, Oregon, Rotary
461. 6/99     Crime Scenes to ROCIC, Lexington, KY
462. 6/99     Crime Scenes Investigation course for Tennessee Bureau of Investigation, Nashville, TN
463. 6/99     Crime Scene Assessment to National College of District Attorneys, Houston, TX
464. 7/99     Crime Scene Assessment to National College of District Attorneys, Williamsburg, VA
465. 7/99     Crime Scene Reconstruction at Medical/Investigators Conference, St. Louis, MO
466. 8/99     Scenes of Crime; Law Enforcement Investigators, Columbus, OH
467. 9/99     Crime Scene Reconstruction; FDLE In service, Tampa, FL
468. 9/99     Advanced Homicide Investigation training for Law Enforcement Personnel, Fayetteville, NC
469. 10/99    Crime Scene Reconstruction seminar to Colorado District Attorneys Association, Aspen, CO
470. 10/99    Crime Scene Reconstruction/Blood Spatter; District Attorneys In-Service, San Diego, CA
471. 10/99    Advanced Homicide Investigation training for Alabama Law Enforcement Personnel, Mobile, AL
472. 10/99    Advanced Homicide Investigation training for South Carolina Investigators / Russian Exchange Personnel, Columbia, SC
473. 11/99    Crime Scene Reconstruction/Blood Spatter; National College of District Attorneys, San Francisco, CA
474. 11/99    Scenes of Crime lecture to National Investigators, Scottsdale, AZ
475. 11/99    Advanced Homicide Investigation training for IPTM, Golden, Colorado
476. 11/99    Panel Facilitator, IABPA Conference, Houston, Texas
477. 12/99    Advanced Homicide Investigation training for IPTM, Orlando, Florida
478. 2/11/00  Crime Scenes; San Diego District Attorney's Staff MCLE training, San Diego, CA
479. 2/25/00  Crime Scenes to Odontologists, American Academy of Forensic Sciences Conference; Reno, NV
480. 3/2/00   Scene Reconstruction course for Oregon/Washington Lawman's Association, Lincoln City, OR
481. 5/2/00   Crime Scene Assessment training at Domestic Violence Conference of Prosecuting Attorneys Association of Michigan, Traverse City, MI
482. 5/15/00  Crime Scene Assessment training at MSAA Death Investigation Program for Maryland Prosecuting Attorneys, Baltimore, MD
483. 5/26/00  Blood Spatter seminar to Denver area law enforcement personnel, NCUC, Denver, CO
484. 5/31/00  Advanced Homicide training, IPTM, Orlando, FL
485. 6/22/00  Advanced Homicide; National College of District Attorneys, Charleston, SC
486. 6/23/00  Advanced Homicide training to law enforcement officers, Orlando, FL
487. 6/28/00  Advanced Homicide training for Texas Association of Sex Crimes Investigators, Ft. Worth, TX
488. 10/9/00  Scene Reconstruction; San Diego District Attorneys MCLE training, San Diego, CA
489. 10/26/00 Blood Spatter/Crime Scenes; law enforcement personnel, Hocking College, Scottsdale, AZ
490. 11/2/00  Crime Scene Reconstruction/Blood Spatter; National College of District Attorneys, New Orleans
491. 12/5/00  Crime Scene Reconstruction/Blood Spatter; National College of District Attorneys, San Francisco, CA
492. 12/6/00  Advanced Homicide training, IPTM, Orlando, FL
493. 2/19/01  Homicide Adventures, American Assn of Forensic Sciences Annual Conference, Seattle, WA
494. 3/29/01  National College of District Attorneys, Prosecutor's Seminar in Orlando, FL
495. 5/15/01  Advanced Homicide; Michigan Prosecutor's Association, Traverse City, MI
496. 6/2/01   Advanced Homicide Training; Nova SE University, Ft. Lauderdale, FL
497. 6/7/01   Crime Scene Assessment; National College of District Attorneys, Charleston, SC
498. 7/20/01  Advanced Homicide Training; Texas Peace Officers Association, San Angelo, TX
499. 8/27/01  Advanced Homicide Training; Illinois Coroners Association, Collingsville, IL
500. 9/20/01  Advanced Homicide Training; Oregon/Washington Lawman's Association, Leavenworth, WA
501. 10/30/01 Advanced Homicide Training; Public Agency Training Council, Anchorage, AK
502. 12/4/01  Advanced Homicide Training; Public Agency Training Council, Las Vegas, NV

503. 2/21/02   PATC –DA Attendees on Crime Scene Analysis, San Antonio, TX
504. 4/15/02   Crime Scene Analysis' Pennsylvania D.A.'s Association, Gettysburg, PA
505. 6/7/02    Blood Spatter Analysis for East Central Illinois Police Training, Champaign, IL
506. 6/13/02   Crime Scene Analysis; Arkansas Bar Association training, Hot Springs, AR
507. 9/7/02    Lecture re: OJ Simpson/Blood Patterns at International Association of Forensic Sciences Conference, Montpellier, France
508. 10/14/02  Crime Scene Assessment; San Diego District Attorney's Staff, San Diego, CA
509. 11/21/02  Advanced Homicide training for Wilmington Police Dept./Prosecutors, Wilmington, DE
510. 12/5/02   Advanced Homicide training for Las Vegas Police Dept./Attorneys, Las Vegas, NV
511. 1/13/03   Blood Pattern / Crime Scene; Southern Police Institute, Louisville, KY
512. 1/17/03   Crime Scene; Calvin College January Series, Grand Rapids, MI
513. 1/17/03   Blood Spatter; Wyoming, Michigan Police Department training
514. 2/12/03   Crime Scene Interpretation training session for San Diego County D.A.'s Office, San Diego, CA
515. 3/28/03   Crime Scene; Portland Rotary, Portland, OR
516. 4/21/03   Crime Scene Interpretation training; Minneapolis PD Investigators, Minneapolis, MN
517. 5/29/03   Forensics; Newport High School seniors, Newport, OR
518. 6/10/03   Homicide Reconstruction, Profiling Workshop for East Central Illinois Mobile Law Enforcement Training Team, Sullivan, IL
519. 8/1/03    Blood Spatter; Texas Citizens Academy Conference, Ft. Worth, TX.
520. 9/18/03   OJ Simpson Case; Portland Businessmen's/Women's Association, Beaverton, OR.
521. 2/23/04   Crime scene lecture to high school chemistry class, West Linn, OR.
522. 2/25/04   Crime scene lecture to community college class, Mt. Hood Community College, Gresham, OR.
523. 3/12/04   Blood Stain Analysis training to Arizona Homicide Investigators, Phoenix, AZ.
524. 3/15/04   Blood Stain/Physical Evidence training to investigators in Dayton, OH.
525. 3/25/04   Lecture on Crime Scene Assessment to Judge Advocate General Lawyers, Charlottesville, VA.
526. 4/07/04   Lecture to Jesuit High School acting class re: CSI v. Reality at Crime Scenes, Portland, OR
527. 4/29/04   Crime Scene Assessment workshop for Texas Investigators, San Angelo, TX.
528. 6/18/04   Legal Issues/Crime Scenes lecture to American Academy of Judicial Education, Monterey, CA.
529. 6/24/04   Crime Scene Assessment training to Washington Prosecutor's Association, Lake Chelan, WA.
530. 9/9/04    Crime Scene Assessment training for Oregon Washington Lawman's Assn., Wenatchee, WA.
531. 11/4/04   Crime scene lecture to community college class, S. Puget Sound Comm. College, Olympia, WA.
532. 12/2/04   Crime Scene Assessment class for PATC/Investigators, Las Vegas, NV.
533. 2/02/05   Crime Scene Analysis training for PATC/Texas Investigators, San Antonio, TX.
534. 2/11/05   Crime Scene Reconstruction lecture at Association of Crime Scene Reconstruction Annual Meeting, San Jose, CA.
535. 2/14/05   Crime Scene Analysis training for Texas Attorneys/Investigators, San Antonio, TX.
536. 2/17/05   Lecture on Crime Scenes at Intl Relations and Public Affairs Group, Milwaukie, OR.
537. 2/19/05   Lecture to Jesuit High School acting class re: Death Penalty Issues, Portland, OR
538. 3/30/05   Lecture on Crime Scene Analysis, Thornton Police Department, Thornton, CO for the Southern Police Institute.
539. 4/08/05   Lecture to Medical Legal Investigators re: Simpson Case evidence, Buenos Aires, Argentina.
540. 5/17/05   American Academy of Judicial Education –Simpson and Blake case evidence, San Diego, CA
541. 5/31/05   Lecture to Thomas Edison High School students re: Investigative Careers, Beaverton, OR
542. 6/16/05   Lecture re: Robert Blake case to American Businesswomen's Association, Portland, OR
543. 6/20/05   Lecture to Sisters in Crime re: Crime Scenes, Portland, OR
544. 9/07/05   Oregon Peace Officers' Association Training lecture on Crime Scene Analysis, Roseburg, OR.
545. 10/14/05  Crime Scene Analysis training for Illinois Coroner's/Investigators, Mattoon, IL.
546. 10/31/05  Course on Blood Stain and Physical Evidence at Southern Police Institute, Omaha, NE.
547. 11/15/05  Blood Pattern Analysis Lecture to Colombian Investigators/Medical Examiners (ICITAP), Bogota, Colombia, S.A.
548. 11/30/05  Crime Scene Analysis Lecture to Public Agency Training Council Investigators, Las Vegas, NV.
549. 12/20/05  Crime Scene Analysis Lecture to Illinois Coroners/Investigators, Urbana, IL.
550. 2/9/06    Lecture at Association of Crime Scene Reconstruction Annual Meeting re: Oceanside, California Officer Involved Shooting Case, Albuquerque, NM.

551. 3/20/06    Course on blood patterns and other physical evidence for Southern Police Institute, Rockford, IL.
552. 3/29/06    Course on blood patterns and other physical evidence for Southern Police Institute, Edina, MN.
553. 5/3/06    Crime Scene Analysis class for Minneapolis P.D. Investigators, Minneapolis, MN.
554. 5/22/06    Course on blood patterns and other physical evidence for Southern Police Institute, Des Moines, IA.
555. 9/12/06    Lecture to National Law Enforcement Prosecutors re: Simpson and Blake cases/evidence, Seven Springs Resort, PA.
556. 11/29/06    Lecture re: Crime Scene Analysis to PATC All Law Enforcement, Las Vegas, NV.
557. 12/14/06    Illinois LE Education Council lecture re: crime scene analysis, O'Fallon, IL.
558. 5/4/07    Crime Scenes/Trial Prep Lecture to Police, Lab, CSI Personnel, Beaverton, OR (8-hour).
559. 9/6/07    Crime Scenes/Blood Patterns Lecture to Police, Lab, District Attorneys, Detectives, McMinnville Police Department (8-hour).
560. 9/11/07    Re-evaluation of Blood Patterns Lecture to Law Enforcement Personnel, Institute Le Education, Champion, PA (6-hour).
561. 2/5/08    Crime Scene Assessment to Law Enforcement Personnel for Geberth Associates.  Spartenburg, SC (8-hour).
562. 2/29/08    "The Devil is in the Details," American Academy of Forensic Sciences, Washington, DC (8-hour).
563. 3/13/08    Blood Pattern Analysis/Crime, Illinois Law Enforcement, Glen Ellen, IL (8-hour).
564. 8/4/08    "The Devil is in the Details" and Court Testimony, Illinois Coroners Association, Fairview Heights, IL (28-hour).
565. 9/15/08    Crime Scene Analysis, Fire Investigators Conference, Denver, CO (8-hour).
566. 9/22/08    Forensics 101, Grant High School, Portland, OR  (4-hour).
567. 10/9/08    Crime Scenes and Blood Patterns, Washington Lawmen's Association, Leavenworth, WA (8-hour).
568. 11/8/08    Blood Patterns & Reconstruction, Iowa Medical Examiners' Association, Des Moines, IA (2-hour).
569. 12/10/08    Crime Scenes & Blood Patterns, for Law Enforcement, Las Vegas, NV (8-hour).
570. 1/28/09    Locating DNA at Crime Scenes to Law Enforcement Investigators, Phoenix, AZ.
571. 4/21/09    Devil is in the Details/Scenes to Vocal Angel House/Law Enforcement, Montgomery, AL.
572. 5/12/09    Blood Patterns/Crime Scenes to Institute for Law Enforcement Education, Seven Springs Resort, PA.
573. 5/20-21/09  Crime Scenes/Blood Patterns to Deschutes County Sheriff's Office, Bend, OR.
574. 6/25-26/09  Crime Scenes/Blood Patterns for Public Agency Training Council, Hilo, HA.
575. 6/29/09    Blood Patterns/Court Testimony Preparation for Honolulu DA's Office, Honolulu, HA.
576. 5/27/09    Crime Scenes/Blood Patterns for Parkinson's Group/Good Samaritan Hospital, Portland, OR.
577. 2/26/10    "Women As Killers:  Are We Missing Something" presentation, American Academy of Forensic Sciences, Seattle, WA (1-hour).
578. 4/28/10    Crime Scenes and Assessments, California Detectives Symposium, San Diego, CA (7-hour).
579. 5/17/10    "Blood Secrets" cases, Sisters in Crime Writers Group, Portland, OR (1-hour).
580. 5/25/10    Crime Scenes/Blood Spatter Lecture for Grant High School, Portland, OR (2-hour).
581. 6/3/10    Crime Scenes/Blood Spatter Lecture for Oswego Lake Country Club, Lake Oswego, OR (1-hr).
582. 6/7/10    Crime Scenes/Blood Spatter Lecture for Manhattan Group, New York, NY (2-hour).
583. 6/9/10    "Blood Secrets" Book, Interview, Leonard Lopate Show, New York, NY(1-hour)
584. 9/27/10    Crime Scenes/Blood Spatter Lecture, Oregon City Service Academy, Oregon City, OR (1-hr).
585. 10/12/10    Crime Scenes/Blood Dynamics Lecture, Dalton High School, NY, Science Classes New York, NY (2-hour).
586. 9/13/10    Crime Scenes/Major Cases Lecture, Willamette View Group, Milwaukie, OR (1-hour).
587. 12/8/10    Crime Scene Reconstruction, Public Agency Training Council, Las Vegas, NV (8-hour).
588. 12/9-10/10  Officer-Involved Shootings, Public Agency Training Council, Las Vegas, NV (12-hour).
589. 4/8/11    Death Investigations, Corvallis Police Officers In-Service, Corvallis, OR (4-hour).
590. 4/14/11    Advanced Homicide Scenes, California Detective Symposium, Universal City, CA (4-hr).
591. 5/13/11    "Blood Secrets" Book, Albany, OR Library/General Public, Albany, OR (2-hour).
592. 6/14/11    Advanced Homicide Investigations, New Jersey Investigators, Princeton, NJ (8-hour).

