# EXHIBIT 2

| | |
|---|---|
| **From:** | Mario Garcia |
| **To:** | "Stefany Anderson"; Ashley Reyes; Carrie Vue; Judith Milch; Norman Morrison; Andrea K. Kornblau; Eugene P. Ramirez; Victoria A. Barry; Trenton Packer; Alan Hoffman; Christopher Kinney; Marcel Sincich; Kayla Peña-Pham; Khouloud Pearson |
| **Cc:** | Marcel Sincich; Trenton Packer; Kayla Peña-Pham |
| **Subject:** | RE: Gonzalez v. CHP et al.; Plaintiff expert depositions |
| **Date:** | Wednesday, December 31, 2025 10:19:00 AM |
| **Attachments:** | image001.png |

Good Morning,

Rod Englert will be out of the country in January 2026. He will not be returning until February 2026. The soonest date he can be available for his deposition is February 9, 2026.

Respectfully,

Mario E. Garcia

Deputy Attorney General

Tort & Condemnation Section

California Department of Justice

Office of the Attorney General

300 S. Spring Street, Suite 1702

Los Angeles, California 90013

Phone: (213) 269-6294

E-Mail: Mario.Garcia@doj.ca.gov



**From:** Stefany Anderson <sanderson@galipolaw.com>
**Sent:** Wednesday, December 31, 2025 9:50 AM
**To:** Mario Garcia <Mario.Garcia@doj.ca.gov>; Ashley Reyes <Ashley.Reyes@doj.ca.gov>; Carrie Vue <Carrie.Vue@doj.ca.gov>; Judith Milch <Judith.Milch@doj.ca.gov>; Norman Morrison <Norman.Morrison@doj.ca.gov>; Andrea K. Kornblau <andrea.kornblau@manningkass.com>; Eugene P. Ramirez <eugene.ramirez@manningkass.com>; Victoria A. Barry <victoria.barry@manningkass.com>; Trenton Packer <tpacker@grechpackerlaw.com>; Alan Hoffman <Alan.Hoffman@manningkass.com>; Christopher Kinney <christopher.kinney@manningkass.com>; Marcel Sincich <msincich@galipolaw.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Khouloud Pearson <khouloud.pearson@manningkass.com>
**Cc:** Marcel Sincich <msincich@galipolaw.com>; Trenton Packer <tpacker@grechpackerlaw.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>
**Subject:** RE: Gonzalez v. CHP et al.; Plaintiff expert depositions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good morning Counsel, we are checking availability with our experts and will let you know as soon as possible.  Also, please provide our office with dates of availability for Mr. Englert and Dr. Kode per my email sent on December 22, 2025.

Thank you.

Best Regards,

Stefany

**From:** Mario Garcia <Mario.Garcia@doj.ca.gov>
**Sent:** Tuesday, December 30, 2025 4:55 PM
**To:** Marcel Sincich <msincich@galipolaw.com>; Trenton Packer <tpacker@grechpackerlaw.com>; Kayla Peña-Pham <kppham@grechpackerlaw.com>; Stefany Anderson <sanderson@galipolaw.com>; dalekgalipo@yahoo.com; Alejandro Monguia <amonguia@galipolaw.com>
**Cc:** Norman Morrison <Norman.Morrison@doj.ca.gov>; Judith Milch <Judith.Milch@doj.ca.gov>; Carrie Vue <Carrie.Vue@doj.ca.gov>; Ashley Reyes <Ashley.Reyes@doj.ca.gov>
**Subject:** Gonzalez v. CHP et al.; Plaintiff expert depositions

Hi Marcel,

Nice speaking with you. Are your experts (Jeffrey Noble, Scott Holdaway, and Dr. Ryan O'Connor) available for a deposition on January 5th in the afternoon, January 6th in the afternoon, and/or January 7th?

Also, Rod Englert is not available for deposition on January 5 because he will be out of the country.

Please provide their availability by tomorrow, December 31, 2025, at 5pm.

Thanks.

Respectfully,

Mario E. Garcia
Deputy Attorney General
Tort & Condemnation Section
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: (213) 269-6294

E-Mail: Mario.Garcia@doj.ca.gov



CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.