EXHIBIT 5

| From: | Mario Garcia |
|---|---|
| To: | dalekgalipo@yahoo.com; Marcel Sincich; Trenton Packer; Andrea K. Kornblau; "kimberly.aceves@manningkass.com" |
| Cc: | Catherine Woodbridge; Jessica Marek; Amie Bears; Judith Milch |
| Subject: | Gonzalez v. CHP et al.; Rod Englert deposition |
| Date: | Monday, March 16, 2026 10:09:00 AM |
| Attachments: | image001.png |

Good Morning Counsel,

It has come to our attention that CHP and City of Hemet's expert Rod Englert has not been deposed. On December 31, 2025, while in the process of coordinating his deposition, we notified you that Mr. Englert would be unavailable in January 2026 but would be available for a deposition in early February 2026. Thereafter, we did not receive further correspondence from your office about Mr. Englert's deposition. We understand that expert discovery has lapsed; however, we would like to provide you with the opportunity to depose Mr. Englert as soon as possible now that you have his supplemental report containing his complete findings (which was served on you by City of Hemet on January 8, 2026.) The supplemental report contains Mr. Englert's complete expert opinion after being able to inspect the physical evidence (i.e. plaintiff's clothing and the bullets recovered from the scene) pertaining to the matter. Mr. Englert was unable to inspect the physical evidence prior to the Court-ordered December 4, 2025, initial expert report deadline because the physical evidence was located at the Riverside County Sheriff's Department (RCSD) Hemet Station which required coordination with the RCSD staff.

CHP proposes the following: We will provide you with the opportunity to depose Mr. Englert despite it taking place past expert discovery cutoff and we will cover for the court reporting service fees.

Please let us know if you are amenable to this.

Respectfully,

Mario E. Garcia
Deputy Attorney General
Tort & Condemnation Section
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Phone: (213) 269-6294
E-Mail: Mario.Garcia@doj.ca.gov

