LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
Marcel F. Sincich, Esq. (SBN 319508)
21800 Burbank Blvd., Ste 310, Woodland Hills, CA 91367
Tel. (818) 347-3333

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>PLAINTIFF(S)<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:25-cv-00331-KK-DTB<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

Exhibits to Plaintiff's Opposition to Defendants' MIL #3:
Exhibit D - Officer Sobaszek and Reynoso BWC - Side by side with graphics.mp4
Exhibit E - Officer Sobaszek and Reynoso BWC - Side by side.mp4
Exhibit F - Officer Sobaszek BWC with graphics.mp4
Exhibit G - Officer Reynoso BWC with graphics.mp4
Exhibit H - Officer Sobaszek BWC - 4x enlargement and stabilized with graphics.mp4
Exhibit I - Officer Sobaszek BWC - 4x enlargement and stabilized.mp4
Exhibit J - 4x Enlargement and Stabilization Comparison.mp4

**Reason:**

☐ Under Seal

☐ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| | |
|---|---|
| April 2, 2026 | /s/ Marcel F. Sincich |
| Date | Attorney Name |
| | Plaintiff George Gonzalez |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*