# EXHIBIT A

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* GEORGE GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>                    Plaintiff,<br><br>        vs.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: 5:25-cv-00331-KK-DTB<br><br>[*Honorable Kenly Kiya Kato*]<br>Magistrate Judge David T. Bristow<br><br>**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff George Gonzalez hereby designates the following retained and non-retained expert witnesses who may be called upon to give expert testimony pursuant to Rule 26(a)(2)(A) of the Federal Rule of Civil Procedure. Plaintiff reserves the right to supplement and/or amend this disclosure.

I.    **RETAINED EXPERTS:**

A.    Jeffrey J. Noble (Police Practices/Use of Force)

Noble Consulting and Expert Witness Services, LLC

P.O. Box 80040

Rancho Santa Margarita, California

(949) 279-4678

Mr. Noble's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 1.

B.    Scott Holdaway (Videographer, Editor, and Forensic Video Analyst)

CVisualEvidence, LLC

2441 W 205th Street, Suite C102

Torrance, CA 90501

(310) 831-8900

Dr. Holdaway's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 2.

C.    Ryan O'Connor, M.D. (Medical Expert)

Attending Physician in Emergency Medicine

P.O. Box 86166

Los Angeles, CA 90086

(310) 990-9979

Mr. O'Connor's Rule 26 Report, C.V., fee schedule, and list of prior sworn testimony are collectively attached hereto as Exhibit 3.

PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES

## II.    NON-RETAINED EXPERTS:

Pursuant to Rule 26(a)(2)(C), the following is a list of witnesses who have not been specially employed to provide opinion testimony but whose expert opinions may be sought at trial.

1.    **Navpreet Dhillon, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Dhillon is a physician and provider who admitted and treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and bullet damage, assessment, examination, treatment, diagnosis, prognosis, limitations, recovery, physical therapy, trauma surgery, resuscitation intervention, imaging, critical care-related diagnoses, findings, risks of treatment/care, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

2.    **Fairuz Coromoto Despujos Harfouche, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Harfouche is a physician and attending provider who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and bullet damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, limitations, recovery, physical therapy, trauma surgery, critical care, imaging, impression and findings, risks of treatment/care, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

3.    **Noah Ibrahim Ghossein, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Ghossein is a physician who treated Plaintiff in the Emergency

Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and the damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, recovery, physical therapy, critical care, imaging, impression and findings, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

4. **Andrew Neatum Sundin, M.D.**

    Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Sundin was a senior resident who treated and performed surgery on Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and the damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

5. **Jaclyn Corso, M.D.**

    Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Corso was a resident physician and general surgeon and ordering provider who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

6. **Nathaniel S. Fung, D.O.**

    Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Fung was a physician and general surgeon and discharge provider who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis,

PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES

recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

7.    **Paul Thomas Albini, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Fung was a attending trauma physician who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, wound care, surgical critical care, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

8.    **Steve Gettelfinger, P.T.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Steve Gettelfinger is a physical therapist who provided care to Plaintiff and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, prognosis, recovery, precautions of care, why particular care was provided, result of injuries and harm, and plan of care.

9.    **John Varujan Agapian, M.D.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Agapian was a physician and trauma surgeon who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care.

10.    **George Jeffrey Ventro, Jr., D.O.**

Riverside University Health System, 26520 Cactus Ave., Moreno Valley, CA 92555; (951) 486-5125

Dr. Ventro treated Plaintiff and may testify to Plaintiff's injuries and harm, including the foreign body recovered from Plaintiff's body, general surgery and progress, findings and recommendations for care, physical therapy and occupational therapy, and ability to complete activities of daily living.

11.    **Amanda Mckinley, Paramedic**

American Medical Response, 879 Marlborough Ave., Riverside, California 92507; (951) 782-5200

Paramedic Mckinley will testify as to her knowledge and interaction with Plaintiff, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care.

12.    **Marquis Brigman, Paramedic**

American Medical Response, 879 Marlborough Ave., Riverside, California 92507; (951) 782-5200

Paramedic Brigman will testify to his knowledge and interaction with Plaintiff, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care.

DATED: December 4, 2025                    LAW OFFICES OF DALE K. GALIPO
                                           GRECH, PACKER, & HANKS


                                           By: __/s/___ _Marcel F. Sincich_
                                           Dale K. Galipo
                                           Trenton C. Packer
                                           Marcel F. Sincich
                                           *Attorneys for Plaintiff* GEORGE GONZALEZ

PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, CITY OF LOS ANGELES

I, Stefany Anderson, am employed in the CITY of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On December 4, 2025, I served the foregoing document described as:

**PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES**

on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

<u>METHOD OF SERVICE</u>

☒ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

    ☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

    ☒ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 4, 2025, at Woodland Hills, California.

*/s/ Stefany Anderson*
Stefany Anderson

-7-
Case No. 5:25-cv-00331-KK-DTB
PLAINTIFF'S RULE 26 INITIAL EXPERT DISCLOSURES

<u>SERVICE LIST</u>

Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
*andrea.kornblau@manningkass.com*
Khouloud Pearson (State Bar No. 323108)
*Khouloud.Pearson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants, CITY OF*
*HEMET, SOBASZEK, and REYNOSO*

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
ASHLEY REYES
Deputy Attorney General
State Bar No. 312120
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2312
Fax: (559) 445-5106
E-mail: Ashley.Reyes@doj.ca.gov
Email: carrie.vue@doj.ca.gov
Email: mario.garcia@doj.ca.gov

*Attorneys for Defendants, State of California,*
*acting by and through the California Highway*
*Patrol, and Officer Sean Irick*

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff*