# EXHIBIT B

# Ryan O'Connor, M.D.

P.O. Box 86166
Los Angeles, CA • 90086
(310) 990-9979 • roconnormd@gmail.com
CA Medical License # A95130

---

## WORK EXPERIENCE

06/18 – present    **Attending Physician in Emergency Medicine**
Hollywood Presbyterian Medical Center; Los Angeles, CA

03/08 – present    **Forensic Medical Expert Witness & Consultant**
Los Angeles County Superior Court List of Approved Expert Witnesses

11/08 – 05/18    **Attending Physician in Emergency Medicine**
Good Samaritan Hospital; Los Angeles, CA

08/11 – 02/13    **Attending Physician in Emergency Medicine**
San Mateo County Medical Center; San Mateo, CA
Washington Hospital Medical Center; Fremont, CA

01/07 – 11/08    **Attending Physician in Emergency Medicine**
St. John's Medical Center; Santa Monica, CA
Centinela Freeman Medical Center; Inglewood, CA
Century City Doctors Hospital; Los Angeles, CA

07/05 – 12/06    **Attending Physician in Emergency Medicine**
Beth Israel Medical Center; New York, NY

07/97 – 06/98    **Emergency Medical Technician (EMT)**
Schaefer Ambulance; Los Angeles, CA

01/94 – 07/97    **Volunteer Emergency Medical Technician (EMT)**
Georgetown Emergency Response Medical Service; Washington, D.C.
- Served over 2,000 hours of active duty as volunteer EMT for the Georgetown University community
- Organized and staffed medical coverage for special events including 1994 World Cup, RFK Stadium concerts and music festivals, local & international martial arts tournaments, marathons, Georgetown University sporting events, and events at the French Embassy.
- **President and Chief Operating Officer** (04/07 – 05/07)
    Lead organization of 125 volunteer EMTs.
    Organized fundraising of $65,000 for purchase of
        new ambulance.
- **Director of Equipment** (04/05 - 04/06)
    Managed the acquisition, utilization, and
        maintenance of medical equipment for
        community volunteer emergency medical
        service, including two ambulances.
- **Director of Systems** (04/05 – 04/06)
    Managed the acquisition, utilization, and
        maintenance of computer and communication
        equipment for volunteer ambulance service.

## EDUCATION

09/14 – 12/21    **California State University, Los Angeles**; Los Angeles, CA
Master of Science, Criminalistics
- o Courses Completed:
    - Directed Field Work at the Los Angeles County Department of Medical Examiner – Coroner (200 hours)
    - Forensic Pathology
    - Forensic Toxicology
    - Identification & Analysis of Controlled Substances
    - Firearms & Toolmark Examination
    - Crime Scene Reconstruction
    - Forensic Anthropology
    - Physical Methods and Patten Analysis
    - Forensic Serology / Forensic Biology
    - Courtroom & Legal Issues in Criminalistics
    - Statistical Analysis and Research Methods in Forensic Science
    - Ethical & Contemporary Issues in Forensic Science

07/02 – 07/05      **Beth Israel Medical Center**; New York City, NY
Residency in Emergency Medicine
- o  Clinical Rotations Completed:
  - Emergency Medicine
  - Pediatric Emergency Medicine
  - Trauma Medicine
  - Pediatric Trauma Medicine
  - Toxicology
  - Surgery
  - Medical Critical Care
  - Surgical Critical Care
  - Orthopedics
  - Obstetrics & Gynecology
  - Labor & Delivery
  - Anesthesia
  - Emergency Medical Systems (EMS)
  - Psychiatry
  - Ophthalmology
  - Dermatology
  - Otolaryngology (ENT)
  - Radiology

07/98 – 06/02      **New York Medical College**; Valhalla, NY
Doctor of Medicine
- o  Academic Courses Completed:
  - Gross Anatomy
  - Histology
  - Biochemistry
  - Physiology
  - Neurology
  - Behavioral Science (Psychiatry)
  - Biostatistics & Epidemiology
  - Primary Care
  - Microbiology
  - Pathology & Pathophysiology
  - Pharmacology
  - Community and Preventive Medicine

