# EXHIBIT C

# Ryan O'Connor, M.D.

- - -

Emergency Medical Physician
P.O. Box 86166
Los Angeles, CA 90086

November 25, 2025

Mr. Packer,

I have reviewed the discovery that you have provided to me regarding your client, George Gonzalez (Case No.: 5:25-cv-00331-KK-DTB).  This includes:

- Medical records for George Falcone Gonzalez from Riverside University Hospital for an admission from 01/24/2024 to 02/08/2024 (P0001 – P1358)
- Medical records for George Falcon Gonzalez, Jr. from Wasco State Prison (P359 – P1704)
- An AMR Patient Care Report dated 01/24/2024 for the treatment and transportation of Davie Falcon Doe (P1303 – P1326)
- A 40-page legal document titled "Plaintiff Gonzalez's First Amended Complaint For Damages"

Medical Records Summary

On 01/24/2024 at 20:32, Mr. George Gonzalez arrived via ambulance to the Emergency Department of Riverside University Hospital.  He was observed to have sustained multiple gunshot wounds and had an altered mental status with abnormal vital signs.  A tourniquet had been applied by EMS "to left lower extremity for uncontrollable bleeding from left leg" [P0029] and it is noted that the patient had lost approximately one liter of blood on scene [P1324].  Physical examination

by the treating ER physician revealed "One bullet entering wound to the left side of the back and another to the left lateral thigh" [P0009] as well as a superficial gunshot wound to the bottom of his left foot. A blood transfusion was initiated due to his life-threatening hemorrhage, and the patient was urgently transferred to the Operating Room for surgical intervention.

In the OR, it was discovered that the gunshot wound that traversed the patient's abdomen caused a serosal injury of the intestine that required suture repair.  During his hospital stay, the patient developed an infection in his abdominal cavity that required Interventional Radiology to perform a CT-guided catheter placement to drain infectious fluids from his abdomen.  The infection resulted in "copious purulent drainage" [P0260] and was difficult to treat.  The infection was later determined to be MRSA (Methicillin-resistant Staphylococcus aureus) and required multiple intravenous antibiotics to treat this resistant infection.  Mr. Gonzalez required two weeks of hospitalization to recover enough from his trauma and resulting complications before he was stable for discharge.

<u>Analysis of Gunshot Trajectories</u>

(Note: all description related to orientation is from a neutral anatomic position and does not necessarily represent the position of the patient at the time of the shooting.)

- Gunshot entrance wound to the left lateral back resulting in fractures of the left 8th and 9th ribs and bruising the lung.  Bullet fragments present between the skin and ribs in this area but did not penetrate into the thoracic cavity.  Photographs of the entrance wound [P1349, P1355] demonstrate a dramatic elliptical shape with an abrasion collar only at the posterior aspect.  These findings are consistent with a largely back to front trajectory of the bullet.

- Tangential (graze) gunshot wound to the bottom of the left foot.  The orientation of the skin tags on the periphery of the wound [photo P1347] is consistent with a back to front trajectory of the bullet.

2

- Gunshot entrance wound to the left lateral thigh with retained bullet in the right abdomen and causing bowel injury.  Photographs of the entrance wound [P1345, P1299] demonstrate an elliptical shape with and abrasion collar at approximately the 5 o'clock position consistent with a distinct upwards path of travel.   This bullet entered the side of the left thigh and traveled from left to right, back to front, and upwards.  As the "upwards" description of the trajectory of the bullet is relative to the neutral anatomic position, it is possible, for example that Mr. Gonzalez was on the ground of in the process of falling to the ground when this gunshot wound occurred.
    - CT scan of the lower extremities demonstrates a "Dense metallic artifact noted immediately anterior to the right psoas muscle at the level of the proximal right external iliac artery." [P0534]
    - Dr. Dhillon (surgery) notes that "I believe that the bullet from the L(eft) thigh corresponds to the right abdomen" [P0035]

Medical records for Mr. Gonzalez indicate that he still suffered from sequelae of his gunshot wound injuries including "chronic left foot pain" that causes "difficulty ambulating in state issued shoes that affect ADLs [i.e.: activities of daily living]".  He also expresses multiple complaints of constipation that is being treated with multiple medications.  Is it possible that his constipation is related to his traumatic intestinal injury and subsequent intrabdominal infection.

Please feel free to contact me with any questions that you may have about this case.

Sincerely,

Ryan O'Connor, M.D.

3