# EXHIBIT D

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
ASHLEY REYES
Deputy Attorney General
State Bar No. 312120
 2550 Mariposa Mall, Room 5090
 Fresno, CA 93721-2271
 Telephone: (559) 705-2312
 Fax: (559) 445-5106
 E-mail: Ashley.Reyes@doj.ca.gov
*Attorneys for Defendants, State of California,
acting by and through the California Highway
Patrol and Officer Sean Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,**<br><br>Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,**<br><br>Defendants. | Case No. 5:25-cv-00331-KK-DTB<br><br>**STATE DEFENDANTS' DESIGNATION OF EXPERT WITNESSES**<br><br>**[F.R.C.P. RULE 26]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 26(a)(2) and in accordance with court's scheduling order, Defendants, State of California, acting by and through the California Highway Patrol (CHP), and Officer Sean Irick, hereby make the following disclosure regarding expert testimony that State Defendant expects to present at trial under Federal Rules of Evidence 702, 703, or 705.

///

1

Defendants intend to present expert testimony from the following retained experts at trial:

1.  Clarence Chapman, National Justice Consultants, Inc.

    1014 Broadway, Suite 350 Santa Monica, CA 90401

    Phone: (310) 429-2940

Mr. Chapman's report and required materials are attached hereto as **Exhibit 1**.

2.  Samir Lyons, Allrise Animation

    30941 Agoura Rd. #206 Westlake Village, CA 91361

    Phone: (800) 741-0410

Mr. Lyons' report and required materials are attached hereto as **Exhibit 2**.

3.  Rod Englert, Forensic Consultants

    P.O. Box 605, West Linn, OR 97068

    Phone: (503) 522-7059

Mr. Englert's report and required materials are attached hereto as **Exhibit 3**.

State Defendants intend to present expert testimony from the following non-retained experts at trial:

Dr. Fairuz Despujos Harfouche

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Harfouche will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Noah Ibrahim Ghossein

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Ghossein will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Nurse Winnie Ha

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

RN Ha will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. Her testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Cameron Colbert

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Colbert will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

3

Dr. Navpreet Dhillon

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Dhillon will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Jaclyn Corso

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Corso will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. Her testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Andrew Neatum Sundin

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Sundin will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His

4

testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Paul Albini

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Albini will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Darrius Buenaventura

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Buenaventura will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

State Defendants reserve the right to amend and/or supplement this disclosure consistent with Fed. R. Civ. P. 26(2)(2). State Defendants also reserve the right to call as expert witnesses and elicit expert opinion from any expert designated by other parties to this trial, including but not limited to, rebuttal testimony.

///

5

Dated:  December 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

*/s/ Ashley Reyes*

ASHLEY REYES
Deputy Attorney General
*Attorneys for Defendants,*
*State of California, acting by and*
*through the California Highway*
*Patrol and Officer Sean Irick*

SD2025300206
95672674

6

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Khouloud Pearson (State Bar No. 323108)
  *Khouloud.Pearson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 5:25-cv-00331 KK(DTBx)<br><br>EXPERT DISCLOSURES OF DEFENDANTS CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO (DESIGNATION OF EXPERT WITNESS INFORMATION)<br>[Fed. R. Civ. P. 26(a)(2)] |

**TO PLAINTIFFS, ALL PARTIES, & THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), defendants CITY OF HEMET,  PATRICK SOBASZEK, and ANDREW REYNOSO (collectively "Hemet Defendants") hereby submit Hemet Defendants' disclosures regarding designation of expert and related witness information. [*See* Fed. R. Civ. P. 26(a)(2)(C)(i).]

