**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California*
*acting by and through the California Highway Patrol*
*and Sean Irick*

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Kimberly L. Aceves (State Bar No. 364642)
  *kimberly.aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET,
PATRICK SOBASZEK, and ANDREW REYNOSO

Case No.: 5:25−cv−00331−KK−DTB

**JOINT EXHIBIT LIST**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE GONZALEZ,

Plaintiff,

v.

CITY OF HEMET, et al.

Defendants.

**Case No.: 5:25−cv−00331−KK−DTB**

[*Honorable Kenly Kiya Kato*
Magistrate Judge David T. Bristow]

**JOINT EXHIBIT LIST**

**Final Pretrial Conference:**
Date:    April 23, 2026
Time:    10:30 a.m.
**Trial:**
Date:    May 11, 2026
Time:    08:30 a.m.
Place:    Courtroom 3

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff George Gonzalez and Defendants City of Hemet, Patrick Sobaszek and Andrew Reynoso, and State of California, acting by and through California Highway Patrol, and Sean Irick hereby submit the following Joint Exhibit List of tangible/documentary evidence which may potentially be provided-published to the jury at the time of trial (to the extent admissible under the Federal Rules of Evidence), pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court for the Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable).

The parties are continuing to meet and confer to establish a joint exhibit list. This list is being filed in the anticipation additional objections will be made and

exhibits will be amended.  The parties reserve the right to supplement and/or amend this list and objections herein, motions *in limine*, and applicable Orders of the Court.

**EXHIBIT STIPULATION RE AUTHENTICITY.**

Notwithstanding any objections or motions *in limine*, as to admissibility on grounds other than authenticity, except where an objection is made herein below specifically on the basis of authenticity, the signatory parties also hereby stipulate to the authenticity of each, all, and any of the following exhibits; and the parties hereby stipulate that, for purposes of authentication only (e.g., pursuant to Fed. R. Evid. 901-903, 1001-1007); thus, except where an objection is made specifically on the basis of authenticity herein below, the parties hereby waive all objections to the listed exhibits on grounds of authenticity.

Nothing in this Stipulation shall be construed as any waiver by any of the parties of any objections to any exhibits on any grounds other than authenticity.

**A.      Exhibits to Which the Parties Stipulate for Admission.**

**Plaintiffs' exhibits no.:** TBD.

**Defendants' exhibits nos**.:  TBD.

**B.      Exhibits Objected to Solely on Authenticity Grounds.**

TBD.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  April 2, 2026          **LAW OFFICES OF DALE K. GALIPO**
                               **GRECH, PACKER, & HANKS**

By: _____*/s/*____ Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorneys for Plaintiff George Gonzalez*

3          Case No.: 5:25−cv−00331−KK−DTB
**JOINT EXHIBIT LIST**

/ / /

DATED:  April 2, 2026

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Andrea K. Kornblau
Eugene P. Ramirez, Esq.
Andrea K. Kornblau, Esq.
*Attorneys for Defendants City of Hemet, Patrick Sobaszek, and Andrew Reynoso*

DATED:  April 2, 2026

**ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General**

By: /s/ Amie C. Bears
Amie C. Bears
Mario Garcia
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Officer Sean Irick*

