**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>                Defendants. | **Case No.: 5:25-cv-00331-KK-DTB**<br><br>[*Honorable Kenly Kiya Kato*<br>Magistrate Judge David T. Bristow]<br><br>**PLAINTIFF'S [PROPOSED]** *VOIR DIRE*<br><br>**Final Pretrial Conference:**<br>Date:   April 23, 2026<br>Time:   10:30 a.m.<br>**Trial:**<br>Date:   May 11, 2026<br>Time:   09:30 a.m.<br>Place:   Courtroom 3 |

---

**PLAINTIFF'S [PROPOSED]** *VOIR DIRE*

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff GEORGE GONZALEZ, hereby serves the following [Proposed] *Voir Dire*.  Plaintiff reserves the right to amend this proposal.

Respectfully submitted,

DATED:  April 9, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By: _____/s/_____ *Marcel F. Sincich*_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

**PLAINTIFFS' [PROPOSED] *VOIR DIRE***

## PLAINTIFF'S PROPOSED *VOIR* DIRE QUESTIONS

**Questions re: Domestic Violence or Restraining Order**

*Plaintiff requests that this Court voir dire the jury on bias regarding domestic violence evidence only if the Court will allow this testimony and/or evidence at trial by denying Plaintiff's motion in limine on this issue.*

1.    Have you or anyone close to you been the victim of domestic violence or been party to a restraining order?

2.    How many of you have ever witnessed an argument between a couple?

3.    Have you or anyone you know been involved in an argument for which the police were called?

4.    How many of you have seen or are yourselves, a normally calm person but become angry may say regretful things in the heat of an argument?

5.    Do you have any feelings, thoughts, or preconceptions about people who are convicted of and/or alleged to have been involved in domestic violence or a restraining order?

6.    Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties has a history of domestic violence or a restraining order?

7.    If you heard evidence that one of the parties had a history of domestic violence, do you think that you could still find that the officers' conduct was unreasonable?

8.    Do you have any feelings, one way or another, about whether a person who has committed domestic violence deserves the same protection from excessive force by police officers as everyone else?

9.    Could you put aside whatever knowledge, information or preconceptions you may have about domestic violence and listen to the evidence?

**Questions re: Controlled Substance Conviction**

*Plaintiff requests that this Court voir dire the jury on bias regarding controlled substance evidence only if the Court will allow this testimony and/or evidence at trial by denying Plaintiff's motion in limine on this issue.*

10. Do you know anyone who has ever used a controlled substance?

11. Do you have any feelings or thoughts about people who use drugs?

12. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had used drugs?

13. If you heard evidence that one of the parties has a conviction related to a controlled substance, do you think that you could still find that the officers' conduct was unreasonable?

14. Do you have any feelings, one way or another, about whether a person who uses drugs deserves the same protection from excessive force by police officers as everyone else?

**Questions re: Criminal History for Possession of a Firearm**

*Plaintiff requests that this Court voir dire the jury on bias regarding Plaintiff's criminal history and the reasons therefrom evidence only if the Court will allow this testimony and/or evidence at trial by denying Plaintiff's motion in limine on this issue.*

15. Do you know anyone who has been convicted of possession of a firearm?

16. Do you have any feelings or thoughts about people who have been convicted of possession of a firearm?

17. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had been convicted of possession of a firearm related to this incident?

**PLAINTIFFS' [PROPOSED] *VOIR DIRE***

18.    If you heard evidence that one of the parties had been convicted of possession of a firearm, do you think that you could still find that the officers' conduct during arrest was unreasonable?

19.    Do you have any feelings, one way or another, about whether a person who had been convicted of possession of a firearm deserves the same protection from excessive force by police officers during an arrest as everyone else?

20.    Could you put aside whatever knowledge, information or preconceptions you may have about a conviction of possession of a firearm and listen to the evidence?

**Questions re: Criminal History for Delaying/Evading a Police Officer**

*Plaintiff requests that this Court voir dire the jury on bias regarding Plaintiff's history and the reasons therefrom evidence only if the Court will allow this testimony and/or evidence at trial by denying Plaintiff's motion in limine on this issue.*

21.    Do you know anyone who has been convicted of evading and resisting the police?

22.    Do you have any feelings or thoughts about people who have been convicted of evading and resisting the police?

23.    Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had been convicted of evading and resisting the police related to this incident?

24.    If you heard evidence that one of the parties had been convicted of evading and resisting the police, do you think that you could still find that the officers' conduct during arrest was unreasonable?

25.    Do you have any feelings, one way or another, about whether a person who had been convicted of evading and resisting the police deserves the same protection from excessive force by police officers during an arrest as everyone else?

**PLAINTIFFS' [PROPOSED] *VOIR DIRE***

26.     Do you have any feelings, one way or the other, about whether a person who had been convicted of evading the police has the right to bring a claim in court for a violation of his right to be free from excessive force?

**Questions re: Peace Officer Bias**

27.     Would you be more likely to believe a police officer's testimony over the testimony of a non-police officer?

28.     Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?

29.     Do you think that a police officer is capable of testifying falsely under oath to support a fellow officer?

30.     Are you or any of your family members or close friends current or former government employees or police officers?  If yes, what agency and what type of job?

31.     Are you or any of your family members or close friends current or former service members in any division or branch of our military?  If yes, what division or branch and what type of job?

32.     Are you or is anyone you know a current or former police officer?  If yes, who, what agency, and how long?

33.     Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?

34.     Have you applied to or are you a member of any branch of the armed forces?

35.     Have you or anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?

36.     Does anyone feel that police officers have been unfairly portrayed in the media with respect to the use of force?

37.     Do you think police officers should be allowed to use excessive force in attempting to arrest or detain someone?

**Questions re: Juror Connection to Defendants**

38.    Have you, a family member, or any of your close friends had any contact or association with the City of Hemet, or any of their employees?

39.    If so, please describe the circumstances of the contact or association.

40.    If so, would you view the evidence in this case differently because of your past experience with the City of Hemet, or any of their employees?

41.    Are you or is anyone you know a current or former employee of the City of Hemet?  If so:

      a)    Who do you know?

      b)    What is or was their job?

      c)    How long were they employed?

      d)    Would you view the evidence in this case differently because of your past experience with the City of Hemet, or any of their employees?

**Questions re: Justiciability of Peace Officer Conduct**

42.    Do you think that our society should hold police officers liable in court when they violate an individual's constitutional rights?

43.    Do you agree that police officers or the entity they work for should pay money damages when they violate an individual's constitutional rights?

44.    Do you think that police officers should be able to use as much force as they want when arresting someone?

45.    Do you think that our society should restrict the amount of force that police officers can use?

**Questions re: General Juror Bias & Bias Against Actions for Money Damages**

46.    Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?

47.    Do you think that because the City finds the officers' conduct to be within police, that the officers' conduct is probably acceptable?

48.     Is there anybody that would hold it against the Plaintiff simply because they have pursued this case to trial?

**Other**

49.     How do you get your news?

50.     What newspapers and magazines do you regularly read?

51.     What websites or blogs do you visit?

52.     What are your favorite TV shows or movies?