**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California*
*acting by and through the California Highway Patrol*
*and Sean Irick*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA and SEAN IRICK.<br><br>              Defendants. | **Case No.: 5:25−cv−00331−KK−DTB**<br><br>[*Honorable Kenly Kiya Kato*<br>Magistrate Judge David T. Bristow]<br><br>**JOINT EXHIBIT STIPULATION**<br><br>**Final Pretrial Conference:**<br>Date:   April 23, 2026<br>Time:   10:30 a.m.<br>**Trial:**<br>Date:   May 11, 2026<br>Time:   08:30 a.m.<br>Place:  Courtroom 3 |

Case No.: 5:25−cv−00331−KK−DTB

**JOINT EXHIBIT STIPULATION**

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff George Gonzalez and Defendants State of California, acting by and through California Highway Patrol, and Sean Irick hereby submit the following Joint Exhibit List of tangible/documentary evidence which may potentially be provided-published to the jury at the time of trial (to the extent admissible under the Federal Rules of Evidence), pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court for the Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable).

The parties reserve the right to supplement and/or amend this list and objections herein, motions *in limine*, and applicable Orders of the Court.

**EXHIBIT STIPULATION RE AUTHENTICITY.**

Notwithstanding any objections or motions *in limine*, as to admissibility on grounds other than authenticity, except where an objection is made herein below specifically on the basis of authenticity, the signatory parties also hereby stipulate to the authenticity of each, all, and any of the following exhibits; and the parties hereby stipulate that, for purposes of authentication only (e.g., pursuant to Fed. R. Evid. 901-903, 1001-1007); thus, except where an objection is made specifically on the basis of authenticity herein below, the parties hereby waive all objections to the listed exhibits on grounds of authenticity.

Nothing in this Stipulation shall be construed as any waiver by any of the parties of any objections to any exhibits on any grounds other than authenticity.

**A.    Exhibits to Which the Parties Stipulate for Admission.**

**Plaintiffs' exhibits no.:** TBD.

**Defendants' exhibits nos**.:  TBD.

**B.    Exhibits Objected to Solely on Authenticity Grounds.**

TBD.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  April 9, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By: _____/s/_____Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorneys for Plaintiff George Gonzalez*

DATED:  April 9, 2026

**ROB BONTA**
**Attorney General of California**
**CATHERINE WOODBRIDGE**
**Supervising Deputy Attorney General**

By:_____/s/_____Amie C. Bears_____
Amie C. Bears
Mario Garcia
*Attorneys for Defendants State of California,*
*acting by and through the California Highway*
*Patrol, and Officer Sean Irick*

**JOINT EXHIBIT STIPULATION**

**JOINT EXHIBIT LIST**

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | VIDEOS | | |
| 1. | Sobaszek BWC (COH 502) | | Stipulated as to Authenticity and Foundation |
| 2. | Screenshots of Sobaszek BWC (reserved) | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). | |

Case No.: 5:25−cv−00331−KK−DTB
**JOINT EXHIBIT STIPULATION**

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | Plaintiff's Response: these reserved screenshots are for when a particular image in the video is marked as evidence while playing the video; does not require expert opinion, is not hearsay, the videos are stipulated to be authentic and were produced by Defendants, and this exhibit is not related to Mr. Holdaway's video frame-by-frame images. | |
| 3. | Reynoso BWC (COH 487) | | Stipulated as to Authenticity and Foundation |
| 4. | Screenshots of Reynoso BWC (reserved) | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many | |

JOINT EXHIBIT STIPULATION

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). Plaintiff's Response: these reserved screenshots are for when a particular image in the video is marked as evidence while playing the video; does not require expert opinion, is not hearsay, the videos are stipulated to be authentic and were produced by Defendants, and this exhibit is not related to Mr. Holdaway's video frame-by-frame images. | |
| 5. | Surveillance Video (COH 484) | | Stipulated as to Authenticity and Foundation |
| 6. | Screenshots of Surveillance Video (reserved) | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). | |

6                    Case No.: 5:25−cv−00331−KK−DTB
JOINT EXHIBIT STIPULATION

| | | JOINT EXHIBIT LIST | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403).<br><br>Plaintiff's Response: these reserved screenshots are for when a particular image in the video is marked as evidence while playing the video; does not require expert opinion, is not hearsay, the videos are stipulated to be authentic and were produced by Defendants, and this exhibit is not related to Mr. Holdaway's video frame-by-frame images. | |
| 7. | Helicopter Video (STATE 1644) | | Stipulated as to Authenticity and |

