**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA and SEAN IRICK,<br><br>          Defendants. | **Case No.: 5:25−cv−00331−KK−DTB**<br><br>[*Honorable Kenly Kiya Kato*<br>Magistrate Judge David T. Bristow]<br><br>**JOINT WITNESS LIST**<br><br>**Final Pretrial Conference:**<br>Date:    April 23, 2026<br>Time:    10:30 a.m.<br>**Trial:**<br>Date:    May 11, 2026<br>Time:    08:30 a.m.<br>Place:   Courtroom 3 |

Case No.: 5:25−cv−00331−KK−DTB

**JOINT WITNESS LIST**

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff George Gonzalez and Defendants State of California and Sean Irick hereby serve the following joint list of witnesses which they may call during trial, and as a draft of the parties Joint Witness List of testimonial evidence to be provided-published to the jury at the time of trial (to the extent admissible under the Federal Rules of Evidence), pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable).

The parties reserve the right to supplement and/or amend this list including based on any Court order, and subject to any objections, motions *in limine*, and applicable Orders of the Court.

**NOTICE OF LIMITED WITNESS AVAILABILITY AND INTENT TO CALL OUT OF ORDER OR PROCEED BY STIPULATION OF FACT:**

Defendants' Witnesses:

☐    State Defendants are assessing availability, and defendants reserve the right to alert the honorable Court of conflicts at a later date.

Respectfully Submitted,

DATED:  April 9, 2026          **LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**


By: ____/s/____ *Marcel F. Sincich*____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorneys for Plaintiff George Gonzalez*

DATED:  April 9, 2026          **ROB BONTA**
**Attorney General of California**
**CATHERINE WOODBRIDGE**
**Supervising Deputy Attorney General**

By:_____/s/_____*Amie C. Bears*_____
Amie C. Bears
Mario Garcia
*Attorneys for Defendants State of California,*
*acting by and through the California Highway*
*Patrol, and Officer Sean Irick*

## PLAINTIFF'S WITNESS LIST

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| **Witness Name** | **Party Calling** | **Time for Direct Exam** | **Time for Cross Exam** | **Description of Testimony** |
| **George Gonzalez** (JORJ gon-ZAH-lez) | P | Π 1 Hour | Δ 1 hour | Plaintiff will testify as to the incident and his damages. |
| **Patrick Sobaszek** (PAT-rik soh-BAH-shek) | P | Δ 1.5 Hours | Π 1.5-2 Hours | Defendant is likely to testify as to his perception of the incident, including only the information known to him at the time he used force against Plaintiff. Defendant is also likely to testify as to his training and policies which informed his decision-making during the incident, including tactics, de-escalation; use of force; available alternatives; observations; the events before the force; commands or warnings given; the incident; recorded interview; deposition testimony; hypothetical questions; and Plaintiff's body positions during the shooting; and all related liability questions as well as observations of Plaintiff's injuries and punitive damages amount. |
| **Andrew Reynoso** (AN-droo ray-NOH-soh) | P | Δ 1.5 Hours | Π 1.5-2 Hours | Defendant is likely to testify as to his perception of the incident, including only the information known to him at the time he used force against Plaintiff. Defendant is also likely to testify as to his training and policies which informed his decision-making during the incident, including tactics, de-escalation; use of force; available alternatives; observations; the events before the force; commands or warnings given; the incident; recorded interview; deposition testimony; hypothetical questions; and Plaintiff's body positions during the shooting; and all related liability questions as well as observations of Plaintiff's injuries and punitive damages amount. |
| **Sean Irick** (SHAWN EYE-rik) | P | Δ 1.5 Hours | Π 1.5-2 Hours | Defendant is likely to testify as to his perception of the incident, including only the information known to him at the time he used force against Plaintiff. Defendant is also likely to testify as to his training and policies which |

4        Case No.: 5:25−cv−00331−KK−DTB

**JOINT WITNESS LIST**

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| **Witness Name** | **Party Calling** | **Time for Direct Exam** | **Time for Cross Exam** | **Description of Testimony** |
| | | | | informed his decision-making during the incident, including tactics, de-escalation; use of force; available alternatives; observations; the events before the force; commands or warnings given; the incident; recorded interview; deposition testimony; hypothetical questions; and Plaintiff's body positions during the shooting; and all related liability questions as well as observations of Plaintiff's injuries and punitive damages amount. |
| **Jeff Noble** (Jeff NOH-buhl) | P | Π 1-1.25 Hours | Δ 1-1.25 Hours | Mr. Noble is Plaintiff's single police practices expert, who will testify as to his opinions rendered in this case based on his knowledge and experience and his review of materials in this case. Mr. Noble's testimony will include explanation of basic law enforcement training and the POST standards as it relates to this case, including vehicle operations, patrol operations, first aid, pursuits, de-escalation tactics, pre-shooting tactics, and the use of force and deadly force. Mr. Noble will testify as to the materials he reviewed, his general understanding of the facts, opportunities presented to the involved officers to give commands, warnings, de-escalate, use alternatives, and the appropriateness of the tactics and use of force by the involved Officers in this incident. Mr. Noble will opine on the use of deadly force standards, and the appropriateness of the use of deadly force under the circumstances of this case. Mr. Noble will further opine on the appropriateness of shots, the standard of immediate threat of death or serious bodily injury required when an officer uses deadly force; whether a reasonable officer under these circumstances would have resorted to deadly force; hypothetical questions based on the officers' versions and other hypothetical questions; his understanding of the forensic and physical evidence presented in this case; and the appropriate actions upon review of the |

