**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6294
 Fax:  (916) 731-2120
 E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California
acting by and through the California Highway Patrol
and Sean Irick*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, et al.<br><br>             Defendants. | **Case No.: 5:25−cv−00331−KK−DTB**<br><br>[*Honorable Kenly Kiya Kato*<br>Magistrate Judge David T. Bristow]<br><br>**JOINT STIPULATION OF FACTS**<br><br>**Final Pretrial Conference:**<br>Date:   April 23, 2026<br>Time:   10:30 a.m.<br>**Trial:**<br>Date:   May 11, 2026<br>Time:   08:30 a.m.<br>Place:   Courtroom 3 |

Case No.: 5:25−cv−00331−KK−DTB

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff George Gonzalez and Defendants State of California, acting by and through California Highway Patrol, and Sean Irick hereby submit the following Joint Stipulation of Facts, as follows:

1.    The incident occurred on January 24, 2024, at approximately 8:30 p.m., in the City of Beaumont.

2.    Defendant Sean Irick was acting under the color of state law during the incident.

3.    Defendant Sean Irick was acting within the course and scope of his employment during the incident with the Defendant State of California.

4.    Mr. Gonzalez was harmed.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  April 9, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**


By:    _____/s/_____ _Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
_Attorneys for Plaintiff George Gonzalez_


DATED:  April 9, 2026

**ROB BONTA**
**Attorney General of California**
**CATHERINE WOODBRIDGE**
**Supervising Deputy Attorney General**

By:_____/s/ _Amie C. Bears_____
Amie C. Bears
Mario Garcia
_Attorneys for Defendants State of California,_
_acting by and through the California Highway_
_Patrol, and Officer Sean Irick_