**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>STATE OF CALIFORNIA and SEAN IRICK,<br><br>                Defendants. | **Case No.: 5:25−cv−00331−KK−DTB**<br><br>[*Honorable Kenly Kiya Kato*<br>Magistrate Judge David T. Bristow]<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**Final Pretrial Conference:**<br>Date:   April 23, 2026<br>Time:   10:30 a.m.<br>**Trial:**<br>Date:   May 11, 2026<br>Time:   08:30 a.m.<br>Place:   Courtroom 3 |

**JOINT STATEMENT OF THE CASE**

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff George Gonzalez and Defendants State of California, and Sean Irick hereby serve the following Joint Statement of the Case. The parties reserve the right to amend this statement.

Respectfully Submitted,
DATED:  April 9, 2026

**LAW OFFICES OF DALE K. GALIPO
GRECH, PACKER, & HANKS**

By: _____/s/_____ *Marcel F. Sincich*_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

DATED:  April 9, 2026

**ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General**

By: /s/___ *Amie C. Bears*_____
Amie C. Bears
Mario Garcia
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Officer Sean Irick*

## JOINT STATEMENT OF THE CASE

This case arises from an officer-involved shooting of George Gonzalez on January 24, 2024, at approximately 8:30 p.m., by California Highway Patrol Officer Sean Irick.

Mr. Gonzalez contends that Defendant Sean Irick used excessive and unreasonable deadly force and was negligent in the use of deadly force against him. Mr. Gonzalez further contends that he was injured as a result of being shot. Mr. Gonzalez seek damages as permitted by law.

Defendants deny Plaintiff's claims.