**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:      (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California
acting by and through the California Highway Patrol
and Sean Irick*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>                    Plaintiff,<br><br>        vs.<br><br>STATE OF CALIFORNIA and SEAN IRICK,<br><br>                    Defendants. | **Case No.: 5:25−cv−00331−KK−DTB**<br><br>[*Honorable Kenly Kiya Kato*<br>Magistrate Judge David T. Bristow]<br><br>**[PROPOSED] JOINT AGREED UPON SPECIAL VERDICT FORM**<br><br>**Final Pretrial Conference:**<br>April 23, 2026 at 10:30 a.m.<br>**Trial:**<br>May 11, 2026 at 08:30 a.m.<br>Place:   Courtroom 3 |

PROPOSED JOINT AGREED UPON SPECIAL VERDICT FORM

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Court Order (Doc. 31), by and through their attorneys of record in this action, Plaintiff George Gonzalez and Defendants State of California, acting by and through California Highway Patrol, and Sean Irick hereby submit the following [Proposed] Joint Agreed Upon Special Verdict Form to be provided to the jury at trial.

The Parties reserve the right to amend this and any other [Proposed] Special Verdict Form, including but not limited to, subject to any objections, motions *in limine*, motion for summary judgment and applicable Orders of the Court.

Respectfully submitted,

DATED:  April 9, 2026

**LAW OFFICES OF DALE K. GALIPO
GRECH, PACKER, & HANKS**

By: ____/s/____    *Marcel F. Sincich*____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorney for Plaintiff*

DATED:  April 9, 2026

**ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General**

By: /s/ *Amie C. Bears*_____
Amie C. Bears
Mario Garcia
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Officer Sean Irick*



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE GONZALEZ,

          Plaintiff,

    v.

STATE OF CALIFORNIA and SEAN
IRICK,

          Defendants.

**Case No.: 5:25−cv−00331−KK−DTB**

[*Honorable Kenly Kiya Kato*
Magistrate Judge David T. Bristow]

**[PROPOSED] VERDICT FORM**

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**Question No. 1: Did Defendant Sean Irick use excessive force against Mr. Gonzalez?**

_____ YES          _____ NO

*If you answered "Yes" in Question No. 1, please answer Question No. 2.*

*If you answered "No" in Question No. 1, please answer Question No. 3.*

**Question No. 2: Was Defendant Sean Irick's use of excessive force a substantial factor in causing injury or harm to Mr. Gonzalez?**

_____ YES          _____ NO

*Please proceed to the Battery Claim Section and answer Question No. 3.*

## BATTERY CLAIM

**Question No. 3: Did Defendant Sean Irick use unreasonable force against Mr. Gonzalez?**

_____ YES          _____ NO

*If you answered "Yes" in Question No. 3, please answer Question No. 4.*

*If you answered "No" in Question No. 3, please proceed to the Negligence Claim Section and answer Question No. 5.*

/ / /

/ / /

PROPOSED JOINT AGREED UPON SPECIAL VERDICT FORM

**Question No. 4: Was Defendant Sean Irick's use of unreasonable force a substantial factor in causing injury or harm to Mr. Gonzalez?**

_____ YES          _____ NO

*Please proceed to the Negligence Claim Section and answer Question No. 5.*

## <u>NEGLIGENCE CLAIM</u>

**Question No. 5: Was Defendant Sean Irick negligent in his use of deadly force against Mr. Gonzalez?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 5, please answer Question No. 6.*

*If you answered "No" to Question No. 5 but answered "Yes" to Question No. 1, please answer Question No. 10.*

*If you answered "No" to Question No. 1 and Question No. 5, but answered "Yes" as to Question No. 4, please answer Question No. 11.*

*If you answered "No" to Question Nos. 2, 4 and 5, please sign and return this form.*

**Question No. 6: Was the negligence of Defendant Sean Irick a substantial factor in causing Mr. Gonzalez's injuries or harm?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 6, please answer Question No. 7.*

*If you answered "No" to Question No. 6 but answered "Yes" to Question No. 1, please answer Question No. 10.*

*If you answered "No" to Question No. 1 and Question No. 6, but answered "Yes" as to Question No. 4, please answer Question No. 11.*

-4-          Case No.: 5:25−cv−00331−KK−DTB

*If you answered "No" to Question Nos. 2, 4 and 6, please sign and return this form.*

**Question No. 7: Was Mr. Gonzalez negligent?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 7, please answer Question No. 8.*

*If you answered "No" to Question No. 7, please answer Question No. 9 and mark "0" for Mr. Gonzalez.*

**Question No. 8: Was Mr. Gonzalez's negligence a cause of his own injuries or harm?**

_____ YES          _____ NO

*If you answered "Yes" to Question No. 8, please answer Question No. 9.*

*If you answered "No" to Question No. 8, please answer Question No. 9 for Defendant Irick in Question No. 7 and mark "0" for Mr. Gonzalez.*

**Question No. 9: What percentage of responsibility for Mr. Gonzalez's injury or harm do you assign to the negligent conduct of the following?**

Defendant Sean Irick          _____ %

Plaintiff Mr. Gonzalez          _____ %

  (Total must equal 100 %)

*If you answered "Yes" to Question No. 1, please answer Question No. 10.*

*If you answered "No" to Officers in Question No. 1, please answer Question No. 11.*

PROPOSED JOINT AGREED UPON SPECIAL VERDICT FORM

**BANE ACT CLAIM**

**Question No. 10: Did Defendant Sean Irick violate the Bane Act?**

_____ YES          _____ NO


*Please proceed to the Damages Section and answer Question No. 11.*


**GEORGE GONZALEZ'S DAMAGES**

**Question No. 11: What are Mr. Gonzalez's damages for the following**:


Past Damages:          $ _____


Future Damages:          $ _____


*Please proceed to Question No. 12.*


**PUNITIVE DAMAGES**

**Question No. 12: Did Defendant Sean Irick act with malice, oppression, or in reckless disregard of Mr. Gonzalez's rights?**

_____ YES          _____ NO


*Please sign and date the verdict form and return it to the Court.*


Date: _____          _____

Jury Foreperson