**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
AMIE C. BEARS
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone:  (213) 269-6294
Fax:  (916) 731-2120
E-mail:  Mario.Garcia@doj.ca.gov
Attorneys for Defendants California Highway Patrol
and Sean Irick

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No.: 5:25-cv-00331-KK-DTB** <br><br> [*Honorable Kenly Kiya Kato* Magistrate Judge David T. Bristow] <br><br> **NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** <br><br> **Final Pretrial Conference:** <br> Date:   April 23, 2026 <br> Time:   10:30 a.m. <br> **Trial:**  May 11, 2026 <br> Time:   09:30 a.m. <br> Place:   Courtroom 3 |

1

NOTICE OF LODGING

TO THIS HONORABLE COURT:

The Parties in the above-captioned matter hereby provide notice of the lodging of the Parties' Proposed Pretrial Conference Order.


Respectfully Submitted,


DATED: April 9, 2026          **LAW OFFICES OF DALE K. GALIPO**
                              **GRECH, PACKER, & HANKS**


                              By: _____/s/_____ _Marcel F. Sincich_____
                              Dale K. Galipo
                              Marcel F. Sincich
                              Trent C. Packer
                              _Attorneys for Plaintiff George Gonzalez_


DATED: April 9, 2026          **ROB BONTA**
                              **Attorney General of California**
                              **CATHERINE WOODBRIDGE**
                              **Supervising Deputy Attorney General**

                              By: /s/ _Amie C. Bears_____

                              Amie C. Bears
                              Deputy Attorney General
                              Mario Garcia
                              Deputy Attorney General
                              _Attorneys for Defendants State of California,_
                              _acting by and through the California Highway_
                              _Patrol, and Officer Sean Irick_

NOTICE OF LODGING