**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Kimberly L. Aceves (State Bar No. 364642)
  *kimberly.aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, *City of Hemet, Andrew Sobaszek, and Andrew Reynoso*

1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE GONZALEZ,

      Plaintiff,

v.

STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,

Defendants.

Case No. 5:25-cv-00331-KK-DTB

[*Honorable Kenly Kiya Kato*]
Magistrate Judge David T. Bristow

**STATUS OF SETTLEMENT DISCUSSIONS &
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND THE CITY OF HEMET, PATRICK SOBASZEK, AND ANDREW REYNOSO**

**TO THIS HONORABLE COURT:**

      Plaintiff GEORGE GONZALEZ and Defendant STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; and SEAN IRICK ("the Parties") hereby notify the Court as follows:

      1.    The Parties conducted a mediation on April 3, 2026 with mediator Richard Copeland.

      2.    Plaintiff GEORGE GONZALEZ and Defendant CITY OF HEMET, PATRICK SOBASZEK and ANDREW REYNOSO reached a settlement in this matter. The settlement has been approved by Defendant City.

      3.    Defendant CITY OF HEMET, PATRICK SOBASZEK and ANDREW REYNOSO believe that the settlement will be fully consummated by April 30, 2026. Plaintiff shall file a notice of dismissal regarding Defendant CITY OF HEMET, PATRICK SOBASZEK and ANDREW REYNOSO within ten business days of Plaintiffs' receipt of the settlement funds.

4.      The present settlement does not apply to Defendants STATE OF CALIFORNIA and SEAN IRICK. No agreement to settle was made between Plaintiff GEORGE GONZALEZ and Defendants STATE OF CALIFORNIA and SEAN IRICK during mediation.

5.      Given the settlement with the City Defendants, Plaintiff and the State Defendants have recently and shall file pretrial documents that reflect the remaining claims and Defendants only.

6.      Finally, considering the settlement with the City Defendants and that the motion for summary judgment pertains only to the City Defendants (Doc 62), the parties contend that the motion is moot.

Respectfully Submitted,
DATED:  April 9, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER & HANKS**

By: _____ /s/ _____ *Marcel F. Sincich* _____
        Dale K. Galipo
        Marcel F. Sincich
        Attorneys for Plaintiff GEORGE
        GONZALEZ

DATED:  April 13, 2026

**ROB BONTA**
**Attorney General of California**
**CATHERINE WOODRIDGE**
**Supervising Deputy Attorney General**

By:_____ /s/ _____ *Amie C. Bears* _____
        Amie C. Bears
        Mario Garcia
        *Attorneys for Defendants State of California,*
        *acting by and through the California Highway*
        *Patrol, and Officer Sean Irick*

3

DATED:  March 2, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____/s/   Andrea K. Kornblau_____
Eugene P. Ramirez
Andrea K. Kornblau
*Attorneys for Defendants City of Hemet,*
*Patrick Sobaszek, and Andrew Reynoso*

STATUS OF SETTLEMENT DISCUSSIONS AND NOTICE OF SETTLEMENT WITH CITY OF HEMET,
SOBASZEK, AND REYNOSO