**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California by and through CHP and Sean Irick*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF HEMET, et al,<br><br>        Defendants. | Case No. 5:25-cv-00331-KK-DTB<br><br>[*Honorable Kenly Kiya Kato*]<br>Magistrate Judge David T. Bristow<br><br>**NOTICE OF AMENDING PRETRIAL DOCUMENTS**<br>**[in response to court order (Doc. 112)]** |

**TO THIS HONORABLE COURT:**

1

Plaintiff GEORGE GONZALEZ and Defendants STATE OF CALIFORNIA and SEAN IRICK ("the Parties") hereby notify the Court as follows:

1.   On April 14, 2026, in light of the Parties notice of settlement between Plaintiff and Defendants City of Hemet, Patrick Sobaszek and Andrew Reynoso, this Court Ordered that the parties shall file amended pretrial documents no later than April 17, 2026 at 5:00 p.m. (Doc. 112.)

2.   The Parties, Plaintiff and State Defendants, hereby give notice and contend that the following Pretrial Documents were filed with the settlement in mind by the remaining Parties only and do not require amended at this time:

a.   Defendants' Proposed Voir Dire. (Doc. 100.)

b.   Plaintiff's Proposed Voir Dire. (Doc. 101.)

c.   Plaintiff and State Defendants' Joint Exhibit Stipulation. (Doc. 102.)

d.   Plaintiff and State Defendants' Joint Witness List. (Doc. 103.)

e.   Plaintiff and State Defendants' Joint Stipulation of Facts. (Doc. 104.)

f.   Plaintiff and State Defendants' Joint Statement of the Case. (Doc. 105.)

g.   Plaintiff and State Defendants' Joint Proposed Agreed Upon Verdict Form. (Doc. 106.)

h.    Plaintiff and State Defendants' Proposed Final Pretrial Conference Order. (Doc. 107.)

i.   Plaintiff and State Defendants' Joint Proposed Agreed Upon Jury Instructions. (Doc. 108.)

j.   Plaintiff and State Defendants' Joint Proposed Disputed Jury Instructions. (Doc. 109.)

3.   Plaintiff shall file the following Amended Pretrial Documents,

modified to address the remaining State Defendants:

    a.    Plaintiff's Memorandum of Contentions of Fact and Law.

    b.    Plaintiff's Motion *in Limine* No. 1 to Exclude Information Unknown.

    c.    Plaintiff's Motion *in Limine* No. 2 to Exclude Crimes, Wrongs, and Bad Acts.

    d.    Plaintiff's Motion *in Limine* No. 3 to Exclude Defendants' Late Disclosed Expert Reports.

    e.    Plaintiff's Motion *in Limine* No. 4 to Exclude Argument that it is Permissible to Use Deadly Force Merely For Fleeing with a Gun.

    f.    Plaintiff's Opposition to City Defendants' Motion *in Limine* No. 1, to trifurcate (amended as moot).

    g.    Plaintiff's Opposition to City Defendants' Motion *in Limine* No. 2, to exclude other incidents (amended as moot).

Respectfully Submitted,

DATED:  April 17, 2026      **LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER & HANKS**

    By:     */s/    Marcel F. Sincich*
    Dale K. Galipo
    Marcel F. Sincich
    Attorneys for Plaintiff

DATED:  April 17, 2026      **ROB BONTA**
**Attorney General of California**
**NORMAN D. MORRISON IV**
**Supervising Deputy Attorney General**

    By:     */s/    Amie C. Bears*
    Amie C. Bears
    Mario Garcia
    *Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Officer Sean Irick*

NOTICE OF AMENDED PRETRIAL DOCUMENTS