**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.<br><br>        Defendants. | Case No. 5:25-cv-00331-KK-DTB<br><br>[*Honorable Kenly Kiya Kato*]<br>Magistrate Judge David T. Bristow<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

STATUS OF SETTLEMENT DISCUSSIONS

**TO THIS HONORABLE COURT:**

Plaintiff GEORGE GONZALEZ and Defendants STATE OF CALIFORNIA and SEAN IRICK ("the Parties") hereby notify the Court as follows:

1.    The Parties conducted a mediation on April 3, 2026, with mediator Richard Copeland.

2.    All Parties appeared at the mediation and a demand was made.

3.    The Parties were unable to reach a resolution.

4.    Plaintiff is agreeable to the court's assistance in facilitating a settlement and believes such assistance may be productive.

Respectfully Submitted,

DATED:  April 17, 2026                    **LAW OFFICES OF DALE K. GALIPO**
                                          **GRECH, PACKER & HANKS**


                                          By:   _/s/      Marcel F. Sincich_
                                               Dale K. Galipo
                                               Marcel F. Sincich
                                               Attorneys for Plaintiff GEORGE
                                               GONZALEZ

DATED:  April 17, 2026                    **ROB BONTA**
                                          **Attorney General of California**
                                          **NORMAN D. MORRISON IV**
                                          **Supervising Deputy Attorney General**

                                          By:     _/s/    Amie C. Bears_
                                          Amie C. Bears
                                          Mario Garcia
                                          *Attorneys for Defendants State of California,*
                                          *acting by and through the California Highway*
                                          *Patrol, and Officer Sean Irick*

STATUS OF SETTLEMENT DISCUSSIONS