# EXHIBIT B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

--oOo--

GEORGE GONZALEZ,

     Plaintiff,

v.                  Case No.  5:25-cv-00331-KK-DTB

STATE OF CALIFORNIA; CITY OF
HEMET; PATRICK SOBASZEK;
ANDREW REYNOSO; SEAN IRICK;
and DOES 1-10, inclusive,

     Defendants.
_____/

STENOGRAPHIC REPORTER'S TRANSCRIPT OF

REMOTE VIDEO DEPOSITION OF SEAN IRICK

TUESDAY, JULY 22, 2025

Reported Stenographically by:

KIMBERLY D'URSO, CSR 11372, RPR

Job No.  18401

George Gonzalez v. State of California, City of Hemet, Et Al.

Focus Litigation Solutions

Page: 1

APPEARANCES (Remote)

FOR THE PLAINTIFFS:

       LAW OFFICES OF DALE K. GALIPO
       BY:  DALE K. GALIPO, ESQ.
          MARCEL SINCICH, ESQ.
       21800 Burbank Boulevard, Suite 310
       Woodland Hills, California 91367
       818.347.3333
       dalekgalipo@yahoo.com
       msincich@galipolaw.com


FOR THE DEFENDANTS CITY OF HEMET, PATRICK SOBASZEK, and
ANDREW REYNOSO:

       MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
       BY:  ANDREA KORNBLAU, ESQ.
       801 S. Figueroa St, 15th Floor
       Los Angeles, California 90017
       213.624.6900
       andrea.kornblau@manningkass.com

FOR THE DEFENDANTS STATE OF CALIFORNIA,
ACTING BY AND THROUGH THE CALIFORNIA HIGHWAY
PATROL, AND OFFICER SEAN IRICK:

       ATTORNEY GENERAL OF CALIFORNIA
       BY:  ASHLEY REYES, ESQ.
       Deputy Attorney General
       State Bar No. 312120
       2550 Mariposa Mall, Room 5090
       Fresno, CA 93721-2271
       559.705.2312
       ashley.reyes@doj.ca.gov

       MARIO E. GARCIA, ESQ.
       Deputy Attorney General

ALSO PRESENT:  Dennis Saelee, Videographer

       Patrick Sobaszek

       --oOo--

George Gonzalez v. State of California, City of Hemet, Et Al.

Focus Litigation Solutions

Page: 2

Q.    Where was Mr. Gonzalez when you first saw him?

A.    He was in the front yard of the Whittier address, next to the passenger's side of a vehicle.  In the front yard, basically.

Q.    Was he outside of the vehicle at that point?

A.    Yes.

Q.    So just going back to your information, I think you mentioned -- was it Penal Code Section 11370 -- no, 11370.1 of the Health and Safety Code?

A.    Yes.

Q.    And you understood there was a felony warrant out for that?

A.    Yes.

Q.    Did you have specific information as to whether there had been a conviction or not as opposed to an arrest warrant?

A.    No.

Q.    Did you have any specific information that Mr. Gonzalez had ever been to jail or prison?

A.    No.

Q.    Did you have any specific information that Mr. Gonzalez was involved with a gang?

A.    Yes.

Q.    Where did you get that information from?

A.    My partner.

George Gonzalez v. State of California, City of Hemet, Et Al.

Focus Litigation Solutions

Page: 26

STATE OF CALIFORNIA)
                   ) ss:
COUNTY OF BUTTE     )

I, KIMBERLY E. D'URSO, do hereby certify:

That the witness named in the foregoing deposition was present remotely and duly sworn to testify to the truth in the within-entitled action on the day and date and at the time and place therein specified;

That the testimony of said witness was reported by me in shorthand and was thereafter transcribed through computer-aided transcription;

That the foregoing constitutes a full, true and correct transcript of said deposition and of the proceedings which took place;

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

That I am a certified stenographic reporter and a disinterested person to the said action;

IN WITNESS WHEREOF, I have hereunder subscribed my hand this 31st day of July, 2025.

_____

KIMBERLY D'URSO, CSR NO. 11372, RPR

George Gonzalez v. State of California, City of Hemet, Et Al.

Focus Litigation Solutions

Page: 86