# EXHIBIT A

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
ASHLEY REYES
Deputy Attorney General
State Bar No. 312120
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721-2271
 Telephone: (559) 705-2312
 Fax: (559) 445-5106
 E-mail:  Ashley.Reyes@doj.ca.gov
*Attorneys for Defendants, State of California, acting by and through the California Highway Patrol and Officer Sean Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,**<br><br>                                      Plaintiff,<br><br>          **v.**<br><br>**STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,**<br><br>                                      Defendants. | Case No. 5:25-cv-00331-KK-DTB<br><br>**STATE DEFENDANTS' DESIGNATION OF EXPERT WITNESSES**<br><br>**[F.R.C.P. RULE 26]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 26(a)(2) and in accordance with court's scheduling order, Defendants, State of California, acting by and through the California Highway Patrol (CHP), and Officer Sean Irick, hereby make the following disclosure regarding expert testimony that State Defendant expects to present at trial under Federal Rules of Evidence 702, 703, or 705.

///

1

Defendants intend to present expert testimony from the following retained experts at trial:

1. Clarence Chapman, National Justice Consultants, Inc.

   1014 Broadway, Suite 350 Santa Monica, CA 90401

   Phone: (310) 429-2940

Mr. Chapman's report and required materials are attached hereto as **Exhibit 1**.

2. Samir Lyons, Allrise Animation

   30941 Agoura Rd. #206 Westlake Village, CA 91361

   Phone: (800) 741-0410

Mr. Lyons' report and required materials are attached hereto as **Exhibit 2**.

3. Rod Englert, Forensic Consultants

   P.O. Box 605, West Linn, OR 97068

   Phone: (503) 522-7059

Mr. Englert's report and required materials are attached hereto as **Exhibit 3**.

State Defendants intend to present expert testimony from the following non-retained experts at trial:

Dr. Fairuz Despujos Harfouche

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Harfouche will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Noah Ibrahim Ghossein

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Ghossein will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Nurse Winnie Ha

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

RN Ha will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. Her testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Cameron Colbert

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Colbert will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

3

Dr. Navpreet Dhillon

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Dhillon will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Jaclyn Corso

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Corso will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. Her testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Andrew Neatum Sundin

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Sundin will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His

4

testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Paul Albini

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Albini will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

Dr. Darrius Buenaventura

Riverside University Health System Medical Center

26520 Cactus Avenue

Moreno Valley, CA 92555

(951) 486-4000

Dr. Buenaventura will provide testimony regarding Plaintiff's medical condition, symptoms, tests, test results, diagnoses, prognosis, treatment, statements, etc., relating to his medical care and treatment received following the incident. His testimony is based upon his observations, the Plaintiff's medical records and charts, and his experience, training, education, and knowledge.

State Defendants reserve the right to amend and/or supplement this disclosure consistent with Fed. R. Civ. P. 26(2)(2). State Defendants also reserve the right to call as expert witnesses and elicit expert opinion from any expert designated by other parties to this trial, including but not limited to, rebuttal testimony.

///

5

Dated:  December 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General


*/s/ Ashley Reyes*

ASHLEY REYES
Deputy Attorney General
*Attorneys for Defendants,
State of California, acting by and
through the California Highway
Patrol and Officer Sean Irick*

SD2025300206
95672674

6

## DECLARATION OF SERVICE BY E-MAIL

Case Name:    ***Gonzalez v. State of California, et al.***
Case No.:     **5:25-cv-00331-KK-DTB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  My business address is: 2550 Mariposa Mall, Room 5090, Fresno, CA  93721-2271.   My electronic service address is Ashley.Reyes@doj.ca.gov.

On <u>December 4, 2025</u>, I served the attached **STATE DEFENDANTS' DESIGNATION OF EXPERT WITNESSES** by transmitting a true copy via electronic mail, addressed as follows:

Trenton C. Packer
GRECH, PACKER & HANKS
tpacker@grechpackerlaw.com
kppham@grechpackerlaw.com
***Attorney for Plaintiff***

Dale K. Galipo
Marcel F. Sincich
LAW OFFICES OF DALE K. GALIPO
dalekgalipo@yahoo.com
msincich@galipolaw.com
sanderson@galipolaw.com
***Attorney for Plaintiff***

Eugene P. Ramirez
Andrea Kornblau
Khouland Pearson
MANNING & KASS, ELLROD,
RAMIREZ, TRESTER LLP
eugene.ramirez@manningkass.com
andrea.kornblau@manningkass.com
Khouloud.Pearson@manningkass.com
***Attorneys for Defendants City of Hemet,
Patrick Sobaszek and Andrew Reynoso***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 4, 2025, at Fresno, California.

| A.  Reyes | ***/s/ A. Reyes*** |
|:---:|:---:|
| Declarant | Signature |

SD2025300206/95626723.docx