# EXHIBIT C

Samir Lyons
Owner and Director of Animation
Trial Ready Pro, Inc. dba Allrise
30941 Agoura Rd. STE. 206
Westlake Village, CA 91361
samir@allriselit.com


December 3, 2025

Ashley N. Reyes
Deputy Attorney General
Tort & Condemnation Section
2550 Mariposa Mall, Ste. 5090
Fresno, CA 93721

RE: *GEORGE GONZALEZ v. STATE OF CALIFORNIA*

Case *5:25-cv-00331-KK-DTB*

Dear Ms. Reyes,

At your request, and pursuant to Federal Rule of Civil Procedure 26, below is a written summary of my involvement regarding the above-name case.


**Professional Background and Experience**

The methods I employ are based on my education, training, and more than 18 years of professional experience as a 3D artist and animator. My career has spanned multiple industries, including forensic visualization, feature films, television, online advertising, and video games. This breadth of work has provided me with extensive technical and artistic expertise, as well as a deep understanding of production processes necessary to ensure accuracy and maintain the highest quality standards. Drawing on this background, I am able to apply proven technical practices within the legal field and to lead, manage, and supervise teams of skilled creative and technical artists in producing high-end demonstrative exhibits for trial and mediation. Over the course of my career, I have delivered thousands of animations.

I continue to apply this expertise within the legal industry, producing accurate, scientifically grounded animations and video exhibits across a wide variety of case types, including personal injury, civil rights, medical malpractice, product liability, environmental, and public entity matters. Importantly, I do not form or express opinions on the merits of the cases for which I or my company produce work. My role is limited to visualizing the evidence provided and/or the analyses of retained expert witnesses. As a result, I have created demonstratives for both plaintiff and defense counsel.

I am the sole owner of **Trial Ready Pro, Inc., dba Allrise**, a Los Angeles–based forensic animation and trial graphics studio. Allrise specializes in producing scientifically accurate and visually compelling 3D computer animations and graphics for use in trial and mediation.

**Summary**

I was retained by Deputy Attorney General, Ashley Reyes, to collaborate with Englert Forensics to create demonstratives of their opinions and analysis of the above-named case. I reserve the right to produce demonstrative animations or visuals based on Englert Forensics' analysis.

**Documents And Rates**

My CV and fee schedule are attached to this report. I charge $450 per hour for deposition and testimony. I have not testified in State or Federal court. I hereby declare under penalty of perjury that, to the best of my knowledge and information, the foregoing is true and correct.

Signed

Samir Lyons                                    Date        12/3/2025