# EXHIBIT D

**englert** FORENSIC CONSULTANTS

November 25, 2025

TO:     Ashley Reyes              via email: ashley.reyes@doj.ca.gov
        Mario Garcia              via email: mario.garcia@doj.ca.gov
        Deputy Attorney General
        CA department of Justice
        Office of the Attorney General
        Tort & Condemnation Section
        2550 Mariposa Mall
        Suite 5000
        Fresno, CA 93721

        Angela Brunson     via email: angela.brunson@manningkass.com
        Andrea Kornbleau   via email: andrea.kornblau@manningkass.com
        Khouloud Pearson   via email: khouloud.pearson@manningkass.com
        Manning & Kass, Ellrod, Ramirez, Trester, LLP
        801 S. Figueroa Street
        15th Floor
        Los Angeles, CA 90017

FROM:   Rod Englert

RE:     **EXPERT'S PRELIMINARY RECONSTRUCTION REPORT**
        *Gonzalez v. Hemet Police Department (case no. 5:25-cv-00331-KK-DTB)*


**This preliminary report is prepared pursuant to Federal Rule of Civil Procedure 26. Should a party seek my deposition in this matter, I will make myself available as feasible and request that the party coordinate with defense counsel to facilitate such deposition.**

***NOTE: Englert Forensic Consultants (EFC) were prevented from performing an evidence inspection on November 20, 2025. A full evidence inspection is pending, and as such, this is submitted as a preliminary report.***

**SUMMARY**

**This summary is provided for convenience and does not necessarily itemize every single fact relied upon by this expert in the formation of my opinions and conclusions in this matter. It is based on my review of the records and materials identified herein below. I do not contend to have direct personal knowledge of the incident facts.**

P.O. Box 605, West Linn, OR 97068   c | (503) 522-7059   o | (503) 656-0953   f | (503) 656-5138
www.englertforensics.com   rod@englertforensics.com

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 2

On January 24, 2024, three members of the Riverside County Regional Gang Task Force Region 3 (GTF3), assigned to patrol within the city of Hemet, were involved in an officer involved shooting incident. The GTF3 team members included California Highway Patrol (CHP) Officer Irick, Hemet Police Department (HPD) Detective Sobaszek, and HPD Sergeant Reynoso. The GTF3 team members contacted George Gonzalez standing outside of a 2007 Hyundia Sonata and gave commands. Gonzalez did not comply with officer commands, entered the Sonata, and continued to move within the vehicle. Gonzalez then drove away in the Sonata at a high rate of speed, at which time a pursuit ensued.

Gonzalez continued to flee law enforcement, eventually ending the pursuit in the city of Beaumont when the Sonata became disabled and stuck on train tracks. Gonzalez then exited the vehicle through the driver's door and fled on foot, continuing to ignore commands to stop. A foot pursuit then ensued, continuing into an industrial complex in the 500 block of B Street where Gonzalez presented a handgun in his right hand while continuing to flee. In response to Gonzalez's actions, all three GTF3 members engaged Gonzalez and discharged their firearms. Gonzalez was struck several times prior to falling to the ground and dropping his firearm. Medical aid was rendered prior to Gonzalez being transported to Riverside University Health System Medical Center in Moreno Valley where he was treated for gunshot wound injuries.

## CHRONOLOGY

09/18/25     Englert Forensic Consultants were contacted by California Deputy Attorney General Ashley Reyes regarding being retained for case review and reconstruction.

10/01/25     Englert Forensic Consultants notified of approval for being retained for case review and reconstruction.

10/08/25     Receipt of initial case file materials.

11/20/25     Englert Forensic Consultants traveled to Hemet and Beaumont California to conduct meetings and a walkthrough of the incident location.

