ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
AMIE BEARS
Deputy Attorney General
State Bar No. 242372
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7663
  Fax: (916) 322-8288
  E-mail: Amie.Bears@doj.ca.gov
*Attorneys for Defendant State of California acting by and through the California Highway Patrol and Sean Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,**<br><br>Defendants. | 5:25-cv-00331-KK-DTB<br><br>**DEFENDANTS' RESPONSE TO COURT'S ORDER 120**<br><br>Date: April 23, 2026<br>Time: 10:30am<br>Courtroom: 3<br>Judge: The Honorable Kenly Kiya Kato<br>Trial Date: May 11, 2026<br>Action Filed: 12/24/2024 |

1

In response to the Courts April 20, 2026 Order inquiring as to Defendants State of California acting by and through the California Highway Patrol and Sean Irick desire to engage in a settlement conference with a magistrate judge, Defendants state that they do not believe any discussions would be beneficial.

Dated: April 21, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ Amie Bears*

AMIE BEARS
Deputy Attorney General
*Attorneys for Defendant State of California acting by and through the California Highway Patrol and Sean Irick*

SD2025300206
39795120

2

# CERTIFICATE OF SERVICE

Case Name:    **Gonzalez v. State of California, et al.**    No.    **5:25-cv-00331-KK-DTB**

I hereby certify that on **April 21, 2026**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' RESPONSE TO COURT'S ORDER 120**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **April 21, 2026**, at Los Angeles, California.

|  |  |
|---|---|
| A. M. Escue | */s/ A. M. Escue* |
| Declarant | Signature |

SD2025300206
39795123