**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:      (951) 682-9311

*Attorneys for Plaintiff,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>                     Plaintiff,<br><br>          vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                     Defendants. | **Case No.: 5:25-cv-00331-KK-DTB**<br><br>[*Honorable Kenly Kiya Kato*]<br><br>**[PROPOSED] PLAINTIFF'S AMENDED JURY INSTRUCTION**<br><br>**Final Pretrial Conference:**<br>April 23, 2026 at 10:30 a.m.<br>**Trial:**<br>May 11, 2026 at 09:30 a.m.<br>Place:   Courtroom 3 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

By and through his attorneys of record in this action, Plaintiff George Gonzalez hereby submits the following [Proposed] Amended Jury Instruction to be provided to the jury at trial.

Respectfully Submitted,

DATED:  April 23, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By: _____/s/_____ _Marcel F. Sincich_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
_Attorneys for Plaintiff George Gonzalez_

## **ALTERNATIVE CAUSES**

If you find that Defendant Sean Irick used excessive or unreasonable force against Plaintiff George Gonzalez but cannot decide which involved officer caused harm to Mr. Gonzalez, then you must find that Defendant Sean Irick caused harm.

However, if Defendant Sean Irick proves that he did not cause any harm to Mr. Gonzalez, then you must conclude that Defendant Sean Irick is not responsible for any harm.

Source: CACI No. 434, (2026 Edition) (modified due to settlement).