UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-00331-KK-DTBx** | Date: | April 23, 2026 |
|---|---|---|---|

| Title: | ***George Gonzalez v. City of Hemet et al.*** |
|---|---|

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo<br>Trenton C. Packer<br>Marcel F. Sincich (ZOOM) | Amie C. Bears<br>Mario Eduardo Garcia |

**Proceedings:    Final Pretrial Conference**

The case is called for a Final Pretrial Conference as previously scheduled.  Counsel state their appearances.  After conferring with counsel, the Court orders as follows:

1. The parties shall contact the Courtroom Deputy at KK_Chambers@cacd.uscourts.gov no later than May 1, 2026, if they would like to schedule a time and date to test the courtroom technology equipment.  If a party fails to test the courtroom equipment and experiences technological or connectivity issues during trial, the party will be deemed to have waived the use of devices.

2. Prior to trial, counsel are ordered to exchange any demonstratives intended to be used during Opening Statements.  Any objections to demonstratives will be addressed the morning of trial.

3. Pursuant to the parties' joint request, witnesses shall be excluded from the courtroom during testimony.

4. On the first day of trial, counsel shall provide three copies of their witness list in the order they intend to call them.  If a witness was on the stand before a recess or adjournment, counsel shall have the witness back on the stand and ready to proceed when Court resumes.  If there is more than a brief delay between witnesses, the Court may deem that the party has rested.

5.    The parties are ordered to meet and confer to resolve their stipulations regarding the admissibility of the opinions offered in Rod Englert's expert report.

6.    No later than April 24, 2026, Plaintiff shall file an order regarding their requested accommodations for Plaintiff.

7.    No later than April 30, 2026, the parties shall file amended Joint Exhibit Stipulations based upon the Court's rulings on the motions in limine.

8.    No later than April 30, 2026, Defendants shall file a brief addressing (1) why special interrogatories would be necessary for raising qualified immunity in a Rule 50 motion, (2) what specific questions they would propose be presented to the jury as special interrogatories, (3) the theory upon which Defendants propose to assert a qualified immunity defense, and (4) the cases supporting their theory of qualified immunity.  If Defendants abandon their qualified immunity defense, they are directed to notify the Court by email at KK_chambers@cacd.uscourts.gov no later than April 29, 2026.

9.    No later than May 1, 2026, the parties shall provide the Court with three exhibit binders for the trial.

10.    **Trial will commence at 9:30 a.m. on May 8, 2026**, and the parties shall be in the courtroom by 9:00 a.m.  On all subsequent trial days, trial will begin at 8:30 a.m. and the parties shall be in the courtroom by 8:00 a.m.

11.    The Court will set strict time limit of 10 hours per side to include opening statements, direct examination, cross examination, and closing arguments.

12.    The parties shall immediately notify the Court by e-mail at KK_chambers@cacd.uscourts.gov if a settlement is reached.  The parties may be sanctioned for the cost of bringing in jurors if the Court is not able to cancel its request on time.  To avoid sanctions, the parties must notify the Court by Friday, May 1, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**