**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HEMET, et al,<br><br>    Defendants. | Case No. 5:25-cv-00331-KK-DTB<br><br>[*Honorable Kenly Kiya Kato*]<br>Magistrate Judge David T. Bristow<br><br>**PLAINTIFF'S REQUEST FOR AN ORDER DIRECTING ANY OFFICERS ACCOMPANYING PLAINTIFF TO TRIAL TO DRESS IN PLAIN CLOTHES AND DIRECTING PLAINTIFF TO NOT BE HANDCUFFED, SHACKED, OR DRESSED IN JAIL ATTIRE DURING THE DURATION OF HIS APPEARANCE AT TRIAL**<br><br>**Final Pretrial Conference:**<br>April 23, 2026 at 10:30 a.m.<br>**Trial:**<br>May 8, 2026 at 09:00 a.m.<br>Place:   Courtroom 3 |

1                    Case No.: 5:25-cv-00331-KK-DTB

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** that Plaintiff hereby makes the following request of this Court:

1.      WHEREAS, on April 22, 2026, this Court granted Plaintiff's Motion in Limine Nos. 1 and 2 to exclude information unknown and any evidence of or reference to Plaintiff George Gonzalez's criminal history (Doc. 122).

2.      WHEREAS, Plaintiff is not currently incarcerated but is in a rehabilitation facility as part of his sentencing, but in the event that he is in custody at the time of trial, Plaintiff will be transported to and from Court by correctional officers to appear at this trial.

3.      WHEREAS, during the pretrial conference in this matter on April 23, 2026, this Court indicated that the correctional officers/marshals/deputies accompanying Plaintiff in the courtroom should be dressed in plainclothes as was ordered in a previous case and to submit this request for an order out of an abundance of caution so as to minimize any delay at trial.

4.      THEREFORE, Plaintiff requests that this Court issue an order directing the following:

A.      Mr. Gonzalez is permitted to dress in plainclothes during his appearance at this trial in the above-referenced case, beginning on May 8, 2026. During his appearance at trial, Mr. Gonzalez shall not be dressed in any custody attire or any clothing indicating that he is incarcerated.

B.      The correctional officers/marshals/deputies accompanying Mr. Gonzalez at the trial, if any, shall be dressed in plain clothes. Any correctional officer/marshal/deputy transporting or accompanying Mr. Gonzalez in and out of the courtroom or courthouse, if any, shall be prohibited from dressing in

uniform and prohibited from wearing any badge, duty belt, or other article of clothing that would indicate that they are law enforcement officers.

C.    Mr. Gonzalez shall not be handcuffed, shackled, or otherwise restrained in any way that would indicate that he is incarcerated and/or being transported to and from any detention facility for this trial.

Respectfully Submitted,

DATED:  April 23, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER & HANKS**

By:    _/s/     Marcel F. Sincich_
Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiff GEORGE
GONZALEZ

3                    Case No.: 5:25-cv-00331-KK-DTB
PLAINTIFF'S REQUEST RE. CLOTHING AT TRIAL