# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GEORGE GONZALEZ,

    Plaintiff,

v.

CITY OF HEMET et al.,

    Defendants.

Case No. 5:25-cv-00331-KK-DTB

*Honorable Kenly Kiya Kato*
Magistrate Judge David T. Bristow

**ORDER DIRECTING ANY OFFICERS ACCOMPANYING PLAINTIFF TO TRIAL TO DRESS IN PLAIN CLOTHES AND DIRECTING PLAINTIFF TO NOT BE HANDCUFFED, SHACKED, OR DRESSED IN JAIL ATTIRE DURING THE DURATION OF HIS APPEARANCE AT TRIAL**

**[NOTE CHANGES BY COURT]**

**Trial:**
May 8, 2026 at 09:00 a.m.
Place:   Courtroom 3

[PROPOSED] ORDER RE. CLOTHING AT TRIAL

**HAVING REVIEWED Plaintiff's Request for an Order Directing the Any Officers Accompanying Plaintiff George Gonzalez to Trial to Dress in Plainclothes and directing that Mr. Gonzalez Not Be Handcuffed, Shackled, or Dressed in Custody Attire During his Appearance at Trial, IT IS HEREBY ORDERED AS FOLLOWS**:

A.   Mr. Gonzalez is permitted to dress in plainclothes during his appearance at this trial in the above-referenced case, beginning on May 8, 2026. During his appearance at trial, Mr. Gonzalez shall not be dressed in any custody attire or any clothing indicating that he is incarcerated.

B.   The correctional officers/marshals/deputies accompanying Mr. Gonzalez at the trial, if any, shall be dressed in plain clothes. Any correctional officer/marshal/deputy transporting or accompanying Mr. Gonzalez in and out of the courtroom or courthouse, if any, shall be prohibited from dressing in uniform and prohibited from wearing any badge, duty belt, or other article of clothing that would indicate that they are law enforcement officers.

C.   Mr. Gonzalez shall not be handcuffed, shackled, or otherwise restrained in any way that would indicate that he is incarcerated and/or being transported to and from any detention facility for this trial.

D.   Plaintiff shall file serve a copy of this Order on the facility where Mr. Gonzalez is housed and file a proof of service with this Court within 10 days of this Order.

**IT IS SO ORDERED**,

cc:  United States Marshals Service [ATTN: cac.rivcourt@usdoj.gov; charity.levells-dohm@usdoj.gov]

DATED: April 24, 2026

_____

**Honorable Kenly Kiya Kato**

**United States District Judge**

ORDER RE. CLOTHING AT TRIAL