Case 5:25-cv-00331-KK-DTB   Document 127   Filed 04/27/26   Page 1 of 3   Page ID
Case 5:25-cv-00331-KK-DTB   Document 126   Filed 04/24/26   Page 1 of 2   Page ID
#:3386
#:3384

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GEORGE GONZALEZ,

    Plaintiff,

v.

CITY OF HEMET et al.,

    Defendants.

Case No. 5:25-cv-00331-KK-DTB

*Honorable Kenly Kiya Kato*
Magistrate Judge David T. Bristow

**ORDER DIRECTING ANY
OFFICERS ACCOMPANYING
PLAINTIFF TO TRIAL TO DRESS
IN PLAIN CLOTHES AND
DIRECTING PLAINTIFF TO NOT
BE HANDCUFFED, SHACKED, OR
DRESSED IN JAIL ATTIRE
DURING THE DURATION OF HIS
APPEARANCE AT TRIAL**

**[NOTE CHANGES BY COURT]**

**Trial:**
May 8, 2026 at 09:00 a.m.
Place:   Courtroom 3

1                                                      Case No.: 5:25-cv-00331-KK-DTB
[PROPOSED] ORDER RE. CLOTHING AT TRIAL

Case 5:25-cv-00331-KK-DTB    Document 127    Filed 04/27/26    Page 2 of 3   Page ID
Case 5:25-cv-00331-KK-DTB    Document 128-7  Filed 04/24/26    Page 2 of 2   Page ID
#:3385
#:3386

**HAVING REVIEWED** Plaintiff's Request for an Order Directing the Any Officers Accompanying Plaintiff George Gonzalez to Trial to Dress in Plainclothes and directing that Mr. Gonzalez Not Be Handcuffed, Shackled, or Dressed in Custody Attire During his Appearance at Trial, **IT IS HEREBY ORDERED AS FOLLOWS**:

A.      Mr. Gonzalez is permitted to dress in plainclothes during his appearance at this trial in the above-referenced case, beginning on May 8, 2026. During his appearance at trial, Mr. Gonzalez shall not be dressed in any custody attire or any clothing indicating that he is incarcerated.

B.      The correctional officers/marshals/deputies accompanying Mr. Gonzalez at the trial, if any, shall be dressed in plain clothes. Any correctional officer/marshal/deputy transporting or accompanying Mr. Gonzalez in and out of the courtroom or courthouse, if any, shall be prohibited from dressing in uniform and prohibited from wearing any badge, duty belt, or other article of clothing that would indicate that they are law enforcement officers.

C.      Mr. Gonzalez shall not be handcuffed, shackled, or otherwise restrained in any way that would indicate that he is incarcerated and/or being transported to and from any detention facility for this trial.

D.      Plaintiff shall file serve a copy of this Order on the facility where Mr. Gonzalez is housed and file a proof of service with this Court within 10 days of this Order.

**IT IS SO ORDERED**,

cc:  United States Marshals Service [ATTN: cac.rivcourt@usdoj.gov; charity.levells-dohm@usdoj.gov]

DATED: April 24, 2026

_____

**Honorable Kenly Kiya Kato**

**United States District Judge**

2                    Case No.: 5:25-cv-00331-KK-DTB

ORDER RE. CLOTHING AT TRIAL

George Gonzalez v. State of CA, et al.
**Case No.: 5:25-cv-00331-KK-DTB**

## PROOF OF SERVICE

I, the undersigned, declare that I am a citizen of the United States, over the age of eighteen years, and am not a party to the within action. My business address is 7095 Indiana Avenue, Suite #200, Riverside, California 92506.

On **April 27, 2026,** I served the foregoing document described as:

**"ORDER DIRECTING ANY OFFICERS ACCOMPANYING PLAINTIFF TO TRIAL TO DRESS IN PLAIN CLOTHES AND DIRECTING PLAINTIFF TO NOT BE HANDCUFFED, SHACKED, OR DRESSED IN JAIL ATTIRE DURING THE DURATION OF HIS APPEARANCE AT TRIAL"**

by placing a true copy thereof enclosed in a sealed envelope as addressed below and depositing said envelope with postage thereon fully prepaid in a United States Postal Service mailbox in **Riverside, California** in the ordinary course of business. (I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.)

by personal service to the person listed at the address below.

by sending a true copy thereof via facsimile as addressed below.

X    by electronic service. I sent the foregoing document(s) via electronic transmittal to the notification addresses listed below.

**Representative at Cedar House Life Change Center**
tgolding@cedarhouse.org

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **April 27, 2026,** in Riverside, California.

Kayla Peña-Pham
Law Clerk