LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333 | Fax: 818-347-4118

GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Tel: (951) 682-9311; Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

*Attorneys for Plaintiff* George Gonzalez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GEORGE GONZALEZ,

Plaintiff(s)

v.

STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,

Defendant(s).

CASE NUMBER
5:25-cv-00331-KK-DTB

## ORDER ON
## APPLICATION FOR WRIT OF HABEAS CORPUS

☐ AD PROSEQUENDUM   ■ AD TESTIFICANDUM

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus   ☐ Ad Prosequendum   ■ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   George Falcon Lara Gonzalez (Booking #202552707)

Alias:

on   May 8, 2026   at   9:00 a.m.   before Judge/Magistrate Judge   Honorable Kenly Kiya Kato
*(Date of Appearance)*        (Time)

Dated: _____

_____
**U.S. District Judge/U.S. Magistrate Judge**