## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF HEMET, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:25–cv–00331–KK–DTB <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    4/28/2026

Document No.:    129

Title of Document:    APPLICATION FOR WRIT OF HABEAS CORPUS

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

The Proposed Writ has not been attached. The Application for Writ of Habeas Corpus must have both a Proposed Writ and Proposed Order as separate attachments to the main document.

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  April 28, 2026        By:  /s/ *Alison Bandek  alison_bandek@cacd.uscourts.gov*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**