Name, Address and Phone number of Attorney(s):
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333 | Fax: 818-347-4118

GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Tel: (951) 682-9311
Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ <br><br> Plaintiff(s) <br><br> v. <br><br> STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive <br><br> Defendant(s). | CASE NUMBER <br><br> 5:25-cv-00331-KK-DTB <br><br><br> **APPLICATION FOR WRIT OF HABEAS CORPUS** <br><br> ☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: George Falcon Lara Gonzalez
                    Alias: _____
BOP/Booking No: 202552707
        Detained by:  ☐ Warden _____
                      ☑ Other  Correctional Captain Bruce Phillips
        Detained at: In the custody of the Riverside County Sheriff's Department at Cedar House Life Change Center
                     *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on _____ May 8, 2026 _____ at _____ 9 a.m. _____ before the Honorable

Kenly Kiya Kato _____ Judge/Magistrate Judge.

Location:    ☑ U.S. District Court  3470 Twelfth Street, Courtroom 3, 3rd Floor, Riverside, CA 92501-3801
                                      *(Court Address)*
             ☐ Other _____
                        *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: _____ 05/07/2026 _____                    *Trenton C. Packer*
                                                        Signature of attorney

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* **MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.**

G-09 (10/06)          APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM