LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333 | Fax: 818-347-4118

GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Tel: (951) 682-9311
Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

Attorneys for Plaintiff George Gonzalez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ <br><br> Plaintiff(s) <br><br> v. <br><br> STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive, <br><br> Defendant(s) | CASE NUMBER: <br><br> CR <br><br> CV 5:25-cv-00331-KK-DTB <br><br> **WRIT OF HABEAS CORPUS** <br> ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable Kenly Kiya Kato

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian:

Riverside County Sheriff's Department

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **George Falcon Lara Gonzalez**

before the Honorable Kenly Kiya Kato Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No. **3** , located at

3470 Twelfth Street, 3rd Floor, Riverside, CA 92501-3801 on **May 8, 2026**

at **9 a.m.** , and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable Kenly Kiya Kato Judge/Magistrate Judge of the

United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)