GRECH, PACKER, & HANKS
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Tel: (951) 682-9311
Fax: (951) 682-4289
Email: tpacker@grechpackerlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ<br><br>Plaintiff(s)<br><br>v.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>CR<br>CV 5:25-cv-00331-KK-DTB<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable _Kenly Kiya Kato_

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian:

Riverside County Sheriff's Department

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **George Falcon Lara Gonzalez**

before the Honorable _Kenly Kiya Kato_ Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No. ___**3**___ , located at

3470 Twelfth Street, 3rd Floor, Riverside, CA 92501-3801 on **5/8 & 5/11-15,2026**

at ___**8:30 a.m.**___ , and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.


**WITNESS** the Honorable ___Kenly Kiya Kato___ Judge/Magistrate Judge of the

United States District Court for the Central District of California.


Dated: _May 7, 2026_

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)