CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 5:25-cv-00331-KK-DTB |
| Title: | George Gonzalez v. City of Hemet et al |

Date: May 8, 2026

Present: The Honorable    Kenly Kiya Kato

| Dominique Carr | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo, Marcel F. Sincich, Trenton C. Packer | Amie C. Bears, Mario E. Garcia |

_____ Day Court Trial          1st          Day Jury Trial

_____ One day trial:  X  Begun (1st day);  X  Held & Continued;  _____ Completed by jury verdict/submitted to court.

✔ The Jury is impaneled and sworn.

✔ Opening statements made by          Plaintiff and Defendant

✔ Witnesses called, sworn and testified.        ✔ Exhibits Identified        ✔ Exhibits admitted.

_____ Plaintiff(s) rest.                    _____ Defendant(s) rest.

_____ Closing arguments made by        _____ plaintiff(s)        _____ defendant(s).        _____ Court instructs jury.

_____ Bailiff(s) sworn.                    _____ Jury retires to deliberate.        _____ Jury resumes deliberations.

_____ Jury Verdict in favor of        _____ plaintiff(s)        _____ defendant(s) is read and filed.

_____ Jury polled.                    _____ Polling waived.

_____ Filed Witness & Exhibit Lists        _____ Filed jury notes.        _____ Filed jury instructions.

_____ Judgment by Court for _____        _____ plaintiff(s)        _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by        _____ plaintiff(s)        _____ defendant(s).

_____ Case submitted.        _____ Briefs to be filed by _____

_____ Motion to dismiss by _____        is  _____ granted.        _____ denied.        _____ submitted.

_____ Motion for mistrial by _____        is  _____ granted.        _____ denied.        _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____        is  _____ granted.        _____ denied.        _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✔ Case continued to        Monday, May 11, 2026 at 8:30 a.m.        for further trial/further jury deliberation.

_____ Other:

4  :  08

Initials of Deputy Clerk        DC

cc: