CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | 5:25-cv-00331-KK-DTB | Date: May 11, 2026 |
| Title: | George Gonzalez v. City of Hemet et al | |

Present: The Honorable   Kenly Kiya Kato

| Dominique Carr | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo, Marcel F. Sincich, Trenton C. Packer | Amie C. Bears, Mario E. Garcia |

_____ Day Court Trial   __2nd__ Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _X_ Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

✔ Witnesses called, sworn and testified.   ✔ Exhibits Identified   ✔ Exhibits admitted.

✔ Plaintiff(s) rest.   _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✔ Case continued to   Tuesday, May 12, 2026 at 8:45 a.m.   for further trial/further jury deliberation.

_____ Other: _____

|  | 6 | : | 33 |
|---|---|---|---|
| Initials of Deputy Clerk | | DC | |

cc: