CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 5:25-cv-00331-KK-DTB |
| Title: | George Gonzalez v. City of Hemet et al |

Date: May 12, 2026

Present: The Honorable    Kenly Kiya Kato

| Dominique Carr | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo, Marcel F. Sincich, Trenton C. Packer | Amie C. Bears, Mario E. Garcia |

_____ Day Court Trial    3rd    Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    X= Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

✔ Witnesses called, sworn and testified.    ✔ Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    ✔ Defendant(s) rest.

✔ Closing arguments made by    ✔ plaintiff(s)    ✔ defendant(s).    ✔ Court instructs jury.

✔ Bailiff(s) sworn.    ✔ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

✔ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✔ Case continued to    Wednesday, May 13, 2026 at 8:30 a.m.    for further trial/further jury deliberation.

_____ Other: _____

5 : 24

Initials of Deputy Clerk    DC

cc: