NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT

5/13/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DC_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| George Gonzalez, | PLAINTIFF(S) | CASE NUMBER:<br>5:25-cv-00331-KK-DTB |
| v. | | |
| City of Hemet, et al., | DEFENDANT(S) | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except the** following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

05/06/2026
Date

Marcel FSingich
Counsel for: Plaintiff  Defendant _____

_____
Signature                                Telephone Number

05/08/2026
Date

Mario E. Garcia
Counsel for:  Plaintiff  Defendant _____

_____  (626) 374-1115
Signature                                Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

5/8/26
Date

By ___Done___

Deputy Clerk

G-38 (06/25)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING