CLEAR FORM

# LIST OF EXHIBITS AND WITNESSES

| Case Number | 5:25-cv-00331-KK-DTB | | Title | George Gonzalez v. City of Hemet et al |
|---|---|---|---|---|
| Judge | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE | | | |
| Dates of Trial or Hearing | 05/08/2026, 05/11/2026, 05/12/2026, 05/13/2026 | | | |
| Court Reporters or Tape No. | Myra Ponce | | | |
| Deputy Clerks | Dominique Carr | | | |

**F I L E D**
CLERK, U.S. DISTRICT COURT

5/13/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DC _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale K. Galipo | Amie C. Bears |
| Marcel F. Sincich | Mario E. Garcia |
| Trenton C. Packer | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Officer Sean Irick | Plaintiff |
| | | | | | | Scott Holdaway | Plaintiff |
| | | | | | | Ryan O'Connor, M.D. | Plaintiff |
| | | | | | | George Gonzalez | Plaintiff |
| | | | | | | Jeff Noble | Plaintiff |
| | | | | | | Clarence Chapman | Defendant |
| | | | | | | Erick Gabriel Gutierrez Bonilla | Defendant |
| | | | | | | Andrew Reynoso | Defendant |
| | | | | | | Patrick Sobaszak | Defendant |
| | | | | | | Rob Englert | Defendant |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
Amie C. Bears
Deputy Attorney General
State Bar No. 242372
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California
acting by and through CHP and Sean Irick*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA and SEAN IRICK.<br><br>              Defendants. | **Case No.: 5:25−cv−00331−KK−DTB**<br><br>[*Honorable Kenly Kiya Kato*<br>Magistrate Judge David T. Bristow]<br><br>**AMENDED JOINT EXHIBIT LIST**<br><br>**Trial:**<br>Date:     May 11, 2026<br>Time:     08:30 a.m.<br>Place:    Courtroom 3 |

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff George Gonzalez and Defendants State of California, acting by and through California Highway Patrol, and Sean Irick hereby submit the following Joint Exhibit List of tangible/documentary evidence which may potentially be provided-published to the jury at the time of trial.

.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  May 11, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**


By: _____/s/_____ *Marcel F. Sincich*_____
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorneys for Plaintiff George Gonzalez*


DATED:  May 11, 2026

**ROB BONTA**
**Attorney General of California**
**CATHERINE WOODBRIDGE**
**Supervising Deputy Attorney General**

By:_____/s/_____ *Amie C. Bears*_____
Amie C. Bears
Mario Garcia
*Attorneys for Defendants State of California,*
*acting by and through CHP, and Sean Irick*

