FILED
CLERK, U.S. DISTRICT COURT

5/13/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DC_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

## JURY NOTE · NUMBER ____1____

Case No. 5:25-cv-00331-KK-DTB

Title:   George Gonzalez v. City of Hemet et al

==========================================================================

☐    The Jury has reached a unanimous verdict.

☒    Other:

Maria Ochoa-

Jury ending 05/12 @ 4:05 pm

Jury starting 05/13 @ 8:30 am

Dated this ___05/12___ day of May 2026.

Time: __4:00__ am/pm(pm)

Foreperson of the Jury

Court's Response: