FILED
CLERK, U.S. DISTRICT COURT

5/13/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DC_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

## JURY NOTE · NUMBER ___2___

Case No. 5:25-cv-00331-KK-DTB

Title:  George Gonzalez v. City of Hemet et al
=================================================================================

☒  The Jury has reached a unanimous verdict.

☐  Other:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated this ___13___ day of May 2026.

Time: 10:53 __am/pm

███████████████████████████

Foreperson of the Jury

Court's Response: