**F I L E D**
CLERK, U.S. DISTRICT COURT

5/13/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DC _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA HIGHWAY PATROL ET AL.,<br><br>　　　　　　　　　Defendants. | Case No. 5:25-CV-00331-KK-DTBx<br><br>**VERDICT FORM** |

<u>**VERDICT FORM**</u>

We, the jury, find as follows:

<u>**CLAIM ONE: FOURTH AMENDMENT EXCESSIVE FORCE**</u>

<u>**QUESTION 1:**</u>

Did Defendant SEAN IRICK use excessive force against GOERGE GONZALEZ?

____X____YES    _____NO

**If you answered "Yes" to this question, please answer Question No. 2.**

**If you answered "No" to this question, skip Questions Nos. 2 & 3, and proceed to Question No. 4.**

<u>**QUESTION 2:**</u>

Was Defendant SEAN IRICK's use of excessive force a substantial factor in causing injury or harm to GEORGE GONZALEZ?

____X____YES    _____NO

**Please proceed to Claim Two and answer Question No. 3.**

2

## CLAIM TWO: BANE ACT

**QUESTION 3:**

Did Defendant SEAN IRICK violate the Bane Act?

_____X_____YES    _____NO

**Please proceed to Claim Three and answer Question No. 4.**

3

# CLAIM THREE: BATTERY

## QUESTION 4:

Did Defendant SEAN IRICK use unreasonable force against Plaintiff GEORGE GONZALEZ?

 _____X_____YES _____NO

**If you answered "Yes" to this question, proceed to Question No. 5.**

**If you answered "No" to this question, skip Question No. 5 and proceed to Question No. 6.**

## QUESTION 5:

Was Defendant SEAN IRICK's use of unreasonable force a substantial factor in causing injury or harm to Plaintiff GEORGE GONZALEZ?

_____X_____YES _____NO

**Please proceed to Claim Four and answer Question No. 6.**

4

## CLAIM FOUR: NEGLIGENCE

**QUESTION 6:**

Was Defendant SEAN IRICK negligent in his use of deadly force against Plaintiff GEORGE GONZALEZ?

 ___X___YES _____NO

**If you answered "Yes" to Question No. 6, proceed to Question No. 7.**

**If you answered "No" to Question No. 6 but answered "Yes" to Question No. 1, skip Questions Nos. 7, 8, 9, & 10, and proceed to Question No. 11.**

**If you answered "No" to Questions Nos. 1 & 6 but answered "Yes" to Question No. 5, please answer Question No. 11.**

**If you answered "No" to Questions Nos. 2, 5 & 6, please sign and return this form.**

**QUESTION 7:**

Was the negligence of Defendant SEAN IRICK a substantial factor in causing Plaintiff GEORGE GONZALEZ's injuries or harm?

___X___YES _____NO

**If you answered "Yes" to Question No. 7, proceed to Question No. 8.**

**If you answered "No" to Question No. 7 but answered "Yes" to Question No. 1, skip Question Nos. 8, 9 & 10, and proceed to Question No. 11.**

**If you answered "No" to Question Nos. 1 & 7 but answered "Yes" to Question No. 5, please answer Question No. 11.**

**If you answered "No" to Questions Nos. 2, 5 & 7, please sign and return this form.**

**QUESTION 8:**

Was GEORGE GONZALEZ negligent?

_____X_____YES _____NO

**If you answered "Yes" to Question No. 8, proceed to Question No. 9.**

**If you answered "No" to Question No. 8, skip Question No. 9 and answer Question No. 10 for Defendant SEAN IRICK and mark "0" for GEORGE GONZALEZ.**

**QUESTION 9:**

Was GEORGE GONZALEZ's negligence a cause of his own injuries or harm?

_____X_____YES _____NO

**If you answered "Yes" to Question No. 9, proceed to Question No. 10.**

**If you answered "No" to Question No. 9, please answer Question No. 10 for Defendant SEAN IRICK and mark "0" for GEORGE GONZALEZ.**

**QUESTION 10:**

What percentage of responsibility for Plaintiff GEORGE GONZALEZ's injury or harm do you assign to the negligent conduct of the following?

Defendant SEAN IRICK _____55_____%

Plaintiff GEORGE GONZALEZ _____45_____%

*The total must equal 100%.*

**Proceed to Question No. 11.**

6

## GEORGE GONZALEZ'S DAMAGES

**QUESTION 11:**

What are Plaintiff GEORGE GONZALEZ's damages for the following:

Past Pain and Suffering and Emotional Distress:    $ 750,000

Future Pain and Suffering and Emotional Distress: $ 2,760,000

Future Economic Loss    $ 120,000

**Please sign and date the verdict form and return it to the Court.**

Date: 05/13/26

███████████████

Jury Foreperson

7