**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333; Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* GEORGE GONZALEZ

Eugene P. Ramirez (State Bar No. 134865)
  *Eugene.Ramirez@manningkass.com*
Andrea K. Kornblau (State Bar No. 291613)
  *Andrea.Kornblau@manningkass.com*
Kimberly L. Aceves (State Bar No. 364642)
  *kimberly.aceves@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF HEMET,
PATRICK SOBASZEK, and ANDREW REYNOSO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>               Plaintiff,<br><br>     vs.<br><br>STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,<br><br>               Defendants. | CASE No.: 5:25-cv-00331-KK-DTB<br><br>[Honorable Kenly Kiya Kato]<br>Magistrate Judge David T. Bristow<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[*Pursuant to* Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**<u>TO THE HONORABLE COURT:</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for parties, Plaintiff George Gonzalez and Defendants City of Hemet, Patrick Sobaszek, and Andrew Reynoso who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice, as to Defendants City of Hemet, Patrick Sobaszek, and Andrew Reynoso only. This stipulation does not apply to Defendants State of California and Sean Irick.

DATED:  May 20, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**


By:  /s/ *Dale K. Galipo*
    Dale K. Galipo, Esq.
    Marcel F. Sincich, Esq.
    Trenton C. Packer, Esq.
    *Attorneys for Plaintiff* George Gonzalez


DATED:  May 20, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: /s/ *Andrea K. Kornblau*
    Eugene P. Ramirez, Esq.
    Andrea K. Kornblau, Esq.
    Kimberly L. Aceves, Esq.
    *Attorneys for Defendants* CITY OF HEMET, PATRICK SOBASZEK, and ANDREW REYNOSO