# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GEORGE GONZALEZ,

               Plaintiff,

      vs.

STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,

             Defendants.

CASE No.: 5:25-cv-00331-KK-DTB

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

-1-

**PROPOSED ORDER:**

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),  Defendants City of Hemet, Patrick Sobaszek, and Andrew Reynoso are hereby dismissed from the Case with prejudice.

Accordingly, the Clerk of the Court is respectfully directed to dismiss only Defendants City of Hemet, Patrick Sobaszek, and Andrew Reynoso from this Case. This Order does not apply to Defendants State of California and Sean Irick.

**IT IS SO ORDERED.**

DATED:

_____            _____
                                    Hon. Kenly Kiya Kato
                                    United States District Court

-2-

[PROPOSED] ORDER