**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendants. | **Case No.: 5:25−cv−00331−KK−DTB**<br><br>[*Honorable Kenly Kiya Kato*<br>Magistrate Judge David T. Bristow]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES AND APPLICATION TO TAX COSTS** |

-1-

Having reviewed the Parties' Joint Stipulation, and good cause having been shown, it is hereby ordered that the dates for the post-trial motions shall be continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| • Last day for Plaintiffs to file Attorneys' Fee Motion and Application to Tax Costs | Two weeks after this Court's entry of Judgment | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file Opposition to Plaintiffs' Attorneys' Fee Motion and Application to Tax Costs | 21 days before the hearing | 14 days after motions/applications are filed |
| • Last day for Plaintiffs to file reply in support of Plaintiffs' Attorneys' Fee Motion and Application to Tax Costs | 14 days before the hearing | 14 days after oppositions are filed |
| • Hearing date on Plaintiffs' Attorneys' Fee Motion and Application to Tax Costs | 28 days after moving papers are filed | 9:30 p.m. on the first Thursday 14 days after the replies are filed |

IT IS SO ORDERED.

DATED:                                              UNITED STATES DISTRICT COURT


_____
Hon. Kenly Kiya Kato

-2-

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PARTIES TO FILE POST-TRIAL MOTION FOR ATTORNEYS' FEES AND APPLICATION TO TAX COSTS