**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No.: 5:25-cv-00331-KK-DTB** <br><br> [*Honorable Kenly Kiya Kato* Magistrate Judge David T. Bristow] <br><br> **NOTICE OF LODGING OF PLAINTIFF'S [PROPOSED] JUDGMENT** |

1

NOTICE OF LODGING

TO THIS HONORABLE COURT:

Plaintiff hereby lodges his Proposed Judgment, attached hereto as Exhibit A.

Respectfully Submitted,

DATED:  May 26, 2026      **LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By: _____/s/_____ *Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Trent C. Packer
*Attorneys for Plaintiff George Gonzalez*

2