# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GEORGE GONZALEZ,

         Plaintiff,

    v.

STATE OF CALIFORNIA, et al.

         Defendants.

**Case No.: 5:25−cv−00331−KK−DTB**

[*Honorable Kenly Kiya Kato*
Magistrate Judge David T. Bristow]

**ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES AND APPLICATION TO TAX COSTS**

ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PARTIES TO FILE POST-TRIAL MOTION FOR ATTORNEYS' FEES AND APPLICATION TO TAX COSTS

Having reviewed the Parties' Joint Stipulation, and good cause having been shown, it is hereby ordered that the dates for the post-trial motions shall be continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| • Last day for Plaintiffs to file Attorneys' Fee Motion and Application to Tax Costs | Two weeks after this Court's entry of Judgment | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file Opposition to Plaintiffs' Attorneys' Fee Motion and Application to Tax Costs | 21 days before the hearing | 14 days after motions/applications are filed |
| • Last day for Plaintiffs to file reply in support of Plaintiffs' Attorneys' Fee Motion and Application to Tax Costs | 14 days before the hearing | 14 days after oppositions are filed |
| • Hearing date on Plaintiffs' Attorneys' Fee Motion and Application to Tax Costs | 28 days after moving papers are filed | 9:30 p.m. on the first Thursday 14 days after the replies are filed |

IT IS SO ORDERED.

DATED: May 27, 2026

UNITED STATES DISTRICT COURT

_____
Hon. Kenly Kiya Kato

-2-

ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PARTIES TO FILE POST-TRIAL MOTION FOR ATTORNEYS' FEES AND APPLICATION TO TAX COSTS