JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GEORGE GONZALEZ,

       Plaintiff,

    v.

STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL, et al.,

       Defendants

Case No. 5:25-cv-00331-KK-DTBx

PLAINTIFF'S [PROPOSED] JUDGMENT

The trial of this action began on May 8, 2026, in Courtroom 3 of the United States District Court, Central District of California, Honorable Kenly Kiya Kato, presiding.  Plaintiff George Gonzalez was represented by attorneys Dale K. Galipo, Marcel F. Sincich, and Trent Packer at trial.  Defendants State of California, by and through California Highway Patrol, and Sean Irick were represented by attorneys Amie Bears and Mario E. Garcia of the Office of the Attorney General at trial.

A jury of eight persons was regularly empaneled and sworn.  Witnesses were sworn and testified.  The jury of eight deliberated and thereafter returned a verdict as follows:

### CLAIM ONE: FOURTH AMENDMENT EXCESSIVE FORCE

**QUESTION 1:**

Did Defendant SEAN IRICK use excessive force against GEORGE GONZALEZ?

_____X_____ YES          _____ NO

**If you answered "Yes" to this question, please answer Question No. 2.**

**If you answered "No" to this question, skip Questions Nos. 2 & 3, and proceed to Question No. 4.**

**QUESTION 2:**

Was Defendant SEAN IRICK's use of excessive force a substantial factor in causing injury or harm to GEORGE GONZALEZ?

_____ ✗ _____ YES        _____ NO

**Please proceed to Claim Two and answer Question No. 3.**

**CLAIM TWO: BANE ACT**

**QUESTION 3:**

Did Defendant SEAN IRICK violate the Bane Act?

_____ ✗ _____ YES        _____ NO

**Please proceed to Claim Three and answer Question No. 4.**

## CLAIM THREE: BATTERY

**QUESTION 4:**

Did Defendant SEAN IRICK use unreasonable force against Plaintiff GEORGE GONZALEZ?

_____X___ YES        _____ NO

**If you answered "Yes" to this question, please proceed to Question No. 5.**

**If you answered "No" to this question, skip Question No. 5 and proceed to Question No. 6.**

**QUESTION 5:**

Was Defendant SEAN IRICK's use of unreasonable force a substantial factor in causing injury or harm to Plaintiff GEORGE GONZALEZ?

_____X__ YES        _____ NO

**Please proceed to Claim four and answer Question No. 6.**

## CLAIM FOUR: NEGLIGENCE

**QUESTION 6:**

Was Defendant SEAN IRICK negligent in his use of deadly force against Plaintiff GEORGE GONZALEZ?

_____X_____ YES          _____ NO

**If you answered "Yes" to Question No. 6, proceed to Question No. 7.**

**If you answered "No" to Question No. 6 but answered "Yes" to Question No. 1, skip Questions Nos. 7, 8, 9 & 10, and proceed to Question No. 11.**

**If you answered "No" to Questions Nos. 1 & 6 but answered "Yes" to Question No. 5, please answer Question No. 11.**

**If you answered "No" to Questions Nos. 2, 5 & 6, please sign and return this form.**

**QUESTION 7:**

Was the negligence of Defendant SEAN IRICK a substantial factor in causing Plaintiff GEORGE GONZALEZ's injuries or harm?

_____X_____ YES          _____ NO

**If you answered "Yes" to Question No. 7, proceed to Question No. 8.**

**If you answered "No" to Question No. 7 but answered "Yes" to Question No. 1, skip Questions Nos. 8, 9 & 10, and proceed to Question No. 11.**

**If you answered "No" to Questions Nos. 1 & 7 but answered "Yes" to Question No. 5, please answer Question No. 11.**

**If you answered "No" to Questions Nos. 2, 5 & 7, please sign and return this form.**

**QUESTION 8:**

Was GEORGE GONZALEZ negligent?

_____X\_\_ YES      _____ NO

**If you answered "Yes" to Question No. 8, proceed to Question No. 9.**

**If you answered "No" to Question No. 8, skip Question No. 9 and answer Question No. 10 for Defendant SEAN IRICK and mark "0" for GEORGE GONZALEZ.**

**QUESTION 9:**

Was Plaintiff GEORGE GONZALEZ' negligence a cause of his own injuries or harm?

_____X\_\_ YES      _____ NO

**If you answered "Yes" to Question No. 9, proceed to Question No. 10.**

**If you answered "No" to Question No. 9, please answer Question No. 10 for Defendant SEAN IRICK and mark "0" for GEORGE GONZALEZ.**

**QUESTION 10:**

What percentage of responsibility for Plaintiff GEORGE GONZALEZ's injury or harm do you assign to the negligent conduct of the following?

Defendant Sean Irick      55    %

Plaintiff George Gonzalez      45    %

*The total must equal 100%*

**Proceed to Question 11.**

## GEORGE GONZALEZ'S DAMAGES

**QUESTION 11:**

What are Plaintiff GEORGE GONZALEZ's damages for the following:

Past Pain and Suffering and Emotional Distress    $   750,000

Future Pain and Suffering and Emotional Distress    $ 2,750,000

Future Economic Loss    $   120,000

1
[PROPOSED] JUDGMENT      Case No. 5:22-cv-00625-KK-DTB

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

Total judgment in the sum of $3,620,000, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment, at the rate specified by 28 U.S.C. §1961, and reasonable statutory attorneys' fees and costs as may be awarded by this Court, is entered against Defendants STATE OF CALIFORNIA, by and through CALIFORNIA HIGHWAY PATROL, and SEAN IRICK and in favor of Plaintiff GEORGE GONZALEZ. Plaintiff GEORGE GONZALEZ is the prevailing party and may apply to the court for an award of costs and reasonable statutory attorneys' fees as permitted by federal and state law.

IT IS SO ORDERED.

DATED: June 16, 2026

_____
Hon. Kenly Kiya Kato

2
[PROPOSED] JUDGMENT

Case No. 5:22-cv-00625-KK-DTB