ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6294
 Fax:  (916) 731-2120
 E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,** | 5:25-cv-00331-KK-DTB |
| Plaintiff, | **DEFENDANTS' NOTICE OF APPEAL** |
| **v.** | Judge:         The Honorable Kenly Kiya Kato |
| **STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,** | Trial Date:   May 8, 2026<br>Action Filed: 12/24/2024 |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT Defendants State of California acting by and through the California Highway Patrol and Sean Irick appeal in the above named case to the United States Court of Appeals for the Ninth Circuit from Judgment of the jury verdict entered on June 16, 2026. ECF No. 165. Pursuant to Ninth Circuit Rule 3-2, a Representation Statement is attached as Exhibit A.

1

Dated: July 14, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


*/s/ Mario E. Garcia*
MARIO E. GARCIA
Deputy Attorney General
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

# EXHIBIT A

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California acting
by and through the California Highway Patrol and
Sean Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,**<br><br>Defendants. | 5:25-cv-00331-KK-DTB<br><br>**REPRESENTATION STATEMENT**<br><br>**[F.R.A.P. 12(b); Ninth Circuit Rule 3-2(b)]**<br><br>Action Filed: 12/24/2024 |

The undersigned represents the State of California, acting by and through the California Highway Patrol (CHP) and Sean Irick defendants and appellants in this matter.

The following is a service list that shows all of the parties to the action, and identified their counsel by name, firm, address, telephone number and e-mail address, where appropriate. (F.R.A.P. 12(b); Ninth Circuit Rule 3-1(b).)

///

1

///

///

Plaintiff George Gonzalez is represented by the following counsel.

Dale Galipo

>     e-mail: Dalekgalipo@yahoo.com

Marcel Sincich

>     e-mail: msincich@galipolaw.com

Law Office of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Fax: (818) 347-4118

Treton Packer

>     e-mail: tpacker@grechpackerlaw.com

Grech Packer and Hanks
7095 Indiana Avenue, Suite 200
Riverside, CA 92506
Telephone: (951) 682-9311
Fax: (951) 682-4289

Defendants/Appellants and Sean Irick are represented by the following counsel:

Rob Bonta, Attorney General of California

Catherine Woodbridge, Supervising Deputy Attorney General
    Email: Catherine.Woodbridge@doj.ca.gov
    Telephone: (916) 210-7516

Amie C. Bears, Deputy Attorney General
    Email: Amie.Bears@doj.ca.gov
    Telephone: (916) 210-7663

Mario E. Garcia, Deputy Attorney General
    Email: Mario.Garcia@doj.ca.gov
    Telephone: (213) 269-6294

1300 I Street, Suite 125
P.O Box. 944255
Sacramento, CA 94244-2550
Fax:

2

Dated: July 14, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ Mario E. Garcia*
MARIO E. GARCIA
Deputy Attorney General
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

s

3

# CERTIFICATE OF SERVICE

Case Name:  **Gonzalez v. State of California, et al.**  No.  **5:25-cv-00331-KK-DTB**

I hereby certify that on <u>July 14, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF APPEAL
WITH REPRESENTATION STATEMENT AS EXHIBIT A**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 14, 2026</u>, at Los Angeles, California.

| Lenee Pandiño | *Lenee Pandino* |
|---|---|
| Declarant | Signature |

SD2025300206
68583909.docx