# "EXHIBIT 1"

Dale K. Galipo
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 02/21/2025 | Case Review with Marcel F. Sincich | 0.4 |
| 02/27/2025 | Case Review with M. Sincich | 0.3 |
| 03/03/2025 | Discuss association with M. Sincich | 0.4 |
| 03/03/2025 | Review Stipulation to Withdraw and Amend Complaint with M. Sincich | 0.2 |
| 03/07/2025 | Review Client Communication with Trent Packer and M. Sincich | 0.2 |
| 03/13/2025 | Case Review with M. Sincich | 0.2 |
| 03/20/2025 | Review Case Materials | 3.1 |
| 03/21/2025 | Review Case Materials | 2.9 |
| 03/22/2025 | Review Case Materials | 2.4 |
| 03/23/2025 | Review First Amended Complaint | 0.6 |
| 04/01/2025 | Discuss planning and strategy with M. Sincich | 0.4 |
| 04/01/2025 | Review Motion to Dismiss | 0.8 |
| 04/02/2025 | Review Motion to Dismiss | 0.7 |
| 04/05/2025 | Review Case Materials | 1.1 |
| 04/06/2025 | Review Case Materials | 1.2 |
| 04/12/2025 | Review Case Materials | 1.9 |
| 04/15/2025 | Discuss Motion to Dismiss with M. Sincich | 0.3 |
| 04/16/2025 | Review Opposition to Motion to Dismiss | 1.2 |
| 04/17/2025 | Review Opposition to Motion to Dismiss | 0.8 |
| 04/18/2025 | Review Case Materials | 1.8 |
| 04/19/2025 | Review Case Materials | 1.0 |
| 04/20/2025 | Review Case Materials | 1.3 |
| 04/25/2025 | Discuss scheduling and Rule 26(f) Report with M. Sincich | 0.2 |
| 04/25/2025 | Review Reply to Opposition | 0.7 |
| 04/26/2025 | Review Case Materials | 0.8 |
| 04/27/2025 | Review Case Materials | 1.2 |
| 05/02/2025 | Discuss Rule 26(f) Report and Initial Disclosures with M. Sincich | 0.2 |
| 05/06/2025 | Case Review with M. Sincich | 0.2 |
| 05/07/2025 | Review Joint Rule 26 Report | 0.8 |
| 05/08/2025 | Review Rule 26 Report | 0.3 |
| 05/09/2025 | Review Civil Trial Standing Order | 0.3 |
| 05/20/2025 | Discuss amending complaint and Initial Disclosures with M. Sincich | 0.2 |
| 05/21/2025 | Review Protective Order | 0.4 |
| 05/22/2025 | Discuss Statement to Proceed on Claims with M. Sincich | 0.2 |

1

Dale K. Galipo
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 05/29/2025 | Discuss and review Statement to Proceed with M. Sincich and M. Packer | 0.2 |
| 06/02/2025 | Discuss and review Second Amended Complaint with M. Sincich and M. Packer | 0.5 |
| 06/05/2025 | Review Second Amended Complaint | 1.2 |
| 06/13/2025 | Discuss terms of mediation with M. Sincich | 0.2 |
| 06/19/2025 | Review Answer to Complaint (State) | 0.8 |
| 06/20/2025 | Review Answer to Complaint (Hemet) | 0.7 |
| 06/28/2025 | Review Case Materials | 2.2 |
| 06/29/2025 | Review Disclosures | 1.8 |
| 06/30/2025 | Discuss discovery and scheduling with M. Sincich and M. Packer | 0.4 |
| 07/05/2025 | Review Discovery | 1.5 |
| 07/06/2025 | Review Investigation Reports | 2.3 |
| 07/07/2025 | Discuss discovery and scheduling with M. Sincich and M. Packer | 0.4 |
| 07/08/2025 | Discuss mediation with M. Sincich | 0.2 |
| 07/12/2025 | Review Medical Records | 1.2 |
| 07/13/2025 | Review Videos | 0.8 |
| 07/15/2025 | Discuss mediation with M. Sincich | 0.4 |
| 07/19/2025 | Case Review with M. Sincich | 0.2 |
| 07/19/2025 | Prepare for Officer Depositions | 4.1 |
| 07/20/2025 | Prepare for Officer Depositions | 3.9 |
| 07/21/2025 | Prepare for Officer Depositions | 3.3 |
| 07/22/2025 | Irick Deposition – Preparation | 4.7 |
| 07/22/2025 | Sobaszek Deposition – Preparation | 4.5 |
| 07/29/2025 | Discuss discovery and criminal matter with M. Sincich and M. Packer | 0.4 |
| 08/13/2025 | Prepare for Reynoso Deposition | 3.7 |
| 08/14/2025 | Reynoso Deposition – Preparation | 4.3 |
| 08/20/2025 | Discuss experts with M. Sincich and M. Packer | 0.2 |
| 08/29/2025 | Case review with M. Sincich | 0.2 |
| 09/01/2025 | Case review with M. Sincich | 0.2 |
| 10/06/2025 | Case review with M. Sincich | 0.1 |
| 10/07/2025 | Case review with M. Sincich | 0.1 |
| 10/08/2025 | Case review with M. Sincich | 0.2 |
| 10/16/2025 | Review Application for Order | 0.4 |
| 10/20/2025 | Discuss demand with M. Sincich and M. Packer | 0.2 |

