# "EXHIBIT 22"

Case 2:21-cv-08010-TJH-JC    Document 170-6    Filed 01/06/26    Page 2 of 265    Page ID #:4374

ELM Solutions

# 2025 Real Rate Report® powered by LegalVIEW® DynamicInsights

The industry's leading analysis of law firm rates, trends, and practices



# Table of Contents - 2025 Real Rate Report

**A Letter to Our Readers • 4**

**Real Rate Report Overview • 5**

**Section I: High-Level Data Cuts • 9**

- Partners, Associates, and Paralegals
- Partners, Associates, and Paralegals by Practice Area and Matter Type
- Partners and Associates by City
- Partners and Associates by City and Matter Type
- Partners by City and Years of Experience
- Associates by City and Years of Experience
- Partners and Associates by Firm Size and Matter Type

**Section II: Industry Analysis • 71**

- Partners, Associates, and Paralegals by Industry Group
- Partners and Associates by Industry Group and Matter Type
- Basic Materials and Utilities
- Consumer Goods
- Consumer Services
- Financials (Excluding Insurance)
- Health Care
- Industrials
- Insurance
- Technology and Telecommunications

**Section III: Practice Area Analysis • 98**

- Bankruptcy and Collections
- Commercial
- Corporate: Mergers, Acquisitions, and Divestitures
- Corporate: Other
- Corporate: Regulatory and Compliance
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability (Litigation Only)
- Insurance Defense (Litigation Only)
- Intellectual Property: Other
- Intellectual Property: Patents
- Intellectual Property: Trademarks
- Real Estate

**Section IV: In-Depth Analysis for Select US Cities • 201**

- Boston, MA
- Chicago, IL
- Los Angeles, CA
- New York, NY
- Philadelphia, PA
- San Francisco, CA
- Washington, DC

**Section V: International Analysis • 226**

**Section VI: Matter Staffing Analysis • 255**

**Appendix: Data Methodology • 259**

**NOTE:**
You may experience an issue that can sometimes occur in PDF viewer. Thin lines (like table borders) may appear to "disappear" or look broken when zoomed out in a PDF viewer. This is usually a display/rendering issue rather than a problem with the actual content of the PDF.

**Solution:**
- Open the PDF in Acrobat and go to Edit > Preferences > Page Display.
- Uncheck Enhance thin lines (if it's checked).
- Restart Acrobat and reopen the PDF.

Case 5:25-cv-00331-KK-DTB   Document 169-23   Filed 07/14/26   Page 4 of 8   Page
Case 2:21-cv-06010-TJH-JC   Document 170-6 Filed 01/06/26   Page 6 of 265   Page
ID #:4709
ID #:4378

# Real Rate Report Overview

The Real Rate Report is powered by LegalVIEW DynamicInsights, a web-based solution that delivers dynamic, invoice-backed insights through approved legal billing rates. It enables legal professionals to analyze rate trends by role, experience, industry, geography, practice area, and more using the world's largest repository of legal spend data.

DynamicInsights leverages the same trusted LegalVIEW database that has powered the Real Rate Report for years, now encompassing over $200B+ in anonymized, approved legal invoice data. As with previous Real Rate Reports, our data is sourced from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters. This level of granularity gives legal departments and law firms the precision they need to identify areas of opportunity.

## What's different with DynamicInsights?

Same source, same methodology: DynamicInsights uses the same rigorous data validation and methodology as the Real Rate Report.

- **Enhanced flexibility:** With dynamic filters, DynamicInsights enables users to tailor benchmarks to their unique needs and on demand.

- **Full year data:** DynamicInsights now aligns to a calendar year view—January through December—replacing the previous July-to-June format used in the Real Rate Report, reducing confusion and improving consistency across reporting periods.

- **More up to date:** Unlike the annual and static Real Rate Report, DynamicInsights is refreshed quarterly, offering more timely insights.

- **Digital-first access:** Delivered via a secure online interface, users can interact with the data, bookmark views, and share insights in real time.

DynamicInsights provides the same level of credibility and analytical power long trusted in the Real Rate Report with more agility and transparency for today's legal environment.

