**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al,<br><br>Defendants. | Case No. 5:25-cv-00331-KK-DTB<br><br>*Honorable Kenly Kia Kato*<br><br>**DECLARATION OF BRENDAN A. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>[*Notice of Motion and Motion; Declarations and Exhibits thereto filed concurrently herewith*] |

## **<u>DECLARATION OF BRENDAN A. JOHNSON</u>**

I, Brendan A. Johnson, declare as follows:

1.      I am an attorney duly admitted to practice in the State of California and Central District of California. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called. I make this declaration in support of Plaintiff's motion for Attorney's Fees.

2.      I received my bachelor's degree from Michigan State University in 2020.

3.      I received my J.D. degree from Southwestern Law School in Los Angeles, California, in 2025. I graduated in the top 10% of my class. During law school, I served as a legal extern for the Honorable Otis D. Wright II in the Central District of California. I also served as an editor on the *Southwestern Law Review*, and as a teaching assistant for Evidence and Constitutional Law courses.

4.      I passed the California bar exam and was admitted to the California Bar in 2025.

5.      I began working part-time as a student law clerk at the Law Offices of Dale K. Galipo during my second year of law school in January 2024. I began working full-time as a civil rights attorney at the Law Offices of Dale K. Galipo immediately after I was admitted to the California Bar. Since joining the firm, I have worked almost exclusively on civil rights actions brought under 42 U.S.C. §1983, nearly all of which involve police use of excessive force, in all aspects of the case.

6.      I am currently the primary associate attorney at our office responsible for the day-to-day management of approximately eleven federal and state civil rights cases. In most of these cases, the alleged civil rights violations resulted in death. In addition to these cases, I have assisted in approximately 30 other cases in our office. I have worked on all stages of litigation, including drafting initial and amended complaints, taking and defending approximately fifteen depositions, drafting mediation briefs and participating in mediation, drafting oppositions to motions to dismiss and motions for summary

judgment, drafting pre-trial documents—including exhibit lists, motions in limine, jury instructions, and verdict forms—and assisting with trial.

7. I began working on this case in January 2026 to support with expert discovery and pre-trial motions.

8. I have not previously received an attorneys' fee award in any case.

9. From January of 2024 to the present, I have been continuously trained by Mr. Galipo. As is evidenced by the declarations in support of Mr. Galipo's fee request in this case, Mr. Galipo is widely regarded as the top plaintiff's attorney for police excessive force cases in the nation. I have seen firsthand that Mr. Galipo achieves extraordinary results in the most difficult police excessive force cases. Our firm is one of the only firms in California that exclusively represents plaintiffs in police excessive force cases involving serious injury or death. Our firm's work has vastly contributed to the development of police excessive force jurisprudence in California's four federal districts and in the Ninth Circuit Court of Appeals.

10. I have maintained a timesheet reflecting my work activity and time spent on this case. I have personally performed the work attributed to me in my timesheet and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation. A copy of my timesheet for this case is attached hereto as "**Exhibit 1**."

11. As of this date I have spent 31.8 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

12. I am respectfully requesting an hourly rate of $350 for time and work I spent on this case.

13. I believe that my hourly rate is reasonable and in line with those prevailing in the community for similar services by lawyers of comparable skill, experience, and reputation.

2

DECLARATION OF BRENDAN A. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 13th day of July 2026 at Woodland Hills, California.


            /s/ Brendan A. Johnson
            Brendan A. Johnson

DECLARATION OF BRENDAN A. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES