# "EXHIBIT 1"

*George Gonzales, et al v. City of Hemet, et al.*
**Case No. 5:26-cv-00331-KK-DTB**
**Timekeeping Record**
**Brendan A. Johnson, Law Offices of Dale K. Galipo**

| Date | Description | Hours |
|---|---|---|
| 1/16/2026 | Review expert reports to prepare defending depositions | 2.4 |
| 1/19/2026 | Prepare and defend the deposition of Plaintiff's expert Jeffrey Noble | 3 |
| 1/22/2026 | Defend the deposition of Plaintiff's expert Dr. Ryan O'Connor | 1.5 |
| 1/22/2026 | Review exhibits and report prepared by Plaintiff's expert Scott Holdaway (.4); defend the deposition of Mr. Holdaway (2.1) | 2.5 |
| 2/18/2026 | Research issue presented in depositions | .5 |
| 3/4/2026 | Draft Jury Instructions | 2 |
| 3/20/2026 | Research and draft Plaintiff's Motion in Limine No. 1 to exclude information unknown | 3.5 |
| 3/23/2026 | Research and draft Plaintiff's Motion in Limine No. 2 | 3.5 |
| 3/26/2026 | Draft objections to Defendants' exhibit lists | 2.5 |
| 3/27/2026 | Research legal issues regarding Defendants' motions in limine | 1.4 |
| 3/30/2026 | Drafting Plaintiff's opposition to Defendants MILs 1, 2, and 5. | 5.5 |
| 4/1/2026 | Revise drafts of Plaintiff's opposition to Defendants MILs with supervising attorney's feedback. | 1.5 |
| 7/13/2026 | Prepare time sheet and attorney's fee declaration | 2 |
| | **Sub-Total:** | **31.8** |
| | | |
| | | |
| **Total Hours Billed:** | **31.8** | |
| **Hourly Rate Requested:** | **$350.00** | |
| **Total Fees Requested:** | **$11,130.00** | |

1