# "EXHIBIT 1"

Leslie De Leon
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 01/07/2026 | Sent email to defense re availability of experts | 0.2 |
| 01/15/2026 | Sent email to defense following up on the amended deposition notice | 0.1 |
| 01/16/2026 | Sent email to defense following up on the amended deposition notice | 0.1 |
| 01/19/2026 | Sent email to defense requesting to move Dr. O'Connor's deposition from 10:00 am to 9:30 am | 0.1 |
| 01/19/2026 | Sent email to defense coordinating schedules for expert depositions | 0.3 |
| 01/19/2026 | Sent emails to experts re deposition schedule | 0.2 |
| 01/20/2026 | Receive NEF, Dkt 53, download and save to file | 0.2 |
| 01/20/2026 | Process invoice for Focus Litigations (deposition transcript of Kenneth Hubbs | 0.3 |
| 01/20/2026 | Sent emails to expert Scott Holdaway re deposition schedule | 0.1 |
| 01/20/2026 | Call facility to schedule call with Plaintiff George Gonzalez | 0.3 |
| 01/20/2026 | Call Lisa Martinez (Plaintiff's mother) to schedule call with Plaintiff George Gonzalez | 0.2 |
| 01/20/2026 | Email facility to schedule call with Plaintiff | 0.2 |
| 01/20/2026 | Sent email to defense coordinating schedules for expert depositions | 0.1 |
| 01/20/2026 | Sent emails to expert Ryan O'Connor re deposition schedule | 0.1 |
| 01/21/2026 | Sent email to defense following up on the amended deposition notice | 0.1 |
| 01/21/2026 | Receive deposition notices for plaintiff's experts. Save to file and forward to experts | 0.2 |
| 01/21/2026 | Process invoice for Kenneth Hubbs (expert depo fee) | 0.3 |
| 01/21/2026 | Receive deposition notice for plaintiff. Save to file and forward to client | 0.3 |
| 01/22/2026 | Receive email invoice from Ryan O'Connor. Save to file and process payment | 0.2 |
| 01/26/2026 | Receive deposition notice for plaintiff. Save to file and forward to client | 0.2 |
| 01/26/2026 | Receive NEF, Dkt 57, save to file and calendar deadline | 0.4 |

1

Leslie De Leon
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 01/27/2026 | Proofread, format and e-file Plaintiff's Opposition to Defendants' Ex Parte to Continue Trial Dates; Dkt 58 | 0.5 |
| 01/28/2026 | Email defense – forward Ryan O'Connor's invoice for his deposition | 0.1 |
| 01/28/2026 | Receive NEF, Dkt 59, save to file and calendar dates | 0.3 |
| 01/28/2026 | Receive deposition notice for plaintiff. Save to file and forward to client (4th amended notice) | 0.2 |
| 01/29/2026 | Receive NEF, Dkt 60 download and save to file; calendar deadlines, | 0.3 |
| 01/30/2026 | Receive NEF, Dkt 61 download and save to file; calendar deadlines | 0.3 |
| 02/06/2026 | Receive and process invoice for Plaintiff's deposition | 0.3 |
| 02/06/2026 | Receive email from defense – proposed jury instructions | 0.1 |
| 02/09/2026 | Receive email re deposition transcript of Plaintiff George Gonzalez; download and save to file | 0.2 |
| 02/12/2026 | Receive NEF, Dkt 62, Defendant City of Hemet, et al.'s Motion for Summary Judgment; download and save to file; calendar deadlines | 0.5 |
| 02/12/2026 | Receive NEF, Dkt 63, Defendant City of Hemet, et al.'s Notice of Lodging; download and save to file; | 0.1 |
| 02/12/2026 | Receive NEF, Dkt 64, Defendant City of Hemet, et al.'s Exhibits; download and save to file; | 0.2 |
| 02/19/2026 | Put together exhibits for Plaintiff's Opposition to MSJ | 1.0 |
| 02/19/2026 | Prepare and format pleadings for e-filing (Plaintiff's Opposition to MSJ) | 0.5 |
| 02/19/2026 | E-file Plaintiff's Opposition to Motion for Summary Judgment, Dkt 65 and 66 | 0.7 |
| 02/20/2026 | Prepare Dropbox link and email defense counsel Plaintiff's manually filed exhibits | 0.5 |
| 02/25/2026 | Email defense counsel Andrea Kornblau re word version of Plaintiff's Separate Statements | 0.1 |
| 02/27/2026 | Receive NEF, Dkt 67, Defendant City of Hemet, et al.'s Reply to Plaintiff's Opposition to MSJ; download and save to file; | 0.2 |
| 03/02/2026 | Process check payment request for Plaintiff's medical records | 0.2 |

