**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | **Case No.: 5:25-cv-00331-KK-DTB**<br><br>[*Honorable Kenly Kiya Kato*]<br><br>**DECLARATION OF TRENTON C. PACKER IN SUPPORT OF PLAINTIFF GEORGE GONZALEZ'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. §1988**<br><br>[*Notice of Motion and Motion; Declarations and attached Exhibits; and Proposed Order filed concurrently herewith*] |

Case No. 5:25-cv-00331-KK-DTB

## DECLARATION OF TRENTON C. PACKER

I, Trenton C. Packer, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I make this declaration in support of Plaintiff George Gonzalez's Motion for Attorneys' Fees. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.     As of this date I have spent 283.3 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action (i.e., non-motion related work) and an additional 5.4 hours on motion related work totaling **288.7 hours**.

3.     I have served as counsel attending to the day-to-day management of this case from approximately March 2024 through the present. My work on this case included assisting in the criminal defense and ultimate criminal resolution that preserved a civil case, drafting the claim, working with a video expert during the criminal case, drafting the pleadings; drafting oppositions to motions; drafting propounded discovery; drafting discovery responses; assisted with the preparation for dispositions; legal research; preparation of pretrial documents; briefing of pre-trial issues and formulation of trial strategy; extensive evidence review and summary including analysis of screenshots of videos, and depositions and statements; trial preparation and third chair during trial, including client preparation, witness preparation, preparation of exhibits and exhibit binders; drafting of motion for attorneys' fees, preparing the application to tax costs, and preparation for opposition of anticipated post-trial motions.

4.     I contemporaneously tracked my time in tenth of an hour increments and maintained a record reflecting the work activity and time spent on this case. While preparing this motion, I have reviewed my time records and exercised billing judgment to reduce or omit time that would not ordinarily be charged to (or paid by) a fee-paying client. I also reduced or omitted time that was spent only prosecuting Plaintiff's claims

against the Defendant City and its officers, which did not have a correlation with the claims prosecuted against the Defendant State and Officer Irick. I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation. A report detailing my hours (excluding unproductive, excessive, or otherwise un-billable time) is attached hereto as "**Exhibit 1**."

5.      In May 2000, I received a Bachelor of Arts in Political Science from the University of California, Berkeley.  I graduated with High Honors.

6.      In May 2005, I received a Juris Doctorate from the University of Virginia, where I was an articles editor with the Virginia Journal of International Law.  I was a board member with the Public Interest Law Association, a co-chair of the Public Service and the Law Conference that brought Supreme Court Justice Stephen Breyer to campus, and a semifinalist in the school's moot court competition.  While in law school, I prosecuted over a dozen misdemeanor criminal bench trials to verdict and prosecuted one felony bench trial to verdict. I graduated in the top 25 percent of my class.

7.      I was admitted to the California Bar in December 2005.  Following my admission to the Bar, I spent three years as an associate attorney at the international law firm then known as Cooley Godward LLP.  I spent the next three years after Cooley as a trial attorney at the Federal Defenders of San Diego, Inc. ("FDSDI").  While with FDSDI I tried 12 cases to verdict in the Southern District of California and argued three times before the Ninth Circuit Court of Appeals.

8.      In 2012, I joined the preeminent Riverside, CA law firm of Best Best & Krieger where, among other responsibilities, I was a member of the firm's public policy and ethics group spearheaded by former Riverside County District Attorney Grover Trask.

9.      In 2014, I joined the law offices of Paul Grech, Jr. as an associate trial attorney specializing in criminal defense.  I became a named partner in 2018.  I have

DECLARATION OF TRENTON C. PACKER IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

handled hundreds of State and Federal cases ranging from petty theft to homicide.  I have tried over 20 criminal jury trials to verdict in California Superior Courts and achieved split verdicts, mistrials, and acquittals in over half of the cases I have tried. I have handled thousands of cases in State and Federal courts.

