# "EXHIBIT 1"

# TIME ENTRIES

All attorneys

Grech, Packer & Hanks
Generated Jul 14, 2026

| Date | Case | Attorney | Description | Bill | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Mar 19, 2024 | Gonzalez, George v. City of He... | trent | Receive and review video of shooting | Yes | 1.20 | $900.00 | $1,080.00 |
| Mar 19, 2024 | Gonzalez, George v. City of He... | trent | communications with criminal defense counsel R. Dakany | Yes | 0.20 | $900.00 | $180.00 |
| Mar 19, 2024 | Gonzalez, George v. City of He... | trent | Send video to expert for analysis | Yes | 0.10 | $900.00 | $90.00 |
| Apr 9, 2024 | Gonzalez, George v. City of He... | trent | Review criminal case reports | Yes | 4.40 | $900.00 | $3,960.00 |
| Apr 10, 2024 | Gonzalez, George v. City of He... | trent | Review and analyze video of shooting | Yes | 2.20 | $900.00 | $1,980.00 |
| Apr 10, 2024 | Gonzalez, George v. City of He... | trent | Receive, review, and annotate 1358 pages of RUHS medical records | Yes | 4.40 | $900.00 | $3,960.00 |
| Apr 10, 2024 | Gonzalez, George v. City of He... | trent | communications with criminal defense counsel R. Dakany | Yes | 0.30 | $900.00 | $270.00 |
| Apr 11, 2024 | Gonzalez, George v. City of He... | trent | Receive, review, and annotate 1358 pages of RUHS medical records | Yes | 5.60 | $900.00 | $5,040.00 |
| Apr 12, 2024 | Gonzalez, George v. City of He... | trent | Receive, review, and annotate 1358 pages of RUHS medical records | Yes | 3.30 | $900.00 | $2,970.00 |
| May 9, 2024 | Gonzalez, George v. City of He... | trent | communications with criminal defense counsel R. Dakany | Yes | 0.10 | $900.00 | $90.00 |
| Jun 23, 2024 | Gonzalez, George v. City of He... | trent | Strategy meeting with criminal defense counsel | Yes | 1.80 | $900.00 | $1,620.00 |
| Jun 24, 2024 | Gonzalez, George v. City of He... | trent | Draft government claim | Yes | 2.00 | $900.00 | $1,800.00 |
| Jul 3, 2024 | Gonzalez, George v. City of He... | trent | emails with defense counsel R. Dakany | Yes | 0.40 | $900.00 | $360.00 |
| Jul 3, 2024 | Gonzalez, George v. City of He... | trent | Review body cam footage and interviews with shooting officers | Yes | 4.60 | $900.00 | $4,140.00 |
| Jul 8, 2024 | Gonzalez, George v. City of He... | kayla | Mailing of claims for damages | Yes | 0.50 | $150.00 | $75.00 |
| Oct 22, 2024 | Gonzalez, George v. City of He... | trent | Receive, review, and annotate client medical records from CDCR (346 pages) | Yes | 7.00 | $900.00 | $6,300.00 |
| Oct 23, 2024 | Gonzalez, George v. City of He... | trent | Draft complaint | Yes | 5.60 | $900.00 | $5,040.00 |
| Dec 23, 2024 | Gonzalez, George v. City of He... | kayla | Prepared initial civil documents (summonses, civil cover sheet, & certificate of counsel); proofread and finalized complaint to prepare for filing | Yes | 2.50 | $150.00 | $375.00 |
| Dec 24, 2024 | Gonzalez, George v. City of He... | kayla | Filing of initial civil documents to open case | Yes | 0.20 | $150.00 | $30.00 |
| Jan 10, 2025 | Gonzalez, George v. City of He... | trent | Phone communication with client | Yes | 1.00 | $900.00 | $900.00 |
| Feb 12, 2025 | Gonzalez, George v. City of He... | trent | Review motion to dismiss by state defendants | Yes | 2.50 | $900.00 | $2,250.00 |
| Feb 19, 2025 | Gonzalez, George v. City of He... | trent | Draft opposition to motion to dismiss | Yes | 5.90 | $900.00 | $5,310.00 |

