**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel:   (951) 682-9311

*Attorneys for Plaintiff*, GEORGE GONZALEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | **Case No. 5:25-cv-00331-KK-DTB**<br><br>*[Honorable Kenly Kiya Kato]*<br><br>**DECLARATION OF KAYLA PEÑA-PHAM IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

## DECLARATION OF KAYLA PEÑA-PHAM

I, Kayla Peña-Pham, hereby declare as follows:

I am a law clerk currently employed by Grech, Packer & Hanks. I work under the supervision of attorney Trenton C. Packer, who is licensed to practice law in the United States District Court for the Central District of California. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

I have been in the legal field for approximately three years, with experience in both state and federal court, working as a law clerk for Grech, Packer & Hanks. In May 2023, I obtained a Bachelor of Arts in Philosophy and Gender and Women's Studies from the University of California, Berkeley. I graduated with High Distinction.

Prior to my employment as a law clerk at Grech, Packer & Hanks, I began my career in the legal field as their summer intern in May 2021. My responsibilities included facilitating communication between the firm's attorneys and their clients, organizing and maintaining case files, and contacting the Riverside County District Attorney's Office to check whether criminal charges had been filed in the matters of the firm's clients.

In June 2023, I joined Grech, Packer & Hanks, formerly known as The Law Offices of Grech and Packer. I currently work as a law clerk, supporting attorney Trenton C. Packer in both civil and criminal cases as well as attorneys Paul Grech, Jr. and Joshua J. Hanks in criminal cases. My role includes assisting with case management, preparing legal documents, filing pleadings, coordinating discovery, and preparing trial binders. I work closely with the attorneys to ensure that all

necessary steps in the litigation process are completed on time and in accordance with local rules.

My daily responsibilities at Grech, Packer & Hanks include providing support to attorneys in all phases of litigation, such as drafting legal documents, preparing exhibits, preparing trial binders and notebooks, conducting legal research, organizing and maintaining case files, and managing correspondence. I also assist with filing legal documents in state and federal courts, including e-filing. Additionally, I assist in handling discovery responses, propounding and responding to discovery requests, preparing subpoenas, and assisting in document production, including Bates labeling and redacting. I schedule meetings, depositions, court hearings, and remote appearances, and I maintain the firm's calendar to ensure compliance with deadlines.

As of this date, I have spent **18.9 hours** of billable time on tasks that are reasonably necessary to the favorable resolution of this action, as reflected in my timesheet attached hereto as "**Exhibit 1**."

Currently, legal support staff fees are awarded at rates ranging from $150 to $325 per hour. Given my experience and the nature of the work I perform, I am respectfully requesting an hourly rate of **$150**.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 14th day of July, 2026 at Riverside, California

*/s/ Kayla Peña-Pham*
Kayla Peña-Pham

PLAINTIFFS' MOTION FOR ATTORNEYS' FEES