ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6294
  Fax:  (916) 731-2120
  E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,**<br><br>                                    Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,**<br><br>                                    Defendants. | 5:25-cv-00331-KK-DTB<br><br>**[PROPOSED] ORDER TO DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE RULE 59(E) MOTION**<br><br>Date:          August 27, 2026<br>Time:          9:30 a.m.<br>Courtroom:   3<br>Judge:         The Honorable Kenly Kiya Kato<br>Trial Date:   May 8, 2026<br>Action Filed: 12/24/2024 |

Having considered Defendants State of California acting by and through the California Highway Patrol and Sean Irick's (collectively Defendants) notice of motion and motion pursuant to Federal Rules of Civil Procedure Rule 59(e), and accompanying documents, this Court **GRANTS** Defendants' motion to amend the entered judgment by:

1. Reducing Plaintiff's future economic damages from $120,000.00 to $0 for failing to provide evidence supporting such amount;

1

2. Reducing the allocated $905,000.00 portion to the negligence claim by reducing it to $497,750.00 due to Plaintiff's 45% comparativ negligence;

3. Offsetting Plaintiff's verdict award with Defendants' City of Hemet, Andrew Reynoso, and Patrick Sobaszek settlement amount.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Kenly Kiya Kato