# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | **Case No.: 5:25-cv-00331-KK-DTB** <br><br> [*Honorable Kenly Kiya Kato*] <br><br> **[PROPOSED] ORDER RE. PLAINTIFF GEORGE GONZALEZ'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988** |

Case No. 5:25-cv-00331-KK-DTB

[PROPOSED] ORDER RE. PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

**[Proposed] Order re. Plaintiff's Motion for Attorney's Fees**

The Court having considered Plaintiff George Gonzalez's Motion for Attorneys' Fees along with declarations and exhibits in support thereof, IT IS HEREBY ORDERED that the Motion for Attorneys' Fee is granted.

The Court awards attorney fees in the hourly rate of $1,500 to attorney Dale K. Galipo; $850 to attorney Marcel F. Sincich; $350 to attorney Brendan A. Johnson; and $200 to paralegal Leslie De Leon; and $900 to attorney Trent C. Packer; and $150 to paralegal Kayla Peña-Pham.

The Court finds the following total hours reasonable for non-fee motion related work in this matter: 443.4 hours for Dale K. Galipo; 584.2 hours to Marcel F. Sincich; 288.7 hours to Trent C. Packer; 31.8 hours to Brendan A. Johnson; 55.7 hours to Leslie De Leon; and 18.9 hours to Kayla Peña-Pham.

The Court therefore finds the following fees reasonable for non-fee motion related work: $665,100 to Dale K. Galipo; $496,570 to Marcel F. Sincich; $11,130 to attorney Brendan A. Johnson; $259,830 to Trent C. Packer; $11,140 to Leslie De Leon; and $2,835 to Kayla Peña-Pham.

Finally, under these facts, the Court finds that the requested 2.0 multiplier is justified. Accordingly, the Court applies a 2.0 multiplier to the lodestar calculation of as follows:

| Biller | Firm | Position | Practice Years | Hourly Rate | Hours | Total |
|---|---|---|---|---|---|---|
| Dale K. Galipo | DKG | Attorney | 37 | $1,500 | 443.4 | $665,100 |
| Marcel F. Sincich | DKG | Attorney | 9 | $850 | 584.2 | $496,570 |
| Brendan A. Johnson | DKG | Attorney | 1 | $350 | 31.8 | $11,130 |
| Leslie De Leon | DKG | Paralegal | N/A | $200 | 55.7 | $11,140 |
| Trent C. Packer | TCP | Attorney | 21 | $900 | 288.7 | $259,830 |
| Kayla Peña-Pham | TCP | Paralegal | N/A | $150 | 18.9 | $2,835 |
| **Subtotal Non-Fee Motion Work**: | | | | | | **$1,446,605.00** |
| **With 2.0 Multiplier** | | | | | | **$2,893,210** |

[PROPOSED] ORDER RE. PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

The Court awards Plaintiff's counsel attorneys' fees in the amount of **$2,893,210**.

**IT IS SO ORDERED**


Dated: _____

                                      _____

                                        Honorable Kenly Kiva Kato

                                        United States District Cout

[Proposed] Order re. Plaintiff's Motion for Attorneys' Fees