# EXHIBIT 1






**INVOICE**

Invoice #SRU-2025000024
1/8/2025



**Send Payments To:**
**Serves R Us**
**National Headquarters**
**813 Harbor Blvd. Ste. 220**
**West Sacramento, CA 95691**
**Phone: (916) 691-4109**
**Fax: (916) 405-3808**
**Servesrus.Com**

Trenton C. Packer, Esq.
Law Offices of Grech, Packer and Hanks
7095 Indiana Ave., Suite 200
Riverside, CA 92506

Your Contact: Kayla Pena-Pham
**Case Number: Riverside CVRI2407184**

Plaintiff:
**George Gonzalez**

Defendant:
**State of California; City of Hemet; Patrick Sobaszek; Andrew Reynoso; Sean Irick; and DOES 1-10, inclusive**

Received: 1/7/2025   Served: 1/8/2025 11:45 am  INDIVIDUAL/PERSONAL
To be served on: State of California

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Standard Serve (First Attempt 2-3 Days) 3 Attempts | 1.00 | 95.00 | 95.00 |
| Page count (required) | 30.00 | 0.15 | 4.50 |

| | |
|---|---|
| TOTAL CHARGED: | $99.50 |
| Pre Payment: | 99.50 |
| **BALANCE DUE:** | **$0.00** |

**Thank you for your business!**

*PAYMENT WILL SHOW AS STRIPE, AUTHORIZE.NET OR PAYPAL ON YOUR STATEMENT.*

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a