# EXHIBIT 2

## Lanie Fierro

| | |
|---|---|
| **From:** | Leslie De Leon |
| **Sent:** | Thursday, March 12, 2026 11:03 AM |
| **To:** | davegalipo@galipolaw.com; Lanie Fierro |
| **Cc:** | dalekgalipo@yahoo.com |
| **Subject:** | Gonzalez v. State of CA |
| **Attachments:** | 2025.12.23 - $189.45 ACE Invoice CINV.OPP7493-01 (002).pdf |

Caution: Internal (ldeleon@galipolaw.com)

Sensitive Content   Details



Safe  Spam  Phish  More...  FAQ  Protection by INKY

Hi Dave/Lanie,

Please issue a check:

> **Payable to:** ACE Attorney Service, INC.
> P.O. Box 71036
> Los Angeles, CA 90071
> **Amount:** $189.45
> **For (Case name):** Gonzalez v. State of CA
> **RE: (Invoices numbers, names, etc):** Inv. OPP 7493-01
> **Fee Agreement (y or n and what is the split?):** Y (50% to be reimbursed by Grech

Packer)
> **Need by:** ASAP

Thank you.





**IMAGING TECHNOLOGIES**

P.O. BOX 71036
LOS ANGELES, CA 90071

# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| ███ | December 23, 2025 | OPP7493-01 | December 23, 2025 |

Bill To:
**DALE K. GALIPO, ESQ.**
**LAW OFFICES OF DALE K. GALIPO**
**21800 BURBANK BLVD., SUITE 310**
**WOODLAND HILLS, CA 91367**
**Attn: Accounts Payable**

Ordered By:
**ALEJANDRO MONGUIA**
**LAW OFFICES OF DALE K. GALIPO**
**21800 BURBANK BLVD., SUITE 310**
**WOODLAND HILLS, CA 91367**

File No.: **75048**

| | |
|---|---|
| Case No: 5:25-CV-00331-KK-DTB | Patient: REPORT NUMBER: GH24 024 0001; INCIDENT DATED: JANUARY 24, 2024 |
| Court: UNITED STATES DISTRICT COURT | DOB: |
| Plaintiff: GEORGE GONZALEZ | DOI: |
| Defendant: STATE OF CA, ET AL. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 427.00 | .35 | 149.45 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| | | |
|---|---|---|
| Any and all records per your request on: **REPORT NUMBER: GH24 024 0001; INCIDENT DATED: JANUARY 24, 2024 from:** RIVERSIDE COUNTY SHERIFF'S OFFICE, ATTN: RECORDS DEPARTMENT 4095 LEMON STREET RIVERSIDE, CA 92501 | SUB-TOTAL | 189.45 |
| | SALES TAX 9.50% | .00 |
| | TOTAL DUE | $ 189.45 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| ███ | December 23, 2025 | OPP7493-01 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

TOTAL DUE:     $  189.45

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP7493-01/CINV