EXHIBIT 3

## Lanie Fierro

| | |
|---|---|
| **From:** | Leslie De Leon |
| **Sent:** | Thursday, January 15, 2026 4:24 PM |
| **To:** | davegalipo@galipolaw.com; Lanie Fierro |
| **Cc:** | Dale K. Galipo |
| **Subject:** | Gonzalez v. State of CA |
| **Attachments:** | 2026.01.15 - $1046.35 Invoice-19058 Chapman Depo Transcript.pdf |

**Caution**: Internal (ldeleon@galipolaw.com)

Sensitive Content · Details



INKY is learning... Safe Spam Phish More... FAQ Protection by INKY

Hi Dave/Lanie,

Please issue a check ⦑

**Payable to:** Focus Litigation Solutions
**Amount:** $1,046.35
**For (Case name):** Gonzalez v. State of CA
**RE: (Invoices numbers, names, etc):** Depo transcript of Clarence Chapman    _INV 19058_
**Fee Agreement (y or n and what is the split?):** N
**Need by:** ASAP

Thank you.

Best Regards,
Leslie R. De Leon

Leslie R. De Leon, Litigation Assistant | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310,
CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: ldeleon@galipolaw.com

---

DALE K. GALIPO, INC.
DBA THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

JANUARY 16, 2026
DATE

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS                                       $ 1,046.35

ONE THOUSAND FORTY-SIX AND THIRTY-FIVE CENTS _____ DOLLARS

CITY NATIONAL BANK

MEMO GONZALEZ V. STATE OF CALIFORNIA

# INVOICE
1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19058 | 1/15/2026 | 22375 |

| Job Date | Case No. |
|---|---|
| 1/2/2026 | 5:25-CV-00331-KK-DTB |

| Case Name |
|---|
| George Gonzalez v. State of California, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Clarence Chapman | 101.00 Pages | @ | 6.350 | 641.35 |
| Appearance Fee | 1.00 | @ | 250.000 | 250.00 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 25.000 | 25.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |
| | **TOTAL DUE  >>>** | | | **$1,046.35** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website www.focuslitigationsolutions.com and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

Invoice No.    : 19058
Invoice Date   : 1/15/2026
**Total Due**     : **$1,046.35**

Remit To:  **Focus Litigation Solutions**
          **400 Capitol Mall Suite 1450**
          **Sacramento, CA 95814**

Job No.     : 22375
BU ID       : 3-MAIN
Case No.    : 5:25-CV-00331-KK-DTB
Case Name   : George Gonzalez v. State of California, et al.