EXHIBIT 4

**Lanie Fierro**

| | |
|---|---|
| **From:** | Leslie De Leon |
| **Sent:** | Tuesday, January 20, 2026 11:14 AM |
| **To:** | davegalipo@galipolaw.com; Lanie Fierro |
| **Cc:** | Dale Galipo |
| **Subject:** | FW: Gonzalez v. State of CA |
| **Attachments:** | 2026.01.19 - $1,027.30 Invoice-19081.pdf |

Caution: Internal (ldeleon@galipolaw.com)

Sensitive Content   Details



INKY is learning... Safe Spam Phish More... FAQ Protection by INKY

Hi Dave/Lanie,

Please issue a check

**Payable to:** Focus Litigation Solutions
**Amount:** $1,027.30
**For (Case name):** Gonzalez v. State of CA
**RE:  (Invoices numbers, names, etc):** Depo transcript of Kenneth Hubbs
**Fee Agreement (y or n and what is the split?):** N
**Need by:** ASAP

Thank you.

Best Regards,
Leslie R. De Leon

Leslie R. De Leon, Litigation Assistant | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310,



DALE K. GALIPO, INC.
DBA THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

JANUARY 20, 2026

DATE

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS                    $ 1,027.30

ONE THOUSAND TWENTY-SEVEN AND THIRTY CENTS            DOLLARS

CITY NATIONAL BANK

MEMO GONZALEZ V. STATE OF CALIFORNIA. DEPO K. HUBBS



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19081 | 1/19/2026 | 22296 |

| Job Date | Case No. |
|---|---|
| 1/2/2026 | 5:25-CV-00331-KK-DTB |

| Case Name |
|---|
| George Gonzalez v. State of California, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Kenneth Hubbs | 98.00 | Pages | @ | 6.350 | 622.30 |
| Appearance Fee | 1.00 | | @ | 250.000 | 250.00 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 25.000 | 25.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| | | **TOTAL DUE  >>>** | | | **$1,027.30** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner. You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

---

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 19081 |
| Invoice Date | : 1/19/2026 |
| **Total Due** | **: $1,027.30** |

**Remit To: Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 22296 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, et al. |