# EXHIBIT 5

# INVOICE



1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15368 | 8/4/2025 | 18401 |

| Job Date | Case No. |
|---|---|
| 7/22/2025 | 5:25-CV-00331-KK-DTB |

| Case Name |
|---|
| George Gonzalez v. State of California, City of Hemet, Et Al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sean Irick | 108.00 Pages | @ | 6.350 | 685.80 |
| Appearance Fee | 1.00 | @ | 295.000 | 295.00 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |
| Video | 3.18 Hours | @ | 140.000 | 445.20 |
| Video Surcharge | 108.00 Pages | @ | 0.600 | 64.80 |
| Video Technology Package & Uploading Fee | 1.00 | @ | 45.000 | 45.00 |

**TOTAL DUE  >>>**                                           **$1,740.80**

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

Invoice No.      : 15368
Invoice Date    : 8/4/2025
**Total Due**      : **$1,740.80**

Remit To: **Focus Litigation Solutions**
          **400 Capitol Mall Suite 1450**
          **Sacramento, CA 95814**

Job No.      : 18401
BU ID        : 3-MAIN
Case No.     : 5:25-CV-00331-KK-DTB
Case Name    : George Gonzalez v. State of California, City
               of Hemet, Et Al.

# I N V O I C E

1 of 1

**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15368 | 8/4/2025 | 18401 |

| Job Date | Case No. |
|---|---|
| 7/22/2025 | 5:25-CV-00331-KK-DTB |

| Case Name |
|---|
| George Gonzalez v. State of California, City of Hemet, Et Al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Sean Irick | 108.00 | Pages | @ | 6.350 | 685.80 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.18 | Hours | @ | 140.000 | 445.20 |
| Video Surcharge | 108.00 | Pages | @ | 0.600 | 64.80 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |
| **TOTAL DUE >>>** | | | | | **$1,740.80** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you.

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

AUGUST 6, 2025
DATE

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS                                        $ 1,740.80

ONE THOUSAND SEVEN HUNDRED FORTY AND EIGHTY CENTS _____ DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO GONZALEZ V. STATE OF CALIFORNIA

Remit To: **Focus Litigation Solutions**
400 Capitol Mall Suite 1450
Sacramento, CA 95814

| | |
|---|---|
| Job No. | : 18401 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, City of Hemet, Et Al. |