# EXHIBIT 6

# I N V O I C E



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P **(800) 277-2679**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15420 | 8/6/2025 | 18114 |
| **Job Date** | **Case No.** | |
| 7/23/2025 | 5:25-CV-00331-KK-DTB | |
| **Case Name** | | |
| George Gonzalez v. State of California, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Patrick Sobaszek | 109.00 | Pages | @ | 6.350 | 692.15 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Exhibits (Color) | 16.00 | Pages | @ | 0.750 | 12.00 |
| Digital File/Video File-Exhibit | 1.00 | | @ | 0.750 | 0.75 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.08 | Hours | @ | 140.000 | 431.20 |
| Video Surcharge | 109.00 | Pages | @ | 0.600 | 65.40 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |

**TOTAL DUE  >>>**                     **$1,746.50**

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "**make payment**" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 15420 |
| Invoice Date | : 8/6/2025 |
| **Total Due** | **: $1,746.50** |

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 18114 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, et al. |

# I N V O I C E

2 of 2



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P **(800) 277-2679**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15420 | 8/6/2025 | 18114 |
| **Job Date** | **Case No.** | |
| 7/23/2025 | 5:25-CV-00331-KK-DTB | |
| **Case Name** | | |
| George Gonzalez v. State of California, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

**Please make payments within 30 days to avoid a 5% late fee per month.

---

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

Invoice No.    : 15420
Invoice Date  : 8/6/2025
**Total Due**    : **$1,746.50**

Remit To: **Focus Litigation Solutions**
          **400 Capitol Mall Suite 1450**
          **Sacramento, CA 95814**

Job No.      : 18114
BU ID        : 3-MAIN
Case No.     : 5:25-CV-00331-KK-DTB
Case Name    : George Gonzalez v. State of California, et al.



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15420 | 8/6/2025 | 18114 |
| **Job Date** | **Case No.** | |
| 7/23/2025 | 5:25-CV-00331-KK-DTB | |
| **Case Name** | | |
| George Gonzalez v. State of California, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Patrick Sobaszek | 109.00 | Pages | @ | 6.350 | 692.15 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Exhibits (Color) | 16.00 | Pages | @ | 0.750 | 12.00 |
| Digital File/Video File-Exhibit | 1.00 | | @ | 0.750 | 0.75 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.08 | Hours | @ | 140.000 | 431.20 |
| Video Surcharge | 109.00 | Pages | @ | 0.600 | 65.40 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |
| **TOTAL DUE  >>>** | | | | | **$1,746.50** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website www.focuslitigationsolutions.com and choose "make payment" in the top right corner.



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

AUGUST 12, 2025

DATE _____

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS                                $ 1,746.50

ONE THOUSAND SEVEN HUNDRED FORTY-SIX AND FIFTY CENTS _____ DOLLARS

CITY NATIONAL BANK
An RBC Company
(800) 773-7100
MEMO   GONZALEZ V. STATE OF CALIFORNIA. RE: P. SOBASZEK

| | |
|---|---|
| Job No. | : 18114 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, et al. |

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**