# EXHIBIT 8

**Nationwide Legal**

1609 James M. Wood Blvd
Los Angeles, CA 90015
Phone: (213) 249-9999



THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BOULEVARD, SUITE 310
Woodland Hills, CA 91367

## *Statement*

| Statement Date | 06/01/2026 |
|---|---|

Client #: ▇▇▇▇

| Sent Date | Due Date | Invoice# | Assignment Date | Case/Deponent | Client Case# | Amount |
|---|---|---|---|---|---|---|
| **Brendan Johnson, Esq** | | | | | | |
| 04/27/2026 | 05/27/2026 | 8681 | 01/19/2026 | George Gonzalez v. State of California, et al. Jeff Noble | | $ 484.50 |
| | | | | | | $ 484.50 |
| **Brenden Johnson, Esq** | | | | | | |
| 04/27/2026 | 05/27/2026 | 8682 | 01/22/2026 | George Gonzalez v. State of California, et al. Scott Hardaway | | $ 475.00 |
| 04/27/2026 | 05/27/2026 | 8683 | 01/22/2026 | George Gonzalez v. State of California, et al. Ryan O'Connor | | $ 475.00 |
| | | | | | | $ 950.00 |

| | Total Amount | $ 1,434.50 |
|---|---|---|

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 180 Days | Over 180 Days |
|---|---|---|---|---|---|
| $1,434.50 | $0.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 |

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.



**DALE K. GALIPO, INC.**
**DBA LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

JUNE 10, 2026
DATE

$ 1,434.50

PAY TO THE ORDER OF    NATIONWIDE LEGAL, LLC

ONE THOUSAND FOUR HUNDRED THIRTY-FOUR AND FIFTY CENTS                   DOLLARS

**City National Bank**
AN RBC COMPANY
(800) 773-7100

FOR    GONZALEZ V. STATE OF CALIFORNIA



