# EXHIBIT 9



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2414772

## Deposition - GEORGE GONZALEZ - VOL. IV (Jan 30, 2026)

## Bill to

ATTN: Trenton Packer
Law Offices of Grech & Packer
7095 Indiana Avenue, Suite 200
Riverside, CA 92506

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:**   GEORGE GONZALEZ v STATE OF CALIFORNIA, et al.

**Case number:**   5:25-cv-00331

**Job Id:**   2372189

**Invoice date:** 2/9/2026

**Terms:** Net 30

**Status:** PAID

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Certified Copy Transcripts) | | $942.30 | 1 | $942.30 |
| | | | **Total** | $942.30 |
| | | | **Payments** | $942.30 |
| | | | **Amount remaining due** | **$0.00** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno ma recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so th we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W

Pay online:

Please make checks payable to Steno.