# EXHIBIT 10

**LAW OFFICES OF PAUL GRECH JR.**
7095 INDIANA AVE  SUITE 200
RIVERSIDE, CA  92506
(951) 682-9311

One Thousand Five Hundred —————————————— **DOLLARS**

PAY

| DATE | TO THE ORDER OF | MEMO | DESCRIPTION | CHECK AMOUNT |
|------|-----------------|------|-------------|--------------|
| 3/25/26 | Nationwide Legal, LLC | | | 1 500 00 |

Invoice # 5942
George Gonzalez v. State of CA

SECURED BY EZSHIELD

CITIZENS BUSINESS BANK

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

**Nationwide Legal**

1609 James M. Wood Blvd
Los Angeles, CA 90015
Phone: (213) 249-9999



NATIONWIDE LEGAL

Marcel F. Sincich, Esq.
THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BOULEVARD, SUITE 310
Woodland Hills, CA 91367

*Statement*

| Statement Date | 02/17/2026 |
|---|---|

| Sent Date | Due Date | Invoice# | Assignment Date | Deponent/Case | Client Case# | Amount |
|---|---|---|---|---|---|---|
| 01/02/2026 | 02/01/2026 | 5942 | 12/11/2025 | George Gonzalez<br>George Gonzalez v. State of California, et al. | | $ 1,500.00 |

| Total Amount | $ 1,500.00 |
|---|---|

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 180 Days | Over 180 Days |
|---|---|---|---|---|---|
| $0.00 | $1,500.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 |

Nationwide Legal, LLC ▮▮▮▮▮▮▮▮▮▮▮

If paying by check, please remit to:
Nationwide Legal, LLC
1609 James M. Wood Boulevard
Los Angeles, CA 90015