# EXHIBIT 11



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2407017

Deposition - GEORGE GONZALEZ - STATEMENT ON THE RECORD (Jan 23, 2026)

## Bill to

ATTN: Trenton Packer

Law Offices of Grech & Packer

7095 Indiana Avenue, Suite 200

Riverside, CA 92506

## Bill from

Steno Agency, Inc.

PO BOX 22637

Pasadena, CA 91185-2637

(888) 707-8366

| | | |
|---|---|---|
| **Case name:** | GEORGE GONZALEZ v STATE OF CALIFORNIA, et al. | |
| **Case number:** | 5:25-cv-00331 | |
| **Job Id:** | 2348463 | |

**Invoice date:** 2/6/2026

**Terms:** Due Upon Receipt

**Status:** PAID

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Certified Copy Transcripts) | | $220.65 | 1 | $220.65 |
| | | | **Total** | $220.65 |
| | | | **Payments** | $220.65 |
| | | | **Amount remaining due** | **$0.00** |

Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecti any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so th we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W

Pay online:

Please make checks payable to Steno.