# EXHIBIT 12

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER — SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**LAW OFFICES OF PAUL GRECH JR.**
7095 INDIANA AVE  SUITE 200
RIVERSIDE, CA  92506
(951) 682-9311

PAY  Two Thousand & 42/100

DOLLARS

| DATE | TO THE ORDER OF | MEMO | DESCRIPTION | CHECK AMOUNT |
|---|---|---|---|---|
| 5/7/26 | Print My Stuff | Invoice #423070 | | 2000 42 |
| | Trial Binders | | | |
| | re: George Gonzalez | | | |

CITIZENS BUSINESS BANK

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK — TOUCH OR PRESS HERE — RED IMAGE DISAPPEARS WITH HEAT

# printmystuff™
## PIP PRINTING RIVERSIDE/CORONA
### .com

■ PRINT  ■ SIGNS
■ MAIL  ■ PACKAGING
■ LABELS  ■ DISPLAYS

*SHELF #*

# INVOICE
## 423070

4093 Market Street ■ Riverside, CA 92501 ■ (951) 682-2005 ■ Fax (951) 682-1619

Date:     4/30/26

**SOLD TO**
Grech Packer & Hanks
7095 Indiana Ave Suite 200
Riverside  CA  92506
Kayla
Phone: 6829311
E-Mail: team@grechpackerlaw.com

| Quantity | Description | Amount |
|---|---|---|
| 6 | Sobaszek BWC [COH 502] Collate, Drill, Insert Tabs, Insert in Notebooks | $ 1,839.47 |
| | Tabs 1-164, 9 x 11 white 5th cut 110# index tabs, 164 sheets on 1 side | |
| | B&W Text, 8.5 x 11 white 92 20# Bond, 170 sheets on 1 side | |
| | Color Photos, 8.5 x 11 white 92 20# Bond, 140 sheets on 1 side | |

Taken by:     Tom     File Originals

Account Type: Charge

Sobaszek BWC [COH 502]

| | |
|---|---|
| SUBTOTAL | $ 1,839.47 |
| TAX | $ 160.95 |
| SHIPPING | $ 0.00 |
| DEPOSITS | $ 0.00 |
| TOTAL | $ 2,000.42 |
| AMOUNT DUE | $ 2,000.42 |

## NOTIFICATION

| DATE | RESPONSE | INITIAL |
|---|---|---|
| | | |
| | | |
| | | |

## DEPOSIT | PAID IN FULL

❑ CASH     ❑ CASH

❑ CHECK #_____     ❑ CHECK #_____

❑ CC TYPE_____     ❑ CC TYPE_____

DATE _____     DATE _____

BY_____     BY_____

■ All claims or adjustments must be received in our office within 7 days of receipt of goods or services from PIP Printing of Riverside/Corona. Client's signature below represents approval of the work on this invoice. With this approval PIP Printing of Riverside/Corona will take responsibility for any costs up to or equalling the amount of this invoice, which incur due to negligence on the part of PIP Printing of Riverside/Corona.

■ A 1.5% per month finance charge will be added to all accounts past due over 30 days.

■ The client agrees to pay all costs and attorney fees incurred in collection of past due invoices and accounts.

■ PIP Printing of Riverside/Corona reserves the right to charge your credit card for any unpaid balance after 30 days from the date of invoice.

■ Client agrees to hold PIP Printing of Riverside/Corona harmless and to indemnify PIP Printing of Riverside/Corona and its representatives against any and all liabilities, damages, costs including attorney's fees incurred by PIP Printing of Riverside/Corona and its representatives. Client represents that no infringing use is being made of any trademarks, trade names or any other names, logos or symbols used.

■ All estimates are subject to change upon PIP viewing original art and final specifications. Additional services at higher cost may be associated with actual production procedures required. This estimate is valid for 5 days.

I hereby represent that I am the owner or an authorized agent of the purchasing entity. This invoice constitutes a contract between the signator of this invoice and PIP Printing of Riverside/Corona.
I have read and fully understand this contract. I agree to abide to the terms and conditions within this contract.
Items received prior to Invoice completion:

| ITEM # | Signature | Date | CSR |
|---|---|---|---|
| ❑ | | | |
| | **Authorized Signature** | Print Last | Date | CSR |
| ❑ Emailed to: | | Date | CSR |

INV-EST-PMS Master 2022-01

Our terms are Net 15 days on Charge Accounts. Please stay current.