# EXHIBIT 13

**Direct Legal Support**
901 Corporate Center Dr Ste 400
Monterey Park, CA  91754
accounting@directlegal.com
www.DirectLegal.com

**Invoice**



| BILL TO |
| --- |
| Law Offices of Grech and Packer |
| 7095 indiana ave 200 |
| riverside, CA 92506 |
| Attn: paul grech |
| Billing Code: Packer |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 11007896 | 01/03/2025 | $0.00 | 01/03/2025 | Due on receipt | |

**ACCOUNT #:**

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **Court eFiling** <br> Court eFiling <br> Accepted - Documents E-Filed with the clerk of the court Please login into to the portal to view/print/download your conformed copies, 01/03/2025 <br> Central - Historic Courthouse (eFiling) <br> 4050 Main St., Riverside, CA, 92501 <br> Complaint For Civil Rights Over 35,000, Civil Case Cover Sheet, Certificate Of Counsel., Summons Issued And Filed, Summons Issued And Filed, Summons Issued And Filed, Summons Issued And Filed, Summons Issued And Filed | 1 | 12.95 | 12.95 |
| **Fees Advanced** <br> Court Fees Advanced to Complete Assignment | 1 | 450.00 | 450.00 |
| **EFM Fees** <br> EFM Fees | 1 | 5.35 | 5.35 |
| **Payment Processing Fee** <br> Payment Processing Fee | 1 | 14.05 | 14.05 |

BILLING CODE: Packer

CASE #: CVRI2407184

CASE NAME: GONZALEZ vs STATE OF CALIFORNIA

| PAYMENT | 482.35 |
| --- | --- |
| BALANCE DUE | **$0.00** |

If you have questions about this invoice, please email our Accounting Department
at accounting@directlegal.com or call 800-675-5376.
Thank You for choosing Direct Legal for your legal support needs.