# EXHIBIT 14

## Lanie Fierro

| | |
|---|---|
| **From:** | Leslie De Leon |
| **Sent:** | Wednesday, June 24, 2026 11:02 AM |
| **To:** | davegalipo@galipolaw.com; Lanie Fierro |
| **Cc:** | Dale Galipo |
| **Subject:** | FW: Inquiry re: George Gonzalez v. City of Hemet, et al. Trial Transcripts |
| **Attachments:** | W9 - Myra Ponce (2026).pdf |

**Caution:** Internal (ldeleon@galipolaw.com)

Sensitive Content   Details



Safe Spam Phish More... FAQ Protection by INKY

Hi Dave/Lanie,

Please issue a check:

**Payable to:** Myra L. Ponce, CSR & Associates

███████████

**Amount:** $742.50
**For (Case name):** Gonzalez v. State
**RE: (Invoices numbers, names, etc):** Trial Transcripts
**Fee Agreement (y or n and what is the split?):** Y (50% to be reimbursed by Grech Packer)
**Need by:** ASAP

Thank you.

