UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE GONZALEZ, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> STATE OF CALIFORNIA and SEAN IRICK, <br><br> Defendants - Appellants, <br><br> CITY OF HEMET; et al., <br><br> Defendants, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, <br><br> Movant - Appellant. | No. 26-4502 <br><br> D.C. No. 5:25-cv-00331-KK-DTB <br> Central District of California, Riverside <br><br> ORDER |

Proceedings in this court other than mediation are stayed until the district court rules on the timely tolling motions filed on July 14, 2026. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

The clerk will send a copy of this order to the district court and the district judge.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-4502