**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax:    (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff* GEORGE GONZALEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>                    Plaintiff,<br><br>     vs.<br><br>STATE OF CALIFORNIA and SEAN IRICK,<br><br>                Defendants. | Case No.: 5:25-cv-00331-KK-DTB<br><br>[*Honorable Kenly Kiya Kato*]<br>Magistrate Judge David T. Bristow<br><br>**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR NEW TRIAL**<br><br>[*Filed concurrently with* Plaintiff's Points and Authorities in Opposition to Motion for New Trial;<br><br>Hearing:    August 27, 2026<br>Time:      9:30 a.m. |

**DECLARATION OF MARCEL F. SINCICH**

I, Marcel F. Sincich, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs.  I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.      Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the May 8, 2026 Trial Transcript Day 1 ("**Exh. 1, T1**").

3.      Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the May 11, 2026 Trial Transcript Day 2 ("**Exh. 2, T2**").

4.      Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the May 12, 2026 Trial Transcript Day 3 ("**Exh. 3, T3**").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 24th day of July, 2026.

_____

_____
Marcel F. Sincich