# "EXHIBIT 3"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

HONORABLE KENLY KIYA KATO, U.S. DISTRICT JUDGE


GEORGE GONZALEZ,                          )
                                          )
                    Plaintiff,            )
                                          )
     v.                                   )          Case No.
                                          )     CV 25-331 KK (DTBx)
CITY OF HEMET, et al.,                    )
                                          )          Volume 3
                    Defendants.           )     (Pages 455 - 664)
_____)


REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
JURY TRIAL:  DAY THREE
TUESDAY, MAY 12, 2026
8:24 AM
RIVERSIDE, CALIFORNIA


MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR
FEDERAL OFFICIAL COURT REPORTER
3470 12TH STREET
RIVERSIDE, CALIFORNIA  92501
MYRAPONCECSR@GMAIL.COM


UNITED STATES DISTRICT COURT

Patrol.

"Members of the jury, now that you have heard all the evidence, it is my duty to instruct you on the law that applies to this case.

"A copy of these instructions will be sent to the jury room for you to consult during your deliberations.

"It is your duty to find the facts from all the evidence in the case.  To those facts, you will apply the law as I give it to you.  You must follow the law as I give it to you, whether you agree with it or not.  And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy.  That means you must decide the case solely on the evidence before you.  You will recall that you took an oath to do so.

"Please do not read into these instructions or anything that I may say or do or have said or done that I have an opinion regarding the evidence or what your verdict should be.

"To help you follow the evidence, I will give you a brief summary of the positions of the parties.

"The plaintiff, George Gonzalez, asserts that during an incident that occurred on January 24th, 2024, defendant California Highway Patrol Officer Sean Irick used excessive and unreasonable deadly force and was negligent in his use of deadly force against plaintiff George Gonzalez, causing bodily

**UNITED STATES DISTRICT COURT**

what the facts are.  I will list them for you:

"1.  Arguments and statements by lawyers are not evidence.  The lawyers are not witnesses.  What they may say in their opening statements, closing arguments, and at other times is intended to help you interpret the evidence, but it is not evidence.  If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

"2.  Objections and -- I'm sorry.  Questions and objections by lawyers are not evidence.  Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence.  You should not be influenced by the objection or by the Court's ruling on it.

"3.  Testimony that is excluded or stricken or that you have been instructed to disregard is not evidence and must not be considered.  In addition, some evidence may have been received only for a limited purpose.  When I instruct you to consider certain evidence only for a limited purpose, you must do so, and you may not consider that evidence for any other purpose.

"4.  Anything you may see or hear when the Court was not in session is not evidence.  You are to decide the case solely on the evidence received at the trial.

"Evidence may be direct or circumstantial.  Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did.

**UNITED STATES DISTRICT COURT**

Circumstantial evidence is proof of one or more facts from which you could find another fact.  You should consider both kinds of evidence.  The law makes no distinction between the weight to be given to either direct or circumstantial evidence.  It is for you to decide how much weight to give to any evidence.

"By way of example, if you wake up in the morning and see that the sidewalk is wet, you may find from that fact that it rained during the night.  However, other evidence, such as a turned-on garden hose, may provide a different explanation for the presence of water on the sidewalk.  Therefore, before you decide that a fact has been proved by circumstantial evidence, you must consider all the evidence in the light of reason, experience, and common sense.

"You have heard testimony from witnesses in this case who testified to their opinions and the reasons for those opinions.  This opinion testimony is allowed because of the specialized knowledge, skill, experience, training, or education of these witnesses.

"Such opinion testimony should be judged like any other testimony.  You may accept it or reject it and give it as much weight as you think it deserves, considering the witness's specialized knowledge, skill, experience, training, or education, the reasons given for the opinions, and all the other evidence in the case.

force;

"5.  Mr. Gonzalez was harmed."

"There are rules of evidence that control what can be received into evidence.  When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object.  If I overruled the objection, the question could be answered or the exhibit received.  If I sustained the objection, the question could not be answered and the exhibit could not be received.  Whenever I sustained an objection to a question, you must ignore the question and must not guess what the answer might have been.

"Sometimes I may have ordered that evidence be stricken from the record and that you disregard or ignore that evidence.  That means when you are deciding the case, you must not consider the stricken evidence for any purpose.

"In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe.  You may believe everything a witness says or part of it or none of it.

"In considering the testimony of any witness, you may take into account:

"1.  The opportunity and ability of the witness to see or hear or know the things testified to;

"2.  The witness's memory;

664

# CERTIFICATE OF OFFICIAL REPORTER

COUNTY OF RIVERSIDE      )
                         )
STATE OF CALIFORNIA      )

          I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

                         DATED THIS 12TH DAY OF MAY, 2026.


                         /S/ MYRA L. PONCE
          _____
             MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                FEDERAL OFFICIAL COURT REPORTER

# UNITED STATES DISTRICT COURT