| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | **TRANSCRIPT ORDER FORM** Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)* | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| 1a. Contact Person for this Order | Mario E. Garcia | 2a. Contact Phone Number | (213) 269-6294 | 3a. Contact E-mail Address | mario.garcia@doj.ca.gov |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | | 2b. Attorney Phone Number | | 3b. Attorney E-mail Address | |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
California Department of Justice - Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013

| 5. Name & Role of Party Represented | California Highway Patrol & Sean Irick (Defendants) |
|---|---|
| 6. Case Name | George Gonzalez v. City of Hemet et al. |
| 7a. District Court Case Number | 5:25-cv-00331-KK-DTB |
| 7b. Appeals Court Case Number | 26-4502 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Myra Ponce

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal ☐ Non-Appeal | ☐ Criminal ☒ Civil | ☐ CJA ☒ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/23/2026 | 124 | Kato | Final Pretrial Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ _____ | ORDINARY (30-day) |
| 05/08/2026 | 160 | Kato | Jury Trial Day No. 1 | ● | ○ | ○ | ○ | ○ | ○ | ● 9/15/2026 | ORDINARY (30-day) |
| 05/11/2026 | 161 | Kato | Jury Trial Day No. 2 | ● | ○ | ○ | ○ | ○ | ○ | ● 9/15/2026 | ORDINARY (30-day) |
| 05/12/2026 | 162 | Kato | Jury Trial Day No. 3 | ● | ○ | ○ | ○ | ○ | ○ | ● 9/15/2026 | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: July 28, 2026    Signature: *Mario Garcia*

G-120 (06/18)