# CERTIFICATE OF SERVICE

Case Name: **Gonzalez v. State of California, et al.**    No.    **5:25-cv-00331-KK-DTB**

I hereby certify that on <u>July 28, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES; and DECLARATION OF JAMES P. SCHRATZ IN SUPPORT OF DEFENDANTS STATE OF CALIFORNIA ACTING BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL AND SEAN IRICK'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 28, 2026</u>, at Los Angeles, California.

| Valerie Thompson | /s/ *Valerie Thompson* |
|:---:|:---:|
| Declarant | Signature |

SD2025300206
68619266