ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
MARIO E. GARCIA
Deputy Attorney General
State Bar No. 339990
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6294
 Fax:  (916) 731-2120
 E-mail:  Mario.Garcia@doj.ca.gov
*Attorneys for Defendants State of California acting
by and through the California Highway Patrol and
Sean Irick*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE GONZALEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,**<br><br>Defendants. | 5:25-cv-00331-KK-DTB<br><br>**JOINT STIPULATION TO WITHDRAW THE KENNETH HUBBS DEPOSITION TRANSCRIPT COST REFLECTED IN PLAINTIFF'S APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Courtroom:   3<br>Judge:   The Honorable Kenly Kiya Kato<br>Trial Date:   May 8, 2026<br>Action Filed: 12/24/2024 |

**TO THE HONORABLE COURT:**

COME NOW Plaintiff GEORGE GONZALEZ (Plaintiff) and Defendants STATE OF CALIFORNIA, ACTING BY AND THROUGH CALIFORNIA HIGHWAY PATROL, (CHP) and SEAN IRICK (collectively Defendants) and hereby submit the following stipulation to withdraw the Kenneth Hubbs Deposition Transcript Cost reflected in Plaintiff's Application to the Clerk to Tax Costs (Application). (ECF 172.)

1

**WHEREFORE**, Plaintiff filed his Application to the Clerk to Tax Costs on July 15, 2026. (ECF No. 172.)

**WHEREFORE**, Plaintiff's Application to the Clerk to Tax Costs (Application) contained a cost for the deposition transcript of Kenneth Hubbs, Police Practices Expert for the defendants' the City of Hemet, Andrew Reynoso, and Patrick Sobaszek's and not for Defendants CHP and Sean Irick, for $1,027.30, identified as the Application's "Exhibit 4." (ECF No. 172.)

**WHEREFORE**, the parties, in good faith, met and conferred initially by email but also by conducting a telephone conference call on July 22, 2026, and on July 23, 2026, respectively;

**WHEREFORE**, Plaintiff conveyed by email to Defendants of his agreement to withdraw the Kenneth Hubbs Deposition Cost from his Application.

**THE PARTIES STIPULATE TO THE FOLLOWING:**

Plaintiff agrees to withdraw from his application to tax costs the deposition of Mr. Hubbs and Defendants agree not to object to Plaintiff's amended application attached hereto as Exhibit A.

**SO STIPULATED.**

//

//

//

//

//

//

//

Dated: August 4, 2026

/S/ MARCEL SINCICH
Dale K. Galipo, Esq.
Marcel Sincich, Esq.
*Attorneys for Plaintiff George Gonzalez*

Dated: August 4, 2026

/S/ MARIO E. GARCIA
ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
MARIO E. GARCIA
Deputy Attorney General
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

## STATEMENT PURSUANT TO L.R. 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mario E. Garcia, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized filing.

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for State of California acting by and through the California Highway Patrol and Sean Irick, certifies that this brief contains 215 words, which:

X   complies with the word limit of L.R. 11-6.1.

__   complies with the word limit set by court order dated August 4, 2026.

3

Dated:  August 4, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California


*/s/ Mario E. Garcia*
MARIO E. GARCIA
Deputy Attorney General
*Attorneys for Defendants State of California acting by and through the California Highway Patrol and Sean Irick*

4

# "EXHIBIT A"

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:     (818) 347-3333

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GEORGE GONZALEZ | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 5:25-cv-00331-KK-DTB |
| v. | |
| STATE OF CALIFORNIA, ET AL. | **APPLICATION TO THE CLERK TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways:  (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| Name(s) of party or parties claiming costs: | GEORGE GONZALEZ | | |
|---|---|---|---|
| Judgment entered on: | June 16, 2026 | Docket #: | 165 |
| Names of party(ies) against whom judgment was entered: | STATE OF CALIFORIA and SEAN IRICK | | |

### DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: July 31, 2026          Signature:          /s/ Dale K. Galipo

Name:          Dale K. Galipo
☒ Attorney of          Plaintiff George Gonzalez
Record for:

| COURT USE ONLY |
|---|
| ☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.* |
| ☐ Application DENIED because:   ☐ Not timely filed (L.R. 54-2.1). |
| ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
| ☐ Filer is not prevailing party (L.R. 54-1). |
| Date: *Enter date here.*   **Brian D. Karth, District Court Executive/Clerk of Court** |
| By: _____ |
| Deputy Clerk |

