Grech, Packer & Hanks
Trenton C. Packer, Esq. (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Phone: (951) 682-9311 | Fax: (951) 682-4289

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ | **CASE NUMBER**<br>5:25-cv-00331-KK-DTB |
| v.       PLAINTIFF(S), | |
| STATE OF CALIFORNIA, ET AL. | **APPLICATION TO THE CLERK<br>TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | GEORGE GONZALEZ |
| Judgment entered on: | June 16, 2026    Docket #:    165 |
| Names of party(ies) against whom judgment was entered: | STATE OF CALIFORIA and SEAN IRICK |

### DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: July 15, 2026      Signature:      /s/ Trenton C. Packer

Name:      Trenton C. Packer

☒ Attorney of    Plaintiff George Gonzalez
Record for:

---

**COURT USE ONLY**

☒ Application GRANTED in whole/part; costs are taxed in the amount of $ $10,872.52
☐ Application DENIED because:  ☐ Not timely filed (L.R. 54-2.1).
                               ☐ Insufficient supporting documentation provided (L.R. 54-2.1).
                               ☐ Filer is not prevailing party (L.R. 54-1).

Date: August 10, 2026      **Brian D. Karth, District Court Executive/Clerk of Court**

         By:    R. Horan Walker
               Deputy Clerk

---

**Case Title:** <u>George Gonzalez v. State of California, et al.</u>; **Case No:** 5:25-cv-00331-KK-DTB

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| 1 | $482.35 | Exhibit 13: Payment to Direct Legal Support for court eFiling of complaint and other initial documents; $482.35 | $405.00 | $77.35 | | |
| | **L.R. 54-3.2 Fees for Service of Process** | | | | | |
| 2 | $288.95 | Exhibit 1: 01/07/2025 Payment to Serves R Us for service of summons on State of California; $99.50<br><br>Exhibit 2: 03/12/2026 Payment to ACE Attorney Service, Inc. for Riverside County Sheriff's Office (RCSO) subpoena records; $189.45 | $288.95 | | | |
| | **L.R. 54-3.3 United States Marshal's Fees** | | | | | |
| 3 | $0.00 | | | | | |
| | **L.R. 54-3.4 Transcripts of Court Proceedings** *(order or stipulation required and must be attached)* | | | | | |
| 4 | $742.50 | Exhibit 14: 06/24/2026 Payment to Myra L. Ponce, CSR & Associates for trial transcripts; $742.50 | | $742.50 | | |
| | **L.R. 54-3.5 Depositions** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| 5 | $11,358.65 | Exhibit 3: 01/16/2026 Payment to Focus Litigation Solutions for transcript of deposition of deponent Clarence Chapman; $1,046.35<br><br>Exhibit 4: 01/20/2026 Payment to Focus Litigation Solutions for transcript of deposition of deponent Kenneth Hubbs; $1,027.30<br><br>Exhibit 5: 08/06/2025 Payment to Focus Litigation Solutions for transcript of deposition of deponent of Sean Irick; $1,740.80<br><br>Exhibit 6: 08/12/2025 Payment to Focus Litigation Solutions for transcript of deposition of | $8,178.15 | $3,180.50 | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | | deponent Patrick Sobaszek; $1,746.50 | | | | |
| | | | Exhibit 7: 09/15/2025 Payment to Focus Litigation Solutions for transcript of deposition of deponent Andrew Reynoso; $1,700.25 | | | | |
| | | | Exhibit 8: 06/10/2026 Payment to Nationwide Legal for deposition transcripts of deponents Jeff Noble, Scott Holdaway, and Ryan O'Connor; $1,434.50 | | | | |
| | | | Exhibit 9: Payment to Steno for deposition transcript of George Gonzalez; $942.30 | | | | |
| | | | Exhibit 10: 03/25/2026 Payment to Nationwide Legal, LLC for deponent George Gonzalez; $1,500.00 | | | | |
| | | | Exhibit 11: Payment to Steno for transcript of Statement on the Record; $220.65 | | | | |
| 6 | | **L.R. 54-3.6 Witness Fees** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | $0.00 | | | | | |
| 7 | | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)* | | | | | |
| | | $0.00 | | | | | |
| 8 | | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | $0.00 | | | | | |
| 9 | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)* | | | | | |
| | | $0.00 | | | | | |
| 10 | | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | $0.00 | | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | $2,000.42 | Exhibit 12: 05/07/2026 Payment to PrintMyStuff (PIP Printing) for trial exhibit binders; $2,000.42 | $2,000.42 | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | $0.00 | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | $0.00 | | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | $0.00 | | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | | | | | |

CV-59 (01/24)                    APPLICATION TO TAX COSTS – BILL OF COSTS                    Section 2

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (Must be itemized below and cross-referenced to attachments.) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | (Shaded columns for Court use only.) | | |
| | (g) | \$0.00 | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| 11 | | \$0.00 | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | |
| 12 | | \$0.00 | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | |
| 13 | | \$0.00 | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | |
| 14 | | \$0.00 | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | |
| 15 | | 0 | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | |
| TOTAL | | \$14,872.87 | | \$10,872.52 | \$4,000.35 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** <u>George Gonzalez v. State of California, et al.</u>; **Case No:** 5:25-cv-00331-KK-DTB

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

*WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)*