**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**GRECH, PACKER, & HANKS**
Trenton C. Packer (SBN 241057)
7095 Indiana Ave Ste 200
Riverside, CA 92506
Tel: (951) 682-9311
tpacker@grechpackerlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE GONZALEZ,

Plaintiff,

vs.

STATE OF CALIFORNIA; CITY OF HEMET; PATRICK SOBASZEK; ANDREW REYNOSO; SEAN IRICK; and DOES 1-10, inclusive,

Defendants.

CASE No.: 5:25-cv-00331-KK-DTB

[*Honorable Kenly Kiya Kato*]
Magistrate Judge David T. Bristow

**PLAINTIFF'S NOTICE RE. NEW TRIAL ON ECONOMIC DAMAGES**

Pursuant to this Court's October 22, 2026 Order regarding State Defendants Rule 59(a) Motion (Dkt. 187), Plaintiff submits the following Notice:

Having considered the Court's order and after attempting to negotiate a settlement on the economic damages issue without success, Plaintiff intends to reject the remittitur and proceed to a new trial on economic damages only.

DATED: November 5, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER, & HANKS**

By: */s/ Dale K. Galipo*
Dale K. Galipo, Esq.
Trenton C. Packer, Esq.
Marcel F. Sincich, Esq.
*Attorneys for Plaintiff*