593. 6/16/11    Hi-Profile Celebrity Cases/Courtroom, Oklahoma IAI Assn., Oklahoma City, OR (4-hr).
594. 6/20/11    "Blood Secrets" Book, Sisters in Crime Mystery Writers, Portland, OR (2-hour).
595. 8/9/11     Homicide Investigations/Animation, Illinois Coroners, Collingsville, IL (8-hour).
596. 8/25/11    Using Animation in the Courtroom, LSU Inv. For ID Education Conference, New Orleans, LA (1.5 hour).
597. 9/16/11    Using Animation in the Courtroom, International Academy of Forensic Sciences, Madeira, Portugal (1.5-hour).
598. 12/1/11    Animation/Illustration for Trials, Oregon District Attorneys, Lincoln City, OR (1-hour).
599. 12/7/11    Homicide Investigations/Reconstruction, Homicide Investigators, Las Vegas, NV (8-hour).
600. 12/8-9/11  Officer Involved Shootings, Investigators/Attorneys, Las Vegas, NV (12-hour).
601. 2/15/12    Animation/Illustrations for Trial, Association of Crime Scene Reconstruction, Monterey, CA (1-hour).
602. 2/21/12    Blood Patterns, AAFS Conference Bring Your Own Slides, Atlanta, GA (1-hour).
603. 2/23/12    Animation/Illustrations for Trial, Jurisprudence Section AAFS Conference, Atlanta, GA (.5-hour).
604. 2/23/12    Wade Reconstruction Gettysburg, AAFS Conference Breakfast Speech, Atlanta, GA (1-hour).
605. 2/26/12    High-Profile Crime Scenes, Friends of Mystery Book Club, Portland, OR (1-hour).
606. 3/15/12    CSI Blood Secrets Cases, Seaside Community Library, Seaside, OR (1.5 hour).
607. 4/2/12     Devil in the Details/CSI, Pearl District Rotary Club, Portland, OR (.5-hour).
608. 4/10/12    Crime Scene Investigation, Palmer Ridge High School Students, Colorado Springs, CO (1-hour).
609. 4/25/12    Officer-Involved Shootings, California Homicide Detectives, Universal City, CA (3-hour).
610. 5/17/12    Crime Scene Assessments, Detective Trainees, Boulder, CO (8-hour).
611. 5/24/12    Celebrity Homicides, American Academy of Pediatric Dentists, San Diego, CA (1.5-hour).
612. 6/28/12    Crime Scenes/Blood Patterns, NJ Detectives Annual Training Conf., Princeton, NJ (8-hour).
613. 10/30/12   Advanced Homicide Investigation, Investigators by Blue Line Training, Lacy, WA (8-hour).
614. 11/16/12   Homicide Investigation, Oregon Peace Officers Association, Grand Ronde, OR (8-hour).
615. 11/16/12   Keynote Speech at Awards Banquet, Oregon Peace Officers Association, Grand Ronde, OR (1-hour).
616. 12/5/12    Advanced Homicide Investigation, Detectives, Attorneys, Police Officers, Las Vegas, NV (8-hour).
617. 12/6-7/12  Officer-Involved Shootings, Investigators, Las Vegas, NV (12-hour).
618. 2/5/13     Body Exhumation, Assoc. Crime Scene Reconstruction, Atlanta, GA (4-hour).
619. 2/18/13    Forensics Death Investigations, Evergreen Packaging, San Diego, CA (1-hour).
620. 3/27/13    Crime Scene Investigations, Oregon Retired Law Enforcement (OTHG), Clackamas, OR (1-hour).
621. 4/11-12/13 Homicide Investigations, Boulder PD, New Detective's Training, Boulder, CO (12-hour).
622. 6/27/13    Advanced Homicide Investigation, Detectives' Training, Princeton University, NJ (8-hour).
623. 12/11/13   Advanced Homicide Investigation, Detectives' Training, Las Vegas, NV (8-hour).
624. 12/12-13/13 Officer-Involved Shootings, Detectives' Training, Las Vegas, NV (12-hour).
625. 4/3-4/14   Crime Scene Analysis/Blood Patterns, New Detective's Training, Boulder, CO (12-hour).
626. 6/26/14    Blood Patterns/Homicide Investigation, Detectives' Training, Princeton University, NJ (8-hour).
627. 7/21-22/14 Crime Scene Analysis/Blood Patterns, Hawaii Law Enforcement, Kona, HA (16-hours).
628. 9/16/14    Crime Scenes/Celebrity Cases, Oregon Museum of Science & Industry, Portland, OR (1-hour).
629. 9/17/14    Crime Scenes/Celebrity Cases, Rotary Club Members, West Linn, OR (1-hour).
630. 1/21/15    Devil in the Details/Crime Scenes, Henrietta Lacks High School Students, Vancouver, WA (4-hour).
631. 4/16/15    Crime Scene Analysis, New Colorado Detectives, Boulder, CO (12-hour).
632. 4/29/15    Crime Scene Investigations, Sherwood High School, Sherwood, OR (1-hour).
633. 6/18/15    Crime Scene Analysis/Blood Patterns, Detectives USA, Princeton, NJ (8-hour).
634. 7/15/15    Crime Scenes with Science, Science on Tap – venue: Kiggins Theater, Vancouver, WA (1-hour).
635. 10/1/15    Crime Scene Analysis/Blood Patterns, OR/WA Lawmen's Association, Leavenworth, WA.
636. 12/9/15    Crime Scene Reconstruction, Detectives USA, Las Vegas, NV.
637. 12/10-11/15 Officer-Involved Shootings, Detectives USA, Las Vegas, NV.
638. 3/15/16    "Blood Secrets" Book Overview, Jonathan Club Members, Los Angeles, CA.

639. 3/23/16   "Blood Secrets" Book Overview, Indian Ridge Club Members/Guests, Palm Desert, CA.
640. 6/16/16   Homicide Investigations, Nationwide/International Detectives, Princeton University, NJ (8-hour).
641. 10/6-7/16   Homicide Investigations, New Detectives Training, Boulder, CO, Police Department (12-hour).
642. 12/6/16   Homicide Investigations, Detectives' Training, Las Vegas, NV ((8-hour).
643. 12/7/16   Officer-Involved Shootings, Detectives & Attorneys, Las Vegas, NV (12-hour).
644. 5/15/17   Homicide Investigations, Sisters in Crime Book Writers (1.5-hour).
645. 5/8-19/17   Homicide Investigations, New Detectives, Boulder, CO (12-hour).
646. 6/15/17   Homicide Investigations, Nationwide/International Detectives, Princeton, NJ (8-hour).
647. 12/5-6/17   Homicide Reconstruction/Investigations, Detectives, Attorneys, Police Officers, Las Vegas, NV (16-hour).
648. 1/31/18   Crime Scenes & Forensics, Indian Ridge Community Group, Palm Desert, CA (2-hour).
649. 5/16-18/18   Death Investigations, New Colorado Detectives, Boulder County Police Department, CO (12-hour).
650. 5/26/18   Homicide Investigations, Cuban Forensic Examiners, Havana, Cuba (1 hour).
651. 7/30/18   Forensic Investigations, Lake Oswego, Rotary, Lake Oswego, OR (1-hour).
652. 8/2/18   Officer-Involved Shootings, Citizens Police Academy Alumni, Dallas, TX (2-hour).
653. 8/2/18   Blood Patterns Solving Homicides, Citizens Police Academy Alumni, Dallas, TX (2-hour).
654. 8/3/18   Officer-Involved Shootings, Citizens Police Academy Alumni, Dallas, TX (2-hour).
655. 12/6/18   Homicide Investigations, PATC Detectives Conference, Las Vegas, NH (8-hour).
656. 4/6/19   Providence Auction Speech, Celebrity Homicides, Hageman, Palm Springs, CA.
657. 5/23-24/19   Detectives School, Future Detectives, Boulder, CO.
658. 6/13/19   New Jersey Homicide Conference, Detectives, Princeton University, NJ.
659. 8/29/19   NW International Assoc. of Identification, Crime Scene Investigators, Portland, OR.
660. 2/15-17/21   American Academy of Forensic Sciences, 73rd Annual Scientific Conference, Virtual Scientific Sessions (10 hours).
661. 5/6/21   FBI National Academy, Virtual, OIS Reconstruction (.5 hours).
662. 4/7/22   OR/WA Lawmen's Association, Blood Patterns at Crime Scenes, Lincoln City, OR (8-hour)
663. 9/22/22   New Jersey State Police Annual Conference, Advanced Crime Scene Investigations, Atlantic City, NJ (8-hour).
664. 11/14/22   Willamette University Republican Club, Community Policing, Salem, OR (2-hour).
665. 3/3/23   Award Acceptance Speech, New Jersey State Police, Atlantic City, NJ (1/2 hour.)
666. 6/15/23   Advanced Homicide Investigation, Investigators Nationwide, Princeton, NJ (8-hour).
667. 12/1/23   Officer-Involved Shootings, Arizona State Police, Phoenix, AZ (8-hour).
668. 6/13/24   Crime Scene Investigation, New Jersy Homicide Investigators Assoc., Princeton, NJ (8-hours).

## SPECIALIZED TRAINING

In-service/Seminars
1.    Graduate, Federal Bureau of Narcotics Training School, October, 1966.
2.    Los Angeles State College Fifth Narcotics Institute, October, 1967.
3.    Los Angeles State College Vice Institute, August, 1965.
4.    Los Angeles State College Traffic Institute, February, 1968.
5.    Completed 800 hours of in-service training in California plus 83 hours in Oregon.
6.    Awarded California Advanced Post Certificate, August, 1969.
7.    Awarded Oregon Advanced BPST Certificate, November, 1970.
8.    Graduate, Fargo Intelligence School in San Francisco, August, 1972.
9.    Graduate, Police Confrontation School in Louisville, Kentucky, December, 1973.
10.   Graduate, Southern Police Institute Homicide Investigation School, 1976
11.   Graduate, Investigative Hypnosis School in 1977.  Certified as hypnotist for investigative purposes.
12.   Graduate, Management Training Seminar in 1975 at Otter Crest.
13.   Graduate, Blood Spatter Interpretation Seminar, 1978, Elmira, New York.
14.   Graduate, Middle Management Training Seminar through Board on Police Standards and Training in Monmouth, Oregon, 1980.
15.   Graduate, Advanced Fingerprint Training School by FBI, 1983.
16.   Graduate, Advanced Blood Spatter Interpretation Training, Corning, NY, November, 1983.
17.   Advanced Blood Spatter Training, Denver, Colorado, November, 1988.
18.   Advanced Blood Spatter Training, Dallas, TX, December, 1989.
19.   Advanced Blood Spatter Training, Reno, Nevada, November, 1990.
20.   International Association of Blood Pattern Analysts Conference, Miami, Florida, October, 1994
21.   International Blood Pattern Analysts/Crime Scene Reconstruction Conference, Oklahoma City, Oklahoma, 1995.
22.   American Academy of Forensic Sciences Conference, Nashville, TN, February, 1996.
23.   International Blood Pattern Analysts/Crime Scene Reconstruction Conference, Albuquerque, New Mexico, 1996.
24.   International Blood Pattern Analysts/Crime Scene Reconstruction Conference, Seattle, WA, 1997.
25.   5th Annual Medical Investigator's Conference, Pensacola, Florida, November, 1997.
26.   American Academy of Forensic Sciences Conference, New York, January, 1997.
27.   American Academy of Forensic Sciences Conference, San Francisco, January, 1998.
28.   Association of Crime Scene Reconstruction Annual Meeting, Oklahoma City, November, 1998.
29.   American Academy of Forensic Sciences Conference, Orlando, Florida, February, 1999.
30.   Association of Crime Scene Reconstruction Annual Meeting, Kansas City, KS, September, 1999.
31.   International Blood Pattern Analysts/Crime Scene Reconstruction Conference, Houston, TX, November, 1999.
32.   American Academy of Forensic Sciences Conference, Reno, NV, February, 2000.
33.   PowerPoint training through Career Track, Portland, OR, March, 2000.
34.   International Blood Pattern Analysts Conference, Tucson, AZ, October, 2000.
35.   Association of Crime Scene Reconstruction Annual Meeting, Atlanta, GA, October, 2000.
36.   American Academy of Forensic Sciences Conference, Seattle, WA, February, 2001.
37.   Course on Emerging Forensics, Nova SE University, Ft. Lauderdale, FL, June, 2001.
38.   International Blood Pattern Analysts Conference, Tucson, AZ, October, 2001.
39.   Association of Crime Scene Reconstruction Annual Meeting, Las Vegas, NV, October, 2001.
40.   American Academy of Forensic Sciences Conference, Forensics Sessions, Atlanta, GA, February, 2002.
41.   FBI Scientific Working Group, Bloodstain Pattern Working Group (SWGSTAIN) Training Development, Quantico, VA, March, 2002.
42.   International Academy of Forensic Sciences, International Conference, Montpellier, France, Sept. 2002.
43.   Association of Crime Scene Reconstruction Annual Meeting, Denver, CO, October, 2002.
44.   FBI Scientific Working Group, Bloodstain Pattern Working Group (SWGSTAIN) Training Development, Quantico, VA, November, 2002.

45. FBI Scientific Working Group, Bloodstain Pattern Working Group (SWGSTAIN) Training Development, St. Louis, March, 2003.
46. International Academy of Forensic Sciences, International Conference, Odessa, TX, October, 2003.
47. Association of Crime Scene Reconstruction Annual Meeting, Oklahoma City, OK, October, 2003.
48. FBI Scientific Working Group, Bloodstain Pattern Working Group (SWGSTAIN) Training Development, Quantico, VA, November, 2003.
49. American Academy of Forensic Sciences Conference, Forensics Sessions, Chicago, IL, February, 2003.
50. American Academy of Forensic Sciences Conference, Forensics Sessions, Dallas, TX, February, 2004.
51. FBI Scientific Working Group (SWGSTAIN) Blood Stain Training Development, Quantico, VA,  March, 2004.
52. Association of Crime Scene Reconstruction Annual Meeting, San Jose, CA, February, 2005.
53. International Academy of Forensic Sciences Conference, Santa Barbara, CA, October, 2005.
54. FBI Scientific Working Group (SWGSTAIN) Blood Stain Training Development, Stafford, VA, November 2005.
55. American Academy of Forensic Sciences, Scientific Sessions/Workshop, Washington, DC, February, 2008.
56. Illinois Coroners Association, Court Prep and Testimony, Fairview Heights, IL, August, 2008.
57. Oregon/Washington Lawmen's Association, Medical Legal Homicide Investigation, Leavenworth, WA, October, 2008.
58. Iowa Medical Examiners Association, Medical Legal Death Investigation, Des Moines, IA, November, 2008.
59. Association of Crime Scene Reconstruction, Annual Training, Denver, CO, February, 2009.
60. Vocal/Victims Group, Serial Murders/Sex Crimes, Montgomery, AL, February, 2009.
61. Association of Crime Scene Reconstruction Annual Meeting, San Diego, CA, February, 2010.
62. American Academy of Forensic Sciences, Various Disciplines Training, Seattle, WA, February, 2010.
63. California Post-Detective Symposium, Newport Beach Homicide, San Diego, CA, April, 2010.
64. Seak Expert Witness Conference, Expert Testimony, Chicago, IL, June, 2010.
65. TrialExperts.com, Webinar Series, Success in the Courtroom, July, 2010.
66. International Association of Blood Pattern Analysts Annual Conference, Atlantic City, NJ, Oct. 2010.
67. Association of Crime Scene Reconstruction, Scene Reconstruction, Jacksonville, FL, February, 2011.
68. ACSR-Lighting for Digital Photography, Photography Lighting Tips, Jacksonville, FL, Feb., 2011.
69. American Academy of Forensic Sciences, Microscopy, Scientific Sessions, Chicago, IL, Feb., 2011.
70. California Detective Training Symposium, Homicide Training, Universal City, CA, April, 2011.
71. Oregon/Washington Lawman's Association, Officer Involved Shootings, Lincoln City, OR, May, 2011.
72. Illinois Coroner's Death Inv. Conference, 9-1-1 Homicide Calls, Collingsville, IL, August, 2011.
73. LSU Inv. For ID Educational Conference, Homicides/Media/Bite Marks, New Orleans, LA, Aug., 2011.
74. International Association of Forensic Sciences, Global Forensics, Madiera Island, Portugal, Sept., 2011.
75. Oregon District Attorney's Association, Media/Brady Issues/Legislation, Lincoln City, OR, Dec., 2011.
76. Oregon Law Institute, Attacking Experts Opinion at Trial, Portland, OR, February, 2012.
77. Association of Crime Scene Reconstruction, Reconstruction Classes, Monterey, CA, Feb., 2012.
78. American Academy of Forensic Sciences, Forensic Classes, Atlanta, GA, February 2012.
79. LAPD Detective Symposium, Homicide Cases, Los Angeles, CA, April 2012.
80. Association of Crime Scene Reconstruction, Scenes, Laser Work, General, Atlanta, GA, Feb., 2013.
81. American Academy of Forensic Sciences, Death Investigations, Washington, DC, Feb. 2013.
82. National Criminal Defense Lawyers Assoc., Forensics by AAFS Speakers, Washington, DC, Feb., 2013.
83. New Jersey Advanced Homicide Investigations, Basic Scene Protocols, Princeton Univ., NJ, June 2013.
84. Association of Crime Scene Reconstruction, Reconstructing Crime Scenes, Houston, TX, Feb. 2014.
85. American Academy of Forensic Sciences, General Sciences, Seattle, WA, February 2014.
86. American Academy of Forensic Sciences, Bias in Forensics, Seattle, WA, February 2014.
87. Association of Crime Scene Reconstruction: Reconstruction; Shooting Incident Investigation; Using Infrared to Examine Evidence, Oklahoma City, OR, Feb. 2015.
88. Force Science Institute, Use of Force/Officer-Involved Shootings, Hillsboro, OR 11/16.