- o Clinical Rotations Completed:
  - Pediatrics
  - Pediatric Intensive Care
  - Neurology
  - Family Medicine
  - Internal Medicine
  - Obstetrics & Gynecology
  - Psychiatry
  - Geriatrics
  - General Surgery
  - Surgical Specialties
  - Anesthesiology
  - Rehabilitation Medicine
  - Emergency Medicine
  - Toxicology
  - Medical Research
  - Radiology

07/93 – 06/97    **Georgetown University**, College of Arts and Sciences; Washington D.C.
B.A.; Major: English, Minor: Biology; *cum laude*


## INSTRUCTORSHIPS & CONSULTANCIES

2024    **California Innocence Advocates**
Pro Bono Consultant

2021 – 2023    **Loyola University Law School Project for the Innocent**
Pro Bono Consultant

2016 – 2018    **Los Angeles County Department of Medical Examiner – Coroner**
Volunteer Medical Consultant
- Consulted and advised pathologists at this office on an as needed basis regarding specific forensic autopsy cases requiring supplemental expertise and experience

2013 – 2018    **Touro University, College of Osteopathic Medicine**; Henderson, NV
Adjunct Instructor of Emergency Medicine
- Instruct and supervise medical students and student physician assistants in the theory and practice of Emergency Medicine in the clinical setting.

| 2005 – 2006 | **Beth Israel Medical Center**; New York City, NY |
|---|---|

Attending Physician of Emergency Medicine
- Instructed and supervised new medical doctors in the practice of Emergency Medicine for credentialed Emergency Medicine residency program.

| 1995 – 1997 | **Georgetown University**; Washington, D.C. |
|---|---|

Certified EMT Instructor
- Trained students for Emergency Medical Technician certification in University sponsored classes.
- Organized bi-weekly lectures and weekly practical skills sessions.
- Administered both practical and written certification examinations.

| 1995 – 1997 | **Georgetown University**; Washington, D.C |
|---|---|

American Red Cross Certified CPR Instructor
- Trained students for national CPR certification in University sponsored classes.
- Administered both practical and written certification examinations.

## LECTURES & PRESENTATIONS

*Soft Tissue Injuries: Contusions, Abrasions & Lacerations*
- Office of the Public Defender; Los Angeles County, CA – 2021
- Defense Investigators Association, Fall Seminar – 2015
- Office of the Public Defender, San Diego County – 2015
- Los Angeles County Bar Association, ICDA – 2014
- District Attorney's Office; Marin County, CA – 2014
- Office of the Public Defender; Monterey County, CA -2014
- Office of the Public Defender; Riverside County, CA -2014
- Office of the Public Defender; Ventura County, CA -2014
- Office of the Public Defender; Contra Costa County, CA – 2014
- District Attorney's Office; San Mateo County, CA -2012
- Office of the Public Defender; Sacramento County, CA - 2012
- Office of the Public Defender; Marin County, CA – 2012
- Office of the Public Defender; San Francisco County, CA – 2012
- Office of the Public Defender; Santa Clara County, CA – 2011
- Office of the Public Defender; Los Angeles County, CA – 2010

*Fractures, Concussions & Loss of Consciousness*
- Office of the Public Defender; San Diego, CA – 2016
- Office of the Public Defender; Ventura County, CA – 2015
- Office of the Public Defender; Felony Division; Los Angeles County, CA – 2015
- Office of the Public Defender; Riverside County, CA – 2015
- Office of the Public Defender; San Bernardino County, CA – 2015
- Los Angeles County Bar Association, ICDA – 2015

*Fatal and Non-Fatal Strangulation*
- Office of the Public Defender; San Diego, CA – 2023
- Office of the Public Defender; Los Angeles, CA – 2021
- California Public Defenders Association, Annual Homicide Seminar – 2020
- Los Angeles County Bar Association, ICDA - 2017

*Forensic Science Research*
- California Association of Toxicologists, Fall Meeting – 2018
  Controlled Drinking Study Research Presentation
- 3rd Annual Forensics Sciences Symposium, CSULA, Los Angeles - 2017
  Controlled Drinking Study Research Presentation

Miscellaneous
- Hollywood Presbyterian Medical Center Water Birth Symposium – 2019
  Guest Moderator for Multidisciplinary Symposium

## <u>RESEARCH</u>

2017 – 2021      **Thesis Research for Criminalistics M.S.**
California State University, Los Angeles
- Comparing the effects of Blood Alcohol Concentration (BAC) on Horizontal Gaze Nystagmus (HGN) at equivalent levels during absorption and metabolism phases.
- Recipient of California State University Program for Education & Research in Biotechnology (CSUPERB) 2018 Grant

Summer 2001      **Emergency Medicine Research Elective**
Metropolitan Hospital; New York, NY
- Examined the efficacy and safety of various modes of ketamine administration for pediatric sedation during invasive procedures in the ED.  Preceptor Yash Chathampally, M.D.