Hemet Defendants hereby anticipate using and/or intend to offer the following experts' witness opinion and related evidence at trial:

**RETAINED EXPERTS.**

  1.      **Dr. Swathi Kode**, Vollmer-Gray Engineering Laboratories, Inc., 2421

Palm Drive., Signal Hill, CA 90755, (562) 427-8435.  Dr. Kode's curriculum vitae ("CV"), testimony list, fee schedule, and expert report including exhibits thereto are collectively attached as attached as **Exhibit "A"** to these disclosures.  Dr. Kode's fee for deposition testimony is $550.00 per hour, plus travel time and expenses as applicable.  Defendants anticipate that Dr. Kode's expert opinion testimony is expected to address the **biomechanical analysis of the incident, including human motion analysis and related implications for forensic incident reconstruction** as such relate(s) to the events at issue in plaintiffs' operative complaint allegations.

2.      **Kenneth Hubbs**, Retired Police Lieutenant, Ken.ProTac@gmail.com. Mr. Hubbs' curriculum vitae ("CV"), fee schedule, testimony list, and expert report including exhibits thereto (if any) are collectively attached as **Exhibit "B"** to these disclosures. Mr. Hubbs' fee for deposition testimony is $1,400.00 per hour up to four hours. Hemet Defendants anticipate that Mr. Hubbs' expert opinion testimony is expected to address issues regarding specific police practices, policies, and procedures related to detentions, arrest, de-escalation, use of force, as well as related standard investigative and law enforcement practices, tactics, training, procedures, and policies, as they relate to the incident events and claims at issue in plaintiff's operative complaint/allegations and to standard police/law enforcement practices.

**3.**      **Rod Englert**, Englert Forensic Consultants, P.O. Box 605, West Linn, Oregon 97068, (503) 656-0953. Mr. Englert's curriculum vitae ("CV"), testimony list, fee schedule, and expert report including exhibits thereto are collectively attached as attached as **Exhibit "C"** to these disclosures. Mr. Englert's fee for deposition testimony is $600.00 per hour, plus travel time and expenses as applicable.  Defendants anticipate that Mr. Englert's expert opinion testimony is expected to address issues regarding **forensic incident evidentiary analysis and reconstruction,** the forensic aspects of the officer-involved shooting at issue, including the expert's forensic examination of the pertinent physical evidence, incident scene, pertinent forensic issues re relative positioning of officers and

2

suspect, bullet trajectory, witness statements, etc. as such relate to the events at issue in plaintiff's operative complaint allegations.

**NON-RETAINED EXPERTS.**

4. Dr. Fairuz Despujos Harfouche, Riverside University Health System Medical Center, 26520 Cactus Avenue Moreno Valley, CA 92555, (951) 486-4000; provided post incident medical services to plaintiff.

5. Dr. Noah Ibrahim Ghossein, Riverside University Health System Medical Center, 26520 Cactus Avenue, Moreno Valley, CA 92555, (951) 486-4000; provided post incident medical services to plaintiff.

6. Nurse Winnie Ha, Riverside University Health System Medical Center, 26520 Cactus Avenue, Moreno Valley, CA 92555, (951) 486-4000; provided post incident medical services to plaintiff.

7. Dr. Cameron Colbert, Riverside University Health System Medical Center, 26520 Cactus Avenue Moreno Valley, CA 92555, (951) 486-4000;provided post incident medical services to plaintiff.

8. Dr. Navpreet Dhillon, Riverside University Health System Medical Center, 26520 Cactus Avenue, Moreno Valley, CA 92555, (951) 486-4000; provided post incident medical services to plaintiff.

9. Dr. Jaclyn Corso, Riverside University Health System Medical Center, 26520 Cactus Avenue, Moreno Valley, CA 92555, (951) 486-4000; provided post incident medical services to plaintiff.

10. Dr. Andrew Neatum Sundin, Riverside University Health System Medical Center, 26520 Cactus Avenue, Moreno Valley, CA 92555, (951) 486-4000; provided post incident medical services to plaintiff.

11. Dr. Paul Albini, Riverside University Health System Medical Center, 26520 Cactus Avenue, Moreno Valley, CA 92555, (951) 486-4000; provided post incident medical services to plaintiff.