**JOINT EXHIBIT LIST**

**JOINT EXHIBIT LIST**

| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
|---|---|---|---|
| **JOINT EXHIBIT LIST** | | | |
| **VIDEOS** | | | |
| 1. | Sobaszek BWC (COH 502) | | |
| 2. | Screenshots of Sobaszek BWC (reserved) | | |
| 3. | Reynoso BWC (COH 487) | | |
| 4. | Screenshots of Reynoso BWC (reserved) | | |
| 5. | Surveillance Video (COH 484) | | |
| 6. | Screenshots of Surveillance Video (reserved) | | |
| 7. | Helicopter Video (STATE 1644) | | |
| 8. | Screenshots of Helicopter Video (reserved) | | |
| 9. | 4x Enlargement and Stabilization Comparison Video | | |
| 10. | 4x Enlargement and Stabilization Comparison PDF | | |
| 11. | Reynoso BWC with graphics Video | | |
| 12. | Reynoso BWC with graphics PDF | | |
| 13. | Sobaszek and Reynoso BWC side by side Video | | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| 14. | Sobaszek and Reynoso BWC side by side PDF | | |
| 15. | Sobaszek and Reynoso BWC side by side with graphics Video | | |
| 16. | Sobaszek and Reynoso BWC side by side with graphics PDF | | |
| 17. | Sobaszek 4x enlargement and stabilized Video | | |
| 18. | Sobaszek 4x enlargement and stabilized PDF | | |
| 19. | Sobaszek 4x enlargement and stabilized with graphics Video | | |
| 20. | Sobaszek 4x enlargement and stabilized with graphics PDF | | |
| 21. | Sobaszek BWC with graphics Video | | |
| 22. | Sobaszek BWC with graphics PDF | | |
| | PHOTOGRAPHS | | |
| 23. | Route Photos | | |
| 24. | Scene Photos | | |
| 25. | Officer Photos | | |
| 26. | Injury Photos | | |
| 27. | Gonzalez Photos (P 1705-1712) | | |
| 28. | (reserved) | | |

JOINT EXHIBIT LIST

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| MEDICAL RECORDS | | | |
| 29. | RUHS Medical Records (Select Portions) | | |
| 30. | County of Riverside Medical Records (Select Portions) | | |
| 31. | CDCR Medical Records (Select Portions) | | |
| 32. | Wasco Medical Records (Select Portions) | | |
| 33. | EMR Medical Records (Select Portions) | | |
| 34. | Radiology Records | | |
| 35. | (reserved) | | |
| *For Impeachment or Record Refresh Only* | | | |
| 36. | Audio of Statement of Irick | | |
| 37. | Transcriptions of Statement of Irick | | |
| 38. | Audio of Statement of Reynoso | | |
| 39. | Transcriptions of Statement of Reynoso | | |
| 40. | Audio of Statement of Sobaszek | | |
| 41. | Transcriptions of Statement of Sobaszek | | |
| 42. | City Use of Force Policy | | |
| 43. | State Use of Force Policy | | |

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | Nos. 44-100 – reserved for Plaintiff | | |

### STATE DEFENDANTS' ADDITIONAL EXHIBITS

| STATE DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| 101. | Critical Incident Investigation Case Number C24-601-001(CIIT)  **[STATE 1-1128]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity.  State Response: | |
| 102. | Redacted Riverside County Sheriff's Incident Report (1)  **[STATE 1129-1303]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. | |

| STATE DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity State Response: | |
| 103. | Irick Interview by RCSD Master Investigator Alfaro SUBJECT TO A PROTECTIVE ORDER (Audio 39 minutes, 37 seconds) [STATE 1640] | FRE 403 – unduly prejudicial, cumulative, waste of time FRE 801 – hearsay, multiple layers, without exception. State Response: | |
| 104. | Reynoso_Axon_ Body 3_Video_2024-01-24_1936_X6033520Y- (1 hour, 16 minutes, 49 seconds) SUBJECT TO PROTECTIVE ORDER [STATE 1641] | Duplicative of Exh. 3 | |
| 105. | Snapshot-2024-01-25 02.52.58.888 AM | Duplicative of Exh. 5 | |