JOINT EXHIBIT STIPULATION

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | | Foundation |
| 8. | Screenshots of Helicopter Video (reserved) | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Plaintiff's Response: these reserved screenshots are for when a particular image in the video is marked as evidence while playing the video; does not require expert opinion, is not hearsay, the videos are stipulated to be authentic and were produced by Defendants, and this exhibit is not related to Mr. Holdaway's video frame-by-frame images. | |
| 9. | 4x Enlargement and Stabilization Comparison Video | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack | |

JOINT EXHIBIT STIPULATION

| | | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved | |

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 10. | 4x Enlargement and Stabilization Comparison PDF | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403).<br><br>Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 11. | Reynoso BWC with graphics Video | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). | |

| | | JOINT EXHIBIT LIST | | |
|---|---|---|---|---|
| Exh. No. | Description | Objection / Response | | Stipulation to Authenticity and Foundation |
| | | FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403).

Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately | | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | depicts the incident. | |
| 12. | Reynoso BWC with graphics PDF | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | (Fed. R. Evid. 401, 402, 403).<br><br>Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 13. | Sobaszek and Reynoso BWC side by side Video | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2).<br>FRE 801 – hearsay, multiple layers, without exception.<br>FRE 901 – authenticity.<br>Mr. Holdaway is not qualified to render the opinions contained | |

Case No.: 5:25−cv−00331−KK−DTB
JOINT EXHIBIT STIPULATION

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403).<br><br>Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 14. | Sobaszek and Reynoso BWC side by side PDF | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the | |

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | right to further object when the nature of the exhibit is made clear.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2).<br>FRE 801 – hearsay, multiple layers, without exception.<br>FRE 901 – authenticity.<br>Not an appropriate exhibit.<br><br>Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 15. | Sobaszek and Reynoso BWC side by side with graphics Video | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made | |

Case No.: 5:25−cv−00331−KK−DTB
**JOINT EXHIBIT STIPULATION**

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). <br><br> Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant | |

Case No.: 5:25−cv−00331−KK−DTB

**JOINT EXHIBIT STIPULATION**

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 16. | Sobaszek and Reynoso BWC side by side with graphics PDF | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); | |

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). <br><br> Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 17. | Sobaszek 4x enlargement and stabilized Video | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. <br> FRE 403 – unduly prejudicial, cumulative, waste of time. <br> FRE 602 – witnesses listed lack personal knowledge, lack | |

| | | JOINT EXHIBIT LIST | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal | |

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
|  |  | knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. |  |
| 18. | Sobaszek 4x enlargement and stabilized PDF | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) |  |

JOINT EXHIBIT STIPULATION

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). <br><br> Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 19. | Sobaszek 4x enlargement and stabilized with graphics Video | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. <br> FRE 403 – unduly prejudicial, cumulative, waste of time. <br> FRE 602 – witnesses listed lack personal knowledge, lack foundation. <br> FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). <br> FRE 801 – hearsay, multiple | |

22    Case No.: 5:25–cv–00331–KK–DTB

JOINT EXHIBIT STIPULATION

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). <br><br> Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| 20. | Sobaszek 4x enlargement and stabilized with graphics PDF | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 21. | Sobaszek BWC with graphics Video | ntiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). <br><br> Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| 22. | Sobaszek BWC with graphics PDF | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Mr. Holdaway is not qualified to render the opinions contained in his report (Fed. R. Evid. 702); (2) Mr. Holaway's opinions, reconstructions, and animations are not helpful to the jury, and, in fact, invade the province of the jury in many instances (Fed. R. Evid. 702); (3) Mr. Holdaway's opinions, reconstructions, and animations are unreliable because they are not based on sufficient facts and data (Fed. R. Evid. 702); and (4) Mr. Holdaway's opinions and animations are inaccurate and misleading and are therefore more prejudicial than probative (Fed. R. Evid. 401, 402, 403). Plaintiff's Response: see Plaintiff's opposition to Defendants' Motion in Limine No. 3. This exhibit is very helpful to the jury and relevant | |