JOINT WITNESS LIST

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| **Witness Name** | **Party Calling** | **Time for Direct Exam** | **Time for Cross Exam** | **Description of Testimony** |
| | | | | materials. |
| **Ryan O'Connor, M.D.** (RYE-uhn oh-KON-er) | P | Π 0.75-1 Hours | Δ 0.75-1 Hours | Plaintiff's Medical Expert. Will testify as to a summary of Plaintiff's medical condition, diagnoses given and prognosis of injuries, summary of Plaintiff's medical records, Plaintiff's injuries suffered and likely to suffer, limitations, harm, and damages. Dr. O'Connor will testify as to the trajectories of the shots that impacted Plaintiff's body, anatomical position of the body, and cause of the injuries. |
| **Scott Holdaway** c/o (Skot HOHL-duh-way) | P | Π 0.5-0.75 Hours | Δ 0.5-0.75 Hours | Plaintiff's Videographer, Editor, and Forensic Video Analyst Expert. Mr. Holdaway will testify as to the work he performed in analyzing the videos of the incident, stabilization of the videos, graphics imputed on videos helpful to the jury including observations and timing, side by side comparison of the videos, and enlargement of the videos. |
| **\*\*Navpreet Dhillon, M.D.** (NUHV-preet DHILL-on) | P | Π 0.5 Hours | Δ 0.5 Hours | Dr. Dhillon is a physician and provider who admitted and treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and bullet damage, assessment, examination, treatment, diagnosis, prognosis, limitations, recovery, physical therapy, trauma surgery, resuscitation intervention, imaging, critical care-related diagnoses, findings, risks of treatment/care, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care. |
| **\*\*Fairuz Coromoto Despujos Harfouche, M.D.** (fai-ROOZ koh-roh-MOH-toh | P | Π 0.4 Hours | Δ 0.5 Hours | Dr. Harfouche is a physician and attending provider who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and bullet damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, limitations, recovery, physical therapy, trauma surgery, critical care, imaging, impression and findings, risks of treatment/care, why |

**JOINT WITNESS LIST**

| | Plaintiff's Witness List | | | |
|---|---|---|---|---|
| **Witness Name** | **Party Calling** | **Time for Direct Exam** | **Time for Cross Exam** | **Description of Testimony** |
| des-POO-hohs har-FOOSH) | | | | particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care. |
| **\*\*Noah Ibrahim Ghossein, M.D.** (NOH-uh ee-brah-HEEM goh-SAYN) | P | Π 0.4 Hours | Δ 0.3 Hours | Dr. Ghossein is a physician who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and the damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, recovery, physical therapy, critical care, imaging, impression and findings, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care. |
| **\*\*Andrew Neatum Sundin, M.D.** (AN-droo NEE-tum) | P | Π 0.4 Hours | Δ 0.3 Hours | Dr. Sundin was a senior resident who treated and performed surgery on Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, including for his gunshot wounds and the damage the bullets caused within his body, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care. |
| **\*\*Jaclyn Corso, M.D.** (JAK-lin KOR-soh) | P | Π 0.4 Hours | Δ 0.3 Hours | Dr. Corso was a resident physician and general surgeon and ordering provider who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care. |
| **\*\*Nathaniel S. Fung, D.O.** (nuh-THAN-yul S. FUNG) | P | Π 0.4 Hours | Δ 0.3 Hours | Dr. Fung was a physician and general surgeon and discharge provider who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care. |
| **Paul Thomas** | P | Π | Δ | Dr. Albini was a attending trauma physician |

JOINT WITNESS LIST

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| **Witness Name** | **Party Calling** | **Time for Direct Exam** | **Time for Cross Exam** | **Description of Testimony** |
| **\*\*Albini, M.D.** (PAWL TOH-muhs al-BEE-nee) | | 0.4 Hours | | who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, wound care, surgical critical care, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care. |
| **\*\*Steve Gettelfinger, P.T.** (STEEV GET-uhl-fin-ger) | P | Π 0.4 Hours | Δ 0.3 Hours | Steve Gettelfinger is a physical therapist who provided care to Plaintiff and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, prognosis, recovery, precautions of care, why particular care was provided, result of injuries and harm, and plan of care. |
| **\*\*John Varujan Agapian, M.D.** (John vah-ROO-jahn ah-GAH-pee-ahn) | P | Π 0.4 Hours | Δ 0.3 Hours | Dr. Agapian was a physician and trauma surgeon who treated Plaintiff in the Emergency Department and who may testify to Plaintiff's injuries and harm, assessment, examination, treatment, diagnosis, prognosis, recovery, why particular care was provided, cause of injuries and harm, result of injuries and harm, and plan of care. |
| **\*\*George Jeffrey Ventro, Jr., D.O.** (JORJ JEFF-ree VEN-troh, Junior) | P | Π 0.4 Hours | Δ 0.3 Hours | Dr. Ventro treated Plaintiff and may testify to Plaintiff's injuries and harm, including the foreign body recovered from Plaintiff's body, general surgery and progress, findings and recommendations for care, physical therapy and occupational therapy, and ability to complete activities of daily living. |
| **\*\*Amanda Mckinley, Paramedic** (uh-MAN-duh muh-KIN-lee) | P | Π 0.3 Hours | Δ 0.3 Hours | Paramedic Mckinley will testify as to her knowledge and interaction with Plaintiff, including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care. |
| **\*\*Marquis Brigman,** | P | Π 0.3 | Δ 0.3 | Paramedic Brigman will testify to his knowledge and interaction with Plaintiff, |