## MATERIALS/RECORDS REVIEWED: AS RECEIVED THUS FAR

| DESCRIPTION | Quantity |
|---|---|
| **Case File Materials** | |

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 3

| | |
|---|---:|
| STATEOFCA000001; 1. CIIT Cover Sheet C24-601-001 | 1 page |
| STATEOFCA000002; A. Table of Contents | 1 page |
| STATEOFCA000003-4; B.1. Summary of Incident | 2 pages |
| STATEOFCA00005; B.2. Scene Description | 1 page |
| STATEOFCA0000006-35; B.3. Employee's Profile | 30 pages |
| STATEOFCA000036-37; B.4. Suspect's Profile_Redacted | 2 pages |
| STATEOFCA000038; B.5. Criminal Investigative Agency | 1 page |
| STATEOFCA000039; B.6. Crime Scene Evidence Collection and Storage | 1 page |
| STATEOFCA000040; B.7. Injury Descriptions | 1 page |
| STATEOFCA000041; B.8. Forensic Examination | 1 page |
| STATEOFCA000042-43; B.9. Critical Incident Debriefing | 2 pages |
| STATEOFCA000044-45; C.1. Identification of Firearms-Weapons_Redacted | 2 pages |
| STATEOFCA000046; C.2. Witnesses | 1 page |
| STATEOFCA000047-48; C.3. Other Involved Personnel | 2 pages |
| STATEOFCA000049-53; D. Vehicles_Redacted | 5 pages |
| STATEOFCA000054-77; E.1. Officer's Statement | 24 pages |
| STATEOFCA000078; E.2. Obtaining a Public Safety Statement-Use of Force Critical Incident | 1 page |
| STATEOFCA000079; E.3. Witness Statements | 1 page |
| STATEOFCA000080; F. Diagrams | 1 page |
| STATEOFCA000081-84; G. Photography and Video | 4 pages |
| STATEOFCA000085-99; H. 1. Annexes-CHP 271, Critical Incident -- Potential Civil Liability | 15 pages |
| STATEOFCA000100-101; H.2. CHP 36, Property Receipt | 2 pages |
| STATEOFCA000102; H.3. Blood Alcohol-Toxicology Report | 1 page |
| STATEOFCA000103-113; H.4. Crime Scene Logs | 11 pages |
| STATEOFCA000114-119; H.5. CHP 125, Weapon Control Memorandum_Redacted | 6 pages |
| STATEOFCA000120-123; H.6. Press Releases | 4 pages |
| STATEOFCA000124-129; H.7. The DA's Findings | 6 pages |
| STATEOFCA000130; H.7.a. Riverside County District Attorney's Findings | 1 page |
| STATEOFCA000131-136; H.8. Criminal Report | 6 pages |
| STATEOFCA000137; H.9. Coroner's Report – not applicable | 1 page |

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 4

| | |
|---|---|
| STATEOFCA000138-153; Det. Sobaszek - Charting_Redacted | 16 pages |
| STATEOFCA000154-253; Photos - Hemet PD Charting Photos | 100 pages |
| STATEOFCA00254-278; Photos - Officer Irick - Charting_Redacted | 25 pages |
| STATEOFCA000279-31; More Officer Irick Charting Photos_Redacted | 32 pages |
| STATEOFCA000311-329; Photos Sgt Reynoso-Charting_Redacted | 19 pages |
| STATEOFCA000330-354; Suspect Hospital Scene | 25 pages |
| STATEOFCA000355-413; Photos of Suspect vehicle | 59 pages |
| STATEOFCA000414-489; Photos of Suspect vehicle | 76 pages |
| STATEOFCA000490-536; Photos of Suspect vehicle | 47 pages |
| STATEOFCA000537-602; Photos of Suspect vehicle | 66 pages |
| STATEOFCA000603-687; More photos of Initial IOS and Scene (folder 101413) | 85 pages |
| STATEOFCA000688-722; More photos of Initial IOS and Scene (folder 101413) | 35 pages |
| STATEOFCA000723-802; More photos of Initial IOS and Scene (folder 101413) | 80 pages |
| STATEOFCA000803-844; More photos of Initial IOS and Scene (folder 101413) | 42 pages |
| STATEOFCA000845-1034; More photos of IOS and Scene (folder 101414) | 190 pages |
| STATEOFCA001035-1128; More photos of IOS and Scene (folder 101415) | 94 pages |
| STATEOFCA001129-1303; Redacted Riverside County Sheriff's Incident Reports (1) | 175 pages |
| **\*PENDING REPORTS DUE\*** | |
| To include, but are not limited to the following: | |
| Medical Records of Gonzalez Hospitalization | |
| Property Receipts of Evidence Seized | |
| Laboratory Examination Reports if Lab Testing was Conducted | |
| Deposition Transcripts of Involved Officers | |
| **Audio/Video Recordings** | |
| STATEOFCA001640; Irick Interview- SUBJECT TO PROTECTIVE ORDER | 39 minutes, 37 seconds |
| STATEOFCA001641; Reynoso_Axon_Body_3_Video_2024-01-24_1936_X6033520Y- SUBJECT TO PROTECTIVE ORDER | 1 hour, 16 minutes, 49 seconds |
| STATEOFCA001642; Snapshot-2024-01-25 02.52.58.888 AM - SUBJECT TO PROTECTIVE ORDER | 28 minutes, 2 seconds |