2         Case No.: 5:25−cv−00331−KK−DTB
JOINT EXHIBIT LIST

**AMENDED JOINT EXHIBIT LIST**

| Exh. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| **JOINT EXHIBIT LIST** | | | |
| **VIDEOS** | | | |
| **JOINT VIDEOS** | | | |
| 1. | Sobaszek BWC (20:03:36-20:06:06) | 5/8/26 | 5/8/26 |
| 2. | Reynoso BWC (20:03:21-20:06:06) | | |
| 3. | Surveillance Video (08:03:50-08:05:43) | | |
| 4. | Surveillance Video (08:04:33-08:05:14) | | |
| 5. | Helicopter Video (08:03:39-08:05:05) | | |
| **PLAINTIFFS VIDEOS** | | | |
| 6. | Sobaszek BWC with graphics Video | | |
| 7. | Sobaszek 4x enlargement and stabilized Video | | |
| 8. | Sobaszek 4x enlargement and stabilized with graphics Video | | |
| **PHOTOGRAPHS** | | | |
| **JOINT PHOTOGRAPHS** | | | |
| 9. | Officer Sobaszek Photo | 5/8/26 | 5/8/26 |
| 10. | Officer Sobaszek Photo | | |
| 11. | Officer Sobaszek Belt | | |
| 12. | Officer Reynoso Photo | 5/8/26 | 5/8/26 |
| 13. | Officer Reynoso Photo | | |
| 14. | Officer Reynoso Belt | | |
| 15. | Officer Irick Photo (full body) | 5/8/26 | 5/8/26 |
| 16. | Officer Irick Photo (left body) | | |
| 17. | Officer Irick Photo (face) | | |
| 18. | Officer Irick Photo (gun belt) | | |
| 19. | Officer Irick Round Count | 5/8/26 | 5/8/26 |
| 20. | Injury Photo (Foot) | 5/11/26 | |
| 21. | Injury Photo (Knee) (01/24/24) | | |
| 22. | Injury Photo (Thigh) (01/24/24) | 5/11/26 | |
| 23. | Injury Photo (Foot) (02/05/24) | 5/11/26 | |
| 24. | Injury Photo (Foot) (01/27/24) | 5/11/26 | |
| 25. | Injury Photo (Foot) | 5/11/26 | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Date Identified | Date Admitted |
| 26. | Gonzalez Family Photo | | |
| 27. | Gonzalez Family Photo | | |
| 28. | Scene Photo | | |
| 29. | Scene Photo | | |
| 30. | Scene Photo | | |
| 31. | Scene Photo | | |
| 32. | Scene Photo | | |
| 33. | Scene Photo | | |
| 34. | Scene Photo | | |
| 35. | Scene Photo | | |
| 36. | Scene Photo | | |
| 37. | Scene Photo | | |
| 38. | Scene Photo | | |
| 39. | Scene Photo | | |
| 40. | Scene Photo | | |
| 41. | Surveillance Video Screenshot 1 (08:04:42:235) | | |
| 42. | Surveillance Video Screenshot 2 (08:04:43:702) | | |
| 43. | Surveillance Video Screenshot 3 (08:04:44:702) | | |
| 44. | Surveillance Video Screenshot 4 (08:04:47:635) | | |
| 45. | Surveillance Video Screenshot 5 (08:04:48:302) | | |
| 46. | Surveillance Video Screenshot 6 (08:04:48:368) | | |
| 47. | Surveillance Video Screenshot 7 (08:04:48:635) | | |
| 48. | Surveillance Video Screenshot 8 (08:04:48:835) | | |
| 49. | Surveillance Video Screenshot 9 (08:04:49:102) | | |
| 50. | Surveillance Video Screenshot 10 (08:04:49:568) | | |
| 51. | Surveillance Video Screenshot 11 (08:04:50:702) | | |
| 52. | Surveillance Video Screenshot 12 (08:05:00:368) | | |
| | PLAINTIFFS VIDEOS SCREENSHOTS | | |
| 53. | Sobaszek BWC with graphics 1 | | |
| 54. | Sobaszek BWC with graphics 2 | | |
| 55. | Sobaszek BWC with graphics 3 | | |
| 56. | Sobaszek BWC with graphics 4 | | |
| 57. | Sobaszek BWC with graphics 5 | | |
| 58. | Sobaszek BWC with graphics 6 | | |

| **JOINT EXHIBIT LIST** | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Date Identified** | **Date Admitted** |
| 59. | Sobaszek BWC with graphics 7 | | |
| 60. | Sobaszek BWC with graphics 8 | | |
| 61. | Sobaszek BWC with graphics 9 | 5/11/26 | |
| 62. | Sobaszek BWC with graphics 10 | 5/11/26 | |
| 63. | Sobaszek BWC with graphics 11 | 5/11/26 | |
| 64. | Sobaszek BWC with graphics 12 | 5/11/26 | |
| 65. | Sobaszek BWC with graphics 13 | 5/11/26 | |
| 66. | Sobaszek BWC with graphics 14 | 5/11/26 | |
| 67. | Sobaszek BWC with graphics 15 | 5/11/26 | |
| 68. | Sobaszek BWC with graphics 16 | 5/11/26 | |
| 69. | Sobaszek BWC with graphics 17 | 5/11/26 | |
| 70. | Sobaszek BWC with graphics 18 | 5/11/26 | |
| 71. | Sobaszek BWC with graphics 19 | 5/11/26 | |
| 72. | Sobaszek BWC with graphics 20 | | |
| 73. | Sobaszek BWC with graphics 21 | 5/11/26 | |
| 74. | Sobaszek BWC with graphics 22 | | |
| 75. | Sobaszek BWC with graphics 23 | | |
| 76. | Sobaszek BWC with graphics 24 | 5/11/26 | |
| 77. | Sobaszek BWC with graphics 25 | | |
| 78. | Sobaszek BWC with graphics 26 | | |
| 79. | Sobaszek BWC with graphics 27 | 5/11/26 | |
| 80. | Sobaszek BWC with graphics 28 | | |
| 81. | Sobaszek BWC with graphics 29 | | |
| 82. | Sobaszek BWC with graphics 30 | 5/11/26 | |
| 83. | Sobaszek BWC with graphics 31 | | |
| 84. | Sobaszek BWC with graphics 32 | 5/11/26 | |
| 85. | Sobaszek 4x enlargement and stabilized 1 | 5/11/26 | 5/11/26 |
| 86. | Sobaszek 4x enlargement and stabilized 2 | 5/11/26 | 5/11/26 |
| 87. | Sobaszek 4x enlargement and stabilized 3 | 5/11/26 | 5/11/26 |
| 88. | Sobaszek 4x enlargement and stabilized 4 | 5/11/26 | 5/11/26 |
| 89. | Sobaszek 4x enlargement and stabilized 5 | 5/11/26 | 5/11/26 |
| 90. | Sobaszek 4x enlargement and stabilized 6 | 5/11/26 | 5/11/26 |
| 91. | Sobaszek 4x enlargement and stabilized 7 | 5/11/26 | 5/11/26 |
| 92. | Sobaszek 4x enlargement and stabilized 8 | 5/8/26 | 5/8/26 |
| 93. | Sobaszek 4x enlargement and stabilized 9 | 5/8/26 | 5/8/26 |
| 94. | Sobaszek 4x enlargement and stabilized 10 | 5/8/26 | 5/8/26 |
| 95. | Sobaszek 4x enlargement and stabilized 11 | 5/8/26 | 5/8/26 |

| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| Exh. No. | Description | Date Identified | Date Admitted |
| 96. | Sobaszek 4x enlargement and stabilized 12 | 5/8/26 | 5/8/26 |
| 97. | Sobaszek 4x enlargement and stabilized 13 | 5/8/26 | 5/8/26 |
| 98. | Sobaszek 4x enlargement and stabilized 14 | 5/8/26 | 5/8/26 |
| 99. | Sobaszek 4x enlargement and stabilized 15 | 5/8/26 | 5/8/26 |
| 100. | Sobaszek 4x enlargement and stabilized 16 | 5/8/26 | 5/8/26 |
| 101. | Sobaszek 4x enlargement and stabilized 17 | 5/8/26 | 5/8/26 |
| 102. | Sobaszek 4x enlargement and stabilized 18 | | |
| 103. | Sobaszek 4x enlargement and stabilized 19 | 5/8/26 | 5/8/26 |
| 104. | Sobaszek 4x enlargement and stabilized 20 | | |
| 105. | Sobaszek 4x enlargement and stabilized 21 | 5/8/26 | 5/8/26 |
| 106. | Sobaszek 4x enlargement and stabilized 22 | | |
| 107. | Sobaszek 4x enlargement and stabilized 23 | | |
| 108. | Sobaszek 4x enlargement and stabilized 24 | 5/8/26 | 5/8/26 |
| 109. | Sobaszek 4x enlargement and stabilized 25 | | |
| 110. | Sobaszek 4x enlargement and stabilized 26 | | |
| 111. | Sobaszek 4x enlargement and stabilized 27 | 5/8/26 | 5/8/26 |
| 112. | Sobaszek 4x enlargement and stabilized 28 | | |
| 113. | Sobaszek 4x enlargement and stabilized 29 | | |
| 114. | Sobaszek 4x enlargement and stabilized 30 | 5/8/26 | 5/8/26 |
| 115. | Sobaszek 4x enlargement and stabilized 31 | | |
| 116. | Sobaszek 4x enlargement and stabilized 32 | 5/8/26 | 5/8/26 |
| 117. | Sobaszek 4x enlargement and stabilized with graphics 1 | 5/11/26 | |
| 118. | Sobaszek 4x enlargement and stabilized with graphics 2 | | |
| 119. | Sobaszek 4x enlargement and stabilized with graphics 3 | | |
| 120. | Sobaszek 4x enlargement and stabilized with graphics 4 | | |
| 121. | Sobaszek 4x enlargement and stabilized with graphics 5 | | |
| 122. | Sobaszek 4x enlargement and stabilized with graphics 6 | 5/11/26 | |
| 123. | Sobaszek 4x enlargement and stabilized with graphics 7 | | |
| 124. | Sobaszek 4x enlargement and stabilized with graphics 8 | 5/11/26 | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Date Identified** | **Date Admitted** |
| 125. | Sobaszek 4x enlargement and stabilized with graphics 9 | 5/11/26 | |
| 126. | Sobaszek 4x enlargement and stabilized with graphics 10 | 5/11/26 | |
| 127. | Sobaszek 4x enlargement and stabilized with graphics 11 | 5/11/26 | |
| 128. | Sobaszek 4x enlargement and stabilized with graphics 12 | 5/11/26 | |
| 129. | Sobaszek 4x enlargement and stabilized with graphics 13 | 5/11/26 | |
| 130. | Sobaszek 4x enlargement and stabilized with graphics 14 | | |
| 131. | Sobaszek 4x enlargement and stabilized with graphics 15 | 5/11/26 | |
| 132. | Sobaszek 4x enlargement and stabilized with graphics 16 | | |
| 133. | Sobaszek 4x enlargement and stabilized with graphics 17 | 5/11/26 | |
| 134. | Sobaszek 4x enlargement and stabilized with graphics 18 | | |
| 135. | Sobaszek 4x enlargement and stabilized with graphics 19 | 5/11/26 | |
| 136. | Sobaszek 4x enlargement and stabilized with graphics 20 | | |
| 137. | Sobaszek 4x enlargement and stabilized with graphics 21 | 5/11/26 | |
| 138. | Sobaszek 4x enlargement and stabilized with graphics 22 | | |
| 139. | Sobaszek 4x enlargement and stabilized with graphics 23 | | |
| 140. | Sobaszek 4x enlargement and stabilized with graphics 24 | 5/11/26 | |
| 141. | Sobaszek 4x enlargement and stabilized with graphics 25 | | |
| 142. | Sobaszek 4x enlargement and stabilized with graphics 26 | | |
| 143. | Sobaszek 4x enlargement and stabilized with graphics 27 | 5/11/26 | |