Dale K. Galipo
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 10/21/2025 | Case review with M. Sincich | 0.2 |
| 10/27/2025 | Discuss discovery with M. Sincich and M. Packer | 0.2 |
| 10/31/2025 | Discuss damages with M. Sincich | 0.2 |
| 11/06/2025 | Review and discuss Opposition to Ex Parte with M. Sincich | 0.3 |
| 11/13/2025 | Review discovery statement with M. Sincich | 0.4 |
| 11/15/2025 | Review Deposition of Irick | 2.1 |
| 11/16/2025 | Review Deposition of Sobaszek | 1.9 |
| 11/17/2025 | Review Deposition of Reynoso | 2.0 |
| 11/20/2025 | Discuss discovery conference with M. Sincich | 0.2 |
| 11/26/2025 | Case review with M. Sincich | 0.1 |
| 12/03/2025 | Discuss experts with M. Sincich | 0.4 |
| 12/04/2025 | Review Expert Reports | 2.1 |
| 12/05/2025 | Discuss experts with M. Sincich | 0.2 |
| 12/05/2025 | Review Expert Reports | 2.9 |
| 12/06/2025 | Review Expert Reports | 2.3 |
| 12/11/2025 | Case Review with M. Sincich | 0.2 |
| 12/11/2025 | Review Motion for Informal Discovery | 0.7 |
| 12/11/2025 | Gonzalez Deposition Preparation | 1.0 |
| 12/31/2025 | Prepare for Chapman/Hubbs Depositions | 3.5 |
| 01/01/2026 | Discuss experts with M. Sincich | 0.2 |
| 01/01/2026 | Prepare for Chapman/Hubbs Depositions | 3.6 |
| 01/02/2026 | Chapman Deposition / Preparation | 4.4 |
| 01/02/2026 | Hubbs Deposition / Preparation | 3.5 |
| 01/15/2026 | Discuss experts with M. Sincich | 0.3 |
| 01/17/2026 | Review Supplemental Expert Report | 1.7 |
| 01/19/2026 | Prepare for Noble Deposition | 1.0 |
| 01/22/2026 | Prepare for O'Connor / Holdaway Depositions | 1.0 |
| 01/23/2026 | Discuss discovery conference neutral statement with M. Sincich | 0.3 |
| 01/23/2026 | Case Review with M. Sincich | 0.1 |
| 01/26/2026 | Review Ex Parte Application | 0.5 |
| 01/27/2026 | Discuss discovery conference with M. Sincich | 0.2 |
| 01/27/2026 | Review Opposition to Ex Parte Application | 0.7 |
| 01/30/2026 | Gonzalez deposition preparation | 0.8 |
| 02/04/2026 | Preparation and planning for trial with M. Sincich and M. Packer | 0.2 |
| 02/12/2026 | Review MSJ | 1.8 |
| 02/13/2026 | Review MSJ – Legal Research | 2.2 |
| 02/14/2026 | Review MSJ– Legal Research | 2.5 |