## 2025 Real Rate Report use considerations

- Examines law firm rates over time
- Identifies rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal)
- Itemizes variables that drive rates up or down

All the analyses included in DynamicInsights and this report are derived from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information, along with the ranges of those rates and their changes over time, highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals.

Legal departments might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether to modify their pricing approach.

## Examples of data to consider when reviewing rates:

- **Industry** – Compare spend and rate trends across various industries
- **Practice area** – Analyze cost variations in different legal practice areas
- **Detailed practice area** – Drill down into niche legal specialties for precise benchmarking
- **Am Law** – Benchmark against top-ranked law firms for competitive rate analysis
- **City** – Understand rate trends in specific metropolitan areas
- **Country** – Gain a global perspective on legal costs and spend management
- **Role** – Assess legal spend distribution across different law firm roles

Case 5:25-cv-00331-KK-DTB    Document 169-23    Filed 07/14/26    Page 5 of 8   Page
Case 2:21-cv-06010-TJH-JC    Document 170-6  Filed 01/06/26    Page 21 of 265   Page
ID #:4710
ID #:4393

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2025 Real Rates for Associate and Partner**　　　　　　　　　　　　　　　　**Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2025 | 2024 | 2023 |
|------|-------------|------|---|----------------|--------|----------------|------|------|------|
| Los Angeles CA | Litigation | Partner | 289 | $519 | $875 | $1,334 | $984 | $945 | $866 |
| | | Associate | 229 | $461 | $700 | $1,041 | $763 | $736 | $687 |
| | Non-Litigation | Partner | 335 | $515 | $950 | $1,377 | $1,002 | $1,005 | $949 |
| | | Associate | 312 | $504 | $740 | $959 | $759 | $744 | $681 |
| Memphis TN | Litigation | Partner | 13 | $313 | $352 | $420 | $353 | $358 | $334 |
| Miami FL | Litigation | Partner | 59 | $300 | $485 | $658 | $502 | $537 | $491 |
| | | Associate | 34 | $225 | $376 | $475 | $361 | $366 | $359 |
| | Non-Litigation | Partner | 140 | $195 | $550 | $800 | $569 | $590 | $623 |
| | | Associate | 101 | $175 | $263 | $481 | $356 | $404 | $411 |
| Milwaukee WI | Litigation | Partner | 13 | $275 | $432 | $625 | $497 | $469 | $493 |
| | Non-Litigation | Partner | 21 | $400 | $510 | $650 | $540 | $600 | $520 |

Case 5:25-cv-00331-KK-DTB    Document 169-23    Filed 07/14/26    Page 6 of 8   Page
ID #:4711
Case 2:21-cv-06010-TJH-JC    Document 140-6    Filed 01/06/26    Page 63 of 265   Page
ID #:4435

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**2025 Real Rates for Partner**                                                                    **Trend Analysis - Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2025 | 2024 | 2023 |
|------|--------------------|---|----------------|--------|----------------|------|------|------|
| **Jackson MS** | 21 or More Years | 30 | $345 | $442 | $553 | $466 | $422 | $386 |
| **Kansas City MO** | Fewer Than 21 Years | 30 | $431 | $530 | $636 | $567 | $585 | $530 |
| | 21 or More Years | 50 | $525 | $650 | $793 | $663 | $654 | $628 |
| **Las Vegas NV** | 21 or More Years | 11 | $221 | $325 | $477 | $374 | $419 | $435 |
| **Los Angeles CA** | Fewer Than 21 Years | 105 | $550 | $978 | $1,488 | $1,044 | $1,010 | $908 |
| | 21 or More Years | 193 | $425 | $865 | $1,291 | $923 | $966 | $899 |
| **Louisville KY** | Fewer Than 21 Years | 12 | $325 | $395 | $509 | $433 | $388 | $377 |
| | 21 or More Years | 11 | $265 | $398 | $507 | $417 | $427 | $415 |
| **Memphis TN** | 21 or More Years | 10 | $313 | $420 | $444 | $373 | $386 | $382 |
| **Miami FL** | Fewer Than 21 Years | 19 | $238 | $450 | $650 | $470 | $469 | $528 |
| | 21 or More Years | 56 | $425 | $617 | $800 | $638 | $636 | $610 |
| **Milwaukee WI** | 21 or More Years | 11 | $390 | $445 | $635 | $552 | $642 | $607 |