2

Leslie De Leon
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 03/04/2026 | Receive NEF, Dkt 68, Order taking Defendants' MSJ under submission; update calendar | 0.3 |
| 03/05/2026 | Receive NEF, Dkt 69, Notice of Appearance of Defense Counsel Kimberly L. Aceves; update proof of service | 0.3 |
| 03/09/2026 | Receive and process invoices for expert Scott Holdaway | 0.3 |
| 03/12/2026 | Receive and process invoices for ACE Attorney Service | 0.3 |
| 03/17/2026 | Receive Plaintiff's medical records from Loma Linda Medical Center; download and save to file | 0.4 |
| 03/20/2026 | Receive email from defense re Proposed Jury Instructions, Exhibit and Witness List | 0.1 |
| 03/24/2026 | Review documents produced by defense | 0.3 |
| 03/24/2026 | Call Wasco Prison and Riverside University Health System (RUHS) re subpoenaed documents | 0.3 |
| 03/25/2026 | Update Plaintiff witness list with name pronunciations | 0.5 |
| 03/26/2026 | Prepare Proposed Orders for Plaintiff's four (4) Motions in Limine | 1.5 |
| 03/26/2026 | Receive NEF, Dkt 70, Statement on Scheduling of ADR Proceedings; download and save to file | 0.1 |
| 03/26/2026 | Format and e-file Plaintiff's Motions in Limine, Dkt 71 - 74 | 0.5 |
| 03/26/2026 | Email chambers the word version of Plaintiff's Proposed Orders on MILs | 0.4 |
| 03/26/2026 | Email defense – Plaintiff's Objections to City of Hemet's Proposed Jury Instructions; Joint Stipulation re Exhibits; and Proposed Final Pretrial Conference Order | 0.2 |
| 03/26/2026 | Receive NEF, Dkt 75, Defendant State of California's Motion in Limine #3; Download and save to file | 0.1 |
| 03/26/2026 | Receive NEF, Dkt 76, Defendant State of California's Motion in Limine #4 | 0.1 |
| 03/26/2026 | Receive NEF, Dkt 77, Defendant State of California's Motion in Limine #5 | 0.1 |
| 03/27/2026 | Receive NEF, Dkt 78, Defendant City of Hemet's Motion in Limine #1 | 0.1 |
| 03/27/2026 | Receive NEF, Dkt 79, Defendant City of Hemet's Motion in Limine #2 | 0.1 |
| 03/30/2026 | Put together potential exhibits for Plaintiff's Opposition to Defendants' MILS | 1.4 |

3

Leslie De Leon
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 04/01/2026 | Receive and process invoice from Richard Copeland re Mediation | 0.2 |
| 04/01/2026 | Format and Email Plaintiff's Confidential Mediation Brief with Exhibits to Richard Copeland | 0.3 |
| 04/02/2026 | Prepare and format Exhibits for Plaintiff's Opposition to Defendant's MILS | 1.5 |
| 04/02/2026 | Receive NEF, Dkt 80, Defendant State of California's Opposition to Plaintiff's Motion in Limine #1; | 0.1 |
| 04/02/2026 | Receive NEF, Dkt 81, Defendant State of California's Opposition to Plaintiff's Motion in Limine #2 | 0.1 |
| 04/02/2026 | Receive NEF, Dkt 82, Defendant State of California's Opposition to Plaintiff's Motion in Limine #4 | 0.1 |
| 04/02/2026 | Receive NEF, Dkt 83, Defendant State of California's MCFL | 0.1 |
| 04/02/2026 | Format and e-file Plaintiff's Oppositions to Defendants' Motions in Limine, Dkt 84 – 86, 88, 89, 90, and Plaintiff's MCFL Dkt 91 | 1.0 |
| 04/02/2026 | Receive NEF, Dkt 87, Defendant State of California's Opposition to Plaintiff's Motion in Limine #3 | 0.1 |
| 04/02/2026 | Email defense re Joint Witness List | 0.1 |
| 04/03/2026 | Receive NEF, Dkt. 92, Joint Pretrial Stipulation re Exhibits; Download and save to file | 0.1 |
| 04/03/2026 | Receive NEF, Dkt. 93, Plaintiff's Witness List; Download and save to file | 0.1 |
| 04/03/2026 | Receive NEF, Dkt. 94, Defendant's City of Hemet's Opposition to Plaintiff's MIL #1 | 0.1 |
| 04/03/2026 | Receive NEF, Dkt. 95, Defendant's City of Hemet's Opposition to Plaintiff's MIL #2 | 0.1 |
| 04/03/2026 | Receive NEF, Dkt. 96, Defendant's City of Hemet's Opposition to Plaintiff's MIL #4 | 0.1 |
| 04/03/2026 | Finalize case costs | 2.0 |
| 04/03/2026 | Receive NEF, Dkt. 97, Defendant's State of California's Notice of Errata; download and save to file | 0.1 |
| 04/03/2026 | Receive NEF, Dkt. 98, Defendant's State of California's Opposition to Plaintiff's MIL #1; download and save to file | 0.1 |