10.    In 2016, after seeing many of my criminal clients face abuse at the hands of law enforcement, I began to develop an expertise in civil rights cases. During my time as a civil rights attorney, I have handled over 40 cases either as co-counsel with another law firm or as sole lead counsel.

11.    I am currently solely responsible for 6 federal civil rights cases.  I am co-counsel with other law firms on an additional 7 current cases.  In the vast majority of the cases I am currently handling, the alleged civil rights violation resulted in serious bodily injury or death.

12.    I have been consulted regularly in the last 10 years by attorneys on civil rights matters.

13.    Over the past 6 years, I have been co-counsel in the litigation and ultimate positive resolution of the following cases:

- ➢ $1,400,000 settlement in *Acosta v. City of Hemet* (excessive force shooting case, driving vehicle, 2021)
- ➢ $250,000 settlement in *Mendoza v. City of Hemet* (excessive less-lethal force case, 2021)
- ➢ $475,000 settlement in *Galvan v. County of Riverside* (excessive less-lethal force case, 2022)
- ➢ $750,000 settlement in *Yepez v. County of San Bernardino* (excessive less-lethal force case, 2022)
- ➢ $995,000 settlement in *Barba v. City of Huntington Park* (excessive force shooting case, armed with a knife, 2023)

DECLARATION OF TRENTON C. PACKER IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

> ➢ $6,750,000 settlement in *Drye v. City of Hemet* (excessive force shooting case, armed with a gun, 2023)
>
> ➢ $450,000 settlement in *Samaniego v. State of California* (prison failure to protect case, 2023)
>
> ➢ $495,000 settlement in *Solis v. County of Riverside* (excessive force shooting case, armed with a gun, 2024)
>
> ➢ $880,000 settlement in *Barnhill v. City of Hemet* (excessive force less-lethal force case, 2026)
>
> ➢ $295,000 settlement in *Solis v. State of California* (excessive force shooting case, armed with a gun, 2026)

14. During that same timeframe, I have separately solely litigated and been solely responsible for the favorable resolution of the following non-exhaustive list of cases:

> ➢ $170,000 settlement in *Saputo v. City of Corona* (excessive force case, 2022)
>
> ➢ $598,000 settlement in *Marquez v. City of San Bernardino* (excessive less-lethal force case, 2022)
>
> ➢ $225,000 settlement in *Love v. City of Inglewood* (excessive less-lethal force case, 2023)
>
> ➢ $200,000 pre-litigation settlement in *Abdelazim, et al. v. City of Burbank* (excessive less-lethal force case, 2023)
>
> ➢ $750,000 settlement in *Story v. City of Hemet* (excessive less-lethal force case, 2024)
>
> ➢ $125,000 settlement in *Goedhart v. City of Beaumont* (excessive force shooting case, vehicle driver not struck by fire, 2024)
>
> ➢ $98,500 settlement in *Martinez v. County of Riverside* (excessive force case with loss of consciousness, 2024)

DECLARATION OF TRENTON C. PACKER IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

➤ $140,000 pre-litigation settlement in *Camacho v. City of Desert Hot Springs* (excessive less-lethal force case, 2025)

➤ $100,000 settlement in *Brown v. County of Riverside* (excessive less-lethal force case, 2026)

➤ $175,000 settlement in *Cardenas v. City of Riverside* (excessive less-lethal force case, 2026)

➤ $150,000 settlement in *Goldsmith v. County of Riverside* (county jail failure to protect case, 2026)

15.    I have also successfully handled multiple civil cases against school districts on negligence and failure to protect theories in California State Courts.  Each of those cases resulted in favorable dispositions for my minor clients.