## TIME ENTRIES (cont.)

Grech, Packer & Hanks
Generated Jul 14, 2026

| Date | Case | Attorney | Description | Bill | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Feb 19, 2025 | Gonzalez, George v. City of He... | kayla | Review and proofread draft of opposition to State Defendant's motion to dismiss | Yes | 2.00 | $150.00 | $300.00 |
| Feb 21, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich regarding Case history, planning, and facts. | Yes | 0.50 | $900.00 | $450.00 |
| Feb 27, 2025 | Gonzalez, George v. City of He... | kayla | Created Dropbox folder containing case materials to share with co-counsel | Yes | 0.10 | $150.00 | $15.00 |
| Feb 28, 2025 | Gonzalez, George v. City of He... | trent | Conference with co-counsel M. Sincich | Yes | 0.40 | $900.00 | $360.00 |
| Mar 4, 2025 | Gonzalez, George v. City of He... | trent | Draft stipulation to withdraw motion and amend complaint | Yes | 0.70 | $900.00 | $630.00 |
| Mar 6, 2025 | Gonzalez, George v. City of He... | trent | Communicated with M. Sincich re case detail including number of shots and who was shooting. | Yes | 0.20 | $900.00 | $180.00 |
| Mar 7, 2025 | Gonzalez, George v. City of He... | trent | Review Client communications with M. Sincich and D. Galipo | Yes | 0.20 | $900.00 | $180.00 |
| Mar 11, 2025 | Gonzalez, George v. City of He... | trent | Planning Communication with M. Sincich | Yes | 2.00 | $900.00 | $1,800.00 |
| Mar 17, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich regarding finalizing FAC to file. | Yes | 0.20 | $900.00 | $180.00 |
| Mar 21, 2025 | Gonzalez, George v. City of He... | trent | Email correspondence with M. Sincich re: meet and confer letter on MTD | Yes | 0.30 | $900.00 | $270.00 |
| Mar 21, 2025 | Gonzalez, George v. City of He... | trent | Review letter meet and confer re: MTD | Yes | 0.60 | $900.00 | $540.00 |
| Mar 24, 2025 | Gonzalez, George v. City of He... | trent | Research based on M&C letter | Yes | 1.00 | $900.00 | $900.00 |
| Apr 1, 2025 | Gonzalez, George v. City of He... | trent | Review MTD filed by state defendants | Yes | 2.40 | $900.00 | $2,160.00 |
| Apr 2, 2025 | Gonzalez, George v. City of He... | trent | Research and draft opposition to MTD | Yes | 3.80 | $900.00 | $3,420.00 |
| Apr 7, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re case planning. | Yes | 0.20 | $900.00 | $180.00 |
| Apr 15, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re Opp to MTD FAC | Yes | 0.20 | $900.00 | $180.00 |
| Apr 16, 2025 | Gonzalez, George v. City of He... | trent | Revise MTD and communicate with M. Sincich re: same | Yes | 0.80 | $900.00 | $720.00 |
| Apr 25, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re scheduling | Yes | 0.10 | $900.00 | $90.00 |
| Apr 25, 2025 | Gonzalez, George v. City of He... | trent | Attention to Rule 26 report | Yes | 0.50 | $900.00 | $450.00 |
| May 6, 2025 | Gonzalez, George v. City of He... | trent | Discuss discovery plan with M. Sincich | Yes | 0.20 | $900.00 | $180.00 |
| May 6, 2025 | Gonzalez, George v. City of He... | trent | Revise discovery requests | Yes | 1.80 | $900.00 | $1,620.00 |
| May 8, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re discovery plan | Yes | 0.20 | $900.00 | $180.00 |
| May 9, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re initial disclosures and subpoena | Yes | 0.10 | $900.00 | $90.00 |