**Case Title:** <u>George Gonzalez v. State of California, et al.</u>; **Case No:** 5:25-cv-00331-KK-DTB

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | *(Shaded columns for Court use only.)* | | | |
| | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| 1 | $482.35 | Exhibit 1:<br><br>Payment to Direct Legal Support for court eFiling of complaint and other initial documents; $482.35 | | | | |
| | **L.R. 54-3.2 Fees for Service of Process** | | | | | |
| 2 | $288.95 | Exhibit 2:<br><br>01/07/2025 Payment to Serves R Us for service of summons on State of California; $99.50<br><br>03/12/2026 Payment to ACE Attorney Service, Inc. for Riverside County Sheriff's Office (RCSO) subpoena records; $189.45 | | | | |
| | **L.R. 54-3.3 United States Marshal's Fees** | | | | | |
| 3 | $0.00 | | | | | |
| | **L.R. 54-3.4 Transcripts of Court Proceedings** *(order or stipulation required and must be attached)* | | | | | |
| 4 | $742.50 | Exhibit 3:<br><br>06/24/2026 Payment to Myra L. Ponce, CSR & Associates for trial transcripts; $742.50 | | | | |
| | **L.R. 54-3.5 Depositions** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| 5 | $10,331.35 | Exhibit 4:<br><br>01/16/2026 Payment to Focus Litigation Solutions for transcript of deposition of deponent Clarence Chapman; $1,046.35<br><br>08/06/2025 Payment to Focus Litigation Solutions for transcript of deposition of deponent of Sean Irick; $1,740.80<br><br>08/12/2025 Payment to Focus Litigation Solutions for transcript of deposition of deponent Patrick Sobaszek; $1,746.50 | $0.00 | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | | 09/15/2025 Payment to Focus Litigation Solutions for transcript of deposition of deponent Andrew Reynoso; $1,700.25<br><br>06/10/2026 Payment to Nationwide Legal for deposition transcripts of deponents Jeff Noble, Scott Holdaway, and Ryan O'Connor; $1,434.50<br><br>Payment to Steno for deposition transcript of George Gonzalez; $942.30<br><br>03/25/2026 Payment to Nationwide Legal, LLC for deponent George Gonzalez; $1,500.00<br><br>Payment to Steno for transcript of Statement on the Record; $220.65 | | | | |
| 6 | | **L.R. 54-3.6 Witness Fees** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | $0.00 | | | | | |
| 7 | | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)* | | | | | |
| | | $0.00 | | | | | |
| 8 | | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | $0.00 | | | | | |
| 9 | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)* | | | | | |
| | | $0.00 | | | | | |
| 10 | | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | $0.00 | | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | $2,000.42 | Exhibit 5:<br><br>05/07/2026 Payment to PrintMyStuff (PIP Printing) for trial exhibit binders; $2,000.42 | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | $0.00 | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | $0.00 | | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | $0.00 | | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | | | | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | *(Shaded columns for Court use only.)* | | | |
| 11 | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | | |
| | $0.00 | | | | | |
| 12 | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | $0.00 | | | | | |
| 13 | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | $0.00 | | | | | |
| 14 | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | $0.00 | | | | | |
| 15 | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | $0.00 | | | | | |
| TOTAL | $13,845.57 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** George Gonzalez v. State of California, et al.; **Case No:** 5:25-cv-00331-KK-DTB

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)

# EXHIBIT 1

Case 5:25-cv-00331-KK-DTB     Document 179     Filed 08/04/26     Page 11 of 36   Page ID
#:5400

**Direct Legal Support** ████████████
901 Corporate Center Dr Ste 400
Monterey Park, CA  91754
accounting@directlegal.com
www.DirectLegal.com

**Invoice**



| | BILL TO |
|---|---|
| | Law Offices of Grech and Packer |
| | 7095 indiana ave 200 |
| | riverside, CA 92506 |
| | Attn: paul grech |
| | Billing Code: Packer |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 11007896 | 01/03/2025 | $0.00 | 01/03/2025 | Due on receipt | |