## PROFESSIONAL CONSULTATIONS

1.  April 1977      20-year-old unresolved homicide case in Lewiston, Idaho.  Primary contact:  Detective Monte Speers, Lewiston Police Department, Lewiston, Idaho.

2.  June 1977       Blood spatter interpretation and sexual dismemberment case, San Angelo, Texas.  Primary contact:  Lieutenant Joe Fields, San Angelo Police Department.

3.  June 1977       Unresolved homicide of college professor, Forest Grove, Oregon.  Primary contact: Detective Loren Sergeant, Forest Grove Police Department.

4.  October 1978    Unresolved double homicide in Greenville, South Carolina.  Primary contact:  Sergeant Larry Blakely, Greenville Police Department, South Carolina.

5.  March 1979      Blood spatter interpretation murder case in Marion County, Oregon.  Primary contact: Detective Dave Kominek, Marion County Sheriff's Office.

6.  August 1979     Blood spatter interpretation and homicide, Eugene, Oregon.  Primary contact:  Deputy District Attorney Brian Barnes, Lane County Sheriff's Office.

7.  January 1980    Hypnosis interviews in college campus slaying, Gresham, Oregon.  Primary contact: Detective Roger Bleth, Gresham Police Department.

8.  February 1981   Beaverton homicide of Julie Ann Reitz.  Primary contact:  Chief Dave Bishop, Newberg Police Department.

9.  March 1981      Quinalt Tribal Police, State of Washington, on murder case.  Primary contact:  Dick Davis, blood spatter interpretation.

10. March 1981      Salem Police Department attempted rape of Laurie Ann Day.  Hypnosis and forensic podiatry.

11. February 1982   Steve Briggs case in Washington County, Oregon.  Homicide consultation.

12. June 1982       Murder of woman in Pendleton, Oregon.  Hypnosis of witness and crime scene consultation.

13. February 1983   Donna Howard murder case in Yakima, Washington.  Consultation on blood spatter interpretation and crime scene interpretation for Attorney General's Office.

14. February 1983   Clark County Sheriff's Office, Vancouver, Washington, murder of Sandra Begley.

15. March 1983      Plantation Police Department, Florida.  Contact person:  Bill Bael.  Crime scene consultation and blood spatter interpretation in homicide of wealthy developer.

16. July 1983       Chicago Police Department.  Crime scene consultation on angle of trajectory in murder of individual on street corner.

17. July 1983       Miami Beach, Florida.  Crime scene consultation involving robbery and shooting wherein super glue and Luminol was used in investigation.

18. October 1983    Rape of female victim in Gresham, Oregon.  Hypnosis consultation.

19. April 1984      Salem, Oregon Police Department, consultation in serial murder case and the arrest of William Scott Smith.  Coordinated information between Salem Police Department and Green River Task Force investigation in Seattle, Washington.

20. June 1984       Hypnosis consultation for LaGrande, Oregon Police Department.  Rape of LeAnn Marsh.

21. June 1984       Blood spatter consultation for Alaska State Police in Juneau.  Murder of Ronald J. Ritter.

22. June 1984       Consultation in serial murders for Hillsboro County Sheriff's Office, Tampa, Florida.  Murder of prostitutes.

23. June 1984       Hypnosis for Gresham, Oregon Police Department in death of Judy Gracia, 84-2813.

*"T" = Testified       "D" = Deposition*
*Professional Consultations*              Page 33                    C.V. of Rod Englert

| 24. | July 1984 | Consultation and testimony in murder of Sandra Nolan in Geneva, Illinois. Contact State's Attorney John Barsanti, Kane County, Geneva, Illinois. |
| 25. | August 1984 | Consultation in Larry Eyler murder case in Chicago, Illinois, on Luminol in blood spatter interpretation. Contact Lake County Sheriff's Office, Waukegan, Illinois. |
| 26. | October 1984 | Las Vegas Police Department homicide consultation, Jane Doe, 83-78851. Interpretation of blood pattern on clothing. Contact I.D. Tech. Kathleen Adkins. |
| 27. | February 1985 | Consultation to Gladstone, Oregon Police Department in death of Linda Korwin. Contact Chief of Police, Gladstone P.D., or Chief of Police, Newberg, Oregon. |
| 28. | March 1985 | Consultation in 1980 murder of Rolf Neslund. Contact Undersheriff Rod Terdy of San Juan County Sheriff's Office, Friday Harbor, Washington, or District Attorney Charles Silverman. |
| 29. | May 1985 | Consultation in death of James Cooley, Hobart Indiana Police Department, 85-859. Contact Detective Malcolm Clark. |
| 30. | June 1985 | Consultation in death of Jerry Elrod and Kathy Morris for Fairbanks Police Department in Alaska. Contact Detective Paul Keller. |
| 31. | July 1985 | Consultation concerning blood spatter for Linn County Sheriff's Office, Albany, Oregon. Victim William Simmons, case #85-4487. Contact Detective Gary Horton. |
| 32. | July 1985 | Consultation for State Attorney's Office in Bradenton, Florida, in case of Florida v. Barry Guy. Blood spatter interpretation in homicide case. Contact Deputy D.A. Rick Elbrecht. |
| 33. | August 1985 | Consultation for San Juan County Sheriff's Office, Orcas Island, Washington. Death of Fred Holmes, 85-1158. Blood spatter consultation. Contact Deputy D.A. Charles Silverman. |
| 34. | August 1985 | Consultation in civil trial for private law firm of Pomeroy, Betts and Pomeroy in Fort Lauderdale, Florida. Case concerned the death of Fridovich. Contact attorney Bill Thomas at Pomeroy, Betts and Pomeroy. |
| 35. | October 1985 | Columbia County Sheriff's Office, Oregon. Contact Sergeant Wallace. Review of blood spatter in 1982 case of homicide versus suicide. |
| 36. | February 1986 | Hypnosis of Rick Smith, an assault victim for Detective Dan Portwood of The Dalles, Oregon Police Department. |
| 37. | March 1986 | Clallam County Sheriff's Office, Port Angeles, Washington. Consulted in death of Janet Rowland regarding blood spatter. Contact Sheriff Steve Kearns. |
| 38. | April 1986 | Alamosa Police Department, Alamosa, Colorado. Consulted in three year old murder case of Kathleen Hoefer. Contact Chief of Police Roy Orton. |
| 39. | June 1986 | McLennan County Prosecutor's Office, Waco, Texas. Consulted in murder of Melody Bolton. Contact Prosecutor Dave Deaconson. |
| 40. | October 1986 | Wahkiakum County, Washington, consultation in death of Flora Faye Heagy. Contact Sheriff Eugene Strong. |
| 41. | October 1986 | State of Oregon v. Proctor, Eugene, Oregon. Consultation and testimony on blood spatter in murder trial. Contact Deputy District Attorney Bryan Barnes. |
| 42. | November 1986 | State of Florida vs. Ed Fridovich, Fort Lauderdale, Florida. Consultation and testimony. Contact State's Attorneys Kelly Hancock or Mark Springer, Broward County State's Attorney's Office. |
| 43. | January 1987 | Miami, Florida. Consultation in the death of Stanley Cohen. Retained by law firm of Fine, Jacobsen, Schwartz, Nash, Block, and England. Contact Joseph Serota, Esq. Miami, FL. |

| | | |
|---|---|---|
| 44. | January 1987 | Los Angeles Police Department consultation in the death of Robert Hardee, LAPD Case File 86-1825375. Contact Detective Vic Pietrantoni, Southeast Division Homicide. |
| 45. | January 1987 | Clifton, Texas. Consultation in the death of Bryan Hill and retained by the law firm of Pakis, Cherry, Beard, and Giotes, Inc. Contact Dave Deaconson, Esq., Waco, Texas. |
| 46. | January 1987 | State of Oregon v. Holloway in triple homicide. Consulting in blood spatter patterns for Deputy DA A. Eglitis, Clackamas County. |
| 47. | February 1987 | Grays Harbor County in Montasano, Washington. Gunshot death of Paul Anderson. Luminol consultation. Contact Detective Mike Whelan. |
| 48. | March 1987 | State of Oregon vs. Boots. Consultation in robbery/murder trial on blood spatter Eugene, Oregon. |
| 49. | March 1987 | Buena Park, California Police Department. Consultation and assistance in crime scene evaluation on blood spatter with Detective Robin Lindley. |
| 50. | March 1987 | Riverside County Sheriff's Office, California. 1969 Welch homicide. Contact Inv. Carl Carter. |
| 51. | June 1987 | Los Angeles Police Department. Homicide investigation of Edith Porchia. Contact Detective Rick Marks. |
| 52. | June 1987 | Consultation for Allen, Kilmer, Schrader, Yazbeck, and Chenoweth in death of Wiprud. Contact Jeff Kilmer, Portland, Oregon. |
| 53. | June 1987 | Consultation for Klickitat County, Washington in death of Walter Suksdorf. Contact Lieutenant Elmer Kinder. |
| 54. | October 1987 | Lincoln County Sheriff's Office. Hypnosis of Deputy Calef in attempt homicide case. Lincoln County, Oregon. |
| 55. | November 1987 | Consultation on death of Betty Lou Hayes for Rock Island, Illinois Police Department. Contact Investigator Ron Moser. |
| 56. | November 1987 | Los Angeles Police Department Southwest Detectives. Blood pattern interpretation in Cuban homicide with flashlight. Contact Detective Rick Marks, Southwest Division. |
| 57. | November 1987 | Multnomah County District Attorney's Office consultation in the death of Steven Jackson. Contact Deputy D.A. Norm Frink. |
| 58. | January 1988 | Yakima County, Washington. Consultation in double homicide of Nickeloffs. |
| 59. | February 1988 | Consultation for Jackson, Mississippi, Sheriff's Department with Chuck Edel on use of Luminol in homicide. |
| 60. | February 1988 | Lane County District Attorney's Office. Consultation in death of Holemar. Contact Deputy D.A. Brian Barnes. |
| 61. | April 1988 | Grays Harbor, WA. Consultation in death of Kevin Papp. Contact Deputy Mike Whelan. |
| 62. | April 1988 | Broward County State Prosecutor's Office. Consultation in the death of Jay Goodman in Fort Lauderdale, Florida. Contact Deputy D.A. Kelly Hancock. |
| 63. | May 1988 | Consultation in Homicide for Duckworth, Salem, Oregon. |
| 64. | July 1988 | Consultation on hypnosis on the sexual assault of Susan Miller. Contact Colin Mathews, Alaska State Medical Board, Anchorage, Alaska. |
| 65. | July 1988 | Los Angeles Police Department. Consultation in the death of Imogene Chustz. Contact Detective Rick Marks, Southwest Detectives. |
| 66. | September 1988 | Consultation in the death of Richard Hinckley. Contact District Attorney Ulyss Stapleton, Lincoln County, Newport, Oregon. |

67.  December 1988    Newport, Oregon Police Department.  Consultation in the death of Debra Hughes.  Contact Deputy D.A. Josh Marquis.

68.  December 1988    Palmer, Alaska.  Consultation in death of Ron Price.  Expert trial testimony.  Contact Deputy D.A. Ray Brown.

69.  December 1988    Tacoma, Washington.  Consultation in double homicide of Nelson - Dethlefsen.  Contact Pierce County Deputy D.A. Chris Quinn-Brintnall.

70.  December 1988    Tacoma, Washington.  Consult in death of John Perkins.  Contact Pierce County D.A. Investigator Bruce Jackson.

71.  December 1988    Phoenix, Arizona.  Luminol and scene reconstruction consultation in aggravated assault case, defendant Paul Huebl.

72.  January 1989    Milwaukie Police Department, Oregon.  Hypnosis of Samual Rapheal, shooting victim.  Contact Chief of Police Ron Goodpastor.

73.  January 1989    Baton Rouge, Louisiana.  Consultation to Detective Odum on question of homicide or suicide in death case.

74.  March 1989    Pompano Beach Police Department, Florida.  Consultation in murder of Andrew Knudsen.  Contact State Prosecutor, Broward County, Charles Morton and Detective Kevin Butler.

75.  March 1989    Greensboro, North Carolina.  Consultation in death of Charles James Hondros.  Contact Detective Roy Forrest, Guilford County Sheriff's Office, Greensboro, North Carolina.

76.  March 1989    Greensboro, North Carolina.  Consultation in death of Roy Edward Leonard.  Contact Detective Roy Forrest, Guilford County Sheriff's Office.

77.  April 1989    Consultation in death of Paul Dunten.  Contact Deputy Prosecutor Ray Brown, State of Alaska, Department of Law, Palmer, Alaska.

78.  June 1989    Greensboro, North Carolina.  Consultation in death of Tina Duggins, suicide.  Contact State Police Det. Frank Brown.

79.  September 1989    Vancouver, Washington - Police Department.  Consultation in deaths of Neer brothers.  Contact Det. Jeff Sunby.

80.  September 1989    Louisville, Kentucky  Police Department.  Consultation in homicide of Jack Roth.  Contact Det. Mike McHugh.

81.  September 1989    Panama City, Florida - Medical Examiner's office.  Homicide of Angela Peters.  Contact M.E. Inv. Bill Johnson.

82.  September 1989    Reno, Nevada - Public Defender's office.  Homicide of Keith Bradshaw.  Contact Dep. Public Defender Jennifer Figurski.

83.  September 1989    Tucson, Arizona - Public Defender's office.  Consultation in homicide of Arthur Ryan.  Contact Public Defender Bryan Metcalf.

84.  October 1989    Frankfort, Kentucky - Kentucky State Police.  Consultation in death of Vanessa Waford.  Contact Det. Herb Stucker and Det. Stuart Brumfield.

85.  October 1989    Dupage Co. Illinois - State Prosecutors office.  Consultation in death of Peter Lange.  Contact State Prosecutor Robert Spence.

86.  November 1989    Dillingham, Alaska - District Attorney's office.  Consultation in death of Roberta Blue.  Contact Dep. District Attorney Louis Menendez.

87.  January 1990    Portland, Oregon - Attorney Mike Shinn.  Civil Consultation in death of Cheryl Keeton Cunningham.

88. February 1990    Maricopa County, Arizona - Det. Rick Falls, District Attorney K.C. Skull.  Ruby Morris homicide.

89. March 1990    Guilford County, Greensboro, N.C. - Det. R.R. Washburn.  Margaret Robinson homicide.

90. May 1990    Salem, Oregon, P.D. - Det. Mike Luyet.  Frank J. Thompson death.

91. August 1990    Lafayette, LA - Sgt. Jim Craft.  Sterling G. Faul death.

92. October 1990    Phoenix, Arizona - Maricopa County.  Contact K.C. Skull, Prosecutor in death of Bob Crane, 1978.

93. October 1990    Shelbyville, KY - Det. Herb Stucker, Kentucky State Police, Bruce Reynolds, Prosecutor in death of Becky Conway.

94. November 1990    Portland, Oregon, Atty. Michael Shinn, representing family of Doug Lapp, traffic fatality.  Hypnosis.

95. November 1990    Wilmington, Delaware - Attorney General Kathy Jennings, Prosecuting in the death of Dyan Reed.

96. December 1990    Miami, Florida, Metro Dade - Unresolved homicide.  Examination of crime scene photographs for Sgt. David Rivers.