Summer 1994          **Research Assistant**
                      National Institutes of Health (NIH); Bethesda, MD
                      • Determined the genome of the porcine enteric calici virus and
                        established its suitability for use as a model for the human calici
                        virus.  Preceptor Kim Green, M.D.

## <u>CONFERENCES AND WORKSHOPS ATTENDED</u>

<u>American Academy of Forensic Sciences</u>
AAFS Connect: Best Practice Recommendations for Performing Alcohol Calculations - 2025
AAFS Annual Scientific Meeting - 2025
AAFS Connect: Sudden Cardiac Death in Assault Contexts: Homicide Qualification – 2024
AAFS Annual Scientific Meeting – 2024
AAFS Annual Scientific Meeting – 2022
AAFS Annual Scientific Meeting – 2020
AAFS Annual Scientific Meeting – 2016

<u>California Association of Criminalists</u>
CAC Workshop: Blood Alcohol Study Group – 2022
CAC Workshop: Alcohol Workshop – 2021
CAC Workshop: Bloodstain Pattern Analysis – 2020
CAC Workshop: General Crime Scene - 2020
CAC Workshop: Alcohol Impairment – 2020
CAC Fall Seminar – 2019
CAC Fall Seminar – 2017
CAC Spring Seminar – 2016
CAC Spring Seminar – 2015
CAC Southern Study Group – 2015
CAC Workshop: Wound Pathology – 2014
CAC Workshop: Forensic Injury Biomechanics -2013

<u>California Association of Toxicologists</u>
CAT Winter Meeting – The Science of DRE - 2024
CAT Fall Seminar – 2023
CAT Fall Seminar – 2022
CAT Spring Seminar – 2022
CAT Fall Seminar – 2018

American College of Emergency Physicians
ACEP Scientific Assembly - 2018
ACEP Scientific Assembly – 2011
ACEP Scientific Assembly - 2008
ACEP Scientific Assembly - 2007
ACEP Scientific Assembly -2004

Miscellaneous Forensic Education
NHTSA Advanced Roadside Impaired Driving Enforcement (ARIDE) Training Course - 2025
NHTSA DWI Detection & SFST Student Training Course – 2023
3rd Annual Forensic Science Symposium, CSULA – 2017
National Association of Medical Examiners: Annual Meeting – 2016
Advanced Strangulation Course, Training Institute on Strangulation Prevention – 2014
National Conference on Health and Domestic Violence, Futures Without Violence - 2012

Miscellaneous Emergency Medicine Education
National Emergency Medicine Board Review Course, Center for Medical Education - 2016
Emergency Ultrasound Conference, UCSF - 2012

## ORGANIZATIONAL MEMBERSHIPS

- American College of Emergency Physicians (ACEP), Associate Member
  - ACEP Forensic Medicine Section
  - ACEP Toxicology Section
- American Academy of Forensic Sciences (AAFS), Professional Affiliate
- California Association of Criminalists (CAC), Associate Member
- California Association of Toxicologists (CAT), Associate Member

## RELEVANT EXTRACURRICULAR

1991-1997    Martial Arts Instructor
Jhoon Rhee Tae Kwon Do; Washington, D.C.
Jun Chong Tae Kwon Do; Los Angeles, CA
- 1st Degree Black Belt, Jun Chong Toe Kwon Do; Kukkiwon.
- Taught martial arts to both children and adults.
- Competed in various martial arts tournaments.
- Served as referee in various martial arts tournaments.
- Served as medical first responder at various martial arts tournaments.
- Member of the JCTKD and JRTKD Demonstration Teams.
- Performed during presidential dedication ceremony for Korean War Monument, National Mall, Washington D.C.