12. Dr. Darrius Buenaventura, Riverside University Health System Medical

3

Center, 26520 Cactus Avenue, Moreno Valley, CA 92555 (951) 486-4000; provided post incident medical services to plaintiff.

13.    Hemet Defendants reserve the right to designate employees of the City of Hemet and Hemet Police Department as non-retained experts in this action.

14.    Hemet Defendants also reserve the right to designate treating/examining medical and mental health professionals as non-retained experts in this action: including but not limited to emergency medical technicians and/or physicians or nurses who provided medical services/treatment to plaintiff on the incident date or otherwise.

In accordance with Federal Rule of Civil Procedure 26(a)(2), Hemet Defendants reserve the right to amend or supplement these disclosures, including withdrawal of witnesses, and/or to move the Court for an order permitting augmentation of Hemet Defendants' expert witness list to the fullest extent permitted under federal law, the Federal Rules of Civil Procedure, or otherwise.

Hemet Defendants further reserve the right to call any and all parties, or its employees or in-house or non-retained expert witnesses, in this matter, or to read the deposition of any and all such witnesses who have testified or are called at the time of trial to testify and to elicit from such witnesses their percipient knowledge as well as any and all expert opinions and testimony for which they may be competent to give.

Hemet Defendants further reserve the right to call any and all expert witnesses designated by any other party in the above entitled matter.

**CONFIDENTIAL DOCUMENTS DESIGNATION.**

Pursuant to the Stipulation of the Parties and/or the associated Court Order, all reports, exhibits, photographs, recordings, and documents identified herein above, and/or produced as part of the Defendant's Rule 26 expert disclosures, including but not limited to all documents attached to this set of expert disclosures or referenced in expert reports, are hereby designated as "Confidential Documents" subject to the terms of the Stipulation and Protective Order, unless specifically

4

identified in writing herein as documents that are not Confidential Documents and thus exempted from the terms of the Protective Order or related Stipulation, if any.

DATED:  December 4, 2025

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _Khouloud E. Pearson_

Eugene P. Ramirez
Andrea Kornblau
Khouloud Pearson
Attorneys for Defendants, CITY OF HEMET,  PATRICK SOBASZEK, and ANDREW REYNOSO

5

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On December 4, 2025, I served true copies of the following document(s) described as **EXPERT DISCLOSURES OF DEFENDANTS CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO (DESIGNATION OF EXPERT WITNESS INFORMATION) [Fed. R. Civ. P. 26(a)(2)]** on the interested parties in this action as follows:

### **SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address Khouloud.Pearson@manningkass.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 4, 2025, at Los Angeles, California.

_____
Khouloud Pearson

1

**SERVICE LIST**
**George Gonzalez v. City of Hemet, et al.**
**Case No. 5:25-cv-00331-KK-DTB**
**Our File Number:  7893-70029**

Dale K. Galipo
Marcel F. Sincich
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax: (818) 347-4118
Email: dalekgalipo@yahoo.com
msincich@galipolaw.com

*Attorney for George Gonzalez*

Rob Bonta
Attorney General of California
Norman D. Morrison
Supervising Deputy Attorney General
Ashley Reyes
Deputy Attorney General
Mario E. Garcia
Deputy Attorney General
California Attorney Generals Office
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2312
Fax: (559) 445-5106
E-mail: Ashley.Reyes@doj.ca.gov
Mario.Garcia@doj.ca.gov

*Attorneys for Defendants, State of California, acting by and through the California Highway Patrol and Officer Sean Irick*

Trenton C. Packer
GRECH PACKER & HANKS
7095 Indiana Avenue, Suite 200
Riverside, CA 92506
Tel:  (951) 682-9311
Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

*Attorney for George Gonzalez*

Mario E. Garcia
Deputy Attorney General
California Department of Justice –
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Tel:  (213) 269-6294
Fax:  (916) 731-2120
Email:  Mario.Garcia@doj.ca.gov

*Attorney for Defendants, State of California and Officer Sean Irick*

2