JOINT EXHIBIT LIST

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | - SUBJECT TO PROTECTIVE ORDER (28 minutes, 2 seconds) **[STATE 1642]** | | |
| 106. | Sobaszek_Axon_ Body 3_Video_2024-01-24_1936_X6033467W - SUBJECT TO PROTECTIVE ORDER (1 hour, 16 minutes, 57 seconds) **[STATE 1643]** | Duplicative of Exh. 1 | |
| 107. | STAR 9 Aerial Helicopter video **[STATE 1644]** | Duplicative of Exh. 7 | |
| 108. | Transcript of Remote Video Deposition of Sean Irick, dated 07/22/25 (108 pages) | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 801 – hearsay, multiple layers, without exception. State Response: | |
| 109. | Transcript of Remote Video Deposition of Patrick Sobaszek, dated 07/23/25 (109 pages) | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 801 – hearsay, multiple layers, without exception. State Response: | |
| 110. | Transcript of Remote Video Deposition of Sergeant Reynoso | FRE 403 – unduly prejudicial, cumulative, waste of time. | |

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | dated August 14, 2025 (108 pages) | FRE 801 – hearsay, multiple layers, without exception.<br><br>State Response: | |
| 111. | Transcript of Remote Video deposition of George Gonzalez (Volume 2)<br><br>(201 pages) | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 801 – hearsay, multiple layers, without exception.<br><br>State Response: | |
| 112. | Transcript of Remote Video deposition of George Gonzalez (Volume 4)<br><br>(133 pages) | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 801 – hearsay, multiple layers, without exception.<br><br>State Response: | |
| 113. | Plaintiff's Second Amended Complaint for Damages, dated 06/05/25 (42 pages) | FRE 403 – cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br><br>State Response: | |

| STATE DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | | | |
| 114. | 1304. SDT. RUHS Medical Records. 001. 112125 (432 pages) | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception State Response: | |
| 115. | 1305. SDT. RUHS Medical Records 002. 112125 (442 pages) | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception State Response: | |
| 116. | 1306. SDT. RUHS Medical Records 002. 112125 (442 pages) | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. | |

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | | FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception State Response: | |
| 117. | Incident Report. Interview. Transcript. Sgt. Reynoso. by Inv. Alfaro. 02/05/24 | FRE 403 – unduly prejudicial, cumulative, waste of time FRE 801 – hearsay, multiple layers, without exception. State Response: | |
| 118. | Peace Officer Standards and Training (POST) Learning Domain #20 – Use of Force discussed in Police Practices Expert Clarence Chapman's Fed. R. Civ. P. Rule 26 report | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity State Response: | |
| 119. | Peace Officer Standards and Training (POST) Learning Domain #33 – Arrest and Control discussed in Police Practices Expert Clarence | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity | |

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | Chapman's Fed. R. Civ. P. Rule 26 report | State Response: | |
| 120. | Peace Officer Standards and Training (POST) Learning Domain #12 – Control Substances discussed in Police Practices Expert Clarence Chapman's Fed. R. Civ. P. Rule 26 report | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>State Response: | |
| 121. | Highway Patrol Manual 70.6, Ch. 2 – Discharge of Fireams discussed in Police Practices Expert Clarence Chapman's Fed. R. Civ. P. Rule 26 expert report | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>State Response: | |
| 122. | Incident Report. Interview. Salgado, Rina. by Inv. Letterly. 01/31/24 **[STATE 1286-1290]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

JOINT EXHIBIT LIST

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| Exh. No. | Description | Objection and Reasons | Stipulation to Authenticity and Foundation |
| | | FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity State Response: | |
| 123. | Incident Report. Interview. Witness. Bonilla, Erick. by Inv. Ramirez. 01/26/24 [STATE 1291-1296] | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity State Response: | |
| 124. | Incident Report. Interview. Witness. Lopez, Israel. by Inv. Ramirez. 01/26/24 [STATE 1297-1303] | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. | |

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| Exh. No. | Description | Objection and Reasons | Stipulation to Authenticity and Foundation |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>State Response: | |
| 125. | All Riverside University Health System Medical Records pertaining to Plaintiff George Falcon Lara Gonzalez from hospital admission to hospital discharge. | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception<br><br>State Response: | |
| 126. | All photographs used by California Highway Patrol's ballistic expert Rod Englert in his initial and supplemental Fed. R. Civ. Proc Rule 26 expert reports. | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. | |

| STATE DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception  State Response: | |
| Nos. 126-200 – reserved for State Defendants | | | |