27

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | in the finding of facts in this matter; does not require personal knowledge from an expert, however the involved parties have personal knowledge; Mr. Holdaway is a qualified expert under Rule 702, and this exhibit is not inaccurate or misleading but accurately depicts the incident. | |
| **PHOTOGRAPHS** | | | |
| 23. | Route Photos | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Plaintiff's Response: Plaintiff presented sufficient information as Plaintiff sent the exact photos to the defense to review. Photos of the incident are relevant and are included in Defendants' list, the parties have personal | Stipulated as to Authenticity |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | knowledge of what the photos depict; these photos do not require expert opinion and are not hearsay. | |
| 24. | Scene Photos | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Plaintiff's Response: Plaintiff presented sufficient information as Plaintiff sent the exact photos to the defense to review. Photos of the incident are relevant and are included in Defendants' list, the parties have personal knowledge of what the photos depict; these photos do not require expert opinion and are not hearsay. | Stipulated as to Authenticity |
| 25. | Officer Photos | Plaintiff failed to present sufficient information regarding this proposed exhibit and | Stipulated as to Authenticity |

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | therefore defendant reserves the right to further object when the nature of the exhibit is made clear.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2).<br>FRE 801 – hearsay, multiple layers, without exception.<br>FRE 901 – authenticity.<br><br>Plaintiff's Response: Plaintiff presented sufficient information as Plaintiff sent the exact photos to the defense to review. Photos of the incident are relevant and are included in Defendants' list, the parties have personal knowledge of what the photos depict; these photos do not require expert opinion and are not hearsay. | |
| 26. | Injury Photos | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack | Stipulated as to Authenticity |

Case No.: 5:25−cv−00331−KK−DTB
JOINT EXHIBIT STIPULATION

| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
|---|---|---|---|
| | | **JOINT EXHIBIT LIST** | |
| | | personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity.  Plaintiff's Response: Plaintiff presented sufficient information as Plaintiff sent the exact photos to the defense to review. Photos of Plaintiff's injuries are relevant, Plaintiff has personal knowledge of what the photos depict; these photos do not require expert opinion and are not hearsay. | |
| 27. | Gonzalez Photos (P 1705-1712) | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. | |

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | Plaintiff's Response: Plaintiff presented sufficient information as Plaintiff sent the exact photos to the defense to review. Photos of Plaintiff's damages are relevant, Plaintiff has personal knowledge of what the photos depict; these photos do not require expert opinion and are not hearsay. | |
| 28. | (reserved) | | |
| **MEDICAL RECORDS** | | | |
| 29. | RUHS Medical Records (Select Portions) | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Plaintiff's Response: Medical records are not subject to Rule 403 as they are highly probative to Plaintiff's damages if necessary to publish during | |

JOINT EXHIBIT STIPULATION

| | | JOINT EXHIBIT LIST | | |
|---|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation | |
| | | trial; Plaintiff, experts, and providers may testify as to the content of the records; these records have multiple exceptions to hearsay. | | |
| 30. | County of Riverside Medical Records (Select Portions) | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Plaintiff's Response: Medical records are not subject to Rule 403 as they are highly probative to Plaintiff's damages if necessary to publish during trial; Plaintiff, experts, and providers may testify as to the content of the records; these records have multiple exceptions to hearsay. | | |
| 31. | CDCR Medical Records (Select Portions) | Plaintiff failed to present sufficient information regarding this proposed exhibit and | | |

33        Case No.: 5:25−cv−00331−KK−DTB
JOINT EXHIBIT STIPULATION

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. Plaintiff's Response: Medical records are not subject to Rule 403 as they are highly probative to Plaintiff's damages if necessary to publish during trial; Plaintiff, experts, and providers may testify as to the content of the records; these records have multiple exceptions to hearsay. | |
| 32. | Wasco Medical Records (Select Portions) | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. | |

34    Case No.: 5:25−cv−00331−KK−DTB

JOINT EXHIBIT STIPULATION

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. <br><br>Plaintiff's Response: Medical records are not subject to Rule 403 as they are highly probative to Plaintiff's damages if necessary to publish during trial; Plaintiff, experts, and providers may testify as to the content of the records; these records have multiple exceptions to hearsay. | |
| 33. | EMR Medical Records (Select Portions) | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. <br><br>Plaintiff's Response: Medical | |