**JOINT WITNESS LIST**

| Plaintiff's Witness List | | | | |
|---|---|---|---|---|
| **Witness Name** | **Party Calling** | **Time for Direct Exam** | **Time for Cross Exam** | **Description of Testimony** |
| **Paramedic** (mar-KEE BRIG-muhn) | | Hours | Hours | including but not limited to the evaluation, signs and symptoms, treatment and procedures including why such were performed, diagnosis, prognosis, treatment plan, and cost of care. |
| *Custodians of Records | | | | Any custodians of records necessary to lay any foundation required. |

\* Indicates an individual that may be called if necessary.
\*\* Plaintiff does not intend to call all providers listed, but will call certain providers based on availability and injury.

## STATE DEFENDANTS' WITNESS LIST

| Defendants' Witness List | | | | |
|---|---|---|---|---|
| **Witness Name** | **Party Calling** | **Time for Direct Exam** | **Time for Cross Exam** | **Description of Testimony** |
| **George Gonzalez** Π (JORJ gon-ZAH-lez) | P | Π 1 | | Π; Incident Facts, and Use of Force |
| **Patrick Sobaszek** Δ (PAT-rik soh-BAH-shek) | D | Δ 1.5 | Π 1.5-2 Hours | Δ; Incident Facts Re Call for Service, Uses of Force, Training |
| **Andrew Reynoso** Δ (AN-droo ray-NOH-soh) | D | Δ 1.5 | Π 1.5-2 Hours | Δ; Incident Facts Re Call for Service, Uses of Force, Training |
| **Bryan Godward** (BRY-an GOD-werd) | D | Δ 0.5 | Π 0.5 Hours | Assisted at scene |
| **Alex Reynoso** (AL-eks ray- | D | Δ 0.5 | Π 1.5-2 | Assisted at scene |

9                    Case No.: 5:25−cv−00331−KK−DTB
**JOINT WITNESS LIST**

| Defendants' Witness List | | | | |
|---|---|---|---|---|
| **Witness Name** | **Party Calling** | **Time for Direct Exam** | **Time for Cross Exam Hours** | **Description of Testimony** |
| NOH-soh) | | | | |
| **Jose Vera** (hoh-ZAY VAIR-ah) | D | Δ 0.5 | Π 0.5 Hours | Assisted at scene |
| **Yvette Nieves** *(ee-VET nee-EH-vez)* | D | Δ 0.5 | Π 0.5 Hours | Witness |
| **Rina Velasquez Salgado** (REE-nah veh-LAHS-kez sahl-GAH-doh) | D | Δ 0.5 | Π 0.5 Hours | Witness |
| **Sean Irick** (SHAWN EYE-rik) | D | Δ 1.5 – 2 hours | Π 1.5-2 Hours | Δ with CA Highway Patrol. |
| **Rob Englert** *(RAHB ENG-lert)* | D | Δ: 0.8 | Π 1 Hour | Δ's Retained Expert: Forensic incident evidentiary analysis and reconstruction |
| **Clarence Chapman** (*Claa-wren-ce Chap-man*) | D | Δ: 0.8 | Π 1 Hour | Δs California Highway Patrol and Sean Irick Retained: Police Practice Expert |
| **Samir Lyons** (Zah-meer Lie-uns) | D | Δ: 0.8 | Π 1 Hour | Δs California Highway Patrol and Sean Irick  Retained: Forensic Animator expert |
| **Dr. Swathi Kode** (DOK-ter SWAH-thee KOH-day) | D | Δ: 0.8 | Π 1 Hour | Δ's Retained Expert: Biomechanical analysis of the incident. |
| **Israel Lopez** (*Is-rah-el Low-pehz)* | D | Δ: 0.8 | Π 0.5 Hours | Perricone Farms employee percipient witness |
| **Erick Gabriel Gutierrez** | D | Δ: 0.8 | Π 0.5 | Perricone Farms employee percipient witness |

**JOINT WITNESS LIST**

| Defendants' Witness List | | | | |
|---|---|---|---|---|
| **Witness Name** | **Party Calling** | **Time for Direct Exam** | **Time for Cross Exam** | **Description of Testimony** |
| **Bonilla** (*Eh-rik Gab-riehl Goo-tee-erez Bow-niya*) | | | Hours | |