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 5

| | |
|---|---|
| STATEOFCA001643; Sobaszek_Axon_Body_3_Video_2024-01-24_1936_X6033467W - SUBJECT TO PROTECTIVE ORDER | 1 hour, 16 minutes, 57 seconds |
| STATEOFCA001644; STAR 9 Aerial- SUBJECT TO PROTECTIVE ORDER – unable to open | |
| **Transcriptions** | |
| Transcript of Remote Video Deposition of Sean Irick, dated 07/22/25 | 108 pages |
| Transcript of Remote Video Deposition of Patrick Sobaszek, dated 07/23/25 | 109 pages |
| **Court Records** | |
| Plaintiff's Second Amended Complaint for Damages, dated 06/05/25 | 42 pages |

**The foregoing list underscores those records to which I have devoted substantial consideration. In the event any items reviewed were inadvertently omitted from the foregoing list, this expert will gladly supplement this list upon questioning under oath and reserves the right to supplement this list in a supplemental report.**

## PRELIMINARY ANALYSIS OF MATERIALS RECEIVED TO DATE

*NOTE: For purposes of this report, all substances that have the appearance, color, and physical characteristics of blood will be referred to as blood or blood-like. No presumptive tests were utilized.*

*NOTE: All listed measurements are approximations.*

*NOTE: All diagrams and sketches are not to scale.*

**MEDICAL PROTOCOL: Description of Injuries**

Gonzalez was treated at the Riverside University Health System Medical Center in Moreno Valley. Evidence of multiple gunshot wound injuries were noted, to include the following:

- Four gunshot wounds (GSW) to upper and lower torso.
- Medical records release without redactions is currently pending.

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 6

**INITIAL MEETING: Hemet Police Department**

Date:           11/20/2025

Time:           9:00 a.m.

Location:       Hemet Police Department (HPD)
                450 E Latham Avenue
                Hemet, CA

Present:        Mario Garcia – Attorney Representative, Department of Justice (DOJ)
                Sean Irick – Officer, California Highway Patrol (CHP)
                Angela Brunson – Attorney, Manning & Kass (MKERT)
                Patrick Sobaszek – Detective, HPD
                Gabriel Gomez – Sergeant, HPD Liason
                Dr. Swathi Kode – Bio-mechanical Engineer
                Stacey Chepren – Analyst, Englert Forensic Consultants (EFC)
                Ramon Purcell – Photographer, EFC
                Rod Englert – Analyst, EFC

On November 20, 2025, at approximately 9:00 a.m., members of Englert Forensic Consultants (EFC) met with the above listed individuals to discuss facts of the case. This meeting was conducted in the presence of counsel for Officer Irick and Detective Sobaszek. An overview of the incident was discussed, to include future evidence examination and a site visit.

**SITE VISIT: Perricone Juice Factory**

Date:           11/20/2025

Time:           11:25 a.m.

Location:       Perricone Juice Factory
                550 B Street
                Beaumont, CA

Present:        Mario Garcia – Attorney Representative, Department of Justice (DOJ)
                Sean Irick – Officer, California Highway Patrol (CHP)
                Angela Brunson – Attorney, Manning & Kass (MKERT)
                Patrick Sobaszek – Detective, HPD
                Gabriel Gomez – Sergeant, HPD Liason
                Dr. Swathi Kode – Bio-mechanical Engineer
                Stacey Chepren – Analyst, Englert Forensic Consultants (EFC)
                Ramon Purcell – Photographer, EFC
                Rod Englert – Analyst, EFC

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 7

On November 20, 2025, at approximately 11:25 a.m., members of Englert Forensic Consultants, accompanied by the above individuals, conducted a site visit of the Perricone Juice Factory. Per entry permissions at the facility, Production Manager Victor Marquez-Vizcarra and Senior Director of Operations Jeff Hannah accompanied all persons during the site visit.

A walkthrough of the incident location was conducted with Officer Irick and Detective Sobaszek. This site walkthrough was conducted in the presence of attorneys for Officer Irick and Detective Sobaszek. The purpose of the walkthrough was to determine the path of travel and distance covered during the pursuit.

Following the initial walkthrough of the location and determining the path of travel, pertinent measurements were collected. The following path of the foot pursuit was as follows and will be supported by a forensic animation.

- Foot pursuit begins at railroad tracks in an eastward direction for 87 yards.



*Image 1: Drone image of beginning of foot pursuit; depicting direction and distance traveled.*

- The foot pursuit turns slightly southeast around a large pile of dirt for 122 yards paralleling the Perricone Juice Factory wall and past a truck ramp where multiple yellow posts are located.

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 8



*Image 2: Drone image of where the foot pursuit turned at a dirt pile and continued; depicting direction and distance traveled.*

- The foot pursuit turns south into an open gate entry for 42 yards before turning west.



*Image 3: Drone image of foot pursuit transitioning south into an open gate entry; depicting direction and distance traveled.*

- The final leg of the foot pursuit continues for 144 yards to the termination where Gonzalez goes down in front of an office entry.