| | JOINT EXHIBIT LIST | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Date Identified** | **Date Admitted** |
| 144. | Sobaszek 4x enlargement and stabilized with graphics 28 | | |
| 145. | Sobaszek 4x enlargement and stabilized with graphics 29 | | |
| 146. | Sobaszek 4x enlargement and stabilized with graphics 30 | 5/11/26 | |
| 147. | Sobaszek 4x enlargement and stabilized with graphics 31 | | |
| 148. | Sobaszek 4x enlargement and stabilized with graphics 32 | | |
| **PLAINTIFFS MEDICAL RECORDS** | | | |
| 149. | AMR Patient Care Report | | |
| 150. | RUHS Medical Records (20, 34, 35, 41, 42, 47, 74, 490, 530, 534) | | |
| 151. | 01/24/24 Chest CT | 5/11/26 | |
| 152. | 01/24/24 Lower Body CT | 5/11/26 | |
| 153. | 01/24/24 Pelvis XR | | |
| 154. | 01/25/24 Foot XR | | |
| 155. | 02/02/24 Small Bowel | | |
| 156. | 04/03/24 Humorous | | |
| 157. | 07/29/24 Chest XR | | |
| **\*For Impeachment or Record Refresh Only\*** | | | |
| 158. | Audio of Statement of Irick | | |
| 159. | Transcriptions of Statement of Irick | | |
| 160. | Audio of Statement of Reynoso | | |
| 161. | Transcriptions of Statement of Reynoso | | |
| 162. | Audio of Statement of Sobaszek | | |
| 163. | Transcriptions of Statement of Sobaszek | | |
| 164. | State Use of Force Policy | | |

**STATE DEFENDANTS' ADDITIONAL EXHIBITS**

| | STATE DEFENDANTS' ADDITIONAL EXHIBITS | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Date Identified** | **Date Admitted** |
| 201. | Transcript of Remote Video deposition of George Gonzalez (Volume 4) | | |
| 202. | Plaintiff's Second Amended Complaint for Damages, dated 06/05/25 | | |
| 203. | [Exhibits 203 through 210 withdrawn.] | | |
| 211A-1 through 211A-12 | Photographs used by California Highway Patrol's ballistic expert Rod Englert in his initial Fed. R. Civ. Proc. Rule 26 expert report. | | |
| 211B-1 through 211B-53 | Photographs used by California Highway Patrol's ballistic expert Rod Englert in his supplemental Fed. R. Civ. Proc. Rule 26 expert report. | 5/12/26 211B-31,38, 42,1,2,5 | |
| 212. | Stipulation of Facts | 5/12/26 | 5/12/26 |