3

Dale K. Galipo
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 02/17/2026 | Review Opposition to MSJ – Legal Research | 2.9 |
| 02/18/2026 | Review Opposition to MSJ – Legal Research | 2.1 |
| 02/19/2026 | Review Opposition to MSJ | 1.0 |
| 02/23/2026 | Discuss MSJ with M. Sincich | 0.4 |
| 02/26/2026 | Review Reply to Opposition to MSJ | 1.2 |
| 03/03/2026 | Review Statements | 3.1 |
| 03/04/2026 | Review and discuss proposed jury instructions and verdict form | 0.3 |
| 03/07/2026 | Review Depositions | 4.9 |
| 03/12/2026 | Planning and strategy meeting with M. Sincich and M. Packer | 0.3 |
| 03/12/2026 | Review Investigation Reports | 2.5 |
| 03/13/2026 | Review Expert Reports | 2.7 |
| 03/18/2026 | Discuss exhibit list and witness list with M. Sincich | 0.4 |
| 03/19/2026 | Discuss pretrial documents with M. Sincich | 0.9 |
| 03/20/2026 | Review Depositions | 3.3 |
| 03/26/2026 | Review Motions in Limine | 3.2 |
| 03/26/2026 | Discuss pretrial documents with M. Sincich | 0.3 |
| 03/31/2026 | Discuss memorandum of contentions of fact and law with M. Sincich | 0.3 |
| 04/02/2026 | Discuss Oppositions to Motions in Limine with M. Sincich | 0.4 |
| 04/02/2026 | Review Oppositions to Motions in Limine | 2.8 |
| 04/02/2026 | Review and discuss memorandum of contentions of fact and law with M. Sincich | 0.3 |
| 04/03/2026 | Preparation for Mediation | 5.0 |
| 04/03/2026 | Review Oppositions to Motions in Limine | 2.2 |
| 04/03/2026 | Discuss Oppositions to Motions in Limine with M. Sincich | 0.4 |
| 04/08/2026 | Review and discuss Proposed Final Pretrial Conference Order with M. Sincich | 0.5 |
| 04/08/2026 | Review and discuss jury instructions with M. Sincich | 0.8 |
| 04/09/2026 | Review Joint Statement of the Case | 0.2 |
| 04/09/2026 | Review and discuss Proposed Final Pretrial Conference Order with M. Sincich | 0.2 |
| 04/09/2026 | Review and discuss exhibit list with M. Sincich | 0.3 |
| 04/09/2026 | Review Joint Stipulation of Facts | 0.1 |
| 04/09/2026 | Review and discuss witness list with M. Sincich | 0.2 |
| 04/09/2026 | Review and discuss verdict form with M. Sincich | 0.4 |
| 04/09/2026 | Review Defendants' proposed Jury Instructions and discuss with M. Sincich | 0.7 |
| 04/09/2026 | Review Proposed Voir Dire | 0.5 |