Case 5:25-cv-00331-KK-DTB    Document 169-23    Filed 07/14/26    Page 7 of 8   Page
Case 2:21-cv-06010-TJH-JC    Document 170-6 Filed 01/06/26    Page 69 of 265   Page
ID #:4712
ID #:4441

# Section I: High-Level Data Cuts

**Cities**
By Years of Experience

**2025 Real Rates for Associate**                              **Trend Analysis - Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2025 | 2024 | 2023 |
|------|---------------------|---|----------------|--------|----------------|------|------|------|
| Los Angeles CA | 3 to Fewer Than 7 Years | 57 | $649 | $796 | $1,086 | $844 | $810 | $648 |
| | 7 or More Years | 70 | $425 | $815 | $1,065 | $797 | $794 | $728 |
| Minneapolis MN | 3 to Fewer Than 7 Years | 15 | $370 | $498 | $670 | $554 | $524 | $485 |
| | 7 or More Years | 19 | $380 | $620 | $823 | $601 | $619 | $531 |
| New York NY | Fewer Than 3 Years | 109 | $675 | $924 | $1,175 | $959 | $820 | $673 |
| | 3 to Fewer Than 7 Years | 202 | $548 | $991 | $1,353 | $985 | $915 | $724 |
| | 7 or More Years | 227 | $550 | $956 | $1,407 | $1,007 | $918 | $799 |
| Philadelphia PA | Fewer Than 3 Years | 34 | $475 | $562 | $600 | $536 | $514 | $436 |
| | 3 to Fewer Than 7 Years | 100 | $461 | $599 | $687 | $567 | $530 | $478 |
| | 7 or More Years | 123 | $473 | $665 | $790 | $627 | $595 | $528 |

Case 5:25-cv-00331-KK-DTB    Document 169-23    Filed 07/14/26    Page 8 of 8    Page
Case 2:21-cv-06010-TJH-JC    Document 179-6    Filed 01/06/26    Page 132 of 265
Page ID #:4504
ID #:4713

# Section III: Practice Area Analysis

**Corporate: Other**
By City

## 2025 - Real Rates for Associate and Partner

**Trend Analysis - Mean**

| City | Role | n | First Quartile | Median | Third Quartile | 2025 | 2024 | 2023 |
|---|---|---|---|---|---|---|---|---|
| Chicago IL | Partner | 125 | $843 | $1,265 | $1,442 | $1,154 | $1,068 | $1,001 |
| | Associate | 116 | $580 | $775 | $985 | $790 | $755 | $695 |
| Cleveland OH | Partner | 17 | $661 | $805 | $1,169 | $867 | $688 | $703 |
| Dallas TX | Partner | 20 | $479 | $935 | $1,268 | $973 | $839 | $772 |
| | Associate | 18 | $300 | $745 | $1,006 | $703 | $597 | $644 |
| Detroit MI | Partner | 13 | $410 | $415 | $550 | $475 | $468 | $455 |
| Hartford CT | Partner | 10 | $463 | $500 | $681 | $570 | $598 | $582 |
| Houston TX | Partner | 23 | $663 | $1,070 | $1,272 | $994 | $976 | $894 |
| | Associate | 16 | $426 | $712 | $920 | $706 | $714 | $600 |
| Indianapolis IN | Partner | 12 | $426 | $571 | $713 | $570 | $583 | $477 |
| Kansas City MO | Partner | 21 | $470 | $659 | $903 | $739 | $594 | $568 |
| Los Angeles CA | Partner | 146 | $686 | $1,200 | $1,615 | $1,176 | $1,111 | $1,024 |
| | Associate | 112 | $610 | $799 | $1,139 | $850 | $812 | $750 |

wolterskluwer.com