4

Leslie De Leon
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 04/06/2026 | Receive email with Dropbox link containing Plaintiff's RUHS Radiology records; download and save to file | 0.3 |
| 04/07/2026 | Prepare Dropbox and send link to defense containing the manually filed exhibits to Plaintiff's Opposition to MIL #3 | 0.3 |
| 04/08/2026 | Draft Notice of Settlement between Plaintiff and City of Hemet | 0.5 |
| 04/09/2026 | Receive NEF, Dkt. 99, Scheduling Notice by Judge Kato; calendar deadlines | 0.3 |
| 04/09/2026 | Receive NEF, Dkt. 100, Proposed Voir Dire Questions by Defendant State of California | 0.1 |
| 04/09/2026 | Send email to defense re Exhibit List and Joint Stipulation of Facts | 0.1 |
| 04/10/2026 | Receive NEF, Dkt. 101, Proposed Voir Dire Questions by Plaintiff | 0.1 |
| 04/10/2026 | Receive NEF, Dkt. 102, Joint Pretrial Stipulation Re Exhibits | 0.1 |
| 04/10/2026 | Receive NEF, Dkt. 103, Plaintiff's Witness List | 0.1 |
| 04/10/2026 | Receive NEF, Dkt. 104, Joint STIPULATION for Admissions of Fact | 0.1 |
| 04/10/2026 | Receive NEF, Dkt. 105, Statement of the Case | 0.1 |
| 04/10/2026 | Receive NEF, Dkt. 106, Plaintiff's Proposed Special Verdict Form | 0.1 |
| 04/10/2026 | Receive NEF, Dkt. 107, Notice of Lodging Proposed Pretrial Conference Order | 0.1 |
| 04/10/2026 | Receive NEF, Dkt. 108, Joint Proposed Jury Instructions (Clean Set) | 0.1 |
| 04/10/2026 | Receive NEF, Dkt. 109, Joint Disputed Jury Instructions (Clean Set) | 0.1 |
| 04/13/2026 | Email draft of Notice of Settlement to Defendant City of Hemet | 0.1 |
| 04/13/2026 | Format and e-file Notice of Settlement; Dkt 110 | 0.3 |
| 04/14/2026 | Receive NEF, Dkt. 111, Order by Judge Kato; calendar deadlines | 0.3 |
| 04/14/2026 | Receive NEF, Dkt. 112, Order by Judge Kato; calendar deadlines | 0.3 |