16.    Attorneys with comparable experience have been routinely awarded fees in the $925 per hour to $1,000 per hour range. *See C.B. v. MVUSD et al.* No. 21-CV-0194-JB-SPx, 2025 WL 3040876, at *5 (awarding attorney barred in 2014 $925 per hour and attorney barred in 2005 $950 per hour); *Gadsden v. McGrath*, No. 20-cv-2258-WQH-DEB, 2026 WL 1786821, at *12, 14 (S.D. Cal. June 18, 2026) (awarding a 23-year attorney with very similar experience $1,000 per hour); *Dunsmore v. San Diego Cnty. Sheriff's Dep't*, No. 20-CV-00406-AJB-DDL, 2025 WL 2301940, at *8 (S.D. Cal. Aug. 8, 2025) (awarding sole practitioner barred in 2006 $900 per hour in ADA settlement); *Richards v. Cnty. of San Bernardino*, No. 5:17-cv-00497-HDV-SP, 2026 WL 1383447, at *3 (C.D. Cal. May 12, 2026) (awarding a 10-year associate $850 per hour); *see also Dugan v. County of Los Angeles*, No. 2:11-cv-08145-CAS (SHx), 2014 WL 12577377, at *3 (C.D. Cal. Mar. 3, 2014) (finding over 10 years ago, in 2014, that $650 was a reasonable rate for an attorney without much civil rights experience because "he was an experienced trial lawyer and was familiar with Fourth Amendment doctrine").)

DECLARATION OF TRENTON C. PACKER IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

17.    I have tried over 30 cases to verdict, including 12 criminal cases in Federal Court.  In 2025, in the case federal civil rights case of *Solis v. State of California,* I was responsible for the medical evidence at trial and presented Plaintiff's medical witnesses. The case resulted in a hung jury and ultimately resulted in a settlement for the Plaintiff.

18.    Based on my extensive jury trial experience, my expertise in Fourth Amendment issues stemming from over 17 years of criminal practice, my 20 years as a practicing attorney, and my 10 years of experience in the field of civil rights, a reasonable fee for my professional services during the time that I worked on this matter (from 2024 through 2026) is **$900** per hour. This hourly rate is supported by the Declaration of attorney Carol A. Sobel, who recommends an hourly rate of $1,000 based on my experience and the market, filed concurrently herewith at ¶¶ 33, 41, 43-47, 50-53 and exhibits thereto. *See also LA International Corp. v. Prestige Brands Holdings, Inc.*, 168 F.4th 608, 624-26 (9th Cir. 2026) (holding that small firms can be awarded big law rates in a motion for attorney fees, and the district court abused its discretion in setting rates based on the attorney's prior fee award, with a slight adjustment for complexity and inflation, rather than calculating the fee based on the prevailing market rate). As a result of my nearly 10 years of experience exclusively working on civil rights cases, I believe this rate is in line with the hourly rates charged by attorneys of equivalent experience, skill, reputation, and expertise for comparable work. Courts routinely recognize that fee rates increase over time based on a variety of factors. *See Charlebois v. Angels Baseball, LP*, 2012 U.S. Dist. LEXIS 91069, cv 10-0853 DOC, at *24 (C.D. Cal. May 30, 2012); *Parker v. Vulcan Materials Co. Long Term Disability Plan*, No. EDCV 07-1512 ABC (OPx), 2012 WL 843623, *7 (C.D. Cal. Feb. 16, 2012) ("It is common practice for attorneys to periodically increase their rates for various reasons, such as to account for expertise gained over time...").

19.    A summary of my attorney's fees request is as follows:

DECLARATION OF TRENTON C. PACKER IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

| Biller | Trent C. Packer |
|---|---|
| **Firm** | TCP |
| **Position** | Attorney |
| **Practice Years** | 21 |
| **Total Hours Billed** | **288.7** |
| **Hourly Rate** | **$900** |
| **Lodestar Total** | **$259,830** |
| **Total with 2.0 Multiplier** | **$519,660** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 14th day of July, 2026.


/s/ *Trenton C. Packer*
Trenton C. Packer

DECLARATION OF TRENTON C. PACKER IN SUPPORT OF MOTION FOR ATTORNEY'S FEES