# TIME ENTRIES (cont.)

| Date | Case | Attorney | Description | Bill | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| May 12, 2025 | Gonzalez, George v. City of He... | trent | Draft objections to subpoenas | Yes | 0.60 | $900.00 | $540.00 |
| May 13, 2025 | Gonzalez, George v. City of He... | trent | Draft Plaintiff's initial disclosures including review of records to prepare disclosures | Yes | 5.60 | $900.00 | $5,040.00 |
| May 13, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re meet and confer | Yes | 0.10 | $900.00 | $90.00 |
| May 15, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich regarding operative complaint and court order | Yes | 0.20 | $900.00 | $180.00 |
| May 15, 2025 | Gonzalez, George v. City of He... | trent | Review Court order on MTD | Yes | 1.20 | $900.00 | $1,080.00 |
| May 18, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich regarding Initial Disclosures | Yes | 0.10 | $900.00 | $90.00 |
| May 20, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re an amended complaint and initial disclosures | Yes | 0.20 | $900.00 | $180.00 |
| May 21, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich regarding SAC | Yes | 0.10 | $900.00 | $90.00 |
| May 21, 2025 | Gonzalez, George v. City of He... | trent | Draft second amended complaint in response to Court order | Yes | 1.40 | $900.00 | $1,260.00 |
| May 21, 2025 | Gonzalez, George v. City of He... | trent | Review State defendants' initial disclosures | Yes | 0.50 | $900.00 | $450.00 |
| May 22, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re amending complaint | Yes | 0.30 | $900.00 | $270.00 |
| May 29, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re editing Statement to Proceed for filing | Yes | 0.20 | $900.00 | $180.00 |
| May 29, 2025 | Gonzalez, George v. City of He... | trent | Prepare and file statement to proceed | Yes | 0.30 | $900.00 | $270.00 |
| May 30, 2025 | Gonzalez, George v. City of He... | trent | Review court order on statement to proceed and revise second amended complaint | Yes | 0.70 | $900.00 | $630.00 |
| Jun 2, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and D. Galipo re SAC | Yes | 0.50 | $900.00 | $450.00 |
| Jun 5, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re SAC clean and redline edits | Yes | 0.10 | $900.00 | $90.00 |
| Jun 5, 2025 | Gonzalez, George v. City of He... | trent | Revise and file second amended complaint | Yes | 1.20 | $900.00 | $1,080.00 |
| Jun 6, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re defense request and planning | Yes | 0.20 | $900.00 | $180.00 |
| Jun 11, 2025 | Gonzalez, George v. City of He... | kayla | Reviewed and annotated RUHS medical records (1358 pages) | Yes | 1.00 | $150.00 | $150.00 |
| Jun 16, 2025 | Gonzalez, George v. City of He... | trent | Re-review Plaintiff's medical records from RUHS (1358 pages) | Yes | 6.40 | $900.00 | $5,760.00 |
| Jun 19, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re medical records | Yes | 0.10 | $900.00 | $90.00 |
| Jun 19, 2025 | Gonzalez, George v. City of He... | trent | Review answer to complaint by state defendants | Yes | 0.60 | $900.00 | $540.00 |
| Jun 26, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re medical records and depos | Yes | 0.10 | $900.00 | $90.00 |