**ACCOUNT #:**

████████

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Court eFiling**<br>Court eFiling<br>Accepted - Documents E-Filed with the clerk of the court Please login into to the portal to view/print/download your conformed copies, 01/03/2025<br>Central - Historic Courthouse (eFiling)<br>4050 Main St., Riverside, CA, 92501<br>Complaint For Civil Rights Over 35,000, Civil Case Cover Sheet, Certificate Of Counsel., Summons Issued And Filed, Summons Issued And Filed, Summons Issued And Filed, Summons Issued And Filed, Summons Issued And Filed | 1 | 12.95 | 12.95 |
| **Fees Advanced**<br>Court Fees Advanced to Complete Assignment | 1 | 450.00 | 450.00 |
| **EFM Fees**<br>EFM Fees | 1 | 5.35 | 5.35 |
| **Payment Processing Fee**<br>Payment Processing Fee | 1 | 14.05 | 14.05 |

BILLING CODE: Packer

CASE #: CVRI2407184

CASE NAME: GONZALEZ vs STATE OF CALIFORNIA

PAYMENT  482.35

BALANCE DUE  **$0.00**

If you have questions about this invoice, please email our Accounting Department
at accounting@directlegal.com or call 800-675-5376.
Thank You for choosing Direct Legal for your legal support needs.

# EXHIBIT 2





**INVOICE**

Invoice #SRU-2025000024
1/8/2025

**Send Payments To:**
**Serves R Us**
**National Headquarters**
**813 Harbor Blvd. Ste. 220**
**West Sacramento, CA 95691**
**Phone: (916) 691-4109**
**Fax: (916) 405-3808**
**Servesrus.Com**

Trenton C. Packer, Esq.
Law Offices of Grech, Packer and Hanks
7095 Indiana Ave., Suite 200
Riverside, CA 92506

Your Contact: Kayla Pena-Pham
**Case Number: Riverside CVRI2407184**

Plaintiff:
**George Gonzalez**

Defendant:
**State of California; City of Hemet; Patrick Sobaszek; Andrew Reynoso; Sean Irick; and DOES 1-10, inclusive**

Received: 1/7/2025   Served: 1/8/2025 11:45 am  INDIVIDUAL/PERSONAL
To be served on: State of California

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Standard Serve (First Attempt 2-3 Days) 3 Attempts | 1.00 | 95.00 | 95.00 |
| Page count (required) | 30.00 | 0.15 | 4.50 |

| | |
|---|---|
| TOTAL CHARGED: | $99.50 |
| Pre Payment: | 99.50 |
| **BALANCE DUE:** | **$0.00** |

**Thank you for your business!**

*PAYMENT WILL SHOW AS STRIPE, AUTHORIZE.NET OR PAYPAL ON YOUR STATEMENT.*

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## Lanie Fierro

| | |
|---|---|
| **From:** | Leslie De Leon |
| **Sent:** | Thursday, March 12, 2026 11:03 AM |
| **To:** | davegalipo@galipolaw.com; Lanie Fierro |
| **Cc:** | dalekgalipo@yahoo.com |
| **Subject:** | Gonzalez v. State of CA |
| **Attachments:** | 2025.12.23 - $189.45 ACE Invoice CINV.OPP7493-01 (002).pdf |

**Caution**: Internal (ldeleon@galipolaw.com)

Sensitive Content   Details



Safe Spam Phish More... FAQ Protection by INKY

Hi Dave/Lanie,

Please issue a check:

> **Payable to:** ACE Attorney Service, $\mathcal{INC}$.
> P.O. Box 71036
> Los Angeles, CA 90071
> **Amount:** $189.45
> **For (Case name):** Gonzalez v. State of CA
> **RE:  (Invoices numbers, names, etc):** Inv. OPP 7493-01
> **Fee Agreement (y or n and what is the split?):** Y (50% to be reimbursed by Grech

Packer)
> **Need by**: ASAP

Thank you.



DALE K. GALIPO, INC.
DBA LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

MARCH 12, 2026
DATE

PAY TO THE ORDER OF   ACE ATTORNEY SERVICE, INC.                    $ 189.45

ONE HUNDRED EIGHTY-NINE AND FORTY-FIVE CENTS                    DOLLARS

City National Bank
AN RBC COMPANY
(800) 773-7100

GONZALEZ V. STATE OF CALIFORNIA
FOR



SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

Details on Back.