97. February 1991    Pierce County, Washington - Bloodstain Pattern Interpretation for investigation of death of Shannon Potter.  Contact DDA Barbara Courey-Boulet.

98. March 1991    Monticello, IL - Contact State Attorney Roger Simpson, Sheryl Houser death investigation.

99. April 1991    King County - Contact Jeff Baird, Mary Kizer homicide.

100. May 1991    Alva, OK - Contact OSBI Agent Steve Tanio, Accident or Homicide Investigation in death of Stanley Erikson.

101. June 1991    Baton Rouge, LA - Lawsuit against State Police. Contact attorney Stanford Bardwell representing State.

102. July 1991    Miami, FL - Retained by attorney Joe Serota, regarding Death of Scott Storm.

103. August 1991    Pima County, AZ - Contact Investigator Jim Richards, Pima County Public Defender.  Double Homicide, victims Vinnik and Danziger.

104. September 1991    Salem, OR - Interpretation of Blood Patterns in 1973 Homicide of Lee Purvis.  Contacts: DDA Tom Hart and Sgt. Larry Stephens, Salem, Oregon Police Department.

105. September 1991    Grays Harbor, WA - Death of Jacob Jupiter.  Contact County Coroner John Bebich.

106. September 1991    Los Angeles, CA - Death of Secret Service Agent Julie Cross.  Contact Det. Richard Henry, LAPD Homicide or SA Jim Beeson, Secret Service, Los Angeles Field Office.

107. October 1991    Anaheim, CA - Rosenberger vs. City of Anaheim.  Police officer shooting.  Contact Attorney Tracy Strickland of Cotkins, Collins and Franscell, representing Anaheim Police Department.

108. November 1991    Phoenix, AZ - Death of nine persons in Buddhist Temple.  Contact Maricopa County Prosecutor K.C. Skull.

109. November 1991    Phoenix, AZ - Double Homicide of Lee Family.  Defendants Jackie Johnson/David Hyde.  Contact Maricopa County Prosecutor Noel Levy.

110. November 1991    Miami, FL - Death of Jerry Mandel.  Contact Rebecca Poston of Fine, Jacobson, Swartz, Nash, Black and England.

111. February 1992    Vancouver, WA - Death of Mike Sullivan.  Ruled Accidental.  Contact Clark County Detective Don Slagle.

*"T" = Testified      "D" = Deposition*

112.  February 1992    Greensboro, NC - Death of Colby Daye Malone.  Guilford County Sheriff's Department.  Contact Detectives D.E. Mason or P.D. Byrd.

113.  March 1992    Westport, WA - Death of Ricardo Malanody.  Contact Grays Harbor County Coroner John Bebich.

114.  March 1992    Louisville, KY - Death of Gretchen Morgan.  Contact private citizen Barbara Dunn.

115.  March 1992    Metro Dade/Miami, FL - 1961 Homicide of Joseph DiMare.  Contact Metro Dade Sgt. David Rivers.

116.  April 1992    West Palm Beach, FL - Death of James Cooney.  Contact State's Attorney Peter Magrino, Broward County State's Attorney's Office in Ft. Lauderdale.

117.  May 1992    Salt Lake City, UT - Deaths of Kastanis Family.  Contact Chief Sam Dawson, Salt Lake County Attorney's Office.

118.  June 1992    Phoenix, AZ - Death of Lorren R. Lustig.  Contact Det. Mitch Rea, Phoenix PD Homicide Bureau.

119.  June 1992    New Albany, IN - Death of Eric Humbert.  Contact 1st Deputy Prosecutor Susan L. Orth, Floyd County, Indiana.

120.  July 1992    Oregon City, OR - Death of James Kernan.  Contact Sgt. Mike Machado, Clackamas County Sheriff's Office.

121.  August 1992    New York, NY - New York v. Kevin McKiever.  Contact Asst. D. A. John Martin, District Attorney's Office, Manhattan, NY.

122.  August 1992    West Palm Beach, FL - Missing Person Michelle Clayton.  Contact Det. Cal Fenner, Palm Beach County Sheriff's Office.

123.  October 1992    Palm Beach, FL - Death of Arline Linn Vannier.  Contact Det. Christopher Morris, Palm Beach P.D.

124.  October 1992    Geneva, IL - Death of Thomas Cramsey.  Contact Kane County D.A. Joe Cullen.

125.  November 1992    Phoenix, AZ - Death of Steve E. Duncan.  Contact Maricopa County Det. Jerry Bruen, Maricopa County Sheriff's Office.

126.  November 1992    New Brunswick, NJ - State v. Chippero.  Contact Wayne Bartholomew, Dept. of Public Advocate, Middlesex Region, New Jersey.

127.  December 1992    Consultation in murder, defendant Kevin M. Holt.  Contact Lt. Col. C.A. Ryan, US Marine Corps, Legal Service Support, Camp Pendleton, CA.

128.  December 1992    Consultation in civil case, Wilson v. Meeks.  Contact Steve Robison at law firm of Fleeson, Gooing, Coulson & Kitch, Wichita, KS.

129.  December 1992    Consultation in trial of Jack Warren Davis.  Contact Bill M. Reimer, Comal County, New Braunfels, Texas.

130.  December 1992    Consultation in IL v. John Cumbee.  Contact attorney Barry Roche at Law Firm of Barry Roche, Waukegan, IL.

131.  January 1993    New Albany, IN - Death of Debra Bane.  Contact D.A. Susan Orth, Floyd Co. Prosecutor's Office.

132.  January 1993    Cut Bank, MT - Assault of Dawn LaRocque.  Contact Sgt. Ron Racine, Glacier Co. Sheriff's Office.

133.  February 1993    Naperville, IL - Death of Christine Sahs.  Contact Kathleen T. Zellner, attorney at law, Kathleen Zellner & Associates.

134.  February 1993    West Palm Beach, FL - Death of Blanche Taylor.  Contact Lt. Steve Newell, West Palm Co. Sheriff's Office.

135. February 1993    Malden, MO - State v. Edna Leigh Tucker.  Contact Stephen Sokoloff, Prosecuting Attorney, Dunklin County, Kennett, MO.

136. March 1993    Tacoma, WA - Death of Debra Endorf.  Contact Pierce Co. Prosecuting Attorney Mike Johnson.  Suspect James Endorf committed suicide prior to consultations.

137. April 1993    Great Falls, MT - Montana v. Bennett J. Pace.  Contact Det. John Cameron or Prosecutor Patrick Paul.

138. April 1993    Tacoma, WA - State v. Joshua Carter.  Contact H. Eben Gorbaty, Dep. Prosecuting Attorney, Pierce Co. Washington.

139. June 1993    Ft. Worth, TX - Texas v. William Sherman.  Contact David Escobar, Assistant States Attorney, Tarrant Co. District Attorney's Office.

140. June 1993    Ft. Lauderdale, FL - Florida v. Hamwi and Serio.  Contact Ralph Ray, Broward County State Prosecutor's Office.

141. July 1993    San Diego County, CA - California v. Kenneth Freeman.  Contact Asst. District Attorney Lori Foster.

142. October 1993    Indiana v. Stephen Whetzel.  Contact Floyd Co. Prosecutor Susan Orth, New Albany, Indiana.

143. October 1993    Death of Randy Griffith in Enterprise, Oregon. Question of Homicide or Suicide. Multnomah County District Attorney's Office.

144. November 1993    Salem, OR - Death of Leslie Montoya.  Contact Sgt. Larry Stephens or Det. Larry Russell, Salem Police Department

145. January 1994    Cook County, IL - Ill. v. Henry Kaczmarek.  Contact States Attorney Neal Goodfriend.

146. January 1994    El Centro, CA - California v. Jack Tatterson.  Contact Imperial County DDA Ann Cologne.

147. February 1994    Savannah, GA - Georgia v. Susan Campbell Pittman.  Contact Ronald M. Adams, Asst. D.A. of Chatham County in Savannah, GA.

148. February 1994    Shreveport, LA - Death of Roy Prunty.  Contact Det. Cpl. Roy Silva, Shreveport, LA Police Department.

149. February 1994    Sequim, WA - Deaths of Denise Stenson and Frank Hoerner.  Contact Det. Monte Martin or Prosecutor Dave Bruneau, Clallam County Sheriff's Office.

150. March 1994    Fountain Hills, AZ - Death of Julie Ann Patterson.  Contact Det. Charlie Norton of Maricopa County.

151. March 1994    Tigard, OR - Death of David Mader.  Contact Det. Sgt. Tom Killion, Det. Don Myers.

152. April 1994    Fairfield, ID - Death of Randall Fruit.  Contact Camas County Prosecuting Attorney Frank Nichols.

153. May 1994    Belfast, ME - Death of Judith Ann Ziobron.  Contact family members Angela Bailey, Indianapolis, Indiana or James & Dottie Black of Belfast, Maine.

154. August 1994    Los Angeles, CA - California vs. O.J. Simpson.  Contact L.A. County Prosecutors Marcia Clark and Bill Hodgman or LAPD Detectives Phil Vannetter and Tom Lange.

155. August 1994    Monterey, CA - California v. Rubacalva-Martinez.  Contact Monterey County Assistant District Attorney Marla Anderson.

156. November 1994    New Albany, IN - In re: Death of Karen Binkley.  Floyd County Prosecutor's Office. Contact District Attorney Stanley Faith or Assistant DA Susan Orth.

157. February 1995    Tacoma, WA - In re: Death of Terrell Webster.  Pierce County Prosecutor's Office. Contact Pierce Co. Prosecutor Jerry Costello or Tacoma Police Dept. Det. Karen Kelly.

*"T" = Testified      "D" = Deposition*

158. February 1995   Naperville, IL - In re: death of Jayne Kelly.  Law firm of Patty Thompson, Chicago, IL.

159. May 1995   Grand Island, NB - Death of Mark Stutzman.  Contact Attorney Fred Vipperman, Grand Island, Nebraska.

160. July 1995   Corpus Christie, TX - Death of Cedric Ross, Three Rivers Correctional Institution.  Contact Federal Public Defender Jose Gonzales-Falla re: U.S. v. Cruz.

161. July 1995   San Diego County, CA - Death of Ian Spiro family.  Contact San Diego County Sheriff's Det. Tim Carroll.

162. August 1995   Corpus Christi, TX - In re: Death of Selena.  Contact Attorney Doug Tinker and Arnold Garcia re: Texas v. Yolanda Saldivar.

163. October 1995   Fillmore, UT - In re: Utah v. Larry Harmon.  Contact Sheriff Ed Phillips or Det. John Kimball at Millard County Sheriff's Office.

164. October 1995   Portland, OR - In re: Oregon v. Earl Wilkens.  Contact Deputy District Attorney Norm Frink or Eric Bergstrom, Multnomah County, Oregon District Attorney's Office.

165. January 1996   Consultation in Death of Amy Armstrong.  Contact Jasper County Sheriff Jim Wallace or Det. B.E. Hicks, Rensselaer, Indiana.

166. January 1996   Frye Hearing for Anchorage District Attorney's office in People v. Nathaniel Carter.  Contact Mary Ann Henry or John Novak, Anchorage, Alaska.

167. January 1996   Sexual Assault of Jamie Kalani.  Contact Dep. Prosecutor June Ikemoto or Inv. Leon Gonsalves, County of Kauai in Lihue, Hawaii.

168. February 1996   Civil suit in Death of Nicole Brown Simpson.  Contact attorneys Ed Medvene or Dan Petrocelli of Mitchell, Silberberg and Knupp, Los Angeles, California.

169. February 1996   Civil suit in Death of Moises Delao, Delao v. City of Pasadena, Texas.  Contact attorneys Joel Androphy and Sandra Morehead.

170. February 1996   Consultation for State's Attorney's Office in Death of Samantha Green.  Contact: Assistant State's Attorney Laura Martin, Prince Georges County, Upper Marlboro, MD

171. February 1996   Double Homicide consultation, Inverness, Florida.  Contact: Det. Henry Wilkins, Citrus County Sheriff's Office.

172. March 1996   Tacoma, Washington - Washington v. Eggleston in Death of Pierce County Deputy Bananola.  Contact Prosecutors John Ladenburg, Assistant Lilah Amos or Chief Inv. Bruce Jackson.

173. April 1996   St. Charles County, Missouri - Missouri v. Michelle Hendrickson.  Contact: Chief trial attorney Ross Buehler or Chief Inv. Mark Henke, West Alton, Missouri.

174. April 1996   Washington v. Mohammed Entezari for Writ of Habeas Corpus.  Contact: attorney Lana Glenn or Inv. Jan Pfundheller, Spokane, Washington.

175. April 1996   Crestview, Florida - Death of Rachel Carlson and baby Alexis Stuart.  Contact Sixth Judicial District Medical Examiner Dr. Joan Wood, Largo, Florida and FDLE Criminalist Jan Johnson, Pensacola, Florida.

176. June 1996   Florida v. Manuel Rodriquez.  Contact Metro-Dade Det. Greg Smith, Sgt. David Rivers or State's Attorneys Abe Laeser and Andrew Hague.

177. June 1996   Illinois v. Quintanilla.  Contact Kane County State's Attorney Lori Anderson, St. Charles, Illinois.

178. August 1996   Indiana v. Jester - Evansville, Indiana.  Contact Cpl. Stan Ford, Evansville P.D.

179. August 1996   U.S. v. Quintanilla.  Contact: Capt. Charles Feldmann, U.S. Marine Corps, Camp Pendleton, CA.

180. September 1996    Consultation in Oregon v. Patton for Multnomah County District Attorney's Office. Contact: Mike Kuykendall, Portland, Oregon.

181. October 1996    Oregon v. David Cook.  Contact: C. Peterson,  Multnomah County Sheriff's Office, Portland, OR

182. October 1996    Consultation in Menendez civil case for attorney Tami Cicchetti, Tallahassee, Florida.

183. October  1996    NY v. Grinnell.  Contact: Genessee County 1st District Attorney Lawrence Friedman, Batavia, NY

184. December 1996    Washington v. Larry Lee Clark.  Contact Pierce County Prosecuting Attorney Kevin Benton, Tacoma, Washington.

185. December 1996    Indiana v. Edward Hosch.  Contact Marshall County Prosecuting Attorney Curtis Palmer, Plymouth, Indiana.

186. January 1997    Ennis Cosby murder case.  Contact DA Ingalls or Det. Pietrantoni, Los Angeles, CA.

187. January 1997    Kansas v. Steve Jordan.  Contact Johnson County D.A. Michael Warner in Olathe, Kansas.

188. January 1997    Deaths of Woody and Shirley Setters.  Contact Hamilton County Prosecuting Attorney Sonia Leerkamp, Noblesville, Indiana.

189. February 1997    Deaths of Jim & Star Clevenger.  Contact Marshall Co. Prosecuting Attorney Curtis Palmer, Plymouth, Indiana.

190. February 1997    New Jersey v. Daniel Bias, Jr.  Contact Warren County Prosecuting Attorney Mike McDonald in Belvidere, NJ.

191. February 1997    New York v. Rukaj.  Contact Westchester County Prosecuting Attorney Steve Bender in Westchester, NY.

192. March 1997    California v. Fernando Castro.  LA County Prosecutor Richard Ceballos, Los Angeles, CA.

193. March 1997    California v. Etienne Moore, et al.  Contact Prosecutor Jan Maurizi, Los Angeles, California.

194. March 1997    Death of Cathie Pena.  Contact Coroner Martin Avolt, Lafayette, Indiana.

195. March 1997    Alaska v. Donald Richmond.  Contact attorney Louis Menendez, Juneau, Alaska.

196. April 1997    Boots, et al v. Springfield, Oregon P.D.  Contact attorney Steve Kramer, Portland, Oregon.

197. April 1997    Nevada v. Charles Jennings.  Contact attorney Mace Yampolsky, Las Vegas, Nevada.

198. May 1997    New York v. Cajigas & Fernandez.  Contact Assistant D.A. Pat Murphy, White Plains, NY.

199. May 1997    Illinois v. Fikejs, Thompson, Aalders.  Contact Cook County Judge Nick Ford or Prosecutors Pat McGuire / Colleen Hyland.