**LANGUAGES**

- Conversational in Spanish

Mr. Sincich,

My current billing rate is $600 per hour, with a 4-hour minimum, for pre-trial services including

review of documents, discussion of my findings and opinions, generation of a written report, in-

person physical examination, travel and wait times.  For this case, I have received $3,000 for

review of the discovery provided, discussion of my findings and opinions, and generation of a

written report.

My current billing rate is $750 per hour, with an 8-hour minimum $6,000, for services related to

testimony including travel time, waiting time, and testimony.

Please let me know if you need any other information from me.

Sincerely,

Ryan O'Connor, M.D.

Los Angeles County Superior Court
People v Raymond Lancaster, #BA480487-01
02/22/2022

Los Angeles County Superior Court
People v Frank Vargas, #MA075266
03/02/2022

Los Angeles County Superior Court
Underwood v. Brown , #BC645715
03/04/2022 (Civil Trial, Plaintiff)

San Diego County Superior Court
People v Jess Holliday, #SCD275109
03/16/2022

Los Angeles County Superior Court
People v Calvin Fems, #1MN01344
04/11/2022

Los Angeles County Superior Court
People v Selvin Nolasco, #1WC02995
05/04/2022

Los Angeles County Superior Court
People v Christian Ortiz, #PA089626
05/10/2022

Los Angeles County Superior Court
People v Shirley Ferguson, #TA155527-01
05/12/2022

Los Angeles County Superior Court
People v John Fay, #YA101587
05/24/2022

State of California Superior Court
Gatlin, et al vs Do Lab Inc., et al, #BC706951
06/07/2022 (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v David Garrison, #NA114197
06/09/2022

Los Angeles County Superior Court
People v Keywane Pandy, #1EM01824
06/16/2022

Los Angeles County Superior Court
People v Christopher Rhodes, #1IN02050
06/23/2022

Los Angeles County Superior Court
People v Jose Godinez, #BS501511-01
07/07/2022

Los Angeles County Superior Court
People v Sandra Molina, #EC88817
07/14/2022

Los Angeles County Superior Court
People v Tony Bracamonte, #1CJ02640
07/27/2022

Los Angeles County Superior Court
People v Felipe Martinez, #VA154565
08/04/2022

Los Angeles County Superior Court
People v Samuel Kallungi, #2CS00854
08/19/2022

San Diego County Superior Court
People v Abate Munsey, #SCE408923
08/23/2022

Los Angeles County Superior Court
People v Andrew Tibbs, #TA157039
09/06/2022

Los Angeles County Superior Court
People v Alberto Franco, #1CS02255
09/06/2022

San Diego County Superior Court
People v Robert Blake Green, #CN430921
09/14/2022

Ventura County Superior Court
People v Jason Paul Kelley, #2020023567
10/21/2022

Los Angeles County Superior Court
People v John Osborne, #NA112395
11/02/2022

Los Angeles County Superior Court
People v David McCabe, #NA116642
11/16/2022

Los Angeles County Superior Court
People v Umar Amin, #NA110235-01
11/17/2022

Los Angeles County Superior Court
People v Richard Alexis Castillo, #2AR21385
11/23/2022

Los Angeles County Superior Court
People v Bryant Bennett, # BA446441-01
11/28/2022

Los Angeles County Superior Court
People v Oscar Perez, #2WC00712
12/06/2022

Los Angeles County Superior Court
People v German Martinez, #2WC02719
12/14/2022

Los Angeles County Superior Court
People v Javon Mack, #BA491269
12/15/2022

San Diego County Superior Court
People v Hayden Jones, #M283873DV
01/10/2023

Los Angeles County Superior Court
People v German Martinez, #2WC02719
01/11/2023

Los Angeles County Superior Court
People v Yessica Calderon, #2WC00567
01/18/2023

San Diego County Superior Court
People v Peter Meno, #20206810
01/20/2023

Los Angeles County Superior Court
People v Manuel Matinez, #BA476851
02/08/2023

Los Angeles County Superior Court
People v Sean Bennett, #1CS02026
02/21/2023

Santa Barbara County Superior Court
People v Sean Parrish, #19CR03687
02/22/2023

San Diego County Superior Court
People v Samuel Angelo, #CE407470
02/23/2023

Los Angeles County Superior Court
People v Shamala Michael, #1TR03456
02/24/2023

Los Angeles County Superior Court
People v Cecilia Rodriguez, #0EM04097
03/03/2023