## CITY DEFENDANTS' ADDITIONAL EXHIBITS

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| 201. | Initial Incident Report. by Ofcr. Cooley. 01/25/24  **[COH000001 – 0000010]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |

JOINT EXHIBIT LIST

Case No.: 5:25−cv−00331−KK−DTB

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| 202. | Incident Report. Notice & Response. by Inv. Alfaro. 02/02/24 **[COH000011 – 13]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 203. | Incident Report. N&R. by Inv. Mendoza. 03/15/24 **[COH000014 – 15]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | | |
| 204. | Incident Report. N&R Call Out. by Dpty. DiMaggio. 01/29/24 **[COH000016 – 17]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |
| 205. | Incident Report. Notice & Response. by Inv. Letterly. 01/30/24 **[COH000018 – 20]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | City Response: | |
| 206. | Incident Report. Notice & Response. by Inv. Castaneda. 01/29/24 **[COH000021 – 22]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 207. | Incident Report. Notice & Response. by Inv. Manjarrez. 01/29/24 **[COH000023 – 24]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| 208. | Incident Report. Notice & Response. by Inv. Ramirez. 01/26/24 **[COH000025 – 28]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 209. | Incident Report. N&R Call Out. by Ofcr. Ditfurth. 07/15/24 **[COH000029 – 30]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 210. | Incident Report. N&R Call Out. DA Inv. Ferrer. 03/12/24 **[COH000031 – 0000032]** | FRE 401 – irrelevant to any claim or defense; information unknown. | |

JOINT EXHIBIT LIST

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |
| 211. | Incident Report. Response & Public Safety Statement. by Sgt. Button. 01/25/24 **[COH000033 – 0000035]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |
| 212. | Incident Report. Suspect Ambulance Ride. by Ofcr. Hibbler. 01/26/24 **[COH000036 – 39]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2)<br>FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 213. | Incident Report. Response to RUHS. by Ofcr. Enriquez. 012524. 01/25/24<br>**[COH000040 – 41]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 214. | Incident Report. Critical Incident Log. by Ofcr. Waters. 01/25/24<br>**[COH000042 – 43]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| 215. | Incident Report. Response to RUHS. by Ofcr. Henson. 01/25/24 **[COH000044 – 46]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, without exception FRE 901 – authenticity City Response: | |
| 216. | Incident Report. Response. by Ofcr. Chavez. 01/25/24 **[COH000047 – 54]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, without exception FRE 901 – authenticity City Response: | |
| 217. | Incident Report. Response. by Ofcr. Christopherson. 01/25/24 **[COH000055 – 0000056]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 218. | Incident Report. Response to RUHS. by Ofcr. Gomez. 01/25/24<br>**[COH000057 – 59]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 219. | Incident Report. CHU. by Inv. Birmingham. 01/25/24_Redacted<br>**[COH000063 – 0000066]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 220. | Supp Incident Report. 002. Ofcr. Vera. by Inv. Alfaro. 08/30/24 | FRE 401 – irrelevant to any claim or defense; information unknown. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | **[COH000067 – 0000070]** | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |
| 221. | Supp Incident Report. 003. Ofcr. Reynoso, Alex. by Inv. Alfaro. 08/30/24<br><br>**[COH000071 – 0000074]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| 222. | Supp Report. 001. Assisting Narrative. by Ofcr. Godward. 01/28/24 **[COH000075-78]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |
| 223. | Supp Report. 002. Assisting Narrative. by Ofcr. Vera. 02/05/24 **[COH0000079-81]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | | |
| 224. | Supp Report. 003. Assisting Narrative. by Ofcr. Reynoso, Alex. 01/29/24 **[COH000082-84]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 225. | Supp Report. 006. Assisting Narrative. by Ofcr. Godward. 02/02/24 **[COH000094-95]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity | |

| | CITY DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | City Response: | |
| 226. | Incident Report. Interview. Sgt. Reynoso. by Inv. Alfaro. 02/05/24 [COH000096-100] | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 227. | Incident Report. Interview. Transcript. Sgt. Reynoso. by Inv. Alfaro. 02/05/24 [COH000101-129] | FRE 401 – irrelevant FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 801 – hearsay, without exception FRE 901 – authenticity  City Response: | |
| 228. | Incident Report. Interview. CHP Ofcr. Irick. by Inv. Alfaro. 02/05/24 [COH000130-133] | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. | |

Case No.: 5:25−cv−00331−KK−DTB
**JOINT EXHIBIT LIST**

| | CITY DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 229. | Incident Report. Interview. Transcript. CHP Ofcr. Irick by Inv. Alfaro. 02/05/24 **[COH000134-158]** | FRE 401 – irrelevant. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 230. | Incident Report. Interview. Salgado, Rina. by Inv. Letterly. 01/31/24 **[COH000159-163]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 231. | Incident Report. Interview. Witness. Bonilla, Erick. by | FRE 401 – irrelevant to any claim or defense; information unknown. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | Inv. Ramirez. 01/26/24 **[COH000164-169]** | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 232. | Incident Report. Interview. Witness. Lopez, Israel. by Inv. Ramirez. 01/26/24 **[COH000170-176]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 233. | Incident Report. Interview. Nieves, Yvette. by Inv. Ramirez. 01/31/24 **[COH000177-183]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception | |

JOINT EXHIBIT LIST

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 901 – authenticity<br><br>City Response: | |
| 234. | Incident Report. Interview. Suspect Family. by DA Inv. Ferrer. 03/12/24<br><br>**[COH000184-186]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 235. | Incident Report. Interview. Incl. Transcript. Det. Sobaszek. by DA Inv. Ferrer. 04/16/24<br><br>**[COH000187-223]** | FRE 401 – irrelevant.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 236. | Supple Incident Report. 001. Ofcr. Godward. Interview. Salgado, Rina & Nieves, Yvette. by Alfaro. 08/30/24<br><br>**[COH000224-227]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 237. | Incident Report. Interview. Suspect Gonzalez, George. by Inv. Alfaro. 01/28/24 **[COH000228-230]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 238. | Incident Report. Interview. Suspect Parents. by Inv. Alfaro. 02/05/24 **[COH000231-233]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | City Response: | |
| 239. | Incident Report. Interview. Witness. Barajas, Paul. by Inv. Letterly. 01/24/24 **[COH000234-237]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, without exception FRE 901 – authenticity City Response: | |
| 240. | Incident Report. OIS Scene. by Inv. Mendoza. 03/15/24 **[COH000238-256]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, without exception FRE 901 – authenticity City Response: | |
| 241. | Incident Report. Hospital RUHS Scene. by Inv. Castaneda. 01/29/24 **[COH000257-259]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. | |

| | CITY DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, without exception FRE 901 – authenticity  City Response: | |
| 242. | Incident Report. Collect Blood & Projectile Evidence from RUHS. by Inv. Castaneda. 02/02/24 **[COH000260-267]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 243. | Incident Report. Process Vehicle. by Inv. Manjarrez. 02/15/24 **[COH000268-286]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 244. | Incident Report. Suspect Weapon to Forensics. by Dpty. Ditfurth. 07/15/24<br>**[COH000287-301]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2)<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 245. | Incident Report. Officer Weapons to Forensics and Armory. by Dpty. Ditfurth. 07/15/24<br>**[COH000302-333]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