JOINT EXHIBIT STIPULATION

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | records are not subject to Rule 403 as they are highly probative to Plaintiff's damages if necessary to publish during trial; Plaintiff, experts, and providers may testify as to the content of the records; these records have multiple exceptions to hearsay. | |
| 34. | Radiology Records | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Plaintiff's Response: Medical records are not subject to Rule 403 as they are highly probative to Plaintiff's damages if necessary to publish during trial; Plaintiff, experts, and providers may testify as to the content of the records; these records have multiple | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | exceptions to hearsay. | |
| 35. | (reserved) | | |
| *For Impeachment or Record Refresh Only* | | | |
| 36. | Audio of Statement of Irick | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time.  Plaintiff's Response: this is used for impeachment or record refresh only. | |
| 37. | Transcriptions of Statement of Irick | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time.  Plaintiff's Response: this is used for impeachment or record refresh only. | |
| 38. | Audio of Statement of Reynoso | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, | |

Case No.: 5:25−cv−00331−KK−DTB
JOINT EXHIBIT STIPULATION

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection / Response** | **Stipulation to Authenticity and Foundation** |
| | | cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity.<br><br>Plaintiff's Response: this is used for impeachment or record refresh only. | |
| 39. | Transcriptions of Statement of Reynoso | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity.<br><br>Plaintiff's Response: this is used for impeachment or record refresh only. | |
| 40. | Audio of Statement of Sobaszek | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. | |

38        Case No.: 5:25–cv–00331–KK–DTB
**JOINT EXHIBIT STIPULATION**

| JOINT EXHIBIT LIST | | | |
| --- | --- | --- | --- |
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Plaintiff's Response: this is used for impeachment or record refresh only. | |
| 41. | Transcriptions of Statement of Sobaszek | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception. FRE 901 – authenticity. Plaintiff's Response: this is used for impeachment or record refresh only. | |
| 42. | City Use of Force Policy | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made | |

Case No.: 5:25−cv−00331−KK−DTB
JOINT EXHIBIT STIPULATION

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Objection / Response | Stipulation to Authenticity and Foundation |
| | | clear.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, multiple layers, without exception.<br>FRE 901 – authenticity.<br><br>Plaintiff's Response: this is used for impeachment or record refresh only. | |
| 43. | State Use of Force Policy | Plaintiff failed to present sufficient information regarding this proposed exhibit and therefore defendant reserves the right to further object when the nature of the exhibit is made clear.<br>FRE 403 – unduly prejudicial, cumulative, waste of time.<br>FRE 602 – witnesses listed lack personal knowledge, lack foundation.<br>FRE 801 – hearsay, multiple layers, without exception.<br>FRE 901 – authenticity.<br><br>Plaintiff's Response: this is used for impeachment or record refresh only. | |
| | Nos. 44-100 – reserved for Plaintiff | | |

/ / /

## STATE DEFENDANTS' ADDITIONAL EXHIBITS

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| 101. | Critical Incident Investigation Case Number C24-601-001(CIIT) <br><br> **[STATE 1-1128]** | FRE 401 – irrelevant to any claim or defense; information unknown. <br> FRE 403 – unduly prejudicial, cumulative, waste of time. <br> FRE 404 – inadmissible character evidence. <br> FRE 602 – witnesses listed lack personal knowledge, lack foundation. <br> FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2). <br> FRE 801 – hearsay, multiple layers, without exception. <br> FRE 901 – authenticity. <br> Not an appropriate exhibit. <br><br> State Response: <br> FRE 401 - the exhibit is relevant <br> FRE 702, 703 – defendants' expert relied on for opinions <br> FRE 803 – exception to hearsay <br> FRE 901 – will be authenticated | |
| 102. | Redacted Riverside County Sheriff's Incident Report (1) <br><br> **[STATE 1129-1303]** | FRE 401 – irrelevant to any claim or defense; information unknown. <br> FRE 403 – unduly prejudicial, cumulative, waste of time. <br> FRE 404 – inadmissible character evidence. <br> FRE 602 – witnesses listed lack personal knowledge, lack foundation. <br> FRE 702 – contains expert | |