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 9



*Image 4: Drone image of the final leg of the foot pursuit; depicting direction and distance traveled.*

- During the final leg of the pursuit the officers chase Gonzalez through a narrow pathway measuring 3 feet wide for 88 yards when the shooting starts.
- The estimated distance is approximately 30 feet from the officers to Gonzalez's location in front of an office entry with a large paned window.

The total distance of the foot pursuit was approximately 395 yards.



*Image 5: Drone image depicting the overall directions and distances of the foot pursuit.*

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 10

## Analysis of Body Worn Camera and Surveillance Video

Video recordings from officer BWC and surveillance video captured by factory cameras were reviewed for evidentiary and body position purposes.



*Image 6: Screenshot from Sobaszek BWC of Gonzalez observed fleeing officers during a foot pursuit.*



*Image 7: Screenshot from South Plant security video of Gonzalez observed fleeing officers during a foot pursuit.*

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 11



*Image 8: Screenshot from Sobaszek BWC of Gonzalez observed dropping a dark-colored item during a foot pursuit.*



*Image 9: Screenshot from Sobaszek BWC of Gonzalez observed dropping a dark-colored item during a foot pursuit.*

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 12



*Image 10: Screenshot from South Plant security video of Gonzalez observed dropping a dark-colored item during a foot pursuit.*



*Image 11: Screenshot from South Plant security video of Gonzalez observed dropping a dark-colored item during a foot pursuit.*

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 13



*Image 12: Screenshot from Sobaszek BWC of Gonzalez observed with a black-colored gun on the ground next to him when officers approach after the shooting incident.*

## CONCLUDING OPINIONS

**These opinions are based solely on the review of incident reports, body worn camera and surveillance video recordings, and a site inspection. These opinions are rendered without the review of the physical evidence collected from the scene and hospital, and without performing a physical reconstruction of the event.**

- Pending evidence analysis and receipt of additional materials, an incident reconstruction opinion in this case cannot be rendered at this time. The site visit yielded valuable information that will be incorporated into the final report.

**Body worn camera and surveillance video analysis/review, site inspection, and reports alone are insufficient to perform a full shooting incident reconstruction analysis and therefore examination of the physical evidence items is necessary to establish further opinions relevant to this event.**

- Body worn cameras and surveillance videos do not reflect true distances and spatial perspectives of the incident. Additional insight and understanding of the incident could be gained by performing a full incident reconstruction.
- A review of the body worn cameras and Perricone Juice Factory surveillance video revealed that officers were involved in a lengthy foot pursuit prior to the

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 14

shooting incident and that following the shooting incident, a black-colored gun was visible on the ground next to Gonzalez as officers approached.

- The shot sequence of gunshot wounds impacting Gonzalez and items within the Perricone Juice Factory are undetermined. In order to better understand the sequence of events and most probable body positions during the shooting incident, a review of the physical evidence and reconstruction testing of various body positions are necessary.

**An examination of the physical evidence in this case is required to form incident reconstruction opinions based on a reasonable degree of scientific probability. Incident reconstruction opinions are based upon review of the above-listed materials, evidence analysis, body position testing, in addition to training, knowledge, and experience.**

**Discovery is ongoing and all opinions stated herein are, therefore, preliminary and subject to change upon further evidence examination. This expert reserves the right to amend or supplement his opinions as further pertinent evidence is discovered and examined.**

## EXHIBITS AND ANIMATION

Evidence examination and incident reconstruction digital images will be collected in the future as a template for forensic incident animation exhibits. A full expert reconstruction report and incident reconstruction animation/illustration will be introduced following a review of select items of physical evidence. Exhibits will be based on my review of the materials, statements, photographs, medical reports, and investigative reports of this case; and on my own forensic investigation associated with this case.

## MISCELLANEOUS

Also attached is Rod Englert's complete CV, which includes a listing of all cases in which he has participated. In compliance with Federal Rule 26, cases involving his deposition and/or testimony within at least the last five years are listed with a "T" or "D" in the last section of his CV. See Fed. R. Civ. P.26(a)(2)(B)(iv-v).

Publications within the last four years are listed on Page 3 of Rod Englert's resume/CV.

## FEE SCHEDULE

Compensation for Englert Forensic Consultants is at the rate of $600 per hour plus travel time and expenses.

Ashley Reyes
**EXPERT'S RECONSTRUCTION REPORT**
*Gonzalez v. Hemet PD*
November 25, 2025
Page 15


I have reviewed this preliminary report and its exhibits and believe it accurately summarizes my conclusions/opinions in this case, and the methodology and evidentiary and other basis underlying such conclusions.




Rod Englert
Englert Forensic Consultants


RE/nw
Attachments