Dale K. Galipo
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 04/09/2026 | Review Pre-trial Stipulation re Exhibit | 1.2 |
| 04/09/2026 | Review Witness List | 0.4 |
| 04/09/2026 | Review Joint Stipulation re Facts | 0.6 |
| 04/09/2026 | Review Statement of the Case | 0.3 |
| 04/09/2026 | Review Prepared Special Verdict | 0.5 |
| 04/09/2026 | Review Pretrial Conference Order | 0.6 |
| 04/09/2026 | Review Jury Instructions | 1.3 |
| 04/09/2026 | Discuss and Review Proposed Voir Dire with M. Sincich | 0.2 |
| 04/09/2026 | Review Joint Disputed Jury Instructions with M. Sincich | 0.2 |
| 04/09/2026 | Review edited Pre-trial documents | 0.8 |
| 04/13/2026 | Review Notice of Settlement with City of Hemet | 0.2 |
| 04/17/2026 | Discuss and review Amended MCFL with M. Sincich | 0.1 |
| 04/17/2026 | Review Amended Pre-trial Documents | 0.8 |
| 04/17/2026 | Review Motions in Limine | 0.7 |
| 04/20/2026 | Case Review with M. Sincich | 0.2 |
| 04/22/2026 | Discuss planning and strategy with M. Sincich and M. Packer | 0.4 |
| 04/22/2026 | Review Defense Expert Reports with M. Sincich | 0.7 |
| 04/22/2026 | Review Court's Order on Motions in Limine | 0.5 |
| 04/22/2026 | Prepare for Pre-trial | 3.7 |
| 04/22/2026 | Review Additional Jury Instructions | 0.8 |
| 04/23/2026 | Discuss planning and strategy with M. Sincich and M. Packer | 0.4 |
| 04/23/2026 | Pre-trial/Preparation | 5.8 |
| 04/24/2026 | Trial Preparation * Review Statements – Depositions | 9.2 |
| 04/25/2026 | Trial Preparation * Review Statements – Depositions | 8.8 |
| 04/26/2026 | Trial Preparation * Prepare Officer Examinations | 10.4 |
| 04/27/2026 | Trial Preparation * Prepare Expert Examinations | 11.6 |
| 04/28/2026 | Trial Preparation * Prepare Opening Examinations | 12.5 |
| 04/28/2026 | Review trial exhibits with M. Sincich | 2.3 |
| 04/29/2026 | Trial Preparation * Prepare Opening Examinations | 13.5 |
| 04/29/2026 | Review trial exhibits with M. Sincich | 0.5 |
| 04/30/2026 | Review Trial Brief | 0.7 |
| 04/30/2026 | Review Amended Exhibit List | 0.8 |
| 04/30/2026 | Trial Preparation * | 12.2 |
| 04/30/2026 | Review Brief filed by Defendants | 0.5 |
| 05/01/2026 | Trial Preparation * | 11.8 |
| 05/02/2026 | Trial Preparation * | 12.4 |
| 05/03/2026 | Trial Preparation * | 13.6 |

5

Dale K. Galipo
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 05/04/2026 | Trial Preparation * | 14.7 |
| 05/05/2026 | Trial Preparation * | 15.3 |
| 05/06/2026 | Trial Preparation * | 16.2 |
| 05/06/2026 | Trial preparation and theory meeting with M. Sincich and M. Packer | 0.7 |
| 05/07/2026 | Trial Preparation * | 15.8 |
| 05/07/2026 | Review opening exhibits with M. Sincich | 0.2 |
| 05/08/2026 | Trial - Trial Preparation * | 11.1 |
| 05/09/2026 | Trial Preparation * | 13.3 |
| 05/10/2026 | Trial Preparation * | 12.7 |
| 05/11/2026 | Trial - Trial Preparation * | 16.5 |
| 05/12/2026 | Trial – Deliberations – Meetings | 12.5 |
| 05/26/2026 | Review Proposed Judgment | 0.5 |
| 06/11/2026 | Review Objections to Proposed Judgment | 0.3 |
| 06/23/2026 | Work on Motion for Attorney Fees | 2.1 |
| 07/01/2026 | Work on Motion for Attorney Fees | 1.9 |
| 07/09/2026 | Discuss Rule 59 Motion with M. Sincich | 0.2 |
| 07/10/2026 | Discuss Rule 59 Motion with M. Sincich | 0.1 |
| 07/10/2026 | Work on Motion for Attorney Fees | 1.2 |
| 07/13/2026 | Work on Motion for Attorney Fees | 0.9 |
| 07/14/2026 | Work on Motion for Attorney Fees | 1.13 |
| | **TOTAL** | **443.4** |
| | *Trial Preparation includes review of investigation reports, officer statements, witness statements, expert reports, deposition transcripts, exhibits, photos of scene, dispatch tape, motions in limine, witness list, exhibit list, jury instructions, verdict form, outlining examination of defendants and officers, outlining examination of witnesses, outlining examination of plaintiff, outlining examination of experts, preparing voir dire, preparing opening statement, and preparing for direct and cross examinations and closing arguments. | |