Leslie De Leon
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 04/21/2026 | Receive NEF, Dkt 113, Amended Memorandum of Contentions of Fact and Law; Download and save to file | 0.1 |
| 04/21/2026 | Receive NEF, Dkt 114, Notice of Amendments to Pretrial Documents; Download and save to file | 0.1 |
| 04/21/2026 | Receive NEF, Dkt 115, Status Report – Joint Status Report Re Settlement Discussions; Download and save to file | 0.1 |
| 04/21/2026 | Receive NEF, Dkt 116, Amended Motion in Limine #1; Download and save to file | 0.1 |
| 04/21/2026 | Receive NEF, Dkt 117, Amended Motion in Limine #2; Download and save to file | 0.1 |
| 04/21/2026 | Receive NEF, Dkt 118, Amended Motion in Limine #3; Download and save to file | 0.1 |
| 04/21/2026 | Receive NEF, Dkt 119, Amended Motion in Limine #4; Download and save to file | 0.1 |
| 04/21/2026 | Receive NEF, Dkt. 120, Scheduling Notice by Judge Kato; calendar deadlines | 0.3 |
| 04/21/2026 | Receive NEF, Dkt. 121, Defendant State of California's Response to Scheduling Notice | 0.1 |
| 04/22/2026 | Emailed Judge Kato's Chambers requesting permission for Marcel to appear and listen it at the FPTC | 0.2 |
| 04/22/2026 | Receive NEF, Dkt. 122, Order by Judge Kato Granting and Denying in part Plaintiff's and Defendants' Motions in Limine; Download and save to file | 0.1 |
| 04/23/2026 | Format and e-file Proposed Amended Jury Instructions; Dkt 123 | 0.3 |
| 04/23/2026 | Updated trial calendar pursuant to Judge Kato's Order | 0.3 |
| 04/23/2026 | Reached out to providers in Plaintiff's witness list re their availability for trial and if they have the records | 0.6 |
| 04/23/2026 | Receive NEF, Dkt. 124, Order by Judge Kato re trial; Download and save to file | 0.1 |
| 4/23/2026 | Format and e-file Plaintiff's Request re Plain Clothes; Dkt 125 | 0.3 |
| 04/23/2026 | Email word version of Proposed order for Dkt 125 to Chambers | 0.1 |

Leslie De Leon
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|------|-------------|--------------|
| 04/24/2026 | Reached out to court reporting agencies to order electronic copies of deposition transcripts of Plaintiff's experts | 0.1 |
| 04/24/2026 | Receive NEF, Dkt. 126, Order by Judge Kato re Plain Clothes; Download and save to file | 0.1 |
| 04/24/2026 | Received email from court reporting agency re electronic copies of deposition transcripts.  Download and save to file. | 0.1 |
| 04/27/2026 | Emailed deposition transcripts to Plaintiff's experts (Holdaway, O'Connor, Noble) | 0.2 |
| 04/27/2026 | Receive NEF, Dkt. 127, Proof of Service re Order on Motion; Download and save to file | 0.1 |
| 04/27/2026 | Transcribed audio dispatch recordings and Sobaszek video | 1.5 |
| 04/28/2026 | Receive NEF, Dkt. 128, re update on Court policies re use of artificial intelligence. | 0.1 |
| 04/28/2026 | Receive NEF, Dkt. 129, Application for Writ of Habeas Corpus | 0.1 |
| 04/28/2026 | Emailed Defense Experts' reports and deposition to Plaintiff's Experts | 0.2 |
| 04/28/2026 | Receive NEF, Dkt. 130, Subpoena in a Civil Case issued to Navpreet Dhillon. | 0.1 |
| 04/28/2026 | Receive NEF, Dkt. 131, Subpoena in a Civil Case issued to Jaclyn Corso. | 0.1 |
| 04/28/2026 | Receive NEF, Dkt. 132, Notice to Filer of Deficiencies; Download and save to file | 0.1 |
| 04/29/2026 | Arranged and saved photo exhibits to be used in trial | 1.5 |
| 04/29/2026 | Receive NEF, Dkt. 133, Re Plaintiff's Application for Writ of Habeas Corpus | 0.1 |
| 04/30/2026 | Receive NEF, Dkt. 134, Brief filed by Defendants California Highway Patrol, Sean Irick, re Pretrial Conf.; Download and save to file. | 0.1 |
| 04/30/2026 | Format and e-file Amended Joint Exhibit List; Dkt 135 | 0.3 |
| 05/01/2026 | Set up zoom meeting with experts; email link to experts. | 0.3 |
| 05/04/2026 | Reached out to court reporting to request original transcripts of expert depositions. | 0.1 |