## TIME ENTRIES (cont.)

Grech, Packer & Hanks
Generated Jul 14, 2026

| Date | Case | Attorney | Description | Bill | Hours | Rate | Amount |
|------|------|----------|-------------|------|-------|------|--------|
| Jun 30, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and D. Galipo re scheduling depos and re extension to Defense responses and medical records | Yes | 0.40 | $900.00 | $360.00 |
| Jul 2, 2025 | Gonzalez, George v. City of He... | trent | Review state discovery responses | Yes | 0.70 | $900.00 | $630.00 |
| Jul 7, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re assisting with depo | Yes | 0.10 | $900.00 | $90.00 |
| Jul 7, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and D. Galipo re discovery | Yes | 0.40 | $900.00 | $360.00 |
| Jul 8, 2025 | Gonzalez, George v. City of He... | kayla | Redacted RUHS medical records (1358 pages) | Yes | 2.00 | $150.00 | $300.00 |
| Jul 29, 2025 | Gonzalez, George v. City of He... | kayla | Summary to team of efforts made so far in obtaining medical records | Yes | 0.20 | $150.00 | $30.00 |
| Jul 30, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich regarding the criminal file docs | Yes | 0.50 | $900.00 | $450.00 |
| Aug 14, 2025 | Gonzalez, George v. City of He... | kayla | Prepared Dropbox with discovery and emailed to expert Ryan O'Connor | Yes | 0.30 | $150.00 | $45.00 |
| Sep 5, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and Client | Yes | 0.30 | $900.00 | $270.00 |
| Sep 11, 2025 | Gonzalez, George v. City of He... | trent | Draft discovery responses | Yes | 4.80 | $900.00 | $4,320.00 |
| Sep 11, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re discovery and client | Yes | 0.10 | $900.00 | $90.00 |
| Sep 17, 2025 | Gonzalez, George v. City of He... | trent | Revise discovery responses | Yes | 1.30 | $900.00 | $1,170.00 |
| Sep 17, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re discovery responses | Yes | 0.20 | $900.00 | $180.00 |
| Sep 17, 2025 | Gonzalez, George v. City of He... | kayla | Assisted with editing drafts of discovery responses to State Defendant | Yes | 0.40 | $150.00 | $60.00 |
| Sep 23, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re records and docs to be served. | Yes | 1.10 | $900.00 | $990.00 |
| Sep 23, 2025 | Gonzalez, George v. City of He... | trent | Review medical record discovery before production | Yes | 7.40 | $900.00 | $6,660.00 |
| Oct 9, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re experts | Yes | 0.20 | $900.00 | $180.00 |
| Oct 15, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and Defense re discovery | Yes | 0.20 | $900.00 | $180.00 |
| Oct 17, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re discovery and criminal case | Yes | 0.20 | $900.00 | $180.00 |
| Oct 20, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re meeting with client | Yes | 0.10 | $900.00 | $90.00 |
| Oct 20, 2025 | Gonzalez, George v. City of He... | trent | Discussion with M. Sincich and D. Galipo re demand | Yes | 0.20 | $900.00 | $180.00 |
| Oct 21, 2025 | Gonzalez, George v. City of He... | trent | Attention to discovery issues including production of medical records | Yes | 2.10 | $900.00 | $1,890.00 |