Security Features Included



# INVOICE

**IMAGING TECHNOLOGIES**

P.O. BOX 71036
LOS ANGELES, CA 90071

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| ▉ | December 23, 2025 | OPP7493-01 | December 23, 2025 |

Bill To:
**DALE K. GALIPO, ESQ.**
**LAW OFFICES OF DALE K. GALIPO**
**21800 BURBANK BLVD., SUITE 310**
**WOODLAND HILLS, CA 91367**
**Attn: Accounts Payable**

Ordered By:
**ALEJANDRO MONGUIA**
**LAW OFFICES OF DALE K. GALIPO**
**21800 BURBANK BLVD., SUITE 310**
**WOODLAND HILLS, CA 91367**

File No.: **75048**

| | |
|---|---|
| Case No: 5:25-CV-00331-KK-DTB | Patient: REPORT NUMBER: GH24 024 0001; INCIDENT DATED: JANUARY 24, 2024 |
| Court: UNITED STATES DISTRICT COURT | DOB: |
| Plaintiff: GEORGE GONZALEZ | DOI: |
| Defendant: STATE OF CA, ET AL. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 427.00 | .35 | 149.45 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| | |
|---|---|
| Any and all records per your request on: **REPORT NUMBER: GH24 024 0001; INCIDENT DATED: JANUARY 24, 2024 from:** RIVERSIDE COUNTY SHERIFF'S OFFICE, ATTN: RECORDS DEPARTMENT 4095 LEMON STREET RIVERSIDE, CA 92501 | SUB-TOTAL — 189.45 |
| | SALES TAX 9.50% — .00 |
| | TOTAL DUE — $ 189.45 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| ▉ | December 23, 2025 | OPP7493-01 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

TOTAL DUE:    $  189.45

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP7493-01/CINV

# EXHIBIT 3

**Lanie Fierro**

| | |
|---|---|
| **From:** | Leslie De Leon |
| **Sent:** | Wednesday, June 24, 2026 11:02 AM |
| **To:** | davegalipo@galipolaw.com; Lanie Fierro |
| **Cc:** | Dale Galipo |
| **Subject:** | FW: Inquiry re: George Gonzalez v. City of Hemet, et al. Trial Transcripts |
| **Attachments:** | W9 - Myra Ponce (2026).pdf |

**Caution:** Internal (ldeleon@galipolaw.com)

Sensitive Content   Details



Safe Spam Phish More... FAQ Protection by INKY

Hi Dave/Lanie,

Please issue a check:

**Payable to:**  Myra L. Ponce, CSR & Associates

███████████

**Amount:** $742.50
**For (Case name):**  Gonzalez v. State
**RE:  (Invoices numbers, names, etc):**   Trial Transcripts
**Fee Agreement (y or n and what is the split?):**   Y (50% to be reimbursed by Grech Packer)
      **Need by:** ASAP

Thank you.



# EXHIBIT 4

## Lanie Fierro

| | |
|---|---|
| **From:** | Leslie De Leon |
| **Sent:** | Thursday, January 15, 2026 4:24 PM |
| **To:** | davegalipo@galipolaw.com; Lanie Fierro |
| **Cc:** | Dale K. Galipo |
| **Subject:** | Gonzalez v. State of CA |
| **Attachments:** | 2026.01.15 - $1046.35 Invoice-19058 Chapman Depo Transcript.pdf |

**Caution:** Internal (ldeleon@galipolaw.com)

Sensitive Content · Details

INKY is learning... Safe Spam Phish More... FAQ Protection by INKY

Hi Dave/Lanie,

Please issue a check <

**Payable to:** Focus Litigation Solutions
**Amount:** $1,046.35
**For (Case name):** Gonzalez v. State of CA
**RE: (Invoices numbers, names, etc):** Depo transcript of Clarence Chapman  INV 19058
**Fee Agreement (y or n and what is the split?):** N
**Need by:** ASAP

Thank you.

Best Regards,
Leslie R. De Leon

Leslie R. De Leon, Litigation Assistant | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: ldeleon@galipolaw.com

DALE K. GALIPO, INC.
DBA THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

JANUARY 16, 2026
DATE

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS                       $ 1,046.35

ONE THOUSAND FORTY-SIX AND THIRTY-FIVE CENTS                   DOLLARS

CITY NATIONAL BANK

MEMO GONZALEZ V. STATE OF CALIFORNIA

# I N V O I C E

1 of 1

**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19058 | 1/15/2026 | 22375 |

| Job Date | Case No. | |
|---|---|---|
| 1/2/2026 | 5:25-CV-00331-KK-DTB | |

| Case Name | | |
|---|---|---|
| George Gonzalez v. State of California, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Clarence Chapman | 101.00 | Pages | @ | 6.350 | 641.35 |
| Appearance Fee | 1.00 | | @ | 250.000 | 250.00 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 25.000 | 25.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| **TOTAL DUE   >>>** | | | | | **$1,046.35** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

\*\*Please make payments within 30 days to avoid a 5% late fee per month.