200. June 1997    California v. Richard McWhorter.  Contact attorney James Sorena, Bakersfield, California.

201. July 1997    New York v. Michael Hale.  Contact Assistant D. A. Kyle Reeves, Brooklyn, NY.

202. July 1997    California v. Michael Johnson.  Contact Investigator Dan Miller or DDA Matt Hardy in Ventura, California.

203. September 1997    Ohio v. Hartmann/Snipes.  Contact Summit County District Attorney Becky Doherty in Akron, Ohio.

204. November 1997   Consultation in unresolved/Brown homicide.  Contact King County Detectives Peters and Knauss  in Seattle, Washington.

205. November 1997   Missouri v. John Wright.  Contact Taney County District Attorney Barney Naioti in Forsyth, Missouri.

206. December 1997   New York v. John Brust.  Contact Dutchess County District Attorney Frank Chase in Poughkeepsie, NY.

207. December 1997   Opinion provided to District Attorney Lori Loncon, Savannah, Georgia.

208. December 1997   Consultation in double homicide for Chief Tom Doyle of the Greenville Police Department, Greenville, Ohio.

209. January 1998   Consultation re: Wyoming v. Roy Ryan.  Contact District Attorney Harold Moneyhun, Sweetwater County, Wyoming.

210. January 1998   Michigan v. two PD Officers.  Contact D.A. Bob Donaldson, Wayne County, Michigan.

211. January 1998   California v. Leonard Thomas.  Contact Attorney Donnalee Huffman, Bakersfield, CA.

212. January 1998   Consultation re: Georgia v. Raynard Cook.  Contact Assistant D.A. Suzy Ockleberry, Atlanta, Georgia.

213. February 1998   Consultation re: Pierce Co. Security.  Contact Attorney Ed Winskill, Tacoma, Washington.

214. March 1998   Consultation in Indiana v. Hubbard.  Contact Prosecutor Steve Sonnega, Martinsville, Indiana.

215. March 1998   Assist Public Defender in Appeal.  Contact APD Elizabeth Phillips, Columbus, Ohio.

216. May 1998   Consultation re: Colorado v. Geddes.  Contact D.D.A. Sheila Rappaport, Denver, Colorado District Attorney's Office.

217. June 1998   Retained re: Friedland v. Charlotte for Attorney James Cooney, Charlotte, North Carolina.

218. June 1998   Consultation re: NY v. Mancuso.  Contact James A. Subjack, Chautauqua County District Attorney, Mayville, New York.

219. June 1998   New York v. Glanda.  Contact Essex County D.A. Ron Briggs, Elizabethtown, NY.

220. August 1998   Contacted by Attorney Fred Bauer, Alexandria, Virginia to assist in Delaware v. Schmitz.

221. August 1998   IL v. Kirkpatrick.  Assist in Unresolved Homicide of a 10-year-old.  Contact Illinois State's Special Appellate Attorney Ed Parkinson, Springfield, Illinois.

222. September 1998   Contact Attorney Wayland Cooke, Greensboro, North Carolina re: NC v. Tony Walker.

223. September 1998   Assist in investigation of death of John Luszcz.  Contact Lea Norbut, Putnam County Assistant Attorney General, Chicago, Illinois.

224. October 1998   Contact Assistant District Attorney Mike Paulhus, Ocean County New Jersey re: New Jersey v. Flynn.

225. December 1998   Consultation in Civil case involving police shooting.  Contact Assistant Solicitor Jaya Gokhalé, Wilmington, Delaware.

226. December 1998   Consultation re: ID v. Cheatham/Duyungan.  Contact A.G. Ken Stringfield, Idaho Attorney General's Office, Boise, Idaho.

227. December 1998   Consultation in California v. Janice Rodriguez.  Contact Deputy District Attorney Richard Madruga, San Diego County District Attorney's Office, San Diego, CA.

228. December 1998   Consultation re: Wyoming v. Webb.  Contact Attorney Richard Mulligan, Jackson Hole, WY.

229.  January 1999    Consultation in death of Ronda Reynolds.  Contact Det. Jerry Berry, Lewis County, Washington.

230.  January 1999    Consultation in M. Hernandez v. City of Los Angeles.  Contact Assistant City Attorney Honey Lewis, City Attorney's Office, Los Angeles, California.

231.  January 1999    Consultation in Death of Monika Voits.  Contact Washington County Deputy D.A. Roger Hanlon, Hillsboro, Oregon.

232.  February 1999    Death of Jody Meadows, New Albany, Indiana.  Contact Jacqueline R. Vaught, Chief Investigator, Floyd County Prosecutor's Office, New Albany, IN.

233.  February 1999    Consultation in California v. Susan Eubanks.  Contact Deputy District Attorney Bonnie Howard-Regan, San Diego County District Attorney's Office, Vista, California.

234.  March 1999    Consultation in Double Homicide for District Attorney Greg Frates, Payette County Prosecutor, Payette, Idaho.

235.  March 1999    Consultation in Idaho v. Jimmie Thomas.  Contact John Lothspeich, Prosecuting Attorney, Jerome County Prosecuting Attorneys Office, Jerome, Idaho.

236.  March 1999    Consultation for San Diego County District Attorney's Office in California v. Gerald Wolfe.  Contact Deputy District Attorney Jill Schall, San Diego County District Attorney's Office, San Diego, California.

237.  March 1999    Consultation re: Death of Nan Toder.  Contact Assistant Attorney General Kevin Byrne in Cook County State's Attorney's Office, Des Plaines, IL.

238.  April 1999    Consultation in Oregon v. John Belka.  Contact Deputy D.A. Greg Horner, Multnomah County District Attorney's Office, Portland, Oregon.

239.  May 1999    Consultation in Jill Tompkins Homicide.  Contact Assistant Chief Max Savoy, Univ. of Southwestern Louisiana, Lafayette, Louisiana.

240.  July 1999    Consultation in Delaware v. William Henry.  Contact Assistant Prosecutor Peter Letang, State of Delaware Prosecutor's Office, Wilmington, Delaware.

241.  July 1999    Consultation in Death of Timothy Chasteen.  Contact Special Agent Steve Vinsant, Tennessee Bureau of Investigation, Jacksboro, Tennessee.

242.  July 1999    Consultation in New Hampshire v. Scott King.  Contact Patrick Donovan, Sr. Assistant Attorney General, Office of the Attorney General, Concord, New Hampshire.

243.  August 1999    Consultation in civil case Barton v. City of Portland.  Contact Deputy City Attorney Nancy Martin, Portland City Attorney's Office, Portland, Oregon.

244.  September 1999    Consultation in Missouri v. Kevin Rentfro.  Contact Assistant Prosecuting Attorney Jim Gregory, St. Charles County Courthouse, St. Charles, Missouri.

245.  September 1999    Consultation in Regina v. Dougherty.  Contact Crown Attorney Bob Morris, Goderich, Ontario, Canada.

246.  November 1999    Consultation in re: California v. Nathan Ramazzini with Serologist Gary Harmor, Richmond, California.

247.  November 1999    Consultation in MI v. Fletcher.  Contact Assistant D.A. Greg Townsend, Pontiac, Michigan.

248.  November 1999    Consultation in CA v. Sackrider.  Contact Amador County D.D.A. Todd Riebe, Jackson, CA.

249.  December 1999    Consultation in civil case: Eggleston v. Pierce County.  Contact attorney Ross Burgess in Tacoma, Washington.

250. December 1999   Consultation in PA v. Whitman.  Contact District Attorney Stan Rebert, York, Pennsylvania.

251. January 2000   Consultation in MI v. Ward.  Contact Assistant D.A. Kevin Bramble, Grand Rapids, MI.

252. January 2000   Consultation with Attorney Tim Lyons in Oregon v. Exum, Gresham, Oregon.

253. January 2000   Consultation in NY v. Bonton.  Contact Asst. District Attorney Kyle Reeves, Brooklyn, NY.

254. January 2000   Consultation in HI v. Scranno.  Contact Deputy D.A. Rick Hartsell, Hilo, Hawaii.

255. February 2000   Consultation in re: Death of Alex Smith.  Contact Officer Mark Rigali, Vancouver, WA.

256. February 2000   Consultation in CA v. McGee.  Contact Deputy D.A. Stacy Running, San Diego, CA.

257. February 2000   Consultation in Oregon v. Vonstriver.  Contact Attorney Leonard Kovac, Milwaukie, Oregon.

258. February 2000   Consultation in D.C. v. Cooper.  Contact U.S. Attorney Kenneth Wainstein, Washington, D.C.

259. February 2000   Consultation in CA v. David Frediana.  Contact Deputy D.A. Valerie Summers, San Diego County District Attorney's Office, San Diego, CA.

260. March 2000   Consultation in U.S. v. Juvenile.  Contact U.S. Attorney Bob Westinghouse, Seattle, WA.

261. March 2000   Consultation in NY v. Lau.  Contact Deputy D.A. Barry Schreiber, Brooklyn, NY.

262. April 2000   Consultation in Bibb v. AMR, et al.  Contact Attorney Brian Hackley, San Bernardino, CA.

263. April 2000   Consultation re: CA v. Sacorro Caro.  Contact Deputy D.A. James Ellison, Ventura County District Attorney's Office, Ventura, CA.

264. April 2000   Consultation re: John Doe, King County Washington.  Contact Det. Sue Peters or Det. Kathy Decker.

265. April 2000   Consultation for Assistant District Attorney Steve Bender in Westchester County, NY re: NY v. Desimone.

266. May 2000   Consultation in MI v. David Duyst.  Contact Assistant P.A. Greg Boer, Kent County Prosecutor's Office, Grand Rapids, MI.

267. May 2000   Consultation re: deaths of Liana and Eric Duke.  Contact Harold Moneyhun, Chief Deputy County Attorney, Sweetwater County, Green River, WY.

268. June 2000   Consultation in US v. Willon B. Brown.  Contact Capt. Charles N. Floyd, Office of Staff Judge Advocate, Ft. Lewis, WA.

269. July 2000   Consultation re: West Virginia v. Fraley in Huntington, WV.  Contact Caball County D.A. Chris Chiles.

270. July 2000   Consultation in MA v. Grieneder.  Contact Chief Prosecuting Attorney Rick Grundy, Norfolk County District Attorney's Office, Canton, MA.

271. August 2000   Consultation in death of Patricia Bottarini. Contact Richard Lambert, Assistant U.S. Attorney, Salt Lake City, UT.

272. August 2000   Consultation re: death of Darlene Lytle.  Contact Ned McLoughlin, Senior Assistant D.A., Duchess County D.A.'s Office, Poughkeepsie, NY.

273. September 2000   Consultation in Indiana v. David Camm.  Contact Prosecutor Stan Faith, Floyd County Prosecutor's Office, New Albany, IN.

274. September 2000   Consultation in CA v. Cotton re: Death of Diaz.  Contact Charlie Keeley, Assistant District Attorney, Monterey, CA.

275. October 2000    Consultation in death of Steve Risner.  Contact William F. Schenck, Prosecuting Attorney, Greene County Prosecutor's Office, Xenia, OH.

276. November 2000    Consultation in OR v. Skottie.  Contact Deputy D.A. Brandi Shroyer, Deschutes County District Attorney's Office, Bend, OR.

277. November 2000    Consultation in Death of Thomas Sherwood.  Contact Det. Andy Thomas, Bannock County, Pocatello, Idaho.

278. December 2000    Consultation in death of J. Alvis, Baku, Azerbaijan.  Contact FBI S.A. Brad Garrett, FBI Field Office, Washington, D.C.

279. January 2001    Consultation in Texas v. Henry Skinner.  Contact Attorney Doug Robinson, Washington, D.C.

280. January 2001    Consultation in Chambers v. City of Tacoma.  Contact Assistant City Attorney Jean Homan, Tacoma, WA.

281. January 2001    Consultation in Delaware v. Duross.  Contact Deputy Attorney General Jim Rambo, Wilmington, DE.

282. February 2001    Consultation in CA v. Hugo Alcazar.  Contact San Diego County Deputy District Attorney Randy Grossman, Vista, CA.

283. March 2001    Consultation in re: Death of Ty Horton.  Contact Idaho State Police Det. Kevin Hudgens, Meridian, ID.

284. March 2001    Consultation in Nevada v. Jennings.  Contact Attorney Randy Pike, Las Vegas, NV.

285. March 2001    Death of Rose Born.  Calcasieu Parish, Lake Charles, LA.  Contact Assistant D.A. Cynthia Killingsworth.

286. April 2001    Consultation in NM v. Robert Fry.  Contact Deputy District Attorney Joe Gribble, Farmington, NM.

287. April 2001    Consultation re: Death of Robert Perry.  Contact A.G. Criminal Investigator Scott Birch, Boise Idaho.

288. April 2001    Consultation in Nevada v. Dorian Daniel.  Contact Attorney Robert Langford, Las Vegas, NV.

289. May 2001    Consultation in NY v. Rohan Myers.  Contact Assistant District Attorney Frederic Green, Westchester County D.A.'s Office, White Plains, NY.

290. June 2001    Consultation in Wyoming v. James Michael Rogers.  Contact Prosecuting Attorney Harold Moneyhun, Rock Springs, WY.

291. June 2001    Consultation in Death of Rose Born.  Contact Assistant D.A. Cynthia Killingsworth, Calcasieu Parish District Attorney's Office, Lake Charles, LA.

292. July 2001    Consultation in Oregon v. Charles Gilbert.  Contact Major Michael Gilbert, Beaverton, OR.

293. July 2001    Consultation in N Y v. Pattison.  Contact Chautauqua County District Attorney James Subjack, Mayville, NY.

294. July 2001    Consultation in NJ v. Bricker.  Contact Salem County Deputy D.A. Mike Ostrowski, Salem, NJ.

295. July 2001    Consultation in Colorado v. William and Rudy Sablan.  Contact Assistant U.S. Attorney Al LaCabe, U.S. Attorney's Office, Denver, CO.

296. August 2001    Consultation in Washington v. Daniel and Carol Carlson.  Contact Barbara Corey-Boulet, Assistant Chief/Felony Division, Pierce County Prosecutor's Office,  Tacoma, WA.

297. August 2001    Consultation in Gideon Busch v. City of New York, et al.  Contact City of New York Corporation Counsel Ingrid Box, New York, NY.

298. October 2001    Consultation in US. v. Juan Campbell.  Contact Lt. Commander Barry Harrison, Trial Service Office Pacific, Pearl Harbor, HI.

299. October 2001    Consultation in Ohio v. Demastry.  Contact Deputy District Attorney Steve Wolaver, Greene County, Xenia, Ohio.

300. October 2001    Consultation in N Y v. Bush.  Contact Chautauqua County District Attorney James Subjack, Mayville, NY.

301. November 2001    Consultation in CA v. Michael Hansen.  Contact San Diego County Deputy District Attorney Kathryn Gayle, San Diego, CA.

302. December 2001    Consultation in Indiana v. Lausterer.  Contact Floyd County Prosecutor Stan Faith, New Albany, IN.

303. December 2001    Consultation  re: NC v. Charlie Mason Alston.  Contact Attorney Mark Edwards, Durham, NC.

304. January 2002    Consultation re: NV v. Anthony Echols.  Contact Anne Langer, Chief Criminal Deputy DA, County of Carson, Carson City, NV.

305. January 2002    Consultation in WA v. Eggleston.  Contact Jim Schact, Pierce County Prosecutor's Office, Tacoma, WA.

306. January 2002    Consultation re: CO v. Garcia.  Contact Inv. Fred Cope, Jefferson Co. D.A's Office, Golden, CO.

307. February 2002    Consultation re: Death of Baby Hilbun.  Contact Prosecuting Attorney Bill Schenck, Xenia, OH.

308. February 2002    Consultation re: Estate of Leslie Menzel.  Contact Attorney Steven Glazek, Detroit, MI.

309. February 2002    Consultation re: Schwarzenbach Death (suicide v. homicide).  Contact Fred Yette, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC.