Los Angeles County Superior Court
People v Larry Russell, #2AN02769
03/15/2023

Los Angeles County Superior Court
People v Alexis Torres-Castro, #2MN02526
03/22/2023

Los Angeles County Superior Court
People v Ruben Aguilar, #0WC03635
03/24/2023

San Diego County Superior Court
People v Isak Espino, #21129802
04/06/2023

Los Angeles County Superior Court
People v Guadalupe Villa, #2CS00984
04/14/2023

San Diego County Superior Court
People v William Rees, #SCE408481
04/21/2023

Los Angeles County Superior Court
People v Kenny Navarro, #2MN00038
04/24/2023

San Diego County Superior Court
People v Jonathan Cogley, #21058430
05/09/2023

Los Angeles County Superior Court
People v Yessica Calderon, #2WC00567
05/15/2023

Los Angeles County Superior Court
People v David Moreno, #2EM01763
05/23/2023

San Diego County Superior Court
People v Hakim Rashid, #CE412257
06/13/2023

Los Angeles County Superior Court
People v Kenny Navarro, #2MN00038
06/28/2023

Los Angeles County Superior Court
People v Victor Morales, #2MN02456
06/28/2023

Los Angeles County Superior Court
People v Jose Rucobo, #3MN00836
07/07/2023

Los Angeles County Superior Court
People v Frank Flores Vigil, #3MN00816
07/11/2023

Los Angeles County Superior Court
People v Marvin Hernandez Luna, #3MN00831
07/14/2023

Los Angeles County Superior Court
People v Joshua Jahziel Varela, #3CS00792
07/14/2023

Los Angeles County Superior Court
People v Ever Gramajo Deleon, #3MN00484
07/20/2023

Los Angeles County Superior Court
People v Isaiah Baizargaston, #2AR11156
07/25/2023

Los Angeles County Superior Court
People v Noel Rojo, #YA106869
07/31/2023

Los Angeles County Superior Court
People v Jesus Hernandez Tomas, #3MN01030-01
08/01/2023

Los Angeles County Superior Court
People v Anthony Lukata, #LA087903
09/14/2023

Los Angeles County Superior Court
People v Terrance Ware, #BA496865
09/29/2023

Los Angeles County Superior Court
People v William Jefferson, #3SV00068
10/03/2023

San Diego County Superior Court
People v Kenneth Corley, #CD292274
10/10/2023

San Diego County Superior Court
People v Arturo Ruiz, #S320064
10/12/2023

Los Angeles County Superior Court
People v Alex Alejandro Mendo, #KA132685
10/16/2023

Los Angeles County Superior Court
People v Diego Hernandez Perez, #VA159660-01
10/17/2023

Ventura County Superior Court
People v Alejandro Cisneros Lucas, #2023014649
10/18/2023

Los Angeles County Superior Court
People v Geovanni Rodriguez Gonzalez, #3AN00922
10/26/2023

Los Angeles County Superior Court
People v Armando Andrade Rangel, #3BL01694
11/06/2023

San Diego County Superior Court
People v Samantha Muniz, #CD195246
11/13/2023

Los Angeles County Superior Court
People v Richard Towner, #3AR01633
11/15/2023

Los Angeles County Superior Court
People v Oscar Miranda, #2BL00298
11/21/2023

San Diego County Superior Court
People v Kevin Del Rio, #CS319390
01/18/2024

Los Angeles County Superior Court
People v Joseph Williams, #BA509905
01/22/2024

Los Angeles County Superior Court
People v Misael Camacho, #BA501171
01/24/2023

Los Angeles County Superior Court
People v Arianna Torres, #3WC00417
01/25/2023

Los Angeles County Superior Court
People v Fidelmar Contreras Carrillo, #2CS01103
02/01/2023

Ventura County Superior Court
People v Enrique Alvarez, #2023019558
02/13/2024

State of California Superior Court
Shelby H. Haro v. Providence Health System, et al, #22BBCV00587
02/20/2024(Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Samantha Arellano, #2WC031067
02/27/2024