JOINT EXHIBIT LIST

| | CITY DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 246. | Incident Report. Forensics Scene. by FT. Kelly. 02/03/24 **[COH000334-337]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 247. | Incident Report. Forensics Scene. by FT. Kroll. 02/02/24 **[COH000338-341]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) | |

| | | | |
|---|---|---|---|
| **CITY DEFENDANTS' ADDITIONAL EXHIBITS** | | | |
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 248. | Incident Report. Process Vehicle.  by FT. Murphy. 01/31/24<br><br>**[COH000342-344]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2)<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 249. | Incident Report. Test Officer Firearms. by FT. Mercado. 01/30/24<br><br>**[COH000345-347]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2)<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 250. | Incident Report. Suspect Handgun. by FT Alvarado. 01/31/24<br>**[COH000348-350]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2)<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 251. | Incident Report. Aerial Photos. by FT. Almandariz. 01/25/24<br>**[COH000351-352]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence. | |

JOINT EXHIBIT LIST

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity

City Response: | |
| 252. | Incident Report. Charting CHP Ofcr. Irick. by FT. Arellanes. 01/30/24 **[COH000353-354]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity

City Response: | |
| 253. | Incident Report. Process Firearm. by FT. Torres. 01/30/24 **[COH000355-358]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

Case No.: 5:25−cv−00331−KK−DTB
**JOINT EXHIBIT LIST**

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 254. | Incident Report. Assist in Scene. by FT. Leon. 05/25/24 **[COH000359-360]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, without exception FRE 901 – authenticity  City Response: | |
| 255. | Incident Report. Charting Photos. by FT. Murphy. 01/25/24 **[COH000361-363]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, without exception FRE 901 – authenticity | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | City Response: | |
| 256. | Incident Report. Forensics Photos. by FT. Feer. 02/05/24 **[COH000364-365]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 257. | Incident Report. Assist in Scene. by FT. Rodriguez. 01/26/24 **[COH000366-367]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 258. | Incident Report. Charting. CHP Ofcr. Irick. by Inv. Manjarrez. 02/02/24 **[COH000368-372]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

JOINT EXHIBIT LIST

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 259. | Incident Report. Charting. by Dpty. Ditfurth. 07/15/24 **[COH000373-378]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 260. | Incident Report. Surveillance Review. from Perricone Juices. by Dpty. DiMaggio. 01/29/24 **[COH000379-380]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 261. | Incident Report. CAL-ID Results. by Inv. Manjarrez. 02/08/24 | FRE 401 – irrelevant to any claim or defense; information unknown. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | **[COH000381-383]** | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |
| 262. | Incident Report. Dispatch Records. by Inv. Alfaro. 02/05/24 **[COH000384-400]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |
| 263. | Incident Report. Bio Tox Results. by Inv. Alfaro. 02/19/24 **[COH000401-403]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. | |

JOINT EXHIBIT LIST

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 264. | Incident Report. Evidence Handling. by Inv. Alfaro. 02/19/24 **[COH000404-408]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 265. | Incident Report. HPD Event Document. by Inv. Alfaro. 09/10/24 **[COH000409-415]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 266. | Incident Report. BWC Review. Reynoso & Sobaszek. by DA Inv. Ferrer. 03/12/24 **[COH000416-418]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 267. | Incident Report. Helicopter Video Footage. by Inv. Alfaro. 08/28/24 **[COH000419-433]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| 268. | DOJ. Physical Evidence Exam Report. by Inv. Alfaro. 05/14/24 **[COH000434]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 269. | Incident Report. SW and Vehicle Return. by Inv. Letterly. 02/20/24 **[COH000435-442]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 270. | Incident Report. SW RUHS. by Inv. Alfaro. 10/02/24 **[COH000443-451]** | FRE 403 – unduly prejudicial, cumulative, waste of time. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception City Response: | |
| 271. | CAD. Report. HPD. Ofcr. Scafani. 01/24/24 **[COH000452-456]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 272. | CII. Report. Gonzalez, George. Sgt. Gomez. 02/12/25 **[COH000457-473]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 901 – authenticity<br><br>City Response: | |
| 273. | Incident Report. Case Closed. by Inv. Alfaro. 12/20/24<br>**[COH000474-478]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2)<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 274. | CPO-DV. Gonzalez, George. 03/15/22_Redacted<br>**[COH000479-480]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 404 – inadmissible character evidence.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity | |

| | | CITY DEFENDANTS' ADDITIONAL EXHIBITS | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | City Response: | |
| 275. | Audio. Dispatch. 001. 01/24/24 **[COH000481]** | | |
| 276. | Audio. Dispatch. 002. 01/24/24 **[COH000482]** | | |
| 277. | Video. Star 9 Helicopter. By Ofcr. Coley. 012624 **[COH000483]** | Duplicative | |
| 278. | Video. Warehouse. Exterior Surveillance. 012424 **[COH000484]** | Duplicative | |
| 279. | BWC. Ofcr. Reynoso, Alex. 001. 012424 **[COH000485]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 801 – hearsay City Response: | |
| 280. | BWC. Ofcr. Reynoso, Alex. 002. 012424 **[COH000486]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 801 – hearsay City Response: | |
| 281. | BWC. Reynoso, Andrew. 012424 **[COH000487]** | Duplicative | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| 282. | BWC. Ofcr. Bishop. 012424 **[COH000488]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 283. | BWC. Ofcr. Coley. 001. 042424 **[COH000489]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity  City Response: | |
| 284. | BWC. Ofcr. Coley. 002. 042424 **[COH000490]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. | |

| | CITY DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 285. | BWC. Ofcr. Coley. 003. 042424 **[COH000491]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 286. | BWC. Ofcr. Godward. 001. 012424 **[COH000493]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
|---|---|---|---|
| | | FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 287. | BWC. Ofcr. Godward. 002. 012424 **[COH000494]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 288. | BWC. Ofcr. Godward. 003. 012424 **[COH000495]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |

| | CITY DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | | |
| 289. | BWC. Ofcr. Godward. 004. 012424 **[COH000496]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 290. | BWC. Ofcr. Tabor. 001. 012424 **[COH000497]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 291. | BWC. Ofcr. Tabor. 002. 012424 **[COH000498]** | FRE 401 – irrelevant to any claim or defense; information unknown. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 292. | BWC. Ofcr. Toledo. 001. 012424 **[COH000499]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity City Response: | |
| 293. | BWC. Ofcr. Toledo. 002. 012424 **[COH000500]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. | |

| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
|---|---|---|---|
| | CITY DEFENDANTS' ADDITIONAL EXHIBITS | | |
| | | FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |
| 294. | BWC. Ofcr. Toledo. 003. 012424<br><br>**[COH000501]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>City Response: | |
| 295. | BWC. Det. Sobaszek. 012424<br><br>**[COH000502]** | Duplicative | |
| 296. | Video. Clip by Sgt. Douglas. of BWC. Sgt. Reynoso, Andrew. 01/24/24<br><br>**[COH000503]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

| CITY DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | FRE 801 – hearsay, multiple layers, without exception<br>FRE 901 – authenticity<br><br>City Response: | |
| 297. | Photos. by FT. Araellons. 01/24/24<br><br>**[COH000505-726]** | Duplicative | |
| 298. | Photos. by FT. Knoll. 01/25/24<br><br>**[COH000727-820]** | Duplicative | |
| 299. | Photos. by FT. Murphy. 01/24/24<br><br>**[COH000821-920]** | Duplicative | |
| 300. | Photos. by FT. Vandefeer. 01/24/24<br><br>**[COH000921-1162]** | Duplicative | |
| 301. | Photo. Google Satellite. Incident Scene.<br><br>**[COH001168]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 901 – authenticity<br><br>City Response: | |
| 302. | HPD Policy Manual. 12/14/23<br><br>**[COH001169-2028]** | FRE 401 – irrelevant to any claim or defense; information unknown.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 801 – hearsay, without exception<br>FRE 901 – authenticity<br><br>City Response: | |