Case No.: 5:25−cv−00331−KK−DTB
**JOINT EXHIBIT STIPULATION**

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| Exh. No. | Description | Objection and Reasons | Stipulation to Authenticity and Foundation |
| | | opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity Not an appropriate exhibit. State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on for opinions FRE 803 – exception to hearsay FRE 901 – will be authenticated | |
| 103. | Irick Interview by RCSD Master Investigator Alfaro SUBJECT TO A PROTECTIVE ORDER (Audio 39 minutes, 37 seconds) [STATE 1640] | FRE 403 – unduly prejudicial, cumulative, waste of time FRE 801 – hearsay, multiple layers, without exception. Not an appropriate exhibit. State Response: FRE 401 - the exhibit is relevant FRE 803 – exception to hearsay | |
| 104. | Reynoso_Axon_ Body 3_Video_2024-01-24_1936_ X6033520Y- (1 hour, 16 minutes, 49 seconds) SUBJECT TO PROTECTIVE ORDER [STATE 1641] | Duplicative of Exh. 3 | Stipulated as to Authenticity and Foundation |
| 105. | Snapshot-2024-01-25 02.52.58.888 AM - SUBJECT TO | Duplicative of Exh. 5 | Stipulated as to Authenticity and Foundation |

42          Case No.: 5:25−cv−00331−KK−DTB
**JOINT EXHIBIT STIPULATION**

| Exh. No. | Description | Objection and Reasons | Stipulation to Authenticity and Foundation |
|---|---|---|---|
| | **STATE DEFENDANTS' ADDITIONAL EXHIBITS** | | |
| | PROTECTIVE ORDER (28 minutes, 2 seconds) **[STATE 1642]** | | |
| 106. | Sobaszek_Axon_ Body 3_Video_2024-01-24_1936_ X6033467W - SUBJECT TO PROTECTIVE ORDER (1 hour, 16 minutes, 57 seconds) **[STATE 1643]** | Duplicative of Exh. 1 | Stipulated as to Authenticity and Foundation |
| 107. | STAR 9 Aerial Helicopter video **[STATE 1644]** | Duplicative of Exh. 7 | Stipulated as to Authenticity and Foundation |
| 108. | Transcript of Remote Video Deposition of Sean Irick, dated 07/22/25 (108 pages) | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 801 – hearsay, multiple layers, without exception. Not an appropriate exhibit. State Response: FRE 401 - the exhibit is relevant FRE 803 – exception to hearsay | |
| 109. | Transcript of Remote Video Deposition of Patrick Sobaszek, dated 07/23/25 (109 pages) | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 801 – hearsay, multiple layers, without exception. Not an appropriate exhibit. State Response: FRE 401 - the exhibit is relevant | |

JOINT EXHIBIT STIPULATION

| Exh. No. | Description | Objection and Reasons | Stipulation to Authenticity and Foundation |
|---|---|---|---|
| | | FRE 803 – exception to hearsay | |
| 110. | Transcript of Remote Video Deposition of Sergeant Reynoso dated August 14, 2025 (108 pages) | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 801 – hearsay, multiple layers, without exception. Not an appropriate exhibit.  State Response: FRE 401 - the exhibit is relevant FRE 803 – exception to hearsay | |
| 111. | Transcript of Remote Video deposition of George Gonzalez (Volume 2) (201 pages) | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 801 – hearsay, multiple layers, without exception. Not an appropriate exhibit.  State Response: FRE 401 - the exhibit is relevant FRE 803 – exception to hearsay | |
| 112. | Transcript of Remote Video deposition of George Gonzalez (Volume 4) (133 pages) | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 801 – hearsay, multiple layers, without exception. Not an appropriate exhibit. | |

**STATE DEFENDANTS' ADDITIONAL EXHIBITS**

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | | State Response: FRE 401 - the exhibit is relevant FRE 803 – exception to hearsay | |
| 113. | Plaintiff's Second Amended Complaint for Damages, dated 06/05/25 (42 pages) | FRE 403 – cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. Not an appropriate exhibit.<br><br>State Response: FRE 401 - the exhibit is relevant FRE 803 – exception to hearsay | Stipulated as to Authenticity |
| 114. | 1304. SDT. RUHS Medical Records. 001. 112125 (432 pages) | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception<br><br>State Response: FRE 401 - the exhibit is relevant FRE 803 – exception to hearsay | |
| 115. | 1305. SDT. RUHS Medical Records 002. 112125 (442 pages) | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. | |