7

Leslie De Leon
Timekeeping Record

*Gonzalez v. State of CA, et al.*
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 05/04/2026 | Trial preparation – print out deposition transcripts (3 copies each), print out exhibits and assemble them in four exhibit binders, save audio/video files to USB flash drives | 5.0 |
| 05/05/2026 | Continue to print exhibits and assemble them in exhibit binders; print out copies of officer statements, witness statements, declarations, autopsy reports. | 4.0 |
| 05/07/2026 | Emailed the Joint Exhibit List to the Court | 0.1 |
| 05/07/2026 | Receive NEF, Dkt. 136, Application for Writ of Habeas Corpus ad Testificandum as to Plaintiff | 0.1 |
| 05/07/2026 | Receive NEF, Dkt. 137, Subpoena in a Civil Case issued to Amanda McKinley | 0.1 |
| 05/07/2026 | Receive NEF, Dkt. 138, Subpoena in a Civil Case issued to Marquis Bridgman | 0.1 |
| 05/07/2026 | Receive NEF, Dkt. 139, Subpoena in a Civil Case issued to Riverside County Sheriff's Office. | 0.1 |
| 05/07/2026 | Receive NEF, Dkt. 140, Order by Judge Kato re Application for Writ of Habeas Corpus Ad Testificandum. | 0.1 |
| 05/07/2026 | Receive NEF, Dkt. 141, Writ of Habeas Corpus Ad Testificandum. | |
| 05/07/206 | Emailed experts the Order Granting and Denying MILs | 0.1 |
| 05/11/2026 | Receive NEF, Dkt. 142, Minutes of Jury Trial Day 1 | 0.1 |
| 05/12/2026 | Receive NEF, Dkt. 143, Minutes of Jury Trial Day 2 | 0.1 |
| 05/12/2026 | Receive NEF, Dkt. 144, Minutes of Jury Trial Day 3 | 0.1 |
| 05/13/2026 | Receive NEF, Dkt. 145 – 150, Minutes of Jury Trial and Jury Notes | 0.5 |
| 05/14/2026 | Receive NEF, Dkt. 151 – 153, Jury Notes | 0.3 |
| 05/14/2026 | Request for payment of expert fees; Send out checks and updated costs folder | 0.5 |
| 05/19/2026 | Drafted Proposed Judgment | 0.7 |
| 05/20/2026 | Emailed defense counsel Andrea Kornblau re Proposed Stipulation to Dismiss Defendant City of Hemet | 0.1 |
| 05/20/2026 | Finalize, format and e-file Joint Stipulation for Order Dismissing Defendants City of Hemet, Sobaszek and Reynoso; Dkt. 154 | 0.5 |
| 05/21/2026 | Receive NEF, Dkt. 155, Order Granting Stipulation to Dismiss City Defendants | 0.1 |

Leslie De Leon  
Timekeeping Record

*Gonzalez v. State of CA, et al.*  
Case No. 5:25-cv-00331-KK-DTB

| Date | Description | Hours Billed |
|---|---|---|
| 05/21/2026 | Emailed defense counsel Amie Bears the draft of Stipulation to Extend Briefing Schedule | 0.1 |
| 05/21/2026 | Finalized case costs | 1.5 |
| 05/22/2026 | Finalize, format and e-file Joint Stipulation for Order Extending Time for Plaintiff to File Motion for Attorney Fees and Application to Tax Costs; Dkt. 156 | 0.5 |
| 05/22/2026 | Emailed word version of Proposed Order to Chambers | 0.1 |
| 05/26/206 | Finalize, format and e-file Notice of Lodging Proposed Judgment; Dkt. 157 | 0.3 |
| 05/27/2026 | Receive NEF, Dkt. 158, Order Granting Stipulation to Modify Briefing Schedule | 0.1 |
| 06/11/2026 | Receive NEF, Dkt. 159, Defendants' Objection to Plaintiff's Proposed Judgment | 0.1 |
| 06/17/2026 | Receive NEF, Dkt. 160 - 164, Notice of Filing Transcripts | 0.4 |
| 06/17/2026 | Receive NEF, Dkt. 165, Plaintiff's Judgment; Calendar deadlines | 0.3 |
| 06/24/2026 | Requested for payment for trial transcripts; sent out check to court reporter | 0.3 |
| 07/01/2026 | Prepare a template for Mr. Galipo's time spent on the case. | 0.2 |
| 07/06/2026 | Emailed defense re Meet and Confer on Plaintiff's Motion for Attorney fees | 0.1 |
| 07/08/2026 | Receive email re Trial Transcripts; download and save to file | 0.4 |
| 07/09/2026 | Update Mr. Galipo's timesheet | 0.3 |
| 07/13/2026 | Update Mr. Galipo's timesheet | 0.2 |
| 07/13/2026 | Prepare exhibits for Motion for Attorney Fees | 0.4 |
| 07/14/2026 | Update Mr. Galipo's timesheet | 0.2 |
| 07/14/2026 | Format and e-file Motion for Attorney Fees and Opposition to Defendants' Motion to Stay | 1.5 |
|  | **TOTAL** | **55.7** |
|  |  |  |

9