# TIME ENTRIES (cont.)

| Date | Case | Attorney | Description | Bill | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Oct 21, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re depo | Yes | 0.20 | $900.00 | $180.00 |
| Oct 22, 2025 | Gonzalez, George v. City of He... | kayla | Summarized all medical records in our possession and produced summary | Yes | 2.00 | $150.00 | $300.00 |
| Oct 22, 2025 | Gonzalez, George v. City of He... | trent | Review medical records and create inventory | Yes | 1.30 | $900.00 | $1,170.00 |
| Oct 24, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re stip | Yes | 0.10 | $900.00 | $90.00 |
| Oct 24, 2025 | Gonzalez, George v. City of He... | trent | Review state subpoena to Riverside Sheriff | Yes | 0.60 | $900.00 | $540.00 |
| Oct 27, 2025 | Gonzalez, George v. City of He... | trent | In custody client visit and deposition prep | Yes | 8.50 | $900.00 | $7,650.00 |
| Oct 27, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and D. Galipo re discovery dispute | Yes | 0.20 | $900.00 | $180.00 |
| Nov 5, 2025 | Gonzalez, George v. City of He... | trent | Review and revise ex parte opposition | Yes | 0.50 | $900.00 | $450.00 |
| Nov 5, 2025 | Gonzalez, George v. City of He... | trent | Client deposition prep | Yes | 4.40 | $900.00 | $3,960.00 |
| Nov 5, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re ex parte | Yes | 0.20 | $900.00 | $180.00 |
| Nov 6, 2025 | Gonzalez, George v. City of He... | kayla | Prepared records and Dropbox folders to be served with discovery responses to State Defendant | Yes | 0.50 | $150.00 | $75.00 |
| Nov 13, 2025 | Gonzalez, George v. City of He... | trent | Prep and planning discussion with M. Sincich and D. Galipo prior to Def conference call | Yes | 0.60 | $900.00 | $540.00 |
| Nov 13, 2025 | Gonzalez, George v. City of He... | trent | Review drafted statement with M. Sincich and D. Galipo | Yes | 0.70 | $900.00 | $630.00 |
| Nov 18, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re discovery issues | Yes | 0.40 | $900.00 | $360.00 |
| Dec 2, 2025 | Gonzalez, George v. City of He... | trent | Revise expert disclosures | Yes | 2.40 | $900.00 | $2,160.00 |
| Dec 4, 2025 | Gonzalez, George v. City of He... | trent | Review State defendants' expert disclosures | Yes | 2.50 | $900.00 | $2,250.00 |
| Dec 8, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re payment of experts | Yes | 0.10 | $900.00 | $90.00 |
| Dec 22, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re criminal file | Yes | 0.20 | $900.00 | $180.00 |
| Dec 29, 2025 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re planning | Yes | 0.20 | $900.00 | $180.00 |
| Jan 6, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re expert depos | Yes | 0.40 | $900.00 | $360.00 |
| Jan 16, 2026 | Gonzalez, George v. City of He... | trent | Draft objections to request for documents at O'Connor deposition | Yes | 0.70 | $900.00 | $630.00 |
| Jan 16, 2026 | Gonzalez, George v. City of He... | trent | Draft objections to Noble request for documents at deposition | Yes | 0.50 | $900.00 | $450.00 |
| Jan 23, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and D. Galipo re depo and neutral statement | Yes | 0.45 | $900.00 | $405.00 |

# TIME ENTRIES (cont.)

Grech, Packer & Hanks
Generated Jul 14, 2026

| Date | Case | Attorney | Description | Bill | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Jan 28, 2026 | Gonzalez, George v. City of He... | trent | Prepare client for continued deposition | Yes | 5.80 | $900.00 | $5,220.00 |
| Jan 30, 2026 | Gonzalez, George v. City of He... | trent | Prepare for and defend client deposition Vol. 4 | Yes | 4.60 | $900.00 | $4,140.00 |
| Jan 30, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re Pl. depo | Yes | 0.40 | $900.00 | $360.00 |
| Feb 4, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and D. Galipo re trial | Yes | 0.20 | $900.00 | $180.00 |
| Mar 4, 2026 | Gonzalez, George v. City of He... | trent | Revise & draft JI Verdict Form | Yes | 3.60 | $900.00 | $3,240.00 |
| Mar 4, 2026 | Gonzalez, George v. City of He... | trent | Discuss proposed jury instruction and verdict form with M. Sincich | Yes | 0.30 | $900.00 | $270.00 |
| Mar 10, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and Defense re scheduling meeting | Yes | 0.20 | $900.00 | $180.00 |
| Mar 11, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich and Defense re scheduling meeting | Yes | 0.10 | $900.00 | $90.00 |
| Mar 12, 2026 | Gonzalez, George v. City of He... | trent | Planning and strategy communication with M. Sincich and D. Galipo | Yes | 0.30 | $900.00 | $270.00 |
| Mar 19, 2026 | Gonzalez, George v. City of He... | trent | Discuss pretrial docs with M. Sincich and D. Galipo including jury instructions, verdict form, statement of the case, and FPTCO | Yes | 0.90 | $900.00 | $810.00 |
| Mar 19, 2026 | Gonzalez, George v. City of He... | trent | Discuss state communications re demand with M. Sincich | Yes | 0.20 | $900.00 | $180.00 |
| Mar 19, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re MILs | Yes | 0.20 | $900.00 | $180.00 |
| Mar 25, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re demand | Yes | 0.20 | $900.00 | $180.00 |
| Mar 26, 2026 | Gonzalez, George v. City of He... | trent | Draft mediation brief | Yes | 5.20 | $900.00 | $4,680.00 |
| Mar 30, 2026 | Gonzalez, George v. City of He... | trent | Research and draft opposition to Scott Holdaway MIL | Yes | 6.40 | $900.00 | $5,760.00 |
| Mar 31, 2026 | Gonzalez, George v. City of He... | trent | Research and draft opposition to MIL 4 on O'Connor opinions including causation and prognosis | Yes | 5.20 | $900.00 | $4,680.00 |
| Apr 1, 2026 | Gonzalez, George v. City of He... | trent | Research and draft opposition to motion to exclude video expert | Yes | 4.40 | $900.00 | $3,960.00 |
| Apr 1, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re trial strategy and exhibits | Yes | 0.30 | $900.00 | $270.00 |
| Apr 1, 2026 | Gonzalez, George v. City of He... | trent | Review and revise oppositions to MILs | Yes | 2.60 | $900.00 | $2,340.00 |
| Apr 2, 2026 | Gonzalez, George v. City of He... | trent | Discuss MCFL with M. Sincich and D. Galipo | Yes | 0.50 | $900.00 | $450.00 |
| Apr 3, 2026 | Gonzalez, George v. City of He... | trent | Mediation; communication with Client, M. Sincich, and D. Galipo | Yes | 5.00 | $900.00 | $4,500.00 |