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 19058 |
| Invoice Date | : 1/15/2026 |
| **Total Due** | : **$1,046.35** |

Remit To:  **Focus Litigation Solutions**
          **400 Capitol Mall Suite 1450**
          **Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 22375 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, et al. |



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15368 | 8/4/2025 | 18401 |
| **Job Date** | **Case No.** | |
| 7/22/2025 | 5:25-CV-00331-KK-DTB | |
| | **Case Name** | |
| George Gonzalez v. State of California, City of Hemet, Et Al. | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Sean Irick | 108.00 | Pages | @ | 6.350 | 685.80 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.18 | Hours | @ | 140.000 | 445.20 |
| Video Surcharge | 108.00 | Pages | @ | 0.600 | 64.80 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |
| **TOTAL DUE   >>>** | | | | | **$1,740.80** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 15368 |
| Invoice Date | : 8/4/2025 |
| **Total Due** | **: $1,740.80** |

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 18401 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, City of Hemet, Et Al. |

# INVOICE

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15368 | 8/4/2025 | 18401 |

| Job Date | Case No. |
|---|---|
| 7/22/2025 | 5:25-CV-00331-KK-DTB |

| Case Name |
|---|
| George Gonzalez v. State of California, City of Hemet, Et Al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Sean Irick | 108.00 | Pages | @ | 6.350 | 685.80 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.18 | Hours | @ | 140.000 | 445.20 |
| Video Surcharge | 108.00 | Pages | @ | 0.600 | 64.80 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |
| **TOTAL DUE  >>>** | | | | | **$1,740.80** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

AUGUST 6, 2025

DATE

PAY TO THE
ORDER OF  FOCUS LITIGATION SOLUTIONS                                    $  1,740.80

ONE THOUSAND SEVEN HUNDRED FORTY AND EIGHTY CENTS                      DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO  GONZALEZ V. STATE OF CALIFORNIA

Remit To:  **Focus Litigation Solutions**
           **400 Capitol Mall Suite 1450**
           **Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 18401 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, City of Hemet, Et Al. |

# I N V O I C E

1 of 2



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P **(800) 277-2679**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15420 | 8/6/2025 | 18114 |
| **Job Date** | **Case No.** | |
| 7/23/2025 | 5:25-CV-00331-KK-DTB | |
| **Case Name** | | |
| George Gonzalez v. State of California, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Patrick Sobaszek | 109.00 | Pages | @ | 6.350 | 692.15 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Exhibits (Color) | 16.00 | Pages | @ | 0.750 | 12.00 |
| Digital File/Video File-Exhibit | 1.00 | | @ | 0.750 | 0.75 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.08 | Hours | @ | 140.000 | 431.20 |
| Video Surcharge | 109.00 | Pages | @ | 0.600 | 65.40 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |

**TOTAL DUE  >>>**   **$1,746.50**

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "**make payment**" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 15420 |
| Invoice Date | : 8/6/2025 |
| **Total Due** | **: $1,746.50** |

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 18114 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, et al. |

# I N V O I C E   2 of 2



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P **(800) 277-2679**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15420 | 8/6/2025 | 18114 |
| **Job Date** | **Case No.** | |
| 7/23/2025 | 5:25-CV-00331-KK-DTB | |
| **Case Name** | | |
| George Gonzalez v. State of California, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

\*\*Please make payments within 30 days to avoid a 5% late fee per month.

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

Invoice No.     : 15420
Invoice Date   : 8/6/2025
**Total Due**     : **$1,746.50**

Remit To: **Focus Litigation Solutions**
         **400 Capitol Mall Suite 1450**
         **Sacramento, CA 95814**

Job No.        : 18114
BU ID          : 3-MAIN
Case No.       : 5:25-CV-00331-KK-DTB
Case Name    : George Gonzalez v. State of California, et al.