310. March 2002    Consultation re: FL v. Guarino.  Contact attorney Mark Shapiro, Miami, FL.

311. March 2002    Consultation re: Hernandez v. City of L.A.  Contact Assistant City Attorney Honey Lewis, Los Angeles, CA.

312. April 2002    Consultation re: NY v. Paul Dudley.  Contact Assistant Prosecutor Julia Cornachio, Westchester County D.A.'s Office, White Plains, NY.

313. July 2002    Consultation in Phillips v. Salem City.  Contact Attorney Kurt Frankenburg, Salt Lake City, UT.

314. August 2002    Consultation in NC v. Gell.  Contact Attorney James Cooney, Charlotte,  NC.

315. October 2002    Consultation in CA v. Jose Pasillas.  Contact DDA Carol Buck, San Diego Co. D.A.'s Office, San Diego, CA.

316. October 2002    Consultation in CA v. Marshall.  Contact Senior Deputy DA Richard Simon, Ventura County D.A.'s Office, Ventura, CA.

317. December 2002    Consultation re: IL v. Nally.  Contact DeKalb County Coroner Dennis Miller, Sycamore, IL.

318. March 2003    Consultation re: Esposito v AMR et al.  Contact Attorney Mark Smith, Las Vegas, NV.

319. April 2003    Consultation in CA v. Kennell, Grlicky, Smith.  Contact DA's Inv. Richard "Buck" Henry, San Diego, CA.

320. July 2003    Consultation re: Death of Nancy Rodriquez.  Contact Broward County State Attorney's Investigator Mike Walley, Ft. Lauderdale, FL.

321. July 2003          Consultation in CA v. Adrian Camacho.  Contact DDA David Rubin, San Diego County District Attorney's Office, San Diego, CA.

322. August 2003        Consultation in AZ v. Patrick Taylor.  Contact Sgt. Mark Fuller, Tucson Police Department, Tucson, AZ.

323. August 2003        Consultation in HI v. Yamada.  Contact Inv. Rick Hartzell, Hawaii County Prosecutor's Office, Hilo, Hawaii.

324. August 2003        Consultation in AZ v. Sweeney.  Contact DDA Maria Armijo, Maricopa County Attorney's Office, Phoenix, AZ.

325. August 2003        Consultation in WA v. Benn.  Contact Deputy Prosecuting Attorney John Neeb, Pierce County Office of the Prosecuting Attorney, Tacoma, WA.

326. October 2003       Consultation in Deaths of Alan & Diane Johnson.  Contact Prosecuting Attorney Jim Thomas, Blaine County Prosecutor's Office, Hailey, Idaho.

327. October 2003       Consultation in CA v. David Green.  Contact DDA Patrick Sequeira, Los Angeles County D.A.'s Office, Los Angeles, CA.

328. October 2003       Consultation in Death of Dawn Rothwell.  Contact Assistant US Attorney Catherine Motz, Washington, DC.

329. November 2003      Consultation in WA v. Arthur Sanchey.  Contact Yakima County Deputy Prosecuting Attorney Howard Hanson, Yakima, WA.

330. November 2003      Consultation in civil case, Tobo Investments v. James Bottarini.  Contact Paralegal Lisa Cheung for attorney Mary Gillick, Law Offices of Luce & Forward, San Diego, CA.

331. November 2003      Consultation in Arizona v. Kemp Horton.   Contact Det. Rudy Acosta, Maricopa County Sheriff's Office, Homicide Bureau Phoenix, AZ.

332. December 2003      Consultation in CA v. Robert Blake.  Contact LA County Deputy District Attorney Shellie Samuels, Los Angeles County D.A.'s Office, Los Angeles, CA.

333. January 2004       Consultation in the Death of Sue Higgins.  Contact Sgt. Doug Matthews, Evanston Police Department, Evanston, Wyoming.

334. January 2004       Consultation in Death of Bertha Anguiano.  Contact Deputy Anne Langer, Deputy Prosecuting Attorney, Carson City DA's Office, Carson City, NV.

335. January 2004       Consultation in Oklahoma case, US v Fields.  Contact Agent Mark Safarik, Quantico, Virginia.

336. February 2004      Consultation in Shirley v. City of Fontana.  Contact attorney Linda Martin, Rinos & Martin law office, Santa Ana, CA.

337. March 2004         Consultation in Death of James Silvers.  Contact Inv. Dave Lindloff, Prebble County Prosecutor's Office, Eaton, OH.

338. March  2004        Consultation in Perea v. San Bernardino County.  Contact attorney Gene Ramirez, Law Firm of Manning & Marder, Kass, Ellrod & Ramirez, Los Angeles, CA.

339. April 2004         Consultation in CA v. Bracamontes.  Contact Deputy D.A. Garland Peed, San Diego County DA's Office, Cold Case Homicide Unit, San Diego, CA.

340. April 2004         Consultation in CA v. Janet Devine.  Contact Deputy District Attorney Jennifer Gianera, San Diego County District Attorney's Office, San Diego, CA.

341. April 2004         Consultation in Death of Sandra Brewer.  Contact Det. Kathryn Walker, San Angelo Police Department Criminal Investigation Division, San Angelo, Texas.

342. May 2004           Consultation in George Wilson v. Burlington Northern RR.  Contact attorney at law David Morrison, law firm of Cosgrave, Vergeer and Kester, Portland, Oregon.

343. June 2004    Consultation in Death of Travis Posselt.  Contact Chief Deputy County Attorney Harold Moneyhun, Sweetwater County Attorney's Office, Green River, WY.

344. July 2004    Consultation in OH v. Sells.  Contact Gary A. Nasal, Miami County Prosecuting Attorney, Troy, OH.

345. August 2004    Consultation in Vertiz v City of Los Angeles.  Contact Assistant City Attorney Tony Miera, Los Angeles City Attorney's Office, Los Angeles, CA.

346. August 2004    Consultation in Idaho v. Hunt; Coroner's Inquest re: Thomas Patrick Algiers.  Contact Jay F. Rosenthal, Deputy Attorney General, Special Prosecution Unit of Idaho Attorney General's Office, Boise, Idaho.

347. August 2004    Consultation in US v. William Hall.  Contact Tad DiBiase, Deputy US Attorney, U.S. Attorney's Office, Washington, DC.

348. October 2004    Consultation in York Regional Police ATS Kamadia.  Contact attorney David Boghosian, Paterson, MacDougall, LLP (PM Law), Toronto, Ontario, Canada.

349. October 2004    Consultation in Death of Jose Vazquez.  Contact Det. Kevin Hudgens, Idaho State Police, Criminal Investigations, Meridian, ID.

350. October 2004    Consultation in Deaths of Comer/Larrison,  Contact States Attorney Joe Hettel, LaSalle County States Attorneys Office, Ottawa, IL.

351. December 2004    Consultation in Death of Scott Keith.  Contact attorney Barbara Corey, Stenberg Law Firm, Tacoma, WA.

352. January 2005    Consultation in MI v. Paul Bernard.  Contact Helen Brinkman, Kent County Assistant Prosecuting Attorney, Grand Rapids, Michigan.

353. January 2005    Consultation in IN v. Camm.  Contact Keith Henderson, Floyd County Prosecutor's Office, New Albany, IN.

354. February 2005    Consultation in Brame v. City of Tacoma and Pierce County.  Contact Dan Hamilton, Pierce County Prosecutor's Office or attorney Tim Gosselin, Burgess Fitzer Law Offices, Tacoma, WA.

355. February 2005    Consultation in WA v. Harvill.  Contact Prosecuting Attorney Susan Baur, Cowlitz County Prosecutor's Office, Kelso, WA.

356. March 2005    Consultation in  FL v. Ramirez.  Contact Assistant States Attorney Flora Seff, Miami Dade States Attorney's Office, Miami, FL

357. March 2005    Consultation in OR v. Brandon Alley.  Contact attorney at law Nancy Norlander, Tillamook, OR.

358. May 2005    Consultation re: NM v. Karen Smallwood.  Contact ADA David Foster, Santa Fe County DA's Office, Santa Fe, NM.

359. May 2005    Consultation in civil case: Blanchard Tual v. Robert Blake.  Contact attorney Eric Dubin, Irvine, CA.

360. June 2005    Consultation in Death of Thorngren.  Contact Det. Joe Miller, Meridian Police Department, Meridian, ID.

361. June 2005    Consultation re: Salvador Rivera.  Contact AUSA Kirsten Schimpff, Seattle, WA.

362. July 2005    Consultation in CA v. Buford Hayes.  Contact attorney Richard Such, First District Appellate Project, San Francisco, CA.

363. August 2005    Consultation in Death of Jesse Valero.  Contact Hillsboro Police Department Det. Jason LeCorre, Hillsboro, OR.

364.  September 2005    Consultation in CA v. William New.  Contact San Diego County Deputy District Attorney Kurt Mechals, San Diego, CA.

365.  December 2005    Consultation in IL v. Richee.  Contact Assistant States Attorney Byrne, Chicago, IL.

366.  December 2005    Consultation in Zeppetella v. 2nd Chance, et al.  Contact Attorney Joanna Herman, San Diego, CA.

367.  December 2005    Consultation in OR v. Jeremy Jones.  Contact Inv. David Potter, Milwaukie, OR.

368.  January 2006    Consultation in Rocha v. San Bernardino County.  Contact Attorney Dennis Wagner, San Bernardino, CA.

369.  January 2006    Consultation in Cubas v. Braton.  Contact Attorney Anthony Miera, Los Angeles, CA.

370.  February 2006    Consultation in TX v. Daniel Flores.  Contact Attorney Randol Stout, San Angelo, TX.

371.  February 2006    Consultation in Indiana v. Brian Schutz.  Contact Prosecuting Attorney Stacey Mrak, Pulaski County Prosecutor's Office, Winemac, Indiana.

372.  March 2006    Consultation in TX v. Kris Russell.  Contact DA's Investigator Greg Young, Wichita County DA's Office, Wichita Falls, Texas.

373.  April 2006    Consultation in CA v. Phil Spector.  Contact Attorney Robert Blasier, Eldorado Hills, CA.

374.  April 2006    Consultation in Kite v. City of Bell.  Contact Attorney Trevor Grimm, Manning & Marder, Kass, Ellrod & Ramirez, Los Angeles, CA.

375.  April 2006    Consultation in Don Paradis v. Kootenai County.  Contact Michael Kane, Attorney at Law, Boise, ID.

376.  May 2006    Consultation in Billye Venable v. City of San Diego.  Contact Assistant City Attorney Don Shanahan, San Diego, CA.

377.  July 2006    Consultation in Varner Deaths.  Contact Det. Bruce F. Kimsey, Lewis County Sheriff's Office, Chehalis, WA.

378.  August 2006    Consultation in Death of Tim Harris.  Contact Inv. Mark Adkins, Greene County Prosecuting Attorney's Office, Xenia, OH.

379.  November 2006    Consultation in CA v. Maria Rodriguez.  Contact David Norum, Monterey County District Attorney's Office, Salinas, CA.

380.  December 2006    Consultation in Deaths of Bowman/Haugen.  Contact Det. Randy Fenley, Lane County Sheriff's Office, Eugene, OR.

381.  December 2006    Consultation in US. V. Brown.  Contact Cpt. Christopher Pawloski, Ft. Lewis, WA.

382.  January 2007    Consultation in WA v. Carol & Dan Carlson:  Contact Asst. Pros. Mary Robnett, Pierce County, WA.

383.  January 2007    Consultation in Enriquez v. City of Baldwin Park.  Contact: Attorney David Torres-Siegrist, Baldwin Park, CA.

384.  March 2007    Consultation in U.S. v. Hurley.  Contact: Capt. Chris Pawloski, Ft. Lewis, WA.

385.  May 2007    Consultation in Death of Francesca Bosca.  Contact:  Sgt. Louis Porras, Minneapolis, MN.

386.  July 2007    Consultation in DE v. Robinson.  Contact: Attorney Lou Ferrara, Wilmington, DE.

387.  August 2007    Consultation in CA v. Angelica Olivares. Contact: Deputy DA Habib Balian, Los Angeles, CA.

388.  August 2007    Consultation in OR v. Stephanie Grace Horton.  Contact:  Investigator David Potter, Oregon City, OR.

389. October 2007  Consultation in HI v. Tyler Condon.  Contact:  Deputy Prosecuting Attorney Don Pacarro, Honolulu, HI.

390. November 2007  Consultation in Furr v. City of Charlotte.  Contact:  Attorney James Cooney, Charlotte, NC.

391. December 2007  Consultation in CA v. Orlosky.  Contact:  Attorney Paul Pfingst, San Diego, CA.

392. January 2008  Consultation in Madrigal v. City of Mesa, AZ, et al.  Contact: Attorney Raymond Slomski, Mesa, AZ.

393. March 2008  Consultation in Silverio, et al v. Gordon.  Contact:  Attorney David Baumgarten, San Diego, CA.

394. April 2008  Consultation in Death of Andrew Taylor.  Contact:  Lt. Tyler Truby, Bloomfield, NM.

395. August 2008  Consultation in Death of Davis Opperman.  Contact:  Sheriff Gary Anderson, Centerville, IA.

396. September 2008  Consultation in ID v. Russell Isola.  Contact:  Prosecuting Attorney Matt Williams, McCall, ID.

397. November 2008  Consultation in Death of Joe Valdez.  Contact:  Private Investigator Amy Dier, Phoenix, AZ.

398. December 2008  Consultation in Death of Dustin Wehde.  Contact:  Special Agent Trent Vileta, Sac City, IA.

399. January 2009  Consultation in AK v. Kenneth Dion.  Contact:  Public Defender Investigator Deatrich Sheffield, Anchorage, AK.

400. February 2009  Consultation in WA v. Schalchlin (Officer-involved shooting).  Contact:  Attorney Norma Rodriguez and Sal Mendoza, Kennewick, WA.

401. March 2009  Consultation in Georgia OIS Investigation.  Contact:  ADA Kellie Hill, Atlanta, GA.

402. April 2009  Consultation in CA v. Esteban Nunez.  Contact:  Attorney Brad Patton, Carlsbad, CA.

403. April 2009  Consultation in US v. Zaborsky.  Contact:  Attorney Amy Richardson, Washington, DC.

404. May 2009  Consultation in CO v. David & Eduardo Capote.  Contact: Attorney Charles Feldman, Steamboat Springs, CO.

405. May 2009  Consultation in Death of Tracy Cusick.  Contact:  Coroner Jody Bernard, Ottawa, IL.

406. July 2009  Consultation in Death of Mya Lyons.  Contact:  States Attorney Fabio Valentini, Chicago, IL.

407. July 2009  Consultation in AZ v. DeMocker.  Contact:  Detective Mike Sechez, Prescott, AZ.

408. August 2009  Consultation in Keith v. CUNA Mutual Insurance Society.  Contact: Attorney James Beck, Tacoma, WA.

409. September 2009  Consultation in WA v. Jose Morales.  Contact: Attorney Shellie Ajax, Kennewick, WA.

410. November 2009  Consultation in WY v. Troy Willoughby. Contact:  Investigator Randy Hanson, Sublette County Prosecutor Office, Pinedale, WY.

411. January 2010  Consultation in WA v. Darold Stenson.  Contact: Prosecuting Attorney Debra Kelly, Clallam County, WA.

412. March 2010  Consultation in Death of Trigg Hughes.  Contact:  Charles Hughes, College Station, TX.

413. March 2010  Consultation in MI v. Duyst.  Contact: Assistant Attorney General Laura Moody, Lansing, MI.

414. May 2010  Consultation in NY v. Frazier.  Contact:  Attorney Jim Subjack, Dunkirk, NY.

415.  July 2010        Consultation in OH v. Kevin Keith.  Contact:  Public Defender Rachel Troutman, Ohio Public Defenders Office, Columbus, OH.