Ventura County Superior Court
People v Juvinal Garcia, #2023023623
02/29/2024

Los Angeles County Superior Court
People v Tyree McFarland, #MA081944
03/05/2024

Ventura County Superior Court
People v Glory Munoz, #2022030038
03/06/2024

Los Angeles County Superior Court
People v Michael Ness, #KA117461
03/11/2024

Los Angeles County Superior Court
People v Daniel Isaac Vasquez, #2LB02146
04/03/2024

San Diego County Superior Court
People v Kenneth Corley, #CD292274
05/28/2024

Ventura County Superior Court
People v Julio Pires, #2023028156
05/31/2024

Los Angeles County Superior Court
People v Rajahd Reon Phillips, #24MTCM00263-01
06/07/2024

Los Angeles County Superior Court
People v Katherine Rogers, #23WCCM00246
06/20/2024

Los Angeles County Superior Court
People v Luis Alvarado, #2AM00568
06/20/2024

Los Angeles County Superior Court
People v Mervin Perkins, #23ARFC00109
06/25/2024

Los Angeles County Superior Court
People v Damon Braxton, #3AN02781
06/26/2024

Los Angeles County Superior Court
People v Charles Shelton, #23WCCM00047
07/02/2024

Los Angeles County Superior Court
People v Eric Williams, #23ELCM00096
07/03/2024

Los Angeles County Superior Court
People v James Thornberry, #3SV02874
07/09/2024

Ventura County Superior Court
People v Zachary Alkire, #2022016147
07/19/2024

Los Angeles County Superior Court
People v Ronald Nanez, #23WCCM00091
07/30/2024

Los Angeles County Superior Court
People v Jovany Uribe, #24MTCM01785
08/08/2024

United States District Court for the Central District of California
Edgar Solis v County of Riverside, et al, #5:23-cv-00515-HDV-JPR
08/09/2024 (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Fabian Rios, #2EM01642-01
08/20/2024

Los Angeles County Superior Court
People v Jose Leonardovasquez, #24ARCM02082
08/28/2024

Los Angeles County Superior Court
People v Melvin Donischavez, #24MTCM01854
08/30/2024

Los Angeles County Superior Court
People v Ruijue Wang, #MTCM01854
09/04/2024

Ventura County Superior Court
People v Leslie Campbell, #2022015749
09/12/2024

Los Angeles County Superior Court
People v Ricardo Callahan, #24TRCM00895
09/17/2024

Ventura County Superior Court
People v Nathaniel Lemar Wills, #2011006448
09/18/2024

Ventura County Superior Court
People v Christian Hernandez, #2024010557
10/17/2024

Los Angeles County Superior Court
People v Angel Lopez, #24MTCM01578
10/18/2024

Ventura County Superior Court
People v Monsell B., #2024017003
10/21/2024

Los Angeles County Superior Court
People v Ariel Estrada, #24MTCM01904
10/22/2024

Kings County Superior Court
People v Christian Tank, #23CM2121
10/23/2024

Los Angeles County Superior Court
People v Gilbert Garcia, #2WCCM00196
10/24/2024

Los Angeles County Superior Court
People v Lisa Ross, #3AR01206
10/28/2024

Los Angeles County Superior Court
People v Hansjurgen Briese, #24MTCM01596
10/30/2024

Los Angeles County Superior Court
People v Ricky Fernandez, #NA117216
11/04/2024

Los Angeles County Superior Court
People v David Young, #GA1112897
11/18/2024

Los Angeles County Superior Court
People v Carlos Salinas, #24DWCM00761
11/19/2024

Los Angeles County Superior Court
People v Mohammad Jamil Hasanzada, #24EMCM00189
11/22/2024

Los Angeles County Superior Court
People v Julio Alvarado Hernandez, #24MTCM02143
12/06/2024

San Diego County Superior Court
People v Keijavara Banks, #CE427423
12/09/2024

Ventura County Superior Court
People v Blake Barnes, #
12/11/2024

Los Angeles County Superior Court
People v Jairee Baker, #3AR01051
12/12/2024

Ventura County Superior Court
People v Reyline Ramirez, #2023024740
01/17/2025

Ventura County Superior Court
People v Joseph Mendez, #2024001956
01/31/2025

Los Angeles County Superior Court
People v Rosy Delgado, #24DWCM02445
02/03/2025

Los Angeles County Superior Court
People v Clemente Enriquez, #24ARCM01299
02/14/2025