JOINT EXHIBIT STIPULATION

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | | FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception <br><br> State Response: FRE 401 - the exhibit is relevant FRE 803 – exception to hearsay | |
| 116. | 1306. SDT. RUHS Medical Records 002. 112125 (442 pages) | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception <br><br> State Response: FRE 401 - the exhibit is relevant FRE 803 – exception to hearsay | |
| 117. | Incident Report. Interview. Transcript. Sgt. Reynoso. by Inv. Alfaro. 02/05/24 | FRE 403 – unduly prejudicial, cumulative, waste of time FRE 801 – hearsay, multiple layers, without exception. <br><br> State Response: FRE 401 - the exhibit is relevant | |

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Objection and Reasons** | **Stipulation to Authenticity and Foundation** |
| | | FRE 803 – exception to hearsay | |
| 118. | Peace Officer Standards and Training (POST) Learning Domain #20 – Use of Force discussed in Police Practices Expert Clarence Chapman's Fed. R. Civ. P. Rule 26 report | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity Not an appropriate exhibit. State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on FRE 803 – exception to hearsay | |
| 119. | Peace Officer Standards and Training (POST) Learning Domain #33 – Arrest and Control discussed in Police Practices Expert Clarence Chapman's Fed. R. Civ. P. Rule 26 report | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity Not an appropriate exhibit. State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on FRE 803 – exception to hearsay | |
| 120. | Peace Officer Standards and Training (POST) Learning Domain #12 | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack | |

JOINT EXHIBIT STIPULATION

| STATE DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Objection and Reasons | Stipulation to Authenticity and Foundation |
| | – Control Substances discussed in Police Practices Expert Clarence Chapman's Fed. R. Civ. P. Rule 26 report | foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity Not an appropriate exhibit.<br><br>State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on FRE 803 – exception to hearsay | |
| 121. | Highway Patrol Manual 70.6, Ch. 2 – Discharge of Fireams discussed in Police Practices Expert Clarence Chapman's Fed. R. Civ. P. Rule 26 expert report | FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity Not an appropriate exhibit.<br><br>State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on FRE 803 – exception to hearsay | |
| 122. | Incident Report. Interview. Salgado, Rina. by Inv. Letterly. 01/31/24<br><br>**[STATE 1286-1290]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack | |

JOINT EXHIBIT STIPULATION

| STATE DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Objection and Reasons | Stipulation to Authenticity and Foundation |
| | | foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on FRE 803 – exception to hearsay | |
| 123. | Incident Report. Interview. Witness. Bonilla, Erick. by Inv. Ramirez. 01/26/24<br><br>**[STATE 1291-1296]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity<br><br>State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on FRE 803 – exception to hearsay | |

| STATE DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Objection and Reasons | Stipulation to Authenticity and Foundation |
| 124. | Incident Report. Interview. Witness. Lopez, Israel. by Inv. Ramirez. 01/26/24 **[STATE 1297-1303]** | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 702 – contains expert opinion without compliance with FRCP 26(a)(2) FRE 801 – hearsay, multiple layers, without exception FRE 901 – authenticity <br><br> State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on FRE 803 – exception to hearsay | |
| 125. | All Riverside University Health System Medical Records pertaining to Plaintiff George Falcon Lara Gonzalez from hospital admission to hospital discharge. | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception Not an appropriate exhibit. | |

JOINT EXHIBIT STIPULATION

| STATE DEFENDANTS' ADDITIONAL EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Objection and Reasons | Stipulation to Authenticity and Foundation |
| | | State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on FRE 803 – exception to hearsay | |
| 126. | All photographs used by California Highway Patrol's ballistic expert Rod Englert in his initial and supplemental Fed. R. Civ. Proc Rule 26 expert reports. | FRE 401 – irrelevant to any claim or defense; information unknown. FRE 403 – unduly prejudicial, cumulative, waste of time. FRE 404 – inadmissible character evidence. FRE 602 – witnesses listed lack personal knowledge, lack foundation. FRE 801 – hearsay, multiple layers, without exception Not an appropriate exhibit.<br><br>State Response: FRE 401 - the exhibit is relevant FRE 702, 703 – defendants' expert relied on FRE 803 – exception to hearsay | |
| | Nos. 127-200 – reserved for State Defendants | | |