# TIME ENTRIES (cont.)

Grech, Packer & Hanks
Generated Jul 14, 2026

| Date | Case | Attorney | Description | Bill | Hours | Rate | Amount |
|------|------|----------|-------------|------|-------|------|--------|
| Apr 8, 2026 | Gonzalez, George v. City of He... | trent | Discuss draft of Plaintiff's Disputed Jury Instructions with M. Sincich and D. Galipo. | Yes | 0.40 | $900.00 | $360.00 |
| Apr 8, 2026 | Gonzalez, George v. City of He... | trent | Discuss draft of Joint Agreed Upon Jury Instructions with M. Sincich and D. Galipo. | Yes | 0.40 | $900.00 | $360.00 |
| Apr 8, 2026 | Gonzalez, George v. City of He... | trent | Discuss Draft of Proposed FPTCO with M. Sincich and D. Galipo. | Yes | 0.60 | $900.00 | $540.00 |
| Apr 8, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re pretrial docs | Yes | 0.40 | $900.00 | $360.00 |
| Apr 8, 2026 | Gonzalez, George v. City of He... | trent | Review Joint JI | Yes | 0.60 | $900.00 | $540.00 |
| Apr 9, 2026 | Gonzalez, George v. City of He... | trent | Review of trial documents | Yes | 3.60 | $900.00 | $3,240.00 |
| Apr 16, 2026 | Gonzalez, George v. City of He... | trent | Communication and planning with M. Sincich re trial binders | Yes | 0.20 | $900.00 | $180.00 |
| Apr 16, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re amending pretrial docs | Yes | 0.30 | $900.00 | $270.00 |
| Apr 17, 2026 | Gonzalez, George v. City of He... | trent | Attention to settlement issues | Yes | 0.20 | $900.00 | $180.00 |
| Apr 20, 2026 | Gonzalez, George v. City of He... | trent | Trial prep | Yes | 6.60 | $900.00 | $5,940.00 |
| Apr 20, 2026 | Gonzalez, George v. City of He... | trent | Client transportation issues | Yes | 0.20 | $900.00 | $180.00 |
| Apr 20, 2026 | Gonzalez, George v. City of He... | trent | Discuss Order with M. Sincich and D. Galipo | Yes | 0.20 | $900.00 | $180.00 |
| Apr 22, 2026 | Gonzalez, George v. City of He... | diane | Call re: client transport | Yes | 0.20 | $150.00 | $30.00 |
| Apr 22, 2026 | Gonzalez, George v. City of He... | trent | Review in limine rulings | Yes | 1.00 | $900.00 | $900.00 |
| Apr 22, 2026 | Gonzalez, George v. City of He... | trent | Discuss Order re MILs with M. Sincich and D. Galipo; planning and strategy | Yes | 0.40 | $900.00 | $360.00 |
| Apr 23, 2026 | Gonzalez, George v. City of He... | trent | Conference with co-counsel D. Galipo and M. Sincich re: pretrial rulings and final pretrial conference | Yes | 1.30 | $900.00 | $1,170.00 |
| Apr 23, 2026 | Gonzalez, George v. City of He... | trent | Attend pretrial conference | Yes | 1.70 | $900.00 | $1,530.00 |
| Apr 27, 2026 | Gonzalez, George v. City of He... | victoria | Call re: transport issue | Yes | 0.30 | $150.00 | $45.00 |
| Apr 27, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re writ of habeas corpus and TCP response to Court | Yes | 0.20 | $900.00 | $180.00 |
| Apr 27, 2026 | Gonzalez, George v. City of He... | trent | Review police reports and witness statements | Yes | 9.40 | $900.00 | $8,460.00 |
| Apr 28, 2026 | Gonzalez, George v. City of He... | trent | Correspondence with client's family to coordinate travel to and from court | Yes | 0.40 | $900.00 | $360.00 |
| Apr 28, 2026 | Gonzalez, George v. City of He... | trent | Prepare client for testimony | Yes | 4.00 | $900.00 | $3,600.00 |