# INVOICE
1 of 2



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15420 | 8/6/2025 | 18114 |
| Job Date | Case No. | |
| 7/23/2025 | 5:25-CV-00331-KK-DTB | |
| Case Name | | |
| George Gonzalez v. State of California, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Patrick Sobaszek | 109.00 | Pages | @ | 6.350 | 692.15 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Exhibits (Color) | 16.00 | Pages | @ | 0.750 | 12.00 |
| Digital File/Video File-Exhibit | 1.00 | | @ | 0.750 | 0.75 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 3.08 | Hours | @ | 140.000 | 431.20 |
| Video Surcharge | 109.00 | Pages | @ | 0.600 | 65.40 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |

TOTAL DUE  >>>                                    $1,746.50

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

AUGUST 12, 2025

DATE

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS                                    $ 1,746.50

ONE THOUSAND SEVEN HUNDRED FORTY-SIX AND FIFTY CENTS                    DOLLARS

CITY NATIONAL BANK
An RBC Company
(800) 773-7100
GONZALEZ V. STATE OF CALIFORNIA. RE: P. SOBASZEK
MEMO

| | |
|---|---|
| Job No. | : 18114 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, et al. |

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

# I N V O I C E

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P **(800) 277-2679**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16272 | 9/14/2025 | 18115 |
| **Job Date** | **Case No.** | |
| 8/14/2025 | 5:25-CV-00331-KK-DTB | |
| **Case Name** | | |
| George Gonzalez v. State of California, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Andrew Reynoso | 109.00 Pages | @ | 6.350 | 692.15 |
| Appearance Fee | 1.00 | @ | 295.000 | 295.00 |
| Digital File/Video File-Exhibit | 2.00 | @ | 0.750 | 1.50 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |
| Video | 2.83 Hours | @ | 140.000 | 396.20 |
| Video Surcharge | 109.00 Pages | @ | 0.600 | 65.40 |
| Video Technology Package & Uploading Fee | 1.00 | @ | 45.000 | 45.00 |
| **TOTAL DUE   >>>** | | | | **$1,700.25** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "**make payment**" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

*Please detach bottom portion and return with payment.*

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 16272 |
| Invoice Date | : 9/14/2025 |
| **Total Due** | **: $1,700.25** |

Remit To:  **Focus Litigation Solutions**
          **400 Capitol Mall Suite 1450**
          **Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 18115 |
| BU ID | : 3-MAIN |
| Case No. | : 5:25-CV-00331-KK-DTB |
| Case Name | : George Gonzalez v. State of California, et al. |

# INVOICE

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16272 | 9/14/2025 | 18115 |

| Job Date | Case No. |
|---|---|
| 8/14/2025 | 5:25-CV-00331-KK-DTB |

| Case Name |
|---|
| George Gonzalez v. State of California, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Andrew Reynoso | 109.00 | Pages | @ | 6.350 | 692.15 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Digital File/Video File-Exhibit | 2.00 | | @ | 0.750 | 1.50 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 2.83 | Hours | @ | 140.000 | 396.20 |
| Video Surcharge | 109.00 | Pages | @ | 0.600 | 65.40 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |
| | | | **TOTAL DUE   >>>** | | **$1,700.25** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

SEPTEMBER 15, 2025

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS                    DATE

ONE THOUSAND SEVEN HUNDRED TWENTY-FIVE AND NO CENTS              $ 1,700.25

**CITY NATIONAL BANK**                                    DOLLARS
An RBC Company
(800) 773-7100

MEMO   GONZALEZ V. STATE OF CALIFORNIA.  RE: DEPO A. REYNOSO

Remit To:  **Focus Litigation Solutions**
           **400 Capitol Mall Suite 1450**
           **Sacramento, CA 95814**

BU ID     : 5-MAIN
Case No.  : 5:25-CV-00331-KK-DTB
Case Name : George Gonzalez v. State of California, et al.

**Nationwide Legal**

1609 James M. Wood Blvd
Los Angeles, CA 90015
Phone: (213) 249-9999



NATIONWIDE LEGAL

THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BOULEVARD, SUITE 310
Woodland Hills, CA 91367

# *Statement*

| Statement Date | 06/01/2026 |
|---|---|

Client #: ▮

| Sent Date | Due Date | Invoice# | Assignment Date | Case/Deponent | Client Case# | Amount |
|---|---|---|---|---|---|---|
| **Brendan Johnson, Esq** | | | | | | |
| 04/27/2026 | 05/27/2026 | 8681 | 01/19/2026 | George Gonzalez v. State of California, et al. <br> Jeff Noble | | $ 484.50 |
| | | | | | | $ 484.50 |
| **Brenden Johnson, Esq** | | | | | | |
| 04/27/2026 | 05/27/2026 | 8682 | 01/22/2026 | George Gonzalez v. State of California, et al. <br> Scott Hardaway | | $ 475.00 |
| 04/27/2026 | 05/27/2026 | 8683 | 01/22/2026 | George Gonzalez v. State of California, et al. <br> Ryan O'Connor | | $ 475.00 |
| | | | | | | $ 950.00 |

| | Total Amount | $ 1,434.50 |
|---|---|---|

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 180 Days | Over 180 Days |
|---|---|---|---|---|---|
| $1,434.50 | $0.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 |

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.