416.  July 2010        Consultation in Wone v. Price, et al.  Contact:  Attorney Heather Nelson, Washington, DC.

417.  August 2010      Consultation in NY v. Anthony Disimone. Contact:  Deputy DA Tim Ward, Westchester County, White Plains, NY.

418.  September 2010   Consultation in TX v. Honish.  Contact:  Attorney Jim Shaw, Ft. Worth, TX.

419.  September 2010   Consultation in WV v. Marcum.  Contact:  Attorney Tim Rosinsky, Huntington, WV.

420.  October 2010     Consultation in Death of Lori Bible Noll.  Contact: Atty. Yarboro Sallee, Knoxville, TN.

421.  October 2010     Consultation in CA v. Corey Lyons.  Contact: Investigator Tom Parker, Santa Barbara, CA.

422.  October 2010     Consultation in Bush v. Warrington.  Contact:  Attorney Alan Lasseter, Birmingham, AL.

423.  October 2010     Consultation in Death of Cynthia Hrisco.  Contact: States Attorney Maria McCarthy, South Barrington, IL.

424.  October 2010     Consultation in Blakely v. DNR, et al.  Contact: Attorney David Morrison, Columbia, SC.

425.  October 2010     Consultation in IL v. Allan Kustok.  Contact: States Attorney Jennifer Gonzalez, Orland Park, IL.

426.  October 2010     Consultation in Death of Marriah Barron.  Contact: Detective David Johnson, Lincoln County, Brookhaven, MS.

427.  November 2010    Consultation in Cody v. Los Angeles County.  Contact:  Attorney Shareef Farag, Los Angeles, CA.

428.  February 2011    Consultation in DMC v. Los Angeles Co., et al.  Contact Attorneys Gene Ramirez and Andrea Travis, Los Angeles, CA.

429.  May 2011         Consultation in NJ v. Robert Sabatini.  Contact: Det. Ron Tobolski, Bridgeton, NJ.

430.  June 2011        Consultation in Death of Heidi Firkus.  Contact: Commander Bill Martinez, St. Paul, MN.

431.  June 2011        Consultation in Smith-Anderson v. City of Inglewood, et al.  Contact: Attorneys Gene Ramirez and Michelle Ghaltchi, Los Angeles, CA.

432.  October 2011     Consultation in CA v. Kimberly Long.  Contact:  Ken Brennan, PI.  Corona, CA.

433.  November 2011    Consultation in Death of Christein Thomson.  Contact: Julie Thomson, Wilsonville, OR.

434.  November 2011    Consultation in Thomas v. Los Angeles County.  Contact: Shareef Farag, Los Angeles, CA.

435.  December 2011    Consultation in Death of Donald Brown.  Contact: Pat Kuper, Vancouver, WA.

436.  December 2011    Consultation in AZ v. Lopez.  Contact:  Det. Mike Cruce, Oro Valley, AZ.

437.  January 2012     Consultation in OK v. Shaun Stemple/Clemency Hearing.  Contact: Tim Stemple, Tulsa, OK.

438.  January 2012     Consultation in WA v. Gregorio Luna Luna.  Contact: Atty. Karla Kane, Kennewick, WA.

439.  January 2012     Consultation in Death of Glen Horn.  Contact: Deputy Jaired Freeman, Josephine County, OR.

440.  February 2012    Consultation in Death of David Grubbs. Contact: Det. Sgt. Tighe O'Meara, Ashland Police Department, Ashland, OR.

441. February 2012    Consultation in Johnson v. Martens.  Contact:  Attorney Robert Gates, Boise, ID.

442. March 2012    Consultation in Death of William Stratton.  Contact: Attorney Tara Lawrence, Lincoln City, OR.

443. March 2012    Consultation in Death of Thomas Adams.  Contact: Rosemary MacDougall, Palm Beach Gardens, FL.

444. March 2012    Consultation in IN v. David Camm.  Contact: Special Prosecutor Stanley Levco, Indianapolis, IN.

445. April 2012    Consultation in Hernandez v. City of Los Angeles.  Contact: Attorney Dennis Elber, Los Angeles, CA.

446. April 2012    Consultation in CO v. Samuel Warren, et al.  Contact: Feldmann Nagel, LLC, Steamboat Springs, CO.

447. May 2012    Consultation in NJ v. Frank MacLaine.  Contact: First Assistant Attorney Bill Brennan, Salem County, Salem, NJ.

448. June 2012    Consultation in Ellison v. City of San Bernardino, et al.  Contact: City Attorney Tim Day, San Bernardino, CA.

449. July 2012    Consultation in MD v. Alexis Simpson.  Contact: Assistant States Attorney Christine Murphy, Prince George County, Maryland.

450. August 2012    Consultation in Smithen v. USA.  Contact: US Attorney David Wallace, San Diego, CA.

451. August 2012    Consultation in Naily Nida v. City of Downey.  Contact: Attorneys Missy O'Linn and Tony Sain of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

452. October 2012    Consultation in Death of Heidy Truman.  Contact:  Det. Tom Wallace, Orem, UT.

453. December 2012    Consultation in Death of Mary Holmes.  Contact:  Det. Terry Johnson, DPS, Thatcher, AZ.

454. January 2013    Consultation in UT v. Wall (Death of Uta VonSchwedler).  Contact: Det. Cordon Parks, Salt Lake City, UT.

455. May 2013    Consultation in Montana v. Casey Lee Carlos.  Contact:  Asst. Atty. General Catherine Truman, Helena, MT.

456. June 2013    Consultation in Roberson v. ZPNC.  Contact: Attorney Joe Pierry, Long Beach, CA.

457. June 2013    Consultation in Death of Vanessa Husband.  Contact: PI Chris Peterson, Vancouver, WA.

458. June 2013    Consultation in Death of Daren Singer.  Contact: Asst. Atty. Kevin Takata, Kauai, HI.

459. June 2013    Consultation in Death of Emilia Baron.  Contact:  Asst. Atty. Kevin Takata, Kauai, HI.

460. July 2013    Consultation in Garcia v. Monterey Park.  Contact: Atty. Tim Kral of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

461. Sept. 2013    Consultation in Death of Hilia Jarve.  Contact: Asst. Atty. Howard Shapiro.  Cumberland County, NJ.

462. Sept. 2013    Consultation in AZ v. Rodney Hardy.  Contact: Public Def. Charmill Roy, Phoenix, AZ.

463. Oct. 2013    Consultation in TX v. Winchester.  Contact: Attorney Randal Stout, San Angelo, TX.

464. Oct. 2013    Consultation in FL v. Ingraham, Forbes & Delancy.  Contact: States Atty. Jeff Marcus, Ft. Lauderdale, FL.

465. Nov. 2013    Consultation in WV v. Teresa Baker.  Contact:  Prosecutor Chris Chiles, Huntington, WV.

466. Feb. 2014    Consultation in Rivera v. City of Azusa.  Contact:  Atty. Tony Sain, Los Angeles, CA.

467. May 2014    Consultation in NM v. Matias Lova.  Contact: Det. Fabian Picaso, Otero County, Alamogordo, NM.

468. May 2014    Consultation in Homicide of Nancy Jones.  Contact:  Prosecuting Atty. Kevin Takata, Kauai, HI.

469. May 2014    Consultation in Homicide of Lisa Bissell.  Contact:  Prosecuting Atty. Kevin Takata, Kauai, HI.

470. May 2014    Consultation in Homicide of Joyce Fox.  Contact:  Prosecuting Atty. Kevin Takata, Kauai, HI

471. July 2014    Consultation in Reyes v. City of Fresno, et al.  Contact:  Atty. Tony Sain or Atty. Missy O'Linn of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

472. Aug. 2014    Consultation in Goodman v. LAPD.  Contact:  Atty. Ankur Tarneja, Los Angeles, CA.

473. Aug. 2014    Consultation in Death of Eleanor Roberts.  Contact: Det. Jay Shroda, Wisconsin Rapids, WI.

474. Sept. 2014    Consultation in ID v. Morales-Larranaga.  Contact:  PA Barry McHugh, Coeur D'Alene, ID.

475. Sept. 2014    Consultation in Death of Lloyd Rubio.  Contact:  Det. Wendall Carter, Hilo, HI.

476. Oct. 2014    Consultation in ID v. Keith Blankenship.  Contact: PA Jim Thomas, Hailey, ID.

477. Nov. 2014    Consultation in Williams v. City of Colton, CA (OIS).  Contact: Atty. Tony Sain or Atty. Gene Ramirez of Manning & Case, Ellrod, Ramirez, Trester, Los Angeles, CA.

478. Nov. 2014    Consultation in AZ v. Jesus Tober.  Contact:  Atty. Kerrie Droban, Phoenix, AZ.

479. Dec. 2014    Consultation in NV v. Bugarello.  Contact:  Atty. Theresa Ristenpart, Reno, NV.

480. Dec. 2014    Consultation in AZ v. Kevin Goodwin.  Contact:  Atty. Scott Campbell, Florence, AZ.

481. Mar. 2015    Consultation in Robinson v. City of Garland. Contact: Atty. Scott Levine, Garland, TX.

482. April 2015    Consultation in Death of Julie Black.  Contact: PA Anne Langer, Storey County, NV.

483. May 2015    Consultation in ID v. Eldon Samuel.  Contact: ADA Art Verharen, Kootenai County, ID.

484. June 2015    Consultation in Morales v. City of Gardena.  Contact: Atty. Courtney Arbucci or Atty. Gene Ramirez of Manning & Cass, Ellrod, Ramirez, Trester, Los Angeles, CA.

485. July 2015    Consultation in SD v. Don McDougal.  Contact: Atty. Chris Nipe, Mitchell, SD.

486. Aug. 2015    Consultation in WY v. Hartman & Vincent.  Contact:  PA Clay Kainer, Pinedale, WY.

487. Aug. 2015    Consultation in CA v. Blueford.  Contact: DDA  David Bost, San Diego, CA.

488. Oct. 2015    Consultation in Lisa Tamashiro Homicide.  Contact: Inv. John Burgess, Lihue, HI.

489. Oct. 2015    Consultation in ID v. Michael Dauber.  Contact: Det. Vickie Gooch, Idaho City, ID.

490. Nov. 2015    Consultation in CA v. Melissa Hayes-Spencer.  Contact:  DDA C.J. Mody, Chula Vista, CA.

491. Dec. 2015    Consultation in Mitchell v. City of Columbia, et al.  Contact: Atty. Will Davidson, Columbia, SC.

492. Jan. 2016    Consultation in Dolak v. City of Torrance, et al.  Contact:  Atty. Courtney Arbucci, Torrance, CA.

493. Jan. 2016    Consultation in UT v. Folsom.  Contact: Atty. Robert Breeze, Salt Lake City, UT.

T  494. Feb. 2016    Consultation in AZ v. Hansen.  Contact:  Atty. Grant Woods, Glendale, AZ.

D  495. Feb. 2016    Consultation in Donaldson v. USA.  Contact: US Atty. Paul Starita, San Diego, CA.

496. Aug. 2016    Consultation in NV v. Russell.  Contact: PD Linda Nordvig, Washoe County, NV.

497. Aug. 2016    Consultation in Beltran-Serrano v. City of Tacoma. Contact: Atty. Jean Homan, Tacoma, WA.

498. Aug. 2016    Consultation in JAM v. Los Angeles County Sheriff's Office.  Contact: Atty. Doug Day, San Bernardino, CA.

499. Aug. 2016    Consultation in Edwards v. County of Riverside.  Contact: Atty. Tony Sain, Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

500. Aug. 2016    Consultation in WV v. Micah LeMaster.  Contact: Atty. Connor Robertson, Huntington, WV.

501. Jan. 2017    Consultation in Shirley v. City of Torrance.  Contact: Atty. Courtney Arbucci, Los Angeles, CA.

502. Feb. 2017    Consultation in NV v. Tappin.  Contact: Asst. PUB Def. Joanna Roberts, Washoe County, NV.

T  503. Mar. 2017    Consultation in Withers v. Frates, et al.  Contact: Chief Chris Melgard, Oregon State Penitentiary, Pendleton, OR.

504. Mar. 2017    Consultation in Hockaday v. City of Oxnard.  Contact:  Atty. Mike Watts, Oxnard, CA.

505. Mar. 2017    Consultation in ID v. Jonathon Renfro.  Contact: Asst. Pros. Jed Whitaker, Kootenai County, ID.

T  506. April 2017    Consultation in IL v. Gregory Houser.  Contact: Asst. States Atty. Elizabeth Dobsen, Piatt County, IL.

507. May 2017    Consultation in New Mexico v. Martens, et al.  Contact: Dep. DA Atty. Greer Rose, Bernalillo County, NM.

508. June 2017    Consultation in Borner v. Klamath Falls.  Contact: Atty. Casey Murdock, Klamath Falls, OR.

D  509. July 2017    Consultation in Irwin v. Sacramento County.  Contact:  Atty. Nicole Cahill, Sacramento, CA.

510. Aug. 2017    Consultation in Gamino v. Riverside County.  Contact: Atty. Lynn Carpenter, Riverside County, CA.

511. Aug. 2017    Consultation in Shalabi v. City of Fontana.  Contact: Atty. Pancy Lin, Fontana, CA.

512. Oct. 2017    Consultation in Dacus v. St. Vincent's.  Contact:  Atty. Kevin Homiak, Erie, PA.

513. Dec. 2017    Consultation in Lopez v. City of Torrance.  Contact:  Atty. Missy O'Linn of Manning & Cass, Ellrod, Ramirez, Trester, Los Angeles, CA.

514. Dec. 2017    Consultation in Tucker v. Riverside County.  Contact: Atty. Lynn Carpenter, Temecula, CA.

515. Dec. 2017    Consultation in C.M./Bowers v. County of Los Angeles.  Contact: Atty. Jill Williams, Castaic, CA.

516. Jan. 2018    Consultation in Wright v. City of Philadelphia.  Contact:  City Atty. Michael Miller, Philadelphia, PA.

517. Jan. 2018    Consultation in Death of Robert Nighswonder.  Contact:  Frances Robbins, Belle Vista, AR.

518. Jan. 2018    Consultation in R.J./Jaradat v. City of Los Angeles.  Contact, Atty. Andrea Kornblau or Atty. Tony Sain of Manning & Cass, Ellrod, Ramirez, Trester, Los Angeles, CA.

519. Feb. 2018    Consultation in Lopez, et al v. Syringa Property Management.  Contact: Atty. Marc Shuter or Atty. Neil Blake, Albuquerque, NM.

520. March 2018    Consultation in D.C.G. v. City of Santa Ana.  Contact: Atty. Jill Williams, Santa Ana, CA.

521. March 2018    Consultation in DUH v. City of Beaumont, et al.  Contact: Atty. Andrea Kornblau or Atty. Gene Ramirez of Manning & Cass, Ellrod, Ramirez, Tester, Los Angeles, CA.

522. March 2018    Consultation in Ornelas v. City of Colton.  Contact: Atty. Tony Sain or Atty. Andrea Kornblau of Manning & Cass, Ellrod, Ramirez, Trester, Los Angeles, CA.

523. April 2018    Consultation in CA v. Angel Lujan.  Contact: Trenton Packer, Riverside, CA.

524. May 2018    Consultation in SD v. Anthony Lewis. Contact: Atty. Chris Nipe, Mitchell, SD.

525. June 2018    Consultation in Death of Kirk Ewell.  Contact:  David Ewell, Solvang, CA.

526. Aug. 2018    Consultation in Vasquez v. Riverside County.  Contact:  Atty. Arthur Cunningham or Atty. James Packer, San Bernardino, CA.

527. Aug. 2018    Consultation in Vivas v. Riverside County.  Contact: Atty. Arthur Cunningham or Atty. James Packer, San Bernardino, CA.

D   528. Aug. 2018    Consultation in Ngo v. Riverside County.  Contact:  Andrea Kornblau or Atty. Tony Sain, of Manning & Cass, Ellrod, Ramirez, Trester, Los Angeles, CA.