Los Angeles County Superior Court
People v Clemente Enriquez, #24ARCM01299
02/18/2025

United States District Court for the Central District of California
Edgar Solis v County of Riverside, et al, #5:23-cv-00515-HDV-JPR
02/24/2025 (Civil Trial, Plaintiff)

Los Angeles County Superior Court
People v Johnnie Purvis, #24LBCM02871
02/28/2025

Los Angeles County Superior Court
People v Sergio Ramirez, #24TRCM03761
03/03/2025

San Diego County Superior Court
People v Dajon Shingleton, #CD297656
03/04/2025

Los Angeles County Superior Court
People v David Axel Roquegarcia, #24CMCM01206-01
03/10/2025

Ventura County Superior Court
People v Adriana Conchola Reyes, #2024021077
03/13/2025

Los Angeles County Superior Court
People v Victor Anibal Tista Choc, #24MTCM03889
03/18/2025

Los Angeles County Superior Court
People v Henry Ventura, #CM0903A
03/21/2025

Solano County Superior Court
People v Jamey Lashan Patton, #F24-01840
03/26/2025

Los Angeles County Superior Court
People v Jose Morataya, #MA084263
04/07/2025

San Bernardino County Superior Court
D'Son Woods v CDCR (State of California), #CIVDS1831184
04/09/2025 (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Carlos Garcia, #PA101222
04/14/2025

Ventura County Superior Court
People v Alexander Alger, #2024015135
04/15/2025

San Diego County Superior Court
People v Troy Scholder, #
04/18/2025

San Diego County Superior Court
People v Raymond Lynde, #SCS314890
04/22/2025

Los Angeles County Superior Court
People v John Haro, #25GDCM00556
05/25/2025

Los Angeles County Superior Court
People v Kenneth Wagner, #24PDCF00622
06/16/2025

Los Angeles County Superior Court
People v Humberto Quinonez, #25MTCM00743
07/21/2025

Los Angeles County Superior Court
People v Javier Garcia, #25DWCM02224
07/22/2025

Los Angeles County Superior Court
People v John Fay, #YA101587
08/05/2025

Ventura County Superior Court
People v Jesse Andrew Mendoza, #2024027164
08/12/2025

Los Angeles County Superior Court
People v Tierra Whittington, #24MTCM00729
08/13/2025

Los Angeles County Superior Court
People v Ulices Martinez, #25EMCM01632
08/15/2025

Los Angeles County Superior Court
People v Jessie Jonathan Murguia, #24WCCM02542-01

08/26/2025


Ventura County Superior Court
People v Michelle Cozee, #2025003628
08/28/2025

Los Angeles County Superior Court
People v Naliyah Richardson, #24CMCM01283
08/29/2025

Los Angeles County Superior Court
People v Jesus Rangel, #24MTCM03149
09/08/2025

Los Angeles County Superior Court
People v Fernando Abraham Flores, #25MTCM01308-01
09/15/2025

Los Angeles County Superior Court
People v Theodore Steele, #24CMCF00932-01
09/16/2025

Los Angeles County Superior Court
People v Steve Guardian, #BA516641
09/23/2025

San Diego County Superior Court
People v Gregory David Carlomagno, #CE428021
10/07/2025

Los Angeles County Superior Court
People v Moises Rosas, #YA108705
10/08/2025

Ventura County Superior Court
People v Timothy Rebello, #2024033781
10/10/2025

Los Angeles County Superior Court
People v Octavio Curiel Martinez, #KA188996-01
10/15/2025

San Diego County Superior Court
People v Clyde Moore, #CE426996
10/23/2025

Los Angeles County Superior Court
People v Anna Marie Berkey, #24MTCM02704
10/30/2025

Los Angeles County Superior Court
People v Samuel Bailey, #24CJCF07885
11/7/2025

United States District Court for the Central District of California
Henry Barnhill v City of Hemet, et al, #5:23-cv-00589 JGB(SPx)
11/13/2025 – (Civil Deposition, Plaintiff)

Los Angeles County Superior Court
People v Mario Hernandez Lujano, #25WCCM00983
12/1/2025

Ventura County Superior Court
People v Mykesha Cardona, #2025015590
12/3/2025