## TIME ENTRIES (cont.)

Grech, Packer & Hanks
Generated Jul 14, 2026

| Date | Case | Attorney | Description | Bill | Hours | Rate | Amount |
|------|------|----------|-------------|------|-------|------|--------|
| Apr 28, 2026 | Gonzalez, George v. City of He... | kayla | Served RUHS Subpoenas by personal service | Yes | 0.50 | $150.00 | $75.00 |
| Apr 28, 2026 | Gonzalez, George v. City of He... | trent | Trial prep phone conference with M. Sincich | Yes | 0.40 | $900.00 | $360.00 |
| Apr 28, 2026 | Gonzalez, George v. City of He... | trent | Attention to transportation order and subpoenas to RUHS doctors | Yes | 1.60 | $900.00 | $1,440.00 |
| Apr 30, 2026 | Gonzalez, George v. City of He... | kayla | Reviewed and prepared exhibits for PIP printing | Yes | 1.00 | $150.00 | $150.00 |
| Apr 30, 2026 | Gonzalez, George v. City of He... | kayla | Crated exhibit binder sheets and delivered physical binders to PIP Printing for creation of exhibits | Yes | 0.60 | $150.00 | $90.00 |
| Apr 30, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re notice of filer deficiencies | Yes | 0.10 | $900.00 | $90.00 |
| Apr 30, 2026 | Gonzalez, George v. City of He... | kayla | Created and cut out yellow clerk tabs for clerk's exhibit binder | Yes | 0.30 | $150.00 | $45.00 |
| Apr 30, 2026 | Gonzalez, George v. City of He... | kayla | Created trial exhibit flash drives | Yes | 1.00 | $150.00 | $150.00 |
| May 1, 2026 | Gonzalez, George v. City of He... | victoria | To court to submit binders to court | Yes | 0.75 | $150.00 | $112.50 |
| May 1, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re Exhibit Binders and delivery | Yes | 0.20 | $900.00 | $180.00 |
| May 1, 2026 | Gonzalez, George v. City of He... | victoria | Went to PIP printing to pick up and finish Binders for Court | Yes | 2.00 | $150.00 | $300.00 |
| May 3, 2026 | Gonzalez, George v. City of He... | trent | Review medical records and annotate in preparation for trial prep with Dr. O'Connor | Yes | 5.60 | $900.00 | $5,040.00 |
| May 4, 2026 | Gonzalez, George v. City of He... | trent | Review case file including deposition transcripts, discovery responses, and video in advance of prep meeting with G. Gonzalez | Yes | 8.20 | $900.00 | $7,380.00 |
| May 4, 2026 | Gonzalez, George v. City of He... | trent | Trial prep · D. O'Connor | Yes | 0.90 | $900.00 | $810.00 |
| May 5, 2026 | Gonzalez, George v. City of He... | trent | Attn to Irick transcribed statement | Yes | 1.20 | $900.00 | $1,080.00 |
| May 5, 2026 | Gonzalez, George v. City of He... | trent | Attn to Reynoso transcribed statement | Yes | 1.00 | $900.00 | $900.00 |
| May 5, 2026 | Gonzalez, George v. City of He... | trent | Client prep session | Yes | 3.10 | $900.00 | $2,790.00 |
| May 6, 2026 | Gonzalez, George v. City of He... | trent | Trial preparation and theory meeting with M. Sincich and D. Galipo | Yes | 0.70 | $900.00 | $630.00 |
| May 7, 2026 | Gonzalez, George v. City of He... | trent | Attention to exhibit list and trial exhibits | Yes | 1.30 | $900.00 | $1,170.00 |
| May 7, 2026 | Gonzalez, George v. City of He... | kayla | Prepared writ of habeas corpus ad testificandum and associated documents | Yes | 0.40 | $150.00 | $60.00 |
| May 7, 2026 | Gonzalez, George v. City of He... | trent | Trial prep including expert meetings, client meeting, conference with counsel, witness list prep, exhibit prep | Yes | 11.30 | $900.00 | $10,170.00 |