**DALE K. GALIPO, INC.**
**DBA LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

JUNE 10, 2026
DATE

$ 1,434.50

PAY TO THE ORDER OF    NATIONWIDE LEGAL, LLC

ONE THOUSAND FOUR HUNDRED THIRTY-FOUR AND FIFTY CENTS    DOLLARS

**City National Bank**
AN RBC COMPANY
(800) 773-7100



GONZALEZ V. STATE OF CALIFORNIA

FOR



Details on Back

Security Features Included



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2414772

## Deposition - GEORGE GONZALEZ - VOL. IV (Jan 30, 2026)

## Bill to

ATTN: Trenton Packer
Law Offices of Grech & Packer
7095 Indiana Avenue, Suite 200
Riverside, CA 92506

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

| | | |
|---|---|---|
| **Case name:** | GEORGE GONZALEZ v STATE OF CALIFORNIA, et al. | |
| **Case number:** | 5:25-cv-00331 | |
| **Job Id:** | 2372189 | |

**Invoice date:** 2/9/2026
**Terms:** Net 30
**Status:** PAID

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Certified Copy Transcripts) | | $942.30 | 1 | $942.30 |
| | | | **Total** | $942.30 |
| | | | **Payments** | $942.30 |
| | | | **Amount remaining due** | **$0.00** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno ma recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so th we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W
Pay online:

Please make checks payable to Steno.

**Nationwide Legal**
1609 James M. Wood Blvd
Los Angeles, CA 90015
Phone: (213) 249-9999



NATIONWIDE LEGAL

Marcel F. Sincich, Esq.
THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BOULEVARD, SUITE 310
Woodland Hills, CA 91367

## *Statement*

| Statement Date | 02/17/2026 |
|---|---|

| Sent Date | Due Date | Invoice# | Assignment Date | Deponent/Case | Client Case# | Amount |
|---|---|---|---|---|---|---|
| 01/02/2026 | 02/01/2026 | 5942 | 12/11/2025 | George Gonzalez<br>George Gonzalez v. State of California, et al. | | $ 1,500.00 |

| Total Amount | $ 1,500.00 |
|---|---|

| Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 180 Days | Over 180 Days |
|---|---|---|---|---|---|
| $0.00 | $1,500.00 | $0.00 | $0.00 | $ 0.00 | $ 0.00 |

Nationwide Legal, LLC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

If paying by check, please remit to:
Nationwide Legal, LLC
1609 James M. Wood Boulevard
Los Angeles, CA 90015

**LAW OFFICES OF PAUL GRECH JR.**
7095 INDIANA AVE  SUITE 200
RIVERSIDE, CA  92506
(951) 682-9311

One Thousand Five Hundred — DOLLARS

PAY

DATE | TO THE ORDER OF | MEMO | DESCRIPTION | CHECK AMOUNT

3/25/26  Nationwide Legal, LLC

Invoice # 5942

George Gonzalez v. State of CA

CITIZENS BUSINESS BANK

1500 00

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE, RED IMAGE DISAPPEARS WITH HEAT



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2407017

Deposition - GEORGE GONZALEZ - STATEMENT ON THE RECORD (Jan 23, 2026)

## Bill to

ATTN: Trenton Packer

Law Offices of Grech & Packer

7095 Indiana Avenue, Suite 200

Riverside, CA 92506

## Bill from

Steno Agency, Inc.

PO BOX 22637

Pasadena, CA 91185-2637

(888) 707-8366

**Case name:** GEORGE GONZALEZ v STATE OF CALIFORNIA, et al.

**Case number:** 5:25-cv-00331

**Job Id:** 2348463

**Invoice date:** 2/6/2026

**Terms:** Due Upon Receipt

**Status:** PAID

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Certified Copy Transcripts) | | $220.65 | 1 | $220.65 |
| | | | Total | $220.65 |
| | | | Payments | $220.65 |
| | | | **Amount remaining due** | **$0.00** |

Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecti any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so th we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W ▮▮▮▮▮▮▮▮

Pay online: ▮▮▮▮▮▮▮▮

Please make checks payable to Steno.