529. Sept. 2018    Consultation in Death of Christain Hopson.  Contact: Atty. Emmanuel Obi, Dallas, TX.

530. Dec. 2018    Consultation in Hester v. City of Ashtabula.  Contact: Atty. John McLandrich of Mazanec, Raskin & Ryder, Cleveland, OH.

531. Jan. 2019    Consultation in Goodwin v. N. Royalton City.  Contact:  Atty. John McLandrich of Mazanec, Raskin & Ryder, Cleveland, OH.

532. Jan. 2019    Consultation in Mendez v. Sacramento County.  Contact: Atty. Nicole Cahill of Longyear, O'Dea & Lavra, Sacramento, CA.

D   533. Feb. 2019    Consultation in Najera v. Riverside County.  Contact: Atty. Andrea Kornblau of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

534. Feb. 2019    Consultation in Death of Joshua Bass.  Contact: John Bass, Langsville, OH.

535. March 2019    Consultation in Assault of John Tallant.  Contact:  Atty. Liz Montoya or Atty. Brian Gallik, Ennis, MT.

536. March 2019    Consultation in Death of John Dahm.  Contact: Atty. Liz Montoya, Ennis, MT.

537. March 2019    Consultation in Gutierrez v. City of Gardena.  Contact:  Atty. Andrea Kornblau or Atty. Angela Powell of Manning & Kass, Ellrod, Ramirez, Trester,  Gardena, CA.

538. May 2019    Consultation in Tabares v. City of Huntington Beach.  Contact: Atty. Daniel Cha, Huntington Beach, CA.

539. May 2019    Consultation in McIntyre v. Sacramento County.  Contact:  Atty. Nicole Cahill of Longyear, O'Dea, Lavra, Sacramento, CA.

540. May 2019    Consultation in Garcia v. Zebroski.  Contact: Atty. Haasty Burns, Los Angeles, CA.

541. June 2019    Consultation in CA v. Luke Liu.  Contact: Atty. Michael Schwartz of Rains, Lucia, Stern, St. Phalle & Silver, Los Angeles, CA.

542. July 2019    Consultation in Guevara v. City of Colton.  Contact:  Atty. Lynn Carpenter of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

543. July 2019    Consultation in MD v. Ricardo Musculino.  Contact: Atty. Catherine Flynn, Baltimore, MD.

544. August 2019    Consultation in US v. Michael Webb.  Contact:  Public Defender Brook Antonio, Ft. Worth, TX.

545. Sept. 2019    Consultation in CA v. Gerardo Lopez.  Contact: Inv. Marek Kasprzyk, Riverside, CA.

D  546. Sept. 2019    Consultation in Fajardo. City of Bakersfield.  Contact:  Atty. Heather Cohen of Marderosian & Cohen, Bakersfield, CA.

547. Oct. 2019    Consultation in CA v. Thomas Scott.  Contact:  Inv. Marek Kasprzyk, Riverside, CA.

548. Oct. 2019    Consultation in Death of Sierra Ceccarelli.  Contact: Det. Dave Nevills, Reno, NV.

549. Jan. 2020    Consultation in Knibbs v. Macon County Sheriff's Office.  Contact: Atty. Patrick Flanagan, Macon County, GA.

550. Feb. 2020    Consultation in Death of Jimmy Atchison.  Contact: Atty. Kara Roberts, Fulton County DA's Office, Atlanta, GA.

551. Feb. 2020    Consultation in Death of Jamarion Robinson.  Contact: Atty. Kara Roberts, Fulton County DA's Office, Atlanta, GA.

552. April 2020    Consultation in Florida v. Ken Nicholson.  Contact: Atty. Ken Padowitz, Ft. Lauderdale, FL.

553. April 2020    Consultation in Florida v. Ben Siegel.  Contact: Atty. Ken Padowitz, Ft. Lauderdale, FL.

554. May 2020    Consultation in Channel Centeno v. City of Fresno.  Contact: Atty. Missy O'Linn or Atty. Tony Sain of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

555. June 2020    Consultation in Death of Shannon Rose.  Contact:  Dep. Jared Freeman, Gold Beach, OR.

556. July 2020    Consultation in Alves v. Riverside County.  Contact: Atty. Garros Chan of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

557. July 2020    Consultation in Coley v. Ventura County.  Contact: Atty. Michael Watts of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

558. Aug. 2020    Consultation in Death of Anthony Smith.  Contact:  Alpha Smith, Houston, TX.

559. Sept. 2020    Consultation in South Dakota v. Devon Lopez.  Contact:  Atty. Chris Nipe, Langton, SD.

560. Sept. 2020    Consultation in Fernando Cruz v. Riverside County.  Contact:  Atty. Tony Sain or Atty. Tori Bakken of Lewis, Brisbois, Bisgaard & Smith, Los Angeles, CA.

561. Oct. 2020    Consultation in Hermilo Silva v. USA.  Contact:  Atty. Roberto Ramirez, Laredo, TX.

562. Oct. 2020    Consultation in Campbell v. Greyhound, et cal.  Contact: Atty. Esther Holm of Lewis, Brisbois, Bisgaard & Smith, Los Angeles, CA.

563. Nov. 2020    Consultation in Haynes v. City of Torrance, CA.  Contact:  Atty. Michael Watts of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

D  564. Nov. 2020    Consultation in Allen v. San Bernardino County, CA.  Contact:  Atty. Dennis Wagner, San Bernardino, CA.

565. March 2021    Consultation in IL v. Wm. Krasawski. Contact:  Carol Hussey/William Krasawski, Joliet Il.

566. May 2021    Consultation in Statler v. City of Inglewood, CA.  Contact:  Atty. George Mallory, Inglewood, CA.

567. May 2021    Consultation in Bermudez v. San Bernardino County, CA.  Contact: Atty. Lynn Carpenter of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

568. June 2021    Consultation in Martinez v. Rogers County, OK. Contact: Atty. Thomas LeBlanc, Tulsa, OK.

D  569. June 2021    Consultation in Nunis v. City of Chula Vista, CA.  Contact: Tony Sain/Tori Bakken of Lewis, Brisbois, Bisgaard & Smith, Los Angeles, CA.

D 570. Aug. 2021     Consultation in Lowrie v. Riverside County, CA.  Contact: Attys. Tony Sain/Tori Bakken of Lewis, Brisbois, Bisgaard & Smith, Los Angeles, CA.

571. Oct. 2021     Consultation in Stephenson v. Riverside County, CA.  Contact: Attys. Tony Sain/Tori Bakken of Lewis, Brisbois, Bisgaard & Smith, Los Angeles, CA.

572. Oct. 2021     Consultation in US v. James Green.  Contact: US Fed. Pub. Def. David Sloan, Lubbock, TX.

573. Nov. 2021     Consultation in Death of Adam Toledo.  Contact: Atty. Joel Hirschhorn, Miami, FL.

574. Nov. 2021     Consultation in Zaragoza v. Riverside County.  Contact: Atty. Garros Chan of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

D 575. Nov. 2021     Consultation in Horton v. San Diego County.  Contact:  Atty. Steve Inman, Office of San Diego County Counsel, San Diego, CA.

576. Dec. 2021     Consultation in Death of Darbie Kramer.  Contact: Ken Brennan, Indian River So. Florida.

D 577. Dec. 2021     Consultation in Barbosa v. Shasta County.  Contact:  Attys. Kayleigh Anderson/Lynn Carpenter of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

D 578  Jan. 2022     Consultation in Monroy v. Riverside County.  Contact:  Attys. Deann Rivard/Craig Smith of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

579. April 2022     Consultation in CA v. A$AP Rocky.  Contact: Attys. Alan Jackson/Caleb Mason of Werksman, Jackson & Quinn, Los Angeles, CA.

580. June 2022     Consultation in the Death of Lana Bailey.  Contact:  Sgt. Javier Marquez, North Powder, OR.

581. July 2022     Consultation in ID v. Daybell.  Contact: Atty. John Prior of Law Office of John Prior, Meridian, ID.

582. Sept. 2022     Consultation in ID v. Jim Russell.  Contact: Atty. Sean Walsh, Coeur d'Alene, ID.

583. Oct. 2022     Consultation in US v. Phillip Woods.  Contact: Lt.Cdr. Anthony Meyers, Honolulu, HI.

584. Oct. 2022     Consultation in Sampson v. City of Fresno.  Contact: Atty. Lynn Carpenter of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

585. Oct. 2022     Consultation in Arvizu v. City of Fresno.  Contact: Atty. Lynn Carpenter of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

D 586. Nov. 2022     Consultation in Magdaleno v. Riverside County Sheriff's Office.  Contact:  Atty. Tori Bakken of Lewis Brisbois, Los Angeles, CA.

587. Nov. 2022     Consultation in Missing Person Miles Stanton.  Contact:  Atty. Cris Armenta, Law Office of Cris Armenta, San Diego, CA.

D 588. Dec. 2022     Consultation in Cox v. Hill, et al.  Contact: Atty. Lawson Hester of Sumrell, Sugg, PA, High Point, SC.

589. Jan. 2023     Consultation in Hernandez v. City of Fresno.  Contact: Atty. Lynn Carpenter of Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

590. Mar. 2023     Consultation in MA v. Dennis Dechaine.  Contact: Atty. John Nale, Waterville, Maine.

D 591. May 2023     Consultation in MO v. Wm. Hawkins.  Contact: Atty. Carl Kinsky, St. Genevieve, MO. (2 depositions)

592. May 2023     Consultation in T. Sartor v. Riverside County.  Contact: Atty. Tony Sain, Lewis-Brisbois Law Office, Los Angeles, CA.

D  593.  May 2023      Consultation in Brown v. San Bernardino County.  Contact: Atty. Tamara Heathcote of Lynberg & Watkins, Orange, CA.

594.  June 2023      Consultation in Busker v. McCarthy.  Contact: Atty. James J. Shield, Lewis-Brisbois Law Office, Galino, IL.

595.  July 2023      Consultation in USA v. Navarette. Contact: Atty. Joni Stahl, US Attorney's Office/New Mexico, Albuquerque, NM.

T  596.  July 2023      Consultation in FL v. Rodriguez-Albisu.  Contact: Atty. Ken Padowitz, Davie, FL.

597.  July 2023      Consultation in OR v. Price.  Contact: OPDS/Atty. Gabriela Perez-Mendoza, Salem, OR.

598.  July 2023      Consultation in Perez-Cortez v. Riverside County.  Contact:  Atty. Tori Bakken, Lewis-Brisbois, Los Angeles, CA.

599.  July 2023      Consultation in A.J.P v. San Bernardino County.  Contact: Atty. Kayleigh Andersen, Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

600.  Aug. 2023      Consultation in Castillo v. City of Salem.  Contact: Atty. Andrew Campbell, Heltzel Williams, PC, Salem, OR.

601.  Oct. 2023      Consultation in OR v. Shaun Maki.  Contact: OPDS/Atty. Steve Lindsey, Salem, OR.

602.  Nov. 2023      Consultation in Saldivar v. City of Riverside. Contact: Atty. Rebecca McKee Reinbold, Riverside, CA.

603.  Jan. 2024      Consultation in Adams v. City of San Bernardino.  Contact: Atty. Steve Rothans, San Bernardino, CA.

604.  April 2024      Consultation in CA v. Daniel Cervantes.  Contact Atty. Erin Ormonde, Fresno, CA.

605.  April 2024      Consultation in Schultz v. McElhannon.  Contact: Atty. Dan Schanz, Lincoln County, OR.

606.  April 2024      Consultation in Tracy v. City of Riverside.  Contact: Atty. Heather Gray-Reinbold, City of Riverside, CA.

607.  April 2024      Consultation in OR v. William Tiemann. Contact: Atty. Ross Denison  Roseburg, OR.

608.  June 2024      Consultation in S.L. Llamas v. Riverside County: CA Contact: Atty. Kayleigh Andersen, Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

609.  June 2024      Consultation in OR v. Christopher Brown.  Contact: Atty. Rebecca Gouge, Springfield, OR.

610.  Aug. 2024      Consultation in OR v. Simonian. Contact: Atty. Ros Denison, Josphine County, OR.

611.  Aug. 2024      Consultation in Alvarez v. City of Fresno. Contact: Atty. Nichole Santiago, Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

D  612.  Aug. 2024      Consultation in Kirkman v. CHP, et al. Contact: Atty. Ashley Reyes, Los Angeles, CA.

613.  Oct. 2024      Consultation in Diaz v. CHP. Contact: Atty. Ashley Reyes, Willows, CA.

614.  Oct. 2024      Consultation in OR v. Villaneuva.  Contact: Atty. Rebecca Gouge, Eugene, OR

615.  Dec. 2024      Consultation in Roberts v. City of Fairbanks, AK.  Contact: Atty. Matthew Singer, Fairbanks, CA.

616.  Jan. 2025      Consultation in Valdivia v. City of Covina, CA.  Contact: Atty. Roselynn Wilfert. Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

617.  Feb. 2025      Consultation in Jackson v. City of Fresno, CA.  Contact: Atty. Nichole Santiago, Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

618.  March 2025      Consultation in Olivares v. City of Fresno.  Contact: Atty. Maya Sorenson, Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

*"T" = Testified      "D" = Deposition*
*Professional Consultations*                    Page 58                    C.V. of Rod Englert

619. March 2025   Consultation in Aguilera v. City of Fresno. Contact:  Atty. Nichole Santiago, Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

620. May 2025   Consultation in Sanchez v. City of Baldwin Park.  Contact:  Atty. Roselynn Wilfert, Manning & Kass, Ellrod, Ramirez, Trester, Los Angeles, CA.

621. May 2025   Consultation in GA v. Ryan Cooper.  Contact: DA Greg Edwards, Dougherty County, Albany, GA.

622. June 2025   Consultation in Death of Suchir Balaji.  Contact: Poornima Ramarao, San Francisco, CA.

623. June 2025   Consultation in OR v. Reina Jackson.  Contact: Atty. Andrew Coit/Oregon Public Defense Commission, North Bend, OR.

624. Aug. 2025   Consultation in OR v. Jared Norman.  Contact:  Atty. Cameron Taylor/Oregon Public Defense Commission,  Sweet Home. OR.

625. Aug. 2025   Consultation in US v. Holloway.  Contact: CAPT. Mike Green, US Army, Ft. Hood, TX.

626. Aug. 2025   Consultation in OR v. Fuller.  Contact: Atty. Willow Hillman/Oregon Public Defense Commission, Deadwood, OR.


T   ** See 174.   Entezari v. Pell, Clark County, WA, Superior Court.  Testified Nov. 2024. **


Revised 8/29/2025

## DECLARATION OF SERVICE BY E-MAIL

Case Name:    ***Gonzalez v. State of California, et al.***
Case No.:    **5:25-cv-00331-KK-DTB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  My business address is: 2550 Mariposa Mall, Room 5090, Fresno, CA  93721-2271.   My electronic service address is Ashley.Reyes@doj.ca.gov.

On <u>December 4, 2025</u>, I served the attached **STATE DEFENDANTS' DESIGNATION OF EXPERT WITNESSES** by transmitting a true copy via electronic mail, addressed as follows:

Trenton C. Packer
GRECH, PACKER & HANKS
tpacker@grechpackerlaw.com
kppham@grechpackerlaw.com
***Attorney for Plaintiff***

Dale K. Galipo
Marcel F. Sincich
LAW OFFICES OF DALE K. GALIPO
dalekgalipo@yahoo.com
msincich@galipolaw.com
sanderson@galipolaw.com
***Attorney for Plaintiff***

Eugene P. Ramirez
Andrea Kornblau
Khouland Pearson
MANNING & KASS, ELLROD,
RAMIREZ, TRESTER LLP
eugene.ramirez@manningkass.com
andrea.kornblau@manningkass.com
Khouloud.Pearson@manningkass.com
***Attorneys for Defendants City of Hemet,***
***Patrick Sobaszek and Andrew Reynoso***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 4, 2025, at Fresno, California.

| A.  Reyes | /s/ A. Reyes |
|---|---|
| Declarant | Signature |

SD2025300206/95626723.docx