## TIME ENTRIES (cont.)

Grech, Packer & Hanks
Generated Jul 14, 2026

| Date | Case | Attorney | Description | Bill | Hours | Rate | Amount |
|------|------|----------|-------------|------|-------|------|--------|
| May 8, 2026 | Gonzalez, George v. City of He... | trent | Trial, client prep, witness prep, communication with subpoenaed witnesses and their attorneys | Yes | 10.40 | $900.00 | $9,360.00 |
| May 9, 2026 | Gonzalez, George v. City of He... | trent | Review of audio and transcripts of lay witnesses | Yes | 3.40 | $900.00 | $3,060.00 |
| May 11, 2026 | Gonzalez, George v. City of He... | trent | Trial, witness prep | Yes | 8.60 | $900.00 | $7,740.00 |
| May 12, 2026 | Gonzalez, George v. City of He... | trent | Examination prep, attention to jury instructions, and trial | Yes | 10.20 | $900.00 | $9,180.00 |
| May 26, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re Client | Yes | 0.10 | $900.00 | $90.00 |
| Jun 18, 2026 | Gonzalez, George v. City of He... | trent | Communication with M. Sincich re ordering transcripts and planning | Yes | 0.20 | $900.00 | $180.00 |
| Jul 13, 2026 | Gonzalez, George v. City of He... | kayla | Assisted in inputting and formatting TCP's time entries and preparing time sheet in support of motion for attorney's fees | Yes | 3.00 | $150.00 | $450.00 |
| Jul 13, 2026 | Gonzalez, George v. City of He... | trent | Research re: motion | Yes | 0.80 | $900.00 | $720.00 |
| Jul 13, 2026 | Gonzalez, George v. City of He... | trent | Review and revise motion | Yes | 1.40 | $900.00 | $1,260.00 |
| Jul 13, 2026 | Gonzalez, George v. City of He... | trent | Draft declaration | Yes | 3.20 | $900.00 | $2,880.00 |
| Jul 14, 2026 | Gonzalez, George v. City of He... | kayla | Draft Declaration of KPP in support of Plaintiff's Motion for Attorneys' Fees | Yes | 0.40 | $150.00 | $60.00 |

**TOTAL · 188 entries**                                                                 **309.90**                    **$262,297.50**