# EXHIBIT 5

# printmystuff™.com

**PIP PRINTING RIVERSIDE/CORONA**

- PRINT   - SIGNS
- MAIL   - PACKAGING
- LABELS   - DISPLAYS

*SHELF #*

## INVOICE
### 423070

4093 Market Street ■ Riverside, CA 92501 ■ (951) 682-2005 ■ Fax (951) 682-1619

Date:   4/30/26

**SOLD TO**

Grech Packer & Hanks
7095 Indiana Ave Suite 200
Riverside  CA  92506
Kayla
Phone: 6829311
E-Mail: team@grechpackerlaw.com

| Quantity | Description | Amount |
|---|---|---|
| 6 | Sobaszek BWC [COH 502] Collate, Drill, Insert Tabs, Insert in Notebooks | $ 1,839.47 |
| | Tabs 1-164, 9 x 11 white 5th cut 110# index tabs, 164 sheets on 1 side | |
| | B&W Text, 8.5 x 11 white 92 20# Bond, 170 sheets on 1 side | |
| | Color Photos, 8.5 x 11 white 92 20# Bond, 140 sheets on 1 side | |

Taken by:   Tom          File Originals

Account Type: Charge

Sobaszek BWC [COH 502]

| | |
|---|---|
| SUBTOTAL | $ 1,839.47 |
| TAX | $ 160.95 |
| SHIPPING | $ 0.00 |
| DEPOSITS | $ 0.00 |
| TOTAL | $ 2,000.42 |
| AMOUNT DUE | $ 2,000.42 |

## NOTIFICATION

| DATE | RESPONSE | INITIAL |
|---|---|---|
| | | |
| | | |
| | | |

| DEPOSIT | PAID IN FULL |
|---|---|
| ❑ CASH | ❑ CASH |
| ❑ CHECK #_____ | ❑ CHECK #_____ |
| ❑ CC TYPE_____ | ❑ CC TYPE_____ |
| DATE _____ | DATE _____ |
| BY _____ | BY _____ |

INV-EST-PMS Master 2022-01

■ All claims or adjustments must be received in our office within 7 days of receipt of goods or services from PIP Printing of Riverside/Corona. Client's signature below represents approval of the work on this invoice. With this approval PIP Printing of Riverside/Corona will take responsibility for any costs up to or equalling the amount of this invoice, which incur due to negligence on the part of PIP Printing of Riverside/Corona.

■ A 1.5% per month finance charge will be added to all accounts past due over 30 days.

■ The client agrees to pay all costs and attorney fees incurred in collection of past due invoices and accounts.

■ PIP Printing of Riverside/Corona reserves the right to charge your credit card for any unpaid balance after 30 days from the date of invoice.

■ Client agrees to hold PIP Printing of Riverside/Corona harmless and to indemnify PIP Printing of Riverside/Corona and its representatives against any and all liabilities, damages, costs including attorney's fees incurred by PIP Printing of Riverside/ Corona and its representatives. Client represents that no infringing use is being made of any trademarks, trade names or any other names, logos or symbols used.

■ All estimates are subject to change upon PIP viewing original art and final specifications. Additional services at higher cost may be associated with actual production procedures required. This estimate is valid for 5 days.

I hereby represent that I am the owner or an authorized agent of the purchasing entity. This invoice constitutes a contract between the signator of this invoice and PIP Printing of Riverside/Corona.
I have read and fully understand this contract. I agree to abide to the terms and conditions within this contract.
Items received prior to Invoice completion:

ITEM #          Signature          Date   CSR

❑ _____

**Authorized Signature**          Print Last          Date   CSR

❑ Emailed to: _____          Date   CSR

Our terms are Net 15 days on Charge Accounts. Please stay current.

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**LAW OFFICES OF PAUL GRECH JR.**
7095 INDIANA AVE  SUITE 200
RIVERSIDE, CA  92506
(951) 682-9311

PAY _Two Thousand & 42/100_ **DOLLARS**

| DATE | TO THE ORDER OF | MEMO | DESCRIPTION | CHECK AMOUNT |
|---|---|---|---|---|
| 5/7/26 | Print My Stuff  Trial Binders  re: George Gonzalez | | Invoice #423070 | 2,000.42 |

CITIZENS BUSINESS BANK

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT